B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re **Warehouse 86, LLC** Debtor(s)

Case No. **08-03423**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | Credit card purchases | | 267,680.60 |
| Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | Warehouse Lease | | 168,390.25 |
| Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139 | Trade debt | | 13,260.00 |
| DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | Shipping | | 80,384.01 |
| DHL Express-SRC<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | DHL Express-SRC<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | Lien interest in goods owned by creditor consigned to Debtor | | 370,911.30<br><br>(1,500.00 secured) |
| Eric L. Eilertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | Eric L. Eilertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | Unpaid compensation | | 11,500.00 |
| Ernest K. Strahan, III<br>1918 Petit Bois St N<br>Jackson, MS 39211 | Ernest K. Strahan, III<br>1918 Petit Bois St N<br>Jackson, MS 39211 | Loans to Company | | 62,938.22 |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Shipping | | 25,823.16 |
| Global Crossing Tele.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Global Crossing Tele.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Broadband provider | | 9,478.33 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175 | Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175 | Shipping | | 15,000.00 |
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | Lien interest in goods owned by creditor consigned to Debtor | | 11,787.99<br><br>(500.00 secured) |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re __Warehouse 86, LLC__                                   Case No. __08-03423__
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Overstock.com, Inc. 6350 S. 3000 East Salt Lake Cit, UT 84121 | Overstock.com, Inc. 6350 S. 3000 East Salt Lake Cit, UT 84121 | Lien interest in goods owned by creditor consigned to Debtor | | 556,880.23 (3,000.00 secured) |
| Paul and Joy St James 3241 Kinney Drive Germantown, TN 38139 | Paul and Joy St James 3241 Kinney Drive Germantown, TN 38139 | Loans to Company | | 518,799.53 |
| Paul St James 3241 Kinney Drive Germantown, TN 38139 | Paul St James 3241 Kinney Drive Germantown, TN 38139 | Unpaid Salary | | 10,000.00 |
| Rocky Mountain Power 1033 NE 6th Ave Portland, OR 97256-0001 | Rocky Mountain Power 1033 NE 6th Ave Portland, OR 97256-0001 | Utilities | | 9,266.05 |
| SOS Staffing P O Box 27008 Salt Lake Cit, UT 84127 | SOS Staffing P O Box 27008 Salt Lake Cit, UT 84127 | Temporary agency services | | 17,432.77 |
| Thomas Sales&Serv Inc. 2300 Sitler St. #685 Memphis, TN 38114 | Thomas Sales&Serv Inc. 2300 Sitler St. #685 Memphis, TN 38114 | Trade debt | | 20,853.70 |
| TWG Innov. Solutions 13922 Denver W Pkwy Golden, CO 80401 | TWG Innov. Solutions 13922 Denver W Pkwy Golden, CO 80401 | Trade debt | | 125,469.00 |
| UPS 1620 Valwood Pkwy #115 Carrollton, TX 75006 | UPS 1620 Valwood Pkwy #115 Carrollton, TX 75006 | Shipping | | 58,577.46 |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | UPS Lockbox 577 Carol Stream, IL 60132-0577 | Shipping | | 56,567.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __11/4/08__            Signature __/s/ Ernest K. Strahan III__
                                         Ernest K. Strahan III
                                         CFO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.