B6B (Official Form 6B) (12/07)

In re  **Warehouse 86, LLC**
_____,  Case No.  **08-03423**_____
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of American - Checking - 3903 | - | 6,713.43 |
| | | Bank of American - Checking - 5429 | - | 54,995.74 |
| | | Bank of American - Checking - 9451 | - | 5,609.78 |
| | | Paypal Account - payments | - | 4,645.77 |
| | | Paypal Account - vip | - | 4,408.59 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rent Deposit - Radio Shack, Inc | - | 35,407.90 |
| | | Rent Deposit - 5 River Bend Pl, Flowood, MS | - | 294.00 |
| | | Utility Deposit - Memphis Light Gas and Water | - | 26,200.00 |
| | | Utility Deposit - Rocky Mountain Power, Ogden Utah | - | 6,000.00 |
| | | Utility Deposit - Questar Gas, Ogden, UT | - | 800.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >  **145,075.21**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                        ,   Case No. _____**08-03423**_____
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | G86, LLC | - | 988.06 |
| | | C86, LLC | - | 3,313.90 |
| | | Bidtopia, LLC (which includes certain auction software) | - | 2,148.80 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Pay Pal Retention | - | 120,669.62 |
| | | Cardservice International (Mastercard/VISA) | - | 35,000.00 |
| | | American Express (Merchant Account) | - | 3,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

|  | Sub-Total > | 165,120.38 |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                              Case No.    **08-03423**
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Insurance Claim Arising From Tornado and Fire Loss that destroyed subleased facility at 481 Airport Industrial Dr. Southaven, MS 38671 | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Registered Service Mark - - "BARGAINLAND"; the name, "Warehouse 86"; in house custom software (e.g., "the Gavel", warehouse management systems, auction software, macros, routines, modules, etc.) | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer E-mail Lists | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Ex. B.29 attached hereto. | - | 1,060,847.58 |

|  | Sub-Total > | 1,060,847.58 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                                    Case No. _____**08-03423**_____
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Located at 3865 S. Perkins, Memphis, TN 38119 and in Utah facility. However, Debtor does not take physical inventories. The company purchases or consigns inventories that arrive as mixed truckloads of widely diverse individual "one off" liquidation products. Each item on the truck typically has a unique condition from new, open box, customer warranty return, freight damaged, or shelf pull. Due to the unique condition and quantity of each item, it is impossible to establish a value for the item until after it has been auctioned. During the auction which starts at 99 cents, the public will establish the worth of the item. Items which do not receive a bid are later grouped with other worthless items and auctioned as a mixed lot, at which time the public will again attempt to establish a price for a group of unrelated items. On average a complete lot of purchased inventory will sell over a three month time frame. Therefore, as a standard practice, inventory purchased for resale is booked at the time it is purchased at the purchase price paid for the lot, then one third is expensed against cost of goods sold in each of the following three months. | - | 140,665.12 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 140,665.12 |
| Total > | 1,511,708.29 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

## Warehouse86 LLC. **Monthly Depreciation Report**

**Accrual Basis**

### Exhibit B.29 - Warehouse 86, LLC Asset List

| Purchase Date | Memo | Amount |
|---|---|---|
| Aug-00 | Cardboard Compactor | $4,000.00 |
| Aug-00 | Computer Equip | $19,485.00 |
| Aug-00 | Truck 1 | $21,500.00 |
| Aug-00 | Forklift | $15,000.00 |
| Aug-00 | Office Furniture | $15,000.00 |
| Aug-00 | Pallet Racking | $10,000.00 |
| Aug-00 | Ramp | $3,000.00 |
| Apr-02 | Computer Equip | $52,315.00 |
| Jun-03 | Pallet Racking | $143,125.00 |
| Jun-03 | Forklift RDX30 | $27,000.00 |
| Jun-03 | Toshiba Phone-DK424 | $6,000.00 |
| Jun-03 | Lucent Phone Partner 18D | $6,000.00 |
| Jan-04 | Computers on 6/10/03 | $34,692.00 |
| Jan-04 | Land Rover on 12/12/03 | $69,330.00 |
| Mar-04 | Forklift - Nissan | $7,864.50 |
| Mar-04 | Computer parts | $2,805.96 |
| Apr-04 | Computer parts | $4,080.53 |
| Jun-04 | Computer parts | $3,684.88 |
| Jul-04 | Computer parts | $3,813.37 |
| Aug-04 | Computer parts | $1,165.39 |
| Aug-04 | Racking | $2,874.85 |
| Sep-04 | Forklift - Yale | $7,000.00 |
| Sep-04 | Computer parts | $11,498.57 |
| Sep-04 | Metal Detectors | $8,100.00 |
| Sep-04 | Off Furniture | $1,022.90 |
| Sep-04 | 04 Dodge Ram 1500-1D7HA16KX4J264931 | $18,302.39 |
| Sep-04 | Office Funriture-Chairs | $1,938.33 |
| Oct-04 | Computer parts | $11,690.50 |
| Nov-04 | Computer parts | $9,855.48 |
| Dec-04 | Computer parts | $1,050.42 |
| Jan-05 | chairs | $987.46 |
| Jan-05 | computer | $23,664.10 |
| Jan-05 | Conveyors | $7,359.07 |
| Jan-05 | Copier - Lanier | $1,378.28 |
| Jan-05 | software | $339.95 |
| Feb-05 | computer | $15,160.84 |
| Mar-05 | computer | $28,144.29 |
| Mar-05 | photo table | $578.34 |
| Mar-05 | software | $6,596.52 |
| Apr-05 | computer | $13,764.27 |

## Warehouse86 LLC. Monthly Deprecition Report

Accrual Basis

| | | |
|---|---|---|
| Apr-05 | Crown Order Picker | $1,675.53 |
| Apr-05 | Racking | $16,203.58 |
| Apr-05 | software | $8,625.78 |
| May-05 | 2 order pickers | $6,611.00 |
| May-05 | 2 order pickers | $4,475.00 |
| May-05 | computer | $48,688.19 |
| May-05 | Fixtures | $1,554.48 |
| May-05 | software | $5,051.61 |
| Jun-05 | computer | $4,274.49 |
| Jun-05 | new HVAC | $2,583.00 |
| Jun-05 | racking | $8,766.50 |
| Jun-05 | SSL certificate | $349.00 |
| Jul-05 | 2 fans | $624.93 |
| Jul-05 | computers | $18,662.41 |
| Jul-05 | Furniture | $5,187.16 |
| Jul-05 | Office Equip - Copier KM830D | $8,400.00 |
| Jul-05 | Racking/Pallet Jack | $62,445.07 |
| Jul-05 | software | $97.50 |
| Jul-05 | telephone | $645.00 |
| Aug-05 | camera | $624.94 |
| Aug-05 | computers | $18,281.64 |
| Aug-05 | furniture Cubicles and desk | $12,381.16 |
| Aug-05 | Office Equip Oki fax machine | $2,392.57 |
| Aug-05 | Office Furniture - joy's desk | $2,429.01 |
| Aug-05 | photocube | $2,008.00 |
| Aug-05 | software | $999.00 |
| Aug-05 | telephones | $2,730.52 |
| Sep-05 | camera | $2,215.99 |
| Sep-05 | Chain link fence-Labor/Material to install 178' | $4,507.46 |
| Sep-05 | computer scanners | $34,464.02 |
| Sep-05 | photocube | $4,556.60 |
| Sep-05 | Software - Sql Svr 2000 | $21,672.82 |
| Oct-05 | camera | $3,006.13 |
| Oct-05 | computer | $19,680.74 |
| Oct-05 | conveyors in Canada | $5,713.65 |
| Oct-05 | Fax/Toner - Canada Office | $1,085.90 |
| Oct-05 | Office Funiture | $3,083.54 |
| Oct-05 | Photo Booth | $5,000.00 |
| Oct-05 | Racking | $24,797.66 |
| Oct-05 | Software | $247.93 |
| Nov-05 | Camera and accessories | $131.08 |
| Nov-05 | Computer | $11,442.08 |
| Nov-05 | conveyors in Canada | $3,112.67 |
| Nov-05 | Fixtures | $1,604.48 |

## Warehouse86 LLC. **Monthly Depreciation Report**

Accrual Basis

| | | |
|---|---|---:|
| Nov-05 | Software | $1,124.46 |
| Dec-05 | Computer | $30,432.77 |
| Dec-05 | Furniture | $2,750.00 |
| Dec-05 | Software | $2,295.88 |
| Jan-06 | Computer | $23,927.30 |
| Jan-06 | Software | $2,391.65 |
| Jan-06 | Computer | $7,792.41 |
| Jan-06 | Furniture - office 3 chairs | $2,608.36 |
| Jan-06 | Computer | $1,617.55 |
| Jan-06 | Equip Lite | $345.02 |
| Jan-06 | racking in Canada | $3,332.93 |
| Jan-06 | Sweeper - Cat | $7,516.81 |
| Feb-06 | Computer | $1,125.00 |
| Feb-06 | Software | $8,994.28 |
| Feb-06 | Computer | $2,117.83 |
| Feb-06 | Expander Unit for Canada | $14,344.64 |
| Feb-06 | Equip Lite | $909.36 |
| Feb-06 | Computer | $8,070.00 |
| Mar-06 | Computer | $10,931.69 |
| Mar-06 | Order Pickers - 1 Yale/2 Cat | $3,372.80 |
| Mar-06 | Computer | $3,502.90 |
| Mar-06 | Fax Machine | $1,188.17 |
| Mar-06 | Computer | $1,097.79 |
| Mar-06 | Computer | $2,791.20 |
| Apr-06 | Computer | $43,692.47 |
| Apr-06 | Computer | $42,264.78 |
| May-06 | Computer | $6,505.78 |
| May-06 | Software | $432.39 |
| May-06 | Computer | $2,106.86 |
| May-06 | File cabinet -3 | $2,403.50 |
| May-06 | Software | $655.45 |
| May-06 | Computer | $3,725.00 |
| Jun-06 | Computer | $1,082.45 |
| Jun-06 | Computer | $7,476.55 |
| Jul-06 | Computer | $18,745.03 |
| Jul-06 | Computer | $87,401.89 |
| Jul-06 | Conveyor DC7 | $115,415.55 |
| Jul-06 | Copier CS2030 | $3,818.28 |
| Jul-06 | Equip Lite | $11,640.95 |
| Jul-06 | Furniture - Used office | $9,700.00 |
| Jul-06 | Refridgerator, Work Table & Ice Maker - 1 Each | $7,298.31 |
| Jul-06 | Safe - 2 Centurion D31 | $2,140.00 |
| Jul-06 | Tennant 8410 Sweeper Scrubber - Inv 1439 | $15,220.50 |
| Aug-06 | Computer | $650.80 |

# Warehouse86 LLC. **Monthly Deprecition Report**

**Accrual Basis**

| | | |
|---|---|---|
| Aug-06 | Software | $2,998.94 |
| Aug-06 | Computer | $2,183.10 |
| Aug-06 | Software | $1,437.96 |
| Aug-06 | Computer | $10,121.74 |
| Aug-06 | Computer | $403.11 |
| Aug-06 | Computer | $728.47 |
| Aug-06 | Computer | $28,607.74 |
| Aug-06 | Conveyor System | $272,150.32 |
| Aug-06 | Equip Lite | $10,969.53 |
| Aug-06 | Fax Machine Oki 5780 | $1,188.17 |
| Aug-06 | Ice Machine Shipping On Work Table - 1 | -$138.00 |
| Aug-06 | Security Cameras -3 | $1,400.63 |
| Aug-06 | Security Fences | $4,019.99 |
| Aug-06 | Software | $4,386.40 |
| Aug-06 | Trash compactor wiring | $2,782.00 |
| Aug-06 | Computer | $9,640.99 |
| Sep-06 | Software | $21,672.82 |
| Sep-06 | Computer | $182.17 |
| Sep-06 | Software | $3,125.59 |
| Sep-06 | Computer | $569.86 |
| Sep-06 | Computer | -$66.89 |
| Sep-06 | Conveyor -Camera stands -2 | $6,698.20 |
| Sep-06 | Data drops to cubes | $950.00 |
| Sep-06 | Equip Lite | $6,270.40 |
| Sep-06 | Racking Shelves -1000 | $13,550.00 |
| Sep-06 | Software | $4,068.85 |
| Sep-06 | Computer | $29,290.91 |
| Sep-06 | Software | $3,512.06 |
| Oct-06 | Computer | $754.16 |
| Oct-06 | Software | $490.00 |
| Oct-06 | Computer | $189.18 |
| Oct-06 | Software | $400.64 |
| Oct-06 | Computer | $744.87 |
| Oct-06 | Computer | $12,589.94 |
| Oct-06 | Computer | $4,894.08 |
| Oct-06 | Equip Lite | $1,444.50 |
| Oct-06 | Racking Shelves -2080 partial | $27,657.00 |
| Nov-06 | Software | $66,762.13 |
| Nov-06 | Computer | $2,454.30 |
| Nov-06 | Computer | -$36.05 |
| Nov-06 | Conveyor - crossovers - part of original order | $5,202.29 |
| Nov-06 | Crown Lift Trucks - 2 | $10,200.00 |
| Nov-06 | Equip Lite | $1,294.25 |
| Nov-06 | Tennant 5680 floor scrubber | $4,676.00 |

# Warehouse86 LLC. **Monthly Deprecition Report**

**Accrual Basis**

| | | |
|---|---|---:|
| Dec-06 | Computer | $2,014.00 |
| Dec-06 | Photo Booth | $1,930.50 |
| Dec-06 | Computer | $5,182.73 |
| Dec-06 | Software | $6,771.05 |
| Dec-06 | Computer | $1,007.00 |
| Dec-06 | Equip Lite | $378.00 |
| Dec-06 | Lyon Shelving for Warehouse | $6,500.00 |
| Dec-06 | Photo Booth | $1,987.00 |
| Dec-06 | Computer | $2,244.34 |
| Dec-06 | Computer | $18,950.51 |
| Dec-06 | Equip Lite | $1,330.76 |
| Dec-06 | Computer | $4,623.62 |
| Dec-06 | Correction | -$1,510.00 |
| Dec-06 | Tennant 8410 Floor scrubber return-Blue Ribbor | -$13,710.50 |
| Jan-07 | Computer | $1,426.00 |
| Jan-07 | Computer | $1,009.43 |
| Jan-07 | Computer | $10,659.48 |
| Jan-07 | Computer | $3,401.69 |
| Jan-07 | Onan Generator | $13,500.00 |
| Feb-07 | Computer | $360.61 |
| Feb-07 | Furniture | $4,227.98 |
| Feb-07 | Software | $1,046.51 |
| Feb-07 | Computer | $1,690.00 |
| Feb-07 | Racking | $3,300.00 |
| Feb-07 | Computer | $10,521.52 |
| Feb-07 | Computer | $42,094.48 |
| Mar-07 | Computer | $2,086.34 |
| Apr-07 | Furniture - 6 chairs | $655.43 |
| Apr-07 | Materials for DC-5 network wiring revisions | $988.17 |
| Apr-07 | Paper Shredder | $599.78 |
| Apr-07 | Software | $267.04 |
| Apr-07 | Water Coolers | $985.00 |
| Apr-07 | Racking | $4,125.00 |
| Apr-07 | Computer | $4,319.96 |
| Apr-07 | Computer | $4,859.94 |
| Apr-07 | Computer | $3,239.96 |
| May-07 | Computer | $685.00 |
| May-07 | Software | $618.95 |
| May-07 | Software | $0.90 |
| May-07 | Equip Lite | -$756.00 |
| Apr-07 | Computer | $2,535.00 |
| Jun-07 | Computer | $2,492.00 |
| Jun-07 | Computer | $486.30 |
| Jun-07 | Computer | -$599.99 |

## Warehouse86 LLC. **Monthly Depreciation Report**

**Accrual Basis**

| | | |
|---|---|---:|
| Jun-07 | Computer | $2,571.20 |
| Jun-07 | Conveyor | $3,921.85 |
| Jun-07 | Equip Lite | $842.00 |
| Jun-07 | Software | $8,554.55 |
| Jul-07 | Computer | $860.91 |
| Jul-07 | Software | $2,029.93 |
| Aug-07 | Computer | $1,617.18 |
| Aug-07 | Software | $2,200.00 |
| Sep-07 | Material Handling Equip | $84,659.86 |
| | Sale Equip DE | -$38,482.92 |
| | Sale Equip CA | -$113,010.29 |
| Oct-07 | Computer | $7,095.00 |
| Oct-07 | Software | $22,766.15 |
| Nov-07 | Computer | $480.00 |
| Dec-07 | Software | $1,035.81 |
| Dec-07 | Computer | $3,640.00 |
| Dec-07 | Sale Equip DC8/10 | -$9,640.99 |
| Dec-07 | Sale Equip DC8/10 | -$29,290.91 |
| Dec-07 | Sale Equip DC8/10 | -$3,512.06 |
| | | |
| Feb-07 | Moved from AZ | -$898,630.72 |
| Feb-07 | to Utah | $898,630.72 |
| Feb-07 | Moved LandRover | -$69,330.00 |
| Feb-07 | from AZ to TN | $69,330.00 |
| Oct-07 | Moved Office | -$115,151.57 |
| Oct-07 | from TN to MS | $115,151.57 |
| Jan-08 | Computer HP DL580G4 Memory | $360.52 |
| Jan-08 | Computer HPDL380 | $6,995.00 |
| Jan-08 | Computer Ram for SQL Server | $3,073.15 |
| Feb-08 | Computer | $996.53 |
| Feb-08 | Tables and Stools - 24 | $7,586.84 |
| Feb-08 | Pallets Racks in Utah | $4,590.50 |
| Feb-08 | Computer Cisco WS-CAC-2500W Power Supply | $480.44 |
| Mar-08 | Computer | $4,394.46 |
| May-08 | Land Rover Sale | -$69,330.00 |
| Jun-08 | Computer | $3,057.91 |
| Aug-08 | Computer-15 Server Drives | $3,670.00 |
| Sep-08 | Dispose-Dodge 1500 | -$18,302.39 |
| | | |
| | Total Book Value | $2,178,073.42 |
| | | |
| | Less Est. Damage from Tornado/Fire | -1,117,225.84 |

**Warehouse86 LLC. Monthly Deprecition Report**

**Accrual Basis**

Remaining Book Value                    $1,060,847.58