B6D (Official Form 6D) (12/07)

In re __Warehouse 86, LLC_____,          Case No. ___08-03423_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.<br><br>**5 River Bend Pl., LLC**<br>**5 River Bend Place**<br>**Ste. D**<br>**Flowood, MS 39232** | | | | | **Rent Deposit**<br><br>**Rent Deposit - 5 River Bend Pl, Flowood, MS**<br><br>Value $            **294.00** | | | | **294.00** | **0.00** |
| Account No.<br><br>**American Covers, Inc.**<br>**dba Handstands**<br>**675 West 14600 South**<br>**Bluffdale, UT 84065** | | | | | **Lien interest in goods owned by creditor consigned to Debtor**<br><br>Value $            **300.00** | | | | **300.00** | **0.00** |
| Account No.<br><br>**Audiovox Spec. Applic.**<br>**53200 Marina Drive**<br>**Elkhart, IN 46514** | | | | | **Lien interest in goods owned by creditor consigned to Debtor**<br><br>Value $         **25,000.00** | | | | **25,000.00** | **0.00** |
| Account No.<br><br>**Baja Motorsports, LLC**<br>**40602 North Hammond Ln**<br>**Phoenix, AZ 85034** | | | | | **Lien interest in goods owned by creditor consigned to Debtor**<br><br>Value $          **1,000.00** | | | | **1,000.00** | **0.00** |
| __4__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **26,594.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Warehouse 86, LLC**                                          , Case No.  **08-03423**

                                 Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No.  **Brands on Sale** 16706 Edwards Rd. Cerritos, CA 90703 | | - | | | Lien interest in goods owned by creditor consigned to Debtor  Value $            2,000.00 | | | | 2,000.00 | 0.00 |
| Account No.  **DHL Express-Claims Attn: Mark Sanchez** 1144 W. Washington St. Tempe, AZ 85281 | | - | | | Lien interest in goods owned by creditor consigned to Debtor  Value $              300.00 | | | | 2,858.78 | 2,558.78 |
| Account No.  **DHL Express-SRC** 1100 Airport Rd. MS 2061-D11 Wilmington, OH 45177 | | - | | | Lien interest in goods owned by creditor consigned to Debtor  Value $            1,500.00 | | | | 370,911.30 | 369,411.30 |
| Account No.  **Memphis LG&W** P.O. Box 388 Memphis, TN 38145-0388 | | - | | | Utility Deposit - Memphis Light Gas and Water  Value $           26,200.00 | | | | 26,200.00 | 0.00 |
| Account No.  **Memphis Recyling Serv.** 1131 Agnes Memphis, TN 38104 | | - | | | Purchase Money Security  Baler (destroyed in 2/5/08 tornado)  Value $           Unknown | | | | 3,731.52 | Unknown |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 405,701.60 | 371,970.08 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Warehouse 86, LLC** _____ ,    Case No. ___**08-03423**_____
                                                      Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Lien interest in goods owned by creditor consigned to Debtor | | | | | |
| Mercantila, Inc. 665 Chestnut St 2nd Fl San Francisco, CA 94133 | - | | | | | | | | | |
| | | | | | Value $          500.00 | | | | 11,787.99 | 11,387.99 |
| Account No. | | | | | Lien interest in goods owned by creditor consigned to Debtor | | | | | |
| Merchandise Manu. Inc. 6650 Caballero Blvd. Buena Park, CA 90620 | - | | | | | | | | | |
| | | | | | Value $          6,000.00 | | | | 11,234.13 | 5,234.13 |
| Account No. | | | | | Lien interest in goods owned by creditor consigned to Debtor | | | | | |
| Overstock.com, Inc. 6350 S. 3000 East Salt Lake Cit, UT 84121 | - | | | | | | | | | |
| | | | | | Value $          3,000.00 | | | | 556,880.23 | 553,880.23 |
| Account No. | | | | | Contractual Pay Pal Retention | | | | | |
| Pay Pal 211 N. 1st Street San Jose, CA 95131 | - | | | | | X | X | X | | |
| | | | | | Value $          120,669.62 | | | | 120,669.62 | 0.00 |
| Account No. | | | | | Purchase Money Security Automobile (911 Porche) | | | | | |
| Porche Financial Serv 4343 Commercial Ct. Ste. 300 Lisle, IL 60532 | - | | | | | X | | X | | |
| | | | | | Value $          Unknown | | | | 35,300.00 | Unknown |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal (Total of this page) | 735,871.97 | 570,502.35 |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Warehouse 86, LLC_____,     Case No. ___08-03423_____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Deposit - Questar Gas, Ogden, UT | | | | | |
| Questar Gas Co. P.O. Box 45841 Salt Lake City, UT 84139 | | - | | | | | | |
| | | | Value $          800.00 | | | | 800.00 | 0.00 |
| Account No. | | | Utility Deposit - Questar Gas, Ogden, UT | | | | | |
| Questar Gas Company P O Box 45841 Salt Lake Cit, UT 84139 | | - | | | | | | |
| | | | Value $          800.00 | | | | 0.00 | 0.00 |
| Account No. | | | Rent Deposit - Radio Shack, Inc | | | | | |
| RadioShack Corporation Rent Acct Dept, Ac Sup P. O. Box 961090 Fort Worth, TX 76161-5014 | | - | | | | | | |
| | | | Value $          35,407.90 | | | | Unknown | Unknown |
| Account No. | | | Utility Deposit - Rocky Mountain Power, Ogden Utah | | | | | |
| Rocky Mountain Power 1033 NE 6th Ave Portland, OR 97256-0001 | | - | | | | | | |
| | | | Value $          6,000.00 | | | | 6,000.00 | 0.00 |
| Account No. | | | Rent Deposit - Radio Shack, Inc | | | | | |
| SC Kiosk, Inc. 300 Radio Shack Circle MS CF4-101 Fort Worth, TX 76102 | | - | | X | X | X | | |
| | | | Value $          35,407.90 | | | | Unknown | Unknown |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 6,800.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Warehouse 86, LLC_____,      Case No. ___08-03423_____
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Non-Purchase Money Security** | | | | | |
| Stuart M. Irby P.O. Box 1819 Jackson, MS 39205-1819 | - | | **All accounts, equipment, general intangibles, chattel paper, instruments, documents, cash, inventory, and all other personal property** | | | | | |
| | | | Value $          1,236,756.00 | | | | 1,236,756.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | Subtotal (Total of this page) | 1,236,756.00 | 0.00 |
|---|---|---|---|---|
|  | | Total (Report on Summary of Schedules) | 2,411,723.57 | 942,472.43 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy