B6F (Official Form 6F) (12/07)

In re **Warehouse 86, LLC**                Case No. **08-03423**

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **ABC Logistics Corp**<br>**2300 Sitler St #685**<br>**Memphis, TN 38114** | - | | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **ADP, Inc.**<br>**5680 New Northside Dr.**<br>**Atlanta, GA 30328-4612** | - | | | | | | | 0.00 |
| Account No. | | | | A/C Company | | | | |
| **Air-One Services**<br>**5055 Pleasant View**<br>**Memphis, TN 38134** | - | | | | | | | 1,130.00 |
| Account No. | | | | Trash removal | | | | |
| **Allied Waste Serv #493**<br>**P O Box 9001225**<br>**Louisville, KY 40290-1225** | - | | | | | | | 3,851.24 |
| **14** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | 5,981.24 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037       S/N:36203-081009   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                    Case No. ___**08-03423**___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trash removal | | | | |
| Allied Waste Serv #837 P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | 1,608.12 |
| Account No. | | | | Trash removal | | | | |
| Allied Waste Serv #868 P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | 1,855.01 |
| Account No. | | | | Credit card purchases | | | | |
| American Express Corp P O Box 650448 Dallas, TX 75265-0448 | | - | | | | | | 267,680.60 |
| Account No. | | | | Copy services | | | | |
| American Photocopy 1719 Bartlett Road Memphis, TN 38134 | | - | | | | | | 448.78 |
| Account No. | | | | Trade debt | | | | |
| Amerigas 545 W 12 Street Ogden, UT 84404-5401 | | - | | | | | | 712.07 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    272,304.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                      ,                 Case No. ____08-03423____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> AT&T <br> P O Box 105262 <br> Atlanta, GA 30348-5262 | | - | Telephone Services - Account Nos. xxx-xxx-0598 and xxx-xxx-3640 | | | | 209.53 |
| Account No. <br><br> Atmos Energy <br> P.O. Box 9001949 <br> Louisville, KY 40290-1949 | | - | Acct. No. xxxxx0088 | | | | 1,305.04 |
| Account No. <br><br> Baja Motorsports, LLC <br> 40602 North Hammond Ln <br> Phoenix, AZ 85034 | | - | | | | | 0.00 |
| Account No. <br><br> Boyer BDO, L.C. <br> 90 South 400 W STE 200 <br> Salt Lake Cit, UT 84101 | | - | Warehouse Lease | | | | 168,390.25 |
| Account No. <br><br> Brands on Sale <br> 16706 Edwards Rd. <br> Cerritos, CA 90703 | | - | | | | | 0.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              169,904.82

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**
_____,
                        Debtor

Case No.   **08-03423**   _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | - | | | | | | | 13,260.00 |
| Account No. | | | | Trade debt | | | | |
| CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | - | | | | | | | 1,447.71 |
| Account No. | | | | Water services | | | | |
| City of Indianola Water P O Box 269 Indianola, MS 38751 | - | | | | | | | 93.04 |
| Account No. | | | | | | | | |
| Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Consumer Products Serv 1650 Old Country Rd Plainview, NY 11803 | - | | | | | | | 2,021.50 |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,822.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                                    Case No. _____**08-03423**_____

_____ ,

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | | | | | |
| **Crawford Technical Services** **Joel Fisher, Exe Gen Adjstr** **11434 Haleiwa Place** **Diamondhead, MS 39525** | | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **Crown Lift Trucks** **3952 Willow Lake Blvd.** **Bld. #5** **Memphis, TN 38118** | | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | - | | | | | |
| **Crown Packaging Corp.** **17854 Chestrfld Airpt** **Chesterfield, MO 63005** | | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | - | Utilities | | | | |
| **Delta Electric Power** **P O Box 935** **Greenwood, MS 38935-0935** | | | | | | | | |
| | | | | | | | | 760.64 |
| Account No. | | | - | Survey services after tornado | | | | |
| **Dematic Corporation** **P O Box 12021** **Newark, NJ 07101-5021** | | | | | | | | |
| | | | | | | | | 1,819.00 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,579.64

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    ,     Case No.     **08-03423**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  | Shipping |  |  |  |  |
| DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 |  | - |  |  |  |  | 80,384.01 |
| Account No. |  |  | Trade debt |  |  |  |  |
| DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. Tempe, AZ 85281 |  | - |  |  |  |  | 2,558.78 |
| Account No. |  |  |  |  |  |  |  |
| EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 |  | - |  |  |  |  | 0.00 |
| Account No. |  |  | Unpaid compensation |  |  |  |  |
| Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 |  | - |  |  |  |  | 11,500.00 |
| Account No. |  |  | Loans to Company |  |  |  |  |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 |  | - |  |  |  |  | 62,938.22 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              157,381.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Warehouse 86, LLC**                                                    Case No.  __08-03423__
_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | | - | | | | | 25,823.16 |
| Account No. | | | Acct No. xxxxxx7475 | | | | |
| Fifth Third Auto Leasing Trt<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263 | | - | | | | | 1,033.49 |
| Account No. | | | | | | | |
| First Ins Funding Corp<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL 60065-3306 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd.<br>STE 202<br>Memphis, TN 38120 | | - | | | | | 0.00 |
| Account No. | | | Broadband provider | | | | |
| Global Crossing Tele.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | | - | | | | | 9,478.33 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      36,334.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Warehouse 86, LLC_____,  Case No.___08-03423_____

_____Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gloria O'Neal 4403 Bennett Wood Millington, TN 38053 | - | | | X | X | X | 0.00 |
| Account No. | | | Trade debt | | | | |
| H&E Equip. Serv. Inc. 2760 S Wadman Dr Ogden, UT 84401 | - | | | | | | 4,397.28 |
| Account No. | | | | | | | |
| Haddox Reid Burkes P O Drawer 22507 Jackson, MS 39225-2507 | - | | | | | | 0.00 |
| Account No. | | | Trade debt | | | | |
| HOJ Enginr. & Sales Co 3960 S 500 West Salt Lake Cit, UT 84123 | - | | | | | | 2,392.75 |
| Account No. | | | | | | | |
| IDI Services Group Mary Leesa Simmons, RPA, FMA 1000 Ridgeway Loop Rd. #100 Memphis, TN 38120 | - | | | X | X | X | 0.00 |

Sheet no. _7_ of _14_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   6,790.03

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                                   Case No.   **08-03423**
                                                         ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| International Tax Services 2204 Walkley Road Ohawa, ON K1A1AB | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | | |
| Jennifer D. Jones 101 Warren St., #20 Como, MS 38619 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | | |
| Joann McKinney 2278 Sharon Memphis, TN 38127 | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Shipping | | | | |
| Katt Worldwide Logist. P O Box 751197 Memphis, TN 38175 | - | | | | | | | | 15,000.00 |
| Account No. | | | | | Unsecured Creditor | | | | |
| Keith Martin Mack 2949 Los Robles Rd. Thousand Oaks, CA 91362-3320 | - | | | | | X | X | X | 0.00 |

Sheet no.  **8**  of  **14**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC** _____,        Case No. _____**08-03423**_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marchetti Robertson &**<br>**P O Box 3348**<br>**Ridgeland, MS 39158** | - | | | | | | 0.00 |
| Account No.<br><br>**Memphis LG&W**<br>**P.O. Box 388**<br>**Memphis, TN 38145-0388** | - | | | | | | 0.00 |
| Account No.<br><br>**Memphis Recycling Serv**<br>**P O Box 88271**<br>**Chicago, IL 60680-1271** | - | | Equipment provider | | | | 3,731.52 |
| Account No.<br><br>**Merchandise Manu. Inc.**<br>**6650 Caballero Blvd.**<br>**Buena Park, CA 90620** | - | | Trade debt | | | | 5,234.13 |
| Account No.<br><br>**Nailco Group**<br>**23200 Haggerty Rd.**<br>**Farmington, MI 48335** | - | | Trade debt | | | | 51.04 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,016.69**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                             Case No. ____08-03423____
                                    Debtor
                                                                        ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Old Dominion Freight Line<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | - | | Acct. No. xxxxxxx6907 | | | | 411.38 |
| Account No.<br><br>Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | - | | Loans to Company | | | | 518,799.53 |
| Account No.<br><br>Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127 | - | | | | | | 0.00 |
| Account No.<br><br>Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139 | - | | Utilities | | | | 224.36 |
| Account No.<br><br>RadioShack Corporation<br>Rent Acct Dept, Ac Sup<br>P. O. Box 961090<br>Fort Worth, TX 76161-5014 | - | | Disputed Lease Obligation | X | X | X | 0.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       519,435.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**_____,   Case No. ____**08-03423**_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | - | | Utilities | | | | 9,266.05 |
| Account No. <br><br>**SC Kiosk, Inc.**<br>**300 RadioShack Circle**<br>**MS CF4-101**<br>**Fort Worth, TX 76102** | - | | Rent Deposit-RadioShack | X | X | X | 0.00 |
| Account No. <br><br>**Serv 1st Indust. Tires**<br>**120-B Quinton Ave**<br>**Munford, TN 38058** | - | | Trade debt | | | | 410.10 |
| Account No. <br><br>**Soefker Services, Inc.**<br>**1568 Panama St**<br>**Memphis, TN 38108-1919** | - | | Acct. WAR102 | | | | 4,724.34 |
| Account No. <br><br>**SOS Staffing**<br>**P O Box 27008**<br>**Salt Lake Cit, UT 84127** | - | | Temporary agency services | | | | 17,432.77 |

Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **31,833.26**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**
_____,
                          Debtor

Case No.  **08-03423**  _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sprint** <br> **P O Box 660092** <br> **Dallas, TX 75266** | - | | | | | | 0.00 |
| Account No. <br><br> **Teleshere Networks Ltd** <br> **9237 E Via de Ventura** <br> **Suite 250** <br> **Scottsdale, AZ 85258** | - | | Trade debt | | | | 193.32 |
| Account No. <br><br> **Thomas Sales&Serv Inc.** <br> **2300 Sitler St. #685** <br> **Memphis, TN 38114** | - | | Trade debt | | | | 20,853.70 |
| Account No. <br><br> **Transport Express Inc.** <br> **P.O. Box 69207** <br> **Seattle, WA 98168** | - | | Account No. xxx-xxx-5495 | | | | 3,290.00 |
| Account No. <br><br> **Tri-Continental Truck** <br> **P O Box 1621** <br> **Scottsdale, AZ 85252-1621** | - | | Shipping | | | | 5,550.00 |

Sheet no. **12** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,887.02

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                                    Case No. ____**08-03423**____
                                    _____,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **TWG Innov. Solutions** <br> **13922 Denver W Pkwy** <br> **Golden, CO 80401** | - | | | | | | **125,469.00** |
| Account No. | | | | | | | |
| **TWG Innov. Solutions** <br> **13922 Denver W Pkwy** <br> **Golden, CO 80401** | - | | | | | | **0.00** |
| Account No. | | | Shipping | | | | |
| **UPS** <br> **1620 Valwood Pkwy #115** <br> **Carrollton, TX 75006** | - | | | | | | **58,577.46** |
| Account No. | | | Shipping | | | | |
| **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL 60132-0577** | - | | | | | | **56,567.20** |
| Account No. | | | Account No. xxx-x6406 | | | | |
| **UPS Freight** <br> **P.O. Box 6109** <br> **Westerville, OH 43086** | - | | | | | | **340.85** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **240,954.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Warehouse 86, LLC**
_____
Debtor

Case No. **08-03423** _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | - | | Wireless Services | X | X | X | 2,968.01 |
| Account No.<br><br>Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216 | - | | | | | | 0.00 |
| Account No.<br><br>Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612 | - | | Trade debt | | | | 450.00 |
| Account No.<br><br>Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, IL 60606 | - | | | | | | 0.00 |
| Account No.<br><br>Windsor Tax Services<br>P.O. Box 1655<br>Windsor ON N9A767 | - | | Disputed taxes allegedly owed by C86, LLC | X | X | X | 0.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 3,418.01 |
| Total<br>(Report on Summary of Schedules) | 1,517,643.31 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy