Case #
Debtor   Warehouse 86, LLC

**Statement of Financial Affairs**
Question:  3b
List of payments to creditors within 90 days if not less than $5,000

| NAME & ADDRESS OF CREDITOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| ADP, Inc. | 8/1/2008 | $249.92 | |
| 5680 New Northside Dr. | 8/3/2008 | $322.52 | |
| Atlanta, GA 30328-4612 | 8/4/2008 | $421.82 | |
| | 8/6/2008 | $699.82 | |
| | 8/8/2008 | $243.20 | |
| | 8/14/2008 | $173.68 | |
| | 8/22/2008 | $239.84 | |
| | 8/22/2008 | $1,140.61 | |
| | 9/5/2008 | $219.68 | |
| | 9/8/2008 | $78.96 | |
| | 9/12/2008 | $228.92 | |
| | 9/19/2008 | $218.00 | |
| | 9/26/2008 | $1,077.99 | |
| | 9/26/2008 | $209.60 | |
| | 10/10/2008 | $209.60 | |
| | 10/17/2008 | $190.52 | $0.00 |
| | | $5,924.68 | |
| Alvarado, Fernando | 7/25/2008 | $442.00 | |
| 10543 Lafayette Dr. | 8/1/2008 | $404.08 | |
| Olive Branch, MS 38654 | 8/8/2008 | $451.37 | |
| Relation to Company: Employee | 8/15/2008 | $387.87 | |
| | 8/22/2008 | $454.50 | |
| | 8/29/2008 | $482.24 | |
| | 9/5/2008 | $454.51 | |
| | 9/12/2008 | $425.33 | |
| | 9/19/2008 | $502.60 | |
| | 9/26/2008 | $485.17 | |
| | 10/3/2008 | $583.16 | |
| | 10/10/2008 | $384.62 | |
| | 10/17/2008 | $353.92 | $0.00 |
| | | $5,811.37 | $0.00 |
| American Express | 8/1/2008 | $50,000.00 | |
| Post Office Box 650448 | | | |
| Dallas, TX 75265-0448 | | | $267,680.60 |
| | | $50,000.00 | $267,680.60 |
| American International Co. | 8/10/2008 | $11,350.00 | $0.00 |
| 22427 Network Place | | | |
| Chicago, IL 60673-1224 | | | |
| | | $11,350.00 | $0.00 |
| AON Innovative Solutions | 7/26/2008 | $27,113.10 | |
| 13922 Denver West Pkwy. | 8/3/2008 | $32,252.81 | |
| Golden, CO 80401 | | | $125,469.00 |
| | | $59,365.91 | $125,469.00 |
| Butler Snow, PLLC | 10/27/2008 | $15,000.00 | (Add. Retainer) |
| P.O. Box 22567 | | | |
| Jackson, MS  39225-2567 | | | |

| Creditor | Date | Amount | Balance |
|---|---|---|---|
| DJW Enterprises, Inc.<br>26070 N. 72nd Dr.<br>Peoria, AZ 85383 | 7/28/2008 | $2,010.00 | |
| | 8/10/2008 | $3,420.00 | |
| | 9/8/2008 | $4,500.00 | |
| | 9/18/2008 | $2,400.00 | |
| | 10/6/2008 | $1,890.00 | $0.00 |
| | | $14,220.00 | $0.00 |
| EMC Insurance Companies<br>Post Office Box 6011<br>Ridgeland, MS 39158-6011 | 9/8/2008 | $9,620.92 | $0.00 |
| | | $9,620.92 | $0.00 |
| Exel Transportation Services, Inc.<br>Post Office Box 844711<br>Dallas, TX 75284-4711 | 7/28/2008 | $8,905.22 | $25,823.16 |
| | | $8,905.22 | $25,823.16 |
| Global Crossing Telecommunications<br>Post Office Box 741276<br>Cincinnati, OH 45274-1276 | 8/3/2008 | $6,637.53 | |
| | 9/8/2008 | $5,270.65 | |
| | 10/6/2008 | $5,775.90 | $9,478.33 |
| | | $17,684.08 | $9,478.33 |
| Green, Linda<br>3179 Given<br>Memphis, TN 38112<br>Relation to Company: Employee | 7/25/2008 | $697.90 | |
| | 8/8/2008 | $1,075.07 | |
| | 8/15/2008 | $673.17 | |
| | 8/22/2008 | $616.58 | |
| | 8/29/2008 | $528.19 | |
| | 9/5/2008 | $517.19 | |
| | 9/12/2008 | $571.80 | |
| | 9/19/2008 | $648.40 | |
| | 9/26/2008 | $556.47 | |
| | 10/3/2008 | $659.02 | |
| | 10/10/2008 | $584.76 | |
| | 10/17/2008 | $513.14 | $0.00 |
| | | $7,641.69 | $0.00 |
| Hale, Kevin W.<br>850 Hickory Oaks Circle<br>Collierville, TN 38017<br>Relation to Company: Employee | 7/25/2008 | $570.46 | |
| | 8/1/2008 | $578.29 | |
| | 8/8/2008 | $609.62 | |
| | 8/15/2008 | $531.29 | |
| | 8/22/2008 | $480.40 | |
| | 8/29/2008 | $515.63 | |
| | 9/5/2008 | $578.28 | |
| | 9/12/2008 | $518.25 | |
| | 9/19/2008 | $468.65 | |
| | 9/26/2008 | $609.61 | |
| | 10/3/2008 | $566.54 | |
| | 10/10/2008 | $452.98 | |
| | 10/17/2008 | $382.50 | $0.00 |
| | | $6,862.50 | $0.00 |
| Hammerman, Paul<br>2515 B Ave.<br>Ogden, UT 84401<br>Relation to Company: Employee | 7/25/2008 | $469.00 | |
| | 8/1/2008 | $469.00 | |
| | 8/8/2008 | $469.00 | |
| | 8/15/2008 | $469.00 | |
| | 8/22/2008 | $469.00 | |
| | 8/29/2008 | $469.00 | |
| | 9/5/2008 | $469.00 | |
| | 9/12/2008 | $469.00 | |
| | 9/19/2008 | $469.00 | |
| | 9/26/2008 | $469.00 | |
| | 10/3/2008 | $469.00 | |

| | | | |
|---|---|---|---|
| | 10/10/2008 | $469.00 | |
| | 10/17/2008 | $469.00 | $0.00 |
| | | $6,097.00 | $0.00 |
| Heath, Jimmie L., Jr.<br>6731 White Hawk Ln.<br>Olive Branch, MS 38654<br>Relation to Company: Employee | 7/25/2008 | $690.29 | |
| | 8/1/2008 | $690.30 | |
| | 8/8/2008 | $690.30 | |
| | 8/15/2008 | $690.29 | |
| | 8/22/2008 | $633.13 | |
| | 8/29/2008 | $633.14 | |
| | 9/5/2008 | $633.13 | |
| | 9/12/2008 | $633.14 | |
| | 9/19/2008 | $633.12 | |
| | 9/26/2008 | $633.14 | |
| | 10/3/2008 | $633.14 | |
| | 10/10/2008 | $633.13 | |
| | 10/17/2008 | $633.14 | $0.00 |
| | | $8,459.39 | $0.00 |
| Internal Revenue Services<br>Payroll Taxes | 7/31/2008 | $2,611.28 | |
| | 7/29/2008 | $2,357.59 | |
| | 7/29/2008 | $2,833.59 | |
| | 7/29/2008 | $2,833.57 | |
| | 8/5/2008 | $1,949.13 | |
| | 8/5/2008 | $2,623.12 | |
| | 8/5/2008 | $2,623.09 | |
| | 8/12/2008 | $2,115.87 | |
| | 8/12/2008 | $2,647.82 | |
| | 8/12/2008 | $2,647.86 | |
| | 8/19/2008 | $1,619.79 | |
| | 8/19/2008 | $2,239.62 | |
| | 8/19/2008 | $2,239.61 | |
| | 8/26/2008 | $1,584.20 | |
| | 8/26/2008 | $2,062.04 | |
| | 8/26/2008 | $2,061.98 | |
| | 9/3/2008 | $1,355.46 | |
| | 9/3/2008 | $1,887.67 | |
| | 9/3/2008 | $1,887.66 | |
| | 9/10/2008 | $1,321.41 | |
| | 9/10/2008 | $1,787.18 | |
| | 9/10/2008 | $1,787.19 | |
| | 9/16/2008 | $1,585.39 | |
| | 9/16/2008 | $2,023.21 | |
| | 9/16/2008 | $2,023.26 | |
| | 9/23/2008 | $1,405.15 | |
| | 9/23/2008 | $1,903.42 | |
| | 9/23/2008 | $1,903.44 | |
| | 9/30/2008 | $3,150.76 | |
| | 9/30/2008 | $2,332.12 | |
| | 9/30/2008 | $2,332.13 | $0.00 |
| | | $65,735.61 | $0.00 |
| King, Joseph M.<br>9123 Grovelawn Cove East<br>Germantown, TN 38139<br>Relation to Company: Employee | 7/25/2008 | $1,781.49 | |
| | 8/1/2008 | $1,781.49 | |
| | 8/8/2008 | $1,781.49 | |
| | 8/15/2008 | $1,781.50 | |
| | 8/22/2008 | $1,781.48 | |
| | 8/29/2008 | $1,781.49 | |
| | 9/5/2008 | $1,781.49 | |
| | 9/12/2008 | $1,781.50 | |
| | 9/19/2008 | $1,781.49 | |
| | 9/26/2008 | $1,781.49 | |
| | 10/3/2008 | $1,781.48 | |
| | 10/10/2008 | $1,781.50 | |

| | | | |
|---|---|---|---|
| | 10/17/2008 | $1,781.49 | $0.00 |
| | | $23,159.38 | $0.00 |
| Matthews, Chanthala<br>5330 Maiden Grass Dr.<br>Memphis, TN 38135<br>Relation to Company: Employee | 7/25/2008 | $557.27 | |
| | 8/1/2008 | $495.95 | |
| | 8/8/2008 | $473.14 | |
| | 8/15/2008 | $450.33 | |
| | 8/22/2008 | $404.68 | |
| | 8/29/2008 | $470.29 | |
| | 9/5/2008 | $501.65 | |
| | 9/12/2008 | $493.11 | |
| | 9/19/2008 | $444.60 | |
| | 9/26/2008 | $484.55 | |
| | 10/3/2008 | $498.80 | |
| | 10/10/2008 | $421.79 | |
| | 10/17/2008 | $115.79 | $0.00 |
| | | $5,811.95 | $0.00 |
| McCreary, Norman M.<br>2710 Bienville Rd.<br>Nesbit, MS 38651<br>Relation to Company: Employee | 7/25/2008 | $983.45 | |
| | 8/1/2008 | $1,047.61 | |
| | 8/8/2008 | $1,047.62 | |
| | 8/15/2008 | $1,047.62 | |
| | 8/22/2008 | $1,047.61 | |
| | 8/29/2008 | $1,047.62 | |
| | 9/5/2008 | $1,047.62 | |
| | 9/12/2008 | $1,047.62 | |
| | 9/19/2008 | $1,047.61 | |
| | 9/26/2008 | $1,047.62 | |
| | 10/3/2008 | $1,047.62 | |
| | 10/10/2008 | $1,047.62 | |
| | 10/17/2008 | $1,047.61 | $0.00 |
| | | $13,554.85 | $0.00 |
| Memphis Light, Gas & Water<br>P O Box 388<br>Memphis, TN 38145-0388 | 8/14/2008 | $6,482.50 | |
| | 8/14/2008 | $8,542.39 | |
| | 9/8/2008 | $7,324.24 | |
| | 9/8/2008 | $4,534.91 | |
| | 10/6/2008 | $6,011.80 | |
| | 10/6/2008 | $1,522.50 | $0.00 |
| | | $34,418.34 | $0.00 |
| Mendes, Nancy M.<br>8172 Heatherstone Dr.<br>Olive Branch, MS 38654<br>Relation to Company: Employee | 7/25/2008 | $676.35 | |
| | 8/1/2008 | $676.36 | |
| | 8/8/2008 | $676.36 | |
| | 8/15/2008 | $676.35 | |
| | 8/22/2008 | $676.35 | |
| | 8/29/2008 | $676.36 | |
| | 9/5/2008 | $676.35 | |
| | 9/12/2008 | $676.36 | |
| | 9/19/2008 | $676.34 | |
| | 9/26/2008 | $676.36 | |
| | 10/3/2008 | $676.36 | |
| | 10/10/2008 | $676.36 | |
| | 10/17/2008 | $676.36 | $0.00 |
| | | $8,792.62 | $0.00 |
| Mississippi Dept. of Employment Sec.<br>Post Office Box 1699<br>Jackson, MS 39215-1699 | 7/31/2008 | $1,272.50 | |
| | | | $0.00 |
| | | $1,272.50 | $0.00 |
| Mississippi State Tax Commission<br>Post Office Box 1033<br>Jackson, MS 39215-1033 | 8/14/2008 | $1,126.52 | |
| | 9/12/2008 | $1,033.96 | |
| | 10/14/2008 | $825.81 | $0.00 |

|  |  | $2,986.29 | $0.00 |
|---|---|---|---|
| Novak, Timothy A.<br>5697 Ridgepoint Dr.<br>Memphis, TN 38134<br>Relation to Company: Employee | 7/25/2008<br>8/1/2008<br>8/8/2008<br>8/15/2008<br>8/22/2008<br>8/29/2008<br>9/5/2008<br>9/12/2008<br>9/19/2008<br>9/26/2008<br>10/3/2008<br>10/10/2008<br>10/17/2008 | $402.46<br>$367.25<br>$397.04<br>$356.43<br>$378.08<br>$405.15<br>$369.97<br>$426.81<br>$445.77<br>$397.04<br>$383.49<br>$364.54<br>$310.40<br>$5,004.43 | <br><br><br><br><br><br><br><br><br><br><br><br>$0.00<br>$0.00 |
| Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121 | 8/19/2008 | $21,189.00<br><br>$21,189.00 | <br>$553,880.23<br>$553,880.23 |
| Perry, Lamar D.<br>5268 Hayes Rd.<br>Horn Lake, MS 38637<br>Relation to Company: Employee | 7/25/2008<br>8/1/2008<br>8/8/2008<br>8/15/2008<br>8/22/2008<br>8/29/2008<br>9/5/2008<br>9/12/2008<br>9/19/2008<br>9/26/2008<br>10/3/2008<br>10/10/2008<br>10/17/2008 | $979.55<br>$733.33<br>$494.03<br>$468.37<br>$516.00<br>$453.73<br>$574.60<br>$502.57<br>$413.44<br>$384.06<br>$578.26<br>$442.75<br>$417.10<br>$6,957.79 | <br><br><br><br><br><br><br><br><br><br><br><br>$0.00<br>$0.00 |
| Phusion Software, Inc.<br>26300 Ford Rd., #415<br>Dearborn Heights, MI 48127 | 8/10/2008<br>9/8/2008<br>10/6/2008 | $8,370.00<br>$9,562.50<br>$7,830.00<br>$25,762.50 | <br><br>$0.00<br>$0.00 |
| Pugh, Corey L.<br>2185 W. Rivertrace Dr., #2<br>Memphis, TN 38134<br>Relation to Company: Employee | 7/25/2008<br>8/1/2008<br>8/8/2008<br>8/15/2008<br>8/22/2008<br>8/29/2008<br>9/5/2008<br>9/12/2008<br>9/19/2008<br>9/26/2008<br>10/3/2008<br>10/10/2008<br>10/17/2008 | $818.60<br>$620.29<br>$430.15<br>$377.81<br>$372.29<br>$369.53<br>$338.22<br>$351.92<br>$246.30<br>$338.22<br>$355.75<br>$338.22<br>$277.59<br>$5,234.89 | <br><br><br><br><br><br><br><br><br><br><br><br>$0.00<br>$0.00 |
| Rocky Mountain Power<br>1033 NE 6th Ave.<br>Portland, OR 97256-0001 | 8/25/2008<br>9/23/2008 | $4,972.84<br>$4,005.40<br><br>$8,978.24 | <br><br>$9,266.05<br>$9,266.05 |
| Telephere<br>9237 E. Via de Ventura, Ste. 250 | 8/10/2008<br>10/6/2008 | $11,101.53<br>$21,107.86 |  |

| | | | |
|---|---|---|---|
| Scottsdale, AZ 85258 | | | $0.00 |
| | | $32,209.39 | $0.00 |
| | | | |
| Tennessee Dept. of Labor & Workforce Development | 7/30/2008 | $1,397.57 | |
| 220 French Landing Dr. | | | |
| Nashville, TN 37243-0655 | | | $0.00 |
| | | $1,397.57 | $0.00 |
| | | | |
| Torres, Jose | 7/25/2008 | $602.17 | |
| 9006 Travis Dr. | 8/1/2008 | $602.17 | |
| Olive Branch, MS 38654 | 8/8/2008 | $602.17 | |
| Relation to Company: Employee | 8/15/2008 | $602.17 | |
| | 8/22/2008 | $602.17 | |
| | 8/29/2008 | $602.17 | |
| | 9/5/2008 | $602.17 | |
| | 9/12/2008 | $602.17 | |
| | 9/19/2008 | $602.17 | |
| | 9/26/2008 | $602.17 | |
| | 10/3/2008 | $602.17 | |
| | 10/10/2008 | $602.17 | |
| | 10/17/2008 | $602.17 | $0.00 |
| | | $7,828.21 | $0.00 |
| | | | |
| UPS | 7/26/2008 | $21.97 | |
| 1620 Valwood Pkwy., Ste. 115 | 7/26/2008 | $17.00 | |
| Carrollton, TX 75006 | 7/26/2008 | $29.00 | |
| | 7/26/2008 | $27,741.42 | |
| | 8/5/2008 | $21.97 | |
| | 8/5/2008 | $80.00 | |
| | 8/5/2008 | $99.60 | |
| | 8/5/2008 | $39,171.19 | |
| | 8/9/2008 | $38.46 | |
| | 8/9/2008 | $66.00 | |
| | 8/9/2008 | $191.36 | |
| | 8/9/2008 | $29,687.26 | |
| | 8/16/2008 | $22.01 | |
| | 8/16/2008 | $60.00 | |
| | 8/16/2008 | $408.45 | |
| | 8/16/2008 | $18,234.18 | |
| | 8/23/2008 | $17.00 | |
| | 8/23/2008 | $107.28 | |
| | 8/23/2008 | $17.00 | |
| | 8/30/2008 | $29.01 | $114,920.38 |
| | | $116,060.16 | $114,920.38 |
| | | | |
| Utah Department of Workforce Svcs. | 7/21/2008 | $1,883.22 | |
| Post Office Box 45249 | 7/31/2008 | $699.82 | |
| Salt Lake City, UT 84145-0249 | | | |
| | | $2,583.04 | $0.00 |
| | | | |
| Utah State Tax Commission | 7/31/2008 | $1,647.28 | |
| 210 North 1950 West | 9/2/2008 | $793.64 | |
| Salt Lake City, UT 84134 | 9/30/2008 | $453.64 | $0.00 |
| | | $2,894.56 | $0.00 |
| | | | |
| Verizon Wireless | 8/10/2008 | $2,028.72 | |
| Post Office Box 660108 | 8/10/2008 | $511.53 | |
| Dallas, TX 75266-0108 | 9/8/2008 | $2,000.93 | |
| | 9/8/2008 | $513.91 | $2,968.01 |
| | | $5,055.09 | $2,968.01 |
| | | | |
| Wade, Kevin M. | 7/25/2008 | $605.28 | |

| | | | |
|---|---|---|---|
| 4191 W. 5950 South<br>Roy, UT 84067<br>Relation to Company: Employee | 8/1/2008<br>8/8/2008<br>8/15/2008<br>8/22/2008<br>8/29/2008<br>9/5/2008<br>9/12/2008<br>9/19/2008<br>9/26/2008<br>10/3/2008<br>10/10/2008<br>10/17/2008 | $695.30<br>$616.99<br>$521.43<br>$577.33<br>$525.43<br>$525.42<br>$516.12<br>$706.49<br>$631.90<br>$616.98<br>$382.72<br>$569.34<br>$7,490.73 | $0.00<br>$0.00 |
| Ward, Thomas M.<br>7236 Helen Dr.<br>Olive Branch, MS 38654<br>Relation to Company: Employee | 7/25/2008<br>8/1/2008<br>8/8/2008<br>8/15/2008<br>8/22/2008<br>8/29/2008<br>9/5/2008<br>9/12/2008<br>9/19/2008<br>9/26/2008<br>10/3/2008<br>10/10/2008<br>10/17/2008 | $400.79<br>$474.88<br>$433.11<br>$426.65<br>$423.41<br>$416.95<br>$433.10<br>$409.41<br>$299.53<br>$400.79<br>$400.79<br>$400.79<br>$256.50<br>$5,176.70 | $0.00<br>$0.00 |
| Willow Lake Property, LLC<br>233 S. Wacker Dr., Ste. 350<br>Chicago, IL 60606 | 8/4/2008 | $38,866.63<br><br>$64,201.49 | $0.00<br>$0.00 |

Warehouse 86, LLC Warehouse 86, LLC
Statement of Financial Affairs
Question 3c

| NAME & ADDRESS OF RECIPIENT, RELATION TO DEBTOR | PURPOSE OF PAYMENT | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|---|
| Paul Thomas St. James<br>3241 Kinney Drive,<br>Germantown, TN 38139<br>Member | | | | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 | |
| Paul Thomas St. James | Expense Report | 12/1/2007 | $400.10 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary, auto allow, and exp report | 6/15/2008 | $12,545.49 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 6/15/2008 | | $10,000.00 |
| Paul Thomas St. James | Expense Report | 7/5/2008 | $259.05 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary, auto allow, and exp report | 7/7/2008 | $10,382.84 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 8/4/2008 | $16,000.00 | |
| Paul Thomas St. James | Expense Report | 8/25/2008 | $3,670.00 | |
| Paul Thomas St. James | Expense Report | 9/17/2008 | $2,520.98 | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 9/26/2008 | $16,000.00 | |
| Paul Thomas St. James | Expense Report | 10/1/2008 | $7,669.67 | |
| Paul Thomas St James | Guaranteed Payment in lieu of salary | 10/23/2008 | $16,000.00 | |
| Joy D. St. James<br>3241 Kinney Drive,<br>Germantown, TN 38139<br>Member | | | | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 | |
| Joy D. St. James | Expense Report | 1/18/2008 | $1,073.90 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 6/18/2008 | $10,000.00 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 6/15/2008 | | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 7/7/2008 | $10,000.00 | $10,000.00 |
| Joy D. St. James | Expense Report | 7/28/2008 | $675.00 | |

| Name | Description | Date | Amount | Amount 2 |
|---|---|---|---|---|
| Joy D. St. James | Guaranteed Payment in lieu of salary | 8/4/2008 | $16,000.00 | |
| Joy D. St. James | Overpayment - CM | 8/4/2008 | | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 9/22/2008 | $16,000.00 | -$1,000.00 |
| Joy D. St. James | Expense Report | 9/30/2008 | | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 10/23/08 | $16,000.00 | $346.79 |

Ernest K. Strahan, III
1918 Petit Bois St. N, Jackson, MS 39211
Member

| Name | Description | Date | Amount | Amount 2 |
|---|---|---|---|---|
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 6/18/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 6/15/2008 | | |
| Ernest K. Strahan, III | Expense Report | 7/5/2008 | $168.35 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 7/7/2008 | $10,000.00 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 8/24/2008 | $16,000.00 | |
| Ernest K. Strahan, III | Overpayment - CM | 8/4/2008 | | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 9/22/2008 | $15,000.00 | -$1,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 10/23/2008 | $15,000.00 | |

Eric L. Eilertsen
3103 Wetherby Cove North, Germantown, TN 38139
Former Member

| Name | Description | Date | Amount | Amount 2 |
|---|---|---|---|---|
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 | |
| Eric L. Eilertsen | Expense Report | 1/28/2008 | $17.75 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 4/18/2008 | $11,500.00 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary and expense report | 6/18/2008 | $12,741.87 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 6/15/2008 | | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 7/7/2008 | $11,500.00 | $11,500.00 |

| Creditor | Description | Date | Amount |
|---|---|---|---|
| W86 Property Holdings, LLC<br>Post Office Box 16692<br>Jackson, MS 39236<br>Owned by Paul St James, Joy St James, and ETI, Inc, which is Owned by Eric Ellertsen | Rent of Building in Indianola, MS | | |
| W86 Property Holdings | Rent of Building in Indianola, MS | 10/23/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 10/25/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 11/20/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 12/27/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 1/28/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 2/26/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 3/25/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 4/29/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 5/30/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $1,000.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $250.00 |
| ETI (Electronic Technologies, Inc.)<br>3103 Wetherby Dr.<br>Germantown, TN 38139 | Rent of Building in Indianola, MS | | |
| ETI | Rent of Building in Indianola, MS | 10/23/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 11/20/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 12/27/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 1/28/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 2/26/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 4/1/2008 | $5,000.00 |
| ETI | Rent of Building in Indianola, MS | 4/29/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 5/30/2008 | $2,500.00 |

**Case #**
**Debtor** Warehouse 86, LLC

**Statement of Financial Affairs**
**Question:** 8
Losses from fire, theft, or other casualty

| DESCRIPTION OF PROPERTY | VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|---|
| Inventory, material handling equipment, plant and office furniture, computers and IT equipment, office equipment | In excess of $500,000.00, to be determined. | A severe tornado destroyed the approximately 177,000 square foot facility which we leased in Southaven, Mississippi on February 5, 2008. What remained of the facility and contents after the tornado was almost completed detroyed by a fire which broke out on the roof structure during the building stabilization effort on February 11, 2008. Insurance claims have been filed, which we anticipate will not cover the entire loss, especially the loss of income. | 2/5/2008 and 2/11/2008 |
| Sub-leased racking and conveyors | Unknown, as claim has not been filed yet by landlord. | Same.... | 2/5/2008 and 2/11/2008 |
| Sub-leased leasehold improvements located in the leased building | Unknown, as claim has not been filed yet by landlord. | Same.... | 2/5/2008 and 2/11/2008 |
| Leased cardboard bailer | Unknown | Same.... | 2/5/2008 and 2/11/2008 |

**Warehouse 86, LLC**
**Statement of Financial Affairs**
**Question 23**
Withdrawals from a partnership or distribution by a corporation

| NAME & ADDRESS OF RECIPIENT, RELATION TO DEBTOR | PURPOSE OF PAYMENT | DATE OF PAYMENT | AMOUNT OF MONEY |
|---|---|---|---|
| Note: The following are also listed in Question 3c. | | | |
| Paul Thomas St. James<br>3241 Kinney Drive,<br>Germantown, TN 38139<br>Member | | | |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 |
| Paul Thomas St. James | Expense Report | 12/1/2007 | $400.10 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary, auto allow, and exp report | 6/15/2008 | $12,545.49 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 6/15/2008 | |
| Paul Thomas St. James | Expense Report | 7/5/2008 | $259.05 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary, auto allow, and exp report | 7/7/2008 | $10,382.84 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 8/4/2008 | $16,000.00 |
| Paul Thomas St. James | Expense Report | 8/25/2008 | $3,670.00 |
| Paul Thomas St. James | Expense Report | 9/17/2008 | $2,520.98 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 9/26/2008 | $16,000.00 |
| Paul Thomas St. James | Expense Report | 10/1/2008 | $7,669.67 |
| Paul Thomas St. James | Guaranteed Payment in lieu of salary | 10/23/2008 | $16,000.00 |
| Joy D. St. James<br>3241 Kinney Drive,<br>Germantown, TN 38139<br>Member | | | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 |

| | | | |
|---|---|---|---:|
| Joy D. St. James | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 |
| Joy D. St. James | Expense Report | 1/18/2008 | $1,073.90 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 6/18/2008 | $10,000.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 6/15/2008 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 7/7/2008 | $10,000.00 |
| Joy D. St. James | Expense Report | 7/28/2008 | $675.00 |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 8/4/2008 | $16,000.00 |
| Joy D. St. James | Overpayment - CM | 8/4/2008 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 9/22/2008 | $16,000.00 |
| Joy D. St. James | Expense Report | 9/30/2008 | |
| Joy D. St. James | Guaranteed Payment in lieu of salary | 10/23/2008 | $16,000.00 |

Ernest K. Strahan, III
1918 Petit Bois St. N, Jackson, MS 39211
Member

| | | | |
|---|---|---|---:|
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 4/18/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 6/18/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 6/15/2008 | |
| Ernest K. Strahan, III | Expense Report | 7/5/2008 | $168.35 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 7/7/2008 | $10,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 8/24/2008 | $16,000.00 |
| Ernest K. Strahan, III | Overpayment - CM | 8/4/2008 | |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 9/22/2008 | $15,000.00 |
| Ernest K. Strahan, III | Guaranteed Payment in lieu of salary | 10/23/2008 | $15,000.00 |

Eric L. Eilertsen

3103 Wetherby Cove North,
Germantown, TN 38139
Former Member

| | | | |
|---|---|---|---|
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 11/20/2007 | $10,000.00 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 12/4/2007 | $10,000.00 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 1/11/2008 | $10,000.00 |
| Eric L. Eilertsen | Expense Report | 1/28/2008 | $17.75 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 2/15/2008 | $10,000.00 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 3/11/2008 | $10,000.00 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 4/18/2008 | $11,500.00 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary and expense report | 6/18/2008 | $12,741.87 |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 6/15/2008 | |
| Eric L. Eilertsen | Guaranteed Payment in lieu of salary | 7/7/2008 | $11,500.00 |

W86 Property Holdings, LLC
Post Office Box 16692
Jackson, MS 39236
Owned by Paul St James, Joy St James, and ETI, Inc, which is Owned by Eric Eilertsen

| | | | |
|---|---|---|---|
| W86 Property Holdings | Rent of Building in Indianola, MS | | |
| W86 Property Holdings | Rent of Building in Indianola, MS | 10/23/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 10/25/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 11/20/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 12/27/2007 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 1/28/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 2/26/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 3/25/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 4/29/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 5/30/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $5,208.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $1,000.00 |
| W86 Property Holdings | Rent of Building in Indianola, MS | 8/4/2008 | $250.00 |

| | | | |
|---|---|---|---|
| ETI (Electronic Technologies, Inc.) 3103 Wetherby Dr. Germantown, TN 38139 | Rent of Building in Indianola, MS | | |
| ETI | Rent of Building in Indianola, MS | 10/23/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 11/20/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 12/27/2007 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 1/28/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 2/26/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 4/1/2008 | $5,000.00 |
| ETI | Rent of Building in Indianola, MS | 4/29/2008 | $2,500.00 |
| ETI | Rent of Building in Indianola, MS | 5/30/2008 | $2,500.00 |