# United States Bankruptcy Court
## Southern District of Mississippi

In re: Warehouse 86, LLC, Debtor

Case No. 08-03423

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ernest K. Strahan, III<br>1918 Petit Bois St N<br>Jackson, MS 39211 | LLC Interest | 20% of LLC | Membership |
| Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | LLC Membership | 40% of LLC | Membership |
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | LLC Membership | 40% of LLC | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 11/4/08

Signature: [signed] Ernest K. Strahan III, CFO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0 continuation sheets attached to List of Equity Security Holders