# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Warehouse 86, LLC**                                    Case No.  **08-03423**
                                    Debtor(s)                   Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __11/4/08__                      _____/s/ Ernest K. Strahan III_____
                                        **Ernest K. Strahan III/CFO**
                                        Signer/Title

WAREHOUSE 86, LLC
5 RIVER BEND PLACE,
STE D
FLOWOOD, MS 39232

JOHN A. CRAWFORD, JR.
Butler Snow, PLLC
210 E. Capitol St.
17th Floor
Jackson, MS 39201

5 River Bend Pl., LLC
5 River Bend Place
Ste. D
Flowood, MS 39232

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4612

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1728

Air-One Services
5055 Pleasant View
Memphis, TN 38134

Allied Waste Serv #493
P O Box 9001225
Louisville, KY 40290

Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290

Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

American Internatl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054

American Photocopy
1719 Bartlett Road
Memphis, TN 38134

Amerigas
545 W 12 Street
Ogden, UT 84404-5401

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, IN 46514

Baja Motorsports, LLC
40602 North Hammond Ln
Phoenix, AZ 85034

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139

CH Enterprises
4305 Harrison #6-323
Ogden, UT 84403

City of Indianola Water
P O Box 269
Indianola, MS 38751

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

ConnectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133

Consumer Products Serv
1650 Old Country Rd
Plainview, NY 11803

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005

Delta Electric Power
P O Box 935
Greenwood, MS 38935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claims
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281

DHL Express-SRC
1100 Airport Rd.
MS 2061-D11
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158

Eric L. Eilertsen
3103 Wetherby Cv. N.
Germantown, TN 38139

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211

Ernest K. Strahan, III
1918 Petit Bois St N
Jackson, MS 39211

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

First Ins Funding Corp
450 Skokie Blvd. Ste 1000
Northbrook, IL 60065

Fifth Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263

Gary E. Veasey, Esq.
780 Ridge Lake Blvd.
STE 202
Memphis, TN 38120

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123

International Tax Servs
2204 Walkley Road
Ohawa, ON K1A1AB

Jennifer D. Jones
101 Warren St., #20
Como, MS 38619

Joann McKinney
2278 Sharon
Memphis, TN 38127

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139

Joy St James
3241 Kinney Drive
Germantown, TN 38139

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA
91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd,
#100
Memphis, TN 38120

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139

Paul St James
3241 Kinney Drive
Germantown, TN 38139

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139

Pay Pal
211 N. 1st Street
San Jose, CA 95131

Phusion Software, Inc.
26300 Ford Rd. #415
Dearborn Heig, MI 48127

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139

RadioShack Corporation
Rent Acct Dept, Ac Sup
P. O. Box 961090
Fort Worth, TX 76161

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102

Serv 1st Indust. Tires
120-B Quinton Ave
Munford, TN 38058

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127

Sprint
P O Box 660092
Dallas, TX 75266

Stuart M. Irby
P.O. Box 1819
Jackson, MS 39205-1819

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114

Tri-Continental Truck
P O Box 1621
Scottsdale, AZ 85252

Transport Express, Inc.
P.O. Box 69207
Seattle, WA 98168-

TWG Innov. Solutions
13922 Denver W Pkwy
Golden, CO 80401

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006

UPS
Lockbox 577
Carol Stream, IL 60132-0577

UPS Freight
P.O. Box 6109
Westerville, OH 43086

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, IL 60606

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

Jackson 3407864v.1