United States Bankruptcy Court
Southern District of Mississippi

In Re: Warehouse 86, LLC

Case No. 08−03423−ee

Chapter 11

## NOTICE
### REGARDING FILING CHAPTER 11 MONTHLY OPERATING REPORTS

Pursuant to the Standing Order Concerning Chapter 11 Monthly Operating Reports dated September 10, 1986, the debtor in possession is ordered to file monthly operating reports. Said reports shall reflect the financial condition of the business including the amounts of withholding and social security taxes and the place where such amounts have been deposited.

The monthly operating reports shall be in the form of an income and expense statement and shall be filed with the Clerk of this Court on or before the 15th of each calendar month for the preceding month.

Failure to comply with the foregoing may result in an order to show cause why this case should not be converted to a case under Chapter 7, dismissed, or a trustee or examiner appointed.

A copy of the Standing Order Concerning Chapter 11 Monthly Operating Reports may be obtained from the court website at www.mssb.uscourts.gov.

Dated: 11/5/08

Danny L. Miller , Clerk
United States Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225−2448

601−965−5301

n111−ch11oreports