United States Bankruptcy Court
Southern District of Mississippi

In re:   Warehouse 86, LLC                                                                Case No. 08−03423−ee

                                                                                          Chapter 11

**DUE DATE FOR FILING DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION March 4, 2009**

**DISCLOSURE STATEMENT CHECKLIST**

Information Required in Disclosure:

1.  Description of Business/Debtor's History Prior to Filing/Reason for bankruptcy Filing

2.  Financial Information (Including Pre−petition Income Statement as well as Post−confirmation projections.)

3.  Disclosure of Professional Fees Paid/To be Paid (Estimate)

4.  Description of Plan/Method of Execution/Source of Funds

5.  Liquidation Analysis (Include Basis of Valuation)

6.  Description of Post−Confirmation Management (Include Salaries)

7.  Statement Regarding Insider Transaction/Claims

8.  Description of Pending/Contemplated Litigation

9.  Consequences of Denial of Confirmation


Dated: 11/5/08                                            Danny L. Miller, Clerk
                                                          100 East Capitol St.
                                                          P.O. Box 2448
                                                          Jackson, MS 39225−2448

                                                          601−965−5301