IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

In re:

WAREHOUSE 86, LLC                              CHAPTER 11 CASE NUMBER 08-03423-EE

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
_____

Richard Montague, Seth C. Little and the firm Wells, Moore, Simmons & Hubbard, PLLC, of Jackson, Mississippi enter their appearance as counsel of record for Stuart M. Irby in the above-referenced Chapter 11 proceeding. Pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, we request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below. The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect the Debtor or property of the Debtor.

Respectfully submitted November 6, 2008.

                **STUART M. IRBY**

                **By hiss attorneys:**
                **WELLS, MOORE, SIMMONS & HUBBARD, PLLC**

                BY:    s/ Richard Montague
                          RICHARD MONTAGUE (MSB No. 3411)
                          SETH C. LITTLE (MSB No. 102890)

**CERTIFICATE OF SERVICE**

      I, Richard Montague, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to Stephen W. Rosenblatt, attorney for the debtor, the U.S. Trustee and all other parties requesting notice through the ECF system.  I mailed a copy of the foregoing to any parties requesting notice who were not sent notice by the ECF system.

      This the 6th day of November.

                                      s/ Richard Montague
                                      RICHARD MONTAGUE

RICHARD MONTAGUE (MSB No. 3411)
SETH C. LITTLE (MSB No. 102890)
WELLS, MOORE, SIMMONS & HUBBARD, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS 39211
Post Office Box 1970
Jackson, MS 39215-1970
Telephone:  (601) 354-5400
Facsimile:  (601) 355-5850
email: rmontague@wellsmoore.com