IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | IN BANKRUPTCY NO. |
| WAREHOUSE 86, LLC | 08-03423-EE |

### ORDER SETTING THE FINAL DATE FOR FILING PROOFS OF CLAIMS

Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) the Court hereby fixes the 60th day subsequent to the date first set for the meeting of creditors pursuant to Section 341 of the Bankruptcy Code as the final date for filing proofs of claims or interest, except for claims filed by governmental units which are governed by 11 U.S.C. Section 502(b)(9).

Pursuant to 11 U.S.C. Section 502(b)(9), the claim of a governmental unit shall be timely filed if it is filed before 180 days after the date of the order for relief or such later time as the Federal Rules of Bankruptcy Procedure may provide.

The Clerk of this Court shall immediately give notice of the time fixed in the manner provided in Federal Rules of Bankruptcy Procedure 2002.

SO ORDERED