United States Bankruptcy Court
Southern District of Mississippi

In Re: Warehouse 86, LLC　　　　　　　　　　　　　　　　　　　　　　　Case No. 08−03423−ee

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

## NOTICE

### REGARDING FILING CHAPTER 11 MONTHLY OPERATING REPORTS

Pursuant to the Standing Order Concerning Chapter 11 Monthly Operating Reports dated September 10, 1986, the debtor in possession is ordered to file monthly operating reports. Said reports shall reflect the financial condition of the business including the amounts of withholding and social security taxes and the place where such amounts have been deposited.

The monthly operating reports shall be in the form of an income and expense statement and shall be filed with the Clerk of this Court on or before the 15th of each calendar month for the preceding month.

Failure to comply with the foregoing may result in an order to show cause why this case should not be converted to a case under Chapter 7, dismissed, or a trustee or examiner appointed.

A copy of the Standing Order Concerning Chapter 11 Monthly Operating Reports may be obtained from the court website at www.mssb.uscourts.gov.

Dated: 11/5/08　　　　　　　　　　　　　　　Danny L. Miller , Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　100 East Capitol St.
　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2448
　　　　　　　　　　　　　　　　　　　　　　　Jackson, MS 39225−2448

　　　　　　　　　　　　　　　　　　　　　　　 601−965−5301

n111−ch11oreports

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer             Page 1 of 1           Date Rcvd: Nov 05, 2008
Case: 08-03423                Form ID: n111             Total Served: 1

The following entities were served by first class mail on Nov 07, 2008.
dbpos         +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 07, 2008**                     Signature:   _Joseph Speetjens_