United States Bankruptcy Court
Southern District of Mississippi

In re:   Warehouse 86, LLC                                              Case No. 08−03423−ee

                                                                        Chapter 11

**DUE DATE FOR FILING DISCLOSURE STATEMENT
AND PLAN OF REORGANIZATION March 4, 2009**

**DISCLOSURE STATEMENT CHECKLIST**

Information Required in Disclosure:

1. Description of Business/Debtor's History Prior to Filing/Reason for bankruptcy Filing

2. Financial Information (Including Pre−petition Income Statement as well as Post−confirmation projections.)

3. Disclosure of Professional Fees Paid/To be Paid (Estimate)

4. Description of Plan/Method of Execution/Source of Funds

5. Liquidation Analysis (Include Basis of Valuation)

6. Description of Post−Confirmation Management (Include Salaries)

7. Statement Regarding Insider Transaction/Claims

8. Description of Pending/Contemplated Litigation

9. Consequences of Denial of Confirmation


Dated: 11/5/08                                              Danny L. Miller, Clerk
                                                            100 East Capitol St.
                                                            P.O. Box 2448
                                                            Jackson, MS 39225−2448

                                                            601−965−5301

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer            Page 1 of 1           Date Rcvd: Nov 05, 2008
Case: 08-03423                Form ID: n113            Total Served: 1

The following entities were served by first class mail on Nov 07, 2008.
dbpos        +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 07, 2008**                                    Signature:       *Joseph Speetjens*