| | |
|---|---|
| **B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number **08−03423−ee** |

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232

| Case Number:<br>08−03423−ee | Taxpayer ID/Employer ID/Other Nos.:<br>90−0009964 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada PLLC<br>Post Office Box 22567<br>Jackson, MS 39225−2567<br>Telephone number: 601−985−4504 | |

## Meeting of Creditors
**NOTICE:DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.**

Date: **December 5, 2008**                                                                           Time: **09:00 AM**
Location: **100 West Capitol Street, Suite 707, Dr. A. H. McCoy Federal Building, Jackson, MS 39269**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **2/3/09**                For a governmental unit: **5/5/09**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225−2448<br>Telephone number: 601−965−5301 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Danny L. Miller |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM | Date: 11/6/08 |

# EXPLANATIONS

B9F (Official Form 9F) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY TO APPEAR AT THE SEC. 341(a) MEETING, TO TIMELY FILE SCHEDULES AND RELATED DOCUMENTS, TO PAY REQUIRED FEES OR TO PRODUCE REQUIRED PAYMENT ADVICES AND INCOME TAX RECORDS PURSUANT TO 11 USC SEC. 521 MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of Mississippi | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Warehouse 86, LLC | Case Number: 08-03423 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property: $_____   Annual Interest Rate___%**

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $_____   Basis for perfection:** _____

   **Amount of Secured Claim: $_____   Amount Unsecured: $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/07) - Cont.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

_____DEFINITIONS_____                                     _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 2              Date Rcvd: Nov 06, 2008
Case: 08-03423                Form ID: b9f               Total Served: 108


The following entities were served by first class mail on Nov 08, 2008.
dbpos        +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618
aty           John A. Crawford, Jr,   Butler, Snow, O'mara,Stevens & Cana,   P. O. Drawer 22567,
               Jackson, MS  39225-2567
aty           Richard A. Montague, Jr.,    WELLS, MOORE, SIMMONS, & HUBBARD,   P.O.Box 1970,
               Jackson, MS  39215-1970
aty           Stephen W. Rosenblatt,   Butler Snow O'Mara Stevens &Cannada PLLC,   Post Office Box 22567,
               Jackson, MS  39225-2567
ust          +R. Michael Bolen,   100 W. Capitol St.,   Suite 706,   Jackson, MS 39269-1607
cr           +Stuart M. Irby,   c/o Richard Montague,   P.O. Box 1970,   Jackson, MS 39215-1970
2715978      +5 River Bend PI., LLC,   5 River Bend Place,   Ste. D,   Flowood, MS 39232-7618
2715979      +ABC Logistics Corp,   2300 Sitler St #685,   Memphis, TN 38114-4801
2715981      +ADP, Inc.,   One ADP Blvd,   Roseland, NJ 07068-1786
2715980      +ADP, Inc.,   5680 New Northside Dr.,   Atlanta, GA 30328-4668
2715993       AT&T,   P 0 Box 105262,   Atlanta, GA 30348-5262
2715994    ++++AUDIOVOX SPEC. APPLIC.,   2602 MARINA DR,   ELKHART IN  46514-8642
              (address filed with court: Audiovox Spec. Applic.,    53200 Marina Drive,   Elkhart, W 46514)
2715982      +Air-One Services,   5055 Pleasant View,   Memphis, TN 38134-6308
2715983      +Allied Waste Serv #493,   P 0 Box 9001225,   Louisville, KY 40290-1225
2715984      +Allied Waste Serv #837,   P 0 Box 9001225,   Louisville, KY 40290-1225
2715985      +Allied Waste Serv #868,   P 0 Box 9001225,   Louisville, KY 40290-1225
2715986      +American Covers, Inc.,   dba Handstands,   675 West 14600 South,   Bluffdale, UT 84065-4831
2715988      +American Intematl Co.,   Specialty Workers Comp,   P 0 Box 409,   Parsippany, NJ 07054-0409
2715989      +American Photocopy,   1719 Bartlett Road,   Memphis, TN 38134-6402
2715990       Amerigas,   545 W 12 Street,   Ogden, LTT 84404-5401
2715991      +Aon Innov. Solutions,   13922 Denver West Pkwy,   Golden CO 80401-3142
2715992       Atmos Energy,   P.O. Box 9001949,   Louisville KY 40290-1949
2715995       Baja Motorsports, LLC,   40602 North Hammond Ln,   Phoenix, AZ 85034
2715996      +Boyer BDO, L.C.,   90 South 400 W STE 200,   Salt Lake Cit, UT 84101-1365
2715997      +Brands on Sale,   16706 Edwards Rd.,   Cerritos, CA 90703-2436
2715999      +CH Enterprises,   4305 Harrison #6-323,   Ogden, UT 84403-3306
2715998      +Cambridge Integ. Serv.,   31500 Solon Rd.,   Solon, OH 44139-3528
2716000      +City of Indianola Water,   P 0 Box 269,   Indianola, MS 38751-0269
2716002      +ComectShip, Inc.,   8282 S. Memorial,   Suite 400,   Tulsa, OK 74133-4345
2716001       Computer Resources,   P.O. Box 1241,   Cordova, TN 38088-1241
2716003      +Consumer Products Serv,   1650 Old Country Rd,   Plainview, NY 11803-5044
2716004      +Crawford Technical Servs.,   Joel Fisher, Exe Gen Adj,   11434 Haleiwa Place,
               Diamondhead, MS 39525-4129
2716005      +Crown Lift Trucks,   3952 Willow Lake Blvd.,   Bld. #5,   Memphis, TN 38118-7042
2716006      +Crown Packaging Corp.,   17854 Chesterfield Airport,   Chesterfield, MO 63005-1216
2716009       DHL Express (USA) Inc.,   P 0 Box 4723,   Houston, TX 77210-4723
2716010      +DHL Express-Claiins,   Attn: Mark Sanchez,   1144 W. Washington St.,   Tempe, AZ 85281-1200
2716011       DHL Express-SRC,   I 100 Airport Rd.,   MS 2061-DI 1,   Wilmington, OH 45177
2716012      +DJW Enterprises Inc.,   26070 N. 72nd Drive,   Peoria, AZ 85383-7343
2716007      +Delta Electric Power,   P 0 Box 935,   Greenwood, MS 38935-0935
2716008       Dematic Corporation,   P 0 Box 12021,   Newark, NJ 07101-5021
2716013      +EMC Ins. Companies,   P 0 Box 6011,   Ridgeland, MS 39158-6011
2716014       Eric L. Eilertsen,   3103 Wetherby Cv. N.,   Germantown, TN 38139
2716015      +Ernest K. Strahan III,   1918 Petit Bois St. N,   Jackson, MS 39211-6707
2716016      +Ernest K. Strahan, IIII,   1918 Petit Bois St N,   Jackson, MS 39211-6707
2716017       Excel Transportation,   P 0 Box 844711,   Dallas, TX 75284-4711
2716019      +FifUi Third Auto Leasing,   P.O. Box 630041,   MDlMOC2E-3152,   Cincinnati, OH 45263-0041
2716018      +First Ins Funding Corp,   450 Skokie Blvd. Ste 1000,   Northbrook, IL 60062-7917
2716020      +Gary E. Veasey, Esq.,   780 Ridge Lake Blvd. STE 202,   Memphis, TN 38120-9426
2716021       Global Crossing Tele.,   1120 Pittsford Victor,   Pittsford, NY 14534-3818
2716022      +Gloria O'Neal,   4403 Bennett Wood,   Millington, TN 38053-2208
2716023      +H&E Equip. Serv. Inc.,   2760 S Wadman Dr,   Ogden, UT 84401-3471
2716025      +HOJ Enginr. & Sales Co,   3960 S 500 West,   Salt Lake Cit, UT 84123-1360
2716024       Haddox Reid Burkes,   P 0 Drawer 22567,   Jackson, MS 39225-2507
2716026       International Tax Servs,   2204 WaMey Road,   Ohawa, ON KIALAB
2716027      +Jennifer D. Jones,   10 1 Warren St., #20,   Como, MS 38619-2568
2716028      +Joann McKinney,   2278 Sharon,   Memphis, TN 38127-3525
2716029      +Joy D. St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716030      +Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716031      +Katt Worldwide Logist.,   P 0 Box 751197,   Memphis, TN 38175-1197
2716032       Keith Martin Mack,   2949 Los Robles Rd.,   Thousand Oaks, CA 91362-3320
2716033      +Louis E. Sagar,   598 Broadway,   New York, NY 10012-3206
2716034      +Marchetti Robertson &,   P 0 Box 3348,   Ridgeland, MS 39158-3348
2716035      +Mary Leesa Simmons,   IDI Services Group,   1000 Ridgeway Loop Rd, #100,   Memphis, TN 38120-4037
2716036       Memphis LG&W,   P.O. Box 388,   Memphis, TN 38145-0388
2716037       Memphis Recycling Serv,   P 0 Box 88271,   Chicago, U, 60680-1271
2716038      +Memphis Recyling Serv.,   1131 Agnes,   Memphis, TN 38104-4630
2716039      +Mercantila, Inc.,   665 Chestnut St 2nd Fl,   San Francisco, CA 94133-2362
2716040      +Merchandise Manu. Inc.,   6650 Caballero Blvd.,   Buena Park, CA 90620-1132
2716041      +Nailco Group,   23200 Haggerty Rd.,   Farmington, MI 48335-2601
2716042      +Old Dominion Freightline,   c/o McCarthy Burgess &,   26000 Cannon Rd,   Cleveland, OH 44146-1807
2716043      +Overstock.com, Inc.,   6350 S. 3000 East,   Salt Lake Cit, UT 84121-5952
2716054      ++PACIFICORP,   CO NATALIE HOCKEN GENERAL COUNSEL,   825 NE MULTNOMAH ST,   STE 2000,
               PORTLAND OR 97232-2152
              (address filed with court: Rocky Mountain Power,   1033 NE 6th Ave,   Portland, OR 97256-0001)
2716045      +Paul St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716046      +Paul Thomas St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716044      +Paul and Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716047       Pay Pal,   211 N. l't Street,   San Jose, CA 95131
```

```
District/off: 0538-3          User: dsawyer              Page 2 of 2              Date Rcvd: Nov 06, 2008
Case: 08-03423                Form ID: b9f               Total Served: 108

2716048      +Phusion Software, Inc.,    26300 Ford Rd. #415,    Dearborn Heig, MI 48127-2854
2716049      +Phusion Software, Inc.,    26300 Ford Road # 415,    Dearborn Heig, MI 48127-2854
2716050      +Porche Financial Serv,    4343 Commercial Ct.,    Ste. 300,    Lisle, IL 60532-3616
2716051      +Questar Gas Company,    P 0 Box 45841,    Salt Lake Cit, UT 84139-0001
2716052      +RadioShack Corporation Rent Acct Dept, Ac Sup,    P. 0. Box 961090,    Fort Worth, TX 76161-5000
2716053      +RainWorx, Inc.,    159 Pearl Street No. 1,    Essex Junction,    Essex Junctio, VT 05452-3038
2716055      +SC Kiosk, Inc.,    300 RadioShack Circle,    MS CF4-101,    Fort Worth, TX 76102-1964
2716058      +SOS Staffing,    P 0 Box 27008,    Salt Lake Cit, UT 84127-0008
2716056      +Serv 1st Indust, Tires,    120-B Quinton Ave,    Munford, TN 38058-1700
2716057      +Soefker Services, LLC,    1568 Panama St,    Memphis, TN 38108-1919
2716060      +Stuart M. Irby,    P.O. Box 1819,    Jackson, MS 39215-1819
2716066      +TWG Innov. Solutions,    13922 Denver W Pkwy,    Golden, CO 80401-3142
2716062      +Teleshere Networks Ltd,    9237 E Via de Ventura,    Scottsdale, AZ 85258-3329
2716061      +Teleshere Networks Ltd,    9237 E Via de Ventura,    Suite 250,    Scottsdale, AZ 85258-3661
2716063      +Thomas Sales & Serv Inc.,    2300 Sitler St. #685,    Memphis, TN 38114-4801
2716065      +Transport Express,Inc.,    P.O. Box 69207,    Seattle, WA 98168-9207
2716064      +Tri-Continental Track,    P 0 Box 1621,    Scottsdale, AZ 85252-1621
2714721       U S Attorney,    Hon David N Usry,    188 E Capitol St., Ste 500,    Jackson MS 39201-2126
2714720      +U S Securities & Exchange Comm,    3475 Lenox Rd NE, Ste 1000,    Atlanta GA 30326-3235
2714718      +U S Trustee,    100 w Capitol St., Ste 706,    Jackson MS 39269-1607
2716068      +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
2716067      +UPS,    1620 Valwood Pkwy #115,    Carrollton, TX 75006-8321
2716069      +UPS Freight,    P.O. Box 6109,    Westerville, OH 43086-6109
2716071      +Vertex, IPS,    5885 Stapleton Dr. N,    STE C308,    Denver, CO 80216-3311
2716072      +Waterford Technologies,    19700 Fairchild #300,    Irvine, CA 92612-2515
2716073      +Willow Lake Pro., LLC,    233 South Wacker Dr,    Ste. 350,    Chicago, EL  60606-6405
2716074       Windsor Tax Services,    P.O. Box 1655,    Windsor, ON N9A767

The following entities were served by electronic transmission on Nov 06, 2008.
2715987        EDI: AMEREXPR.COM Nov 06 2008 18:43:00      American Express Corp,    P 0 Box 650448,
                Dallas, TX 75265-0448
2714719        EDI: IRS.COM Nov 06 2008 18:43:00      IRS,    100 W Capitol St., Ste 504,    Jackson MS 39269-0599
2714722        E-mail/PDF: BANKRUPTCY@MSTC.STATE.MS.US Nov 06 2008 21:46:54      MS State Tax Commission,
                Bankruptcy Section,    P 0 Box 23338,    Jackson MS 39225-3338
2716059       +EDI: NEXTEL.COM Nov 06 2008 18:43:00      Sprint,    P 0 Box 660092,    Dallas, TX 75266-0092
2716070        EDI: AFNIVZWIRE.COM Nov 06 2008 18:43:00      Verizon Wireless,    P 0 Box 660108,
                Dallas, TX 75266-0108
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                                   **Signature:**    *Joseph Speetjens*