IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | IN BANKRUPTCY NO. |
| WAREHOUSE 86, LLC | 08-03423-EE |

### ORDER SETTING THE FINAL DATE FOR FILING PROOFS OF CLAIMS

Pursuant to Federal Rule of Bankruptcy Procedure 3003(c)(3) the Court hereby fixes the 60th day subsequent to the date first set for the meeting of creditors pursuant to Section 341 of the Bankruptcy Code as the final date for filing proofs of claims or interest, except for claims filed by governmental units which are governed by 11 U.S.C. Section 502(b)(9).

Pursuant to 11 U.S.C. Section 502(b)(9), the claim of a governmental unit shall be timely filed if it is filed before 180 days after the date of the order for relief or such later time as the Federal Rules of Bankruptcy Procedure may provide.

The Clerk of this Court shall immediately give notice of the time fixed in the manner provided in Federal Rules of Bankruptcy Procedure 2002.

SO ORDERED

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: November 6, 2008

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 2                Date Rcvd: Nov 06, 2008
Case: 08-03423                Form ID: pdf012            Total Served: 104


The following entities were served by first class mail on Nov 08, 2008.
dbpos        +Warehouse 86, LLC,    5 River Bend Place, Ste D,    Flowood, MS 39232-7618
cr           +Stuart M. Irby,    c/o Richard Montague,    P.O. Box 1970,    Jackson, MS 39215-1970
2715978      +5 River Bend Pl., LLC,    5 River Bend Place,    Ste. D,    Flowood, MS 39232-7618
2715979      +ABC Logistics Corp,    2300 Sitler St #685,    Memphis, TN 38114-4801
2715981      +ADP, Inc.,    One ADP Blvd,    Roseland, NJ 07068-1786
2715980      +ADP, Inc.,    5680 New Northside Dr.,    Atlanta, GA 30328-4668
2715993       AT&T,    P 0 Box 105262,    Atlanta, GA 30348-5262
2715994     ++++AUDIOVOX SPEC. APPLIC.,    2602 MARINA DR,    ELKHART IN   46514-8642
             (address filed with court:  Audiovox Spec. Applic.,    53200 Marina Drive,    Elkhart, W 46514)
2715982      +Air-One Services,    5055 Pleasant View,    Memphis, TN 38134-6308
2715983      +Allied Waste Serv #493,    P 0 Box 9001225,    Louisville, KY 40290-1225
2715984      +Allied Waste Serv #837,    P 0 Box 9001225,    Louisville, KY 40290-1225
2715985      +Allied Waste Serv #868,    P 0 Box 9001225,    Louisville, KY 40290-1225
2715986      +American Covers, Inc.,    dba Handstands,    675 West 14600 South,    Bluffdale, UT 84065-4831
2715987       American Express Corp,    P 0 Box 650448,    Dallas, TX 75265-0448
2715988      +American Intematl Co.,    Specialty Workers Comp,    P 0 Box 409,    Parsippany, NJ 07054-0409
2715989      +American Photocopy,    1719 Bartlett Road,    Memphis, TN 38134-6402
2715990       Amerigas,    545 W 12 Street,    Ogden, LTT 84404-5401
2715991      +Aon Innov. Solutions,    13922 Denver West Pkwy,    Golden CO 80401-3142
2715992       Atmos Energy,    P.O. Box 9001949,    Louisville KY 40290-1949
2715995       Baja Motorsports, LLC,    40602 North Hammond Ln,    Phoenix, AZ 85034
2715996      +Boyer BDO, L.C.,    90 South 400 W STE 200,    Salt Lake Cit, UT 84101-1365
2715997      +Brands on Sale,    16706 Edwards Rd.,    Cerritos, CA 90703-2436
2715999      +CH Enterprises,    4305 Harrison #6-323,    Ogden, UT 84403-3306
2715998      +Cambridge Integ. Serv.,    31500 Solon Rd.,    Solon, OH 44139-3528
2716000      +City of Indianola Water,    P 0 Box 269,    Indianola, MS 38751-0269
2716002      +ComectShip, Inc.,    8282 S. Memorial,    Suite 400,    Tulsa, OK 74133-4345
2716001       Computer Resources,    P.O. Box 1241,    Cordova, TN 38088-1241
2716003      +Consumer Products Serv,    1650 Old Country Rd,    Plainview, NY 11803-5044
2716004      +Crawford Technical Servs.,    Joel Fisher, Exe Gen Adj,    11434 Haleiwa Place,
               Diamondhead, MS 39525-4129
2716005      +Crown Lift Trucks,    3952 Willow Lake Blvd.,    Bld. #5,    Memphis, TN 38118-7042
2716006      +Crown Packaging Corp.,    17854 Chesterfield Airport,    Chesterfield, MO 63005-1216
2716009       DHL Express (USA) Inc.,    P 0 Box 4723,    Houston, TX 77210-4723
2716010      +DHL Express-Claiins,    Attn: Mark Sanchez,    1414 W. Washington St.,    Tempe, AZ 85281-1200
2716011       DHL Express-SRC,    I 100 Airport Rd.,    MS 2061-DI 1,    Wilmington, OH 45177
2716012      +DJW Enterprises Inc.,    26070 N. 72nd Drive,    Peoria, AZ 85383-7343
2716007      +Delta Electric Power,    P 0 Box 935,    Greenwood, MS 38935-0935
2716008       Dematic Corporation,    P 0 Box 12021,    Newark, NJ 07101-5021
2716013      +EMC Ins. Companies,    P 0 Box 6011,    Ridgeland, MS 39158-6011
2716014       Eric L. Eilertsen,    3103 Wetherby Cv. N.,    Germantown, TN 38139
2716015      +Ernest K. Strahan III,    1918 Petit Bois St. N,    Jackson, MS 39211-6707
2716016      +Ernest K. Strahan, IIII,    1918 Petit Bois St N,    Jackson, MS 39211-6707
2716017       Excel Transportation,    P 0 Box 844711,    Dallas, TX 75284-4711
2716019      +FifUi Third Auto Leasing,    P.O. Box 630041,    MDlMOC2E-3152,    Cincinnati, OH 45263-0041
2716018      +First Ins Funding Corp,    450 Skokie Blvd. Ste 1000,    Northbrook, IL 60062-7917
2716020      +Gary E. Veasey, Esq.,    780 Ridge Lake Blvd. STE 202,    Memphis, TN 38120-9426
2716021       Global Crossing Tele.,    1120 Pittsford Victor,    Pittsford, NY 14534-3818
2716022      +Gloria O'Neal,    4403 Bennett Wood,    Millington, TN 38053-2208
2716023      +H&E Equip. Serv. Inc.,    2760 S Wadman Dr,    Ogden, UT 84401-3471
2716025      +HOJ Enginr. & Sales Co,    3960 S 500 West,    Salt Lake Cit, UT 84123-1360
2716024       Haddox Reid Burkes,    P 0 Drawer 22507,    Jackson, MS 39225-2507
2714719     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,    100 W Capitol St., Ste 504,    Jackson MS 39269-0599)
2716026       International Tax Servs,    2204 WaMey Road,    Ohawa, ON KIALAB
2716027      +Jennifer D. Jones,    10 1 Warren St., #20,    Como, MS 38619-2568
2716028      +Joann McKinney,    2278 Sharon,    Memphis, TN 38127-3525
2716029      +Joy D. St. James,    3241 Kinney Drive,    Germantown, TN 38139-8031
2716030      +Joy St James,    3241 Kinney Drive,    Germantown, TN 38139-8031
2716031      +Katt Worldwide Logist.,    P 0 Box 751197,    Memphis, TN 38175-1197
2716032       Keith Martin Mack,    2949 Los Robles Rd.,    Thousand Oaks, CA 91362-3320
2716033      +Louis E. Sagar,    598 Broadway,    New York, NY 10012-3206
2716034      +Marchetti Robertson &,    P 0 Box 3348,    Ridgeland, MS 39158-3348
2716035      +Mary Leesa Simmons,    IDI Services Group,    1000 Ridgeway Loop Rd, #100,    Memphis, TN 38120-4037
2716036       Memphis LG&W,    P.O. Box 388,    Memphis, TN 38145-0388
2716037       Memphis Recycling Serv,    P 0 Box 88271,    Chicago, U, 60680-1271
2716038      +Memphis Recyling Serv.,    1131 Agnes,    Memphis, TN 38104-4630
2716039      +Mercantila, Inc.,    665 Chestnut St 2nd Fl,    San Francisco, CA 94133-2362
2716040      +Merchandise Manu. Inc.,    6650 Caballero Blvd.,    Buena Park, CA 90620-1132
2716041      +Nailco Group,    23200 Haggerty Rd.,    Farmington, MI 48335-2601
2716042      +Old Dominion Freightline,    c/o McCarthy Burgess &,    26000 Cannon Rd,    Cleveland, OH 44146-1807
2716043      +Overstock.com, Inc.,    6350 S. 3000 East,    Salt Lake Cit, UT 84121-5952
2716054     ++PACIFICORP,    CO NATALIE HOCKEN GENERAL COUNSEL,    825 NE MULTNOMAH ST,    STE 2000,
               PORTLAND OR 97232-2152
             (address filed with court:  Rocky Mountain Power,    1033 NE 6th Ave,    Portland, OR 97256-0001)
2716045      +Paul St James,    3241 Kinney Drive,    Germantown, TN 38139-8031
2716046      +Paul Thomas St. James,    3241 Kinney Drive,    Germantown, TN 38139-8031
2716044      +Paul and Joy St James,    3241 Kinney Drive,    Germantown, TN 38139-8031
2716047       Pay Pal,    211 N. l't Street,    San Jose, CA 95131
2716048      +Phusion Software, Inc.,    26300 Ford Rd. #415,    Dearborn Heig, MI 48127-2854
2716049      +Phusion Software, Inc.,    26300 Ford Road # 415,    Dearborn Heig, MI 48127-2854
2716050      +Porche Financial Serv,    4343 Commercial Ct.,    Ste. 300,    Lisle, IL 60532-3616
```

```
District/off: 0538-3           User: dsawyer            Page 2 of 2                   Date Rcvd: Nov 06, 2008
Case: 08-03423                 Form ID: pdf012          Total Served: 104

2716051       +Questar Gas Company,    P O Box 45841,    Salt Lake Cit, UT 84139-0001
2716052       +RadioShack Corporation Rent Acct Dept, Ac Sup,     P. O. Box 961090,    Fort Worth, TX 76161-5000
2716053       +RainWorx, Inc.,    159 Pearl Street No. 1,    Essex Junction,    Essex Junctio, VT 05452-3038
2716055       +SC Kiosk, Inc.,    300 RadioShack Circle,    MS CF4-101,    Fort Worth, TX 76102-1964
2716058       +SOS Staffing,    P O Box 27008,    Salt Lake Cit, UT 84127-0008
2716056       +Serv 1st Indust, Tires,    120-B Quinton Ave,    Munford, TN 38058-1700
2716057       +Soefker Services, LLC,    1568 Panama St,    Memphis, TN 38108-1919
2716059       +Sprint,    P O Box 660092,    Dallas, TX 75266-0092
2716060       +Stuart M. Irby,    P.O. Box 1819,    Jackson, MS 39215-1819
2716066       +TWG Innov. Solutions,    13922 Denver W Pkwy,    Golden, CO 80401-3142
2716062       +Teleshere Networks Ltd,    9237 E Via de Ventura,    Scottsdale, AZ 85258-3329
2716061       +Teleshere Networks Ltd,    9237 E Via de Ventura,    Suite 250,    Scottsdale, AZ 85258-3661
2716063       +Thomas Sales & Serv Inc.,    2300 Sitler St. #685,    Memphis, TN 38114-4801
2716065       +Transport Express,Inc.,    P.O. Box 69207,    Seattle, WA 98168-9207
2716064       +Tri-Continental Track,    P O Box 1621,    Scottsdale, AZ 85252-1621
2714721        U S Attorney,    Hon David N Usry,    188 E Capitol St., Ste 500,    Jackson MS 39201-2126
2714720       +U S Securities & Exchange Comm,    3475 Lenox Rd NE, Ste 1000,    Atlanta GA 30326-3235
2714718       +U S Trustee,    100 w Capitol St., Ste 706,    Jackson MS 39269-1607
2716068       +UPS,    Lockbox 577,    Carol Stream, IL 60132-0001
2716067       +UPS,    1620 Valwood Pkwy #115,    Carrollton, TX 75006-8321
2716069       +UPS Freight,    P.O. Box 6109,    Westerville, OH 43086-6109
2716071       +Vertex, IPS,    5885 Stapleton Dr. N,    STE C308,    Denver, CO 80216-3311
2716072       +Waterford Technologies,    19700 Fairchild #300,    Irvine, CA 92612-2515
2716073       +Willow Lake Pro., LLC,    233 South Wacker Dr,    Ste. 350,    Chicago, EL  60606-6405
2716074        Windsor Tax Services,    P.O. Box 1655,    Windsor, ON N9A767

The following entities were served by electronic transmission on Nov 06, 2008.
2714722        E-mail/PDF: BANKRUPTCY@MSTC.STATE.MS.US Nov 06 2008 21:46:52      MS State Tax Commission,
               Bankruptcy Section,    P O Box 23338,    Jackson MS 39225-3338
2716070        E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 06 2008 21:46:52      Verizon Wireless,
               P O Box 660108,    Dallas, TX 75266-0108
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                         **Signature:**   _Joseph Speetjens_