## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

### Additions to Mailing Matrix

The Warranty Group, Inc
Att: Legal Counsel, Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS  38751

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS  38751

Weber County Assessor
P O Box 9700
Ogden, UT  84409

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS  38632

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah  84401-3102

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ  85003-2245

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ  85038-9690

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Mississippi State Tax Commission
P O Box 1033
Jackson, MS  39215-1033

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85038-2153

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT  84134-0270

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Jackson 3444617v.1