IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                              )
                                                    )
    WAREHOUSE 86, LLC            )        CASE NO. 08-03423-EE
                                                    )        Chapter 11
        Debtor                    )
_____ )

## NOTICE OF CHANGE OF ADDRESS

Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address as follows:

Eric Eilertsen
1878 Laurel Ln
Germantown, TN 38139

Fifth Third Auto Leasing
MD1MOC2E-3152
P.O. Box 630041
Cincinnati, OH 45263

International Tax Service
2204 Walkley Road
Ottawa, ON   K1A 1A8
Canada

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767
Canada

TWG Innovative Solutions, Inc
f/k/a Aon Innov. Solutions
Att: VP Operations, Lisa Schizas, Sharon Campbell
13922 Denver West Pkwy
Golden, CO 80401

This, the 10th day of November, 2008.

        Respectfully submitted,

        WAREHOUSE 86, LLC

        By:  *s/ Stephen W. Rosenblatt*
        Stephen W. Rosenblatt (MS BAR NO. 5676)
        John A. Crawford, Jr. (MS BAR NO. 10346)
        Paul M. Ellis (MS BAR NO. 102259)

        ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

    Ronald H. McAlpin, Esq.
    Trial Attorney, Office of the U.S. Trustee
    A. H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    Ronald.McAlpin@USDOJ.gov

    Office of the U.S. Trustee
    A.H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    USTPRegion05.AB.ECF@usdoj.gov

-3-

    Michael B. Chance, Esq.
    E. Franklin Childress, Jr. Esq.
    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
    6060 Poplar Avenue, Suite 440
    Memphis, Tennessee 38119
    mchance@bakerdonelson.com
    fchildress@bakerdonelson.com
    ATTORNEYS FOR DIP LENDER

    Richard A. Montague, Jr., Esq.
    Suzanna Baker, Esq.
    Wells Moore Simmons & Hubbard
    P.O. Box 1970
    Jackson, Mississippi 39215-1970
    rmontague@wellsmoore.com
    sbaker@wellsmoore.com
    ATTORNEY FOR IRBY

    SO CERTIFIED, this the 10th day of November, 2008.

    *s/ Stephen W. Rosenblatt*
    STEPHEN W. ROSENBLATT

Jackson 3444562v.1