IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
    **WAREHOUSE 86, LLC** )     CASE NO. 08-03423-EE
)     Chapter 11
    **Debtor** )
_____ )

## NOTICE TO EACH ADDED CREDITOR AND UNITED STATES TRUSTEE

The Warranty Group, Inc
Att: Legal Counsel, Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751

Jane Hetzler, City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751

Weber County Assessor
P O Box 9700
Ogden, UT 84409

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3102

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2245

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN 38173-0743

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ 85038-9690

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Mississippi State Tax Commission
P O Box 1033
Jackson, MS 39215-1033

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN 37242-0700

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85038-2153

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS 39225-3050

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-0270

Tennessee Department of Revenue
An500 Deaderick Street
Adrew Jackson State Office Bldg
Nashville, TN 37242-0700

PLEASE TAKE NOTICE that the undersigned Debtor has filed its Amended Matrix to in the above-referenced bankruptcy case to add you, although you are not shown as a pre-petition creditor in this case. A copy of the Amended Matrix is attached hereto as Exhibit "A" and incorporated herein by reference.

Attached as Exhibit "B" is a copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines that was served on creditors and parties in interest in this case on November 6, 2008. That notice sets forth some important dates in this bankruptcy case of which you should be aware.

PLEASE TAKE NOTICE that the undersigned Debtor's attorney is required to send a copy of the Amended Matrix to you and to the United States Trustee.

THIS, the 10th day of November, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

CERTIFICATE OF SERVICE

I certify that the foregoing pleading was mailed by United States mail, postage prepaid, to each party listed above at the address shown for each party, and also was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following persons:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the U.S. Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Office of the U.S. Trustee
A.H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
USTPRegion05.AB.ECF@usdoj.gov

Michael B. Chance, Esq.
E. Franklin Childress, Jr. Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
6060 Poplar Avenue, Suite 440
Memphis, Tennessee 38119
mchance@bakerdonelson.com
fchildress@bakerdonelson.com
ATTORNEYS FOR DIP LENDER

Richard A. Montague, Jr., Esq.
Suzanna Baker, Esq.
Wells Moore Simmons & Hubbard
P.O. Box 1970
Jackson, Mississippi 39215-1970
rmontague@wellsmoore.com
sbaker@wellsmoore.com
ATTORNEY FOR IRBY

SO CERTIFIED, this the 10th day of November, 2008.

                                         *s/ Stephen W. Rosenblatt*
                                         STEPHEN W. ROSENBLATT

Jackson 3443927v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                    )
                                          )
    WAREHOUSE 86, LLC            )    CASE NO. 08-03423-EE
                                          )    Chapter 11
        Debtor                    )
_____)

Additions to Mailing Matrix

The Warranty Group, Inc
Att: Legal Counsel, Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751

Weber County Assessor
P O Box 9700
Ogden, UT 84409

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3102

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2245

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN 38173-0743

Exhibit "A"

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ 85038-9690

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Mississippi State Tax Commission
P O Box 1033
Jackson, MS 39215-1033

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN 37242-0700

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85038-2153

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS 39225-3050

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-0270

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN 37242-0700

Jackson 3444617v.1

| B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07) | Case Number 08−03423−ee |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232

| Case Number:<br>08−03423−ee | Taxpayer ID/Employer ID/Other Nos.:<br>90−0009964 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada PLLC<br>Post Office Box 22567<br>Jackson, MS 39225−2567<br>Telephone number: 601−985−4504 | |

### Meeting of Creditors
NOTICE: DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.

Date: **December 5, 2008**        Time: **09:00 AM**
Location: **100 West Capitol Street, Suite 707, Dr. A. H. McCoy Federal Building, Jackson, MS 39269**

### Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit): **2/3/09**        For a governmental unit: **5/5/09**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225−2448<br>Telephone number: 601−965−5301 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Danny L. Miller |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM | Date: 11/6/08 |

Exhibit "B"

EXPLANATIONS

B9F (Official Form 9F) (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY TO APPEAR AT THE SEC. 341(a) MEETING, TO TIMELY FILE SCHEDULES AND RELATED DOCUMENTS, TO PAY REQUIRED FEES OR TO PRODUCE REQUIRED PAYMENT ADVICES AND INCOME TAX RECORDS PURSUANT TO 11 USC SEC. 521 MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**