IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
    WAREHOUSE 86, LLC ) CASE NO. 08-03423-EE
) Chapter 11
        Debtor )
)

CERTIFICATE OF SERVICE

    I, Stephen W. Rosenblatt, do hereby certify that on November 7, 2008, I mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Matrix attached hereto collectively as Exhibit "A":

1. Notice of Final Hearing on First Day Motions;

2. Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Warehouse 86, LLC (Dkt. #1);

3. Motion of Debtor for Authority to Pay Collected Pre-Petition Sales and Use Taxes in Ordinary Course (Dkt. #7);

4. Application to Employ Butler, Snow, O'Mara, Stevens & Cannada, PLLC as Debtor's Counsel Filed by Debtor In Possession Warehouse 86, LLC (Dkt. #8);

5. Motion for a Preliminary and Final Order (I) Authorizing Post-Petition Financing on a Secured and Super Priority Basis, (II) Granting Other Related Relief and (III) Scheduling a Final Hearing Pursuant to Rule 4001 (Dkt. # 10);

6. Motion for Authority to Pay Certain Pre-Petition Employee Obligations and Post-Petition Workers Compensation Premiums (Dkt. # 11);

7. Motion for Authorization to Maintain Existing Bank Accounts and Cash Management System (Dkt. # 12);

8. Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Pre-Petition Amounts Due; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein (Dkt. # 13);

9. Motion for Authority to Pay Post-Petition Installments on Insurance Policies Necessary to Maintain Insurance Coverage (Dkt. # 14);

10. Motion to Approve Form of Final Hearing Notice and Establish Notice Parties for First Day Motions (Dkt. # 15);

11. Motion Regarding Chapter 11 First Day Motions Filed by Debtor In Possession Warehouse 86, LLC (Dkt. # 16);

12. Order Granting Motion for Expedited Hearings on Certain First Day Motions and Applications (Dkt. # 17);

13. Meeting of Creditors 341(a) meeting to be held on 12/5/2008 at 09:00 AM at 341 Mtg - Jackson. Last day to oppose discharge or dischargeability is 2/3/2009 (Dkt. # 24);

14. Motion for Authority to Sell Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Outside of the Ordinary Course of Business and Assuming and Assigning Certain Unexpired Leases and Executory Contracts Filed by Debtor (Dkt. # 32); and

15. Notice of Sale Free and Clear of Liens Filed by Debtor In Possession Warehouse 86, LLC (Dkt. # 33).

This, the 11th day of November, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that the foregoing pleadings were filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this the 11th day of November, 2008.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 3446355v.1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Fri Nov 7 09:36:48 CST 2008 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| 5 River Bend Pl., LLC<br>5 River Bend Place<br>Ste. D<br>Flowood, MS 39232-7618 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 | Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 |
| Allied Waste Serv #493<br>P O Box 9001225<br>Louisville, KY 40290-1225 | Allied Waste Serv #837<br>P O Box 9001225<br>Louisville, KY 40290-1225 | Allied Waste Serv #868<br>P O Box 9001225<br>Louisville, KY 40290-1225 |
| American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Internatl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 |
| American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 | Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN 46514-8642 | Baja Motorsports, LLC<br>40602 North Hammond Ln<br>Phoenix, AZ 85034 |
| Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>16706 Edwards Rd.<br>Cerritos, CA 90703-2436 | CH Enterprises<br>4305 Harrison #6-323<br>Ogden, UT 84403-3306 |
| Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>1650 Old Country Rd<br>Plainview, NY 11803-5044 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |

**Exhibit "A"**

| | | |
|---|---|---|
| Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 |
| Eric L. Eilertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 | Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 | First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 |
| Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 |
| H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 |
| (p) INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | International Tax Servs<br>2204 WaMey Road<br>Ohawa, ON KIALAB | Jennifer D. Jones<br>10 1 Warren St., #20<br>Como, MS 38619-2568 |
| Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | Louis E. Sagar<br>598 Broadway<br>New York, NY 10012-3206 |

| | | |
|---|---|---|
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P 0 Box 3348<br>Ridgeland, MS 39158-3348 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 |
| Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | Memphis Recycling Serv<br>P 0 Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 |
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 | Merchandise Manu. Inc.<br>6650 Caballero Blvd.<br>Buena Park, CA 90620-1132 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 |
| Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>211 N. 1't Street<br>San Jose, CA 95131 |
| Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 |
| Questar Gas Company<br>P 0 Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. 0. Box 961090<br>Fort Worth, TX 76161-5000 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 |
| (p)PACIFICORP<br>CO NATALIE HOCKEN GENERAL COUNSEL<br>825 NE MULTNOMAH ST<br>STE 2000<br>PORTLAND OR 97232-2152 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1964 | SOS Staffing<br>P 0 Box 27008<br>Salt Lake Cit, UT 84127-0008 |
| Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 | Sprint<br>P 0 Box 660092<br>Dallas, TX 75266-0092 |
| Stuart M. Irby<br>P.O. Box 1819<br>Jackson, MS 39215-1819 | TWG Innov. Solutions<br>13922 Denver W Pkwy<br>Golden, CO 80401-3142 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 |

| | | |
|---|---|---|
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express, Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 |
| Tri-Continental Track<br>P.O. Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 |
| U S Trustee<br>100 W Capitol St., Ste 706<br>Jackson MS 39269-1607 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 |
| UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 |
| Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, IL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 |
| John A. Crawford Jr<br>Butler, Snow, O'mara, Stevens & Cana<br>P.O. Drawer 22567<br>Jackson, MS 39225-2567 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 |
| Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

End of Label Matrix
Mailable recipients    108
Bypassed recipients      0
Total                  108