IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
WAREHOUSE 86, LLC ) CASE NO. 08-03423-EE
) Chapter 11
Debtor )
)

CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, do hereby certify that November 10, 2008, I mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Notice of Change of Address (Dkt. #55) attached hereto as Exhibit "A."

1. Notice of Change of Address (Dkt. #55);

2. Notice of Final Hearing on First Day Motions;

3. Chapter 11 Voluntary Petition. Fee Amount $1039 Filed by Warehouse 86, LLC (Dkt. #1);

4. Motion of Debtor for Authority to Pay Collected Pre-Petition Sales and Use Taxes in Ordinary Course (Dkt. #7);

5. Application to Employ Butler, Snow, O'Mara, Stevens & Cannada, PLLC as Debtor's Counsel Filed by Debtor In Possession Warehouse 86, LLC (Dkt. #8);

6. Motion for a Preliminary and Final Order (I) Authorizing Post-Petition Financing on a Secured and Super Priority Basis, (II) Granting Other Related Relief and (III) Scheduling a Final Hearing Pursuant to Rule 4001 (Dkt. # 10);

7. Motion for Authority to Pay Certain Pre-Petition Employee Obligations and Post-Petition Workers Compensation Premiums (Dkt. # 11);

8. Motion for Authorization to Maintain Existing Bank Accounts and Cash Management System (Dkt. # 12);

9. Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor on Account of Pre-Petition Amounts Due; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt Out of the Procedures Established Herein (Dkt. # 13);

10. Motion for Authority to Pay Post-Petition Installments on Insurance Policies Necessary to Maintain Insurance Coverage (Dkt. # 14);

11. Motion to Approve Form of Final Hearing Notice and Establish Notice Parties for First Day Motions (Dkt. # 15);

12. Motion Regarding Chapter 11 First Day Motions Filed by Debtor In Possession Warehouse 86, LLC (Dkt. # 16);

13. Order Granting Motion for Expedited Hearings on Certain First Day Motions and Applications (Dkt. # 17);

14. Meeting of Creditors 341(a) meeting to be held on 12/5/2008 at 09:00 AM at 341 Mtg - Jackson. Last day to oppose discharge or dischargeability is 2/3/2009 (Dkt. # 24);

15. Motion for Authority to Sell Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Outside of the Ordinary Course of Business and Assuming and Assigning Certain Unexpired Leases and Executory Contracts Filed by Debtor (Dkt. # 32); and

16. Notice of Sale Free and Clear of Liens Filed by Debtor In Possession Warehouse 86, LLC (Dkt. # 33).

This, the 11th day of November, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that the foregoing pleadings were filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically

SO CERTIFIED, this the 11th day of November, 2008.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 3447101v.1

SS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
    **WAREHOUSE 86, LLC** )     **CASE NO. 08-03423-EE**
)     **Chapter 11**
    **Debtor** )
_____ )

### NOTICE OF CHANGE OF ADDRESS

Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address as follows:

    Eric Eilertsen
    1878 Laurel Ln
    Germantown, TN 38139

    Fifth Third Auto Leasing
    MD1MOC2E-3152
    P.O. Box 630041
    Cincinnati, OH 45263

    International Tax Service
    2204 Walkley Road
    Ottawa, ON   K1A 1A8
    Canada

    Windsor Tax Services
    P.O. Box 1655
    Windsor, ON N9A767
    Canada

    TWG Innovative Solutions, Inc
    f/k/a Aon Innov. Solutions
    Att: VP Operations, Lisa Schizas, Sharon Campbell
    13922 Denver West Pkwy
    Golden, CO 80401

Exhibit "A"

This, the 10th day of November, 2008.

                Respectfully submitted,

                WAREHOUSE 86, LLC

                By: *s/ Stephen W. Rosenblatt*
                Stephen W. Rosenblatt (MS BAR No. 5676)
                John A. Crawford, Jr. (MS BAR No. 10346)
                Paul M. Ellis (MS BAR No. 102259)

                ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

    Ronald H. McAlpin, Esq.
    Trial Attorney, Office of the U.S. Trustee
    A. H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    Ronald.McAlpin@USDOJ.gov

    Office of the U.S. Trustee
    A.H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    USTPRegion05.AB.ECF@usdoj.gov

Michael B. Chance, Esq.
E. Franklin Childress, Jr. Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
6060 Poplar Avenue, Suite 440
Memphis, Tennessee 38119
mchance@bakerdonelson.com
fchildress@bakerdonelson.com
ATTORNEYS FOR DIP LENDER

Richard A. Montague, Jr., Esq.
Suzanna Baker, Esq.
Wells Moore Simmons & Hubbard
P.O. Box 1970
Jackson, Mississippi 39215-1970
rmontague@wellsmoore.com
sbaker@wellsmoore.com
ATTORNEY FOR IRBY

SO CERTIFIED, this the 10th day of November, 2008.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 3444562v.1