IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                          )
                                                )
    WAREHOUSE 86, LLC                          )      CASE NO. 08-03423-EE
                                                )      Chapter 11
        Debtor                                )
_____)

## CERTIFICATE OF SERVICE

    I, Stephen W. Rosenblatt, do hereby certify that on November 11, 2008, I mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Matrix attached hereto collectively as Exhibit "A":

1. Motion (1) Authorizing Interim Use of Cash Collateral; (2) Providing Adequate Protection under 11 U.S.C. Sections 361 and 363; and (3) Setting Date for Final Hearing on Use of Cash Collateral of Stuart M. Irby (Dkt. # 9);

2. Order Granting Motion to Approve Form of Final Hearing Notice and Establish Notice Parties for First Day Motions (Dkt. # 27);

3. Order Granting Application of Debtor to Employ Attorneys and Disclosure of Compensation (Dkt. # 28);

4. Order Granting Motion of Debtor for Authority to Pay Collected Pre-Petition Sales and Use Taxes in Ordinary Course (Dkt. # 29);

5. Interim Order Pursuant to Section 366 of the Bankruptcy Code: (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Services to, or Discriminating against the Debtor on Account of Pre-Petition Invoices; (B) Determining that the Utilities are Adequately Assured of Future Payment; (C) Establishing Procedures for Determining Requests for Additional Assurance; and (D) Permitting Utility Companies to Opt out of the Procedures established Herein (Dkt. # 30);

6. Order Granting Motion for Authority to Pay Post-Petition Installments on Insurance Policies Necessary to Maintain Insurance Coverage (Dkt. # 31);

7. Order Granting Emergency Motion of Debtor for Authorization to maintain existing Bank Accounts and Cash Management System (Dkt. # 34);

8. Order Granting Authority to Pay Certain Pre-Petition Employee Obligations and Post-Petition Workers Compensation Premiums (Dkt. # 35);

9. Order Granting Emergency Motion (A) Authorizing Interim use of Cash Collateral; (B) Providing Adequate Protection under 11 USC 361 and 363; and (C) Setting Date for Final Hearing on use of Cash Collateral of Stuart M Irby (Dkt. # 36); and

10. Order Granting Emergency Motion for a Preliminary Order (I) Authorizing Post-petition Financing on a Secured and Super Priority Basis pursuant to 11 USC 105, 361, 363, 364 and 507(b), (II) Granting other related Relief and (III) Scheduling a Final Hearing pursuant to Rule 4001 (Dkt. # 37).

This, the 12th day of November, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this the 12th day of November, 2008.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 3447374v.1

```
Label Matrix for local noticing          Warehouse 86, LLC                    U.S. Bankruptcy Court
0538-3                                   5 River Bend Place, Ste D            100 East Capitol St.
Case 08-03423-ee                         Flowood, MS 39232-7618               P.O. Box 2448
Southern District of Mississippi                                              Jackson, MS 39225-2448
Jackson Divisional Office
Tue Nov 11 10:37:19 CST 2008

5 River Bend Pl., LLC                    ABC Logistics Corp                   ADP, Inc.
5 River Bend Place                       2300 Sitler St #685                  5680 New Northside Dr.
Ste. D                                   Memphis, TN 38114-4801               Atlanta, GA 30328-4668
Flowood, MS 39232-7618


ADP, Inc.                                AT&T                                 Air-One Services
One ADP Blvd                             P O Box 105262                       5055 Pleasant View
Roseland, NJ 07068-1786                  Atlanta, GA 30348-5262               Memphis, TN 38134-6308



Allied Waste Serv #493                   Allied Waste Serv #837               Allied Waste Serv #868
P O Box 9001225                          P O Box 9001225                      P O Box 9001225
Louisville, KY 40290-1225                Louisville, KY 40290-1225            Louisville, KY 40290-1225



American Covers, Inc.                    American Express Corp                American Internatl Co.
dba Handstands                           P O Box 650448                       Specialty Workers Comp
675 West 14600 South                     Dallas, TX 75265-0448                P O Box 409
Bluffdale, UT 84065-4831                                                      Parsippany, NJ 07054-0409


American Photocopy                       Amerigas                             Aon Innov. Solutions
1719 Bartlett Road                       545 W 12 Street                      13922 Denver West Pkwy
Memphis, TN 38134-6402                   Ogden, LTT 84404-5401                Golden CO 80401-3142



Arizona Department of Revenue            Arizona Department of Revenue        Atmos Energy
P O Box 29010                            P O Box 52153                        P.O. Box 9001949
Phoenix, AZ 85038-9010                   Phoenix, AZ 85072-2153               Louisville KY 40290-1949



(c)AUDIOVOX SPEC. APPLIC.                Baja Motorsports, LLC                Boyer BDO, L.C.
2602 MARINA DR                           40602 North Hammond Ln               90 South 400 W STE 200
ELKHART IN  46514-8642                   Phoenix, AZ 85034                    Salt Lake Cit, UT 84101-1365



Brands on Sale                           CH Enterprises                       Cambridge Integ. Serv.
16706 Edwards Rd.                        4305 Harrison #6-323                 31500 Solon Rd.
Cerritos, CA 90703-2436                  Ogden, UT 84403-3306                 Solon, OH 44139-3528



City of Indianola Water                  City of Phoenix                      City of Phoenix
P O Box 269                              City Treasurer                       Tax Division
Indianola, MS 38751-0269                 P O Box 29690                        251 W. Washington St, 3rd Floor
                                         Phoenix, AZ  85038-9690              Phoenix, AZ 85003-2295
```

Exhibit "A"

| | | |
|---|---|---|
| ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 | Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>1650 Old Country Rd<br>Plainview, NY 11803-5044 |
| Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 | Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 |
| DHL Express (USA) Inc.<br>P.O. Box 4723<br>Houston, TX 77210-4723 | DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 |
| DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 | Delta Electric Power<br>P 0 Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P 0 Box 12021<br>Newark, NJ 07101-5021 |
| Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 | EMC Ins. Companies<br>P 0 Box 6011<br>Ridgeland, MS 39158-6011 | Eric L. Eilertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 |
| Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 | Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 | Excel Transportation<br>P 0 Box 844711<br>Dallas, TX 75284-4711 |
| Fifui Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 | First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 |
| Global Crossing Tele.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 |
| HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P 0 Drawer 22507<br>Jackson, MS 39225-2507 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| International Tax Servs<br>2204 WaMey Road<br>Ohawa, ON KIALAB | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P 0 Box 269<br>Indianola, MS 38751-0269 | Jennifer D. Jones<br>10 1 Warren St., #20<br>Como, MS 38619-2568 |

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012-3206

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620-1132

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS 39225-3050

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Pay Pal
211 N. 1't Street
San Jose, CA 95131

Phusion Software, Inc.
26300 Ford Rd. #415
Dearborn Heig, MI 48127-2854

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. O. Box 961090
Fort Worth, TX 76161-5000

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452-3038

(p)PACIFICORP
CO NATALIE HOCKEN GENERAL COUNSEL
825 NE MULTNOMAH ST
STE 2000
PORTLAND OR 97232-2152

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1964

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN 38173-0743

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991

TWG Innov. Solutions
13922 Denver W Pkwy
Golden, CO 80401-3142

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN 37242-0700

Transport Express, Inc.
P.O. Box 69207
Seattle, WA 98168-9207

U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

UPS
Lockbox 577
Carol Stream, IL 60132-0001

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Weber County Assessor
P O Box 9700
Ogden, UT 84409-0700

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127-0008

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Stuart M. Irby
P.O. Box 1819
Jackson, MS 39215-1819

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Trustee
100 w Capitol St., Ste 706
Jackson MS 39269-1607

UPS Freight
P.O. Box 6109
Westerville, OH 43086-6109

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, EL 60606-6405

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Sprint
P O Box 660092
Dallas, TX 75266-0092

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612-2515

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

| | | |
|---|---|---|
| John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 |
| Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Audiovox Spec. Applic.<br>53200 Marina Drive<br>Elkhart, W 46514 | End of Label Matrix<br>Mailable recipients    123<br>Bypassed recipients      0<br>Total                  123 |