## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | WAREHOUSE 86, LLC | CASE NO. | 08-03423-ee |
| | DEBTOR | CHAPTER | 11 |

### NOTICE OF APPOINTMENT OF
### CHAPTER 11 UNSECURED CREDITORS' COMMITTEE

**NOTICE IS HEREBY GIVEN** that the United States Trustee has appointed an unsecured creditors' committee in the above referenced case, those members being those listed on the attached Appointment of Unsecured Creditors' Committee.

Dated: November 19, 2008           Respectfully Submitted,

                                                                R. MICHAEL BOLEN
                                                                United States Trustee
                                                                Region 5, Judicial Districts of
                                                                Louisiana and Mississippi

                                        By:       *Ronald H. McAlpin*
                                                                RONALD H. McALPIN

Ronald H. McAlpin (MSB #2182)
Assistant U.S. Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
Phone: (601)965-5241 (Ext. 123)
Fax: (601)965-5226
Email: ronald.mcalpin@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        WAREHOUSE 86, LLC                          CASE NO.     08-03423-ee

              DEBTOR                                      CHAPTER    11

### APPOINTMENT OF CHAPTER 11 UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. §1102, the United States Trustee for Region 5 hereby appoints the following creditors holding unsecured claims in the above styled case to serve on the unsecured creditors' committee:

| NAME OF CREDITOR | REPRESENTATIVE |
|---|---|
| Katt Worldwide Logistics, Inc.<br>4102 So. Mendenhall Raod<br>Memphis, TN 38115<br>Telephone (901) 507-3918<br>Fax (901) 322-2938 | Teresa M Shipe |
| Overstock.com, Inc.<br>6350 S. 3000 E.<br>Salt Lake City, Utah 54212<br>Telephone (801) 947-4341<br>Fax (801) 947-3144 | Edwin W. Christensen |
| Thomas Sales & Services, Inc.<br>2300 Sitler St., Bldg. 685<br>Memphis, TN 38114<br>Telephone (901) 774-6533<br>Fax (601) 774-6858 | Bobby Thomas |

Dated: November 19, 2008          Respectfully Submitted,

                                  R. MICHAEL BOLEN
                                  United States Trustee
                                  Region 5, Judicial Districts of
                                  Louisiana and Mississippi

                            By:   *Ronald H. McAlpin*
                                  RONALD H. McALPIN

Ronald H. McAlpin (MSB #2182)
Assistant U.S. Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
Phone:  (601)965-5241 (Ext. 123)
Fax: (601)965-5226
Email: ronald.mcalpin@usdoj.gov

## CERTIFICATE OF SERVICE

I, Ronald H. McAlpin, Assistant U. S. Trustee, do hereby certify that a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

| | |
|---|---|
| Stephen W. Rosenblatt | Overstock.com, Inc. |
| Butler Snow O'Mara Stevens & Cannada | C/o Edwin W. Christensen |
| P. O. Box 22567 | 6350 S. 3000 E. |
| Jackson, MS 39225-2567 | Salt Lake City, Utah 54212 |
| | |
| Katt Worldwide Logistics, Inc. | Thomas Sales & Services, Inc. |
| C/o Teresa M Shipe | C/o Bobby Thomas |
| 4102 So. Mendenhall Raod | 2300 Sitler St., Bldg. 685 |
| Memphis, TN 38115 | Memphis, TN 38114 |

Dated:  November 19, 2008          *Ronald H. McAlpin*
                                    Ronald H. McAlpin
                                    Assistant U. S. Trustee