**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: WAREHOUSE 86, LLC  CASE NO. 08-03423-EE
5 River Bend Place, Ste D
Flowood, MS 39232  CHAPTER 11

**ENTRY OF APPEARANCE**

COMES NOW, the Mississippi State Tax Commission (Tax Commission), by and through counsel, and enters its appearance in the above entitled proceeding. Pursuant to Bankruptcy Rules 2002 and 9007, the Tax Commission requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands which affect the Debtor or property of the Debtor.

RESPECTFULLY SUBMITTED, THIS the 21st day of November, 2008.

MISSISSIPPI STATE TAX COMMISSION

BY: /s/ Heather S. Deaton
Heather S. Deaton (MSB #100417)
Mississippi State Tax Commission
P.O. Box 22828
Jackson, MS 39225
Telephone: (601) 923-7412
Facsimile: (601) 923-7423

## **CERTIFICATE OF SERVICE**

I, Heather S. Deaton, attorney for the Mississippi State Tax Commission, hereby certify that I have this day electronically submitted a true and correct copy of the foregoing Entry of Appearance to: Hon. R. Michael Bolen, Office of the United States Trustee, USTPRegion05.JA.ECF@usdoj.gov, Richard A. Montague, Jr., rmontague@wellsmoore.com, John A. Crawford, Jr., jack.crawford@butlersnow.com, Stephen W. Rosenblatt, Steve.Rosenblatt@butlersnow.com; and hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:  NONE.

THIS the 21st day of November, 2008.

/s/ Heather S. Deaton