**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WAREHOUSE 86, LLC** ) | **CASE NO. 08-03423-EE** |
| ) | **Chapter 11** |
| **Debtor** ) | |
| _____ ) | |

## NOTICE OF CHANGE OF ADDRESS

Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address as follows:

Baja Motorsports, LLC
4602 E. Hammond Lane
Phoenix, AZ 85034

This, the 21st day of November, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By:  *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

-2-

CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

    Ronald H. McAlpin, Esq.
    Trial Attorney, Office of the U.S. Trustee
    A. H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    Ronald.McAlpin@USDOJ.gov

    Office of the U.S. Trustee
    A.H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    USTPRegion05.AB.ECF@usdoj.gov

    Michael B. Chance, Esq.
    E. Franklin Childress, Jr. Esq.
    Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
    6060 Poplar Avenue, Suite 440
    Memphis, Tennessee 38119
    mchance@bakerdonelson.com
    fchildress@bakerdonelson.com
    ATTORNEYS FOR DIP LENDER

    Richard A. Montague, Jr., Esq.
    Suzanna Baker, Esq.
    Wells Moore Simmons & Hubbard
    P.O. Box 1970
    Jackson, Mississippi 39215-1970
    rmontague@wellsmoore.com
    sbaker@wellsmoore.com
    ATTORNEY FOR IRBY

    SO CERTIFIED, this the 21st day of November, 2008.

                                    *s/ Stephen W. Rosenblatt*
                                    STEPHEN W. ROSENBLATT

Jackson 3476093v.1