CHAPTER 11 PROCEEDING MEMO
AND MINUTES OF § 341 MEETING
DATE: DECEMBER 5, 2008 @ 9:00 A.M.

IN RE:     WAREHOUSE 86, LLC     CASE NO.    08-03423-ee

DEBTOR     CHAPTER    11

1. Name of attorney for debtor: Stephen W. Rosenblatt

2. Has attorney for debtor filed fee disclosure statement pursuant to **11 U.S.C. § 329** and **Rule 2016, Rules of Bankruptcy Procedure**?    (X) Yes    ( ) No

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to **11 U.S.C. § 1102**?    (X) Yes    ( ) No

4. Appearances: (X)    Debtor's Representative:    Ernest K. Strahan, III
                                                       CFO / Member-Manager
               (X)    Attorney for debtor
               (X)    Creditor(s): (See attached Appearance Sheet)

5. Debtor examined under oath or affirmation by:

     ( ) Attorney for Debtor      (X) Creditor(s)
     (X) UST Designee      ( ) Others (specify below)

6. Debtor required to provide UST evidence of depository account opening(s) within ten (10) days thereof.

7. Was fifth amendment invoked?    ( ) Yes    (X) No

8. Meeting adjourned (X) Yes ( ) No. If no, meeting is continued to the ___ day of _____, 200__, at ____ o'clock ___.m.

Additional Notes and/or Comments:

                                       Ronald H. McAlpin
                                       Presiding Officer

Proceeding recorded
CD Ref. # 343

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     WAREHOUSE 86, LLC     CASE NO.    08-03423-ee

           DEBTOR                           CHAPTER    11

§341(a) APPEARANCE SHEET

§341(a) LOCATION:     JACKSON, MISSISSIPPI

DATE:     DECEMBER 5, 2008

TIME:     9:00 A.M.

UST REPRESENTATIVE: RON McALPIN

| Name (Creditor) (Print Legibly) | Attorney or Representative (Print Legibly) | Signature |
|---|---|---|
| Overstock.com, Inc. | Edwin W Christensen | [signature] |
| IRS | Deborah P. Harmon | Deborah P. Harmon |
| | | |
| | | |
| | | |
| | | |
| | | |