IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WAREHOUSE 86, LLC            DEBTOR(S)
                                       CASE NO. 08-03423-EE
PORSCHE FINANCIAL SERVICES           CREDITOR

## NOTICE OF APPEARANCE OF COUNSEL

     PLEASE TAKE NOTICE that the undersigned counsel files this notice of appearance on behalf of Porsche Financial Services and requests that his name be added to the list of persons to receive copies of all notices and pleadings filed in this case. This Notice of Appearance of Counsel does NOT authorize service of process on the undersigned on behalf of Porsche Financial Services in connection with any adversary proceeding

     THIS the 5th day of December, 2008.

                                             Respectfully submitted,

                                             Porsche Financial Services

                         by:    /s/Larry Spencer, Its Attorney

## CERTIFICATE OF SERVICE

     I, LARRY SPENCER, Attorney for Porsche Financial Services, do hereby certify that I have this day electronically mailed a true and correct copy of the above and foregoing "Notice of Appearance of Counsel" to:

                       John A. Crawford, jr.
                       jack.crawford@butlersnow.com
                       ATTORNEY FOR DEBTOR(S)

                       Stephen W. Rosenblatt
                       Steve.Rosenblass@bultersnow.com
                       ATTORNEY FOR DEBTOR(S)

                       R. Michael Bolen
                       USTPRegion05.JA.ECF@usdoj.gov
                       US TRUSTEE

     SO CERTIFIED this the 5th day of December, 2008.

                                             /s/Larry Spencer

KING & SPENCER, ATTORNEYS
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #7730