## Exhibit "B"

## List of Assumed and Assigned Unexpired Leases and Executory Contracts

1.  5 River Bend Place, LLC
    5 River Bend Place, STE A
    Flowood, MS 39232

2.  ConnectShip, Inc.
    8282 S Memorial Suite 400
    Tulsa, OK  74133
    Account Number:  License 92718

3.  Global Crossing Tele.
    1120 Pittsford Victor Road
    Pittsford, New York 14534-3818
    Account Number:  0204716749

4.  RainWorx, Inc.
    159 Pearl Street No. 1
    Essex Junction, VT  05452
    Account Number:  W86, LLC

5.  Telesphere Networks Ltd
    9237 E Via de Ventura
    Scottsdale, AZ  85258
    Account Number: Warehouse 86, LLC various accts

6.  Memphis Light Gas and Water
    P.O. Box 430
    Memphis, TN 38101-0430
    Account Numbers: xxxx-xxxx-xxxx-742  & xxxx-xxxx-xxxx-739

7.  AT&T (for DSL line in Flowood office)
    P O Box 198992, Section 22
    Nashville, TN 37219-8992
    Account Number: xxx-xxx-3640  (all other contracts/accounts rejected, except as stated
    below in Number 8)

- 13 -

8.     AT&T  (for new cell phone service)
       P O Box 68056
       Anaheim Hills, CA  92817-8056
       Account Number: 02695924

9.     All Software Licenses (Schedule I of APA), including but not limited to the following:
       See Debtor's bankruptcy Schedules A & B; additionally, as follows:
       Microsoft SQL Licenses
       Microsoft Exchange 2007 E-Mail
       Microsoft Exchange Client Access Licenses
       Windows Server 2008 (Various versions)
       Windows Server 2003 (various versions)
       Microsoft Windows Client Access Licenses
       Veritas Backup Exec
       Symnatic Antivirus
       Great Plains Accounting Software
       Microsoft Office 2007
       Visual Studio (MSDN)
       ISA Server 2006

10.    Non-Disclosure Agreement, dated October 24, 2007, between Warehouse 86, LLC / Bargainland and John D. Santi, Starlight Capital, and Santi Company, LLC.