| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>**(601) 965–5301** | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS :**<br>**ROOM 101**<br>**100 EAST CAPITOL STREET** |

**Parties Noticed:**

Warehouse 86, LLC

John A Crawford, Jr., Esq

Larry Spencer, Esq

Stephen Rosenblatt, Esq

Office of U S Trustee

All Parties listed as Notice of Appearance

 

**In re:**    Warehouse 86, LLC

 

**Bankruptcy Case No.:**    08–03423–ee

**YOU ARE HEREBY NOTIFIED** that there will be a Combined Preliminary and Final Hearing on:

**Motion to Compel Acceptance or Rejection of a Lease Agreement and to Lift the Automatic Stay filed by Larry Spencer on behalf of Porsche Financial Services**

in regard to the above referenced case on **Tuesday, January 6, 2009** at **01:30 PM** , or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**YOU ARE FURTHER NOTIFIED** that you are required to serve an ANSWER or Response to this Motion upon the attorney for the plaintiff at his address listed above and to file the Answer or Response with this Court on or before **December 31,2008** . IN THE EVENT SUCH WRITTEN ANSWER OR OTHER RESPONSIVE PLEADING IS NOT SO FILED ON OR BEFORE THIS DATE, THE COURT MAY ENTER AN ORDER EX PARTE WITHOUT THE HEARING ON January 6, 2009 . HOWEVER, THE HEARING WILL REMAIN ON THE COURT DOCKET UNTIL AN ORDER HAS BEEN SUBMITTED BY ONE OF THE PARTIES.

ARRANGEMENTS FOR A COURT RECORDER, IF DESIRED, MAY BE MADE BY CONTACTING THE COURT AT YOUR EARLIEST CONVENIENCE OR AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULED HEARING. A COURT RECORDER WILL THEN BE PROVIDED BY THE BANKRUPTCY COURT.

**Please notify your clients of this hearing.**

**DATED:** 12/11/08

                **EDWARD ELLINGTON**
                **U. S. BANKRUPTCY JUDGE**

hn001ee–lsn