**DANNY L. MILLER**
**CLERK**
**(601) 965–5301**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON, MISSISSIPPI 39225–2448**

**MAILING ADDRESS:**
**P. O. BOX 2448**
**STREET ADDRESS :**
**ROOM 101**
**100 EAST CAPITOL STREET**

**Parties Noticed:**

Warehouse 86, LLC

John A Crawford, Jr., Esq

Larry Spencer, Esq

Stephen Rosenblatt, Esq

Office of U S Trustee

All Parties listed as Notice of Appearance

**In re:**  Warehouse 86, LLC

**Bankruptcy Case No.:**  08–03423–ee

**YOU ARE HEREBY NOTIFIED** that there will be a Combined Preliminary and Final Hearing on:

**Motion to Compel Acceptance or Rejection of a Lease Agreement and to Lift the Automatic Stay filed by Larry Spencer on behalf of Porsche Financial Services**

in regard to the above referenced case on **Tuesday, January 6, 2009** at **01:30 PM** , or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**YOU ARE FURTHER NOTIFIED** that you are required to serve an ANSWER or Response to this Motion upon the attorney for the plaintiff at his address listed above and to file the Answer or Response with this Court on or before **December 31,2008** . IN THE EVENT SUCH WRITTEN ANSWER OR OTHER RESPONSIVE PLEADING IS NOT SO FILED ON OR BEFORE THIS DATE, THE COURT MAY ENTER AN ORDER EX PARTE WITHOUT THE HEARING ON January 6, 2009 . HOWEVER, THE HEARING WILL REMAIN ON THE COURT DOCKET UNTIL AN ORDER HAS BEEN SUBMITTED BY ONE OF THE PARTIES.

ARRANGEMENTS FOR A COURT RECORDER, IF DESIRED, MAY BE MADE BY CONTACTING THE COURT AT YOUR EARLIEST CONVENIENCE OR AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULED HEARING. A COURT RECORDER WILL THEN BE PROVIDED BY THE BANKRUPTCY COURT.

**Please notify your clients of this hearing.**

**DATED:** 12/11/08

**EDWARD ELLINGTON**
**U. S. BANKRUPTCY JUDGE**

hn001ee–lsn

# CERTIFICATE  OF  NOTICE

```
District/off: 0538-3          User: dsawyer          Page 1 of 1          Date Rcvd: Dec 11, 2008
Case: 08-03423                Form ID: hn001ee       Total Served: 3


The following entities were served by first class mail on Dec 13, 2008.
dbpos       +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618
2717312     +Stuart M Irby,   c/o Richard Montague,   4450 Old Canton Road, Ste 200,   Jackson MS 39211-5991

The following entities were served by electronic transmission on Dec 11, 2008.
2726307      E-mail/PDF: BANKRUPTCY@MSTC.STATE.MS.US Dec 11 2008 20:01:14     Mississippi State Tax Commission,
                c/o Heather S Deaton,   P O Box 22828,   Jackson MS 39225
                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2008                    Signature:    _Joseph Speetjens_