# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME:    Warehouse 86, LLC

CASE NUMBER:  08-03423-EE          For Period    Nov. 4    to  Nov. 30  ,200 8

---

Mark One Box For Each
Required Report/Document

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.**
The debtor must attach each of the following reports unless the
United States Trustee has waived the requirement in writing.  File original
with Clerk of Court and duplicate with UST with an original signature.

---

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Comparative Balance Sheet (Form 2-B) |
| (x) | ( ) | Profit and Loss Statement (Form 2-C) |
| (x) | ( ) | Cash Receipts & Disbursements Statement (Form 2-D) |
| (x) | ( ) | Supporting Schedules (Form 2-E) |
| (x) | ( ) | Narrative (Form 2-F) |
| (x) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

---

**I declare under penalty of perjury that the following Monthly Financial Report and any
attachments thereto, are true and correct to the best of my knowledge and belief.**

Executed on:    December 15, 2008          Debtor(s)*:    Warehouse 86, LLC

By:**

Position:      Chief Financial Officer

Name of Preparer: Ernest K. Strahan, III
Telephone No.
of Preparer:    901-628-8545

*both debtors must sign if a joint petition
**for corporate or partnership debtor

FORM 2-A

CASE NAME:    Warehouse 86, LLC

CASE NUMBER:    08-03423-EE

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month Nov-08 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | | |
| Cash | 89,361 | 160,626 | | | | | | |
| Accounts Receivable, Net | 152,270 | 121,206 | | | | | | |
| Inventory, at lower of cost or market | 73,633 | 163,361 | | | | | | |
| Prepaid expenses & deposits | 103,702 | 103,702 | | | | | | |
| Other | | | | | | | | |
| | | | | | | | | |
| TOTAL CURRENT ASSETS | 418,966 | 548,895 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIPMENT** | 2,178,073 | 2,178,073 | | | | | | |
| Less accumulated depreciation | -1,124,978 | -1,148,876 | | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 1,053,096 | 1,029,197 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | | |
| Interests in incorporated businesses | 6,573 | 7,414 | | | | | | |
| Insurance claim from tornado & fire, | | | | | | | | |
| registered name, customer lists | | | | | | | | |
| (unknown) | | | | | | | | |
| TOTAL OTHER ASSETS | 6,573 | 7,414 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | 1,478,634 | 1,585,506 | 0 | 0 | 0 | 0 | 0 | 0 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the
monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then
carry these assets at that value. Do not use historical cost one month and fair market value the next.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

FORM 2-B
Page 1 of 2

CASE NAME:    Warehouse 86, LLC

CASE NUMBER:    08-03423-EE

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 11/04/08 | Month Nov-08 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES** | | | | | | | | |
| Taxes Payable (FORM 2-E, P. 1 of 3) | | 888 | | | | | | |
| Accounts Payable (FORM 2-E, P. 1 of 3) | - | 20,384 | | | | | | |
| Other | | | | | | | | |
| TOTAL POST-PETITION LIABILITIES | - | 21,272 | - | - | - | - | - | - |
| **PRE-PETITION LIABILITIES** | | | | | | | | |
| Notes Payable-Secured | 1,366,868 | 1,366,868 | | | | | | |
| Priority Debt | 9,000 | 9,000 | | | | | | |
| Priority Debt-Unsecured | 19,000 | 19,000 | | | | | | |
| Unsecured Debt ** | 2,460,116 | 2,443,303 | | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,854,984 | 3,838,171 | | | | | | |
| TOTAL LIABILITIES | 3,854,984 | 3,859,443 | - | - | - | - | - | - |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS | | | | | | | | |
| Through Filing Date | (2,376,350) | (2,376,350) | | | | | | |
| Post Filing Date | | 102,413 | | | | | | |
| TOTAL EQUITY (NET WORTH) | (2,376,350) | (2,273,937) | - | - | - | - | - | - |
| TOTAL LIABILITIES & EQUITY | 1,478,634 | 1,585,506 | - | - | - | - | - | - |

** Reflects payment of utilities charges and insurance premiums pursuant to court order

FORM 2-B
Page 2 of 2

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month 11/4-11/30/08 | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **NET REVENUE** | 112,361 | | | | | | |
| COST OF GOODS SOLD: | | | | | | | |
| Material | 33,175 | | | | | | |
| Labor-Direct | 43,033 | | | | | | |
| Overhead | 15,866 | | | | | | |
| TOTAL COST OF GOODS SOLD | 92,074 | - | - | - | - | - | - |
| **GROSS PROFIT** | 20,287 | - | - | - | - | - | - |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administration (Rents, | 146,946 | | | | | | |
| utilities, salaries, etc.) | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 146,946 | - | - | - | - | - | - |
| INTEREST EXPENSE | - | - | - | - | - | - | - |
| **INCOME BEFORE DEPRECIATION OR TAXES** | (126,659) | - | - | - | - | - | - |
| DEPRECIATION OR AMORTIZATION: | 23,898 | | | | | | |
| EXTRAORDINARY EXPENSES* | | | | | | | |
| INCOME TAX EXPENSE (BENEFIT) | | | | | | | |
| **NET INCOME (LOSS)** | (150,557) | - | - | - | - | - | - |

*Requires explanation in NARRATIVE (FORM 2-F).

FORM 2-C

CASE NAME: Warehouse 86, LLC          CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period Nov. 4 _____ to Nov. 30 _____ ,200  8

CASH RECONCILIATION

| | | | | |
|---|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | | 89,361 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | | 852,958 | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | | 781,693 | |
| 4. | Net Cash Flow | | | $71,265 |
| 5. | Ending Cash Balance (to FORM 2-B) | | | $160,626 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Operating Account | $ (1,946) | Bank of America-3903 |
| 2. | Operating Account | $ 73,630 | Bank of America-9451 |
| 3. | Payroll Account | $ 56,743 | Bank of America-5429 |
| 4. | Sales Account | $ 7,033 | PayPal |
| 5. | Sales Account | $ 4,150 | PayPal Alt |
| 6. | Sweep Account | $ 21,017 | Bank of America |
| 7. | Cash Collateral Account | $ | |
| 8. | Petty Cash | $ | |
| | TOTAL (must agree with line 5 above) | 160,626 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid          $    320,968

*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME:  Warehouse 86, LLC _____   CASE NUMBER:  08-03423-EE _____

## QUARTERLY FEE SUMMARY

### MONTH ENDED NOVEMBER 2008

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ _____ | | | |
| February | $ _____ | | | |
| March | $ _____ | | | |
| Total 1st Quarter | $ _____ 0 | $ _____ | _____ | _____ |
| | | | | |
| April | $ _____ | | | |
| May | $ _____ | | | |
| June | $ _____ | | | |
| Total 2nd Quarter | $ _____ 0 | $ _____ | _____ | _____ |
| | | | | |
| July | $ _____ | | | |
| August | $ _____ | | | |
| September | $ _____ | | | |
| Total 3rd Quarter | $ _____ 0 | _____ | _____ | _____ |
| | | | | |
| October | $ _____ | | | |
| November | $ _____ 320,968 | | | |
| December | $ _____ | | | |
| Total 4th Quarter | $ _____ 320,968 | $ _____ | _____ | _____ |

### Fee Schedule

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $14,999.00 | $325 |
| $15,000-$74,999.99 | $650 |
| $75,000-$149,999.99 | $975 |
| $150,000-$224,999.99 | $1,625 |
| $225,000-$299,999.99 | $1,950 |
| $300,000-$999,999.99 | $4,875 |
| $1,000,000-$1,999,999.99 | $6,500 |
| $2,000,000-$2,999,999.99 | $9,750 |
| $3,000,000-$4,999,999.99 | $10,400 |
| $5,000,000 and above | $13,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.

*Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period      Nov. 4    to   Nov. 30    ,200  8

Account Name:    Bank of America-Operating      Account Number:    004671833908

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 11/4/2008 | Transfer from Sweep Account | $1,808.12 |
| 11/4/2004 | Standard-Examiner-Direct Sales | $61.75 |
| 11/4/2004 | Standard-Examiner-Direct Sales | $256.75 |
| 11/4/2004 | Paypal Sales | $6,900.00 |
| 11/5/2004 | Cardservice Sales | $1,926.67 |
| 11/5/2004 | Paypal Sales | $3,400.00 |
| 11/6/2004 | Cardservice Sales | $1,011.65 |
| 11/6/2004 | Paypal Sales | $3,200.00 |
| 11/7/2004 | Cardservice Sales | $216.77 |
| 11/7/2004 | Paypal Sales | $2,700.00 |
| 11/8/2004 | Paypal Sales | $1,800.00 |
| 11/8/2004 | Cardservice Sales | $2,751.63 |
| 11/9/2004 | Cardservice Sales | $46.06 |
| 11/9/2004 | Paypal Sales | $1,500.00 |
| 11/10/2004 | Cardservice Sales | $83.13 |
| 11/10/2004 | Paypal Sales | $1,700.00 |
| 11/11/2004 | Cardservice Sales | $946.65 |
| 11/11/2004 | Paypal Sales | $3,800.00 |
| 11/12/2004 | Paypal Sales | $600.00 |
| 11/12/2004 | Cardservice Sales | $1,292.75 |
| 11/13/2004 | Cardservice Sales | $183.78 |
| 11/13/2004 | Paypal Sales | $4,600.00 |
| 11/14/2004 | Cardservice Sales | $443.78 |
| 11/14/2004 | Paypal Sales | $3,700.00 |
| 11/15/2004 | Cardservice Sales | $1,321.82 |
| 11/15/2004 | Paypal Sales | $1,700.00 |
| 11/16/2004 | Cardservice Sales | $439.74 |
| 11/16/2004 | Paypal Sales | $1,700.00 |
| 11/17/2004 | Cardservice Sales | $218.58 |
| 11/17/2004 | Paypal Sales | $4,900.00 |

Bank of America 3903 Receipts
Page Two

| Date | Description | Amount |
|---|---|---|
| 11/18/2004 | Cardservice Sales | $544.54 |
| 11/18/2004 | Paypal Sales | $6,900.00 |
| 11/19/2004 | Cardservice Sales | $306.29 |
| 11/19/2004 | Paypal Sales | $6,300.00 |
| 11/20/2004 | Cardservice Sales | $975.59 |
| 11/20/2004 | Paypal Sales | $5,100.00 |
| 11/21/2004 | Cardservice Sales | $1,098.98 |
| 11/21/2004 | Paypal Sales | $7,200.00 |
| 11/22/2004 | Cardservice Sales | $3,171.59 |
| 11/22/2004 | Paypal Sales | $3,900.00 |
| 11/23/2004 | Cardservice Sales | $458.66 |
| 11/23/2004 | Paypal Sales | $3,200.00 |
| 11/24/2004 | Cardservice Sales | $1,408.42 |
| 11/24/2004 | Paypal Sales | $5,700.00 |
| 11/25/2004 | AMEX Sales | $343.99 |
| 11/25/2004 | Cardservice Sales | $1,512.58 |
| 11/25/2004 | Paypal Sales | $10,300.00 |
| 11/26/2004 | Cardservice Sales | $981.14 |
| 11/26/2004 | Paypal Sales | $4,600.00 |
| 11/27/2004 | Cardservice Sales | $2,779.13 |
| 11/27/2004 | Paypal Sales | $3,900.00 |
| 11/28/2004 | Cardservice Sales | $973.72 |
| 11/29/2004 | Interest Income | $3.12 |
| 11/29/2004 | Cardservice Sales | $1,135.29 |
| 11/29/2004 | Paypal Sales | $8,600.00 |

|  | Total Cash Receipts | $136,602.67 |

FORM 2-D
Page 3 of 4

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        Nov. 4    to   Nov. 30    ,200  8

Account Name:    Bank of America-Operating      Account Number:   004654959451

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 11/4/2008 | Transfer To: BOA - 9451 | $4,000.00 |
| 11/4/2004 | Transfer To: BOA - 9451 | $10,000.00 |
| 11/5/2004 | Transfer To: BOA - 9451 | $10,000.00 |
| 11/6/2004 | Transfer To: BOA - 9451 | $8,000.00 |
| 11/6/2004 | DIP Loan Draw | $85,000.00 |
| 11/13/2004 | DIP Loan Draw | $95,000.00 |
| 11/19/2004 | Paypal VIP Sales | $5,000.00 |
| 11/20/2004 | Transfer To: BOA - 9451 | $5,000.00 |
| 11/23/2004 | Transfer To: BOA - 9451 | $30,000.00 |
| 11/23/2004 | Transfer To: BOA - 9451 | $30,000.00 |
| 11/23/2004 | Transfer To: BOA - 9451 | $30,000.00 |
| 11/23/2004 | DIP Loan Draw | $70,000.00 |
| 11/25/2004 | Transfer To: BOA - 9451 | $20,000.00 |
| 11/29/2004 | Transfer To: BOA - 9451 | $20,000.00 |

Total Cash Receipts        $  422,000.00

FORM 2-D
Page 3 of 4

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period          Nov. 4    to    Nov. 30    ,200  8

Account Name:    Bank of America-Payroll          Account Number:      004681035429

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 11/4/2008  | ADP-Cancelled Payroll Checks | $258.43 |
| 11/4/2008  | Bank Transfer Entry | $10,000.00 |
| 11/11/2004 | Bank Transfer Entry | $13,000.00 |
| 11/12/2004 | Bank Transfer Entry | $5,000.00 |
| 11/17/2004 | Bank Transfer Entry | $15,000.00 |
| 11/20/2004 | ADP-Cancelled Payroll Checks | $51.02 |
| 11/20/2004 | Bank Transfer Entry | $15,000.00 |
| 11/23/2004 | Bank Transfer Entry | $10,000.00 |
| 11/23/2004 | Bank Transfer Entry | $30,000.00 |
| 11/23/2004 | Bank Transfer Entry | $60,000.00 |

Total Cash Receipts    $158,309.45

FORM 2-D
Page 3 of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        Nov. 4   to   Nov. 30   ,200 8

Account Name:   Bank of America-Sweep        Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|--------------------|--------|
| 11/30/2008 | Transfer To: BOA-SWEEP | 21,017.36 |
| | Total Cash Receipts        $ | 21,017.36 |

FORM 2-D
Page 3 of 4

CASE NAME:                    Warehouse 86, LLC

CASE NUMBER:                  08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period          Nov. 4      to   Nov. 30    ,200  8

Account Name:   PayPal                          Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| Nov. 4-30, 2008 | Sales | 110,287.57 |

|  | Total Cash Receipts | $ | 110,288 |

FORM 2-D
Page 3 of 4

CASE NAME:                Warehouse 86, LLC

CASE NUMBER:           08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period       Nov. 4      to   Nov. 30      ,200  8

Account Name:   PayPal Alternate              Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| Nov. 4-30, 2008 | Sales | 4,741.00 |

|  | Total Cash Receipts | $    4,741 |

FORM 2-D
Page 3 of 4

CASE NAME:           Warehouse 86, LLC

CASE NUMBER:         08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Nov. 4 __ to ___ Nov. 30 _____ ,200 _8_____

Account Name: Bank of America-Operating Account _____ Account Number: | 004671833903

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/4/2008 | | Bank Transfer Entry | | $10,000.00 |
| 11/4/2008 | | Bank Transfer Entry | | $4,000.00 |
| 11/4/2004 | | Bank Transfer Entry | | $10,000.00 |
| 11/4/2004 | | AMEX Sales | | $31.30 |
| 11/5/2004 | | Bank Transfer Entry | | $10,000.00 |
| 11/6/2004 | | Bank Transfer Entry | | $8,000.00 |
| 11/9/2004 | | AMEX Sales | | $187.67 |
| 11/11/2004 | | Bank Transfer Entry | | $13,000.00 |
| 11/12/2004 | | Bank Transfer Entry | | $5,000.00 |
| 11/16/2004 | | AMEX Sales | | $566.54 |
| 11/17/2004 | | Bank Transfer Entry | | $15,000.00 |
| 11/17/2004 | | Amex Sales | | $6.93 |
| 11/20/2004 | | Bank Transfer Entry | | $5,000.00 |
| 11/20/2004 | | Bank Transfer Entry | | $15,000.00 |
| 11/23/2004 | | Bank Transfer Entry | | $10,000.00 |
| 11/25/2004 | | Bank Transfer Entry | | $20,000.00 |
| 11/29/2004 | | Bank Transfer Entry | | $20,000.00 |
| 11/29/2004 | | Bank Transfer Entry | | $21,017.36 |

Total Cash Disbursements | $166,809.80

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

CASE NAME:     Warehouse 86, LLC

CASE NUMBER:     08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Nov. 4 ___ to ___ Nov. 30 _____ ,200 8 _____

Account Name: Bank of America-Operating Account _____ Account Number: 004654959451

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/6/2004 | | As Was | Systems Dev & Maint | $8,400.00 |
| 11/6/2004 | | American Merchandise Liqu | Purchases-Resale | $26,565.04 |
| 11/6/2004 | 5851 | Memphis Light, Gas & Wate | Utilities | $6,483.07 |
| 11/6/2004 | 5852 | 5 River Bend Place | Rent | $294.00 |
| 11/6/2004 | 5853 | AT&T - 3640 | Telephone | $161.35 |
| 11/6/2004 | 5854 | EMC Insurance Companies | Insurance | $4,809.96 |
| 11/6/2004 | 5855 | First Insurance Funding C | Insurance | $1,109.24 |
| 11/6/2004 | 5856 | Global Crossing Telecommu | Broadband | $9,478.33 |
| 11/6/2004 | 5857 | Memphis Light, Gas & Wate | Utilities | $2,563.74 |
| 11/6/2004 | 5858 | Telesphere | Broadband & Telephone | $11,101.53 |
| 11/6/2004 | 5859 | Telesphere | Broadband & Telephone | $11,101.53 |
| 11/10/2004 | 5860 | Phusion Software Inc | Sub Contractor Fees | $8,460.00 |
| 11/10/2004 | 5861 | 5 River Bend Place | Rent | $58.36 |
| 11/13/2004 | | American Merchandise Liqu | Purchases-Resale | $10,586.79 |
| 11/13/2004 | | American Merchandise Liqu | Purchases-Resale | $9,000.00 |
| 11/14/2004 | 5862 | DJW Enterprizes, Inc. | Sub Contractor Fees | $6,750.00 |
| 11/14/2004 | 5863 | AT&T Mobility - 3633 | Telephone | $912.19 |
| 11/14/2004 | 5864 | Apple Box Studios | Marketing | $225.00 |
| 11/14/2004 | 5865 | Intermountain Rigging | Postage & Delivery | $4,789.00 |
| 11/14/2004 | 5866 | Joy St James | Guaranteed Payments | $16,000.00 |
| 11/14/2004 | 5867 | Paul St James | Guaranteed Payments | $16,000.00 |
| 11/14/2004 | 5868 | Ernest K. Strahan, III | Guaranteed Payments | $16,000.00 |
| 11/16/2004 | 5869 | Audiovox | Purchases-Consign | $490.87 |
| 11/17/2004 | | American Merchandise Liqu | Purchases-Resale | $8,274.28 |
| 11/18/2004 | | ConnectShip | Dues & Subscriptions | $6,480.00 |
| 11/20/2004 | | American Merchandise Liqu | Purchases-Resale | $12,431.57 |
| 11/21/2004 | | Control Scan Inc | Dues & Subscriptions | $1,299.00 |
| 11/22/2004 | 5870 | Christina Cassy | Payroll Expenses | $212.50 |
| 11/22/2004 | 5871 | Michael Rolow | Payroll Expenses | $140.00 |
| 11/22/2004 | 5872 | Jennifer Johnson | Payroll Expenses | $150.20 |
| 11/22/2004 | 5873 | Dallas Laub | Payroll Expenses | $369.18 |
| 11/22/2004 | 5874 | Jessica Dickson | Payroll Expenses | $212.50 |
| 11/22/2004 | 5875 | Violetta LeGrand | Payroll Expenses | $51.02 |
| 11/23/2004 | | American Merchandise Liqu | Purchases-Resale | $35,414.37 |
| 11/23/2004 | 5876 | Audiovox | Purchases-Consign | $400.73 |

Bank of America 9451 Disbursements
Page Two

| | | | | |
|---|---|---|---|---:|
| 11/23/2004 | 5878 | Lisa P. McDaniel | Travel | $49.73 |
| 11/23/2004 | 5879 | Paul St James | Travel, postage, supplies | $2,780.06 |
| 11/23/2004 | 5880 | Joseph King | Postage, Broadband, supplies | $854.88 |
| 11/23/2004 | | Transfer To: BOA - 5429 | | $30,000.00 |
| 11/23/2004 | | Transfer To: BOA - 5429 | | $60,000.00 |
| 11/25/2004 | | American Merchandise Liqu | Purchases-Resale | $18,415.09 |
| 11/29/2004 | 5881 | DJW Enterprizes, Inc. | Sub Contractor Fees | $2,400.00 |
| 11/29/2004 | 5890 | Audiovox | Purchases-Consign | $354.86 |
| 11/29/2004 | | Mississippi State Tax Com | Sales Tax | $185.00 |

Total Cash Disbursements $   351,814.97

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Nov. 4 __ to __ Nov. 30 _____ ,200 8 _____

Account Name:  Bank of America-Payroll Account _____ Account Number: 004681035429 _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/6/2004 | | ADP Inc | Payroll | $3,030.62 |
| 11/6/2004 | | ADP Inc | Payroll | $11,446.69 |
| 11/6/2004 | | ADP Inc | Payroll | $253.11 |
| 11/6/2004 | | ADP Inc | Payroll | $130.06 |
| 11/10/2004 | 13522 | Arizona Department of Rev | Sales Tax | $319.80 |
| 11/10/2004 | 13523 | Phoenix City Treasurer | Sales Tax | $101.52 |
| 11/10/2004 | 13524 | TN - Dept of Revenue-Sls | Sales Tax | $411.00 |
| 11/13/2004 | | ADP Inc | Payroll | $147.50 |
| 11/17/2004 | | ADP Inc | Payroll | $11,039.07 |
| 11/17/2004 | | ADP Inc | Payroll | $2,858.80 |
| 11/17/2004 | | ADP Inc | Payroll | $194.39 |
| 11/20/2004 | | ADP Inc | Payroll | $10,575.77 |
| 11/20/2004 | | ADP Inc | Payroll | $2,729.44 |
| 11/20/2004 | | ADP Inc | Payroll | $170.38 |
| 11/20/2004 | | ADP Inc | Payroll | $910.19 |
| 11/23/2004 | | Transfer To: BOA - 9451 | | $30,000.00 |
| 11/23/2004 | | Transfer To: BOA - 9451 | | $30,000.00 |
| 11/23/2004 | | Transfer To: BOA - 9451 | | $30,000.00 |
| 11/27/2004 | | ADP Inc | Payroll | $2,850.53 |
| 11/27/2004 | | ADP Inc | Payroll | $10,915.46 |
| 11/27/2004 | | ADP Inc | Payroll | $170.38 |
| 11/27/2004 | | ADP Inc | Payroll | $105.14 |

Total Cash Disbursements  $  148,359.85

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

CASE NAME:      Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _____ Nov. 4 ____ to ____ Nov. 30 _____ ,200 8 _____

Account Name:   Bank of America-Sweep Account _____ Account Number: _____

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/4/2008 | | Bank Transfer Entry | | $1,808.12 |

Total Cash Disbursements    $    1,808.12

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Nov. 4 _ to _ Nov. 30 _____ ,200 8 _____

Account Name: PayPal _____ Account Number: _____

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/05/2008 | | Transfer to BOA 3903 | Sales | $6,900.00 |
| 11/06/2008 | | Transfer to BOA 3903 | Sales | $3,400.00 |
| 11/07/2008 | | Transfer to BOA 3903 | Sales | $3,200.00 |
| 11/08/2008 | | Transfer to BOA 3903 | Sales | $2,700.00 |
| 11/09/2008 | | Transfer to BOA 3903 | Sales | $1,800.00 |
| 11/10/2008 | | Transfer to BOA 3903 | Sales | $1,500.00 |
| 11/11/2008 | | Transfer to BOA 3903 | Sales | $1,700.00 |
| 11/12/2008 | | Transfer to BOA 3903 | Sales | $3,800.00 |
| 11/13/2008 | | Transfer to BOA 3903 | Sales | $600.00 |
| 11/14/2008 | | Transfer to BOA 3903 | Sales | $4,600.00 |
| 11/15/2008 | | Transfer to BOA 3903 | Sales | $3,700.00 |
| 11/16/2008 | | Transfer to BOA 3903 | Sales | $1,700.00 |
| 11/17/2008 | | Transfer to BOA 3903 | Sales | $1,700.00 |
| 11/18/2008 | | Transfer to BOA 3903 | Sales | $4,900.00 |
| 11/19/2008 | | Transfer to BOA 3903 | Sales | $6,900.00 |
| 11/20/2008 | | Transfer to BOA 3903 | Sales | $6,300.00 |
| 11/21/2008 | | Transfer to BOA 3903 | Sales | $5,100.00 |
| 11/22/2008 | | Transfer to BOA 3903 | Sales | $7,200.00 |
| 11/23/2008 | | Transfer to BOA 3903 | Sales | $3,900.00 |
| 11/24/2008 | | Transfer to BOA 3903 | Sales | $3,200.00 |
| 11/25/2008 | | Transfer to BOA 3903 | Sales | $5,700.00 |
| 11/26/2008 | | Transfer to BOA 3903 | Sales | $10,300.00 |
| 11/27/2008 | | Transfer to BOA 3903 | Sales | $4,600.00 |
| 11/28/2008 | | Transfer to BOA 3903 | Sales | $3,900.00 |
| 11/30/2008 | | Transfer to BOA 3903 | Sales | $8,600.00 |

Total Cash Disbursements      $107,900.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:          08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Nov. 4 ___ to ___ Nov. 30 _____ ,200  8 _____

Account Name:  PayPal Alternate _____ Account Number: _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/18/2008 | | Transfer to BOA 9451 | | 5,000.00 |

| | | | Total Cash Disbursements | $ | 5,000.00 |

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4

CASE NAME:                    Warehouse 86, LLC _____ CASE NUMB 08-03423-EE _____

### SUPPORTING SCHEDULES

For Period                    Nov. 4 _____ to      Nov. 30 _____ 2008

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| SALES TAX | 11/30/08 | 12/20/08 | $888.18 | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| Audiovox | 11/30/08 | 12/1/08 | $354.86 | | | |
| BrandsonSale | 11/30/08 | 12/15/08 | $516.78 | | | |
| CH Robinson Worldwide | 11/24/08 | 12/20/08 | $2,625.00 | | | |
| CH Robinson Worldwide | 11/13/08 | 12/11/08 | $2,975.00 | | | |
| Computer Resources, Inc. | 11/19/08 | 12/19/08 | $456.94 | | | |
| Global Crossing | 11/7/08 | 12/7/08 | $6,616.57 | | | |
| Memphis Light, Gas & Water | 11/24/08 | 12/15/08 | $6,255.48 | | | |
| Mercantila | 11/30/08 | 12/15/08 | $193.79 | | | |
| Merchandise Manu. | 11/30/08 | 12/15/08 | $239.46 | | | |
| Waste Connections of TN | 11/30/08 | 12/15/08 | $150.00 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHER | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | 7/12/98 | $21,272.06 | $0 | $0 | $0 |

FORM 2-E
Page 1 of 3

CASE NAME: Warehouse 86, LLC        CASE NUMBER: 08-03423-EE

### SUPPORTING SCHEDULES

For Period    Nov. 4      to    Nov. 30   ,2008

#### ACCOUNTS RECEIVABLE AGING REPORT

| ACOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CASE NAME: Warehouse 86, LLC                CASE NUMBER: 08-03423-EE

### SUPPORTING SCHEDULES

For Period Nov. 4                  to    Nov. 30            ,2008

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | New Hampshire Insurance<br>Marchetti Robertson & Brickell | 500,000 | 11/13/09 | Yes |
| General Liability | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Property (Fire, Theft) | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Vehicle | General Insurance Co. of America<br>Marchetti Robertson & Brickell | 1,000,000 | 4/29/09 | Yes |
| Other (list):<br>   Excess/Umbrella | National Union Fire Ins. Co.<br>Marchetti Robertson & Brickell | 3,000,000 | 7/11/09 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

CASE NAME:        Warehouse 86, LLC                    CASE NUMBER:   08-03423-EE

## NARRATIVE STATEMENT

For Period Nov. 4                         to        Nov. 30            ,2008

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period.  Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing.  Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F