

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 5
Statement Period
11/01/08 through 11/30/08
E0   P PC   0C 43              0109195
Enclosures 22
Account Number   0046 5495 9451

*Business Banking*

01333 001 SCM999 I 2 4 0

WAREHOUSE 86, LLC
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

For additional information or service you may call:   Or you may write to:
1.888.BUSINESS (1.888.287.4637)                      Bank of America, N.A.
                                                     P.O. Box 25118
                                                     Tampa, FL 33622-5118

**Business CDs combine security with higher returns on your money.**

Balances are FDIC insured to the maximum allowed by law.
Choose flexible terms from 7 days to 10 years.
Earn stable, secure returns on your investment.

WAREHOUSE 86, LLC

Page 2 of 5
Statement Period
11/01/08 through 11/30/08
E0  P PC.  0C 43
Enclosures 22
Account Number   0046 5495 9451

## Deposit Accounts

## Full Analysis Business Checking

### WAREHOUSE 86, LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 5495 9451 | Statement Beginning Balance | $4,321.64 |
| Statement Period | 11/01/08 through 11/30/08 | Amount of Deposits/Credits | $343,299.00 |
| Number of Deposits/Credits | 12 | Amount of Withdrawals/Debits | $280,080.75 |
| Number of Withdrawals/Debits | 35 | Statement Ending Balance | $67,539.89 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $64,350.95 |
| | | Service Charge | $108.07 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/03 | | 4,000.00 | Online Banking transfer from Chk 3903 Confirmation# 5729025265 | 957211037542402 |
| 11/05 | | 10,000.00 | Online Banking transfer from Chk 3903 Confirmation# 5914777093 | 957211057549904 |
| 11/06 | | 10,000.00 | Online Banking transfer from Chk 3903 Confirmation# 6010138760 | 957311067510825 |
| 11/07 | | 85,000.00 | Wire Type:Wire IN Date: 081107 Time:1413 Et Trn:2008110700199416 Seq:2954500312Jo/312250 Orig:Ken May Snd Bk:Jpmorgan Chase Bank, N.A. ID:0 002 Pmt Det:Cap Of 08/11/07 | 903711070199416 |
| 11/07 | | 8,000.00 | Online Banking transfer from Chk 3903 Confirmation# 6084079172 | 957111077513788 |
| 11/14 | | 95,000.00 | Wire Type:Wire IN Date: 081114 Time:1152 Et Trn:2008111400157772 Seq:1865000319Jo/294022 Orig:Ken May Snd Bk:Jpmorgan Chase Bank, N.A. ID:0 002 Pmt Det:Cap Of 08/11/14 | 903711140157772 |
| 11/21 | | 5,000.00 | Paypal          Des:Transfer    ID:5F8223G7Tw3Wn Indn:Bargain           Co ID:Paypalsd11 Ppd | 902526009597573 |
| 11/21 | | 1,299.00 | Wire Type:Wire IN Date: 081121 Time:1731 Et Trn:2008112100241052 Seq:2008112100228005/001526 Orig:Warehouse 86, Llc ID:004654959451 Snd Bk:Wach Ovia Bank NA Of Georgia ID:061000227 Pmt Det:22750 773 Uta Need Valid 13 Digit Acct# | 903711210241052 |
| 11/21 | | 5,000.00 | Online Banking transfer from Chk 3903 Confirmation# 7301022348 | 957211217535639 |
| 11/24 | | 70,000.00 | Wire Type:Wire IN Date: 081124 Time:1215 Et Trn:2008112400157215 Seq:2039000329Jo/286419 Orig:Ken May Snd Bk:Jpmorgan Chase Bank, N.A. ID:0 002 Pmt Det:Cap Of 08/11/24 | 903711240157215 |
| 11/24 | | 30,000.00 | Online Banking transfer from Chk 5429 Confirmation# 7542237772 | 957311247563726 |
| 11/26 | | 20,000.00 | Online Banking transfer from Chk 3903 Confirmation# 7740908870 | 957311267583119 |

WAREHOUSE 86, LLC

Page 3 of 5
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43
Enclosures 22
Account Number  0046 5495 9451

0109197

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 4841  | 592.74    | 11/03 | 813004892741314 | 5861  | 58.36     | 11/13 | 813008792247439 |
| 5851* | 6,483.07  | 11/12 | 813008592059567 | 5862  | 6,750.00  | 11/18 | 813003282197123 |
| 5852  | 294.00    | 11/12 | 813008492726724 | 5863  | 912.19    | 11/25 | 813004392504493 |
| 5853  | 161.35    | 11/13 | 813006992039756 | 5865* | 4,789.00  | 11/19 | 813001692454258 |
| 5854  | 4,809.96  | 11/13 | 813008692077009 | 5866  | 16,000.00 | 11/21 | 813004192607809 |
| 5855  | 1,109.24  | 11/13 | 813003092475512 | 5867  | 16,000.00 | 11/24 | 813008392137740 |
| 5856  | 9,478.33  | 11/14 | 813008992830160 | 5868  | 16,000.00 | 11/17 | 813009192929189 |
| 5857  | 2,563.74  | 11/12 | 813008592059568 | 5869  | 490.87    | 11/21 | 813006992928447 |
| 5858  | 11,101.53 | 11/13 | 813008792171580 | 5875* | 51.02     | 11/28 | 813004592578324 |
| 5859  | 11,101.53 | 11/13 | 813008792171579 | 5878* | 49.73     | 11/25 | 813005892077788 |
| 5860  | 8,460.00  | 11/17 | 813009192668671 | 5880* | 854.88    | 11/28 | 813003782484978 |

\* Gap in sequential check numbers.

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/07 | | 26,565.04 | Wire Type:Wire Out Date:081107 Time:1608 Et Trn:2008110700245397 Service Ref:009417 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:22572123 Aml 110708 | 903711070245397 |
| 11/07 | | 8,400.00 | Wire Type:Wire Out Date:081107 Time:1426 Et Trn:2008110700204261 Service Ref:007126 Bnf:As Was Inc ID:656644077 Bnf Bk:Jpmorgan Chase Bank, NA ID:122100024 Pmt Det:22568462 Inv 2008-110 | 903711070204261 |
| 11/14 | | 10,586.79 | Wire Type:Wire Out Date:081114 Time:1008 Et Trn:2008111400125169 Service Ref:002922 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:22642707 11142008 | 903711140125169 |
| 11/14 | | 9,000.00 | Wire Type:Wire Out Date:081114 Time:1035 Et Trn:2008111400133415 Service Ref:003222 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:22643711 Aml11142008 | 903711140133415 |
| 11/17 | | 108.07 | 10/08 Acct Analysis Fee | 940311170000001 |
| 11/18 | | 8,274.28 | Wire Type:Wire Out Date:081118 Time:1334 Et Trn:2008111800168439 Service Ref:004916 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:22688059 Aml111808 | 903711180168439 |
| 11/20 | | 176.00 | Mstc  Des:Taxpayment ID:100000001710062 Indn:Warehouse 86 Llc  Co ID:1646000832 Ctx Additional Information Is Available For This Pmt. Contact A Treasury Sales Officer For Assistance. | 902524004533383 |
| 11/21 | | 12,431.57 | Wire Type:Wire Out Date:081121 Time:0932 Et Trn:2008112100104485 Service Ref:002219 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:22736371 Aml112108 | 903711210104485 |

WAREHOUSE 86, LLC

Page 4 of 5
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43
Enclosures 22
Account Number   0046 5495 9451

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/21 | | 1,299.00 | Wire Type:Wire Out Date:081121 Time:1530 Et Trn:2008112100228005 Service Ref:008148 Bnf:Controlscan Inc. ID:200034759011 Bnf Bk:Wachov IA Bank NA Of Geo ID:061000227 Pmt Det:22750773 Cs Can112108 | 903711210228005 |
| 11/24 | | 35,414.37 | Wire Type:Wire Out Date:081124 Time:1100 Et Trn:2008112400132418 Service Ref:003379 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:F Irst National Bank Of ID:065106402 Pmt Det:2275988 7 Aml112408 | 903711240132418 |
| 11/24 | | 1,299.00 | Wire Type:Wire Out Date:081124 Time:0518 Et Trn:2008112400040688 Service Ref:000808 Bnf:Controlscan, Inc. ID:2000034759011 Bnf Bk:Wach Ovia Bank NA Of Geo ID:061000227 Pmt Det:22754964 Cscan 112208 | 903711240040688 |
| 11/24 | | 30,000.00 | Online Banking transfer to Chk 5429 Confirmation# 7570309850 | 957111247507783 |
| 11/28 | | 18,415.09 | Wire Type:Wire Out Date:081128 Time:0531 Et Trn:2008112800111271 Service Ref:001976 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:F Irst National Bank Of ID:065106402 Pmt Det:2282770 3 Aml112608 | 903711280111271 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 4,321.64 | 11/13 | 48,081.08 | 11/21 | 50,536.17 |
| 11/03 | 7,728.90 | 11/14 | 114,015.96 | 11/24 | 67,822.80 |
| 11/05 | 17,728.90 | 11/17 | 89,447.89 | 11/25 | 66,860.88 |
| 11/06 | 27,728.90 | 11/18 | 74,423.61 | 11/26 | 86,860.88 |
| 11/07 | 85,763.86 | 11/19 | 69,634.61 | 11/28 | 67,539.89 |
| 11/12 | 76,423.05 | 11/20 | 69,458.61 | | |

0109199

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................................... $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ........... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................... $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ................................................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ................................................................................................................ $ _____
2. Add any deposits not shown on this statement ....................................................................................................... $ _____

                                                                                       SUBTOTAL ............................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ......................................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................................ $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America** 

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 6
Statement Period
11/01/08 through 11/30/08
E0  P PC  OC 43                  0051860
Enclosures 0
Account Number  0046 7183 3903

*Business Banking*

01333 001 SCM999 I 2 4 0

BARGAINLAND
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

For additional information or service you may call
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

**Business CDs combine security with higher returns on your money.**

Balances are FDIC insured to the maximum allowed by law.
Choose flexible terms from 7 days to 10 years.
Earn stable, secure returns on your investment.

BARGAINLAND

Page 2 of 6
Statement Period
11/01/08 through 11/30/08
E0  P PC  OC 43
Enclosures 0
Account Number  0046 7183 3903

## Deposit Accounts

### Full Analysis Business Checking

### BARGAINLAND

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 7183 3903 | Statement Beginning Balance | $0.00 |
| Statement Period | 11/01/08 through 11/30/08 | Amount of Deposits/Credits | $257,291.20 |
| Number of Deposits/Credits | 74 | Amount of Withdrawals/Debits | $257,291.20 |
| Number of Withdrawals/Debits | 39 | Statement Ending Balance | $0.00 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $0.00 |
| | | Service Charge | $253.14 |

#### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/03 | | 6,400.00 | Paypal          Des:Transfer    ID:4D9J23Fhunfbg  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902508005789444 |
| 11/03 | | 3,600.00 | Paypal          Des:Transfer    ID:4D9J23Fgk2Caj  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902508005611076 |
| 11/03 | | 2,681.72 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902508005616378 |
| 11/03 | | 832.85 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902508005792558 |
| 11/03 | | 500.00 | Paypal          Des:Transfer    ID:4D9J23Fjl9Kan  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902508007048921 |
| 11/03 | | 1,808.12 | Sweep-Principal Credit | 933011030000152 |
| 11/03 | | 2.69 | Sweep-Dividends Credit | 933011030000342 |
| 11/04 | | 1,600.00 | Paypal          Des:Transfer    ID:4D9J23Fksrth2  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902509002022239 |
| 11/04 | | 210.39 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902509002025808 |
| 11/04 | | 1,552.60 | Sweep-Principal Credit | 933011040000153 |
| 11/05 | | 11,000.00 | Paypal          Des:Transfer    ID:4D9J23Fmax7Bc  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902509006842122 |
| 11/05 | | 113.07 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902509006846356 |
| 11/05 | | 3,362.99 | Sweep-Principal Credit | 933011050000151 |
| 11/06 | | 6,900.00 | Paypal          Des:Transfer    ID:4D9J23Fnmda32  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902510011542989 |
| 11/06 | | 2,683.43 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902510011547913 |
| 11/06 | | 4,003.99 | Sweep-Principal Credit | 933011060000151 |
| 11/07 | | 3,400.00 | Paypal          Des:Transfer    ID:4D9J23Fpz92E4  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902512006045991 |
| 11/07 | | 1,926.67 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland              Co ID:7592126793 Ccd | 902512006050277 |
| 11/07 | | 3,222.14 | Sweep-Principal Credit | 933011070000151 |
| 11/10 | | 3,200.00 | Paypal          Des:Transfer    ID:4D9J23Fra2Wuc  Indn:Bargaintown Liquidatio   Co ID:Paypalsd11 Ppd | 902515009058002 |

BARGAINLAND

Page 3 of 6
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43           0051862
Enclosures 0
Account Number  0046 7183 3903

## Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/10 | | 2,751.63 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902515010730594 |
| 11/10 | | 2,700.00 | Paypal Des:Transfer ID:4D9J23Fscjrcl Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902515009213040 |
| 11/10 | | 1,800.00 | Paypal Des:Transfer ID:4D9J23Ft73P28 Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902515010726350 |
| 11/10 | | 1,011.65 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902515009062238 |
| 11/10 | | 216.77 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902515009216078 |
| 11/10 | | 548.81 | Sweep-Principal Credit | 933011100000141 |
| 11/12 | | 1,700.00 | Paypal Des:Transfer ID:4D9J23Fvwy4Pj Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902517007651372 |
| 11/12 | | 1,500.00 | Paypal Des:Transfer ID:4D9J23Fufrh4E Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902517005070693 |
| 11/12 | | 83.13 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902517007654930 |
| 11/12 | | 46.06 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902517007110845 |
| 11/12 | | 12,197.56 | Sweep-Principal Credit | 933011120000141 |
| 11/13 | | 3,800.00 | Paypal Des:Transfer ID:4D9J23Fx65Rbq Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902518002758205 |
| 11/13 | | 946.65 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902518002762849 |
| 11/13 | | 2,526.75 | Sweep-Principal Credit | 933011130000140 |
| 11/14 | | 1,292.75 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902519007431601 |
| 11/14 | | 600.00 | Paypal Des:Transfer ID:4D9J23Fygvtnc Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902519007427901 |
| 11/14 | | 2,085.73 | Sweep-Principal Credit | 933011140000135 |
| 11/17 | | 4,600.00 | Paypal Des:Transfer ID:4D9J23Fzt7Fkq Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902522000975097 |
| 11/17 | | 3,700.00 | Paypal Des:Transfer ID:4D9J23G389Ery Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902522001125890 |
| 11/17 | | 1,700.00 | Paypal Des:Transfer ID:4D9J23G46Mvgg Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902522003091380 |
| 11/17 | | 1,321.82 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902522003096026 |
| 11/17 | | 443.78 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902522001128868 |
| 11/17 | | 183.78 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902522000981092 |
| 11/17 | | 3,978.48 | Sweep-Principal Credit | 933011170000143 |
| 11/18 | | 1,700.00 | Paypal Des:Transfer ID:4D9J23G59Prwe Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902523006971133 |
| 11/18 | | 439.74 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902523007440609 |
| 11/18 | | 15,674.72 | Sweep-Principal Credit | 933011180000139 |
| 11/19 | | 4,900.00 | Paypal Des:Transfer ID:4D9J23G6Vmuu8 Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902523011194826 |
| 11/19 | | 218.58 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902524001636529 |
| 11/19 | | 2,814.46 | Sweep-Principal Credit | 933011190000142 |
| 11/20 | | 6,900.00 | Paypal Des:Transfer ID:4D9J23G87Dbbu Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902524005653990 |

BARGAINLAND

Page 4 of 6
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43
Enclosures 0
Account Number  0046 7183 3903

## Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/20 | | 544.54 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902524005658125 |
| 11/20 | | 7,933.04 | Sweep-Principal Credit | 933011200000146 |
| 11/21 | | 6,300.00 | Paypal Des:Transfer ID:4D9J23G9Rre76 Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902526009598116 |
| 11/21 | | 306.29 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902526009603583 |
| 11/21 | | 14,811.04 | Sweep-Principal Credit | 933011210000144 |
| 11/24 | | 7,200.00 | Paypal Des:Transfer ID:4D9J23Gckd4Uu Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902529003087270 |
| 11/24 | | 5,100.00 | Paypal Des:Transfer ID:4D9J23Gb9Fzsj Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902529002921380 |
| 11/24 | | 3,900.00 | Paypal Des:Transfer ID:4D9J23Gdmc8Yg Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902529004787847 |
| 11/24 | | 3,171.59 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902529004790769 |
| 11/24 | | 1,098.98 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902529003090866 |
| 11/24 | | 975.59 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902529003014377 |
| 11/24 | | 1,410.40 | Sweep-Principal Credit | 933011240000144 |
| 11/25 | | 3,200.00 | Paypal Des:Transfer ID:4D9J23Ges6Nre Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902530009400243 |
| 11/25 | | 458.66 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902530010140771 |
| 11/25 | | 12,856.56 | Sweep-Principal Credit | 933011250000142 |
| 11/26 | | 5,700.00 | Paypal Des:Transfer ID:4D9J23Ggdskb8 Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902531005593449 |
| 11/26 | | 1,408.42 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902531005714124 |
| 11/26 | | 16,515.22 | Sweep-Principal Credit | 933011260000142 |
| 11/28 | | 10,300.00 | Paypal Des:Transfer ID:4D9J23Ghujf6G Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902533010563534 |
| 11/28 | | 4,600.00 | Paypal Des:Transfer ID:4D9J23Gkn37Pl Indn:Bargaintown Liquidatio Co ID:Paypalsd11 Ppd | 902533011505926 |
| 11/28 | | 1,512.58 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902533010569483 |
| 11/28 | | 981.14 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902533011508857 |
| 11/28 | | 3,623.64 | Sweep-Principal Credit | 933011280000142 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/03 | | 10,000.00 | Online Banking transfer to Chk 5429 Confirmation# 5729000002 | 957311037543399 |
| 11/03 | | 4,000.00 | Online Banking transfer to Chk 9451 Confirmation# 5729025265 | 957211037542401 |
| 11/03 | | 272.78 | Merchant Bankcd Des:Deposit ID:267776975885 Indn:Bargainland Co ID:7592126793 Ccd | 902508007053548 |
| 11/03 | | 1,552.60 | Sweep Debit | |

BARGAINLAND

Page 5 of 6
Statement Period
11/01/08 through 11/30/08
E0　P PC　0C 43　　　　0051864
Enclosures 0
Account Number　0046 7183 3903

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/04 | | 3,362.99 | Sweep Debit | |
| 11/05 | | 10,000.00 | Online Banking transfer to Chk 9451 Confirmation# 5914777093 | 957211057549903 |
| 11/05 | | 470.17 | Merchant Bankcd  Des:Fee       ID:267776975885 Indn:Bargainland          Co ID:7592126793 Ccd | 902509006847025 |
| 11/05 | | 1.90 | Merchant Bankcd  Des:Interchng ID:267776975885 Indn:Bargainland          Co ID:7592126793 Ccd | 902509006846117 |
| 11/05 | | 4,003.99 | Sweep Debit | |
| 11/06 | | 10,000.00 | Online Banking transfer to Chk 9451 Confirmation# 6010138760 | 957311067510824 |
| 11/06 | | 365.28 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902510009152358 |
| 11/06 | | 3,222.14 | Sweep Debit | |
| 11/07 | | 8,000.00 | Online Banking transfer to Chk 9451 Confirmation# 6084079172 | 957111077513787 |
| 11/07 | | 548.81 | Sweep Debit | |
| 11/10 | | 31.30 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902512007534570 |
| 11/10 | | 12,197.56 | Sweep Debit | |
| 11/12 | | 13,000.00 | Online Banking transfer to Chk 5429 Confirmation# 6526652543 | 957111127518096 |
| 11/12 | | 2,526.75 | Sweep Debit | |
| 11/13 | | 5,000.00 | Online Banking transfer to Chk 5429 Confirmation# 6601505637 | 957211137522067 |
| 11/13 | | 187.67 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902517010281831 |
| 11/13 | | 2,085.73 | Sweep Debit | |
| 11/14 | | 3,978.48 | Sweep Debit | |
| 11/17 | | 253.14 | 10/08 Acct Analysis Fee | 940311170000001 |
| 11/17 | | 15,674.72 | Sweep Debit | |
| 11/18 | | 15,000.00 | Online Banking transfer to Chk 5429 Confirmation# 7038154066 | 957111187524866 |
| 11/18 | | 2,814.46 | Sweep Debit | |
| 11/19 | | 7,933.04 | Sweep Debit | |
| 11/20 | | 566.54 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902524003457823 |
| 11/20 | | 14,811.04 | Sweep Debit | |
| 11/21 | | 15,000.00 | Online Banking transfer to Chk 5429 Confirmation# 7300998984 | 957311217538266 |
| 11/21 | | 5,000.00 | Online Banking transfer to Chk 9451 Confirmation# 7301022348 | 957211217535638 |
| 11/21 | | 6.93 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902525007939627 |
| 11/21 | | 1,410.40 | Sweep Debit | |
| 11/24 | | 10,000.00 | Online Banking transfer to Chk 5429 Confirmation# 7570340178 | 957211247574159 |
| 11/24 | | 12,856.56 | Sweep Debit | |
| 11/25 | | 16,515.22 | Sweep Debit | |
| 11/26 | | 20,000.00 | Online Banking transfer to Chk 9451 Confirmation# 7740908870 | 957311267583118 |
| 11/26 | | 3,623.64 | Sweep Debit | |
| 11/28 | | 21,017.36 | Sweep Debit | |

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here .............................................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ......................... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ........................ $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ..................................................................... $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................................................. $ _____
2. Add any deposits not shown on this statement ........................................................................ $ _____

                                                                           **SUBTOTAL** ............................... $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ..................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ..................................... $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers:** In case of errors or questions about your electronic transfers
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender

  **BankofAmerica**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 4
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43                    0115578
Enclosures 3
Account Number  0046 8103 5429

*Business Banking*

01333 001 SCM999 I 2 4 0

BARGAINLAND
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Business CDs combine security with higher returns on your money.**

Balances are FDIC insured to the maximum allowed by law.
Choose flexible terms from 7 days to 10 years.
Earn stable, secure returns on your investment.

BARGAINLAND

Page 2 of 4
Statement Period
11/01/08 through 11/30/08
E0   P PC   0C 43
Enclosures 3
Account Number   0046 8103 5429

## Deposit Accounts

## Full Analysis Business Checking

### BARGAINLAND

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 8103 5429 | Statement Beginning Balance | $46,956.47 |
| Statement Period | 11/01/08 through 11/30/08 | Amount of Deposits/Credits | $98,309.45 |
| Number of Deposits/Credits | 9 | Amount of Withdrawals/Debits | $88,418.24 |
| Number of Withdrawals/Debits | 21 | Statement Ending Balance | $56,847.68 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $53,355.85 |
| | | Service Charge | $15.53 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/03 | | 10,000.00 | Online Banking transfer from Chk 3903 Confirmation# 5729000002 | 957311037543400 |
| 11/04 | | 258.43 | Adp TX/Fincl Svc Des:Adp - Tax  ID:799018643469Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902508011036707 |
| 11/12 | | 13,000.00 | Online Banking transfer from Chk 3903 Confirmation# 6526652543 | 957111127518097 |
| 11/13 | | 5,000.00 | Online Banking transfer from Chk 3903 Confirmation# 6601505637 | 957211137522068 |
| 11/18 | | 15,000.00 | Online Banking transfer from Chk 3903 Confirmation# 7038154066 | 957111187524867 |
| 11/21 | | 15,000.00 | Online Banking transfer from Chk 3903 Confirmation# 7300998984 | 957311217538267 |
| 11/24 | | 51.02 | Adp TX/Fincl Svc Des:Adp - Tax  ID:395019290776Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902529002330527 |
| 11/24 | | 30,000.00 | Online Banking transfer from Chk 9451 Confirmation# 7570309850 | 957111247507784 |
| 11/24 | | 10,000.00 | Online Banking transfer from Chk 3903 Confirmation# 7570340178 | 957211247574160 |

### Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 13522 | 319.80 | 11/17 | 813003350885912 | 13524 | 411.00 | 11/17 | 813009292861035 |
| 13523 | 101.52 | 11/17 | 813009092748507 | | | | |

08-03423-ee Dkt 78-1 Filed 12/19/08 Entered 12/19/08 14:21:00 Page 14 of 15



BARGAINLAND

Page 3 of 4
Statement Period
11/01/08 through 11/30/08
E0  P PC  0C 43                    0115580
Enclosures 3
Account Number  0046 8103 5429

## Withdrawals and Debits - Continued

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 11/06 | | 11,446.69 | Adp TX/Fincl Svc Des:Adp - Tax  ID:588010988468Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902510010480107 |
| 11/06 | | 253.11 | Adp TX/Fincl Svc Des:Adp - Tax  ID:588010988469Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902510010480108 |
| 11/07 | | 3,030.62 | Adp TX/Fincl Svc Des:Adp - Tax  ID:15Y73 110745A01 Indn:Warehouse 86 Llc        Co ID:1941711111 Ccd | 902512007324936 |
| 11/07 | | 148.00 | Adp Payroll Fees Des:Adp - Fees ID:10Y73    7787097 Indn:Bargainland              Co ID:9659605001 Ccd | 902511002340956 |
| 11/13 | | 11,039.07 | Adp TX/Fincl Svc Des:Adp - Tax  ID:634018840856Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902517011675779 |
| 11/13 | | 194.39 | Adp TX/Fincl Svc Des:Adp - Tax  ID:634018840857Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902517011675780 |
| 11/14 | | 2,858.80 | Adp TX/Fincl Svc Des:Adp - Tax  ID:15Y73 111446A01 Indn:Warehouse 86 Llc        Co ID:1941711111 Ccd | 902519009514862 |
| 11/14 | | 130.06 | Adp Payroll Fees Des:Adp - Fees ID:10Y73    8076111 Indn:Bargainland              Co ID:9659605001 Ccd | 902518003839647 |
| 11/17 | | 15.53 | 10/08 Acct Analysis Fee | 940311170000001 |
| 11/20 | | 10,575.77 | Adp TX/Fincl Svc Des:Adp - Tax  ID:600011351058Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902524004621052 |
| 11/20 | | 170.38 | Adp TX/Fincl Svc Des:Adp - Tax  ID:600011351059Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902524004621053 |
| 11/21 | | 2,729.44 | Adp TX/Fincl Svc Des:Adp - Tax  ID:15Y73 112147A01 Indn:Warehouse 86 Llc        Co ID:1941711111 Ccd | 902526011433453 |
| 11/21 | | 147.50 | Adp Payroll Fees Des:Adp - Fees ID:10Y73    8347442 Indn:Bargainland              Co ID:9659605001 Ccd | 902525006416212 |
| 11/24 | | 30,000.00 | Online Banking transfer to Chk 9451 Confirmation# 7542237772 | 957311247563725 |
| 11/26 | | 10,915.46 | Adp TX/Fincl Svc Des:Adp - Tax  ID:682013267017Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902530014439022 |
| 11/26 | | 170.38 | Adp TX/Fincl Svc Des:Adp - Tax  ID:682013267018Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902530014439023 |
| 11/28 | | 2,850.53 | Adp TX/Fincl Svc Des:Adp - Tax  ID:15Y73 112848A01 Indn:Warehouse 86 Llc        Co ID:1941711111 Ccd | 902533012978239 |
| 11/28 | | 910.19 | Adp Payroll Fees Des:Adp - Fees ID:10Y73    8568221 Indn:Bargainland              Co ID:9659605001 Ccd | 902531006035195 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 46,956.47 | 11/12 | 55,336.48 | 11/20 | 49,520.16 |
| 11/03 | 56,956.47 | 11/13 | 49,103.02 | 11/21 | 61,643.22 |
| 11/04 | 57,214.90 | 11/14 | 46,114.16 | 11/24 | 71,694.24 |
| 11/06 | 45,515.10 | 11/17 | 45,266.31 | 11/26 | 60,608.40 |
| 11/07 | 42,336.48 | 11/18 | 60,266.31 | 11/28 | 56,847.68 |

Page 4 of 4

# How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook:**

1. List your Account Register/Checkbook Balance here ............................................................................. $ _____
2. Subtract any service charges or other deductions not previously recorded that are listed on this statement ............................... $ _____
3. Add any credits not previously recorded that are listed on this statement (for example interest) ............................................. $ _____
4. This is your NEW ACCOUNT REGISTER BALANCE ............................................................................. $ _____

**NOW, with your Account Statement:**

1. List your Statement Ending Balance here ............................................................................. $ _____
2. Add any deposits not shown on this statement ............................................................................. $ _____

SUBTOTAL ............................................................................. $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals ............................... $ _____
5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
   This Balance should match your new Account Register Balance ............................................................................. $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

## IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule, which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.
For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calender days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

Bank of America, N.A. Member FDIC and  Equal Housing Lender