UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     WAREHOUSE 86, LLC     CASE NO.    08-03423-ee

            DEBTOR                            CHAPTER    11

### AGREED SCHEDULING ORDER

This matter came on for hearing on the joint ore tenus motion of the United States Trustee ("UST") and Warehouse 86, LLC ("Debtor") for approval of the parties Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv) and the Court having duly considered the matter hereby finds that said motion is well taken and should be granted, therefore

**IT IS ORDERED** that the debtor shall maintain insurance customary and appropriate to the debtor's industry and / or as required by law. The UST shall be noted as a party of notice on all insurance policies maintained by the debtor.

**IT IS FURTHER ORDERED** that the debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the debtor shall file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the debtor shall timely pay to the UST the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time

as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the debtor shall on or before March 4, 2009, file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and a confirmable plan of reorganization.

**SO ORDERED**.

APPROVED AND AGREED TO:

*/s/ Stephen W. Rosenblatt*
Warehouse 86, LLC
By: Stephen W. Rosenblatt

Ronald H. McAlpin
Assistant U. S. Trustee