UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     WAREHOUSE 86, LLC     CASE NO.    08-03423-ee

            DEBTOR                             CHAPTER    11

## AGREED SCHEDULING ORDER

This matter came on for hearing on the joint ore tenus motion of the United States Trustee ("UST") and Warehouse 86, LLC ("Debtor") for approval of the parties Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv) and the Court having duly considered the matter hereby finds that said motion is well taken and should be granted, therefore

**IT IS ORDERED** that the debtor shall maintain insurance customary and appropriate to the debtor's industry and / or as required by law. The UST shall be noted as a party of notice on all insurance policies maintained by the debtor.

**IT IS FURTHER ORDERED** that the debtor shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the debtor shall file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the debtor shall timely pay to the UST the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time

as the case is closed, or the case is converted or dismissed.

**IT IS FURTHER ORDERED** that the debtor shall on or before March 4, 2009, file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and a confirmable plan of reorganization.

**SO ORDERED**.

Edward Ellington
United States Bankruptcy Judge
Dated: December 23, 2008

**APPROVED AND AGREED TO:**

Warehouse 86, LLC
By: Stephen W. Rosenblatt

Ronald H. McAlpin
Assistant U. S. Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: dsawyer               Page 1 of 1              Date Rcvd: Dec 23, 2008
Case: 08-03423                 Form ID: pdf012             Total Served: 1

The following entities were served by first class mail on Dec 25, 2008.
dbpos         +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2008**                          **Signature:**       *Joseph Speetjens*