**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: ) | |
| ) | |
| **WAREHOUSE 86, LLC** ) | **CASE NO.    08-03423-EE** |
| **Chapter 11** ) | |
| **Debtor** ) | |
| _____ ) | |

**RESPONSE OF DEBTOR TO MOTION OF PORSCHE FINANCIAL SERVICES
TO COMPEL ASSUMPTION OR REJECTION OF LEASE AGREEMENT
AND TO LIFT THE AUTOMATIC STAY
[Dkt. # 069]**

Warehouse 86, LLC, the Debtor and debtor-in-possession herein (the "Debtor"), by and through its undersigned attorneys, files this Response to the *Motion of Porsche Financial Services to Compel Assumption or Rejection of Lease Agreement and to Lift Automatic Stay* (the "Motion") as follows:

1.     The Debtor admits the allegations of paragraph 1 of the Motion, specifically that Porsche Financial Services ("Porsche") is the holder of the Lease Agreement (the "Lease") executed by the Debtor, a copy of which is attached as Exhibit "A" to the Motion.

2.     The Debtor admits that the monthly payments under the Lease are current, but denies the remaining allegations of paragraph 2 of the Motion, particularly that the net balance due under the Lease is $72,719.93 as alleged by Porsche. Rather, the net balance due under the Lease is only $33,552.00, which is calculated by multiplying the 24 remaining monthly payments by the amount of $1,398.00 for each monthly payment.

3.     The Debtor denies the allegations of paragraph 3 of the Motion and states that Porsche has failed to state any grounds on which relief from the stay should be granted. Affirmatively, the Debtor would show as follows:  (a) the payments under the Lease are current;

(b) since the Petition Date, all payments on the Lease have been made by an officer of the Debtor and not from the bankruptcy estate; (c) the subject vehicle is insured; (d) no grounds exist for the Debtor to be compelled to assume or reject the Lease at this time, and (e) the interest of Porsche in the vehicle is adequately protected at this time.

4. The Debtor denies that Porsche is entitled to the relief requested under the second numbered paragraph 3 of the Motion.

WHEREFORE, the Debtor prays that this Motion be denied in its entirety, and that the Debtor be granted such other relief as to which it may be entitled.

THIS, the 29th day of December, 2008.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
John A. Crawford, Jr. (MS Bar No. 10346)
Paul M. Ellis (MS Bar No. 102259)
ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following persons:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the United States Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Larry Spencer, Esq.
King & Spencer
Post Office Box 123
Jackson, MS 39205
lspencerlawyer@aol.com
ATTORNEY FOR PORSCHE

and by electronic mail to the following members of the Creditors Committee:

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4102 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

This, the 29th day of December, 2008.

*/s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt