# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**

**WAREHOUSE 86, LLC**                              **CASE NO.  08-03423-EE**
                                                              **Chapter 11**

                        **Debtor**

## CERTIFICATE OF SERVICE
### [Dkt. #077; 079]

 

      I, Stephen W. Rosenblatt, do hereby certify that on December 23, 2008, I mailed by first class mail, postage prepaid, a true and correct copy of the following pleading attached as Exhibit "A" to all persons and entities listed on the Matrix attached hereto, collectively as Exhibit "B":

      Notice of Proposed Order Granting Application of Debtor to Employ Haddox, Reid, Burkes & Calhoun, PLLC as its Accountants (Dkt. # 79)

This, the 29th day of December, 2008.

      Respectfully submitted,

      WAREHOUSE 86, LLC

      By: *s/ Stephen W. Rosenblatt*
      Stephen W. Rosenblatt (MS BAR NO. 5676)
      John A. Crawford, Jr. (MS BAR NO. 10346)
      Paul M. Ellis (MS BAR NO. 102259)

      ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

<u>CERTIFICATE OF SERVICE</u>

I, Stephen W. Rosenblatt, certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

SO CERTIFIED, this the 29th day of December, 2008.


*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT


Jackson 3547720v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

**WAREHOUSE 86, LLC**

**Debtor**

**CASE NO.  08-03423-EE
Chapter 11**

**NOTICE OF PROPOSED ORDER GRANTING APPLICATION OF DEBTOR TO
EMPLOY HADDOX, REID, BURKES & CALHOUN, PLLC AS ITS ACCOUNTANTS
[Dkt. #077]**

ALL PARTIES IN INTEREST TAKE NOTICE that Warehouse 86, LLC has filed its Application to Employ Haddox Reid Burkes & Calhoun PLLC ("Haddox Reid") as its Accountants (the "Application") (Dkt. #77), a copy of which is attached hereto as Exhibit "A."   The Debtor proposes to submit to the Court an Order granting this Application, a copy of which is attached hereto as Exhibit "B."  Unless a written objection is filed with the Clerk of this Court and served on counsel for the Debtor within twenty (20) days from the date of this Notice, the Court may consider this Application and the proposed Order and approve it ex parte.

This, the 23rd day of December, 2008.

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
John A. Crawford, Jr. (MS Bar No. 10346)
Paul M. Ellis (MS Bar No. 102259)
ATTORNEYS FOR DEBTOR

Exhibit "A"

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this day caused a true and correct copy

of the foregoing instrument to be delivered to the following person, via the means directed

by the United States Bankruptcy Court CM/ECF System:

Ronald H. McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

THIS, the 23rd day of December, 2008.

By: /s/ Stephen W. Rosenblatt
Stephen W. Rosenblatt (MB No. 5676)

Jackson 3546846v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:

WAREHOUSE 86, LLC

CASE NO. 08-03423-EE
Chapter 11

Debtor

APPLICATION OF DEBTOR TO EMPLOY
HADDOX, REID, BURKES & CALHOUN, PLLC AS ITS ACCOUNTANTS
AND DISCLOSURE OF COMPENSATION

Warehouse 86, LLC, the Debtor and debtor-in-possession herein ("Debtor"), by its attorneys, files this *Application of Debtor to Employ Haddox Reid Burkes & Calhoun PLLC as its Accountants and Disclosure of Compensation* and in support thereof presents to the Court the following facts:

1.     On November 4, 2008 (the "Petition Date"), Debtor filed a voluntary petition in this Court for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor continues to operate its business and manage its assets as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

2.     An official Committee of Unsecured Creditors was appointed in this case on November 19, 2008.

3.     This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§1408 and 1409.

4.     By this Application, Debtor seeks to employ and retain Haddox Reid Burkes & Calhoun PLLC ("Haddox Reid") *nunc pro tunc* as of November 4, 2008, as its Accountants to perform the following accounting services that will be necessary during its Chapter 11 case, specifically to assume primary responsibility for the preparation and filing of all necessary tax

Ex. " A "

returns for the Debtor and any of its wholly owned affiliates, specifically including but not limited to G86, LLC, C86, LLC and Bidtopia, LLC, and any work reasonably related thereto.

4.    Applicant has discussed with Paul Calhoun of Haddox Reid his availability to be employed as Debtor's accountants in this case and to perform the services required by this estate.

5.    For the foregoing and all other necessary and proper purposes, the Applicant desires to retain Paul Calhoun of Haddox Reid as its accountant in this case.

6.    Applicant is informed and believes that Paul Calhoun of Haddox Reid has the appropriate accounting skills needed to perform the service of providing the accounting services required by this estate. Paul Calhoun of Haddox Reid has agreed to perform these services and thereafter make application to this Court for compensation and has agreed to accept as his fees such amount as determined by the Court.

7.    It is contemplated that Haddox Reid will seek compensation at the following hourly rates: $250 per hour for Paul Calhoun and other members; $144 per hour for Steve McKenzie and other senior accountants (through June 2009); and $25.00 per hour for support staff, plus expenses. It is further contemplated that Haddox Reid will seek interim compensation as permitted by 11 U.S.C. §331.

8.    Furthermore, Haddox Reid will require the payment of a security retainer of $40,000.00 to cover its anticipated expenses for post-petition services rendered for the Debtor for years 2008 and 2009. This retainer was calculated based on the historical amounts incurred by Warehouse 86, LLC annually, adjusted for the anticipated accounting and tax complexities associated with the sale of substantially all of its assets. The retainer will be held in trust by Haddox Reid and will not be disbursed without approval by the Bankruptcy Court. Furthermore,

any unused portion of this retainer will be paid over to the bankruptcy estate at the conclusion of this case.

9.    Applicant has determined that Paul Calhoun of Haddox Reid is a disinterested person in the meaning of 11 U.S.C. §101(13).  While Haddox Reid had a small account receivable owed to it by the Debtor for unbilled pre-petition services ($212.50), Haddox Reid has agreed to waive that claim against the Debtor.

10.    To the best of applicant's knowledge, Paul Calhoun of Haddox Reid has no connections with the creditors herein or any other party-in-interest or their respective attorneys and accountants, or with the Office of the United States Trustee, or any employees of the Office of the United States Trustee, which are prohibited, which would interfere with or hinder the performance of accountants' duties herein, or which need to be described herein other than to disclose that Haddox Reid performs accounting and tax work for one former creditor of the Debtor (Stuart Irby) and has prepared the income taxes for a member of the Debtor (Ernest K. Strahan III) and for a former member of the Debtor (Eric Eilertsen).   See Affidavit of Paul Calhoun attached hereto as Exhibit "A."

WHEREFORE, the Debtor requests that it be authorized to employ Paul Calhoun and Haddox Reid as its accountant to render services described in the foregoing application with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow, effective as of the date of the Order for relief herein.

Respectfully submitted, this the 17th day of December, 2008.

WAREHOUSE 86, LLC

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
John A. Crawford, Jr, (MS Bar No. 10346)
Paul M. Ellis (MS Bar No. 102259)
ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF

system and served electronically on all parties enlisted to receive service electronically,

including:

Ronald H. McAlpin, Esq. (MB No. 2182)
Trial Attorney, Office of the U.S. Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

and by United States Mail, postage prepaid, to the members of the Creditors Committee:

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4102 So. Mendenhall Road
Memphis, TN 38115

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212

-4-

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114

This, the 17th day of December, 2008.

/s/ Stephen W. Rosenblatt
Stephen W. Rosenblatt

Jackson 3492943v.1

-5-

Exhibit "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                  )
                                        )
         WAREHOUSE 86, LLC              )        CASE NO. 08-03423-EE
                                        )        Chapter 11
             Debtor                     )
_____     )

### AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HINDS

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Paul Calhoun, (the "Affiant") of Haddox Reid Burkes & Calhoun PLLC (the "Firm"), who after having been by me first duly sworn, stated on oath as follows:

1.      This Affidavit is submitted in support of the Application of Debtor to Employ the Firm as its Certified Public Accountants and Disclosure of Compensation (the "Application").

2.      Presently, the hourly rates for Haddox Reid Burkes & Calhoun PLLC professionals and paraprofessionals as accountants are as follows: $250 per hour for Paul Calhoun and other members; $144 per hour for Steve McKenzie and other senior accountants; and $25.00 per hour for support staff, plus expenses. These current hourly rates are subject to periodic increases in the normal course of business. The Firm proposes to bill at the rates set forth herein and will submit requests for compensation to the Court for approval. These rates are the same as or less than the rates charged for such services where the compensation is not paid by a bankruptcy estate.

3.      Neither the Affiant, nor the Firm, represents interests adverse to the Debtor or the estate and matters upon which the Firm is to be engaged. While Haddox Reid had a small

account receivable owed to it by the Debtor for unbilled pre-petition services ($212.50), Haddox Reid has agreed to waive that claim against the Debtor. Further, Haddox Reid performs accounting and tax work for one former creditor of the Debtor (Stuart Irby) and has prepared the income taxes for a member of the Debtor (Ernest K. Strahan III) and for a former member of the Debtor (Eric Eilertsen).

4.    To the best of Debtor's knowledge, the Firm has no connection with any of the creditors herein or to any other party-in-interest or with the office of the United States Trustee, or any employees of the office of the United States Trustee which are prohibited, which would interfere with or hinder the performance of counsels' duties herein, or which need to be described herein, and its employment would be in the best interest of the estate.

FURTHER AFFIANT SAYETH NAUGHT.

PAUL CALHOUN

VERIFICATION

SWORN AND SUBSCRIBED before me, the undersigned authority, on this the 17th day of December, 2008.



NOTARY PUBLIC

7-29-2010

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:

WAREHOUSE 86, LLC                                    CASE NO. 08-03423-EE
                                                            Chapter 11
                    Debtor

ORDER GRANTING APPLICATION OF DEBTOR TO EMPLOY
HADDOX, REID, BURKES & CALHOUN, PLLC AS ITS ACCOUNTANTS
[Dkt. #077]

THIS CAUSE came before the Court upon the Application of Warehouse 86, LLC, the

Debtor and debtor-in-possession herein ("Debtor"), by its attorneys, to Employ Haddox Reid

Burkes & Calhoun PLLC ("Haddox Reid") as its Accountants (the "Application"). The Court

finds that the Application is well taken and should be approved, and further finds as follows:

1.      On November 4, 2008 (the "Petition Date"), Debtor filed a voluntary petition in

this Court for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor

continues to operate its business and manage its assets as debtor-in-possession pursuant to

Sections 1107(a) and 1108 of the Bankruptcy Code.

2.      An official Committee of Unsecured Creditors was appointed in this case on

November 19, 2008.

3.      This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334.

Venue is proper under 28 U.S.C. §§1408 and 1409.

4.      The Debtor is authorized to employ and retain Haddox Reid Burkes & Calhoun

PLLC ("Haddox Reid") *nunc pro tunc* as of November 4, 2008, as its Accountants to assume

primary responsibility for the preparation and filing of all necessary tax returns for the Debtor

and any of its wholly owned affiliates, specifically including but not limited to G86, LLC, C86,

Ex. "B"

LLC and Bidtopia, LLC, during the pendency of this Chapter 11 case, and any work reasonably related thereto.

4.      Haddox Reid has the appropriate accounting skills needed to perform the service of providing the accounting services required by the Debtor's bankruptcy estate.

5.      Haddox Reid is a disinterested person in the meaning of 11 U.S.C. §101(13). While Haddox Reid had a small account receivable owed to it by the Debtor for unbilled pre-petition services ($212.50), Haddox Reid has agreed to waive that claim against the Debtor. Haddox Reid has no connections with the creditors herein or any other party-in-interest or their respective attorneys and accountants, or with the Office of the United States Trustee, or any employees of the Office of the United States Trustee, which are prohibited, which would interfere with or hinder the performance of accountants' duties herein, or which need to be described herein other than to disclose that Haddox Reid performs accounting and tax work for one former creditor of the Debtor (Stuart Irby) and has prepared the income taxes for a member of the Debtor (Ernest K. Strahan III) and for a former member of the Debtor (Eric Eilertsen), all as reflected in the Affidavit of Paul Calhoun attached hereto as Exhibit "A."

6.      Haddox Reid has agreed to perform these services and thereafter make application to this Court for compensation and has agreed to accept as his fees such amount as determined by the Court.  It is contemplated that Haddox Reid will seek compensation at the following hourly rates:  $250 per hour for Paul Calhoun and other members; $144 per hour for Steve McKenzie and other senior accountants (through June 2009); and $25.00 per hour for support staff, plus expenses. It is further contemplated that Haddox Reid will seek interim compensation as permitted by 11 U.S.C. §331.

7.      Haddox Reid will require the payment of a security retainer of $40,000.00 to cover its anticipated expenses for post-petition services rendered for the Debtor for years 2008 and 2009, which retainer was calculated based on the historical amounts incurred by Warehouse 86, LLC annually, adjusted for the anticipated accounting and tax complexities associated with the sale of substantially all of its assets.  The retainer must be held in trust by Haddox Reid and may not be disbursed without approval by the Bankruptcy Court.  Furthermore, any unused portion of this retainer will be paid over to the bankruptcy estate at the conclusion of this case.

8.      The Court approves the retention by the Debtor of Haddox Reid as its accountant to render services described herein on the terms provided herein.

IT IS, THEREFORE, ORDERED that the employment of Haddox Reid Burkes & Calhoun PLLC as accountants for the Debtor be, and it hereby is, approved.

IT IS FURTHER ORDERED that Haddox Reid shall be entitled to receive reasonable compensation, and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, as well as Rule 2016, Federal Rules of Bankruptcy Procedure, and any other application or related statutes and rules.

IT IS FURTHER ORDERED that this Order applies to any funds that might be received by Haddox Reid as a retainer or of a similar nature.

IT IS FURTHER ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

-3-

APPROVED AS TO FORM:

STEPHEN W. ROSENBLATT (MS BAR NO. 5676)
ATTORNEY FOR DEBTOR


RONALD H. MCALPIN
OFFICE OF THE UNITED STATES TRUSTEE

-4-

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Mon Dec 29 15:15:26 CST 2008

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290-1225

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

Amerigas
545 W 12 Street
Ogden, LTT 84404-5401

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153

Baja Motorsports, LLC
4602 E Hammond Lane
Phoenix AZ 85034-6411

CH Enterprises
4305 Harrison #6-323
Ogden, UT 84403-3306

Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828

U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668

Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308

Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290-1225

American Intematl Co.
Specialty Workers Comp
P 0 Box 409
Parsippany, NJ 07054-0409

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123

5 River Bend PI., LLC
5 River Bend Place
Ste. D
Flowood, MS 39232-7618

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786

Allied Waste Serv #493
P 0 Box 9001225
Louisville, KY 40290-1225

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831

American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

(c)AUDIOVOX SPEC. APPLIC.
2602 MARINA DR
ELKHART IN  46514-8642

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703-2436

City of Indianola Water
P 0 Box 269
Indianola, MS 38751-0269

Exhibit "B"

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ 85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

First Ins Funding Corp
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062-7917

Gary E. Veasey, Esq.
780 Ridge Lake Blvd. STE 202
Memphis, TN 38120-9426

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401-3471

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Tax Servs
2204 Walkley Road
Ottawa ON K1A1A8
Canada

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4501 So Mendenhall Road
Memphis TN 38141

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Overstock.com, Inc
Attn: Edwin W Christensen
6350 S 3000 East
Salt Lake City, UT 84121-5952

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Phusion Software, Inc.
26300 Ford Rd. #415
Dearborn Heig, MI 48127-2854

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Memphis Recycling Serv
P O Box 88271
Chicago, U, 60680-1271

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620-1132

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Louis E. Sagar
598 Broadway
New York, NY 10012-3206

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS 39225-3050

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031

Pay Pal
211 N. 1't Street
San Jose, CA 95131

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616

Porsche Financial Services
c/o King and Spencer
Post Office Box 123
Jackson MS 39205-0123

Questar Gas Company
Bankruptcy/DNR 244
P O Box 3194
Salt Lake City UT 84110-3194

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. O. Box 961090
Fort Worth, TX 76161-5000

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452-3038

(p)PACIFICORP
CO NATALIE HOCKEN GENERAL COUNSEL
825 NE MULTNOMAH ST
STE 2000
PORTLAND OR 97232-2152

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1964

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127-0008

SOS Staffing
POB 27008
Salt Lake City UT 84127-0008

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Sprint
P O Box 660092
Dallas, TX 75266-0092

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991

Stuart M. Irby
P.O. Box 1819
Jackson, MS 39215-1819

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

TWG Innov. Solutions
f/k/a Aon Innov Solutions
Attn: VP Operations, Lisa Schizas,
13922 Denver West Pkwy
Golden CO 80401-3142

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801

Transport Express,Inc.
P.O. Box 69207
Seattle, WA 98168-9207

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126

U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

U S Trustee
100 w Capitol St., Ste 706
Jackson MS 39269-1607

UNITED PARCEL SERVICE
C/O RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

UPS
Lockbox 577
Carol Stream, IL 60132-0001

UPS Freight
P.O. Box 6109
Westerville, OH 43086-6109

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Verizon Wireless
P 0 Box 660108
Dallas, TX 75266-0108


Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612-2515

Weber County Assessor
P 0 Box 9700
Ogden, UT 84409-0700


Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, EL  60606-6405

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

John A. Crawford Jr
Butler, Snow, O'mara,Stevens & Cana
P. O. Drawer 22567
Jackson, MS 39225-2567


R. Michael Bolen
100 W. Capitol St.
Suite 706
Jackson, MS 39269-1607

Stephen W. Rosenblatt
Butler Snow O'Mara Stevens &Cannada
Post Office Box 22567
Jackson, MS 39225-2567

Stuart M. Irby
c/o Richard Montague
P.O. Box 1970
Jackson, MS 39215-1970


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS
100 W Capitol St., Ste 504
Jackson MS 39269-0599

MS State Tax Commission
Bankruptcy Section
P 0 Box 23338
Jackson MS 39225-3338

(d)Mississippi State Tax Commission
P 0 Box 1033
Jackson, MS  39215-1033


(d)Mississippi State Tax Commission
c/o Heather S Deaton
P 0 Box 22828
Jackson MS 39225

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

End of Label Matrix
Mailable recipients    131
Bypassed recipients      1
Total                  132