UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------ x
: Case No. 08-03423-EE
In re :
: Chapter 11
WAREHOUSE 86, LLC :
:
Debtors. :
:
------------------------------------------------------------ x

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST
### FOR ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS

Marcus M. Wilson of Bennett Lotterhos Sulser & Wilson, P.A., Post Office Box 98, Jackson, Mississippi 39205-0098 hereby gives notice pursuant to Bankruptcy Rule 9010(b) of his entry of appearance on behalf of RadioShack Corporation and SC Kiosks, Inc. and requests that a copy of all pleadings and notices of all hearings or other proceedings be sent to him at the address listed below.

    Marcus M. Wilson
    Bennett Lotterhos Sulser & Wilson, P.A.
    Post Office Box 98
    Jackson, Mississippi  39205-0098
    Telephone:     (601) 944-0466
    Facsimile:      (601) 944-0467
    Email:            mwilson@blswlaw.com

    **Attorney for RadioShack Corporation and SC Kiosks, Inc.**

Dated this the 22nd day of January, 2009.

                                                             /s/ Marcus M. Wilson

## CERTIFICATE OF SERVICE

I, Marcus M. Wilson, hereby certify that I have served a copy of the foregoing Notice of Entry of Appearance and Request for All Pleadings and Notice of All Proceedings by Notice of Electronic Filing, this the 22nd day of January, 2009.

/s/ Marcus M. Wilson

**Marcus M. Wilson**
Mississippi Bar Number 7308
**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**
188 East Capitol Street, Suite 1400
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Facsimile: (601) 944-0467