## THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE: Warehouse 86, LLC, Debtor(s).  
5 River Bend Place, Ste. D  
Flowood, MS 39232  
90-0009964

Case No. 08-03423 EE  
Chapter 11

### Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue.

Notices should be addressed to:  
Tennessee Department of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Robert E. Cooper, Jr.  
Attorney General and Reporter

/s/ Gill Geldreich   GRG  
Gill Geldreich  
Assistant Attorney General  
BPR No. 020775  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on __January 23, 2009__ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Gill Geldreich   GRG  
Gill Geldreich  
Assistant Attorney General

Office of the U.S. Trustee  
100 W Capitol St.  
Suite 706  
Jackson, Mississippi 39269

Stephen W. Rosenblatt  
Attorney for the Debtor(s)  
PO Box 22567  
Jackson, MS 39225-2567

U.S. ...........
..........
FILED

JAN 2 6 2009

DANNY L. MILLER, CLERK
B:_____ DEPUTY CLERK

**STATE OF TENNESSEE**
OFFICE OF THE
ATTORNEY GENERAL & REPORTER
BANKRUPTCY DIVISION
P.O. Box 20207
NASHVILLE, TN  37202

**ROBERT E. COOPER, JR.**
ATTORNEY GENERAL & REPORTER

LUCY HAYNES
CHIEF DEPUTY ATTORNEY GENERAL

MICHAEL E. MOORE
SOLICITOR GENERAL

TELEPHONE (615) 532-2504
FACSIMILE (615) 741-3334

January 23, 2009

U.S. Bankruptcy Court Clerk
P.O. Box 2448
Jackson, MS  39225-2448

RE:   Request For Notices, Notices and /or Proofs of Claim

Dear Clerk:

Enclosed please find an original and copies of the Request for Notices and /or Proof of Claim in the case(s) attached within. Please be so kind as to return a file-stamped copy in the enclosed stamped and self-addressed envelope(s).

Sincerely,

Julie Reynolds

Julie M. Reynolds
Administrative Secretary

Enclosures