**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

In re:                                              )
                                                    )
      **WAREHOUSE 86, LLC**               )          **CASE NO. 08-03423-EE**
                                                    )          **Chapter 11**
          **Debtor**                     )
_____ )


**NOTICE OF CHANGE OF ADDRESS**


      Warehouse 86, LLC  (the "Debtor"), files this Notice of Change of Address for  Baja Motorsports, LLC as follows:

     Baja Motorsports, LLC
     4602 E. Hammond Lane
     Phoenix, AZ 85034

     This, the 9th day of February, 2009.

                          Respectfully submitted,

                          WAREHOUSE 86, LLC

                          By:  *s/ Stephen W. Rosenblatt*
                          Stephen W. Rosenblatt (MS BAR NO. 5676)
                          John A. Crawford, Jr. (MS BAR NO. 10346)
                          Paul M. Ellis (MS BAR NO. 102259)

                          ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the U.S. Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Office of the U.S. Trustee
A.H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
USTPRegion05.AB.ECF@usdoj.gov

Michael B. Chance, Esq.
E. Franklin Childress, Jr. Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
6060 Poplar Avenue, Suite 440
Memphis, Tennessee 38119
mchance@bakerdonelson.com
fchildress@bakerdonelson.com
ATTORNEYS FOR DIP LENDER

Richard A. Montague, Jr., Esq.
Suzanna Baker, Esq.
Wells Moore Simmons & Hubbard
P.O. Box 1970
Jackson, Mississippi 39215-1970
rmontague@wellsmoore.com
sbaker@wellsmoore.com
ATTORNEY FOR IRBY

SO CERTIFIED, this the 9th day of February, 2009.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 3674650v.1