UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

|  |  |
|---|---|
| ------------------------------------------------ x<br>In re                                                               :<br>                                                                     :<br>WAREHOUSE 86, LLC,                             :<br>                                                                     :<br>       Debtor.                                                :<br>                                                                     :<br>------------------------------------------------ x | Case No. 08-03423-EE<br><br>Chapter 11 |

## CERTIFICATE OF MAILING

I, Marcus M. Wilson, Attorney for SC Kiosks, Inc. and RadioShack Corporation, do hereby certify that on this day, I mailed a true and correct copy of the Notice of Hearing prepared by the Court on February 11, 2009, [Docket No. 95] attached as Exhibit "1" and Motion of SC Kiosks, Inc. and RadioShack Corporation for Relief from the Automatic Stay [Docket No. 93] attached as Exhibit "2" to all the parties on the list attached as Exhibit "3".

DATED this the 11th day of February, 2009.

                                                        Respectfully submitted,

                                                        SC KIOSKS, INC. and RADIOSHACK
                                                        CORPORATION

                                                        By their attorneys

                                                        BENNETT LOTTERHOS SULSER
                                                        & WILSON, P.A.

                                                        /s/ Marcus M. Wilson

Marcus M. Wilson
Mississippi Bar No. 7308
**BENNETT LOTTERHOS SULSER
& WILSON, P.A.**
One Jackson Place, Suite 1400
188 East Capitol Street
Post Office Box 98
Jackson, Mississippi 39205-0098
Telephone: (601) 944-0466
Facsimile: (601) 944-0466
E-mail: mwilson@blswlaw.com