# Exhibit "D"



**McLarens Young International**
GLOBAL CLAIMS SERVICES

1655 N. Central Expressway, Suite 710
Dallas, TX 75243-3790
Tel 972 907-9910
Fax 972 907-9871

September 17, 2008

Ms. Joan Ruland Donnelly
Liberty Mutual Property
20 Riverside Road
Weston, MA 02493

| RE: | Claim No. | : | X58A-000922-00 |
|---|---|---|---|
| | Report No. 5 | : | Interim |
| | Insured | : | Radio Shack Corporation |
| | Type of Loss | : | Tornado and Fire |
| | Loss Date | : | Tornado – 2-5-08, Fire – 2-11-08 |
| | Policy No. | : | YJ2-L9L-004096-167 |
| | Loss Location | : | Warehouse 86, Southaven, MS |
| | MYI File No. | : | 16.004205 |

Dear Ms. Donnelly:

Enclosed herewith is our interim report in connection with the above captioned claim.

### ENCLOSURES:

1. Statement of Loss
2. Depreciation Schedule
3. Estimate from J.S. Held, Inc.
4. Other claim documentation
5. Copy of lease agreement

### INSURED:

The named insured is Radio Shack Corporation and their address is 300 Radio Shack Circle, Fort Worth, TX.

### COVERAGE:

Coverage is in force through policy number YJ2-L9L-004096-167 and effective dates are 7-1-07 to 7-1-08. Policy valuation is at promotional retail value for stock and replacement cost for store improvements and fixtures. There is a $250,000 deductible applicable.

### OTHER INSURANCE:

The sub-tenant, Warehouse 86 LLC, has a policy of insurance in place as per the enclosed Certificate of Insurance, carried by Employers Mutual Casualty for business personal property in the amount of $1,000,000 which lists S.C. Kiosks, Inc. as having an interest in the policy. S.C. Kiosks is owned by Radio Shack Corporation. It is understood this location is listed on the Schedule of Insured Locations.

| | |
|---|---|
| **ESTIMATE OF LOSS:** | $2,765,100 |
| **DEDUCTIBLES 2@ $250,000:** | ( 500,000) |
| **RESERVE RECOMMENDED:** | $2,265,100 |

www.mclarensyoung.com

O/F#: 16.004205
September 17, 2008
Page 2 of 4

### CAUSE OF LOSS:

On February 5, 2008, a tornado struck a warehouse which contained equipment wherein Kiosks, Inc., a division of Radio Shack Corporation, holds an interest. The details of Radio Shack's interest and the damaged property will be discussed later in this report.

Subsequent to the tornado, the landlord hired a demolition contractor who in turn hired a welding subcontractor to cut away metal debris. The welding sub contractor caused a fire while in the process of cutting away debris from the building on February 11, 2008. The equipment which Radio Shack has an interest in, sustained additional damage from the fire.

### SUBROGATION:

There are subrogation possibilities against the sub-tenant, Warehouse 86, as they were to insure the property of Radio Shack including the conveyor system and security system. The adjuster for Warehouse 86 is a Micah Moore, P.O. Box 190, 11625 Highway 64 Eads, TN 38028. The telephone number for Micah Moore is (901) 299-8962.

There are also subrogation possibilities against the steel contractor, Diamond Steel, apparently they were involved in causing a fire while cutting away steel structure during the demo process. Their adjuster is a Kevin Fox, claims specialist, P.O. Box 140996, Nashville, TN 32737. Mr. Fox's telephone number is (888)549-9876 ext 1228.

### SALVAGE:

In-Motion Systems, LLC, was hired to remove the conveyor system from the warehouse following the occurrences. In-Motion Systems advises in their correspondence dated March 23, 2007, there will be some salvage value estimated at approximately $60,000. In-Motion Systems advises they have currently been unable to locate a buyer for the remains of the conveyor system and their efforts continue.

### ADJUSTMENT:

Enclosed is a proposed Statement of Loss indicating a loss amount of $2,765,024.26. Applying refundable depreciation as per the Schedule enclosed of $476,763.00 and applying two separate deductibles, one for the tornado of 2-5-08 and the other for the fire of 2-11-08, makes for net claim as outlined of $1,706,761.26.

The following is a brief discussion of the items outlined on the enclosed Statement of Loss:

1. Improvements and Betterments

    Enclosed is a revised estimate prepared by Christy Ball of J.S. Held for replacement of improvements and betterments in the amount of $1,417,756.48. The landlord is not in complete agreement with this amount, however, they will agree to use this as a base replacement cost for the improvements and betterments. The policy of insurance allows Liberty Mutual Insurance Company to withhold depreciation until the improvements and betterments are replaced and enclosed is a Schedule of Depreciation which totals $476,763.00. The actual cash value loss and claim for the improvements and betterments as outlined on the enclosed Statement of Loss totals $940,993.48.

    The policy of insurance requires the improvements and betterments be replaced within a 2 year time frame beginning on the loss date of February 5, 2008 to qualify for the refundable depreciation. The landlord advises they did not intend to replace the improvements and

      betterments until they locate a tenant to reoccupy the warehouse. It is understood the rebuild of the warehouse is approximately 75% complete at this time. The landlord has until February 5, 2010 to replace the improvements and betterments to qualify for the refundable depreciation.

2.     Security System

      Radio Shack Corporation submitted documentation to substantiate the replacement cost of the security systems from Integral Technologies which totals $163,000. Applicable depreciation is 50% of the value which totals $81,500.00, leaving an actual cash value claim amount for the security system of $81,500.00.

3.     Conveyor System

      GE Capital invoiced Radio Shack the sum of $1,064,361.78 which represents the value of the conveyor system as of the loss date. Please note the replacement value of the entire conveyor system is in the range of $2,000,000 to $2,500,000 and the amount invoiced by GE Capital represents the actual cash value of the conveyor system as of the date of loss. It was necessary for Radio Shack to remove the remains of the conveyor system and In-Motion Systems LLC agrees to remove the conveyor system for the sum of $119,906.00. This makes for a loss to the conveyor system of $1,184,267.78.

      There are two separate deductibles applicable, one for the tornado damage of 2-5-08 and the other for the fire damage of 2-11-08 and each deductible is $250,000. Applying the two separate deductibles makes for a net claim on the conveyor system of $684,267.78.

      As per the enclosed Statement of Loss, the net claim after taking refundable depreciation and applying two separate deductibles is $1,706,761.26.

      These figures have been discussed in detail with representatives of Radio Shack Corporation and they are in agreement.

      The lease agreement has been reviewed and Radio Shack Corporation is responsible for replacement of the improvements and betterments. In addition, the landlord, IDI, Inc. is listed as an additional insured.

      Radio Shack has requested that two separate checks be issued, the first for the claim on the improvements and betterments in the amount of $940,993.48 payable to IDI, Inc. and Radio Shack Corporation and the second check for the net claim on the security system and the conveyor system, $81,500 and $684,267.78 respectively, for a total of $765,767.78, payable to Radio Shack Corporation only.

## WHAT HAS BEEN DONE:

The enclosed Statement of Loss has been prepared reflecting a loss of $2,765,024.26 and a net claim of $1,706,761.26. The lease agreement has been reviewed along with the policy of insurance to verify the obligations of Radio Shack Corporation with regard to the improvements and betterments. The enclosed Depreciation Schedule has been prepared reflecting the refundable depreciation based on the revised estimate prepared by J.S. Held Corporation.

O/F# 16.004205
September 17, 2008
Page 4 of 4

## WHAT IS TO BE DONE:

If your office concurs with the above recommendation, a Sworn Statement in Proof of Loss in the net amount of $1,706,761.26 will be forwarded to Radio Shack Corporation to conclude the claim. A Replacement Cost Proof of Loss will also be forwarded reflecting the refundable depreciation of $476,763.00. Radio Shack has requested two separate checks be issued as outlined above.

## CONCLUSION:

Authority is requested to provide a Sworn Statement in Proof of Loss for the ACV claim of $1,706,761.26 and a Replacement Cost Proof of Loss to reflect the refundable depreciation of $476,763.00.

Please respond with authority.

**MCLARENS YOUNG INTERNATIONAL**


Bill Adams
Vice President/Branch Manager
Executive General Adjuster

BA/ma

STATEMENT OF LOSS

Insured: Radio Shack
Loss Location: Southhaven, MS
Date of Loss: 2-5-08 and 2-11-08
MYI File No. 16.004205

|  | VALUE | LOSS | CLAIM |
|---|---|---|---|
| **Item I: Real Property** | | | |
| Loss As Determined | | | |
| See Attached Documentation | | | |
| 1. Improvements and Betterments | | $ 1,800,000.00 | |
|    J.S. Held Estimate | $ 1,417,756.48 | $ 1,417,756.48 | |
|    Less: Depreciation | $ (476,763.00) | | |
| **ACV LOSS & CLAIM** | $ 940,993.48 | | 940,993.48 |
| | | | |
| 2. Security System | | $ 163,000.00 | |
|    Integral Technologies | $ 163,000.00 | $ 163,000.00 | |
|    Less: Depreciation (50%) | $ (81,500.00) | | |
| **CLAIM** | $ 81,500.00 | | $ 81,500.00 |
| | | | |
| 3. Conveyor System | | $ 2,000,000.00 | |
|    G.E. Capital Invoice | $ 1,064,361.78 | | |
|    In-Motion Systems LLC | $ 119,906.00 | | |
| LOSS | $ 1,184,267.78 | $ 1,184,267.78 | |
| Less: Deductible (Tornado) | $ (250,000.00) | | |
| Less: Deductible (Fire) | $ (250,000.00) | | |
| **CLAIM** | $ 684,267.78 | | $ 684,267.78 |
| | | | |
| **VALUE, LOSS, CLAIM** | | $ 3,963,000.00    $ 2,765,024.26    $ 1,706,761.26 | |

DEPRECIATION SCHEDULE
RADIO SHACK
SOUTHAVEN, MS
MYI #16.004205

| ITEM | REPLACEMENT COST | % DEPRECIATION | DEPRECIATION |
|---|---|---|---|
| Acoustical Treatments | $ 19,747.00 | 50% | $ 9,873.00 |
| Cabinetry | $ 18,659.00 | 40% | $ 7,463.00 |
| Concrete/Asphalt | $ 28,400.00 | 30% | $ 8,520.00 |
| Doors | $ 9,269.00 | 30% | $ 2,780.00 |
| Drywall | $ 65,387.00 | 40% | $ 26,154.00 |
| Electrical | $ 236,287.00 | 40% | $ 94,514.00 |
| Electrical - Special System | $ 8,539.00 | 30% | $ 2,561.00 |
| Misc. Equipment | $ 73,375.00 | 40% | $ 29,350.00 |
| Carpet | $ 21,011.00 | 50% | $ 10,505.00 |
| Vinyl Floor | $ 7,358.00 | 40% | $ 2,943.00 |
| Fencing | $ 56,500.00 | 40% | $ 22,600.00 |
| Finish Hardware | $ 14,442.00 | 40% | $ 5,776.00 |
| Fire Proective System | $ 43,949.00 | 40% | $ 17,579.00 |
| Framing/Rough Carpentry | $ 3,930.00 | 20% | $ 786.00 |
| Glass/Glazing | $ 14,725.00 | 30% | $ 4,417.00 |
| HVAC | $ 99,375.00 | 60% | $ 59,625.00 |
| Insulation -Mechanical | $ 9,231.00 | 35% | $ 3,230.00 |
| Insulation -Mechanical | $ 68,851.00 | 25% | $ 17,212.00 |
| Light Fixtures | $ 157,745.00 | 50% | $ 78,872.00 |
| Mirrors/Shower Doors | $ 875.00 | 25% | $ 218.00 |
| Plumbing | $ 49,152.00 | 40% | $ 19,660.00 |
| Painting | $ 9,014.00 | 50% | $ 4,507.00 |
| Toilet/Bath Accessorie | $ 4,854.00 | 50% | $ 2,427.00 |
| Window Treatment | $ 4,632.00 | 30% | $ 1,389.00 |
| SUBTOTAL | | | $ 432,961.00 |
| Overhead | $ 118,386.00 | 37% | $ 43,802.00 |
| TOTAL | | | $ 476,763.00 |