# Exhibit "E"

InMotionSystems, LLC

2324 Foxhaven Drive
Franklin, TN 37069

# Invoice

| Date | Invoice # |
|---|---|
| 4/5/2008 | 11 |

**Bill To**

Radio Shack
Attn: Judy McCampbell
300 RadioShack Circle
MS CF4-324
Fort Worth, TX 76102-1964

| P.O. No. | Terms | Project |
|---|---|---|
| Judy McCampbell | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Radio Shack - Southaven, MS Asset and Liquidation - Quote #2008-148 - 25% progress payment due April 11, 2007 | 29,976 50 | 29,976 50 |

010050  Radio Shack Fleet
Amount  29976.50
Account Number  1250
Authorized Payment By

~~Jaime Caballero~~
415-0357

It's been a pleasure working with you!

**Total** $29,976.50

InMotionSystems, LLC

2324 Foxhaven Drive
Franklin, TN 37069

# Invoice

| Date | Invoice # |
|---|---|
| 4/5/2008 | 13 |

**Bill To**

Radio Shack
Attn : Judy McCampbell
300 RadioShack Circle
MS CF4-324
Fort Worth, TX 76102-1964

| P.O. No. | Terms | Project |
|---|---|---|
| Judy McCampbell | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Radio Shack - Southaven, MS Asset and Liquidation - Quote #2008-148 - 25% Final Payment due April 25, 2008 | 29,976.50 | 29,976.50 |

*[Stamp:] Radio Shack Fleet*
*01-0050*
*Amount 29,976.50*
*Account Number 1250*
*Authorized Payment By [signature] Judy L. McCampbell*
*Jaime Caballero*
*415-0357*

Thank you for your business

| | Total | $29,976.50 |
|---|---|---|