# Exhibit "3"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Wed Feb 11 10:30:53 CST 2009 | Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 | Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 |
| Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| 5 River Bend Pl., LLC<br>5 River Bend Place<br>Ste. D<br>Flowood, MS 39232-7618 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0002 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 |
| Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 | Allied Waste Serv #493<br>P O Box 9001225<br>Louisville, KY 40290-1225 | Allied Waste Serv #837<br>P O Box 9001225<br>Louisville, KY 40290-1225 |
| Allied Waste Serv #868<br>P O Box 9001225<br>Louisville, KY 40290-1225 | American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Internatl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 |
| Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 |
| Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 | Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN 46514-8642 |
| Baja Motorsports, LLC<br>4602 E Hammond Lane<br>Phoenix AZ 85034-6411 | Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 |

| | | |
|---|---|---|
| Brands on Sale<br>16706 Edwards Rd.<br>Cerritos, CA 90703-2436 | CH Enterprises<br>4305 Harrison #6-323<br>Ogden, UT 84403-3306 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 |
| City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 | City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ  85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 |
| ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 | Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 |
| Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 | Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 |
| DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 |
| DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 | Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 |
| Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 | EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 |
| Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 | Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 |
| Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 | FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 | Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 |
| Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 | First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 |

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401-3471

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Tax Servs
2204 Walkley Road
Ottawa ON K1A1A8
Canada

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4501 So Mendenhall Road
Memphis TN 38141

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012-3206

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS  39205-0098

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, U, 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620-1132

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Overstock.com, Inc
Attn: Edwin W Christensen
6350 S 3000 East
Salt Lake City, UT 84121-5952

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

| | | |
|---|---|---|
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Pay Pal<br>211 N. 1't Street<br>San Jose, CA 95131 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 |
| Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 |
| Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. 0. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1964 |
| RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>CO NATALIE HOCKEN GENERAL COUNSEL<br>825 NE MULTNOMAH ST<br>STE 2000<br>PORTLAND OR 97232-2152 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 |
| SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1964 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 |
| Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 |
| Sprint<br>P O Box 660092<br>Dallas, TX 75266-0092 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 | Stuart M. Irby<br>P.O. Box 1819<br>Jackson, MS 39215-1819 |
| Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 |
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN  37242-0700 |

| | | |
|---|---|---|
| Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 |
| The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 |
| Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 |
| U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 |
| Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL  60606-6405 |
| Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 |
| R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS  39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)RadioShack Corporation and SC Kiosks, Inc. | (u)Jennifer D. Jones<br>10 1 Warren St., #20<br>RETURNED MAIL 11/17/2008 | End of Label Matrix<br>Mailable recipients   146<br>Bypassed recipients     2<br>Total                 148 |