**DANNY L. MILLER**
**CLERK**
**(601) 965–5301**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON, MISSISSIPPI 39225–2448**

**MAILING ADDRESS:**
**P. O. BOX 2448**
**STREET ADDRESS:**
**ROOM 101**
**100 EAST CAPITOL STREET**

**Parties Noticed:**

Warehouse 86 LLC, Debtor

Stephen Rosenblatt, Esq

Marcus Wilson, Esq

R Michael Bolen, Esq

All parties listed as Notice of Appearance

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**  08–03423–ee

**YOU ARE HEREBY NOTIFIED** that there will be a Combined Preliminary and Final Hearing on:

**Motion of SC Kiosks, Inc and Radioshack Corporation for Relief from the Automatic Stay filed by Marcus Wilson**

in regard to the above referenced case on **Tuesday, March 3, 2009** at **01:30 PM** , or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**YOU ARE FURTHER NOTIFIED** that you are required to serve an ANSWER or Response to this Motion upon the attorney for the plaintiff at his address listed above and to file the Answer or Response with this Court on or before **February 26, 2009** . IN THE EVENT SUCH WRITTEN ANSWER OR OTHER RESPONSIVE PLEADING IS NOT SO FILED ON OR BEFORE THIS DATE, THE COURT MAY ENTER AN ORDER EX PARTE WITHOUT THE HEARING ON March 3, 2009 . HOWEVER, THE HEARING WILL REMAIN ON THE COURT DOCKET UNTIL AN ORDER HAS BEEN SUBMITTED BY ONE OF THE PARTIES.

ARRANGEMENTS FOR A COURT RECORDER, IF DESIRED, MAY BE MADE BY CONTACTING THE COURT AT YOUR EARLIEST CONVENIENCE OR AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULED HEARING. A COURT RECORDER WILL THEN BE PROVIDED BY THE BANKRUPTCY COURT.

**Please notify your clients of this hearing.**

**DATED:** 2/11/09

**EDWARD ELLINGTON**
**U. S. BANKRUPTCY JUDGE**

hn001ee–lsn

# CERTIFICATE  OF  NOTICE

```
District/off: 0538-3        User: dsawyer          Page 1 of 1          Date Rcvd: Feb 11, 2009
Case: 08-03423              Form ID: hn001ee        Total Served: 5


The following entities were served by first class mail on Feb 13, 2009.
dbpos        +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618
2732428      +Porsche Financial Services,   c/o King and Spencer,   Post Office Box 123,
              Jackson MS 39205-0123
2717312      +Stuart M Irby,   c/o Richard Montague,   4450 Old Canton Road, Ste 200,   Jackson MS 39211-5991
2754319      +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
              P O Box 20207,   Nashville TN 37202-4015

The following entities were served by electronic transmission on Feb 11, 2009.
2726307       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
              Mississippi State Tax Commission,   c/o Heather S Deaton,   P O Box 22828,   Jackson MS 39225
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2009**              **Signature:**   _Joseph Speetjens_