**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **IN RE WAREHOUSE 86, LLC** § | | **Case No. 08-03423-EE** |
| § | | |
| **Debtor** § | | **Chapter 11** |
| § | | |
| § | | |
| § | | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS**

Brunini, Grantham, Grower & Hewes, PLLC, hereby gives notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure of its entry of appearance on behalf of Overstock.com, Inc., and requests that copies of all pleadings and notices of all hearings or other proceedings be sent to the below address:

> James A. McCullough, II
> Brunini, Grantham, Grower & Hewes, PLLC
> Post Office Drawer 119
> Jackson, Mississippi 39205
> Telephone: (601) 948-3101
> Facsimile: (601) 960-6902

Attorneys for Overstock.com, Inc.

Dated: February 26, 2009.

> Respectfully Submitted,
>
> **OVERSTOCK.COM, INC.**
>
> By: /S/ James A. McCullough, II
> One of Its Attorneys

**OF COUNSEL**:

James A. McCullough, II (MSB No. 10175)
**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
The Pinnacle Building, Suite 100
190 East Capitol Street (39201)
P. O. Drawer 119
Jackson, Mississippi 39205
*Telephone*: (601)948-3101
*Telecopier*: (601)960-6902

CERTIFICATE OF SERVICE

I, James A. McCullough, II, hereby certify that I have this date caused to be filed a true and correct copy of the above and foregoing utilizing the Court's Electronic Filing System, which caused a notice of said filing to be electronically provided to all counsel of record registered under the CM/ECF system.

Dated: February 26, 2009.

/S/ James A. McCullough, II

2