**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO. 08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| _____ | ) | |

### *INTERIM* ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE RIGHT TO FILE AND OBTAIN CONFIRMATION OF PLAN

This matter came before the Court on the *Motion to Extend Debtor's Exclusive Right to File and Obtain Confirmation of Plan* (the "Motion") filed by the Debtor, Warehouse 86, LLC (the "Debtor"). The Court, finds that an *interim* extension is proper to preserve the status quo pending final disposition of the Motion.

IT IS, THEREFORE, ORDERED that an interim extension of the time periods under 11 U.S.C. § 1121 (d) under which the Debtor retains the exclusive right to file a plan of reorganization and to solicit acceptances thereof should be, and hereby is, granted to preserve the *status quo* and the Debtor's exclusivity right until such time as the Court has issued it final ruling on the Motion. This Order and the interim extension granted herein shall expire and cease to exist upon entry of a final Order by this Court disposing of the Motion and issues raised thereby.