IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:

WAREHOUSE 86, LLC            CASE NO. 08-03423-EE
                                         Chapter 11

        Debtor

NOTICE OF
MOTION TO EXTEND EXCLUSIVE RIGHT
TO FILE AND OBTAIN CONFIRMATION OF PLAN
[DKT. #102]

       NOTICE IS HEREBY GIVEN that Warehouse 86, LLC has filed a Motion to Extend Exclusive Right to File and Obtain Confirmation of Plan [Dot. # 102] attached hereto as Exhibit "A." The Debtor requests authority to extend the exclusive time to file its Chapter 11 Plan and to obtain confirmation thereof   A copy of this Motion has been sent to each party listed on the Certificate of Service to be filed herein.

       NOTICE IS FURTHER GIVEN that any creditor or party-in-interest desiring to object to this Motion is required to file a written objection with the United States Bankruptcy Court, P.O. Box 2448, Jackson, MS 39225-2448, and to serve a copy upon the Debtor's attorney, Stephen W. Rosenblatt, at the address listed herein below; and upon the United Sates Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269. The **DEADLINE DATE** for filing objections to the Motion is **TWENTY (20) DAYS** from the date of this Notice.

       NOTICE IS FURTHER GIVEN that in the event such written objection or other responsive pleading is not filed on or before **TWENTY (20) DAYS** after the date of this notice, this Motion to Extend Exclusive Right to File and Obtain Confirmation of Plan may be determined **EX PARTE** by the Court.

       This, the 2nd day of March, 2009.

                                             Respectfully submitted,

                                             WAREHOUSE 86, LLC

                                             By: *s/ Stephen W. Rosenblatt*
                                             Stephen W. Rosenblatt (MS BAR NO. 5676)
                                             John A. Crawford, Jr. (MS BAR NO. 10346)
                                             Paul M. Ellis (MS BAR NO. 102259)

                                             ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

    I, Stephen W. Rosenblatt, Attorney for the Debtor hereby certify that I have mailed, by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Motion to Extend Exclusive Right to File and Obtain Confirmation of Plan to the following and to all persons and entities listed on the Matrix attached hereto, collectively as Exhibit "B":

    Ronald H. McAlpin, Esq.
    Trial Attorney, Office of the United States Trustee
    A. H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    Ronald.McAlpin@USDOJ.gov

and by electronic mail to the following members of the Creditors Committee:

    Ms. Teresa M Shipe
    Katt Worldwide Logistics, Inc.
    4102 So. Mendenhall Road
    Memphis, TN 38115
    tshipe@kattworld.com

    Edwin W. Christensen, Esq.
    Overstock.com, Inc.
    6350 S. 3000 E.
    Salt Lake City, Utah 54212
    echristensen@overstock.com

    Mr. Bobby Thomas
    Thomas Sales & Services, Inc.
    2300 Sitler St., Bldg. 685
    Memphis, TN 38114
    bthomas@abcthomas.com

    This, the 2nd day of March, 2009.

                                                                       */s/ Stephen W. Rosenblatt*
                                                                       Stephen W. Rosenblatt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                    )
                                          )
WAREHOUSE 86, LLC                         )    CASE NO. 08-03423-EE
                                          )    Chapter 11
        Debtor                            )
                                          )
_____)

**DEBTOR'S MOTION TO EXTEND EXCLUSIVE RIGHT
TO FILE AND OBTAIN CONFIRMATION OF PLAN**

Warehouse 86, LLC, the Debtor and debtor-in-possession herein ("Debtor"), by its attorneys, files this M*otion to Extend the Exclusive Right to File and Obtain Confirmation of Plan Pursuant to 11 U.S.C. §1121(d)(2)* (the "Motion") to extend under § 1121(d) the periods in which only the Debtor may file Chapter 11 plans and solicit acceptance thereof. In support of this Motion, the Debtor states as follows:

### Introduction

1.  On November 4, 2008 (the "Petition Date"), Debtor filed its Voluntary Petition under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code"). Debtor operates an on-line auction business from its offices in Flowood, Mississippi and Memphis, Tennessee, as well as from leased warehouse facilities in Ogden, Utah and Memphis, Tennessee. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor is continuing to manage its assets as Debtor in possession.

2.  An Official Committee of Unsecured Creditors (the "Committee") was appointed in this case on November 19, 2008 [Dkt. # 062]. No request for appointment of a trustee or examiner has been made herein.

### Jurisdiction and Venue

3.  This Court has jurisdiction over this matter pursuant to 28 U. S. C. §§ 157 and 1334. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the

# Exhibit "A"

relief requested herein is 11 U.S.C. §1121(d)(2). This is a core proceeding under 28 U.S.C. §157(b)(2)(A), (L) and (O).

**Background**

4.  The 120-day period during which only the Debtor may file a plan specified by 11 U.S.C. § 1121(b) will expire on March 4, 2008.

5.  Good cause exists for an extension of the Debtor's exclusive right to file its Plan under 11 U.S.C. § 1121(d).

6.  Since the Petition Date, the Debtor has sold the majority of its business assets pursuant to the Sale Order entered herein on December 10, 2008 [Dkt. #070] and has received $100,000.00 as the net proceeds of that sale. These funds are on deposit in the Debtor's account and can be withdrawn only by Order of this Court.

7.  The Debtor has dealt with consignors with respect to their goods remaining in the Debtor's possession, and has also dealt with utilities, landlords and lessors with respect to the Debtor's rights and obligations to each of them.

8.  The Debtor's primary remaining asset is its right to recovery of proceeds under its insurance policy (the "Policy") with Employer's Mutual Casualty Insurance Company ("EMC"). The Debtor has had, and continues to have, negotiations with the insurance adjuster assigned to handle that claim for EMC. This claim either will be resolved amicably and the funds tendered to the named insured and the named co-insured under the Policy or paid into either (i) the registry of the Court or (ii) a joint escrow account, and such proceeds would be able to be disbursed only by Order of the Court.

9.  The Debtor will also need to resolve its rights to these insurance proceeds vis-à-vis the rights of SCK, Inc. ("SCK"), a named co-insured under the Policy. Although SCK has filed its

motion to lift the stay to pursue its rights under the Policy, the Debtor has opposed that motion since its rights to the insurance proceeds under the Policy are more significant than those of SCK.

10. Since the Petition Date, the Debtor has resolved the rights of others named co-insureds previously listed under the Policy so that they are no longer parties in interest and will not have to be made parties to any proceeding to determine the rights to the insurance proceeds under the Policy.

11. The Debtor believes that it is in the best interest of its creditors and parties in interest for the bankruptcy estate to realize the full value for the insurance proceeds and for this Court to determine the rights of the Debtor in the Policy. Although this determination will not necessarily be required in order for the Debtor to formulate its Plan and Disclosure Statement, it will be helpful to further clarify the issues and to determine the time frame within which the dispute is likely to be resolved.

12. Therefore, the Debtor believes that it would be premature and not in the interest of the bankruptcy estate for the Debtor or any other party to file a Plan at this time.

13. The Debtor believes that an extension for an additional 90 days, or until Tuesday, June 2, 2009, would be an appropriate extension under the circumstances. This extension will permit the Debtor to be in a more definitive and informed position to propose an appropriate Plan to its creditors, and still, at the same time, keep this bankruptcy case on a fairly tight schedule.

14. Section 1121(d) provides as follows:

(1) Subject to paragraph (2), on request of a party in interest made within the respective periods specified in subsections (b) and (c) of this section and after notice and a hearing, the court may for cause reduce or increase the 120-day period or the 180-day period referred to in this section.

(2) (A) The 120-day period specified in paragraph (1) may not be extended beyond a date that is 18 months after the date of the order for relief under this chapter.

(B) The 180-day period specified in paragraph (1) may not be extended beyond a date that is 20 months after the date of the order for relief under this chapter.

15. This is the Debtor's first requested extension, and the requested extension is well within the maximum extension permitted by 11 U.S.C. §1121(d)(2).

16. No prejudice will result by granting the Debtors the relief requested herein. Therefore, the Debtors believe that good cause exists under Section 1121(d) for the Court to grant to the Debtors the requested extensions.

**Relief Requested**

17. Section 1121(b) provides for an initial 120-day period after the Petition Date (the "Plan Proposal Period") within which the Debtor has the exclusive right to file a plan or plans in this case. Section 1121(c)(3) further provides for an initial 180-day period after the Petition Date to solicit acceptances on such a plan (the "Solicitation Period"). The Debtor's Plan Proposal Period and the Solicitation Period (collectively, the "Exclusivity Periods") are presently set to expire on March 4, 2009 and May 4, 2009, respectively.

18. By this motion, the Debtor seeks, pursuant to 11 U.S.C. § 1121(d), an order extending (i) the Plan Proposal Period through June 2, 2009 (90 days) and (ii) the Solicitation Period through August 3, 2009 (92 days), without prejudice to the Debtors' right to seek further extensions of the Exclusive Periods.

19. The Debtors request that the Court enter the submitted *interim* order preserving the *status quo* and extending the Exclusivity Periods on an *interim* basis until final disposition of the Motion.

20. Such extensions will allow the Debtor additional necessary time to work toward formulation of its Plan and a successful conclusion of this Chapter 11 case.

WHEREFORE, the Debtor, Warehouse 86, LLC, respectfully requests that this Court enter an Order extending the Exclusivity Periods as set forth above, without prejudice to the Debtors' rights to request further extensions in the future.

This, the 27th day of February, 2009.

> Respectfully submitted,
>
> WAREHOUSE 86, LLC
>
> By: s/Stephen W. Rosenblatt
> Stephen W. Rosenblatt
> One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
Facsimile: 601-985-4500

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via either electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 27th day of February, 2009.

          *s/ Stephen W. Rosenblatt*
          Stephen W. Rosenblatt

Jackson 3721143v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE RIGHT
TO FILE AND OBTAIN CONFIRMATION OF PLAN**

This matter came on for hearing on the *Motion to Extend Debtor's Exclusive Right to File Plan and Obtain Confirmation of Plan* (the "Motion") filed by the Debtor, Warehouse 86, LLC (the "Debtor"). The Court considered the Motion and the Objection and finds and orders as follows:

1. On November 4, 2008 (the "Petition Date"), the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). The Debtor remains in possession of its assets and properties as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. An Official Committee of Unsecured Creditors has been appointed in this case.

2. This Court has jurisdiction over this matter pursuant to 28 U. S. C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (O). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

3. The 120-day period during which only the Debtor may file a plan specified by 11 U.S.C. § 1121(b) was to have expired on March 4, 2009.

4. Good cause exists for an extension of the Debtor's exclusive right to file its Plan under 11 U.S.C. § 1121(d) for 90 days from the original expiration date, which is an appropriate extension under the circumstances.

- 1 -

5.  This is the Debtor's first requested extension, and the requested extension is well within the maximum extension permitted by 11 U.S.C. §1121(d)(2).

IT IS, THEREFORE, ORDERED that the Debtor's *Motion to Extend Exclusive Right to File Plan and Confirm Plan* is granted so that the Debtor is granted a 90-day extension within which it has the exclusive right to file its Chapter 11 Plan, and the 120-day period of 11 U.S.C. § 1121(c)(1) is hereby extended by 90 days from March 4, 2009, or until June 2, 2009.

IT IS FURTHER ORDERED that the time for the Debtor to have its Plan accepted under 11 U.S.C. § 1121(c)(3) also shall be extended by 92 days until August 3, 2009.

Jackson 3721145v.1

- 2 -

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Mon Mar  2 14:33:56 CST 2009 | Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 | Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121-5952 |
| Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 |
| U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | 5 River Bend Pl., LLC<br>5 River Bend Place<br>Ste. D<br>Flowood, MS 39232-7618 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 |
| ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 | ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0002 |
| AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 | Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 | Allied Waste Serv #493<br>P O Box 9001225<br>Louisville, KY 40290-1225 |
| Allied Waste Serv #837<br>P O Box 9001225<br>Louisville, KY 40290-1225 | Allied Waste Serv #868<br>P O Box 9001225<br>Louisville, KY 40290-1225 | American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 |
| American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Internatl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 |
| American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 | Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 | Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 |
| (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN  46514-8642 | Baja Motorsports, LLC<br>4602 E Hammond Lane<br>Phoenix AZ 85034-6411 | Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 |

# Exhibit "B"

| | | |
|---|---|---|
| Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>16706 Edwards Rd.<br>Cerritos, CA 90703-2436 | CH Enterprises<br>4305 Harrison #6-323<br>Ogden, UT 84403-3306 |
| Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 | City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ 85038-9690 |
| City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 | Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 |
| Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 | Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 |
| Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 |
| DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 | Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 |
| Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 | EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 |
| Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 | Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 | FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 |
| Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 | First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 |

Gary E. Veasey, Esq.
780 Ridge Lake Blvd. STE 202
Memphis, TN 38120-9426

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401-3471

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Tax Servs
2204 Walkley Road
Ottawa ON KIA1A8
Canada

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Jon S Musial
Law Office of Jon S Musial
8230 E. Gray Road
Scottsdale AZ 85260-3528

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4501 So Mendenhall Road
Memphis TN 38141

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012-3206

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS  39205-0098

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, U, 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Merchandise Manu. Inc.
P O Box 843
Lakewood CA 90714-0843

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Overstock.com, Inc  
Attn: Edwin W Christensen  
6350 S 3000 East  
Salt Lake City, UT 84121-5952  

Overstock.com, Inc.  
6350 S. 3000 East  
Salt Lake Cit, UT 84121-5952  

Paul St James  
3241 Kinney Drive  
Germantown, TN 38139-8031  

Paul Thomas St. James  
3241 Kinney Drive  
Germantown, TN 38139-8031  

Paul and Joy St James  
3241 Kinney Drive  
Germantown, TN 38139-8031  

Pay Pal  
211 N. 1't Street  
San Jose, CA 95131  

Phusion Software, Inc.  
26300 Ford Rd. #415  
Dearborn Heig, MI 48127-2854  

Phusion Software, Inc.  
26300 Ford Road # 415  
Dearborn Heig, MI 48127-2854  

Porche Financial Serv  
4343 Commercial Ct.  
Ste. 300  
Lisle, IL 60532-3616  

Porsche Financial Services  
c/o King and Spencer  
Post Office Box 123  
Jackson MS 39205-0123  

Questar Gas Company  
Bankruptcy/DNR 244  
P O Box 3194  
Salt Lake City UT 84110-3194  

Questar Gas Company  
P 0 Box 45841  
Salt Lake Cit, UT 84139-0001  

RadioShack Corporation Rent Acct Dept, Ac Su  
P. 0. Box 961090  
Fort Worth, TX 76161-5000  

RadioShack Corporation and SC Kiosks, Inc.  
RadioShack Corporation  
Legal Department  
Attn:  James B. Spisak, Esq.  
300 RadioShack Circle  
Fort Worth, TX 76102-1964  

RainWorx, Inc.  
159 Pearl Street No. 1  
Essex Junction  
Essex Junctio, VT 05452-3038  

(p)PACIFICORP  
CO NATALIE HOCKEN GENERAL COUNSEL  
825 NE MULTNOMAH ST  
STE 2000  
PORTLAND OR 97232-2152  

Rocky Mountain Power  
Attn: Bankruptcy  
P O Box 25308  
Salt Lake City UT 84125-0308  

SC Kiosk, Inc.  
300 RadioShack Circle  
MS CF4-101  
Fort Worth, TX 76102-1964  

SOS Staffing  
P 0 Box 27008  
Salt Lake Cit, UT 84127-0008  

SOS Staffing  
POB 27008  
Salt Lake City UT 84127-0008  

Serv 1st Indust, Tires  
120-B Quinton Ave  
Munford, TN 38058-1700  

Shelby County Clerk  
Business Tax Division  
P O Box 3743  
Memphis, TN  38173-0743  

Soefker Services, LLC  
1568 Panama St  
Memphis, TN 38108-1919  

Sprint  
P 0 Box 660092  
Dallas, TX 75266-0092  

Stuart M Irby  
c/o Richard Montague  
4450 Old Canton Road, Ste 200  
Jackson MS 39211-5991  

Stuart M. Irby  
P.O. Box 1819  
Jackson, MS 39215-1819  

Sunflower County Assessor/Collector  
P O Box 1080  
Indianola, MS 38751-1080  

TWG Innov. Solutions  
f/k/a Aon Innov Solutions  
Attn: VP Operations, Lisa Schizas,  
13922 Denver West Pkwy  
Golden CO 80401-3142  

TWG Innovative Solutions Inc  
c/o William J Sparer, Counsel  
The Warranty Group  
175 West Jackson Blvd  
Chicago IL 60604-2615  

Teleshere Networks Ltd  
9237 E Via de Ventura  
Scottsdale, AZ 85258-3329

| | | |
|---|---|---|
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN  37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 |
| Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 |
| U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 |
| UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 |
| UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 |
| Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 |
| Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL  60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 |
| John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
100 W Capitol St., Ste 504
Jackson MS 39269-0599

MS State Tax Commission
Bankruptcy Section
P O Box 23338
Jackson MS 39225-3338

(d)Mississippi State Tax Commission
P O Box 1033
Jackson, MS 39215-1033

(d)Mississippi State Tax Commission
c/o Heather S Deaton
P O Box 22828
Jackson MS 39225

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)RadioShack Corporation and SC Kiosks, Inc.

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

End of Label Matrix
Mailable recipients    148
Bypassed recipients      2
Total                  150