# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

## *INTERIM* ORDER GRANTING DEBTOR'S MOTION TO EXTEND EXCLUSIVE RIGHT TO FILE AND OBTAIN CONFIRMATION OF PLAN

This matter came before the Court on the *Motion to Extend Debtor's Exclusive Right to File and Obtain Confirmation of Plan* (the "Motion") filed by the Debtor, Warehouse 86, LLC (the "Debtor"). The Court, finds that an *interim* extension is proper to preserve the status quo pending final disposition of the Motion.

IT IS, THEREFORE, ORDERED that an interim extension of the time periods under 11 U.S.C. § 1121 (d) under which the Debtor retains the exclusive right to file a plan of reorganization and to solicit acceptances thereof should be, and hereby is, granted to preserve the *status quo* and the Debtor's exclusivity right until such time as the Court has issued it final ruling on the Motion. This Order and the interim extension granted herein shall expire and cease to exist upon entry of a final Order by this Court disposing of the Motion and issues raised thereby.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: March 2, 2009

Jackson 3723405v.1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 1           Date Rcvd: Mar 02, 2009
Case: 08-03423                Form ID: pdf012            Total Served: 1

The following entities were served by first class mail on Mar 04, 2009.
dbpos        +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2009**                          **Signature:**  _Joseph Speetjens_