**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

                                           **CASE NO. 08-03423ee**

**WAREHOUSE 86, LLC**

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF FILED BY SC KIOSKS & RADIOSHACK (DKT.#93) AND (2) OBJECTION THERETO FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) and the Court having considered the facts herein, finds that the hearing on MARCH 3, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF FILED BY SC KIOSKS & RADIOSHACK (DKT.#93) AND (2) OBJECTION THERETO FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) is hereby continued and reset for **TUESDAY, MAY 26, 2009,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 5 day of March, 2009.

*Edward Ellington*
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**