# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME:    Warehouse 86, LLC

CASE NUMBER:    08-03423-EE          For Period    Dec. 1    to  Dec. 31   ,200  8

---

Mark One Box For Each
Required Report/Document

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.**
The debtor must attach each of the following reports unless the
United States Trustee has waived the requirement in writing.  File original
with Clerk of Court and duplicate with UST with an original signature.

---

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Comparative Balance Sheet (Form 2-B) |
| (x) | ( ) | Profit and Loss Statement (Form 2-C) |
| (x) | ( ) | Cash Receipts & Disbursements Statement (Form 2-D) |
| (x) | ( ) | Supporting Schedules (Form 2-E) |
| (x) | ( ) | Narrative (Form 2-F) |
| (x) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

---

**I declare under penalty of perjury that the following Monthly Financial Report and any
attachments thereto, are true and correct to the best of my knowledge and belief.**

Executed on:    March 10, 2009          Debtor(s)*:    Warehouse 86, LLC

By:**

Position:    Chief Financial Officer

Name of Preparer: Ernest K. Strahan, III
Telephone No.
of Preparer:    901-628-8545

*both debtors must sign if a joint petition
**for corporate or partnership debtor

FORM 2-A

CASE NAME: __Warehouse 86, LLC__

CASE NUMBER: __08-03423-EE__

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month Nov-08 | Month Dec-08 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | | |
| Cash | 89,361 | 160,626 | 241,228 | | | | | |
| Accounts Receivable, Net | 152,270 | 121,206 | 2,704 | | | | | |
| Inventory, at lower of cost or market | 73,633 | 163,361 | 0 | | | | | |
| Prepaid expenses & deposits | 103,702 | 103,702 | 77,502 | | | | | |
| Other | | | | | | | | |
| **TOTAL CURRENT ASSETS** | 418,966 | 548,895 | 321,434 | 0 | 0 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIPMENT** | 2,178,073 | 2,178,073 | 0 | | | | | |
| Less accumulated depreciation | -1,124,978 | -1,148,876 | 0 | | | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 1,053,096 | 1,029,197 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | | |
| Interests in incorporated businesses | 6,573 | 7,414 | 3,095 | | | | | |
| Insurance claim from tornado & fire, | | | | | | | | |
| registered name, customer lists | | | | | | | | |
| (unknown) | | | | | | | | |
| **TOTAL OTHER ASSETS** | 6,573 | 7,414 | 3,095 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | 1,478,634 | 1,585,506 | 324,529 | 0 | 0 | 0 | 0 | 0 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

CASE NAME:  Warehouse 86, LLC

CASE NUMBER:  08-03423-EE

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 11/04/08 | Month Nov-08 | Month Dec-08 | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES \*\*\*** | | | | | | | | |
| Taxes Payable (FORM 2-E, P. 1 of 3) | | 888 | 1,096 | | | | | |
| Accounts Payable (FORM 2-E, P. 1 of 3) | - | 42,870 | 20,791 | | | | | |
| Other - DIP Loan | | 250,703 | - | | | | | |
| TOTAL POST-PETITION LIABILITIES | - | 294,461 | 21,887 | - | - | - | - | - |
| **PRE-PETITION LIABILITIES \*\*\*** | | | | | | | | |
| Notes Payable-Secured | 1,264,902 | 1,264,902 | 3,732 | | | | | |
| Priority Debt | 9,000 | 9,000 | 9,000 | | | | | |
| Priority Debt-Unsecured | 19,000 | 19,000 | 19,000 | | | | | |
| Unsecured Debt\*\* | 2,562,082 | 2,522,783 | 2,516,171 | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,854,984 | 3,815,685 | 2,547,903 | | | | | |
| **TOTAL LIABILITIES** | 3,854,984 | 4,110,146 | 2,569,790 | - | - | - | - | - |
| **EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| PAID-IN CAPITAL | | | | | | | | |
| RETAINED EARNINGS | | | | | | | | |
| Through Filing Date | (2,376,350) | (2,376,350) | (2,376,350) | | | | | |
| Post Filing Date | | (148,290) | 131,089 | | | | | |
| TOTAL EQUITY (NET WORTH) | (2,376,350) | (2,524,640) | (2,245,261) | - | - | - | - | - |
| TOTAL LIABILITIES & EQUITY | 1,478,634 | 1,585,506 | 324,529 | - | - | - | - | - |

\*\*Reflects payment of utility charges and insurance premiums pursuant to court order
\*\*\*Reflects updated November pre and post-petition liability balances due to final reconciliation.

CASE NAME:     Warehouse 86, LLC

CASE NUMBER:   08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month<br>11/4-11/30/08 | Month<br>Dec-08 | Month<br>Jan-09 | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **NET REVENUE** | 112,361 | 270,952 | | | | | |
| <u>COST OF GOODS SOLD</u>: | | | | | | | |
| Material | 33,175 | 213,689 | | | | | |
| Labor-Direct | 43,033 | 28,043 | | | | | |
| Overhead | 15,866 | 74,502 | | | | | |
| TOTAL COST OF GOODS SOLD | 92,074 | 316,234 | - | - | - | - | - |
| **GROSS PROFIT** | 20,287 | (45,282) | - | - | - | - | - |
| <u>OPERATING EXPENSES</u> | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administration (Rents, | 146,946 | 51,881 | | | | | |
| utilities, salaries, etc.) | | | | | | | |
| Other | | | | | | | |
| TOTAL OPERATING EXPENSES | 146,946 | 51,881 | - | - | - | - | - |
| <u>INTEREST EXPENSE</u> | 703 | 986 | | | | | |
| **INCOME BEFORE DEPRECIATION OR TAXES** | (127,362) | (98,149) | - | - | - | - | - |
| DEPRECIATION OR AMORTIZATION: | 23,898 | 7,436 | | | | | |
| <u>OTHER INCOME</u> | | 529,079 | | | | | |
| <u>GAIN/LOSS ON DISPOSAL OF FIXED ASSETS</u> | | 126,097 | | | | | |
| **NET INCOME (LOSS)** | (151,260) | 297,397 | - | - | - | - | - |

*Requires explanation in NARRATIVE (FORM 2-F).

FORM 2-C

CASE NAME:  Warehouse 86, LLC          CASE NUMBER:  08-03423-EE

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period Dec. 1          to  Dec. 31          ,200  8

CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | 160,626 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | 501,363 | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | 420,760 | |
| 4. | Net Cash Flow | | $80,603 |
| 5. | Ending Cash Balance (to FORM 2-B) | | $241,229 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Operating Account | $ 3,183 | Bank of America-3903 |
| 2. | Operating Account | $ 104,205 | Bank of America-9451 |
| 3. | Payroll Account | $ 15,467 | Bank of America-5429 |
| 4. | Sales Account | $ - | PayPal |
| 5. | Sales Account | $ - | PayPal Alt |
| 6. | Sweep Account | $ 18,374 | Bank of America |
| 7. | Operating Account | $ 100,000 | Bank of America-DIP |
| 8. | Petty Cash | $ | |
| | TOTAL (must agree with line 5 above) | 241,229 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid          $   627,419**

*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

**NOTE: This amout represents repayment of the DIP loan in the amount of $390,350.38.  These funds were never distributed to the company's bank accounts.

CASE NAME:   Warehouse 86, LLC                    CASE NUMBER:   08-03423-EE

## QUARTERLY FEE SUMMARY

### MONTH ENDED DECEMBER 2008

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ _____ | | | |
| February | $ _____ | | | |
| March | $ _____ | | | |
| Total 1st Quarter | $ _____ 0 | $ _____ | _____ | _____ |
| April | $ _____ | | | |
| May | $ _____ | | | |
| June | $ _____ | | | |
| Total 2nd Quarter | $ _____ 0 | $ _____ | _____ | _____ |
| July | $ _____ | | | |
| August | $ _____ | | | |
| September | $ _____ | | | |
| Total 3rd Quarter | $ _____ 0 | _____ | _____ | _____ |
| October | $ _____ | | | |
| November | $ 320,968 | | | |
| December | $ 627,419 | | | |
| Total 4th Quarter | $ 948,387 | $ _____ | _____ | _____ |

### Fee Schedule

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $14,999.00 | $325 |
| $15,000-$74,999.99 | $650 |
| $75,000-$149,999.99 | $975 |
| $150,000-$224,999.99 | $1,625 |
| $225,000-$299,999.99 | $1,950 |
| $300,000-$999,999.99 | $4,875 |
| $1,000,000-$1,999,999.99 | $6,500 |
| $2,000,000-$2,999,999.99 | $9,750 |
| $3,000,000-$4,999,999.99 | $10,400 |
| $5,000,000 and above | $13,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
*Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4

CASE NAME:      Warehouse 86, LLC

CASE NUMBER:    08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period    Dec. 1   to  Dec. 31  ,200 8

Account Name:  Bank of America-Operating    Account Number:   004671833903

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 12/01/08 | Sales - Amex | $105.12 |
| 12/01/08 | Receivables Sales Entry | $184.60 |
| 12/01/08 | Receivables Sales Entry | $375.05 |
| 12/01/08 | Paypal Sales | $2,200.00 |
| 12/01/08 | Sales - Cardservice | $3,033.71 |
| 12/01/08 | Payables Trx Entry | $3,412.09 |
| 12/01/08 | Bank Transfer Entry | $21,017.36 |
| 12/02/08 | Receivables Sales Entry | $30.00 |
| 12/02/08 | Sales - Amex | $43.75 |
| 12/02/08 | Receivables Sales Entry | $211.25 |
| 12/02/08 | Receivables Sales Entry | $333.75 |
| 12/02/08 | Receivables Sales Entry | $522.50 |
| 12/02/08 | Sales - Cardservice | $642.30 |
| 12/02/08 | Sales - Cardservice | $1,230.17 |
| 12/02/08 | Sales - Cardservice | $2,652.05 |
| 12/02/08 | Paypal Sales | $6,800.00 |
| 12/03/08 | Sales - Cardservice | $1,227.16 |
| 12/03/08 | Sales - Amex | $2,034.80 |
| 12/03/08 | Paypal Sales | $10,100.00 |
| 12/04/08 | Sales - Amex | $150.92 |
| 12/04/08 | Sales - Cardservice | $1,674.13 |
| 12/04/08 | Paypal Sales | $10,700.00 |
| 12/05/08 | PayPal Sales | $4,700.00 |
| 12/06/08 | Sales - Cardservice | $1,158.48 |
| 12/06/08 | Paypal Sales | $2,100.00 |
| 12/07/08 | Sales - Cardservice | $858.04 |
| 12/07/08 | Paypal Sales | $1,900.00 |
| 12/08/08 | Sales - Cardservice | $113.57 |
| 12/08/08 | Sales - Amex | $653.27 |

Bank of America 3903 Receivables
Page Two

| | | |
|---|---|---|
| 12/08/08 | UT Reimbursement-Unemployment | $698.63 |
| 12/08/08 | Paypal Sales | $3,300.00 |
| 12/09/08 | Sales - Cardservice | $655.18 |
| 12/09/08 | Paypal Sales | $4,500.00 |
| 12/10/08 | Sales - Amex | $103.19 |
| 12/10/08 | Sales - Amex | $257.55 |
| 12/10/08 | Sales - Cardservice | $1,081.82 |
| 12/10/08 | Sales - Cardservice | $1,451.61 |
| 12/10/08 | Paypal Sales | $3,100.00 |
| 12/10/08 | Paypal Sales | $9,900.00 |
| 12/11/08 | Sales - Amex | $466.80 |
| 12/31/08 | Bank Transaction Entry | $2.76 |

Total Cash Receipts     $105,681.61

FORM 2-D
Page 3a of 4

CASE NAME:            Warehouse 86, LLC

CASE NUMBER:         08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period      Dec. 1    to   Dec. 31   ,200 8

Account Name:   Bank of America-Operating    Account Number:   004654959451

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 12/01/08 | FedEx | $137.68 |
| 12/02/08 | Bank Transfer Entry | $22,000.00 |
| 12/03/08 | Paypal VIP Sales | $2,500.00 |
| 12/04/08 | Bank Transfer Entry | $18,000.00 |
| 12/05/08 | DIP Loan Draw | $139,000.00 |
| 12/10/08 | Cambridge Transportation | $4.00 |
| 12/10/08 | Paypal Alt Sales | $2,500.00 |
| 12/19/08 | Bank Transfer Entry | $40,000.00 |

Total Cash Receipts        $    224,141.68

FORM 2-D
Page 3b of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        Dec. 1 ___ to ___ Dec. 31 ___ ,200 8

Account Name:   Bank of America-Payroll        Account Number:   004681035429

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|---------------------|--------|
| 12/08/08 | ADP Inc | $30.01 |
| 12/29/08 | ADP Inc | $18.10 |

Total Cash Receipts _____ $48.11

FORM 2-D
Page 3c of 4

CASE NAME:              Warehouse 86, LLC

CASE NUMBER:            08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period     Dec. 1    to    Dec. 31    ,200 8

Account Name:    Bank of America-Sweep        Account Number:

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 12/31/08 | Transfer To: BOA-SWEEP | 18,373.76 |

Total Cash Receipts      $    18,373.76

FORM 2-D
Page 3d of 4

CASE NAME:     Warehouse 86, LLC

CASE NUMBER:     08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period    Dec. 1   to   Dec. 31   ,200 8

Account Name:   PayPal      Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | Sales                | 52,267.00 |

Total Cash Receipts    $    52,267

FORM 2-D
Page 3e of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        Dec. 1    to    Dec. 31    ,200  8

Account Name:    PayPal Alternate              Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | Sales                | 850.00 |

Total Cash Receipts        $        850

FORM 2-D
Page 3f of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        Dec. 1    to   Dec. 31    ,200  8

Account Name:     Bank of America-DIP         Account Number:

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 12/10/08 | | 100,000.00 |

Total Cash Receipts        $   100,000.00

FORM 2-D
Page 3g of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period____ Dec. 1 __ to __ Dec. 31 _____ ,200 8 _____

Account Name: Bank of America-Operating Account _____ Account Number:    004671833903

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/01/08 | | Sales - Cardservice | Bank Charge | $1.98 |
| 12/01/08 | | Sales - Cardservice | Bank Charge | $492.32 |
| 12/02/08 | | Bank Transfer Entry | Transfer | $22,000.00 |
| 12/04/08 | | Bank Transfer Entry | Transfer | $18,000.00 |
| 12/09/08 | | Sales - Amex | Bank Charge | $679.23 |
| 12/10/08 | | Sales - Cardservice | Bank Charge | $532.02 |
| 12/19/08 | | Bank Transfer Entry | Transfer | $40,000.00 |
| 12/31/08 | | Bank Transaction Entry | Bank Charge | $1.14 |
| 12/31/08 | | Bank Transaction Entry | Bank Charge | $230.90 |
| 12/31/08 | | Bank Transfer Entry | Transfer | $18,373.76 |
| 12/31/08 | | Bank of America | Bank Charge | $241.20 |

Total Cash Disbursements   $100,552.55

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4a of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Dec. 1 ___ to ___ Dec. 31 _____ ,200  8 _____

Account Name:   Bank of America-Operating Account _____ Account Number:  004654959451 _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/01/08 | | Mercantila, LLC | Purchases-Resale | $193.79 |
| 12/01/08 | | Computer Resources, Inc. | Professional Fees-Accounting | $456.94 |
| 12/01/08 | | BrandsonSale | Purchases-Resale | $516.78 |
| 12/01/08 | | First Insurance Funding C | Insurance | $1,056.42 |
| 12/01/08 | | Travelers | Insurance | $1,522.00 |
| 12/01/08 | | Memphis Light, Gas & Wate | Utilities | $1,865.54 |
| 12/01/08 | | CH Robinson Worldwide, In | Freight | $2,975.00 |
| 12/01/08 | | Memphis Light, Gas & Wate | Utilities | $4,389.94 |
| 12/01/08 | | Global Crossing Telecommu | Broadband | $6,616.57 |
| 12/02/08 | | American Merchandise Liqu | Purchases-Resale | $10,452.80 |
| 12/03/08 | | Apple Box Studios | Marketing | $262.50 |
| 12/03/08 | | 5 River Bend Place | Rent | $294.00 |
| 12/03/08 | | Joseph King | Expenses | $707.48 |
| 12/03/08 | | CH Robinson Worldwide, In | Freight | $2,625.00 |
| 12/03/08 | | Phusion Software Inc | Sub Contractor Fees | $3,442.50 |
| 12/03/08 | | Jacobs Trading Company | Purchases-Resale | $10,345.00 |
| 12/03/08 | | American Merchandise Liqu | Purchases-Resale | $10,630.00 |
| 12/04/08 | | American Merchandise Liqu | Purchases-Resale | $14,889.56 |
| 12/04/08 | | Joy St James | Guaranteed Payments | $16,000.00 |
| 12/04/08 | | Paul St James | Guaranteed Payments | $16,000.00 |
| 12/04/08 | | Ernest K. Strahan, III | Guaranteed Payments | $16,000.00 |
| 12/05/08 | | Kenneth R Sample | Expenses | $472.77 |
| 12/08/08 | | Audiovox | Purchases-Consign | $372.99 |
| 12/09/08 | | Sunflower County Tax Coll | Property Taxes | $528.09 |
| 12/09/08 | | City Clerk - Indianola, M | Property Taxes | $793.79 |
| 12/10/08 | | Caboodles | Purchases-Resale | $12.80 |
| 12/10/08 | | Kenneth R Sample | Expenses | $77.52 |
| 12/10/08 | | Paul St James | Expenses | $1,572.52 |
| 12/11/08 | | Lisa P. McDaniel | Expenses | $18.14 |
| 12/11/08 | | Audiovox | Purchases-Consign | $97.68 |
| 12/11/08 | | Waste Connections of TN, | Waste | $150.00 |
| 12/11/08 | | Mercantila, LLC | Purchases-Consign | $158.99 |
| 12/11/08 | | AT&T - 3640 | Telephone | $165.97 |

Bank of America 9451 Disbursements
Page Two

| Date | Payee | Category | Amount |
|------|-------|----------|-------:|
| 12/11/08 | Boxes, Boxes, Boxes | Supplies | $654.34 |
| 12/11/08 | DJW Enterprizes, Inc. | Sub Contractor Fees | $1,200.00 |
| 12/12/08 | Complex Industries | Purchases-Consign | $31.59 |
| 12/12/08 | Transgroup Worldwide Logi | Freight | $46,776.53 |
| 12/16/08 | Alicia Griffith | Sub Contractor Fees | $30.00 |
| 12/16/08 | Mike Skinner | Sub Contractor Fees | $75.00 |
| 12/18/08 | Telesphere | Broadband | $3,404.49 |
| 12/19/08 | Joseph King | Expenses | $399.00 |
| 12/19/08 | AON 70 | Purchases-Resale | $2,999.65 |
| 12/19/08 | CH Robinson Worldwide, In | Freight | $7,275.00 |
| 12/26/08 | AIG | Insurance | $4,817.00 |
| 12/28/08 | Ernest K. Strahan, III | Expenses | $50.57 |
| 12/31/08 | Bank of America | Bank Service Charge | $190.62 |

|  |  | Total Cash Disbursements | $   193,566.87 |

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

CASE NAME:              Warehouse 86, LLC

CASE NUMBER:            08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Dec. 1 ___ to ___ Dec. 31 _____ ,200  8 _____

Account Name:   Bank of America-Payroll Account _____   Account Number:  004681035429 _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/02/08 | | Phoenix City Treasurer | Sales Tax | $124.14 |
| 12/02/08 | | TN - Dept of Revenue-Sls | Sales Tax | $188.00 |
| 12/02/08 | | Arizona Department of Rev | Sales Tax | $391.04 |
| 12/05/08 | | ADP Inc | Payroll | $126.14 |
| 12/05/08 | | ADP Inc | Payroll | $170.38 |
| 12/05/08 | | ADP Inc | Payroll | $2,967.03 |
| 12/05/08 | | ADP Inc | Payroll | $11,295.13 |
| 12/07/08 | | ADP Inc | Payroll | $105.14 |
| 12/10/08 | | ADP Inc | Payroll | $816.71 |
| 12/12/08 | | ADP Inc | Payroll | $170.38 |
| 12/12/08 | | ADP Inc | Payroll | $3,139.84 |
| 12/12/08 | | ADP Inc | Payroll | $11,783.88 |
| 12/19/08 | | ADP Inc | Payroll | $203.34 |
| 12/19/08 | | ADP Inc | Payroll | $1,771.06 |
| 12/19/08 | | ADP Inc | Payroll | $7,887.54 |
| * 12/31/08 | | Mississippi State Tax Com | Sales Tax | $167.00 |
| 12/31/08 | | Bank of America | Bank Service Charge | $17.26 |

Total Cash Disbursements        $    41,324.01

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4c of 4

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Dec. 1 ___ to ___ Dec. 31 _____ ,200 8 _____

Account Name:    Bank of America-Sweep Account _____  Account Number: _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/1/2008 | | Bank Transfer Entry | | $21,017.36 |

Total Cash Disbursements        $    21,017.36

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4d of 4

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Dec. 1 ___ to ___ Dec. 31 _____ ,200 8 _____

Account Name:  PayPal _____    Account Number: _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/01/2008 | | Transfer to BOA 3903 | Sales | $2,200.00 |
| 12/02/2008 | | Transfer to BOA 3903 | Sales | $6,800.00 |
| 12/03/2008 | | Transfer to BOA 3903 | Sales | $10,100.00 |
| 12/04/2008 | | Transfer to BOA 3903 | Sales | $10,700.00 |
| 12/05/2008 | | Transfer to BOA 3903 | Sales | $4,700.00 |
| 12/06/2008 | | Transfer to BOA 3903 | Sales | $2,100.00 |
| 12/07/2008 | | Transfer to BOA 3903 | Sales | $1,900.00 |
| 12/08/2008 | | Transfer to BOA 3903 | Sales | $3,300.00 |
| 12/09/2008 | | Transfer to BOA 3903 | Sales | $4,500.00 |
| 12/10/2008 | | Transfer to BOA 3903 | Sales | $13,000.00 |

Total Cash Disbursements      $59,300.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4e of 4

CASE NAME:          Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ Dec. 1 ___ to ___ Dec. 31 _____ ,200 8 _____

Account Name:  PayPal Alternate _____  Account Number: _____

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 12/03/2008 | | Transfer to BOA 9451 | | 2,500.00 |
| 12/10/2008 | | Transfer to BOA 9451 | | 2,500.00 |

Total Cash Disbursements     $   5,000.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4f of 4