CASE NAME: Warehouse 86, LLC   CASE NUMB 08-03423-EE

## SUPPORTING SCHEDULES

For Period   Dec. 1   to   Dec. 31   2008

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| SALES TAX | 12/31/08 | 1/20/09 | $1,096.19 | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| BrandsonSale | 12/31/08 | 1/15/09 | $314.27 | | | |
| First Insurance | 12/25/08 | 1/7/09 | $1,056.42 | | | |
| Memphis Light & Gas | 12/30/08 | 1/15/09 | $623.05 | | | |
| Memphis Light & Gas | 12/30/08 | 1/15/09 | $2,837.27 | | | |
| Merchandise Manu., Inc. | 12/31/08 | 1/15/09 | $41.98 | | | |
| Transgroup Worldwide | 12/31/08 | 1/15/09 | $3,405.65 | | | |
| Transgroup Worldwide | 12/5/08 | 2/12/09 | $2,426.99 | | | |
| Transgroup Worldwide | 12/6/08 | 2/12/09 | $686.99 | | | |
| Transgroup Worldwide | 12/4/08 | 2/13/09 | $3,194.16 | | | |
| Transgroup Worldwide | 12/9/08 | 2/12/09 | $2,301.74 | | | |
| Transgroup Worldwide | 12/8/08 | 2/12/09 | $2,016.94 | | | |
| Transgroup Worldwide | 12/1/08 | 2/12/09 | $1,885.75 | | | |
| TOTALS | | | $21,887.40 | $0 | $0 | $0 |

FORM 2-E
Page 1 of 3

CASE NAME: Warehouse 86, LLC     CASE NUMBER: 08-03423-EE

## SUPPORTING SCHEDULES

For Period   Dec. 1   to   Dec. 31   ,2008

### ACCOUNTS RECEIVABLE AGING REPORT

| ACOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

CASE NAME:  Warehouse 86, LLC  CASE NUMBER: 08-03423-EE

## SUPPORTING SCHEDULES

For Period Dec. 1 to Dec. 31, 2008

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | New Hampshire Insurance<br>Marchetti Robertson & Brickell | 500,000 | 11/13/09 | Yes |
| General Liability | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Property (Fire, Theft) | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Vehicle | General Insurance Co. of America<br>Marchetti Robertson & Brickell | 1,000,000 | 4/29/09 | Yes |
| Other (list):<br>  Excess/Umbrella | National Union Fire Ins. Co.<br>Marchetti Robertson & Brickell | 3,000,000 | 7/11/09 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME:     Warehouse 86, LLC     CASE NUMBER:   08-03423-EE

## NARRATIVE STATEMENT

For Period Dec. 1     to     Dec. 31 , 2008

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 6
Statement Period
12/01/08 through 12/31/08
E0   P  PC   0C 43          0053187
Enclosures 0
Account Number   0046 7183 3903

*Business Banking*

02333 001 SCM999 I 23  0

BARGAINLAND
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to **18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

### Customer Service Information
www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

---

**Payroll shouldn't cost you thousands.**

For as little as $15 a month, Easy Online Payroll(R) is a full service payroll solution. Plus, Easy Online Payroll guarantees your payroll will be processed 100% accurately. Enroll in Easy Online Payroll today and get your first 3 months absolutely free. To learn more, visit www.bankofamerica.com/business.

BARGAINLAND

Page 2 of 6
Statement Period
12/01/08 through 12/31/08
E0  P PC  0C 43
Enclosures 0
Account Number  0046 7183 3903

## Deposit Accounts

## Full Analysis Business Checking

### BARGAINLAND

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 7183 3903 | Statement Beginning Balance | $0.00 |
| Statement Period | 12/01/08 through 12/31/08 | Amount of Deposits/Credits | $722,838.67 |
| Number of Deposits/Credits | 61 | Amount of Withdrawals/Debits | $722,838.67 |
| Number of Withdrawals/Debits | 31 | Statement Ending Balance | $0.00 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $356.90 |
| | | Service Charge | $241.20 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/01 | | 8,600.00 | Paypal        Des:Transfer   ID:4D9J23Gnubvfg Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902536006990477 |
| 12/01 | | 3,900.00 | Paypal        Des:Transfer   ID:4D9J23Glhx4B6 Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902536004341270 |
| 12/01 | | 2,779.13 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902536004346629 |
| 12/01 | | 1,135.29 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902536006996136 |
| 12/01 | | 973.72 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902536004482408 |
| 12/01 | | 343.99 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345  Co ID:1134992250 Ccd | 902533013172838 |
| 12/01 | | 105.12 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345  Co ID:1134992250 Ccd | 902536004686661 |
| 12/01 | | 21,017.36 | Sweep-Principal Credit | 933012010000142 |
| 12/01 | | 3.12 | Sweep-Dividends Credit | 933012010000335 |
| 12/02 | | 2,200.00 | Paypal        Des:Transfer   ID:4D9J23Gq3Hv38 Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902537002172519 |
| 12/02 | | 1,230.17 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902537002177709 |
| 12/02 | | 18,857.73 | Sweep-Principal Credit | 933012020000143 |
| 12/03 | | 6,800.00 | Paypal        Des:Transfer   ID:4D9J23Gs7Ej5E Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902538006704945 |
| 12/03 | | 642.30 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902538006709235 |
| 12/03 | | 287.90 | Sweep-Principal Credit | 933012030000143 |
| 12/04 | | 10,100.00 | Paypal        Des:Transfer   ID:4D9J23Gty3A9Q Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902539001431103 |
| 12/04 | | 2,652.05 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland         Co ID:7592126793 Ccd | 902539001435595 |
| 12/04 | | 43.75 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345  Co ID:1134992250 Ccd | 902538008855624 |
| 12/04 | | 7,730.20 | Sweep-Principal Credit | 933012040000143 |

BARGAINLAND

Page 3 of 6
Statement Period
12/01/08 through 12/31/08
E0  P  PC  0C 43          0053189
Enclosures 0
Account Number  0046 7183 3903

## Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/05 | | 10,700.00 | Paypal           Des:Transfer   ID:4D9J23Gvlkqga Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902540005446310 |
| 12/05 | | 3,033.71 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902540005450839 |
| 12/05 | | 2,034.80 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902539003761242 |
| 12/05 | | 2,526.00 | Sweep-Principal Credit | 933012050000140 |
| 12/08 | | 4,700.00 | Paypal           Des:Transfer   ID:4D9J23Gx4Zbma Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902543009891362 |
| 12/08 | | 2,100.00 | Paypal           Des:Transfer   ID:4D9J23Gynvx3L Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902543010087941 |
| 12/08 | | 1,900.00 | Paypal           Des:Transfer   ID:4D9J23Gzug6Qq Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902543011247850 |
| 12/08 | | 1,674.13 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902543010091379 |
| 12/08 | | 1,227.16 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902543009894855 |
| 12/08 | | 1,158.48 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902543011252447 |
| 12/08 | | 653.27 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902543010400408 |
| 12/08 | | 150.92 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902540007431391 |
| 12/08 | | 17,800.21 | Sweep-Principal Credit | 933012080000141 |
| 12/09 | | 3,300.00 | Paypal           Des:Transfer   ID:4D9J23H2Y4Dgq Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902544005423379 |
| 12/09 | | 858.04 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902544005428677 |
| 12/09 | | 31,364.17 | Sweep-Principal Credit | 933012090000139 |
| 12/10 | | 4,500.00 | Paypal           Des:Transfer   ID:4D9J23H4UT99Y Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902545009080433 |
| 12/10 | | 257.55 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902544007292863 |
| 12/10 | | 113.57 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902545009084994 |
| 12/10 | | 35,522.21 | Sweep-Principal Credit | 933012100000136 |
| 12/11 | | 3,100.00 | Paypal           Des:Transfer   ID:4D9J23H6Mv3Ea Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902545013620899 |
| 12/11 | | 655.18 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902545013625389 |
| 12/11 | | 40,393.33 | Sweep-Principal Credit | 933012110000141 |
| 12/12 | | 9,900.00 | Paypal           Des:Transfer   ID:4D9J23H83Rqcl Indn:Bargaintown Liquidatio  Co ID:Paypalsd11 Ppd | 902547007714539 |
| 12/12 | | 1,081.82 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902547007718638 |
| 12/12 | | 44,148.51 | Sweep-Principal Credit | 933012120000140 |
| 12/15 | | 1,451.61 | Merchant Bankcd  Des:Deposit    ID:267776975885 Indn:Bargainland             Co ID:7592126793 Ccd | 902550002494384 |
| 12/15 | | 466.80 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902550002858725 |
| 12/15 | | 103.19 | American Express Des:Settlement ID:5020137345 Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902547010170393 |
| 12/15 | | 54,451.10 | Sweep-Principal Credit | 933012150000140 |
| 12/16 | | 55,699.48 | Sweep-Principal Credit | 933012160000139 |
| 12/17 | | 2,674.28 | Deposit | 813003720395016 |

H

BARGAINLAND

Page 4 of 6
Statement Period
12/01/08 through 12/31/08
E0   P  PC   0C 43
Enclosures 0
Account Number   0046 7183 3903

## Deposits and Credits - Continued

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/17 | | 55,699.48 | Sweep-Principal Credit | 933012170000139 |
| 12/18 | | 55,699.76 | Sweep-Principal Credit | 933012180000138 |
| 12/19 | | 55,699.76 | Sweep-Principal Credit | 933012190000142 |
| 12/22 | | 16,504.76 | Sweep-Principal Credit | 933012220000136 |
| 12/23 | | 18,264.76 | Sweep-Principal Credit | 933012230000138 |
| 12/24 | | 18,373.76 | Sweep-Principal Credit | 933012240000137 |
| 12/26 | | 18,373.76 | Sweep-Principal Credit | 933012260000139 |
| 12/29 | | 18,373.76 | Sweep-Principal Credit | 933012290000137 |
| 12/30 | | 18,373.76 | Sweep-Principal Credit | 933012300000133 |
| 12/31 | | 18,373.76 | Sweep-Principal Credit | 933012310000133 |

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/01 | | 20,000.00 | Online Banking transfer to Chk 9451 Confirmation# 8097974754 | 957312017503113 |
| 12/01 | | 18,857.73 | Sweep Debit | |
| 12/02 | | 22,000.00 | Online Banking transfer to Chk 9451 Confirmation# 8255390388 | 957312027547120 |
| 12/02 | | 287.90 | Sweep Debit | |
| 12/03 | | 7,730.20 | Sweep Debit | |
| 12/04 | | 18,000.00 | Online Banking transfer to Chk 9451 Confirmation# 8416874284 | 957212047530283 |
| 12/04 | | 2,526.00 | Sweep Debit | |
| 12/05 | | 492.32 | Merchant Bankcd  Des:Fee        ID:267776975885  Indn:Bargainland         Co ID:7592126793 Ccd | 902540005451498 |
| 12/05 | | 1.98 | Merchant Bankcd  Des:Interchng  ID:267776975885  Indn:Bargainland         Co ID:7592126793 Ccd | 902540005450570 |
| 12/05 | | 17,800.21 | Sweep Debit | |
| 12/08 | | 31,364.17 | Sweep Debit | |
| 12/09 | | 35,522.21 | Sweep Debit | |
| 12/10 | | 40,393.33 | Sweep Debit | |
| 12/11 | | 44,148.51 | Sweep Debit | |
| 12/12 | | 679.23 | American Express Des:Collection ID:5020137345  Indn:Bargain Land5020137345   Co ID:1134992250 Ccd | 902546005707937 |
| 12/12 | | 54,451.10 | Sweep Debit | |
| 12/15 | | 532.02 | Merchant Bankcd  Des:Deposit    ID:267776975885  Indn:Bargainland         Co ID:7592126793 Ccd | 902550002674563 |
| 12/15 | | 241.20 | 11/08 Acct Analysis Fee | 940312150000001 |
| 12/15 | | 55,699.48 | Sweep Debit | |
| 12/16 | | 55,699.48 | Sweep Debit | |
| 12/17 | | 55,699.76 | Sweep Debit | |
| 12/18 | | 55,699.76 | Sweep Debit | |
| 12/19 | | 40,000.00 | Online Banking transfer to Chk 9451 Confirmation# 9732549379 | 957112197568606 |
| 12/19 | | 16,504.76 | Sweep Debit | |
| 12/22 | | 18,264.76 | Sweep Debit | |
| 12/23 | | 18,373.76 | Sweep Debit | |
| 12/24 | | 18,373.76 | Sweep Debit | |
| 12/26 | | 18,373.76 | Sweep Debit | |

H

BARGAINLAND

Page 5 of 6
Statement Period
12/01/08 through 12/31/08
E0   P PC   0C 43
Enclosures 0
Account Number  0046 7183 3903

0053191

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/29 | | 18,373.76 | Sweep Debit | |
| 12/30 | | 18,373.76 | Sweep Debit | |
| 12/31 | | 18,373.76 | Sweep Debit | |

## Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|
| 12/17 | 2,674.00 | 12/22 | 109.00 |
| 12/19 | 1,869.00 | 12/23 | 0.00 |

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 5
Statement Period
12/01/08 through 12/31/08
E0  P PC  0C 43           0110307
Enclosures 44
Account Number  0046 5495 9451

*Business Banking*

02333 001 SCM999 I 23  0

WAREHOUSE 86, LLC
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more. With Online Banking you can also view up to 18 months of this statement online. Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Payroll shouldn't cost you thousands.**

For as little as $15 a month, Easy Online Payroll(R) is a full service payroll solution. Plus, Easy Online Payroll guarantees your payroll will be processed 100% accurately. Enroll in Easy Online Payroll today and get your first 3 months absolutely free. To learn more, visit www.bankofamerica.com/business.

WAREHOUSE 86, LLC

Page 2 of 5
Statement Period
12/01/08 through 12/31/08
E0   P  PC   0C  43
Enclosures 44
Account Number   0046 5495 9451

## Deposit Accounts

## Full Analysis Business Checking

WAREHOUSE 86, LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 5495 9451 | Statement Beginning Balance | $67,539.89 |
| Statement Period | 12/01/08 through 12/31/08 | Amount of Deposits/Credits | $244,000.00 |
| Number of Deposits/Credits | 7 | Amount of Withdrawals/Debits | $198,977.41 |
| Number of Withdrawals/Debits | 50 | Statement Ending Balance | $112,562.48 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $132,997.43 |
| | | Service Charge | $190.62 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/01 | | 20,000.00 | Online Banking transfer from Chk 3903 Confirmation# 8097974754 | 957312017503114 |
| 12/02 | | 22,000.00 | Online Banking transfer from Chk 3903 Confirmation# 8255390388 | 957312027547121 |
| 12/04 | | 18,000.00 | Online Banking transfer from Chk 3903 Confirmation# 8416874284 | 957212047530284 |
| 12/05 | | 139,000.00 | Wire Type:Wire IN Date: 081205 Time:1317 Et Trn:2008120500178782 Seq:2523900340Jo/292451 Orig:Ken May Snd Bk:Jpmorgan Chase Bank, N.A. ID:0002 Pmt Det:Cap Of 08/12/05 | 903712050178782 |
| 12/08 | | 2,500.00 | Paypal         Des:Transfer    ID:5F8223Gv3UIg6 Indn:Bargain              Co ID:Paypalsd11 Ppd | 902543009891297 |
| 12/15 | | 2,500.00 | Paypal         Des:Transfer    ID:5F8223H83Jhg2 Indn:Bargain              Co ID:Paypalsd11 Ppd | 902550002490251 |
| 12/19 | | 40,000.00 | Online Banking transfer from Chk 3903 Confirmation# 9732549379 | 957112197568607 |

H

WAREHOUSE 86, LLC

Page 3 of 5
Statement Period
12/01/08 through 12/31/08
E0   P  PC   0C 43                    0110309
Enclosures 44
Account Number   0046 5495 9451

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 5870 | 212.50 | 12/02 | 813007092695136 | 5898 | 3,442.50 | 12/09 | 813009392139324 |
| 5871 | 140.00 | 12/03 | 813004892204518 | 5899 | 16,000.00 | 12/11 | 813004392148861 |
| 5872 | 150.20 | 12/01 | 813006792692704 | 5900 | 16,000.00 | 12/11 | 813004392148860 |
| 5873 | 369.18 | 12/01 | 813006792692713 | 5901 | 16,000.00 | 12/08 | 813009092265516 |
| 5874 | 212.50 | 12/01 | 813006692820103 | 5902 | 262.50 | 12/22 | 813009792655206 |
| 5877* | 400.73 | 12/01 | 813006992846269 | 5903 | 372.99 | 12/12 | 813006292186810 |
| 5879* | 2,780.06 | 12/04 | 813004892900907 | 5904 | 150.00 | 12/16 | 813008892674442 |
| 5881* | 2,400.00 | 12/03 | 813003282153888 | 5905 | 165.97 | 12/17 | 813007192337554 |
| 5882 | 6,480.00 | 12/05 | 813008692409499 | 5906 | 1,200.00 | 12/18 | 813003282129923 |
| 5883 | 1,522.00 | 12/08 | 813005092661077 | 5907 | 18.14 | 12/18 | 813007492099274 |
| 5884 | 6,616.57 | 12/05 | 813008792104034 | 5908 | 654.34 | 12/16 | 813004592896879 |
| 5885 | 456.94 | 12/05 | 813006392579360 | 5910* | 158.99 | 12/18 | 813007492359534 |
| 5886 | 2,975.00 | 12/09 | 813009092924463 | 5911 | 97.68 | 12/19 | 813005992823919 |
| 5887 | 1,056.42 | 12/05 | 813000892734263 | 5912 | 31.59 | 12/17 | 813009192181390 |
| 5888 | 4,389.94 | 12/04 | 813008392758027 | 5913 | 46,776.53 | 12/19 | 813005992824493 |
| 5889 | 1,865.54 | 12/04 | 813008392758026 | 5915* | 30.00 | 12/22 | 813009992426607 |
| 5890 | 354.86 | 12/04 | 813006192166618 | 5916 | 75.00 | 12/22 | 813009992426606 |
| 5891 | 193.79 | 12/09 | 813007092491720 | 5917 | 3,404.49 | 12/30 | 813009492218181 |
| 5893* | 516.78 | 12/10 | 813007292529982 | 5918 | 7,275.00 | 12/31 | 813009592406162 |
| 5895* | 2,625.00 | 12/11 | 813009792235822 | 5919 | 2,999.65 | 12/30 | 813009592019050 |
| 5896 | 707.48 | 12/08 | 813003782607002 | 5920 | 399.00 | 12/26 | 813003782833497 |
| 5897 | 294.00 | 12/08 | 813009092265517 | 5925* | 50.57 | 12/29 | 813009192867778 |

* Gap in sequential check numbers.

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/02 | | 10,452.80 | Wire Type:Wire Out Date:081202 Time:1706 Et Trn:2008120200241162 Service Ref:008654 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:2287115 1 Aml020208 | 903712020241162 |
| 12/03 | | 10,630.00 | Wire Type:Wire Out Date:081203 Time:1653 Et Trn:2008120300252426 Service Ref:010320 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:2289243 1 Aml120308 | 903712030252426 |
| 12/03 | | 10,345.00 | Wire Type:Wire Out Date:081203 Time:1730 Et Trn:2008120300263391 Service Ref:011134 Bnf:Jacobs Trading Company ID:4121032262 Bnf Bk:Wells Fargo NA ID:121000248 Pmt Det:22893119 Jacobs1 20308 | 903712030263391 |
| 12/04 | | 14,889.56 | Wire Type:Wire Out Date:081204 Time:1636 Et Trn:2008120400242457 Service Ref:009087 Bnf:American Merchandise Liqui ID:1008309 Bnf Bk:First National Bank Of ID:065106402 Pmt Det:2291245 7 Aml120408 | 903712040242457 |
| 12/15 | | 190.62 | 11/08 Acct Analysis Fee | 940312150000001 |
| 12/19 | | 185.00 | Mstc    Des:Taxpayment ID:100000001761521 Indn:Warehouse 86 Llc    Co ID:1646000832 Ctx Additional Information Is Available For This Pmt. Contact A Treasury Sales Officer For Assistance. | 902553009563161 |

H

WAREHOUSE 86, LLC

Page 4 of 5
Statement Period
12/01/08 through 12/31/08
E0  P  PC   0C 43
Enclosures 44
Account Number  0046 5495 9451

## Daily Ledger Balances

| Date  | Balance ($)  | Date  | Balance ($)  | Date  | Balance ($)  |
|-------|--------------|-------|--------------|-------|--------------|
| 12/01 | 86,407.28    | 12/10 | 169,185.54   | 12/19 | 127,058.69   |
| 12/02 | 97,741.98    | 12/11 | 134,560.54   | 12/22 | 126,691.19   |
| 12/03 | 74,226.98    | 12/12 | 134,187.55   | 12/26 | 126,292.19   |
| 12/04 | 67,947.02    | 12/15 | 136,496.93   | 12/29 | 126,241.62   |
| 12/05 | 192,337.09   | 12/16 | 135,692.59   | 12/30 | 119,837.48   |
| 12/08 | 176,313.61   | 12/17 | 135,495.03   | 12/31 | 112,562.48   |
| 12/09 | 169,702.32   | 12/18 | 134,117.90   |       |              |

**Bank of America**

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

H

Page 1 of 4
Statement Period
12/01/08 through 12/31/08
E0  P PC  0C 43          0116969
Enclosures 3
Account Number  0046 8103 5429

*Business Banking*

02333 001 SCM999 I 23  0

BARGAINLAND
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

**Customer Service Information**
www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

**Payroll shouldn't cost you thousands.**

For as little as $15 a month, Easy Online Payroll(R) is a full service payroll solution. Plus, Easy Online Payroll guarantees your payroll will be processed 100% accurately. Enroll in Easy Online Payroll today and get your first 3 months absolutely free. To learn more, visit www.bankofamerica.com/business.

BARGAINLAND

Page 2 of 4
Statement Period
12/01/08 through 12/31/08
E0   P  PC   0C  43
Enclosures 3
Account Number   0046 8103 5429

## Deposit Accounts

## Full Analysis Business Checking

BARGAINLAND

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 8103 5429 | Statement Beginning Balance | $56,847.68 |
| Statement Period | 12/01/08 through 12/31/08 | Amount of Deposits/Credits | $48.11 |
| Number of Deposits/Credits | 2 | Amount of Withdrawals/Debits | $41,262.15 |
| Number of Withdrawals/Debits | 17 | Statement Ending Balance | $15,633.64 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $28,477.20 |
| | | Service Charge | $17.26 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/09 | | 30.01 | Adp TX/Fincl Svc Des:Adp - Tax   ID:480007893591Y73 Indn:Warehouse 86 Llc Wareh   Co ID:9333006057 Ccd | 902543014178769 |
| 12/29 | | 18.10 | Adp TX/Fincl Svc Des:Adp - Tax   ID:15Y73 3144447Vv Indn:Warehouse 86 Llc           Co ID:1941711111 Ccd | 902564005797435 |

### Withdrawals and Debits
#### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 13526 | 391.04 | 12/10 | 813003250534684 | 13528 | 124.14 | 12/05 | 813008692732387 |
| 13527 | 188.00 | 12/05 | 813008692235487 | | | | |

#### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/04 | | 11,295.13 | Adp TX/Fincl Svc Des:Adp - Tax   ID:674018746190Y73 Indn:Warehouse 86 Llc Wareh   Co ID:9333006057 Ccd | 902538010057101 |
| 12/04 | | 170.38 | Adp TX/Fincl Svc Des:Adp - Tax   ID:674018746191Y73 Indn:Warehouse 86 Llc Wareh   Co ID:9333006057 Ccd | 902538010057102 |
| 12/05 | | 2,967.03 | Adp TX/Fincl Svc Des:Adp - Tax   ID:15Y73 120549A01 Indn:Warehouse 86 Llc           Co ID:1941711111 Ccd | 902540007689171 |
| 12/05 | | 105.14 | Adp Payroll Fees Des:Adp - Fees ID:10Y73    8831924 Indn:Bargainland            Co ID:9659605001 Ccd | 902539002104914 |
| 12/11 | | 11,783.88 | Adp TX/Fincl Svc Des:Adp - Tax   ID:507019600261Y73 Indn:Warehouse 86 Llc Wareh   Co ID:9333006057 Ccd | 902545012573160 |
| 12/11 | | 170.38 | Adp TX/Fincl Svc Des:Adp - Tax   ID:507019600262Y73 Indn:Warehouse 86 Llc Wareh   Co ID:9333006057 Ccd | 902545012573161 |
| 12/12 | | 3,139.84 | Adp TX/Fincl Svc Des:Adp - Tax   ID:15Y73 121250A01 Indn:Warehouse 86 Llc           Co ID:1941711111 Ccd | 902547009977512 |

H

BARGAINLAND

Page 3 of 4
Statement Period
12/01/08 through 12/31/08
E0  P PC  0C 43                0116971
Enclosures 3
Account Number  0046 8103 5429

## Withdrawals and Debits - Continued
### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 12/12 | | 126.14 | Adp Payroll Fees Des:Adp - Fees ID:10Y73  9135642 Indn:Bargainland  Co ID:9659605001 Ccd | 902546004368621 |
| 12/15 | | 17.26 | 11/08 Acct Analysis Fee | 940312150000001 |
| 12/18 | | 7,887.54 | Adp TX/Fincl Svc Des:Adp - Tax  ID:727019722494Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902552005706205 |
| 12/18 | | 203.34 | Adp TX/Fincl Svc Des:Adp - Tax  ID:727019722495Y73 Indn:Warehouse 86 Llc Wareh  Co ID:9333006057 Ccd | 902552005706206 |
| 12/19 | | 1,771.06 | Adp TX/Fincl Svc Des:Adp - Tax  ID:15Y73 121951A01 Indn:Warehouse 86 Llc  Co ID:1941711111 Ccd | 902554002982705 |
| 12/19 | | 105.14 | Adp Payroll Fees Des:Adp - Fees ID:10Y73  9453939 Indn:Bargainland  Co ID:9659605001 Ccd | 902553007532229 |
| 12/26 | | 816.71 | Adp Payroll Fees Des:Adp - Fees ID:10Y73  9643431 Indn:Bargainland  Co ID:9659605001 Ccd | 902559006254890 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 56,847.68 | 12/10 | 41,636.83 | 12/18 | 18,308.45 |
| 12/04 | 45,382.17 | 12/11 | 29,682.57 | 12/19 | 16,432.25 |
| 12/05 | 41,997.86 | 12/12 | 26,416.59 | 12/26 | 15,615.54 |
| 12/09 | 42,027.87 | 12/15 | 26,399.33 | 12/29 | 15,633.64 |