# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE                    For Period   Jan. 1   to   Jan. 31  , 200 9

Mark One Box For Each Required Report/Document

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.**
The debtor must attach each of the following reports unless the United States Trustee has waived the requirement in writing. File original with Clerk of Court and duplicate with UST with an original signature.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Comparative Balance Sheet (Form 2-B) |
| (x) | ( ) | Profit and Loss Statement (Form 2-C) |
| (x) | ( ) | Cash Receipts & Disbursements Statement (Form 2-D) |
| (x) | ( ) | Supporting Schedules (Form 2-E) |
| (x) | ( ) | Narrative (Form 2-F) |
| (x) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Financial Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: February 15, 2009

Debtor(s)*: Warehouse 86, LLC

By:** *[signature]*

Position: Chief Financial Officer

Name of Preparer: Ernest K. Strahan, III

Telephone No. of Preparer: 901-628-8545

*both debtors must sign if a joint petition
**for corporate or partnership debtor

FORM 2-A