CASE NAME: Warehouse 86, LLC
CASE NUMBER: 08-03423-EE

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month Nov-08 | Month Dec-08 | Month Jan-09 | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash | 89,361 | 160,626 | 241,228 | 217,930 | | | |
| Accounts Receivable, Net | 152,270 | 121,206 | 2,704 | 611 | | | |
| Inventory, at lower of cost or market | 73,633 | 163,361 | 0 | 0 | | | |
| Prepaid expenses & deposits | 103,702 | 103,702 | 77,502 | 117,502 | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 418,966 | 548,895 | 321,434 | 336,043 | 0 | 0 | 0 |
| PROPERTY, PLANT & EQUIPMENT** | 2,178,073 | 2,178,073 | 0 | 0 | | | |
| Less accumulated depreciation | -1,124,978 | -1,148,876 | 0 | 0 | | | |
| NET PROPERTY, PLANT & EQUIPMENT | 1,053,096 | 1,029,197 | 0 | 0 | | | |
| OTHER ASSETS | | | | | | | |
| Interests in incorporated businesses | 6,573 | 7,414 | 3,095 | 0 | | | |
| Insurance claim from tornado & fire, registered name, customer lists | | | | | | | |
| (unknown) | | | | | | | |
| TOTAL OTHER ASSETS | 6,573 | 7,414 | 3,095 | 0 | 0 | 0 | 0 |
| TOTAL ASSETS | 1,478,634 | 1,585,506 | 324,529 | 336,043 | 0 | 0 | 0 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

FORM 2-B
Page 1 of 2

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 11/04/08 | Month Nov-08 | Month Dec-08 | Month Jan-09 | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES *** | | | | | | | |
| Taxes Payable (FORM 2-E, P. 1 of 3) | | 888 | 1,096 | - | | | |
| Accounts Payable (FORM 2-E, P. 1 of 3) | - | 42,870 | 20,791 | 54,751 | | | |
| Other - DIP Loan | | 250,703 | - | | | | |
| TOTAL POST-PETITION LIABILITIES | - | 294,461 | 21,887 | 54,751 | - | - | - |
| **PRE-PETITION LIABILITIES *** | | | | | | | |
| Notes Payable-Secured | 1,264,902 | 1,264,902 | 3,732 | 3,732 | | | |
| Priority Debt | 9,000 | 9,000 | 9,000 | 9,000 | | | |
| Priority Debt-Unsecured | 19,000 | 19,000 | 19,000 | 19,000 | | | |
| Unsecured Debt** | 2,562,082 | 2,522,783 | 2,516,171 | 2,516,171 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,854,984 | 3,815,685 | 2,547,903 | 2,547,903 | | | |
| TOTAL LIABILITIES | 3,854,984 | 4,110,146 | 2,569,790 | 2,602,654 | - | - | - |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS | | | | | | | |
| Through Filing Date | (2,376,350) | (2,376,350) | (2,376,350) | (2,376,350) | | | |
| Post Filing Date | | (148,290) | 131,089 | 109,739 | | | |
| TOTAL EQUITY (NET WORTH) | (2,376,350) | (2,524,640) | (2,245,261) | (2,266,611) | - | - | - |
| TOTAL LIABILITIES & EQUITY | 1,478,634 | 1,585,506 | 324,529 | 336,043 | | | |

**Reflects payment of utility charges and insurance premiums pursuant to court order
***Reflects updated November pre and post-petition liability balances due to final reconciliation.

FORM 2-B
Page 2 of 2