CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month 11/4-11/30/08 | Month Dec-08 | Month Jan-09 | Month | Month | Month |
|---|---|---|---|---|---|---|
| **NET REVENUE** | 112,361 | 270,952 | (51) | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material | 33,175 | 213,689 | - | | | |
| Labor-Direct | 43,033 | 28,043 | - | | | |
| Overhead | 15,866 | 74,502 | 125 | | | |
| TOTAL COST OF GOODS SOLD | 92,074 | 316,234 | 125 | | | |
| **GROSS PROFIT** | 20,287 | (45,282) | (176) | | | |
| OPERATING EXPENSES | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administration (Rents, utilities, salaries, etc.) | 146,946 | 51,881 | 15,349 | | | |
| Other | | | | | | |
| TOTAL OPERATING EXPENSES | 146,946 | 51,881 | 15,349 | | | |
| INTEREST EXPENSE | 703 | 986 | 298 | | | |
| **INCOME BEFORE DEPRECIATION OR TAXES** | (127,362) | (98,149) | (15,823) | | | |
| DEPRECIATION OR AMORTIZATION: | 23,898 | 7,436 | - | | | |
| OTHER INCOME | - | 529,079 | - | | | |
| GAIN/LOSS ON DISPOSAL OF FIXED ASSETS | - | 126,097 | - | | | |
| **NET INCOME (LOSS)** | (151,260) | 297,397 | (15,823) | | | |

*Requires explanation in NARRATIVE (FORM 2-F).

FORM 2-C