CASE NAME: Warehouse 86, LLC    CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period Jan. 1 to Jan. 31, 2009

### CASH RECONCILIATION

| | | | |
|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | 241,229 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | 161,763 | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | 185,060 | |
| 4. | Net Cash Flow | | -$23,297 |
| 5. | Ending Cash Balance (to FORM 2-B) | | $217,932 |

### CASH SUMMARY - ENDING BALANCE

| | Account | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Operating Account | $ - | Bank of America-3903 |
| 2. | Operating Account | $ - | Bank of America-9451 |
| 3. | Payroll Account | $ - | Bank of America-5429 |
| 4. | Sales Account | $ - | PayPal |
| 5. | Sales Account | $ - | PayPal Alt |
| 6. | Sweep Account | $ - | Bank of America |
| 7. | Operating Account | $ 202,316 | Bank of America-DIP |
| 8. | Payroll Account | $ 15,616 | Bank of America-DIP Payroll |
| | TOTAL (must agree with line 5 above) | 217,932 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

---

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less inter-account transfers & UST fees paid    $ 27,100

*NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, page 2 of 4.

CASE NAME: Warehouse 86, LLC         CASE NUMBER: 08-03423-EE

## QUARTERLY FEE SUMMARY

### MONTH ENDED JANUARY 2009

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 27,100 | | | |
| February | $ | | | |
| March | $ | | | |
| Total 1st Quarter | $ 27,100 | $ | | |
| April | $ | | | |
| May | $ | | | |
| June | $ | | | |
| Total 2nd Quarter | $ 0 | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ 0 | | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ 0 | $ | | |

| Fee Schedule DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $14,999.00 | $325 |
| $15,000-$74,999.99 | $650 |
| $75,000-$149,999.99 | $975 |
| $150,000-$224,999.99 | $1,625 |
| $225,000-$299,999.99 | $1,950 |
| $300,000-$999,999.99 | $4,875 |
| $1,000,000-$1,999,999.99 | $6,500 |
| $2,000,000-$2,999,999.99 | $9,750 |
| $3,000,000-$4,999,999.99 | $10,400 |
| $5,000,000 and above | $13,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
*Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name:  Bank of America-Operating    Account Number:  004671833903

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 01/02/09 | Transfer from Sweep Account | $18,373.76 |

Total Cash Receipts    $18,373.76

FORM 2-D
Page 3a of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name:  Bank of America-Operating    Account Number:  004654959451

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 01/07/09 | EMC Insurance Refund Check | $3,412.09 |
| 01/10/09 | Voided Check-Applebox | $225.00 |

Total Cash Receipts  $  3,637.09

FORM 2-D
Page 3b of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name:  Bank of America-Payroll       Account Number:  004681035429

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 01/13/09 | Transfer from BOA 9451 | $167.00 |

Total Cash Receipts   $167.00

FORM 2-D
Page 3c of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name: DIP-Payroll Account    Account Number: 3755551966

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 01/16/2009 | Transfer from BOA 5429 | 15,615.15 |

Total Cash Receipts    $    15,615

FORM 2-D
Page 3e of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name:  Bank of America-DIP     Account Number:  3755551953

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 1/16/09 | Transfer to DIP acct from BOA 3903 | 17,351.87 |
| 1/16/09 | Transfer to DIP acct from BOA 9451 | 106,618.34 |

Total Cash Receipts  $ 123,970.21

FORM 2-D
Page 3g of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period Jan. 1 to Jan. 31, 2009

Account Name: Bank of America-Operating Account        Account Number: 004671833903

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 01/05/09 | | First Insurance | Insurance | $50.83 |
| 01/01/09 | | EMC Insurance | Insurance | $3,412.09 |
| 01/01/09 | | Bank of America | Bank Service Charge | $234.58 |
| 01/12/09 | | Amex Charges | Bank Service Charge | $124.50 |
| 01/16/09 | | Bank of America | Bank Service Charge | $382.70 |
| 01/16/09 | | Transfer to BOA-DIP General Account | | $17,351.87 |

Total Cash Disbursements    $21,556.57

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

FORM 2-D
Page 4a of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31 , 200 9

Account Name: Bank of America-Operating Account    Account Number: 004654959451

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 01/05/09 | 5930 | First Insurance | Insurance | $1,056.42 |
| 01/09/09 | | State Tax Commission | Sales Tax | $167.00 |
| 01/16/09 | | Transfer to BOA-DIP General | | $106,618.34 |

Total Cash Disbursements    $ 107,841.76

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

FORM 2-D
Page 4b of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name: Bank of America-Payroll Account          Account Number: 004681035429

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 01/01/09 | | Bank of America | Bank service charge | $17.49 |
| 01/16/09 | | Transfer to BOA-DIP Payroll | | $15,616.15 |

Total Cash Disbursements  $  15,633.64

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

FORM 2-D
Page 4c of 4

CASE NAME:     Warehouse 86, LLC

CASE NUMBER:   08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _____ Jan. 1 ___ to ___ Jan. 31 _____, 200 9

Account Name:  Bank of America-Sweep Account        Account Number: _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 1/1/2009 | | Transfer to BOA 3903 | | $18,373.76 |

Total Cash Disbursements    $ __18,373.76__

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4d of 4

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name: DIP-General Account        Account Number: 3755551953

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|---|---|---|---|---|
| 01/20/2009 | 20100 | Transgroup Worldwide Logistics | Delivery | $3,405.65 |
| 01/20/2009 | 20101 | Utah State Tax Commission | Sales Tax | $532.43 |
| 01/20/2009 | 20102 | Tennessee Department of Revenue | Sales Tax | $184.00 |
| 01/20/2009 | 20103 | Phoenix City Treasurer | Sales Tax | $51.27 |
| 01/20/2009 | 20104 | Arizona Department of Revenue | Sales Tax | $161.49 |
| 01/20/2009 | 20105 | Memphis Light, Gas & Water | Utilities | $623.05 |
| 01/20/2009 | 20106 | Memphis Light, Gas & Water | Utilities | $2,837.27 |
| 01/20/2009 | 20107 | US Postal Service | Postage | $126.00 |
| 01/25/2009 | 20108 | EMC Insurance | Insurance | $23.00 |
| 01/27/2009 | 20109 | Apple Box Studios | Sub contractor | $225.00 |
| 01/27/2009 | 20110 | Shelby County Clerk | Property taxes | $6,985.22 |
| 01/28/2009 | 20111 | US Trustee | Bankruptcy fees | $6,500.00 |

Total Cash Disbursements    $21,654.38

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

FORM 2-D
Page 4e of 4

CASE NAME:      Warehouse 86, LLC

CASE NUMBER:    08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period  Jan. 1  to  Jan. 31  ,200 9

Account Name:  DIP-Payroll Account          Account Number: 3755551966

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           |       |                        |        |

Total Cash Disbursements    $    0.00

*Identify any payments to professionals, owners, partners, shareholders, officers, directors or any insiders and all adequate protection payments ordered by the court with an asterisk or highlighting. Any payments made as a result of a court order, should indicate the order date.

FORM 2-D
Page 4f of 4