CASE NAME: Warehouse 86, LLC          CASE NUMB 08-03423-EE

## SUPPORTING SCHEDULES

For Period    Jan. 1    to    Jan. 31    2009

### POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| SALES TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| ADP | 1/16/09 | 3/1/09 | $659.00 | | | |
| Haddox Reid | 1/5/09 | 2/5/09 | $40,000.00 | | | |
| BrandsonSale | 12/31/08 | 1/15/09 | $314.27 | | | |
| First Insurance | 1/25/09 | 2/8/09 | $1,056.42 | | | |
| First Insurance | 1/25/09 | 2/8/09 | -$73.00 | | | |
| Merchandise Manu., Inc. | 11/30/08 | 8/26/00 | $239.46 | | | |
| Merchandise Manu., Inc. | 12/31/08 | 1/15/09 | $41.98 | | | |
| Transgroup Worldwide | 12/5/08 | 2/12/09 | $2,426.99 | | | |
| Transgroup Worldwide | 12/6/08 | 2/12/09 | $686.99 | | | |
| Transgroup Worldwide | 12/4/08 | 2/13/09 | $3,194.16 | | | |
| Transgroup Worldwide | 12/9/08 | 2/12/09 | $2,301.74 | | | |
| Transgroup Worldwide | 12/8/08 | 2/12/09 | $2,016.94 | | | |
| Transgroup Worldwide | 12/1/08 | 2/12/09 | $1,885.75 | | | |
| TOTALS | | | $54,750.70 | $0 | $0 | $0 |

CASE NAME:     Warehouse 86, LLC                    CASE NUMBER:   08-03423-EE

## SUPPORTING SCHEDULES

For Period     Jan. 1         to     Jan. 31        ,2008

### ACCOUNTS RECEIVABLE AGING REPORT

| ACOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| N/A | | | | | | |

FORM 2-E
Page 2 of 3

CASE NAME:   Warehouse 86, LLC                              CASE NUMBER:   08-03423-EE

## SUPPORTING SCHEDULES

For Period Jan. 1 _____ to Jan. 31 _____, 2009

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| General Liability | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Property (Fire, Theft) | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Vehicle | General Insurance Co. of America<br>Marchetti Robertson & Brickell | 1,000,000 | 4/29/09 | Yes |
| Other (list):<br>Excess/Umbrella | National Union Fire Ins. Co.<br>Marchetti Robertson & Brickell | 3,000,000 | 7/11/09 | Yes |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.