CASE NAME:   Warehouse 86, LLC            CASE NUMBER:   08-03423-EE

## NARRATIVE STATEMENT

For Period Jan. 1              to    Jan. 31        ,2009

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F