

# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

HI

Page 1 of 3
Statement Period
01/01/09 through 01/31/09
E0  P PC  0C 43
Enclosures 0
Account Number  0046 7183 3903

*Business Banking*

ED 02/09 0 0333 477 0034000000 000 004743 #001 SF 0.346

**BARGAINLAND**
**PO BOX 16692**
**JACKSON MS 39236-6692**

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
With Online Banking you can also view up to 18 months of this statement online.
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1.888.BUSINESS (1.888.287.4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Full Analysis Business Checking

### BARGAINLAND

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 7183 3903 | Statement Beginning Balance | $0.00 |
| Statement Period | 01/01/09 through 01/31/09 | Amount of Deposits/Credits | $198,220.52 |
| Number of Deposits/Credits | 12 | Amount of Withdrawals/Debits | $198,220.52 |
| Number of Withdrawals/Debits | 17 | Statement Ending Balance | $0.00 |
| Number of Days in Cycle | 1 | Average Ledger Balance | $0.00 |
| | | Service Charge | $234.58 |

Recycled Paper

H

BARGAINLAND

Page 2 of 3
Statement Period
01/01/09 through 01/31/09
ED  P PC  0C 43
Enclosures 0
Account Number  0046 7183 3903

## Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 01/02 | | 18,373.76 | Sweep-Principal Credit | 933001020000130 |
| 01/02 | | 2.76 | Sweep-Dividends Credit | 933001020000305 |
| 01/05 | | 18,325.69 | Sweep-Principal Credit | 933001050000130 |
| 01/06 | | 18,093.65 | Sweep-Principal Credit | 933001060000128 |
| 01/07 | | 18,093.65 | Sweep-Principal Credit | 933001070000131 |
| 01/08 | | 18,093.65 | Sweep-Principal Credit | 933001080000127 |
| 01/09 | | 18,093.65 | Sweep-Principal Credit | 933001090000126 |
| 01/12 | | 18,093.65 | Sweep-Principal Credit | 933001120000127 |
| 01/13 | | 17,969.15 | Sweep-Principal Credit | 933001130000127 |
| 01/14 | | 17,969.15 | Sweep-Principal Credit | 933001140000126 |
| 01/15 | | 17,673.17 | Sweep-Principal Credit | 933001150000126 |
| 01/16 | | 17,438.59 | Sweep-Principal Credit | 933001160000128 |

## Withdrawals and Debits

## Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 01/02 | | 50.83 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345  Co ID:1134992250 Ccd | 902566007734847 |
| 01/02 | | 18,325.69 | Sweep Debit | |
| 01/05 | | 230.90 | Merchant Bankcd  Des:Fee        ID:267776975885 Indn:Bargainland        Co ID:7592126793 Ccd | 902505006739805 |
| 01/05 | | 1.14 | Merchant Bankcd  Des:Interchng  ID:267776975885 Indn:Bargainland        Co ID:7592126793 Ccd | 902505006738917 |
| 01/05 | | 18,093.65 | Sweep Debit | |
| 01/06 | | 18,093.65 | Sweep Debit | |
| 01/07 | | 18,093.65 | Sweep Debit | |
| 01/08 | | 18,093.65 | Sweep Debit | |
| 01/09 | | 18,093.65 | Sweep Debit | |
| 01/12 | | 124.50 | American Express Des:Collection ID:5020137345 Indn:Bargain Land5020137345  Co ID:1134992250 Ccd | 902512008806014 |
| 01/12 | | 17,969.15 | Sweep Debit | |
| 01/13 | | 17,969.15 | Sweep Debit | |
| 01/14 | | 295.98 | Merchant Bankcd  Des:Deposit   ID:267776975885 Indn:Bargainland        Co ID:7592126793 Ccd | 902513008276548 |
| 01/14 | | 17,673.17 | Sweep Debit | |
| 01/15 | | 234.58 | 12/08 Acct Analysis Fee | 940301150000001 |
| 01/15 | | 17,438.59 | Sweep Debit | |
| 01/16 | | 17,438.59 | ayp0-Book Transfer : Trf to New Dip Account | 924601160001944 |



# Bank of America

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
01/01/09 through 01/31/09
E0   P PC   0C 43
Enclosures 0
Account Number   0046 8103 5429

*Business Banking*

BD 02/09 0 0333 477 0034000000 000 004742 #001 8P 0.346

BARGAINLAND
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
## www.bankofamerica.com

For additional information or service, you may call:
1-888-BUSINESS (1-888-287-4637)

Or you may write to:
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Deposit Accounts

## Full Analysis Business Checking

### BARGAINLAND

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0046 8103 5429 | Statement Beginning Balance | $15,633.64 |
| Statement Period | 01/01/09 through 01/31/09 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $15,633.64 |
| Number of Withdrawals/Debits | 2 | Statement Ending Balance | $0.00 |
| Number of Days in Cycle | 1 | Average Ledger Balance | $0.00 |
| | | Service Charge | $17.49 |

Recycled Paper

Page 2 of 3
Statement Period
01/01/09 through 01/31/09
ED  P PC  0C 43
Enclosures 0
Account Number  0046 8103 5429

BARGAINLAND

## Withdrawals and Debits

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 01/15 | | 17.49 | 12/08 Acct Analysis Fee | 940301150000001 |
| 01/16 | | 15,616.15 | ayp0z-Book Transfer : Trf to new Dip | 924601160001946 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 15,633.64 | 01/15 | 15,616.15 | 01/16 | 0.00 |



# Bank of America



Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
01/01/09 through 01/31/09
E0  P PC  0C 43                    001685
Enclosures 8
Account Number  0046 5495 9451

*Business Banking*

00002295 02 MB   0.494 23   31333 001 SCM999 I  34
WAREHOUSE 86, LLC
PO BOX 16692
JACKSON MS 39236-6692

Our free Online Banking service allows you to check balances, track account activity, pay bills and more.
**With Online Banking you can also view up to 18 months of this statement online.**
Enroll at www.bankofamerica.com/smallbusiness.

## Customer Service Information
### www.bankofamerica.com

For additional information or service, you may call:          Or you may write to:
☎ 1.888.BUSINESS (1.888.287.4637)                              Bank of America, N.A.
                                                                P.O. Box 25118
                                                                Tampa, FL 33622-5118
✉

## Deposit Accounts

## Full Analysis Business Checking

### WAREHOUSE 86, LLC

### Your Account at a Glance

| | | |
|---|---|---|
| Account Number | 0046 5495 9451 | |
| Statement Period | 01/09 through 01/31/09 | |
| Number of Deposits/Credits | 1 | |
| Number of Withdrawals/Debits | 11 | |
| Number of Days in Cycle | 1 | |

| | |
|---|---|
| Statement Beginning Balance | $112,562.48 |
| Amount of Deposits/Credits | $3,553.77 |
| Amount of Withdrawals/Debits | $116,116.25 |
| Statement Ending Balance | $0.00 |
| Average Ledger Balance | $0.00 |
| Service Charge | $86.72 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 01/07 | | 3,553.77 | Counter Credit | 813004120216228 |

♻ Recycled Paper

WAREHOUSE 86, LLC

Page 2 of 3
Statement Period
01/01/09 through 01/31/09
E0   P PC   0C 43
Enclosures 8
Account Number   0046 5495 9451

## Withdrawals and Debits
### Checks

| Check Number | Amount ($) | Date Posted | Bank Reference | Check Number | Amount ($) | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 5914 | 12.80 | 01/09 | 813009492161630 | 5924 | 77.52 | 01/02 | 813006792200649 |
| 5921* | 4,817.00 | 01/05 | 813008292788422 | 5927* | 793.79 | 01/07 | 813006092661865 |
| 5922 | 1,572.52 | 01/05 | 813004592781115 | 5928 | 528.09 | 01/06 | 813007492255459 |
| 5923 | 472.77 | 01/02 | 813006792200648 | 5930* | 1,056.42 | 01/09 | 813003692673098 |

*  Gap in sequential check numbers.

### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 01/14 | | 167.00 | Mstc          Des:Taxpayment ID:100000001828543 Indn:Warehouse 86 Llc        Co ID:1646000832 Ctx Additional Information Is Available For This Pmt. Contact A Treasury Sales Officer For Assistance. | 902513007576724 |
| 01/15 | | 86.72 | 12/08 Acct Analysis Fee | 940301150000001 |
| 01/16 | | 106,531.62 | ayp0i-Book Transfer : Trf to New Dip Account | 924601160001941 |

### Daily Ledger Balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 01/01 | 112,562.48 | 01/06 | 105,094.58 | 01/14 | 106,618.34 |
| 01/02 | 112,012.19 | 01/07 | 107,854.56 | 01/15 | 106,531.62 |
| 01/05 | 105,622.67 | 01/09 | 106,785.34 | 01/16 | 0.00 |

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

| | |
|---|---|
| Account Number | 3755551953 |
| 01 01 152 01 M0000 E# | 9 |
| Last Statement: | NEW ACCOUNT |
| This Statement: | 01/30/2009 |

WAREHOUSE 86 LLC
DEBTOR IN POSSESSION  08-03423
GENERAL PAYABLES ACCOUNT
PO BOX 16692
JACKSON MS  39236

Customer Service
1-877-757-8233

Page   1 of   2

Bankruptcy Case Number:0803423

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 00/00/0000 - 01/30/2009 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 124,060.21 |
| Number of Checks | 9 | Amount of Checks | 7,944.16 |
| Number of Other Debits | 4 | Amount of Other Debits | 90.00 |
| | | Statement Ending Balance | 116,026.05 |
| Number of Enclosures | 9 | | |
| | | Service Charge | 90.00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/16 | | 123,970.21 | aYP0i-Book Transfer : TRF to New DIP Account | 02460001719 |
| 01/29 | | 30.00 | aYYcz-Adjustments : ref transfer fee | 02460001733 |
| 01/30 | | 60.00 | aYYSf-Adjustments : refund excessive transaction fees | 02460001775 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 20100 | 3,405.65 | 01/22 | 5292891565 | 20105 | 623.05 | 01/23 | 8392201982 |
| 20101 | 532.43 | 01/23 | 1192879074 | 20106 | 2,837.27 | 01/23 | 8392201991 |
| 20102 | 184.00 | 01/22 | 0400150556 | 20107 | 126.00 | 01/23 | 8292292681 |
| 20103 | 51.27 | 01/23 | 8292031964 | 20108 | 23.00 | 01/27 | 8992284073 |
| 20104 | 161.49 | 01/28 | 5092437113 | | | | |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/16 | 1 | 30.00 | BOOK TRANSFER | 09939900002 |
| 01/23 | | 40.00 | EXCESSIVE TRANSACTION CHARGE | |
| 01/27 | | 10.00 | EXCESSIVE TRANSACTION CHARGE | |
| 01/28 | | 10.00 | EXCESSIVE TRANSACTION CHARGE | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 01/27 | 116,107.54 | 116,107.54 |
| 01/16 | 123,940.21 | 123,940.21 | 01/28 | 115,936.05 | 115,936.05 |
| 01/22 | 120,350.56 | 120,350.56 | 01/29 | 115,966.05 | 115,966.05 |
| 01/23 | 116,140.54 | 116,140.54 | 01/30 | 116,026.05 | 116,026.05 |

Recycled Paper

HH

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

| Account Number | 3755551966 |
|---|---|
| 01 01 152 01 M0000 E# | 0 |
| Last Statement: | NEW ACCOUNT |
| This Statement: | 01/30/2009 |

**Customer Service**
1-877-757-8233

WAREHOUSE 86 LLC
DEBTOR IN POSSESSION  08-03423
PAYROLL ACCOUNT
PO BOX 16692
JACKSON MS  39236

Page    1 of   2

Bankruptcy Case Number:0803423

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 00/00/0000 - 01/30/2009 | | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 15,616.15 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 15,616.15 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 01/16 | | 15,616.15 | aYP0z-Book Transfer : TRF to new DIP | 024600017 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | | | | |
| 01/16 | 15,616.15 | 15,616.15 | 01/30 | 15,616.15 | 15,616.15 |

Recycled Pap