**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO. 08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| _____ ) | | |

**NOTICE OF CHANGE OF ADDRESS**

       Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address for Sprint as follows:

     Sprint
     P. O. Box 8077
     London, KY 40742

     This, the 31st day of March, 2009.

                  Respectfully submitted,

                  WAREHOUSE 86, LLC

                  By: *s/ Stephen W. Rosenblatt*
                  Stephen W. Rosenblatt (MS BAR NO. 5676)
                  John A. Crawford, Jr. (MS BAR NO. 10346)
                  Paul M. Ellis (MS BAR NO. 102259)

                  ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the U.S. Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

SO CERTIFIED, this the 31st day of March, 2009.

<i>s/ Stephen W. Rosenblatt</i>
STEPHEN W. ROSENBLATT

Jackson 3821779v.1