IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO.   08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

### RESPONSE OF DEBTOR TO MOTION OF FIFTH THIRD BANK
### TO COMPEL ACCEPTANCE OR REJECTION OF A LEASE AGREEMENT
### AND TO LIFT THE AUTOMATIC STAY
[Dkt. # 130]

Warehouse 86, LLC, the Debtor and debtor-in-possession herein (the "Debtor"), by and through its undersigned attorneys, files this Response to the *Motion of Fifth Third Bank to Compel Acceptance or Rejection of a Lease Agreement and to Lift Automatic Stay* (the "Motion") as follows:

1. The Debtor admits the allegations of paragraph 1 of the Motion, specifically that Fifth Third Bank ("Bank") was the holder of the Lease Agreement (Lease # 0765227475) (the "Lease") executed by the Debtor covering a 2005 Cadillac XLR (VIN: 1G6YV34A255600539) (the "Vehicle"), a copy of which Lease is attached as Exhibit "A" to the Motion.

2. Denied. The Lease is no longer property of the bankruptcy estate. As reflected by the documents attached hereto as collective Exhibit "1," this Vehicle was surrendered to the Bank's agent, Adesa Memphis Auto Auction, located at 5400 Getwell Road, Memphis, TN on August 29, 2008, pursuant to the instructions of the Bank. The Vehicle was surrendered prior to the expiration of the Lease, prior to the date the Vehicle was required to be surrendered, and prior to the filing of the Bankruptcy Case. In accordance with directions the Debtor received from the Bank, prior to the Vehicle being surrendered to the Bank's agent, the Debtor scheduled

the Vehicle for an inspection conducted by Auto VIN (phone number 866-585-8080) at the location specified by the Bank. The Debtor complied with all of the Bank's instructions for surrendering the Vehicle. Subsequently, after surrendering the Vehicle, the Debtor was sent an invoice in the amount of $549.90 for allegedly excess wear and tear, a disposition fee and a late charge. A member of the Debtor paid this invoice, even though she did not believe that it was owed, just to conclude this matter. Attached as collective Exhibit "2" is a copy of that invoice and the check of Joy St. James, a member of the Debtor, for the $549.90 charged by the Bank. Apparently, the Bank either lost or misplaced the paperwork for this transaction because it continued to send invoices to the Debtor as if the Vehicle had not been returned. (See collective Exhibit "3.") Thereafter, one of the members of the Debtor went back to the turn-in location for the Vehicle and discussed the matter and was assured that the Bank had it straightened out, but it is now apparent that the Bank's records still do not reflect that the Vehicle has been returned.

3. The Debtor denies that the Bank is entitled to the relief requested under paragraph 3 of the Motion.

WHEREFORE, the Debtor prays that this Motion be denied in its entirety, and that the Debtor be granted such other relief as to which it may be entitled.

THIS, the 20th day of May, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
Paul M. Ellis (MS Bar No. 102259)
ATTORNEYS FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following persons:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the United States Trustee
A. H. McCoy Federal Building, Suite 706
100 W. Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Larry Spencer, Esq.
King & Spencer
Post Office Box 123
Jackson, MS 39205
lspencerlawyer@aol.com
ATTORNEY FOR BANK

and by electronic mail to the following members of the Creditors Committee:

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4102 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

This, the 20th day of May, 2009.

*/s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt

# RECEIPT FOR REPOSSESSED VEHICLE

DATE 8-29          ACCOUNT NUMBER _____

THE UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT FOR THE VEHICLE

YEAR 05   MAKE Cadillac   MODEL XLR   VIN NUMBER 600539

BY Joy St. James

SLOT # _____ Joy St James
DEL BY _____          DOORS 2
MILEAGE 36,822          RADIO ✓
KEYS ✓                  COLOR Sliver
ACCT NAME Warehouse86.com   PROPERTY _____

0765227475

~~86658580~~

1G6YV34A255600539

Att Jane Spicer
513-358-6020
Lease termination

**Exhibit "1"**

Printed 09/22/2008 01:26 PM

## Vehicle Information

**1G6YV34A255600539    2005 CADILLAC XLR, Silver 2 door 36,823 Miles (6-digit Odo)**
Current Owner: M5713 - Fleet Lease Inventory
5400 Getwell Road Memphis TN 38118
Office Number: (901) 365-6300
Invoice Amount:
Last Block Activity: Never Run
Current Tran Acct: ADESA

| Options | Announcements | Special Status | Vehicle History | Internet | AMSC | Notes |
| Activity | Commercial | Title | **Inventory** | Financial | Arbitration | If Sale |

**Fleet Lease Inventory**                                **Inventory 1 of 1**

Checkin Date/Time: **09/04/2008 8:56 AM**          Stock #: **232248**
Checkin Employee: **Sue Harris**                   Gate Pass Requestor: **(No gate passes printed)**
In Service Date:                                   Checkout Date/Time: **(Still checked in)**
Consignment Date:                                  Checkout Employee:
Pickup Date: **00/00/0000**                        Checkout Reason:
Arrival Date: **08/29/2008**                       Internet Vehicle: ☐
Legal Sale Date: **00/00/0000**
Loss Date: **00/00/0000**
Comments:

**Work Pass History**

Printing to MEMP-W-KCCR7YK-HP LaserJet 2200 Series PCL

| Account Number | Statement Date | Payment Due Date | Minimum Payment Due |
|---|---|---|---|
| 0765227475 | October 27, 2008 | November 16, 2008 | $109.98 |

| Description | Amount Due | Tax | Total Due |
|---|---|---|---|
| EXCESS WEAR AND TEAR | 148.50 | 10.40 | 158.90 |
| DISPOSITION FEE | 300.00 | 21.00 | 321.00 |
| LATE CHARGE | 70.00 | 0.00 | 70.00 |
| LESS: CREDITS POSTED | 0.00 | 0.00 | 0.00 |
| (INCLUDES SECURITY DEPOSIT OF 0.00 ) | | | |
| TOTAL | 518.50 | 31.40 | 549.90 |

This invoice reflects all known charges currently due. Property taxes, citations or other items incurred but not yet received or paid by Fifth Third are your obligation and may be invoiced at a later date. If this invoice isn't paid in full by it's due date, interest will accrue as outlined in your Lease Agreement. Please contact Returned Vehicle Administration at 1-800-447-7928, option 4 with any questions Monday through Friday between 8:00 AM and 5:00 PM ET. Thank You.

**Exhibit "2"**

Interest Checking - 7341 : Check Image

Check Image:

```
- MOLAS PASS SUNRISE, COLORADO -

PAUL ST JAMES                                 91-170/1221   SIERRA CLUB   2380
JOY ST JAMES
3276 KINDERHILL CIRCLE
GERMANTOWN, TN 38138                           Date  12-00-08

Pay to the
order of   3rd 5th Bank                                    $ 549 90

Five Hundred Forty Nine  98/                       Dollars

BANK OF AMERICA

Memo

⑈122101706⑈  004659527341⑈  2380
```

Deposit Only
0000000765227474  88803341 Credit to Account
00549.90 of within named payee without
031 0Q1 Prejudice Fifth Third Bank>042000314<

FIFTH THIRD AUTO LEASING TRUST
MD1MOB1U-3161
CINCINNATI OH 45263





WAREHOUSE 86 LLC
JOY ST
JOY ST
3241 KENNEY DR
GERMANTOWN TN 38139-8031

Notice Date: September 05, 2008
Lease Number: *****7475

### Important Information: Your Lease-End Action Is Past Due

Dear WAREHOUSE 86 LLC,

We wish to inform you that your Fifth Third Lease vehicle is past the original scheduled end date, and our records show that your vehicle has not been purchased or returned. Please remember that you will continue to accrue monthly rental/lease payments until your vehicle has been purchased or returned to us.

To avoid accruing monthly payments, we encourage you to do one of the following:

(1) Purchase your lease vehicle.
To find out if you qualify for a special Fifth Third discounted financing program, simply call us toll-free 1-877-744-5626, Monday through Friday, 8 AM to 9 PM, Saturday and Sunday, 8 AM to 5 PM ET.

OR

(2) Return your vehicle to Fifth Third.
To explore this option, simply call us 1-800-447-7928 (option 4), Monday through Friday, 8 AM to 5 PM ET.

Please remember that returning your lease vehicle to a dealer does not satisfy your end-of-lease obligation. However, if you have already done this, you will need to get a copy of the Federal Odometer Statement and the Lease Return Vehicle Receipt indicating the dealer has possession of the vehicle. Please notify us of this immediately by calling 1-800-835-3265 (7 days a week, 24 hours a day - automated confirmation).

For information on other Fifth Third products and services, stop by any of our Banking Centers or visit us online at www.53.com. We'll show you how the things you do today can bring you closer to a better tomorrow.

Thank you for choosing Fifth Third Bank.

Sincerely,

Donald B. Coleman
Senior Vice President



Member FDIC. Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.

FIFTH THIRD AUTO LEASING TRUST
MD1MOB1U-3161
CINCINNATI OH 45263




FIFTH THIRD BANK

WAREHOUSE 86 LLC
JOY ST
JOY ST
3241 KENNEY DR
GERMANTOWN TN 38139-8031

Notice Date: September 08, 2008
Lease Number: *****7475

## Your Lease is Now Delinquent

Dear WAREHOUSE 86 LLC,

Our records show that your lease account is currently past due in the amount of $1,033.49, which includes current late charges of $35.00. The total amount of $1,033.49 must be paid immediately.

Please include the bottom portion of this page of the letter with your payment and send it to us at:

Fifth Third Auto Leasing Trust
PO Box 63-0041
Cincinnati, OH 45263

If you have already made this payment, please disregard this notice.

If you have any questions, please call us at 1-800-972-3030. Our Customer Service Professionals are available to assist you Monday through Friday, 8 AM to 6 PM; Saturday, 8 AM to 5 PM ET. For information on other Fifth Third products and services, stop by any of our Banking Centers or visit us online at www.53.com. We'll show you how the things you do today can bring you closer to a better tomorrow.

Thank you for choosing Fifth Third Bank.

Sincerely,

Donald B. Coleman
Senior Vice President

Member FDIC. Equal Housing Lender. Fifth Third and Fifth Third Bank are registered service marks of Fifth Third Bancorp.


FIFTH THIRD BANK

FIFTH THIRD AUTO LEASING TRUST
MD1MOB1U-3161
CINCINNATI OH 45263

WAREHOUSE 86 LLC
JOY ST
JOY ST
3241 KENNEY DR
GERMANTOWN TN 38139-8031

Fifth Third Auto Leasing Trust
PO Box 63-0041
Cincinnati, OH 45263

| Lease Delinquent Notice | |
|---|---|
| Statement Date: | September 08, 2008 |
| Account Number: | *****7475 |
| Payment Due Date: | September 01, 2008 |
| Payment Due: | $998.49 |
| Late Charges: | $35.00 |
| Total Payment Due: | $1,033.49 |

**Amount Enclosed:** $_____

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

⑆521160364⑆076522747 5⑈