## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASE NO. 08-3423ee

WAREHOUSE 86, LLC

### ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (2) DEBTOR'S OBJECTION TO MOTION OF SC KIOSKS, INC AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#101)  and the Court having considered the facts herein, finds that the hearing on MAY 26, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (2) DEBTOR'S OBJECTION TO MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#101)  is hereby continued and reset for **TUESDAY, JULY 14, 2009,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 27 day of May, 2009.

_____
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**