B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Southern District of Mississippi (Jackson) | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **Warehouse 86, LLC** (BargainLand) | Case Number: **08-03423** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of a administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): United Parcel Service | ☑ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>**United Parcel Service**<br>c/o Receivable Management Services ("RMS")<br>P.O. Box 4396<br>Timonium, MD 21094<br>Telephone number: (410) 773-4089 | Court Claim Number: **7**<br>(*If known*)<br><br>Filed on: **11/26/08** |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

| | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| 1. Amount of Claim: **$115,057.13**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim: GOODS SOLD ✓ SERVICES RENDERED<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor:<br><br>3a. Debtor may have scheduled account as: **87181, 2R899R, 31Ey25**<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other<br>Describe:<br><br>Value of Property:$_____ Annual Interest Rate___%<br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____ Basis for perfection: _____<br><br>Amount of Secured Claim: $ _____ Amount Unsecured: $ _____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | **Amount entitled to priority:**<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date: Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>June 9, 2009 _[signature]_ Phyllis A. Hayes, RMS, Agent for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

| SHIPPER | SHIP NAME | UPS INV NO | BILL DATE | BALANCE |
|---|---|---|---|---|
| 871781 | BARGAINLAND LIQUIDATION | 871781458 | 11/8/2008 | 22.45 |
| 871781 | BARGAINLAND LIQUIDATION | 871781398 | 9/27/2008 | 72.20 |
| 871781 | BARGAINLAND LIQUIDATION | 871781388 | 9/20/2008 | 51.91 |
| 871781 | BARGAINLAND LIQUIDATION | 871781378 | 9/13/2008 | 10,107.52 |
| 871781 | BARGAINLAND LIQUIDATION | 871781368 | 9/6/2008 | 14,704.79 |
| 871781 | BARGAINLAND LIQUIDATION | 871781358 | 8/30/2008 | 19,368.69 |
| 871781 | BARGAINLAND LIQUIDATION | 871781348 | 8/23/2008 | 14,247.00 |
|  |  |  |  | 58,874.56 |

CPP 0695BR

| SHIPPER | SHIP NAME | UPS INV NO | BILL DATE | AMOUNT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 00002R899R | BARGAINLAND | 00002R899R398 | 9/20/2008 | 15,901.76 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25378 | 9/13/2008 | 167.84 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| 00002R899R | BARGAINLAND | 00002R899R378 | 9/13/2008 | 4,602.89 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25408 | 10/4/2008 | 211.63 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| 00002R899R | BARGAINLAND | 00002R899R398 | 9/27/2008 | 14,974.36 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25388 | 9/20/2008 | 71.57 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| 00002R899R | BARGAINLAND | 00002R899R408 | 10/4/2008 | 10,923.51 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
|  |  |  |  | 46,853.56 |  |  |  |  |

105,728.12

| SHIPPER # | ADD NAME | W/E DATE | AMT |
|---|---|---|---|
| 2R899R | BARGINLAND | 10/11/08 | $ 8,933.89 |
| 2R899R | BARGINLAND | 10/18/08 | $ 96.13 |
| 2R899R | BARGINLAND | 11/01/08 | $ 170.84 |
| 31EY25 | BARGINLAND LIQUIDATION | 10/18/08 | $ 128.15 |
| | | | $ 9,329.01 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |