## UNITED STATES BANKRUPTCY COURT

**Southern District of Mississippi**

Case No. 08-03423-EE
Chapter 11

In Re:  Warehouse 86, LLC

To Attorney: Stephen W. Rosenblatt, *Steve.Rosenblatt@butlersnow.com*

### Notice of Returned Mail

The attachment is a copy of the document which was returned to our office undelivered (with the notation "*RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD*").  Please forward to your client and provide the Clerk's Office with a current address by completing the bottom portion of this notice and file electronically using the docket event: **Bankruptcy > Other > Notice of Change of Address**.

Thank you for your prompt attention regarding this matter.

Dated:       June 12, 2009            Sincerely,

                                      DANNY L. MILLER, Clerk

                                      By:     /s/Debra Sawyer
                                              Case Administrator

***  NEW MAILING ADDRESS  ***

*If the mailing address is a post office box, please include the  physical address information.*

IN RE:_____            CASE NO._____ ___

**NAME(S):**
**ADDRESS:**
**CITY, STATE, & ZIP:**

***  NEW PHYSICAL ADDRESS  ***

**ADDRESS:**
**CITY, STATE & ZIP:**