THU-24709 0538-3 hn001ee 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 0 3 2009
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

051860 51860 1 AT 0.357 39232 7 2 6250-0-52663

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

NIXIE    392    DE 1    00 06/02/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39225244848    *1565-07356-02-32

3922502448