## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASE NO. 08-03423ee

WAREHOUSE 86, LLC

## ORDER RESETTING

**THIS CAUSE** having come on this date on the MOTION TO COMPEL ACCEPTANCE OR REJECTION OF A LEASE AGREEMENT AND TO LIFT THE AUTOMATIC STAY FILED BY FIFTH THIRD BANK (DKT.#130) and the Court having considered the facts herein, finds that the hearing on JUNE 16, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the MOTION TO COMPEL ACCEPTANCE OR REJECTION OF A LEASE AGREEMENT AND TO LIFT THE AUTOMATIC STAY FILED BY FIFTH THIRD BANK (DKT.#130) is hereby continued and reset for **TUESDAY, JUNE 23, 2009,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 17 day of June, 2009.

*/s/ Edward Ellington*

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**