B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Warehouse 86, LLC**

Debtor

Case No. ____08-03423____

Chapter _____11_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,511,708.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,411,723.57 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 39,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,522,472.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,511,708.29 | | |
| Total Liabilities | | | | 3,973,696.32 | |

EXHIBIT
"β"

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Warehouse 86, LLC** _____,

                               Debtor

Case No. _____ **08-03423** _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Warehouse 86, LLC**                                                            Case No.  **08-03423**
                                                    ,
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   1   </u>   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Warehouse 86, LLC** _____,   Case No. _____08-03423_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | | | | | | | |
| Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | - | | | | | | | 11,500.00 | 11,500.00 | 0.00 |
| **Account No.** | | | | Unpaid Salary | | | | | | |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | - | | | | | | | 9,000.00 | 9,000.00 | 0.00 |
| **Account No.** | | | | Unpaid Compensation | | | | | | |
| Joy St James 3241 Kinney Drive Germantown, TN 38139 | - | | | | | | | 9,000.00 | 9,000.00 | 0.00 |
| **Account No.** | | | | Unpaid Salary | | | | | | |
| Paul St James 3241 Kinney Drive Germantown, TN 38139 | - | | | | | | | 10,000.00 | 10,000.00 | 0.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 39,500.00 | 39,500.00 | 0.00 |
| Total (Report on Summary of Schedules) | 39,500.00 | 39,500.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re      **Warehouse 86, LLC**                                                   Case No. _____**08-03423**_____
                                          ,
                              Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | Trade debt | | | | |
| ABC Logistics Corp 2300 Sitler St #685 Memphis, TN 38114 | | - | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| ADP, Inc. 5680 New Northside Dr. Atlanta, GA 30328-4612 | | - | | | | | | 0.00 |
| Account No. | | | | A/C Company | | | | |
| Air-One Services 5055 Pleasant View Memphis, TN 38134 | | - | | | | | | 1,130.00 |
| Account No. | | | | Trash removal | | | | |
| Allied Waste Serv #493 P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | 3,851.24 |
| __16__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | 5,981.24 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:36203-090513   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Warehouse 86, LLC**                                    Case No. ____**08-03423**____
                                                      ,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Trash removal | | | | |
| Allied Waste Serv #837 P O Box 9001225 Louisville, KY 40290-1225 | - | | | | | | | | 1,608.12 |
| Account No. | | | | | Trash removal | | | | |
| Allied Waste Serv #868 P O Box 9001225 Louisville, KY 40290-1225 | - | | | | | | | | 1,855.01 |
| Account No. | | | | | Credit card purchases | | | | |
| American Express Corp P O Box 650448 Dallas, TX 75265-0448 | - | | | | | | | | 267,680.60 |
| Account No. | | | | | Copy services | | | | |
| American Photocopy 1719 Bartlett Road Memphis, TN 38134 | - | | | | | | | | 448.78 |
| Account No. | | | | | Trade debt | | | | |
| Amerigas 545 W 12 Street Ogden, UT 84404-5401 | - | | | | | | | | 712.07 |

| | | |
|---|---|---|
| Sheet no. __1__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 272,304.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                   Case No. ___**08-03423**___
                                                                    ,
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Telephone Services - Account Nos. xxx-xxx-0598 and xxx-xxx-3640 | | | | |
| AT&T P O Box 105262 Atlanta, GA 30348-5262 | - | | | | | | | | |
| | | | | | | | | | 209.53 |
| Account No. | | | | | Acct. No. xxxxx0088 | | | | |
| Atmos Energy P.O. Box 9001949 Louisville, KY 40290-1949 | - | | | | | | | | |
| | | | | | | | | | 1,305.04 |
| Account No. | | | | | | | | | |
| Baja Motorsports, LLC 40602 North Hammond Ln Phoenix, AZ 85034 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Warehouse Lease | | | | |
| Boyer BDO, L.C. 90 South 400 W STE 200 Salt Lake Cit, UT 84101 | - | | | | | | | | |
| | | | | | | | | | 168,390.25 |
| Account No. | | | | | | | | | |
| Brands on Sale 16706 Edwards Rd. Cerritos, CA 90703 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **169,904.82**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                               Case No. ____**08-03423**____
                                        ,
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | - | | | | | | 13,260.00 |
| Account No. | | | Trade debt | | | | |
| CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | - | | | | | | 1,447.71 |
| Account No. | | | Water services | | | | |
| City of Indianola Water P O Box 269 Indianola, MS 38751 | - | | | | | | 93.04 |
| Account No. | | | | | | | |
| Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | - | | | | | | 0.00 |
| Account No. | | | Trade debt | | | | |
| Consumer Products Serv 1650 Old Country Rd Plainview, NY 11803 | - | | | | | | 2,021.50 |

Sheet no. __3__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     16,822.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No. ____**08-03423**____
                                          ,
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crawford Technical Services** **Joel Fisher, Exe Gen Adjstr** **11434 Haleiwa Place** **Diamondhead, MS 39525** | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| **Crown Lift Trucks** **3952 Willow Lake Blvd.** **Bld. #5** **Memphis, TN 38118** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Crown Packaging Corp.** **17854 Chestrfld Airpt** **Chesterfield, MO 63005** | - | | | | | | 0.00 |
| Account No. | | | Utilities | | | | |
| **Delta Electric Power** **P O Box 935** **Greenwood, MS 38935-0935** | - | | | | | | 760.64 |
| Account No. | | | Survey services after tornado | | | | |
| **Dematic Corporation** **P O Box 12021** **Newark, NJ 07101-5021** | - | | | | | | 1,819.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,579.64

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 08-03423-ee   Doc 151   Filed 06/30/09   Entered 06/30/09 17:48:00   Desc Main
Document   Page 10 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                                Case No. _____**08-03423**_____
_____,
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Shipping | | | | |
| DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 | - | | | | | | | | 80,384.01 |
| Account No. | | | | | Trade debt | | | | |
| DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. Tempe, AZ 85281 | - | | | | | | | | 2,558.78 |
| Account No. | | | | | | | | | |
| EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 | - | | | | | | | | 0.00 |
| Account No. | | | | | Unpaid compensation | | | | |
| Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | - | | | | | | | | 0.00 |
| Account No. | | | | | Loans to Company | | | | |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | - | | | | | | | | 62,938.22 |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145,881.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                              Case No. _____**08-03423**_____
_____,
                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W | W J | C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Shipping | | | | |
| Excel Transportation P O Box 844711 Dallas, TX 75284-4711 | - | | | | | | | | 25,823.16 |
| Account No. | | | | | Acct No. xxxxxx7475 | | | | |
| Fifth Third Auto Leasing Trt P.O. Box 630041 MD1MOC2E-3152 Cincinnati, OH 45263 | - | | | | | | | | 1,033.49 |
| Account No. | | | | | | | | | |
| First Ins Funding Corp 450 Skokie Blvd. Suite 1000 Northbrook, IL 60065-3306 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Gary E. Veasey, Esq. 780 Ridge Lake Blvd. STE 202 Memphis, TN 38120 | - | | | | | | | | 0.00 |
| Account No. | | | | | Broadband provider | | | | |
| Global Crossing Tele. 1120 Pittsford Victor Pittsford, NY 14534-3818 | - | | | | | | | | 9,478.33 |

Sheet no. _6_ of _16_ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)        36,334.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                 ,    Case No. ___**08-03423**___
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Gloria O'Neal** **4403 Bennett Wood** **Millington, TN 38053** | | | | X | X | X | 0.00 |
| Account No. | | - | Trade debt | | | | |
| **H&E Equip. Serv. Inc.** **2760 S Wadman Dr** **Ogden, UT 84401** | | | | | | | 4,397.28 |
| Account No. | | - | | | | | |
| **Haddox Reid Burkes** **P O Drawer 22507** **Jackson, MS 39225-2507** | | | | | | | 0.00 |
| Account No. | | - | | | | | |
| **HEPACO, Inc.** **731 East Brooks Road** **Memphis, TN 38116** | | | | | | | 14,151.93 |
| Account No. | | - | Trade debt | | | | |
| **HOJ Enginr. & Sales Co** **3960 S 500 West** **Salt Lake Cit, UT 84123** | | | | | | | 2,392.75 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           20,941.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                      , Case No. _____ **08-03423** _____
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| IDI Services Group Mary Leesa Simmons, RPA, FMA 1000 Ridgeway Loop Rd. #100 Memphis, TN 38120 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Interface Systems 3773 Corporate Center Drive Earth City, MO 63045 | - | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| International Tax Services 2204 Walkley Road Ottawa, ON K1A1AB Canada | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Isaac Amavizca 3622 W. Oregon Avenue Phoenix, AZ 85019 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Jennifer D. Jones 101 Warren St., #20 Como, MS 38619 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Case 08-03423-ee   Doc 151   Filed 06/30/09   Entered 06/30/09 17:48:00   Desc Main
Document   Page 14 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**
_____,
Debtor

Case No. _____**08-03423**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Joann McKinney 2278 Sharon Memphis, TN 38127 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| Jon S. Musial, Esq. 8230 E. Gray Road Scottsdale, AZ 85260 | - | | | | | | |
| | | | | | | | 1,700.00 |
| Account No. | | | Shipping | | | | |
| Katt Worldwide Logist. P O Box 751197 Memphis, TN 38175 | - | | | | | | |
| | | | | | | | 15,000.00 |
| Account No. | | | Unsecured Creditor | | | | |
| Keith Martin Mack 2949 Los Robles Rd. Thousand Oaks, CA 91362-3320 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| Marchetti Robertson & P O Box 3348 Ridgeland, MS 39158 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. _**9**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,700.00

Case 08-03423-ee    Doc 151    Filed 06/30/09    Entered 06/30/09 17:48:00    Desc Main
Document    Page 15 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                                    Case No. _____**08-03423**_____
                                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Memphis LG&W**<br>**P.O. Box 388**<br>**Memphis, TN 38145-0388** | | - | | | | | | 0.00 |
| Account No.<br><br>**Memphis Recycling Serv**<br>**P O Box 88271**<br>**Chicago, IL 60680-1271** | | - | | Equipment provider | | | | 3,731.52 |
| Account No.<br><br>**Merchandise Manu. Inc.**<br>**6650 Caballero Blvd.**<br>**Buena Park, CA 90620** | | - | | Trade debt | | | | 5,234.13 |
| Account No.<br><br>**Mirna Maribel Carrillo**<br>**1608 W. Osborn**<br>**Apt. 7**<br>**Phoenix, AZ 85015** | | - | | | X | X | X | 0.00 |
| Account No.<br><br>**Nailco Group**<br>**23200 Haggerty Rd.**<br>**Farmington, MI 48335** | | - | | Trade debt | | | | 51.04 |

| Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,016.69 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Case 08-03423-ee    Doc 151    Filed 06/30/09    Entered 06/30/09 17:48:00    Desc Main
Document    Page 16 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**
_____,
Debtor

Case No. _____**08-03423**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Acct. No. xxxxxxx6907 | | | | |
| Old Dominion Freight Line c/o McCarthy Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | | - | | | | | 411.38 |
| Account No. | | | Loans to Company | | | | |
| Paul and Joy St James 3241 Kinney Drive Germantown, TN 38139 | | - | | | | | 518,799.53 |
| Account No. | | | | | | | |
| Phusion Software, Inc. 26300 Ford Rd. #415 Dearborn Heig, MI 48127 | | - | | | | | 0.00 |
| Account No. | | | Utilities | | | | |
| Questar Gas Company P O Box 45841 Salt Lake Cit, UT 84139 | | - | | | | | 224.36 |
| Account No. | | | Disputed Lease Obligation | | | | |
| RadioShack Corporation Rent Acct Dept, Ac Sup P. O. Box 961090 Fort Worth, TX 76161-5014 | | - | | X | X | X | 0.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

519,435.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                          Case No. _____**08-03423**_____
_____ ,
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| Rocky Mountain Power 1033 NE 6th Ave Portland, OR 97256-0001 | - | | | | | | 9,266.05 |
| Account No. | | | | | | | |
| S & B Packaging, Inc. d/b/a Caboodles 6934-A Interstate Blvd. Horn Lake, MS 38637 | - | | | | | | 477.51 |
| Account No. | | | Rent Deposit-RadioShack | | | | |
| SC Kiosk, Inc. 300 RadioShack Circle MS CF4-101 Fort Worth, TX 76102 | - | | | X | X | X | 0.00 |
| Account No. | | | Trade debt | | | | |
| Serv 1st Indust. Tires 120-B Quinton Ave Munford, TN 38058 | - | | | | | | 410.10 |
| Account No. | | | Acct. WAR102 | | | | |
| Soefker Services, Inc. 1568 Panama St Memphis, TN 38108-1919 | - | | | | | | 4,724.34 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        14,878.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                              ,    Case No.    **08-03423**
                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SOS Staffing** <br> **P O Box 27008** <br> **Salt Lake Cit, UT 84127** | - | | Temporary agency services | | | | 17,432.77 |
| Account No. <br><br> **Sprint** <br> **P O Box 660092** <br> **Dallas, TX 75266** | - | | | | | | 0.00 |
| Account No. <br><br> **Teleshere Networks Ltd** <br> **9237 E Via de Ventura** <br> **Suite 250** <br> **Scottsdale, AZ 85258** | - | | Trade debt | | | | 193.32 |
| Account No. <br><br> **Thomas Sales&Serv Inc.** <br> **2300 Sitler St. #685** <br> **Memphis, TN 38114** | - | | Trade debt | | | | 20,853.70 |
| Account No. <br><br> **Transport Express Inc.** <br> **P.O. Box 69207** <br> **Seattle, WA 98168** | - | | Account No. xxx-xxx-5495 | | | | 3,290.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            41,769.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                                    Case No. _____08-03423_____
                                                    ,
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tri-Continental Truck**<br>**P O Box 1621**<br>**Scottsdale, AZ 85252-1621** | - | | Shipping | | | | 5,550.00 |
| Account No.<br><br>**TWG Innov. Solutions**<br>**13922 Denver W Pkwy**<br>**Golden, CO 80401** | - | | Trade debt | | | | 125,469.00 |
| Account No.<br><br>**TWG Innov. Solutions**<br>**13922 Denver W Pkwy**<br>**Golden, CO 80401** | - | | | | | | 0.00 |
| Account No.<br><br>**UPS**<br>**1620 Valwood Pkwy #115**<br>**Carrollton, TX 75006** | - | | Shipping | | | | 58,577.46 |
| Account No.<br><br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | - | | Shipping | | | | 56,567.20 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          246,163.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                              Case No. ___**08-03423**___
_____,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UPS Freight** <br>P.O. Box 6109 <br>Westerville, OH 43086 | - | | Account No. xxx-x6406 | | | | 340.85 |
| Account No. <br><br> **Verizon Wireless** <br>P O Box 660108 <br>Dallas, TX 75266-0108 | - | | Wireless Services | X | X | X | 2,968.01 |
| Account No. <br><br> **Vertex, IPS** <br>5885 Stapleton Dr. N <br>STE C308 <br>Denver, CO 80216 | - | | | | | | 0.00 |
| Account No. <br><br> **Waterford Technologies** <br>19700 Fairchild #300 <br>Irvine, CA 92612 | - | | Trade debt | | | | 450.00 |
| Account No. <br><br> **Willow Lake Pro., LLC** <br>233 South Wacker Dr <br>Ste. 350 <br>Chicago, IL 60606 | - | | | | | | 0.00 |

Sheet no. _**15**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         3,758.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC** _____,    Case No. ____**08-03423**_____

Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Windsor Tax Services** P.O. Box 1655 Windsor ON N9A767 | - | | Disputed taxes allegedly owed by C86, LLC | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **16** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
| | Total (Report on Summary of Schedules) | 1,522,472.75 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Southern District of Mississippi

In re   __Warehouse 86, LLC__ _____       Case No.   __08-03423__ _____

Debtor(s)       Chapter   __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __June 30, 2009__ _____       Signature   __/s/ Ernest K. Strahan III__ _____

Ernest K. Strahan III
**CFO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Mississippi

In re    __Warehouse 86, LLC__ _____     Case No.    __08-03423__
_____ Debtor(s)                          Chapter     __11__

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 30, 2009_____        /s/ Ernest K. Strahan III _____
                                          Ernest K. Strahan III/CFO
                                          Signer/Title

Warehouse 86, LLC
5 River Bend Place, STE D
Flowood, MS 39232

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065

Baja Motorsports, LLC
40602 North Hammond Ln
Phoenix, AZ 85034


John A. Crawford, Jr. (Jack)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P O Box 22567
Jackson, MS 39225-2567

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101


5 River Bend Pl., LLC
5 River Bend Place
Ste. D
Flowood, MS 39232

American Internatl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703


ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114

American Photocopy
1719 Bartlett Road
Memphis, TN 38134

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139


ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1728

Amerigas
545 W 12 Street
Ogden, UT 84404-5401

CH Enterprises
4305 Harrison #6-323
Ogden, UT 84403


Air-One Services
5055 Pleasant View
Memphis, TN 38134

Aon Innov. Solutions
13922 Denver West Pkwy
Golden, CO 80401

City of Indianola Water
P O Box 269
Indianola, MS 38751


Allied Waste Serv #493
P O Box 9001225
Louisville, KY 40290-1225

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241


Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290-1225

Atmos Energy
P.O. Box 9001949
Louisville, KY 40290-1949

ConnectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133


Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290-1225

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, IN 46514

Consumer Products Serv
1650 Old Country Rd
Plainview, NY 11803

Crawford Technical Services
Joel Fisher, Exe Gen Adjstr
11434 Haleiwa Place
Diamondhead, MS 39525

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118

Eric L. Eilertsen
3103 Wetherby Cv. N.
Germantown, TN 38139

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401

Crown Packaging Corp.
17854 Chestrfld Airpt
Chesterfield, MO 63005

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Ernest K. Strahan, III
1918 Petit Bois St N
Jackson, MS 39211

HEPACO, Inc.
731 East Brooks Road
Memphis, TN 38116

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

Fifth Third Auto Leasing Trt
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263

IDI Services Group
Mary Leesa Simmons, RPA,F
1000 Ridgeway Loop Rd. #
Memphis, TN 38120

DHL Express-Claims
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281

First Ins Funding Corp
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60065-3306

Interface Systems
3773 Corporate Center Dr
Earth City, MO 63045

DHL Express-SRC
1100 Airport Rd.
MS 2061-D11
Wilmington, OH 45177

Gary E. Veasey, Esq.
780 Ridge Lake Blvd.
STE 202
Memphis, TN 38120

International Tax Servi
2204 Walkley Road
Ottawa, ON K1A1AB
Canada

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix, AZ 85019

Jennifer D. Jones
101 Warren St., #20
Como, MS 38619

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139

Joann McKinney
2278 Sharon
Memphis, TN 38127

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

Paul St James
3241 Kinney Drive
Germantown, TN 38139

Jon S. Musial, Esq.
8230 E. Gray Road
Scottsdale, AZ 85260

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133

Pay Pal
211 N. 1st Street
San Jose, CA 95131

Joy St James
3241 Kinney Drive
Germantown, TN 38139

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175

Mirna Maribel Carrillo
1608 W. Osborn
Apt. 7
Phoenix, AZ 85015

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335

Questar Gas Co.
P.O. Box 45841
Salt Lake City, UT 8413

Louis E. Sagar
598 Broadway
New York, NY 10012

Old Dominion Freight Line
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121

RadioShack Corporation
Rent Acct Dept, Ac Sup
P. O. Box 961090
Fort Worth, TX 76161-50

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

Thomas Sales&Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, IL 60606

S & B Packaging, Inc.
d/b/a Caboodles
6934-A Interstate Blvd.
Horn Lake, MS 38637

Transport Express Inc.
P.O. Box 69207
Seattle, WA 98168

Windsor Tax Services
P.O. Box 1655
Windsor ON N9A767

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102

Tri-Continental Truck
P O Box 1621
Scottsdale, AZ 85252-1621

Serv 1st Indust. Tires
120-B Quinton Ave
Munford, TN 38058

TWG Innov. Solutions
13922 Denver W Pkwy
Golden, CO 80401

Soefker Services, Inc.
1568 Panama St
Memphis, TN 38108-1919

UPS
Lockbox 577
Carol Stream, IL 60132-0577

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127

UPS Freight
P.O. Box 6109
Westerville, OH 43086

Sprint
P O Box 660092
Dallas, TX 75266

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Stuart M. Irby
P.O. Box 1819
Jackson, MS 39205-1819

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216