B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Warehouse 86, LLC** 

Debtor(s)

Case No. __08-03423__

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express Corp**<br>P O Box 650448<br>Dallas, TX 75265-0448 | **American Express Corp**<br>P O Box 650448<br>Dallas, TX 75265-0448 | **Credit card purchases** | | 267,680.60 |
| **Boyer BDO, L.C.**<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | **Boyer BDO, L.C.**<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | **Warehouse Lease** | | 168,390.25 |
| **Cambridge Integ. Serv.**<br>31500 Solon Rd.<br>Solon, OH 44139 | **Cambridge Integ. Serv.**<br>31500 Solon Rd.<br>Solon, OH 44139 | **Trade debt** | | 13,260.00 |
| **DHL Express (USA) Inc.**<br>P O Box 4723<br>Houston, TX 77210-4723 | **DHL Express (USA) Inc.**<br>P O Box 4723<br>Houston, TX 77210-4723 | **Shipping** | | 80,384.01 |
| **DHL Express-SRC**<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | **DHL Express-SRC**<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | **Lien interest in goods owned by creditor consigned to Debtor** | | 370,911.30<br><br>(1,500.00 secured) |
| **Eric L. Eilertsen**<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | **Eric L. Eilertsen**<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | **Unpaid compensation** | | 11,500.00 |
| **Ernest K. Strahan, III**<br>1918 Petit Bois St N<br>Jackson, MS 39211 | **Ernest K. Strahan, III**<br>1918 Petit Bois St N<br>Jackson, MS 39211 | **Loans to Company** | | 62,938.22 |
| **Excel Transportation**<br>P O Box 844711<br>Dallas, TX 75284-4711 | **Excel Transportation**<br>P O Box 844711<br>Dallas, TX 75284-4711 | **Shipping** | | 25,823.16 |
| **Global Crossing Tele.**<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | **Global Crossing Tele.**<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | **Broadband provider** | | 9,478.33 |
| **Katt Worldwide Logist.**<br>P O Box 751197<br>Memphis, TN 38175 | **Katt Worldwide Logist.**<br>P O Box 751197<br>Memphis, TN 38175 | **Shipping** | | 15,000.00 |
| **Mercantila, Inc.**<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | **Mercantila, Inc.**<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | **Lien interest in goods owned by creditor consigned to Debtor** | | 11,787.99<br><br>(500.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                      Case No.   **08-03423**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Overstock.com, Inc.**<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121 | **Overstock.com, Inc.**<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121 | **Lien interest in goods owned by creditor consigned to Debtor** | | **556,880.23**<br><br>**(3,000.00 secured)** |
| **Paul and Joy St James**<br>3241 Kinney Drive<br>Germantown, TN 38139 | **Paul and Joy St James**<br>3241 Kinney Drive<br>Germantown, TN 38139 | **Loans to Company** | | **518,799.53** |
| **Paul St James**<br>3241 Kinney Drive<br>Germantown, TN 38139 | **Paul St James**<br>3241 Kinney Drive<br>Germantown, TN 38139 | **Unpaid Salary** | | **10,000.00** |
| **Rocky Mountain Power**<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | **Rocky Mountain Power**<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | **Utilities** | | **9,266.05** |
| **SOS Staffing**<br>P O Box 27008<br>Salt Lake Cit, UT 84127 | **SOS Staffing**<br>P O Box 27008<br>Salt Lake Cit, UT 84127 | **Temporary agency services** | | **17,432.77** |
| **Thomas Sales&Serv Inc.**<br>2300 Sitler St. #685<br>Memphis, TN 38114 | **Thomas Sales&Serv Inc.**<br>2300 Sitler St. #685<br>Memphis, TN 38114 | **Trade debt** | | **20,853.70** |
| **TWG Innov. Solutions**<br>13922 Denver W Pkwy<br>Golden, CO 80401 | **TWG Innov. Solutions**<br>13922 Denver W Pkwy<br>Golden, CO 80401 | **Trade debt** | | **125,469.00** |
| **UPS**<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006 | **UPS**<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006 | **Shipping** | | **58,577.46** |
| **UPS**<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | **UPS**<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | **Shipping** | | **56,567.20** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   11/4/08                            Signature   _____
                                                      Ernest K. Strahan III
                                                      CFO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re     **Warehouse 86, LLC**

Debtor

Case No. _____ **08-03423** _____

Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,511,708.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,411,723.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 28,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 1,517,643.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,511,708.29 | | |
| Total Liabilities | | | | 3,957,366.88 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Warehouse 86, LLC**

Debtor

Case No. ___**08-03423**___

Chapter ___**11**___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Warehouse 86, LLC**                       ,      Case No.   **08-03423**

                               Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Warehouse 86, LLC**
_____,
Debtor

Case No.    **08-03423**
_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of American - Checking - 3903 | - | 6,713.43 |
| | | Bank of American - Checking - 5429 | - | 54,995.74 |
| | | Bank of American - Checking - 9451 | - | 5,609.78 |
| | | Paypal Account - payments | - | 4,645.77 |
| | | Paypal Account - vip | - | 4,408.59 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Rent Deposit - Radio Shack, Inc | - | 35,407.90 |
| | | Rent Deposit - 5 River Bend Pl, Flowood, MS | - | 294.00 |
| | | Utility Deposit - Memphis Light Gas and Water | - | 26,200.00 |
| | | Utility Deposit - Rocky Mountain Power, Ogden Utah | - | 6,000.00 |
| | | Utility Deposit - Questar Gas, Ogden, UT | - | 800.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **145,075.21**
(Total of this page)

___3___   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Warehouse 86, LLC**                          Case No. _____ **08-03423** _____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **G86, LLC** | - | 988.06 |
| | | | **C86, LLC** | - | 3,313.90 |
| | | | **Bidtopia, LLC (which includes certain auction software)** | - | 2,148.80 |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | **Pay Pal Retention** | - | 120,669.62 |
| | | | **Cardservice International (Mastercard/VISA)** | - | 35,000.00 |
| | | | **American Express (Merchant Account)** | - | 3,000.00 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      165,120.38
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Warehouse 86, LLC**                                              ,          Case No. _____**08-03423**_____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Insurance Claim Arising From Tornado and Fire Loss that destroyed subleased facility at 481 Airport Industrial Dr. Southaven, MS 38671 | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Registered Service Mark - - "BARGAINLAND"; the name, "Warehouse 86"; in house custom software (e.g., "the Gavel", warehouse management systems, auction software, macros, routines, modules, etc.) | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer E-mail Lists | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See Ex. B.29 attached hereto. | - | 1,060,847.58 |

Sub-Total >     1,060,847.58
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re       **Warehouse 86, LLC**                                                    Case No.      **08-03423**
                                                      ,
                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | Located at 3865 S. Perkins, Memphis, TN 38119 and in Utah facility. However, Debtor does not take physical inventories. The company purchases or consigns inventories that arrive as mixed truckloads of widely diverse individual "one off" liquidation products. Each item on the truck typically has a unique condition from new, open box, customer warranty return, freight damaged, or shelf pull. Due to the unique condition and quantity of each item, it is impossible to establish a value for the item until after it has been auctioned. During the auction which starts at 99 cents, the public will establish the worth of the item. Items which do not receive a bid are later grouped with other worthless items and auctioned as a mixed lot, at which time the public will again attempt to establish a price for a group of unrelated items. On average a complete lot of purchased inventory will sell over a three month time frame. Therefore, as a standard practice, inventory purchased for resale is booked at the time it is purchased at the purchase price paid for the lot, then one third is expensed against cost of goods sold in each of the following three months. | - | 140,665.12 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 140,665.12 |
| Total > | 1,511,708.29 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

# Warehouse86 LLC. Monthly Depreciation Report

**Accrual Basis**

## Exhibit B.29 - Warehouse 86, LLC Asset List

| Purchase Date | Memo | Amount |
|---|---|---|
| Aug-00 | Cardboard Compactor | $4,000.00 |
| Aug-00 | Computer Equip | $19,485.00 |
| Aug-00 | Truck 1 | $21,500.00 |
| Aug-00 | Forklift | $15,000.00 |
| Aug-00 | Office Furniture | $15,000.00 |
| Aug-00 | Pallet Racking | $10,000.00 |
| Aug-00 | Ramp | $3,000.00 |
| Apr-02 | Computer Equip | $52,315.00 |
| Jun-03 | Pallet Racking | $143,125.00 |
| Jun-03 | Forklift RDX30 | $27,000.00 |
| Jun-03 | Toshiba Phone-DK424 | $6,000.00 |
| Jun-03 | Lucent Phone Partner 18D | $6,000.00 |
| Jan-04 | Computers on 6/10/03 | $34,692.00 |
| Jan-04 | Land Rover on 12/12/03 | $69,330.00 |
| Mar-04 | Forklift - Nissan | $7,864.50 |
| Mar-04 | Computer parts | $2,805.96 |
| Apr-04 | Computer parts | $4,080.53 |
| Jun-04 | Computer parts | $3,684.88 |
| Jul-04 | Computer parts | $3,813.37 |
| Aug-04 | Computer parts | $1,165.39 |
| Aug-04 | Racking | $2,874.85 |
| Sep-04 | Forklift -  Yale | $7,000.00 |
| Sep-04 | Computer parts | $11,498.57 |
| Sep-04 | Metal Detectors | $8,100.00 |
| Sep-04 | Off Furniture | $1,022.90 |
| Sep-04 | 04 Dodge Ram 1500-1D7HA16KX4J264931 | $18,302.39 |
| Sep-04 | Office Funriture-Chairs | $1,938.33 |
| Oct-04 | Computer parts | $11,690.50 |
| Nov-04 | Computer parts | $9,855.48 |
| Dec-04 | Computer parts | $1,050.42 |
| Jan-05 | chairs | $987.46 |
| Jan-05 | computer | $23,664.10 |
| Jan-05 | Conveyors | $7,359.07 |
| Jan-05 | Copier - Lanier | $1,378.28 |
| Jan-05 | software | $339.95 |
| Feb-05 | computer | $15,160.84 |
| Mar-05 | computer | $28,144.29 |
| Mar-05 | photo table | $578.34 |
| Mar-05 | software | $6,596.52 |
| Apr-05 | computer | $13,764.27 |

# Warehouse86 LLC. Monthly Depreciation Report

Accrual Basis

| | | |
|---|---|---|
| Apr-05 | Crown Order Picker | $1,675.53 |
| Apr-05 | Racking | $16,203.58 |
| Apr-05 | software | $8,625.78 |
| May-05 | 2 order pickers | $6,611.00 |
| May-05 | 2 order pickers | $4,475.00 |
| May-05 | computer | $48,688.19 |
| May-05 | Fixtures | $1,554.48 |
| May-05 | software | $5,051.61 |
| Jun-05 | computer | $4,274.49 |
| Jun-05 | new HVAC | $2,583.00 |
| Jun-05 | racking | $8,766.50 |
| Jun-05 | SSL certificate | $349.00 |
| Jul-05 | 2 fans | $624.93 |
| Jul-05 | computers | $18,662.41 |
| Jul-05 | Furniture | $5,187.16 |
| Jul-05 | Office Equip - Copier KM830D | $8,400.00 |
| Jul-05 | Racking/Pallet Jack | $62,445.07 |
| Jul-05 | software | $97.50 |
| Jul-05 | telephone | $645.00 |
| Aug-05 | camera | $624.94 |
| Aug-05 | computers | $18,281.64 |
| Aug-05 | furniture Cubicles and desk | $12,381.16 |
| Aug-05 | Office Equip Oki fax machine | $2,392.57 |
| Aug-05 | Office Furniture - joy's desk | $2,429.01 |
| Aug-05 | photocube | $2,008.00 |
| Aug-05 | software | $999.00 |
| Aug-05 | telephones | $2,730.52 |
| Sep-05 | camera | $2,215.99 |
| Sep-05 | Chain link fence-Labor/Material to install 178' | $4,507.46 |
| Sep-05 | computer scanners | $34,464.02 |
| Sep-05 | photocube | $4,556.60 |
| Sep-05 | Software - Sql Svr 2000 | $21,672.82 |
| Oct-05 | camera | $3,006.13 |
| Oct-05 | computer | $19,680.74 |
| Oct-05 | conveyors in Canada | $5,713.65 |
| Oct-05 | Fax/Toner - Canada Office | $1,085.90 |
| Oct-05 | Office Funiture | $3,083.54 |
| Oct-05 | Photo Booth | $5,000.00 |
| Oct-05 | Racking | $24,797.66 |
| Oct-05 | Software | $247.93 |
| Nov-05 | Camera and accessories | $131.08 |
| Nov-05 | Computer | $11,442.08 |
| Nov-05 | conveyors in Canada | $3,112.67 |
| Nov-05 | Fixtures | $1,604.48 |

## Warehouse86 LLC. Monthly Depreciation Report

Accrual Basis

| | | |
|---|---|---|
| Nov-05 | Software | $1,124.46 |
| Dec-05 | Computer | $30,432.77 |
| Dec-05 | Furniture | $2,750.00 |
| Dec-05 | Software | $2,295.88 |
| Jan-06 | Computer | $23,927.30 |
| Jan-06 | Software | $2,391.65 |
| Jan-06 | Computer | $7,792.41 |
| Jan-06 | Furniture - office 3 chairs | $2,608.36 |
| Jan-06 | Computer | $1,617.55 |
| Jan-06 | Equip Lite | $345.02 |
| Jan-06 | racking in Canada | $3,332.93 |
| Jan-06 | Sweeper - Cat | $7,516.81 |
| Feb-06 | Computer | $1,125.00 |
| Feb-06 | Software | $8,994.28 |
| Feb-06 | Computer | $2,117.83 |
| Feb-06 | Expander Unit for Canada | $14,344.64 |
| Feb-06 | Equip Lite | $909.36 |
| Feb-06 | Computer | $8,070.00 |
| Mar-06 | Computer | $10,931.69 |
| Mar-06 | Order Pickers - 1 Yale/2 Cat | $3,372.80 |
| Mar-06 | Computer | $3,502.90 |
| Mar-06 | Fax Machine | $1,188.17 |
| Mar-06 | Computer | $1,097.79 |
| Mar-06 | Computer | $2,791.20 |
| Apr-06 | Computer | $43,692.47 |
| Apr-06 | Computer | $42,264.78 |
| May-06 | Computer | $6,505.78 |
| May-06 | Software | $432.39 |
| May-06 | Computer | $2,106.86 |
| May-06 | File cabinet -3 | $2,403.50 |
| May-06 | Software | $655.45 |
| May-06 | Computer | $3,725.00 |
| Jun-06 | Computer | $1,082.45 |
| Jun-06 | Computer | $7,476.55 |
| Jul-06 | Computer | $18,745.03 |
| Jul-06 | Computer | $87,401.89 |
| Jul-06 | Conveyor DC7 | $115,415.55 |
| Jul-06 | Copier CS2030 | $3,818.28 |
| Jul-06 | Equip Lite | $11,640.95 |
| Jul-06 | Furniture - Used office | $9,700.00 |
| Jul-06 | Refridgerator, Work Table & Ice Maker - 1 Each | $7,298.31 |
| Jul-06 | Safe - 2 Centurion D31 | $2,140.00 |
| Jul-06 | Tennant 8410 Sweeper Scrubber - Inv 1439 | $15,220.50 |
| Aug-06 | Computer | $650.80 |

# Warehouse86 LLC. Monthly Deprecition Report

Accrual Basis

| | | |
|---|---|---|
| Aug-06 | Software | $2,998.94 |
| Aug-06 | Computer | $2,183.10 |
| Aug-06 | Software | $1,437.96 |
| Aug-06 | Computer | $10,121.74 |
| Aug-06 | Computer | $403.11 |
| Aug-06 | Computer | $728.47 |
| Aug-06 | Computer | $28,607.74 |
| Aug-06 | Conveyor System | $272,150.32 |
| Aug-06 | Equip Lite | $10,969.53 |
| Aug-06 | Fax Machine Oki 5780 | $1,188.17 |
| Aug-06 | Ice Machine Shipping On Work Table - 1 | -$138.00 |
| Aug-06 | Security Cameras -3 | $1,400.63 |
| Aug-06 | Security Fences | $4,019.99 |
| Aug-06 | Software | $4,386.40 |
| Aug-06 | Trash compactor wiring | $2,782.00 |
| Aug-06 | Computer | $9,640.99 |
| Sep-06 | Software | $21,672.82 |
| Sep-06 | Computer | $182.17 |
| Sep-06 | Software | $3,125.59 |
| Sep-06 | Computer | $569.86 |
| Sep-06 | Computer | -$66.89 |
| Sep-06 | Conveyor -Camera stands -2 | $6,698.20 |
| Sep-06 | Data drops to cubes | $950.00 |
| Sep-06 | Equip Lite | $6,270.40 |
| Sep-06 | Racking Shelves -1000 | $13,550.00 |
| Sep-06 | Software | $4,068.85 |
| Sep-06 | Computer | $29,290.91 |
| Sep-06 | Software | $3,512.06 |
| Oct-06 | Computer | $754.16 |
| Oct-06 | Software | $490.00 |
| Oct-06 | Computer | $189.18 |
| Oct-06 | Software | $400.64 |
| Oct-06 | Computer | $744.87 |
| Oct-06 | Computer | $12,589.94 |
| Oct-06 | Computer | $4,894.08 |
| Oct-06 | Equip Lite | $1,444.50 |
| Oct-06 | Racking Shelves -2080 partial | $27,657.00 |
| Nov-06 | Software | $66,762.13 |
| Nov-06 | Computer | $2,454.30 |
| Nov-06 | Computer | -$36.05 |
| Nov-06 | Conveyor - crossovers - part of original order | $5,202.29 |
| Nov-06 | Crown Lift Trucks - 2 | $10,200.00 |
| Nov-06 | Equip Lite | $1,294.25 |
| Nov-06 | Tennant 5680 floor scrubber | $4,676.00 |

## Warehouse86 LLC. Monthly Depreciation Report

Accrual Basis

| | | |
|---|---|---|
| Dec-06 | Computer | $2,014.00 |
| Dec-06 | Photo Booth | $1,930.50 |
| Dec-06 | Computer | $5,182.73 |
| Dec-06 | Software | $6,771.05 |
| Dec-06 | Computer | $1,007.00 |
| Dec-06 | Equip Lite | $378.00 |
| Dec-06 | Lyon Shelving for Warehouse | $6,500.00 |
| Dec-06 | Photo Booth | $1,987.00 |
| Dec-06 | Computer | $2,244.34 |
| Dec-06 | Computer | $18,950.51 |
| Dec-06 | Equip Lite | $1,330.76 |
| Dec-06 | Computer | $4,623.62 |
| Dec-06 | Correction | -$1,510.00 |
| Dec-06 | Tennant 8410 Floor scrubber return-Blue Ribbo | -$13,710.50 |
| Jan-07 | Computer | $1,426.00 |
| Jan-07 | Computer | $1,009.43 |
| Jan-07 | Computer | $10,659.48 |
| Jan-07 | Computer | $3,401.69 |
| Jan-07 | Onan Generator | $13,500.00 |
| Feb-07 | Computer | $360.61 |
| Feb-07 | Furniture | $4,227.98 |
| Feb-07 | Software | $1,046.51 |
| Feb-07 | Computer | $1,690.00 |
| Feb-07 | Racking | $3,300.00 |
| Feb-07 | Computer | $10,521.52 |
| Feb-07 | Computer | $42,094.48 |
| Mar-07 | Computer | $2,086.34 |
| Apr-07 | Furniture - 6 chairs | $655.43 |
| Apr-07 | Materials for DC-5 network wiring revisions | $988.17 |
| Apr-07 | Paper Shredder | $599.78 |
| Apr-07 | Software | $267.04 |
| Apr-07 | Water Coolers | $985.00 |
| Apr-07 | Racking | $4,125.00 |
| Apr-07 | Computer | $4,319.96 |
| Apr-07 | Computer | $4,859.94 |
| Apr-07 | Computer | $3,239.96 |
| May-07 | Computer | $685.00 |
| May-07 | Software | $618.95 |
| May-07 | Software | $0.90 |
| May-07 | Equip Lite | -$756.00 |
| Apr-07 | Computer | $2,535.00 |
| Jun-07 | Computer | $2,492.00 |
| Jun-07 | Computer | $486.30 |
| Jun-07 | Computer | -$599.99 |

# Warehouse86 LLC. Monthly Depreciation Report

**Accrual Basis**

| | | |
|---|---|---:|
| Jun-07 | Computer | $2,571.20 |
| Jun-07 | Conveyor | $3,921.85 |
| Jun-07 | Equip Lite | $842.00 |
| Jun-07 | Software | $8,554.55 |
| Jul-07 | Computer | $860.91 |
| Jul-07 | Software | $2,029.93 |
| Aug-07 | Computer | $1,617.18 |
| Aug-07 | Software | $2,200.00 |
| Sep-07 | Material Handling Equip | $84,659.86 |
| | Sale Equip DE | -$38,482.92 |
| | Sale Equip CA | -$113,010.29 |
| Oct-07 | Computer | $7,095.00 |
| Oct-07 | Software | $22,766.15 |
| Nov-07 | Computer | $480.00 |
| Dec-07 | Software | $1,035.81 |
| Dec-07 | Computer | $3,640.00 |
| Dec-07 | Sale Equip DC8/10 | -$9,640.99 |
| Dec-07 | Sale Equip DC8/10 | -$29,290.91 |
| Dec-07 | Sale Equip DC8/10 | -$3,512.06 |
| Feb-07 | Moved from AZ | -$898,630.72 |
| Feb-07 | to Utah | $898,630.72 |
| Feb-07 | Moved LandRover | -$69,330.00 |
| Feb-07 | from AZ to TN | $69,330.00 |
| Oct-07 | Moved Office | -$115,151.57 |
| Oct-07 | from TN to MS | $115,151.57 |
| Jan-08 | Computer HP DL580G4 Memory | $360.52 |
| Jan-08 | Computer HPDL380 | $6,995.00 |
| Jan-08 | Computer Ram for SQL Server | $3,073.15 |
| Feb-08 | Computer | $996.53 |
| Feb-08 | Tables and Stools - 24 | $7,586.84 |
| Feb-08 | Pallets Racks in Utah | $4,590.50 |
| Feb-08 | Computer Cisco WS-CAC-2500W Power Supply | $480.44 |
| Mar-08 | Computer | $4,394.46 |
| May-08 | Land Rover Sale | -$69,330.00 |
| Jun-08 | Computer | $3,057.91 |
| Aug-08 | Computer-15 Server Drives | $3,670.00 |
| Sep-08 | Dispose-Dodge 1500 | -$18,302.39 |
| | Total Book Value | $2,178,073.42 |
| | Less Est. Damage from Tornado/Fire | -1,117,225.84 |

# Warehouse86 LLC. Monthly Deprecition Report

**Accrual Basis**

Remaining Book Value                    $1,060,847.58

B6D (Official Form 6D) (12/07)

In re    **Warehouse 86, LLC**                                                    Case No. ____**08-03423**____

                                           Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | | |
| Account No. | | | **Rent Deposit** | | | | | |
| **5 River Bend Pl., LLC** **5 River Bend Place** **Ste. D** **Flowood, MS 39232** | | | Rent Deposit - 5 River Bend Pl, Flowood, MS | | | | | |
| | | | Value $              294.00 | | | | 294.00 | 0.00 |
| Account No. | | | **Lien interest in goods owned by creditor consigned to Debtor** | | | | | |
| **American Covers, Inc.** **dba Handstands** **675 West 14600 South** **Bluffdale, UT 84065** | | | | | | | | |
| | | | Value $              300.00 | | | | 300.00 | 0.00 |
| Account No. | | | **Lien interest in goods owned by creditor consigned to Debtor** | | | | | |
| **Audiovox Spec. Applic.** **53200 Marina Drive** **Elkhart, IN 46514** | | | | | | | | |
| | | | Value $            25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. | | | **Lien interest in goods owned by creditor consigned to Debtor** | | | | | |
| **Baja Motorsports, LLC** **40602 North Hammond Ln** **Phoenix, AZ 85034** | | | | | | | | |
| | | | Value $             1,000.00 | | | | 1,000.00 | 0.00 |
| **4**    continuation sheets attached | | | Subtotal (Total of this page) | | | | 26,594.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Warehouse 86, LLC**
_____,
                          Debtor

Case No. _____08-03423_____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brands on Sale** <br> **16706 Edwards Rd.** <br> **Cerritos, CA 90703** | | | Lien interest in goods owned by creditor consigned to Debtor <br><br> Value $         2,000.00 | | | | 2,000.00 | 0.00 |
| Account No. <br><br> **DHL Express-Claims** <br> **Attn: Mark Sanchez** <br> **1144 W. Washington St.** <br> **Tempe, AZ 85281** | | | Lien interest in goods owned by creditor consigned to Debtor <br><br> Value $          300.00 | | | | 2,858.78 | 2,558.78 |
| Account No. <br><br> **DHL Express-SRC** <br> **1100 Airport Rd.** <br> **MS 2061-D11** <br> **Wilmington, OH 45177** | | | Lien interest in goods owned by creditor consigned to Debtor <br><br> Value $         1,500.00 | | | | 370,911.30 | 369,411.30 |
| Account No. <br><br> **Memphis LG&W** <br> **P.O. Box 388** <br> **Memphis, TN 38145-0388** | | | Utility Deposit - Memphis Light Gas and Water <br><br> Value $        26,200.00 | | | | 26,200.00 | 0.00 |
| Account No. <br><br> **Memphis Recyling Serv.** <br> **1131 Agnes** <br> **Memphis, TN 38104** | | | Purchase Money Security <br><br> Baler (destroyed in 2/5/08 tornado) <br><br> Value $         Unknown | | | | 3,731.52 | Unknown |

Sheet __1__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 405,701.60 | 371,970.08 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re    **Warehouse 86, LLC**                  ,      Case No.   **08-03423**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | | - | Lien interest in goods owned by creditor consigned to Debtor<br><br>Value $    500.00 | | | | 11,787.99 | 11,387.99 |
| Account No.<br><br>Merchandise Manu. Inc.<br>6650 Caballero Blvd.<br>Buena Park, CA 90620 | | - | Lien interest in goods owned by creditor consigned to Debtor<br><br>Value $    6,000.00 | | | | 11,234.13 | 5,234.13 |
| Account No.<br><br>Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121 | | - | Lien interest in goods owned by creditor consigned to Debtor<br><br>Value $    3,000.00 | | | | 556,880.23 | 553,880.23 |
| Account No.<br><br>Pay Pal<br>211 N. 1st Street<br>San Jose, CA 95131 | | - | Contractual<br><br>Pay Pal Retention<br><br>Value $    120,669.62 | X | X | X | 120,669.62 | 0.00 |
| Account No.<br><br>Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532 | | - | Purchase Money Security<br><br>Automobile (911 Porche)<br><br>Value $    Unknown | X | | X | 35,300.00 | Unknown |

Sheet __2__ of __4__ continuation sheets attached to       Subtotal
Schedule of Creditors Holding Secured Claims      (Total of this page)

| | 735,871.97 | 570,502.35 |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No.____08-03423____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Deposit - Questar Gas, Ogden, UT | | | | | |
| **Questar Gas Co.** **P.O. Box 45841** **Salt Lake City, UT 84139** | | | | | | | | |
| | | | Value $              800.00 | | | | 800.00 | 0.00 |
| Account No. | | | Utility Deposit - Questar Gas, Ogden, UT | | | | | |
| **Questar Gas Company** **P O Box 45841** **Salt Lake Cit, UT 84139** | | | | | | | | |
| | | | Value $              800.00 | | | | 0.00 | 0.00 |
| Account No. | | | Rent Deposit - Radio Shack, Inc | | | | | |
| **RadioShack Corporation** **Rent Acct Dept, Ac Sup** **P. O. Box 961090** **Fort Worth, TX 76161-5014** | | | | | | | | |
| | | | Value $              35,407.90 | | | | Unknown | Unknown |
| Account No. | | | Utility Deposit - Rocky Mountain Power, Ogden Utah | | | | | |
| **Rocky Mountain Power** **1033 NE 6th Ave** **Portland, OR 97256-0001** | | | | | | | | |
| | | | Value $              6,000.00 | | | | 6,000.00 | 0.00 |
| Account No. | | | Rent Deposit - Radio Shack, Inc | | | | | |
| **SC Kiosk, Inc.** **300 Radio Shack Circle** **MS CF4-101** **Fort Worth, TX 76102** | | | | X | X | X | | |
| | | | Value $              35,407.90 | | | | Unknown | Unknown |

Sheet _3_ of _4_  continuation sheets attached to                Subtotal                6,800.00        0.00
Schedule of Creditors Holding Secured Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No.    **08-03423**
                                                                      ,
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |
| Account No. |  |  |  | **Non-Purchase Money Security** |  |  |  |  |  |
| **Stuart M. Irby**<br>**P.O. Box 1819**<br>**Jackson, MS 39205-1819** |  |  | - | **All accounts, equipment, general intangibles, chattel paper, instruments, documents, cash, inventory, and all other personal property** |  |  |  |  |  |
|  |  |  |  | Value $           1,236,756.00 |  |  |  | 1,236,756.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  | Value $ |  |  |  |  |  |

Sheet __4__ of __4__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,236,756.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,411,723.57 | 942,472.43 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Warehouse 86, LLC**                                                    Case No.   **08-03423**
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                            Case No. _____08-03423_____
_____,
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Unpaid Salary** | | | | | |
| **Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211** | - | | | | | | 9,000.00 | 0.00 9,000.00 |
| Account No. | | | **Unpaid Compensation** | | | | | |
| **Joy St James 3241 Kinney Drive Germantown, TN 38139** | - | | | | | | 9,000.00 | 9,000.00 0.00 |
| Account No. | | | **Unpaid Salary** | | | | | |
| **Paul St James 3241 Kinney Drive Germantown, TN 38139** | - | | | | | | 10,000.00 | 10,000.00 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _1_ of _1_   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | 28,000.00 | 19,000.00 9,000.00 |
| Total (Report on Summary of Schedules) | 28,000.00 | 19,000.00 9,000.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy