B6F (Official Form 6F) (12/07)

In re **Warehouse 86, LLC** _____,   Case No. ____**08-03423**_____

Debtor

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Trade debt** | | | | |
| **ABC Logistics Corp** 2300 Sitler St #685 Memphis, TN 38114 | | - | | | | | | 1,000.00 |
| Account No. | | | | | | | | |
| **ADP, Inc.** 5680 New Northside Dr. Atlanta, GA 30328-4612 | | - | | | | | | 0.00 |
| Account No. | | | | **A/C Company** | | | | |
| **Air-One Services** 5055 Pleasant View Memphis, TN 38134 | | - | | | | | | 1,130.00 |
| Account No. | | | | **Trash removal** | | | | |
| **Allied Waste Serv #493** P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | 3,851.24 |
| __14__  continuation sheets attached | | | | Subtotal (Total of this page) | | | | 5,981.24 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   S/N:36203-081009   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No.    **08-03423**
_____,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trash removal | | | | |
| **Allied Waste Serv #837**<br>**P O Box 9001225**<br>**Louisville, KY 40290-1225** | | - | | | | | 1,608.12 |
| Account No. | | | Trash removal | | | | |
| **Allied Waste Serv #868**<br>**P O Box 9001225**<br>**Louisville, KY 40290-1225** | | - | | | | | 1,855.01 |
| Account No. | | | Credit card purchases | | | | |
| **American Express Corp**<br>**P O Box 650448**<br>**Dallas, TX 75265-0448** | | - | | | | | 267,680.60 |
| Account No. | | | Copy services | | | | |
| **American Photocopy**<br>**1719 Bartlett Road**<br>**Memphis, TN 38134** | | - | | | | | 448.78 |
| Account No. | | | Trade debt | | | | |
| **Amerigas**<br>**545 W 12 Street**<br>**Ogden, UT 84404-5401** | | - | | | | | 712.07 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    272,304.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Warehouse 86, LLC**                                                    Case No. _____ **08-03423** _____
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Telephone Services - Account Nos. xxx-xxx-0598 and xxx-xxx-3640 | | | | |
| AT&T P O Box 105262 Atlanta, GA 30348-5262 | | - | | | | | 209.53 |
| Account No. | | | Acct. No. xxxxx0088 | | | | |
| Atmos Energy P.O. Box 9001949 Louisville, KY 40290-1949 | | - | | | | | 1,305.04 |
| Account No. | | | | | | | |
| Baja Motorsports, LLC 40602 North Hammond Ln Phoenix, AZ 85034 | | - | | | | | 0.00 |
| Account No. | | | Warehouse Lease | | | | |
| Boyer BDO, L.C. 90 South 400 W STE 200 Salt Lake Cit, UT 84101 | | - | | | | | 168,390.25 |
| Account No. | | | | | | | |
| Brands on Sale 16706 Edwards Rd. Cerritos, CA 90703 | | - | | | | | 0.00 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 169,904.82 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                              Case No. _____ **08-03423** _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | | - | | | | | | 13,260.00 |
| Account No. | | | | Trade debt | | | | |
| CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | | - | | | | | | 1,447.71 |
| Account No. | | | | Water services | | | | |
| City of Indianola Water P O Box 269 Indianola, MS 38751 | | - | | | | | | 93.04 |
| Account No. | | | | | | | | |
| Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Consumer Products Serv 1650 Old Country Rd Plainview, NY 11803 | | - | | | | | | 2,021.50 |

Sheet no. __3__ of __14__ sheets attached to Schedule of          Subtotal

Creditors Holding Unsecured Nonpriority Claims         (Total of this page)     16,822.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **Warehouse 86, LLC**                                                Case No.      **08-03423**
_____,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crawford Technical Services** Joel Fisher, Exe Gen Adjstr 11434 Haleiwa Place Diamondhead, MS 39525 | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| **Crown Lift Trucks** 3952 Willow Lake Blvd. Bld. #5 Memphis, TN 38118 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Crown Packaging Corp.** 17854 Chestrfld Airpt Chesterfield, MO 63005 | - | | | | | | 0.00 |
| Account No. | | | Utilities | | | | |
| **Delta Electric Power** P O Box 935 Greenwood, MS 38935-0935 | - | | | | | | 760.64 |
| Account No. | | | Survey services after tornado | | | | |
| **Dematic Corporation** P O Box 12021 Newark, NJ 07101-5021 | - | | | | | | 1,819.00 |

Sheet no.  **4**   of  **14**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **2,579.64**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**
_____,
                        Debtor

Case No. _____**08-03423**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 | | - | | | | | 80,384.01 |
| Account No. | | | Trade debt | | | | |
| DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. Tempe, AZ 85281 | | - | | | | | 2,558.78 |
| Account No. | | | | | | | |
| EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 | | - | | | | | 0.00 |
| Account No. | | | Unpaid compensation | | | | |
| Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | | - | | | | | 11,500.00 |
| Account No. | | | Loans to Company | | | | |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | | - | | | | | 62,938.22 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

157,381.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No. ___08-03423___
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shipping | | | | |
| Excel Transportation P O Box 844711 Dallas, TX 75284-4711 | | - | | | | | | 25,823.16 |
| Account No. | | | | Acct No. xxxxxx7475 | | | | |
| Fifth Third Auto Leasing Trt P.O. Box 630041 MD1MOC2E-3152 Cincinnati, OH 45263 | | - | | | | | | 1,033.49 |
| Account No. | | | | | | | | |
| First Ins Funding Corp 450 Skokie Blvd. Suite 1000 Northbrook, IL 60065-3306 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Gary E. Veasey, Esq. 780 Ridge Lake Blvd. STE 202 Memphis, TN 38120 | | - | | | | | | 0.00 |
| Account No. | | | | Broadband provider | | | | |
| Global Crossing Tele. 1120 Pittsford Victor Pittsford, NY 14534-3818 | | - | | | | | | 9,478.33 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                36,334.98

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Warehouse 86, LLC** _____ ,        Case No. _____ **08-03423** _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Gloria O'Neal**<br>**4403 Bennett Wood**<br>**Millington, TN 38053** | | - | | | X | X | X | 0.00 |
| Account No.<br><br>**H&E Equip. Serv. Inc.**<br>**2760 S Wadman Dr**<br>**Ogden, UT 84401** | | - | | Trade debt | | | | 4,397.28 |
| Account No.<br><br>**Haddox Reid Burkes**<br>**P O Drawer 22507**<br>**Jackson, MS 39225-2507** | | - | | | | | | 0.00 |
| Account No.<br><br>**HOJ Enginr. & Sales Co**<br>**3960 S 500 West**<br>**Salt Lake Cit, UT 84123** | | - | | Trade debt | | | | 2,392.75 |
| Account No.<br><br>**IDI Services Group**<br>**Mary Leesa Simmons, RPA, FMA**<br>**1000 Ridgeway Loop Rd. #100**<br>**Memphis, TN 38120** | | - | | | X | X | X | 0.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 6,790.03 |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC** _____,    Case No. _____**08-03423**_____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| International Tax Services 2204 Walkley Road Ohawa, ON K1A1AB | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Jennifer D. Jones 101 Warren St., #20 Como, MS 38619 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Joann McKinney 2278 Sharon Memphis, TN 38127 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Shipping | | | | |
| Katt Worldwide Logist. P O Box 751197 Memphis, TN 38175 | | - | | | | | | |
| | | | | | | | | 15,000.00 |
| Account No. | | | | Unsecured Creditor | | | | |
| Keith Martin Mack 2949 Los Robles Rd. Thousand Oaks, CA 91362-3320 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No.    **08-03423**
_____ ,
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Marchetti Robertson & P O Box 3348 Ridgeland, MS 39158 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Memphis LG&W P.O. Box 388 Memphis, TN 38145-0388 | - | | | | | | | | 0.00 |
| Account No. | | | | | Equipment provider | | | | |
| Memphis Recycling Serv P O Box 88271 Chicago, IL 60680-1271 | - | | | | | | | | 3,731.52 |
| Account No. | | | | | Trade debt | | | | |
| Merchandise Manu. Inc. 6650 Caballero Blvd. Buena Park, CA 90620 | - | | | | | | | | 5,234.13 |
| Account No. | | | | | Trade debt | | | | |
| Nailco Group 23200 Haggerty Rd. Farmington, MI 48335 | - | | | | | | | | 51.04 |

Sheet no. __9__ of __14__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)            9,016.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No. ___**08-03423**___
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct. No. xxxxxxx6907 | | | | |
| **Old Dominion Freight Line** c/o McCarthy Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | | - | | | | | | 411.38 |
| Account No. | | | | Loans to Company | | | | |
| **Paul and Joy St James** 3241 Kinney Drive Germantown, TN 38139 | | - | | | | | | 518,799.53 |
| Account No. | | | | | | | | |
| **Phusion Software, Inc.** 26300 Ford Rd. #415 Dearborn Heig, MI 48127 | | - | | | | | | 0.00 |
| Account No. | | | | Utilities | | | | |
| **Questar Gas Company** P O Box 45841 Salt Lake Cit, UT 84139 | | - | | | | | | 224.36 |
| Account No. | | | | Disputed Lease Obligation | | | | |
| **RadioShack Corporation** Rent Acct Dept, Ac Sup P. O. Box 961090 Fort Worth, TX 76161-5014 | | - | | | X | X | X | 0.00 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

519,435.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                    Case No.    **08-03423**
_____,
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rocky Mountain Power**<br>**1033 NE 6th Ave**<br>**Portland, OR 97256-0001** | | - | | **Utilities** | | | | **9,266.05** |
| Account No.<br><br>**SC Kiosk, Inc.**<br>**300 RadioShack Circle**<br>**MS CF4-101**<br>**Fort Worth, TX 76102** | | - | | **Rent Deposit-RadioShack** | X | X | X | **0.00** |
| Account No.<br><br>**Serv 1st Indust. Tires**<br>**120-B Quinton Ave**<br>**Munford, TN 38058** | | - | | **Trade debt** | | | | **410.10** |
| Account No.<br><br>**Soefker Services, Inc.**<br>**1568 Panama St**<br>**Memphis, TN 38108-1919** | | - | | **Acct. WAR102** | | | | **4,724.34** |
| Account No.<br><br>**SOS Staffing**<br>**P O Box 27008**<br>**Salt Lake Cit, UT 84127** | | - | | **Temporary agency services** | | | | **17,432.77** |

| Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **31,833.26** |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                           Case No.    **08-03423**
                                                        ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sprint <br> P O Box 660092 <br> Dallas, TX 75266 | | - | | | | | | 0.00 |
| Account No. <br><br> Teleshere Networks Ltd <br> 9237 E Via de Ventura <br> Suite 250 <br> Scottsdale, AZ 85258 | | - | | Trade debt | | | | 193.32 |
| Account No. <br><br> Thomas Sales&Serv Inc. <br> 2300 Sitler St. #685 <br> Memphis, TN 38114 | | - | | Trade debt | | | | 20,853.70 |
| Account No. <br><br> Transport Express Inc. <br> P.O. Box 69207 <br> Seattle, WA 98168 | | - | | Account No. xxx-xxx-5495 | | | | 3,290.00 |
| Account No. <br><br> Tri-Continental Truck <br> P O Box 1621 <br> Scottsdale, AZ 85252-1621 | | - | | Shipping | | | | 5,550.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,887.02

B6F (Official Form 6F) (12/07) - Cont.

In re __Warehouse 86, LLC_____          Case No. ____08-03423_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| TWG Innov. Solutions 13922 Denver W Pkwy Golden, CO 80401 | | - | | | | | | 125,469.00 |
| Account No. | | | | | | | | |
| TWG Innov. Solutions 13922 Denver W Pkwy Golden, CO 80401 | | - | | | | | | 0.00 |
| Account No. | | | | Shipping | | | | |
| UPS 1620 Valwood Pkwy #115 Carrollton, TX 75006 | | - | | | | | | 58,577.46 |
| Account No. | | | | Shipping | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | | - | | | | | | 56,567.20 |
| Account No. | | | | Account No. xxx-x6406 | | | | |
| UPS Freight P.O. Box 6109 Westerville, OH 43086 | | - | | | | | | 340.85 |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     240,954.51

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                          Case No.    **08-03423**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wireless Services | | | | |
| Verizon Wireless P O Box 660108 Dallas, TX 75266-0108 | - | | | | X | X | X | 2,968.01 |
| Account No. | | | | | | | | |
| Vertex, IPS 5885 Stapleton Dr. N STE C308 Denver, CO 80216 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Waterford Technologies 19700 Fairchild #300 Irvine, CA 92612 | - | | | | | | | 450.00 |
| Account No. | | | | | | | | |
| Willow Lake Pro., LLC 233 South Wacker Dr Ste. 350 Chicago, IL 60606 | - | | | | | | | 0.00 |
| Account No. | | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| Windsor Tax Services P.O. Box 1655 Windsor ON N9A767 | - | | | | X | X | X | 0.00 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,418.01 |
| Total (Report on Summary of Schedules) | 1,517,643.31 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    **Warehouse 86, LLC**                                                          Case No.____**08-03423**_____
                                           _____
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **5 River Bend Pl., LLC**<br>**5 River Bend Place**<br>**Ste. D**<br>**Flowood, MS 39232** | **Lease of Flowood, MS property for corporate offices located at 5 River Bend Place, Ste. D, Flowood, MS 39232. Property consists of 2 offices of approximately 294 sq. ft. The term of this lease begins 10/1/07 and expires 10/31/08. The rental amount is $294.00 month.** |
| **ADP, Inc.**<br>**One ADP Blvd**<br>**Roseland, NJ 07068-1728** | **Employee Payroll Processing and Labor Timekeeping contract dated 6/9/2006.** |
| **American Covers, Inc.**<br>**dba Handstands**<br>**675 West 14600 South**<br>**Bluffdale, UT 84065** | **Liquidation Agreement between American Covers, Inc. dba HandStands and Warehouse 86, LLC dated 1/28/08. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for HandStands. The term of this agreement shall be for 90 days and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between HandStands and W86.** |
| **American Internatl Co.**<br>**Specialty Workers Comp**<br>**P O Box 409**<br>**Parsippany, NJ 07054-0409** | **Worker's Compensation Insurance** |
| **Aon Innov. Solutions**<br>**13922 Denver West Pkwy**<br>**Golden, CO 80401** | **Product Purchase and Service Agreement dated 1/23/02 between Warehouse 86, LLC and Aon Innovative Solutions, Inc. The term of this agreement shall be for 1 year and is automatically renewable for 1 year unless either party terminates 60 days before the end of the term.** |
| **Audiovox Spec. Applic.**<br>**53200 Marina Drive**<br>**Elkhart, IN 46514** | **Liquidation Agreement between Audiovox Specialized Applications, LLC and Warehouse 86, LLC dated 9/16/08. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for ASA. The term of this agreement is 12 months and is automatically renewable unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between ASA and W86.** |

**4**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Warehouse 86, LLC**                                                    Case No.    **08-03423**
_____
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Baja Motorsports, LLC**<br>**40602 North Hammond Ln**<br>**Phoenix, AZ 85034** | **Liquidation Agreement between Baja Motorsports, LLC and Warehouse 86, LLC dated 10/12/07. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for Baja. The term of this agreement shall be for 90 days and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between Baja and W86.** |
| **Boyer BDO, L.C.**<br>**90 South 400 W STE 200**<br>**Salt Lake Cit, UT 84101** | **Lease of nonresidential Ogden, UT property located at 986 West 2nd St., Ogden, UT 84404, Building No. 12A, Bay No. 2 and a portion of Bay 1. Building consists of 65,000 sq. ft. used for office and warehouse space. Lease began 11/1/06. Effective 3/1/07, Building 12A (330), Bay 1 (14,590 additional sq. ft.) and Bay 3 (44,590 sq. ft.) were added in a First Amendment to Lease Agreement. Effective 1/1/08, Building 12A (330), Bay 4 (44,590 sq. ft.) were added in a Second Amendment to Lease Agreement. Effective 9/30/08, a Partial Termination of Lease terminated the tenancy in Building 12A, Bay 4. This lease expires 1/31/10. Rent is $33,800.37 per month.** |
| **Brands on Sale**<br>**16706 Edwards Rd.**<br>**Cerritos, CA 90703** | **Liquidation Agreement between BrandsonSale and Warehouse 86, LLC dated 3/4/08. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for BrandsonSale. The term of this agreement shall be for 6 months and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between BrandsonSale and W86.** |
| **Cambridge Integ. Serv.**<br>**31500 Solon Rd.**<br>**Solon, OH 44139** | **Disposition Agreement between Cambridge Integrated Services Group, Inc. and Warehouse 86, LLC dated 4/10/08. The purpose of this agreement is to establish W86 as the National Return Center for a CISGI client, Virginia Surety Company and to provide terms for the disposition of certain items on behalf of VSC. The term shall be for one year from the date of the agreement and is automatically renewable unless either party terminates 60 days before the end of the term.** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Warehouse 86, LLC**                                                   Case No. ___**08-03423**_____
                                              _____,
                                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CH Enterprises**<br>**4305 Harrison #6-323**<br>**Ogden, UT 84403** | **Liquidation Agreement between CH Entertainment CH Enterprises and Warehouse 86, LLC dated 11/14/07. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for CH Enterprises. The term of this agreement shall be for 90 days and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between CH Enterprises and W86.** |
| **ConnectShip, Inc.**<br>**8282 S. Memorial**<br>**Suite 400**<br>**Tulsa, OK 74133** | **Software Update Subscription for required annual updates to ConnectShip software purchased in 2006.** |
| **DJW Enterprises Inc.**<br>**26070 N. 72nd Drive**<br>**Peoria, AZ 85383** | **Software consulting agreement dated 9/15/2004 with a term of one year.** |
| **Global Crossing Tele.**<br>**1120 Pittsford Victor**<br>**Pittsford, NY 14534-3818** | **Dedicated Internet Access Service Agreement dated 7/6/2005. The initial term of this agreement is two years, with automatic renewals of 12 months.** |
| **Memphis Recycling Serv**<br>**P O Box 88271**<br>**Chicago, IL 60680-1271** | **Service Agreement between Warehouse 86 and Memphis Recycling Services dated 7/18/06. Purchase of one (1) Max Pax MP-60HD 15 HP for $9,000.00 payable in monthly installments of $287.64 per month for 36 months.** |
| **Mercantila, Inc.**<br>**665 Chestnut St 2nd Fl**<br>**San Francisco, CA 94133** | **Liquidation Agreement between Mercantilia, Inc. and Warehouse 86, LLC dated 9/14/07. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for Mercantilia. The term of this agreement shall be for 90 days and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between Mercantilia and W86.** |
| **Merchandise Manu. Inc.**<br>**6650 Caballero Blvd.**<br>**Buena Park, CA 90620** | **Liquidation Agreement between Merchandise Manufacturing Inc. and Warehouse 86, LLC dated 4/11/08. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for MMI. The term of this agreement shall be for 6 months and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between MMI and W86.** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Warehouse 86, LLC**                                                    Case No. ____**08-03423**_____

_____
                                   Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **NAILCO GROUP**<br>**23200 Haggerty Rd.**<br>**Farmington, MI 48335** | **Liquidation Agreement between The NAILCO Group and Warehouse 86, LLC dated 4/20/08. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for NAILCO. The term of this agreement shall be for 6 months and is automatically renewable for 12 months unless either party terminates 30 days before the end of the term. Net revenue after auction related expenses shall be split 50/50 between NAILCO and W86.** |
| **Overstock.com, Inc.**<br>**6350 S. 3000 East**<br>**Salt Lake Cit, UT 84121** | **Liquidation Agreement between Overstock.com, Inc. and Warehouse 86, LLC dated 11/10/06. The purpose of this agreement is to provide terms for W86 to liquidate merchandise for Overstock. The term of this agreement is 3 years may be extended by mutual agreement of the parties for an additional 3 years unless Overstock terminates 90 days before the end of the 24th month. Net revenue after auction related expenses shall be split 60/40 with 60% going to Overstock and 40% to W86.** |
| **Phusion Software, Inc.**<br>**26300 Ford Road # 415**<br>**Dearborn Heig, MI 48127** | **Software consulting agreement dated 12/17/2007 with a term of one year.** |
| **Porche Financial Serv**<br>**4343 Commercial Ct.**<br>**Ste. 300**<br>**Lisle, IL 60532** | **Lease of 2007 Porsche 911 between Warehouse 86, LLC and co-debtor, Ernest K. Strahan, III, and Porsche Financial Services beginning 12/2/06 for 48 months at $1,398.00 per month.** |
| **RainWorx, Inc.**<br>**159 Pearl Street No. 1**<br>**Essex Junction**<br>**Essex Junctio, VT 05452** | **Software Assignment Agreement** |
| **Teleshere Networks Ltd**<br>**9237 E Via de Ventura**<br>**Scottsdale, AZ 85258** | **Lease agreement for server space and internet access in co-location facility in Phoenix, AZ dated 12/1/2005.      Additionally, a Master Service Agreement for lease of Voice Over IP telephone system dated 12/20/2006. Term for this VOIP agreement is 3 years** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Warehouse 86, LLC**_____,    Case No. _____**08-03423**_____
                                         Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Willow Lake Pro., LLC**<br>**233 South Wacker Dr**<br>**Ste. 350**<br>**Chicago, IL 60606** | **Lease of nonresidential Memphis, TN property located at Corporate Park, 3865 Perkins Rd., Memphis, TN 38118. Lease is dated 5/22/08 covering 105,000 sq. ft. of office & warehouse space. Lease expires 4/30/14. Current rent from 9/1/08 to 12/31/08 is $0. Rent from 1/1/09-2/28/09 is $41,752.08. Rent from 3/1/09-5/31/09 is $49,067.99. Rent from 6/1/09 to 8/31/09 is $56,383.90. Rent from 9/1/09 to 8/31/11 is $63,699.99. Rent from 9/1/11 to 4/30/14 is $65,595.83.** |

Sheet __4__ of __4__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Warehouse 86, LLC**                                                                Case No.   __**08-03423**__
_____
                                        Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ernest K. Strahan III**<br>**1918 Petit Bois St. N**<br>**Jackson, MS 39211** | **Stuart M. Irby**<br>**P.O. Box 1819**<br>**Jackson, MS 39205-1819** |
| **Ernest K. Strahan III**<br>**1918 Petit Bois St. N**<br>**Jackson, MS 39211** | **Porche Financial Serv**<br>**4343 Commercial Ct.**<br>**Ste. 300**<br>**Lisle, IL 60532** |
| **Joy D. St. James**<br>**3241 Kinney Drive**<br>**Germantown, TN 38139** | **Stuart M. Irby**<br>**P.O. Box 1819**<br>**Jackson, MS 39205-1819** |
| **Louis E. Sagar**<br>**598 Broadway**<br>**New York, NY 10012** | **Stuart M. Irby**<br>**P.O. Box 1819**<br>**Jackson, MS 39205-1819** |
| **Paul Thomas St. James**<br>**3241 Kinney Drive**<br>**Germantown, TN 38139** | **Stuart M. Irby**<br>**P.O. Box 1819**<br>**Jackson, MS 39205-1819** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Warehouse 86, LLC** _____

Debtor(s)

Case No.   **08-03423** _____

Chapter   **11** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**35**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __*11/4/08*_____

Signature _____

**Ernest K. Strahan III**
**CFO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.