# Southern District of Mississippi
# Claims Register

### 08-03423-ee Warehouse 86, LLC

**Judge:** Edward Ellington  **Chapter:** 11
**Office:** Jackson Divisional Office  **Last Date to file claims:**
**Trustee:**  **Last Date to file (Govt):**

| Creditor: (2716007) Delta Electric Power  P O Box 935  Greenwood, MS 38935 | Claim No: 1  Original Filed Date: 11/13/2008  Original Entered Date: 11/14/2008 | Status:  Filed by: CR  Entered by: Harper, Kim  Modified: |
|---|---|---|

| Unsecured claimed: $760.64 |
|---|
| Total       claimed: $760.64 |

*History:*
Details  1-1  11/13/2008  Claim #1 filed by Delta Electric Power, total amount claimed: $760.64 (Harper, Kim )

*Description:*

*Remarks:*

| Creditor: (2720914) SOS Staffing  POB 27008  Salt Lake City UT 84127 | Claim No: 2  Original Filed Date: 11/12/2008  Original Entered Date: 11/14/2008 | Status:  Filed by: CR  Entered by: Harper, Kim  Modified: |
|---|---|---|

| Unsecured claimed: $18358.98 |
|---|
| Total       claimed: $18358.98 |

*History:*
Details  2-1  11/12/2008  Claim #2 filed by SOS Staffing, total amount claimed: $18358.98 (Harper, Kim )

*Description:*

*Remarks:*

| Creditor: (2716003)   History Consumer Products Serv  10 Grand Boulevard  Deer Park NY 11729 | Claim No: 3  Original Filed Date: 11/17/2008  Original Entered Date: 11/17/2008 | Status:  Filed by: CR  Entered by: Sawyer, Debra  Modified: |
|---|---|---|

| Unsecured claimed: $2021.50 |
|---|
| Total       claimed: $2021.50 |

*History:*
Details  3-1  11/17/2008  Claim #3 filed by Consumer Products Serv, total amount claimed: $2021.5 (Sawyer, Debra )

*Description:*

*Remarks:*

EXHIBIT "D"

| Creditor: (2716023)<br>H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401 | **Claim No: 4**<br>*Original Filed Date*: 11/17/2008<br>*Original Entered Date*: 11/17/2008 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Perry-Wiggins, J<br>*Modified*: |
|---|---|---|

Unsecured claimed: $4470.99
**Total**    claimed: **$4470.99**

*History*:
Details   4-1   11/17/2008 Claim #4 filed by H&E Equip. Serv. Inc., total amount claimed: $4470.99 (Perry-Wiggins, J )

*Description*:

*Remarks*: (4-1) send pmts: 11100 Mead Rd #200, Atn Kurk Sorensen, Baton Rouge, LA 70816

| Creditor: (2723065)<br>Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | **Claim No: 5**<br>*Original Filed Date*: 11/17/2008<br>*Original Entered Date*: 11/18/2008 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Sawyer, Debra<br>*Modified*: |
|---|---|---|

Unsecured claimed: $558880.23
**Total**    claimed: **$558880.23**

*History*:
Details   5-1   11/17/2008 Claim #5 filed by Overstock.com, Inc, total amount claimed: $558880.23 (Sawyer, Debra )

*Description*:

*Remarks*:

| Creditor: (2723663)   History<br>Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115 | **Claim No: 6**<br>*Original Filed Date*: 11/18/2008<br>*Original Entered Date*: 11/19/2008 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Sawyer, Debra<br>*Modified*: |
|---|---|---|

Unsecured claimed: $15000.00
**Total**    claimed: **$15000.00**

*History*:
Details   6-1   11/18/2008 Claim #6 filed by Katt Worldwide Logistics Inc, total amount claimed: $15000 (Sawyer, Debra )

*Description*:

*Remarks*:

| Creditor: (2727350)<br>UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | **Claim No: 7**<br>*Original Filed Date*: 11/26/2008<br>*Original Entered Date*: 11/26/2008<br>*Last Amendment Filed*: 06/10/2009<br>*Last Amendment Entered*: 06/10/2009 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Diaz, Denise<br>*Modified*: |
|---|---|---|

| | |
|---|---|
| Unsecured claimed: $115057.13 | |
| **Total** **claimed: $115057.13** | |
| *History:* | |
| Details 7-1 11/26/2008 Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $105728.12 (Diaz, Denise ) | |
| Details 7-2 06/10/2009 Amended Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz, Denise ) | |
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (2734993)<br>Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | **Claim No: 8**<br>*Original Filed*<br>*Date*: 12/09/2008<br>*Original Entered*<br>*Date*: 12/12/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $952.89 | | |
| **Total** **claimed: $952.89** | | |
| *History:* | | |
| Details 8-1 12/09/2008 Claim #8 filed by Questar Gas Company, total amount claimed: $952.89 (Sawyer, Debra ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2742920)<br>Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125 | **Claim No: 9**<br>*Original Filed*<br>*Date*: 12/31/2008<br>*Original Entered*<br>*Date*: 12/31/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $5261.74 | | |
| **Total** **claimed: $5261.74** | | |
| *History:* | | |
| Details 9-1 12/31/2008 Claim #9 filed by Rocky Mountain Power, total amount claimed: $5261.74 (Sawyer, Debra ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2743391)<br>Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546 | **Claim No: 10**<br>*Original Filed*<br>*Date*: 01/02/2009<br>*Original Entered*<br>*Date*: 01/02/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Day, John<br>*Modified:* |
|---|---|---|
| Secured claimed: $36931.50 | | |
| **Total** **claimed: $36931.50** | | |
| *History:* | | |
| Details 10-1 01/02/2009 Claim #10 filed by Fifth Third Bank, total amount claimed: $36931.5 (Day, John ) | | |
| *Description:* (10-1) 2005 Cadillac XLR | | |

*Remarks:*

| Creditor: (2748953)<br>The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-0207 | **Claim No: 11**<br>*Original Filed Date:* 01/16/2009<br>*Original Entered Date:* 01/16/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Perry-Wiggins, J<br>*Modified:* |
|---|---|---|

Priority claimed: $10285.80
**Total claimed: $10285.80**

*History:*
Details   11-1   01/16/2009 Claim #11 filed by The Commis of Revenue of the State of TN, total amount claimed: $10285.8 (Perry-Wiggins, J )

*Description:*
*Remarks:*

| Creditor: (2718375)   History<br>Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-0207 | **Claim No: 12**<br>*Original Filed Date:* 01/16/2009<br>*Original Entered Date:* 01/16/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Perry-Wiggins, J<br>*Modified:* |
|---|---|---|

Priority claimed: $1916.88
**Total claimed: $1916.88**

*History:*
Details   12-1   01/16/2009 Claim #12 filed by Tennessee Department of Revenue, total amount claimed: $1916.88 (Perry-Wiggins, J )

*Description:* (12-1) xx9964
*Remarks:*

| Creditor: (2749935)<br>Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 | **Claim No: 13**<br>*Original Filed Date:* 01/16/2009<br>*Original Entered Date:* 01/20/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Brown, Keisha<br>*Modified:* |
|---|---|---|

Unknown claimed: $25982.30
**Total claimed: $25982.30**

*History:*
Details   13-1   01/16/2009 Claim #13 filed by Excel Transportation Services, Inc., total amount claimed: $25982.3 (Brown, Keisha )

*Description:*
*Remarks:*

| Creditor: (2751034)<br>American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001 | **Claim No: 14**<br>*Original Filed Date:* 01/22/2009<br>*Original Entered Date:* 01/22/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lee, Thomas<br>*Modified:* |
|---|---|---|

| Malvern PA 19355-0701 | | |
|---|---|---|
| Unsecured claimed: $267619.11 <br> **Total** claimed: **$267619.11** | | |
| *History:* <br> Details    14-1    01/22/2009 Claim #14 filed by American Express Travel Related Svcs Co, total amount claimed: $267619.11 (Lee, Thomas ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2752621) <br> Verizon Wireless <br> P O Box 3397 <br> Bloomington IL 61701 | **Claim No: 15** <br> *Original Filed Date:* 01/26/2009 <br> *Original Entered Date:* 01/29/2009 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Sawyer, Debra <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $6294.10 <br> **Total** claimed: **$6294.10** | | |
| *History:* <br> Details    15-1    01/26/2009 Claim #15 filed by Verizon Wireless, total amount claimed: $6294.1 (Sawyer, Debra ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2755081) <br> RadioShack Corporation and SC Kiosks, Inc. <br> RadioShack Corporation <br> Legal Department <br> Attn: James B. Spisak, Esq. <br> 300 RadioShack Circle <br> Fort Worth, TX 76102-1965 | **Claim No: 16** <br> *Original Filed Date:* 01/30/2009 <br> *Original Entered Date:* 01/30/2009 <br> *Last Amendment Filed:* 02/03/2009 <br> *Last Amendment Entered:* 02/03/2009 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Wilson, Marcus <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $2825053.00 <br> **Total** claimed: **$2825053.00** | | |
| *History:* <br> Details    16-1    01/30/2009 Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $2765100 (Wilson, Marcus ) <br> Details    16-2    02/03/2009 Amended Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $2825053 (Wilson, Marcus ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2756440) <br> TWG Innovative Solutions Inc <br> c/o William J Sparer, Counsel <br> The Warranty Group <br> 175 West Jackson Blvd <br> Chicago IL 60604 | **Claim No: 17** <br> *Original Filed Date:* 01/29/2009 <br> *Original Entered Date:* 02/02/2009 | *Status:* <br> *Filed by:* CR <br> *Entered by:* Sawyer, Debra <br> *Modified:* |
|---|---|---|
| Unsecured claimed: $208360.51 | | |

| Total claimed: **$208360.51** |
|---|

*History:*
Details  17-1  01/29/2009 Claim #17 filed by TWG Innovative Solutions Inc, total amount claimed: $208360.51 (Sawyer, Debra )

*Description:*

*Remarks:*

| *Creditor:*   (2756488)<br>AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270 | **Claim No: 18**<br>*Original Filed Date*: 02/02/2009<br>*Original Entered Date*: 02/02/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Unsecured claimed: $0.00
Total claimed: **$0.00**

*History:*
Details  18-1  02/02/2009 Claim #18 filed by AIG Bankruptcy Collections, total amount claimed: $0 (Sawyer, Debra )

*Description:* (18-1) Unliquidated subject to adjustment

*Remarks:*

| *Creditor:*   (2756855)<br>Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | **Claim No: 19**<br>*Original Filed Date*: 02/02/2009<br>*Original Entered Date*: 02/03/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Unsecured claimed: $173542.52
Total claimed: **$173542.52**

*History:*
Details  19-1  02/02/2009 Claim #19 filed by Boyer BDO, L C, total amount claimed: $173542.52 (Sawyer, Debra )

*Description:*

*Remarks:*

| *Creditor:*   (2716032)<br>Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | **Claim No: 20**<br>*Original Filed Date*: 02/02/2009<br>*Original Entered Date*: 02/03/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Secured claimed: $638219.93
Total claimed: **$638219.93**

*History:*
Details  20-1  02/02/2009 Claim #20 filed by Keith Martin Mack, total amount claimed: $638219.93 (Sawyer, Debra )

*Description:*

*Remarks:*

| Creditor: (2716018)<br>First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60065 | **Claim No: 21**<br>*Original Filed Date*: 02/03/2009<br>*Original Entered Date*: 02/03/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Secured claimed: $4225.68
**Total claimed: $4225.68**

*History:*
Details 21-1 02/03/2009 Claim #21 filed by First Ins Funding Corp, total amount claimed: $4225.68 (Sawyer, Debra )
*Description:*
*Remarks:*

| Creditor: (2716040) History<br>Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714 | **Claim No: 22**<br>*Original Filed Date*: 02/12/2009<br>*Original Entered Date*: 02/12/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Unsecured claimed: $368920.30
**Total claimed: $368920.30**

*History:*
Details 22-1 02/12/2009 Claim #22 filed by Merchandise Manu. Inc., total amount claimed: $368920.3 (Sawyer, Debra )
*Description:*
*Remarks:*

| Creditor: (2766141)<br>Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260 | **Claim No: 23**<br>*Original Filed Date*: 02/18/2009<br>*Original Entered Date*: 02/18/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1700.00
**Total claimed: $1700.00**

*History:*
Details 23-1 02/18/2009 Claim #23 filed by Jon S Musial, total amount claimed: $1700 (Sawyer, Debra )
*Description:*
*Remarks:*

| Creditor: (2778842)<br>Tennessee Dept of Revenue<br>**(ADMINISTRATIVE)**<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-0207 | **Claim No: 24**<br>*Original Filed Date*: 01/16/2009<br>*Original Entered Date*: 03/12/2009<br>*Last Amendment Filed*: 02/11/2009<br>*Last Amendment Entered*: 03/12/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sawyer, Debra<br>*Modified:* |
|---|---|---|

Admin claimed: $0.00
**Total claimed: $0.00**

History:
Details 24-1 01/16/2009 Claim #24 filed by Tennessee Dept of Revenue, total amount claimed: $10285.8 (Sawyer, Debra )
Details 24-2 02/11/2009 Amended Claim #24 filed by Tennessee Dept of Revenue, total amount claimed: $0 (Sawyer, Debra )

Description:
Remarks:

| Creditor: (2715982)<br>Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134 | **Claim No: 25**<br>Original Filed Date: 03/13/2009<br>Original Entered Date: 03/16/2009 | Status:<br>Filed by: CR<br>Entered by: Sawyer, Debra<br>Modified: |
|---|---|---|

Unsecured claimed: $1130.00
**Total claimed: $1130.00**

History:
Details 25-1 03/13/2009 Claim #25 filed by Air-One Services, total amount claimed: $1130 (Sawyer, Debra )

Description:
Remarks:

| Creditor: (2806465)<br>HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269 | **Claim No: 26**<br>Original Filed Date: 04/29/2009<br>Original Entered Date: 04/29/2009 | Status:<br>Filed by: CR<br>Entered by: Sawyer, Debra<br>Modified: |
|---|---|---|

Unsecured claimed: $14151.93
**Total claimed: $14151.93**

History:
Details 26-1 04/29/2009 Claim #26 filed by HEPACO, Incorporated, total amount claimed: $14151.93 (Sawyer, Debra )

Description:
Remarks:

| Creditor: (2727350)<br>UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | **Claim No: 27**<br>Original Filed Date: 06/10/2009<br>Original Entered Date: 06/10/2009 | Status: Withdrawn 141<br>Filed by: CR<br>Entered by: Diaz, Denise<br>Modified: |
|---|---|---|

Unsecured claimed: $115057.13
**Total claimed: $115057.13**

History:
Details 27- 06/10/2009 Claim #27 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz,

| 1 | Denise ) |
|---|---|
| 141 06/10/2009 | Withdrawal of Claim(s): 27 *08-03423* Filed by Debtor In Possession Warehouse 86, LLC. (Diaz, Denise) Status: Withdrawn |
| Description: | |
| Remarks: | |

## Claims Register Summary

Case Name: Warehouse 86, LLC
Case Number: 08-03423-ee
Chapter: 11
Date Filed: 11/04/2008
Total Number Of Claims: 27

|  | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| Unsecured | $4702592.70 | |
| Secured | $679377.11 | |
| Priority | $12202.68 | |
| Unknown | $25982.30 | |
| Administrative | $0.00 | |
| Total | $5420154.79 | $0.00 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/30/2009 18:07:32 | | | |
| PACER Login: | bs0008 | Client Code: | 66957 |
| Description: | Claims Register | Search Criteria: | 08-03423-ee |
| Billable Pages: | 3 | Cost: | 0.24 |