

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410 773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

June 26, 2009

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**JUN 2 9 2009**

DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

Clerk
U.S. Bankruptcy Court
Southern District of Mississippi
P.O. Box 2448
Jackson, MS 39225-2448

In re: Warehouse 86, LLC ("Debtor")
Case No. 08-03423-ee (Chapter 11)
Claim No. 27– United Parcel Service @ $115,057.13

Dear Clerk:

This letter serves to withdraw Proof of Claim numbered 27 filed on June 10, 2009, in the above referenced case. It is my understanding that the claim numbered 7-2 is now the surviving claim as it amends a prior claim (7-1) filed 11/26/08.

If any other documentation or notification is required, please let me know.

Thanking you in advance,

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, United Parcel Service

PAH/tbm

# Southern District of Mississippi
# Claims Register

## 08-03423-ee Warehouse 86, LLC

**Judge:** Edward Ellington   **Chapter:** 11
**Office:** Jackson Divisional Office   **Last Date to file claims:**
**Trustee:**   **Last Date to file (Govt):**

| Creditor: (2727350) UNITED PARCEL SERVICE C/O RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Claim No: 7 Original Filed Date: 11/26/2008 Original Entered Date: 11/26/2008 Last Amendment Filed: 06/10/2009 Last Amendment Entered: 06/10/2009 | Status: Filed by: CR Entered by: Modified: |
|---|---|---|

Unsecured claimed: $115057.13
**Total**   claimed: $115057.13

History:
Details   7-1   11/26/2008 Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $105728.12 (Diaz, Denise )
Details   7-2   06/10/2009 Amended Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz, Denise )

Description:
Remarks:

| Creditor: (2806465) HEPACO, Incorporated 2711 Burch Dr. Charlotte NC 28269 | Claim No: 26 Original Filed Date: 04/29/2009 Original Entered Date: 04/29/2009 | Status: Filed by: CR Entered by: Sawyer, Debra Modified: |
|---|---|---|

Unsecured claimed: $14151.93
**Total**   claimed: $14151.93

History:
Details   26-1   04/29/2009 Claim #26 filed by HEPACO, Incorporated, total amount claimed: $14151.93 (Sawyer, Debra )

Description:
Remarks:

| Creditor: (2727350) UNITED PARCEL SERVICE C/O RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | Claim No: 27 Original Filed Date: 06/10/2009 Original Entered Date: 06/10/2009 | Status: Withdrawn 141 Filed by: CR Entered by: Diaz, Denise Modified: |
|---|---|---|

Unsecured claimed: $115057.13

**Total** claimed: **$115057.13**

*History:*

Details 27-1 06/10/2009 Claim #27 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz, Denise)

141 06/10/2009 Withdrawal of Claim(s): 27 *08-03423* Filed by Debtor In Possession Warehouse 86, LLC. (Diaz, Denise) Status: Withdrawn

*Description:* a letter to W.D. Claim.

*Remarks:*

## Claims Register Summary

**Case Name:** Warehouse 86, LLC
**Case Number:** 08-03423-ee
**Chapter:** 11
**Date Filed:** 11/04/2008
**Total Number Of Claims:** 3

|                | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $244266.19 | |
| **Secured** | | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | $244266.19 | $0.00 |

### PACER Service Center

#### Transaction Receipt

06/25/2009 08:20:18

| PACER Login: | rm3150 | Client Code: | |
|---|---|---|---|
| Description: | Claims Register | Search Criteria: | 08-03423-ee |
| Billable Pages: | 1 | Cost: | 0.08 |

| United States Bankruptcy Court<br>District of Mississippi (Jackson) | | Proof of Claim |
|---|---|---|
| Name of Debtor:<br>**Warehouse 86, LLC**<br>**Bargainland** | Case Number:<br>**08-03423**<br>Chapter 11 | |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>**UNITED PARCEL SERVICE** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent:<br>United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094<br>Telephone Number: (410) 773-4089 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☒ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>**871781, CPP 0695BR** | Check here ☐ Replaces<br>if this claim ☐ Amends a previously filed claim dated _____ | |

1. **Basis For Claim**
   - ☐ Goods sold
   - ☒ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensations (fill out below)
     Last four digits of SS# _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)        (date)

2. Date debt was incurred:
   **PRE-PETITION**

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:

   **$105,728.12 (unsecured nonpriority) = $105,728.12 TOTAL**

   If all or part of your claim is secured or entitled to priority, also complete item 5 or 6 below
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. **Secured Claim**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   - ☐ Real Estate
   - ☐ Motor Vehicle
   - ☐ Other _____
   
   Value of Collateral: $_____
   
   Amount of arrearage and other charges at time case filed included in secured claim above if any:
   $_____

6. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim. Amount entitled to priority $_____. Specific the priority of the claim:
   - ☐ Wages, salaries, or commissions (up to $4000). *earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3)
   - ☐ Contribution to an employee benefit plan – 11 U.S.C. § 507 (a) (4)
   - ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use- 11 U.S.C. § 507(a)(6)
   - ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § (a)(7)
   - ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507 (a)(6)
   - ☐ Other – Specify applicable paragraph of 11 U.S.C. § 502, 507 et seq.
   - ☐ Other – ADMINISTRATIVE EXPENSE: 11 U.S.C. § 503(b)(9).
   
   *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter will respect to cases commenced on or after the date of adjustment*

7. **Credits:** The Amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, mortgages, security agreements, and evidence of perfecting of lien.

9. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date:
November 24, 2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Signed _____
Phyllis G. Hayes, RMS, Agent for Creditor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

| SHIPPER | SHIP NAME | UPS INV NO | BILL DATE | AMOUNT |
|---|---|---|---|---|
| 871781 | BARGAINLAND LIQUIDATION | 871781458 | 11/8/2008 | 22.45 |
| 871781 | BARGAINLAND LIQUIDATION | 871781398 | 9/27/2008 | 72.20 |
| 871781 | BARGAINLAND LIQUIDATION | 871781388 | 9/20/2008 | 51.91 |
| 871781 | BARGAINLAND LIQUIDATION | 871781378 | 9/13/2008 | 10,107.52 |
| 871781 | BARGAINLAND LIQUIDATION | 871781368 | 9/6/2008 | 14,704.79 |
| 871781 | BARGAINLAND LIQUIDATION | 871781358 | 8/30/2008 | 19,368.69 |
| 871781 | BARGAINLAND LIQUIDATION | 871781348 | 8/23/2008 | 14,247.00 |
| | | | | 58,574.56 |

CPP 0695BR

| SHIP NAME | SHIPPER | SHIP NAME | UPS INV NO | BILL DATE | AMOUNT | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|
| bargainland | 00002R899R | BARGAINLAND | 00002R899R388 | 9/20/2008 | 15,901.76 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| bargainland | 00031EY25 | BARGAINLAND LIQUIDATION | 00031EY25378 | 9/13/2008 | 167.84 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| bargainland | 00002R899R | BARGAINLAND | 00002R899R378 | 9/13/2008 | 4,602.89 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| bargainland | 00031EY25 | BARGAINLAND LIQUIDATION | 00031EY25408 | 10/4/2008 | 211.63 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| bargainland | 00002R899R | BARGAINLAND | 00002R899R398 | 9/27/2008 | 14,974.36 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| bargainland | 00031EY25 | BARGAINLAND LIQUIDATION | 00031EY25398 | 9/20/2008 | 71.57 | 986 W 2ND ST BLDG 12A SOUTH | OGDEN | UT | 844041324 |
| bargainland | 00002R899R | BARGAINLAND | 00002R899R408 | 10/4/2008 | 10,923.51 | 3865 KNIGHT RD | MEMPHIS | TN | 38118 |
| | | | | | 46,853.56 | | | | |

105,728.12

Case 08-03423-ee    Claim 7-2    Filed 06/10/09    Desc Main Document    Page 1 of 3

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Southern District of Mississippi (Jackson) | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **Warehouse 86, LLC** (BargainLand) | Case Number: **08-03423** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of a administrative expense may be filed pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):  **United Parcel Service** | ☒ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>**United Parcel Service**<br>**c/o Receivable Management Services ("RMS")**<br>**P.O. Box 4396**<br>**Timonium, MD 21094**<br>Telephone number: (410) 773-4089 | Court Claim Number: **7**<br>(If known)<br><br>Filed on: **11/26/08** |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim: **$115,057.13**<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:   GOODS SOLD   / SERVICES RENDERED<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor:<br>_____<br>3a. Debtor may have scheduled account as: **87181, 2R899R, 31Ey25**<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property:$_____   Annual Interest Rate____%<br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other · Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | Amount entitled to priority:<br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| Date:       Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>June 9, 2009      [signature]       Phyllis A. Hayes, RMS, Agent for Creditor | FOR COURT USE ONLY |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CPP 0465B R

| | | | | | | |
|---|---|---|---|---|---|---|
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781456 | 11/6/2008 | 22.45 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781390 | 9/27/2008 | 72.20 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781388 | 9/25/2008 | 51.91 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781378 | 9/13/2008 | 10,107.62 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781368 | 9/6/2008 | 14,704.79 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781358 | 8/30/2008 | 19,396.69 | |
| bargainland | 871781 | BARGAINLAND LIQUIDATION | 871781348 | 8/23/2008 | 14,247.60 | |
| | | | | | 58,673.06 | |
| bargainland | 000025899R | BARGAINLAND | 000025899R378 | 9/20/2008 | 15,961.78 | 3365 KNIGHT RD | MEMPHIS TN | 38118 |
| bargainland | 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25378 | 9/13/2008 | 167.04 | 969 W 2ND ST BLDG 12A SOUTH | OGDEN UT | 844041324 |
| bargainland | 000025899R | BARGAINLAND | 000025899R378 | 9/13/2008 | 4,002.59 | 3365 KNIGHT RD | MEMPHIS TN | 38118 |
| bargainland | 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25448 | 10/4/2008 | 211.63 | 969 W 2ND ST BLDG 12A SOUTH | OGDEN UT | 844041324 |
| bargainland | 000025899R | BARGAINLAND | 000025899R396 | 9/27/2008 | 14,874.38 | 3365 KNIGHT RD | MEMPHIS TN | 38118 |
| bargainland | 000031EY25 | BARGAINLAND LIQUIDATION | 000031EY25396 | 9/20/2008 | 71.57 | 969 W 2ND ST BLDG 12A SOUTH | OGDEN UT | 844041324 |
| bargainland | 000025899R | BARGAINLAND | 000025899R406 | 10/4/2008 | 10,953.51 | 3365 KNIGHT RD | MEMPHIS TN | 38118 |
| | | | | | 46,953.56 | |

105,726.12

| SHIPPER # | ADD NAME | WE DATE | AMT |
|---|---|---|---|
| 2R899R | BARGINLAND | 10/11/08 | $ 8,933.89 |
| 2R899R | BARGINLAND | 10/18/08 | $ 96.13 |
| 2R899R | BARGINLAND | 11/01/08 | $ 170.84 |
| 31EY25 | BARGINLAND LIQUIDATION | 10/18/08 | $ 128.15 |
| | | | $ 9,329.01 |