# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                     )

                            )

      **WAREHOUSE 86, LLC**        )        **CASE NO. 08-03423-EE**

                            )        **Chapter 11**

           **Debtor**           )

_____)

Eric L. Eilertsen
3103 Wetherby Cv. N.
Germantown, TN 38139

HEPACO, Inc.
731 East Brooks Road
Memphis, TN 38116

Interface Systems
3773 Corporate Center Drive
Earth City, MO 63045

Jon S. Musial, Esq.
8230 E. Gray Road
Scottsdale, AZ 85260

Mirna Maribel Carrillo
1608 W. Osborn
Apt. 7
Phoenix, AZ 85015

S & B Packaging, Inc.
d/b/a Caboodles
6934-A Interstate Blvd.
Horn Lake, MS 38637

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix, AZ 85019

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211

United States Trustee
100 W Capitol St Ste. 706
Jackson, MS 39269-1602

## NOTICE OF AMENDMENT OF SCHEDULES

**YOU ARE HEREBY NOTIFIED** that the above named Debtor has filed with the Bankruptcy Court an Amendment of Schedules. See a copy of the §341(a) Meeting Notice attached hereto as Exhibit "A" and Amendment of Schedules attached hereto as Exhibit "B".

**YOU ARE FURTHER NOTIFIED** that if you wish to examine the Debtor under oath, you must request the United States Trustee to conduct an adjourned §341(a) meeting. This request must be made within twenty (20) days of the date of this notice.

**YOU ARE FURTHER NOTIFIED** that the affected creditors have sixty (60) days from the date of this notice to file a complaint objecting to the Debtor's discharge under §727(a) and § 1141 of the United States Bankruptcy Code, or a complaint to determine the dischargeability of a debt under § 523(c) of the Code, or to file a motion to seek an extension of time for filing a complaint, unless a longer period of time is provided by Rules 4004, 4007 and 9006, Rules of Bankruptcy Procedure.

**YOU ARE FURTHER NOTIFIED** that if the attached Section 341 meeting notice contains a Proof of Claim deadline, as an added creditor you have 90 days from the date of this notice is mailed to file a Proof of Claim in this case.

This, the 1st day of July, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/Stephen W. Rosenblatt*
Stephen W. Rosenblatt

One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
Facsimile: 601-985-4500

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, Attorney for the Debtor, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, a true and correct copy of the Notice of Amendment of Schedules and copy of the Section 341(a) Meeting Notice to all parties listed hereinabove, at their respective addresses.

THIS, the 1st day of July, 2009.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt

Jackson 4120648v.1

B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/07)                      Case Number 08−03423−ee

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232 | |
| Case Number:<br>08−03423−ee | Taxpayer ID/Employer ID/Other Nos.:<br>90−0009964 |
| Attorney for Debtor(s) (name and address):<br>Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada PLLC<br>Post Office Box 22567<br>Jackson, MS 39225−2567<br>Telephone number:  601−985−4504 | |

## Meeting of Creditors
**NOTICE:DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.**

Date:  **December 5, 2008**                                Time:  **09:00 AM**
Location:  **100 West Capitol Street, Suite 707, Dr. A. H. McCoy Federal Building, Jackson, MS 39269**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit):  **2/3/09**          For a governmental unit:  **5/5/09**

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225−2448<br>Telephone number:  601−965−5301 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Danny L. Miller |
| Hours Open:  Monday − Friday 8:00 AM − 4:30 PM | Date:  11/6/08 |



# EXPLANATIONS

**B9F (Official Form 9F) (12/07)**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY TO APPEAR AT THE SEC. 341(a) MEETING, TO TIMELY FILE SCHEDULES AND RELATED DOCUMENTS, TO PAY REQUIRED FEES OR TO PRODUCE REQUIRED PAYMENT ADVICES AND INCOME TAX RECORDS PURSUANT TO 11 USC SEC. 521 MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

Case 08-03423-ee   Doc 151   Filed 06/30/09   Entered 06/30/09 17:48:00   Desc Main
Document   Page 1 of 27

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Warehouse 86, LLC**                                          ,    Case No. _____08-03423_____

Debtor

Chapter_____11_____

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,511,708.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,411,723.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 39,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,522,472.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,511,708.29 | | |
| Total Liabilities | | | | 3,973,696.32 | |



EXHIBIT "B"

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Warehouse 86, LLC**

Debtor

Case No. ____**08-03423**____

Chapter ____**11**____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

In re        **Warehouse 86, LLC**                                                          Case No. ____**08-03423**_____
                                                    ,
                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** ____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Warehouse 86, LLC** _____,   Case No. _____**08-03423**_____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Eric L. Eilertsen** <br> **3103 Wetherby Cv. N.** <br> **Germantown, TN 38139** | | - | | | | | 11,500.00 | 11,500.00 <br><br> 0.00 |
| Account No. <br><br> **Ernest K. Strahan, III** <br> **1918 Petit Bois St N** <br> **Jackson, MS 39211** | | - | **Unpaid Salary** | | | | 9,000.00 | 9,000.00 <br><br> 0.00 |
| Account No. <br><br> **Joy St James** <br> **3241 Kinney Drive** <br> **Germantown, TN 38139** | | - | **Unpaid Compensation** | | | | 9,000.00 | 9,000.00 <br><br> 0.00 |
| Account No. <br><br> **Paul St James** <br> **3241 Kinney Drive** <br> **Germantown, TN 38139** | | - | **Unpaid Salary** | | | | 10,000.00 | 10,000.00 <br><br> 0.00 |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 39,500.00 |
|---|---|---|
| (Total of this page) | 39,500.00 | 0.00 |
| Total | | 39,500.00 |
| (Report on Summary of Schedules) | 39,500.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Warehouse 86, LLC**                                                                      Case No.____**08-03423**_____
_____,
                                   Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **ABC Logistics Corp** **2300 Sitler St #685** **Memphis, TN 38114** | | - | | | | | | **1,000.00** |
| Account No. | | | | | | | | |
| **ADP, Inc.** **5680 New Northside Dr.** **Atlanta, GA 30328-4612** | | - | | | | | | **0.00** |
| Account No. | | | | A/C Company | | | | |
| **Air-One Services** **5055 Pleasant View** **Memphis, TN 38134** | | - | | | | | | **1,130.00** |
| Account No. | | | | Trash removal | | | | |
| **Allied Waste Serv #493** **P O Box 9001225** **Louisville, KY 40290-1225** | | - | | | | | | **3,851.24** |

__16__   continuation sheets attached

Subtotal
(Total of this page)            **5,981.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    S/N:36203-090513   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                           Case No. ____**08-03423**____

_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trash removal | | | | |
| Allied Waste Serv #837 P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | | 1,608.12 |
| Account No. | | | | | Trash removal | | | | |
| Allied Waste Serv #868 P O Box 9001225 Louisville, KY 40290-1225 | | - | | | | | | | 1,855.01 |
| Account No. | | | | | Credit card purchases | | | | |
| American Express Corp P O Box 650448 Dallas, TX 75265-0448 | | - | | | | | | | 267,680.60 |
| Account No. | | | | | Copy services | | | | |
| American Photocopy 1719 Bartlett Road Memphis, TN 38134 | | - | | | | | | | 448.78 |
| Account No. | | | | | Trade debt | | | | |
| Amerigas 545 W 12 Street Ogden, UT 84404-5401 | | - | | | | | | | 712.07 |

Sheet no. __1__ of __16__ sheets attached to Schedule of                    Subtotal         272,304.58
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Case 08-03423-ee   Doc 151   Filed 06/30/09   Entered 06/30/09 17:48:00   Desc Main
Document   Page 7 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                      Case No.   **08-03423**
_____ ,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **AT&T** <br> **P O Box 105262** <br> **Atlanta, GA 30348-5262** | - | | | **Telephone Services - Account Nos. xxx-xxx-0598 and xxx-xxx-3640** | | | | 209.53 |
| Account No. <br><br> **Atmos Energy** <br> **P.O. Box 9001949** <br> **Louisville, KY 40290-1949** | - | | | **Acct. No. xxxxx0088** | | | | 1,305.04 |
| Account No. <br><br> **Baja Motorsports, LLC** <br> **40602 North Hammond Ln** <br> **Phoenix, AZ 85034** | - | | | | | | | 0.00 |
| Account No. <br><br> **Boyer BDO, L.C.** <br> **90 South 400 W STE 200** <br> **Salt Lake Cit, UT 84101** | - | | | **Warehouse Lease** | | | | 168,390.25 |
| Account No. <br><br> **Brands on Sale** <br> **16706 Edwards Rd.** <br> **Cerritos, CA 90703** | - | | | | | | | 0.00 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        169,904.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Warehouse 86, LLC__ , Case No. __08-03423__

Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | - | | | | | | | 13,260.00 |
| Account No. | | | | Trade debt | | | | |
| CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | - | | | | | | | 1,447.71 |
| Account No. | | | | Water services | | | | |
| City of Indianola Water P O Box 269 Indianola, MS 38751 | - | | | | | | | 93.04 |
| Account No. | | | | | | | | |
| Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | - | | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Consumer Products Serv 1650 Old Country Rd Plainview, NY 11803 | - | | | | | | | 2,021.50 |

Sheet no. __3__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 16,822.25

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                         ,     Case No. _____**08-03423**_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Crawford Technical Services** Joel Fisher, Exe Gen Adjstr 11434 Haleiwa Place Diamondhead, MS 39525 | - | | | | X | X | X | 0.00 |
| **Account No.** | | | | | | | | |
| **Crown Lift Trucks** 3952 Willow Lake Blvd. Bld. #5 Memphis, TN 38118 | - | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **Crown Packaging Corp.** 17854 Chestrfld Airpt Chesterfield, MO 63005 | - | | | | | | | 0.00 |
| **Account No.** | | | | Utilities | | | | |
| **Delta Electric Power** P O Box 935 Greenwood, MS 38935-0935 | - | | | | | | | 760.64 |
| **Account No.** | | | | Survey services after tornado | | | | |
| **Dematic Corporation** P O Box 12021 Newark, NJ 07101-5021 | - | | | | | | | 1,819.00 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,579.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                    Case No. ____**08-03423**____

                                                Debtor                        ,

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shipping | | | | |
| DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 | | - | | | | | | 80,384.01 |
| Account No. | | | | Trade debt | | | | |
| DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. Tempe, AZ 85281 | | - | | | | | | 2,558.78 |
| Account No. | | | | | | | | |
| EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 | | - | | | | | | 0.00 |
| Account No. | | | | Unpaid compensation | | | | |
| Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | | - | | | | | | 0.00 |
| Account No. | | | | Loans to Company | | | | |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | | - | | | | | | 62,938.22 |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    145,881.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                         Case No.    **08-03423**
                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Shipping | | | | |
| **Excel Transportation P O Box 844711 Dallas, TX 75284-4711** | - | | | | | | | 25,823.16 |
| Account No. | | | | Acct No. xxxxxx7475 | | | | |
| **Fifth Third Auto Leasing Trt P.O. Box 630041 MD1MOC2E-3152 Cincinnati, OH 45263** | - | | | | | | | 1,033.49 |
| Account No. | | | | | | | | |
| **First Ins Funding Corp 450 Skokie Blvd. Suite 1000 Northbrook, IL 60065-3306** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Gary E. Veasey, Esq. 780 Ridge Lake Blvd. STE 202 Memphis, TN 38120** | - | | | | | | | 0.00 |
| Account No. | | | | Broadband provider | | | | |
| **Global Crossing Tele. 1120 Pittsford Victor Pittsford, NY 14534-3818** | - | | | | | | | 9,478.33 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        36,334.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Warehouse 86, LLC**                                                    Case No.____**08-03423**____
                                         Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Gloria O'Neal 4403 Bennett Wood Millington, TN 38053 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Trade debt | | | | |
| H&E Equip. Serv. Inc. 2760 S Wadman Dr Ogden, UT 84401 | - | | | | | | | 4,397.28 |
| Account No. | | | | | | | | |
| Haddox Reid Burkes P O Drawer 22507 Jackson, MS 39225-2507 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| HEPACO, Inc. 731 East Brooks Road Memphis, TN 38116 | - | | | | | | | 14,151.93 |
| Account No. | | | | Trade debt | | | | |
| HOJ Enginr. & Sales Co 3960 S 500 West Salt Lake Cit, UT 84123 | - | | | | | | | 2,392.75 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,941.96

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Warehouse 86, LLC**                                    Case No. _____**08-03423**_____
                                Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **IDI Services Group** **Mary Leesa Simmons, RPA, FMA** **1000 Ridgeway Loop Rd. #100** **Memphis, TN 38120** | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| **Interface Systems** **3773 Corporate Center Drive** **Earth City, MO 63045** | - | | | | | X | 0.00 |
| Account No. | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| **International Tax Services** **2204 Walkley Road** **Ottawa, ON K1A1AB** **Canada** | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| **Isaac Amavizca** **3622 W. Oregon Avenue** **Phoenix, AZ 85019** | - | | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| **Jennifer D. Jones** **101 Warren St., #20** **Como, MS 38619** | - | | | X | X | X | 0.00 |

Sheet no. __8__ of __16__ sheets attached to Schedule of                    Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                    Case No. ___**08-03423**___
_____
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Joann McKinney 2278 Sharon Memphis, TN 38127 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Jon S. Musial, Esq. 8230 E. Gray Road Scottsdale, AZ 85260 | - | | | | | | | 1,700.00 |
| Account No. | | | | Shipping | | | | |
| Katt Worldwide Logist. P O Box 751197 Memphis, TN 38175 | - | | | | | | | 15,000.00 |
| Account No. | | | | Unsecured Creditor | | | | |
| Keith Martin Mack 2949 Los Robles Rd. Thousand Oaks, CA 91362-3320 | - | | | | X | X | X | 0.00 |
| Account No. | | | | | | | | |
| Marchetti Robertson & P O Box 3348 Ridgeland, MS 39158 | - | | | | | | | 0.00 |

Sheet no. _**9**_ of _**16**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **16,700.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Case 08-03423-ee Doc 151 Filed 06/30/09 Entered 06/30/09 17:48:00 Desc Main
Document Page 15 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re **Warehouse 86, LLC**                                  Case No. _____**08-03423**_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Memphis LG&W P.O. Box 388 Memphis, TN 38145-0388 | - | | | | | | | 0.00 |
| Account No. | | | | Equipment provider | | | | |
| Memphis Recycling Serv P O Box 88271 Chicago, IL 60680-1271 | - | | | | | | | 3,731.52 |
| Account No. | | | | Trade debt | | | | |
| Merchandise Manu. Inc. 6650 Caballero Blvd. Buena Park, CA 90620 | - | | | | | | | 5,234.13 |
| Account No. | | | | | | | | |
| Mirna Maribel Carrillo 1608 W. Osborn Apt. 7 Phoenix, AZ 85015 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Nailco Group 23200 Haggerty Rd. Farmington, MI 48335 | - | | | | | | | 51.04 |

Sheet no. __10__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     9,016.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                    ,   Case No. _____**08-03423**_____
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Acct. No. xxxxxxx6907 | | | | |
| Old Dominion Freight Line c/o McCarthy Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | | - | | | | | | 411.38 |
| Account No. | | | | Loans to Company | | | | |
| Paul and Joy St James 3241 Kinney Drive Germantown, TN 38139 | | - | | | | | | 518,799.53 |
| Account No. | | | | | | | | |
| Phusion Software, Inc. 26300 Ford Rd. #415 Dearborn Heig, MI 48127 | | - | | | | | | 0.00 |
| Account No. | | | | Utilities | | | | |
| Questar Gas Company P O Box 45841 Salt Lake Cit, UT 84139 | | - | | | | | | 224.36 |
| Account No. | | | | Disputed Lease Obligation | | | | |
| RadioShack Corporation Rent Acct Dept, Ac Sup P. O. Box 961090 Fort Worth, TX 76161-5014 | | - | | | X | X | X | 0.00 |

| Sheet no. __11__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 519,435.27 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**
_____
Debtor

Case No. _____**08-03423**_____

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| **Rocky Mountain Power** 1033 NE 6th Ave Portland, OR 97256-0001 | - | | | | | | 9,266.05 |
| Account No. | | | | | | | |
| **S & B Packaging, Inc.** d/b/a Caboodles 6934-A Interstate Blvd. Horn Lake, MS 38637 | - | | | | | | 477.51 |
| Account No. | | | Rent Deposit-RadioShack | | | | |
| **SC Kiosk, Inc.** 300 RadioShack Circle MS CF4-101 Fort Worth, TX 76102 | - | | | X | X | X | 0.00 |
| Account No. | | | Trade debt | | | | |
| **Serv 1st Indust. Tires** 120-B Quinton Ave Munford, TN 38058 | - | | | | | | 410.10 |
| Account No. | | | Acct. WAR102 | | | | |
| **Soefker Services, Inc.** 1568 Panama St Memphis, TN 38108-1919 | - | | | | | | 4,724.34 |

Sheet no. __12__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,878.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                    Case No. _____**08-03423**_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Temporary agency services | | | | |
| SOS Staffing P O Box 27008 Salt Lake Cit, UT 84127 | | - | | | | | | 17,432.77 |
| Account No. | | | | | | | | |
| Sprint P O Box 660092 Dallas, TX 75266 | | - | | | | | | 0.00 |
| Account No. | | | | Trade debt | | | | |
| Teleshere Networks Ltd 9237 E Via de Ventura Suite 250 Scottsdale, AZ 85258 | | - | | | | | | 193.32 |
| Account No. | | | | Trade debt | | | | |
| Thomas Sales&Serv Inc. 2300 Sitler St. #685 Memphis, TN 38114 | | - | | | | | | 20,853.70 |
| Account No. | | | | Account No. xxx-xxx-5495 | | | | |
| Transport Express Inc. P.O. Box 69207 Seattle, WA 98168 | | - | | | | | | 3,290.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                41,769.79

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Warehouse 86, LLC** _____,   Case No. _____**08-03423**_____
                                 Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| Tri-Continental Truck<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | - | | | | | | 5,550.00 |
| Account No. | | | Trade debt | | | | |
| TWG Innov. Solutions<br>13922 Denver W Pkwy<br>Golden, CO 80401 | - | | | | | | 125,469.00 |
| Account No. | | | | | | | |
| TWG Innov. Solutions<br>13922 Denver W Pkwy<br>Golden, CO 80401 | - | | | | | | 0.00 |
| Account No. | | | Shipping | | | | |
| UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006 | - | | | | | | 58,577.46 |
| Account No. | | | Shipping | | | | |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | - | | | | | | 56,567.20 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

246,163.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                          Case No. _____**08-03423**_____
                                                    ,
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Account No. xxx-x6406 | | | | |
| UPS Freight P.O. Box 6109 Westerville, OH 43086 | - | | | | | | | | 340.85 |
| Account No. | | | | | Wireless Services | | | | |
| Verizon Wireless P O Box 660108 Dallas, TX 75266-0108 | - | | | | | X | X | X | 2,968.01 |
| Account No. | | | | | | | | | |
| Vertex, IPS 5885 Stapleton Dr. N STE C308 Denver, CO 80216 | - | | | | | | | | 0.00 |
| Account No. | | | | | Trade debt | | | | |
| Waterford Technologies 19700 Fairchild #300 Irvine, CA 92612 | - | | | | | | | | 450.00 |
| Account No. | | | | | | | | | |
| Willow Lake Pro., LLC 233 South Wacker Dr Ste. 350 Chicago, IL 60606 | - | | | | | | | | 0.00 |

| Sheet no. _15_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,758.86 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Warehouse 86, LLC**                                          Case No. ____**08-03423**____
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| **Windsor Tax Services P.O. Box 1655 Windsor ON N9A767** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,522,472.75 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re  __Warehouse 86, LLC__ _____   Case No.  __08-03423__ _____

                                             Debtor(s)   Chapter   __11__ _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __June 30, 2009__ _____       Signature   __/s/ Ernest K. Strahan III__ _____
                                                            **Ernest K. Strahan III**
                                                            **CFO**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Mississippi

In re   __Warehouse 86, LLC__                                      Case No.   __08-03423__

                                                Debtor(s)          Chapter   __11__

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __June 30, 2009__                    /s/ Ernest K. Strahan III
                                             __Ernest K. Strahan III/CFO__
                                             Signer/Title

Warehouse 86, LLC
5 River Bend Place, STE D
Flowood, MS 39232

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065

Baja Motorsports, LLC
40602 North Hammond Ln
Phoenix, AZ 85034

John A. Crawford, Jr. (Jack)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P O Box 22567
Jackson, MS 39225-2567

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101

5 River Bend Pl., LLC
5 River Bend Place
Ste. D
Flowood, MS 39232

American Internatl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114

American Photocopy
1719 Bartlett Road
Memphis, TN 38134

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1728

Amerigas
545 W 12 Street
Ogden, UT 84404-5401

CH Enterprises
4305 Harrison #6-323
Ogden, UT 84403

Air-One Services
5055 Pleasant View
Memphis, TN 38134

Aon Innov. Solutions
13922 Denver West Pkwy
Golden, CO 80401

City of Indianola Water
P O Box 269
Indianola, MS 38751

Allied Waste Serv #493
P O Box 9001225
Louisville, KY 40290-1225

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290-1225

Atmos Energy
P.O. Box 9001949
Louisville, KY 40290-1949

ConnectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133

Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290-1225

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, IN 46514

Consumer Products Serv
1650 Old Country Rd
Plainview, NY 11803

Crawford Technical Services
Joel Fisher, Exe Gen Adjstr
11434 Haleiwa Place
Diamondhead, MS 39525

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053


Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118

Eric L. Eilertsen
3103 Wetherby Cv. N.
Germantown, TN 38139

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401


Crown Packaging Corp.
17854 Chestrfld Airpt
Chesterfield, MO 63005

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507


Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Ernest K. Strahan, III
1918 Petit Bois St N
Jackson, MS 39211

HEPACO, Inc.
731 East Brooks Road
Memphis, TN 38116


Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123


DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

Fifth Third Auto Leasing Trt
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263

IDI Services Group
Mary Leesa Simmons, RPA,F
1000 Ridgeway Loop Rd. #
Memphis, TN 38120


DHL Express-Claims
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281

First Ins Funding Corp
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60065-3306

Interface Systems
3773 Corporate Center Dr
Earth City, MO 63045


DHL Express-SRC
1100 Airport Rd.
MS 2061-D11
Wilmington, OH 45177

Gary E. Veasey, Esq.
780 Ridge Lake Blvd.
STE 202
Memphis, TN 38120

International Tax Servi
2204 Walkley Road
Ottawa, ON K1A1AB
Canada


DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix, AZ 85019

Jennifer D. Jones
101 Warren St., #20
Como, MS 38619

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139

Joann McKinney
2278 Sharon
Memphis, TN 38127

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

Paul St James
3241 Kinney Drive
Germantown, TN 38139

Jon S. Musial, Esq.
8230 E. Gray Road
Scottsdale, AZ 85260

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133

Pay Pal
211 N. 1st Street
San Jose, CA 95131

Joy St James
3241 Kinney Drive
Germantown, TN 38139

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175

Mirna Maribel Carrillo
1608 W. Osborn
Apt. 7
Phoenix, AZ 85015

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335

Questar Gas Co.
P.O. Box 45841
Salt Lake City, UT 8413

Louis E. Sagar
598 Broadway
New York, NY 10012

Old Dominion Freight Line
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121

RadioShack Corporation
Rent Acct Dept, Ac Sup
P. O. Box 961090
Fort Worth, TX 76161-50

```
RainWorx, Inc.                Teleshere Networks Ltd      Waterford Technologies
159 Pearl Street No. 1        9237 E Via de Ventura       19700 Fairchild #300
Essex Junction               Scottsdale, AZ 85258         Irvine, CA 92612
Essex Junctio, VT 05452


Rocky Mountain Power          Thomas Sales&Serv Inc.      Willow Lake Pro., LLC
1033 NE 6th Ave              2300 Sitler St. #685         233 South Wacker Dr
Portland, OR 97256-0001      Memphis, TN 38114            Ste. 350
                                                          Chicago, IL 60606


S & B Packaging, Inc.        Transport Express Inc.       Windsor Tax Services
d/b/a Caboodles              P.O. Box 69207               P.O. Box 1655
6934-A Interstate Blvd.      Seattle, WA 98168            Windsor ON N9A767
Horn Lake, MS 38637


SC Kiosk, Inc.               Tri-Continental Truck
300 RadioShack Circle        P O Box 1621
MS CF4-101                   Scottsdale, AZ 85252-1621
Fort Worth, TX 76102


Serv 1st Indust. Tires       TWG Innov. Solutions
120-B Quinton Ave            13922 Denver W Pkwy
Munford, TN 38058            Golden, CO 80401


Soefker Services, Inc.       UPS
1568 Panama St               Lockbox 577
Memphis, TN 38108-1919       Carol Stream, IL 60132-0577


SOS Staffing                 UPS Freight
P O Box 27008                P.O. Box 6109
Salt Lake Cit, UT 84127      Westerville, OH 43086


Sprint                       Verizon Wireless
P O Box 660092               P O Box 660108
Dallas, TX 75266             Dallas, TX 75266-0108


Stuart M. Irby               Vertex, IPS
P.O. Box 1819                5885 Stapleton Dr. N
Jackson, MS 39205-1819       STE C308
                             Denver, CO 80216
```