WED-28809 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

004491  4491 1 AV 0.335  40290 9 9  6278-0-5300

Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290-1225

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 3 2009
BY DANNY L. MILLER, CLERK
DEPUTY CLERK

**FIRST-CLASS MAIL**

```
*X 402 NDE 1 608I 02 07/11/09
FORWARD TIME EXP  RTN TO SEND
:ALLIED
PO BOX 9001099
LOUISVILLE KY 40290-1099
          RETURN TO SENDER
```

39225@2449

WED-28809 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS  39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

004490  4490 1 AV 0.335  40290 9 9  6278-0-5299

Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290-1225

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 3 2009
BY_____
DANNY L. MILLER, CLERK
DEPUTY CLERK

**FIRST-CLASS MAIL**

```
X  402  NFE  1  6081  00  07/11/09
FORWARD TIME EXP    RTN TO SEND
:ALLIED
PO BOX 9001099
LOUISVILLE KY 40290-1099

       RETURN TO SENDER
```

39225@2448

WED-28809 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 3 2009
DANNY L. MILLER, CLERK
_____ DEPUTY CLERK

004492 4492 1 AV 0.335 40290 9 9 6278-0-5301
Allied Waste Serv #493
P O Box 9001225
Louisville, KY 40290-1225

**FIRST-CLASS MAIL**

*X 402 NDE 1 608I 02 07/11/09
FORWARD TIME EXP   RTN TO SEND
:ALLIED
PO BOX 9001099
LOUISVILLE KY 40290-1099

RETURN TO SENDER

39225@2448