IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
 )
WAREHOUSE 86, LLC ) CASE NO. 08-03423-EE
 ) Chapter 11
Debtor )
_____ )

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on July 7, 2009, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Matrix attached hereto collectively as Exhibit "C":

1. Order Fixing Time for Hearing on the Disclosure Statement Combined with Notice Thereof (Dkt. #156) attached hereto as Exhibit "A"; and

2. Disclosure Statement for Debtor's Chapter 11 Plan (Dkt. #153) attached hereto as Exhibit "C."

This, the 14th day of July, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: _s/ Stephen W. Rosenblatt_
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 4162002v.1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: **WAREHOUSE 86, LLC**
       **Case No. 08-03423-EE**

### ORDER FIXING TIME FOR HEARING ON THE DISCLOSURE STATEMENT COMBINED WITH NOTICE THEREOF

The Court, having considered the proposed Disclosure Statement filed by the Debtor-in-Possession on June 30, 2009 pursuant to §1125(b), it is

**ORDERED** that a copy of the proposed Disclosure Statement and Plan of Reorganization shall be transmitted to all creditors, shareholders and parties in interest; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** a hearing shall be held on **Tuesday** the 25th day of **August, 2009 at 1:30 p.m.** at the **Bankruptcy Courtroom, 100 East Capitol Street, Room 106, Jackson, Mississippi**, to consider and to rule on the adequacy of the information contained in the proposed Disclosure Statement and to hear any other matters properly before the Court; and it is further

**ORDERED AND NOTICE IS HEREBY GIVEN THAT** any person objecting to the adequacy of the information contained in said Disclosure Statement or desiring to propose modifications thereto shall submit such objections or proposed modifications to the Court, in writing, on or before the **20th** day of **August, 2009**, and shall serve a copy thereof upon the debtor's attorney, **Stephen W. Rosenblatt, P O Box 22567 Jackson Ms 39225-2567.**

**ORDERED** that the attorney for the Debtor-in-Possession shall cause to be mailed a copy of this Order to each creditor, shareholder and party in interest along with a copy of the proposed Disclosure Statement and proposed Plan of Reorganization.

**ORDERED** that this mailing be completed within **five** days from the date of the entry of this Order and the attorney for the debtor shall file a Certificate of Service with the Court.

**ORDERED**

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: July 6, 2009

