(g) To issue such orders in aid of execution of the Plan, to the extent authorized by Section 1142 of the Bankruptcy Code;

(h) To consider any amendments to or modifications of the Plan or to cure any defect or omission, or reconcile any inconsistency, in any order of the Bankruptcy Court, including, without limitation, the Confirmation Order;

(i) To hear and determine disputes or issues arising in connection with the interpretation, implementation or enforcement of the Plan, the Confirmation Order, any transactions or payments contemplated hereby, any agreement, instrument, or other document governing or relating to any of the foregoing or any settlement approved by the Bankruptcy Court;

(j) To hear and determine matters concerning state, local and federal taxes in accordance with Sections 346, 505 and 1146 of the Bankruptcy Code (including, without limitation, any request by the Debtor prior to the Effective Date or by the Debtor after the Effective Date for an expedited determination of tax under Section 505(b) of the Bankruptcy Code);

(k) To hear and determine all disputes involving the existence, scope, nature or otherwise of the discharges, releases, injunctions and exculpations granted under the Plan, the Confirmation Order or the Bankruptcy Code;

(l) To issue injunctions and effect any other actions that may be necessary or appropriate to restrain interference by any person or entity with the consummation, implementation or enforcement of the Plan, the Confirmation Order or any other order of the Bankruptcy Court;

-31-

(m) To determine such other matters and for such other purposes as may be provided in the Confirmation Order;

(n) To hear and determine any rights, Claims or causes of action held by or accruing to the Debtor pursuant to the Bankruptcy Code, pursuant to any federal or state statute, pursuant to any common law cliam or legal theory;

(o) To recover all assets of the Debtor and property of the Debtor's estate, wherever located;

(p) To enter a final decree closing the Chapter 11 Case; and

(q) To hear any other matter not inconsistent with the Bankruptcy Code.

## ARTICLE XIV.
## CONSUMATION AND CLOSING OF CASE

14.1. *Consumation and Closing.* Upon completion of the payments of this Plan to deem the Plan to be fully consummated, the case will be closed. Upon full consummation, an appropriate Order will be entered closing the case. Creditors shall be enjoined from instituting or continuing any legal action to enforce their claims or such contractual terms and provisions other than in accordance with the provisions of this Plan. Further, the Order closing the bankruptcy estate shall provide that all jurisdiction of the Court will terminate, except such jurisdiction as is otherwise provided for herein, or except and unless the Debtor requires reopening of this case to enforce any injunctions contained in the order closing this case, or any other beneficial reason.

-32-

WHEREFORE, the Debtor hereby requests confirmation of its Chapter 11 Plan pursuant to 11 U.S.C. § 1129.

This, the 30th day of June, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt
One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
John A. Crawford, Jr.; MB No. 10346
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: (601) 948-5711
Facsimile: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com

### CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt., one of the attorneys for the Debtor, certify that I have this day caused a true and correct copy of the Plan to be delivered via the means directed by the United States Bankruptcy Court CM/ECF System to the following person:

Ronald H. McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

THIS, the 30th day of June, 2009.

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MB No. 5676)

-33-

Jackson 3600975v.1

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re    Warehouse 86, LLC                      Case No.  08-03423
                         Debtor
                                                 Chapter        11

### SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,511,708.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,411,723.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 39,500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,522,472.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 1,511,708.29 | | |
| Total Liabilities | | | | 3,973,696.32 | |



08-03423-ee   Dkt 160-2   Filed 07/14/09   Entered 07/14/09 18:13:07   Page 2 of 12
Case 08-03423-ee   Doc 153-2   Filed 06/30/09   Entered 06/30/09 18:49:18   Desc
Case 08-03423-ee   Doc 15 Exhibit B - Part 1   Page 2 of 27   Entered 06/30/09 17:48:00   Desc Main
Document   Page 2 of 27

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re  Warehouse 86, LLC
Debtor

Case No.  08-03423
Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| Average Income (from Schedule I, Line 16) | |
|---|---|
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | |
|---|---|
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | |
| 4. Total from Schedule F | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

---

B6E (Official Form 6E) (12/07)

In re  Warehouse 86, LLC
Debtor

Case No.  08-03423

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

---

B6E (Official Form 6E) (12/07) - Cont.

In re  Warehouse 86, LLC
Debtor

Case No.  08-03423

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Wages, salaries, and commissions
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Eric L. Ellertsen 3103 Wotherby Cv. N. Germantown, TN 38139 | | - | | | | | 11,500.00 | 11,500.00 | 0.00 |
| Account No. Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | | - | Unpaid Salary | | | | 9,000.00 | 9,000.00 | 0.00 |
| Account No. Joy St James 3241 Kinney Drive Germantown, TN 38139 | | - | Unpaid Compensation | | | | 9,000.00 | 9,000.00 | 0.00 |
| Account No. Paul St James 3241 Kinney Drive Germantown, TN 38139 | | - | Unpaid Salary | | | | 10,000.00 | 10,000.00 | 0.00 |
| Account No. | | | | | | | | | |

Sheet  1  of  1   continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  39,500.00   39,500.00   0.00

Total (Report on Summary of Schedules)  39,500.00   39,500.00   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

---

B6F (Official Form 6F) (12/07)

In re  Warehouse 86, LLC
Debtor

Case No.  08-03423

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ABC Logistics Corp 2300 Siller St #085 Memphis, TN 38114 | | - | Trade debt | | | | 1,000.00 |
| Account No. ADP, Inc. 5680 New Northside Dr. Atlanta, GA 30328-4612 | | - | A/C Company | | | | 0.00 |
| Account No. Air-One Services 5055 Pleasant View Memphis, TN 38134 | | - | | | | | 1,130.00 |
| Account No. Allied Waste Serv #403 P O Box 9001225 Louisville, KY 40290-1225 | | - | Trash removal | | | | 3,851.24 |

16  continuation sheets attached

Subtotal (Total of this page)  5,981.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:38203-090513  Best Case Bankruptcy

08-03423-ee   Dkt 160-2   Filed 07/14/09   Entered 07/14/09 18:13:07   Page 3 of 12

Case 08-03423-ee   Doc 153-2   Filed 06/30/09   Entered 06/30/09 18:49:18   Desc
Case 08-03423-ee   Doc 151   Exhibit B - Part 1   Page 6 of 27
                              Filed 06/30/09   Entered 06/30/09 17:48:00   Desc Main
                              Document   Page 6 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re   Warehouse 86, LLC                                   Case No.   08-03423
                        Debtor

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Allied Waste Serv #837 P O Box 9001225 Louisville, KY 40290-1225 | | - | Trash removal | | | | 1,609.12 |
| Account No. Allied Waste Serv #868 P O Box 9001225 Louisville, KY 40290-1225 | | - | Trash removal | | | | 1,855.01 |
| Account No. American Express Corp P O Box 650448 Dallas, TX 75265-0448 | | - | Credit card purchases | | | | 267,680.60 |
| Account No. American Photocopy 1719 Bartlett Road Memphis, TN 38134 | | - | Copy services | | | | 446.78 |
| Account No. Amerigas 545 W 12 Street Ogden, UT 84404-5401 | | - | Trade debt | | | | 712.07 |

Sheet no. _1_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page)   272,304.58

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

---

B6F (Official Form 6F) (12/07) - Cont.

In re   Warehouse 86, LLC                                   Case No.   08-03423
                        Debtor

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. AT&T P O Box 105262 Atlanta, GA 30348-5262 | | - | Telephone Services - Account Nos. xxx-xxx-0599 and xxx-xxx-3640 | | | | 299.53 |
| Account No. Atmos Energy P.O. Box 9001949 Louisville, KY 40290-1949 | | - | Acct. No. xxxxx0068 | | | | 1,305.04 |
| Account No. Baja Motorsports, LLC 40602 North Hammond Ln Phoenix, AZ 85034 | | - | | | | | 0.00 |
| Account No. Boyer BDO, L.C. 90 South 400 W STE 200 Salt Lake Cit, UT 84101 | | - | Warehouse Lease | | | | 168,390.25 |
| Account No. Brands on Sale 16706 Edwards Rd. Cerritos, CA 90703 | | - | | | | | 0.00 |

Sheet no. _2_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page)   169,994.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

---

B6F (Official Form 6F) (12/07) - Cont.

In re   Warehouse 86, LLC                                   Case No.   08-03423
                        Debtor

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | | - | Trade debt | | | | 13,260.00 |
| Account No. CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | | - | Trade debt | | | | 1,447.71 |
| Account No. City of Indianola Water P O Box 269 Indianola, MS 38751 | | - | Water services | | | | 93.04 |
| Account No. Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | | - | | | | | 0.00 |
| Account No. Consumer Products Serv 1650 Old Country Rd Plainview, NY 11803 | | - | Trade debt | | | | 2,021.50 |

Sheet no. _3_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page)   16,822.25

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

---

B6F (Official Form 6F) (12/07) - Cont.

In re   Warehouse 86, LLC                                   Case No.   08-03423
                        Debtor

### AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Crawford Technical Services Joel Fisher, Exe Gen Adjstr 11434 Haleiwa Place Diamondhead, MS 39525 | | - | | X | X | X | 0.00 |
| Account No. Crown Lift Trucks 3952 Willow Lake Blvd. Bld. #5 Memphis, TN 38118 | | - | | | | | 0.00 |
| Account No. Crown Packaging Corp. 17854 Chestrfld Airpt Chesterfield, MO 63005 | | - | | | | | 0.00 |
| Account No. Delta Electric Power P O Box 935 Greenwood, MS 38935-0935 | | - | Utilities | | | | 760.94 |
| Account No. Dometic Corporation P O Box 12021 Newark, NJ 07101-5021 | | - | Survey services after tornado | | | | 1,819.00 |

Sheet no. _4_ of _16_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page)   2,579.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

08-03423-ee  Dkt 160-2  Filed 07/14/09  Entered 07/14/09 18:13:07  Page 4 of 12
Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc 151  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 10 of 27

Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc 151  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 11 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re  Warehouse 86, LLC  Case No. 08-03423
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 | | - | | | | | 80,384.01 |
| Account No. | | | Trade debt | | | | |
| DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. Tempe, AZ 85281 | | - | | | | | 2,558.78 |
| Account No. | | | | | | | |
| EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 | | - | | | | | 0.00 |
| Account No. | | | Unpaid compensation | | | | |
| Eric L. Ellertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | | - | | | | | 0.00 |
| Account No. | | | Loans to Company | | | | |
| Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 39211 | | - | | | | | 62,938.22 |
| Sheet no. 5 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 145,881.01 |

---

B6F (Official Form 6F) (12/07) - Cont.

In re  Warehouse 86, LLC  Case No. 08-03423
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shipping | | | | |
| Excel Transportation P O Box 844711 Dallas, TX 75284-4711 | | - | | | | | 25,823.16 |
| Account No. | | | Acct No. xxxxxx7475 | | | | |
| Fifth Third Auto Leasing Trt P.O. Box 630041 MD1MOC2E-3152 Cincinnati, OH 45263 | | - | | | | | 1,033.49 |
| Account No. | | | | | | | |
| First Ins Funding Corp 450 Skokie Blvd. Suite 1000 Northbrook, IL 60065-3306 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Gary E. Veasey, Esq. 780 Ridge Lake Blvd. STE 202 Memphis, TN 38120 | | - | | | | | 0.00 |
| Account No. | | | Broadband provider | | | | |
| Global Crossing Telo. 1120 Pittsford Victor Pittsford, NY 14534-3818 | | - | | | | | 9,478.33 |
| Sheet no. 6 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 36,334.98 |

---

Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc 151  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 12 of 27

Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc 151  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 13 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re  Warehouse 86, LLC  Case No. 08-03423
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gloria O'Neal 4403 Bennett Wood Millington, TN 38053 | | - | | X | X | X | 0.00 |
| Account No. | | | Trade debt | | | | |
| H&E Equip. Serv. Inc. 2780 S Wadman Dr Ogden, UT 84401 | | - | | | | | 4,397.28 |
| Account No. | | | | | | | |
| Haddox Reid Burkes P O Drawer 22507 Jackson, MS 39225-2507 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| HEPACO, Inc. 731 East Brooks Road Memphis, TN 38116 | | - | | | | | 14,151.93 |
| Account No. | | | Trade debt | | | | |
| HOJ Engnr. & Sales Co 3960 S 500 West Salt Lake Cit, UT 84123 | | - | | | | | 2,392.75 |
| Sheet no. 7 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 20,941.96 |

---

B6F (Official Form 6F) (12/07) - Cont.

In re  Warehouse 86, LLC  Case No. 08-03423
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| IDI Services Group Mary Leesa Simmons, RPA, FMA 1000 Ridgeway Loop Rd. #100 Memphis, TN 38120 | | - | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Interface Systems 3773 Corporate Center Drive Earth City, MO 63045 | | - | | | | X | 0.00 |
| Account No. | | | Disputed taxes allegedly owed by C86, LLC | | | | |
| International Tax Services 2204 Walkley Road Ottawa, ON K1A1AB Canada | | - | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Isaac Amavizca 3622 W. Oregon Avenue Phoenix, AZ 85019 | | - | | X | X | X | 0.00 |
| Account No. | | | | | | | |
| Jennifer D. Jones 101 Warren St., #20 Como, MS 38619 | | - | | X | X | X | 0.00 |
| Sheet no. 8 of 18 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 0.00 |

Case 08-03423-ee Dkt 160-2 Filed 07/14/09 Entered 07/14/09 18:13:07 Page 5 of 12
Case 08-03423-ee Doc 153-2 Filed 06/30/09 Entered 06/30/09 18:49:18 Desc
Case 08-03423-ee Doc 131 Exhibit B Part 1 Filed 06/30/09 Entered 06/30/09 17:48:00 Desc Main Document Page 14 of 27

B6F (Official Form 6F) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127 | - | | | X | X | X | 0.00 |
| Account No.<br>Jon S. Musial, Esq.<br>8230 E. Gray Road<br>Scottsdale, AZ 85260 | - | | | | | | 1,700.00 |
| Account No.<br>Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175 | - | | Shipping | | | | 15,000.00 |
| Account No.<br>Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | - | | Unsecured Creditor | X | X | X | 0.00 |
| Account No.<br>Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158 | - | | | | | | 0.00 |

Sheet no. 9 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims  
Subtotal (Total of this page): 16,700.00

---

B6F (Official Form 6F) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | - | | | | | | 0.00 |
| Account No.<br>Memphis Recycling Serv<br>P O Box 88271<br>Chicago, IL 60680-1271 | - | | Equipment provider | | | | 3,731.52 |
| Account No.<br>Merchandise Manu. Inc.<br>6650 Caballero Blvd.<br>Buena Park, CA 90620 | - | | Trade debt | | | | 5,234.13 |
| Account No.<br>Mirna Maribel Carrillo<br>1608 W. Osborn Apt. 7<br>Phoenix, AZ 85015 | - | | | X | X | X | 0.00 |
| Account No.<br>Nalico Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335 | - | | Trade debt | | | | 51.04 |

Sheet no. 10 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims  
Subtotal (Total of this page): 9,016.69

---

B6F (Official Form 6F) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Acct. No. xxxxxxx6907<br>Old Dominion Freight Line<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | - | | | | | | 411.38 |
| Account No.<br>Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | - | | Loans to Company | | | | 518,799.53 |
| Account No.<br>Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127 | - | | | | | | 0.00 |
| Account No.<br>Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139 | - | | Utilities | | | | 224.36 |
| Account No.<br>RadioShack Corporation<br>Rent Acct Dept, Ac Sup<br>P. O. Box 951080<br>Fort Worth, TX 76161-5014 | - | | Disputed Lease Obligation | X | X | X | 0.00 |

Sheet no. 11 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims  
Subtotal (Total of this page): 519,435.27

---

B6F (Official Form 6F) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## AMENDED
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | - | | Utilities | | | | 9,266.05 |
| Account No.<br>S & B Packaging, Inc.<br>d/b/a Caboodles<br>6934-A Interstate Blvd.<br>Horn Lake, MS 38637 | - | | | | | | 477.51 |
| Account No.<br>SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102 | - | | Rent Deposit-RadioShack | X | X | X | 0.00 |
| Account No.<br>Serv 1st Indust. Tires<br>120-B Quinton Ave<br>Munford, TN 38058 | - | | Trade debt | | | | 410.10 |
| Account No.<br>Soefker Services, Inc.<br>1568 Panama St<br>Memphis, TN 38108-1919 | - | | Acct. WAR102 | | | | 4,724.34 |

Sheet no. 12 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims  
Subtotal (Total of this page): 14,878.00

## Page 18 of 27

In re: Warehouse 86, LLC — Debtor
Case No. 08-03423

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. — SOS Staffing, P O Box 27008, Salt Lake City, UT 84127 | - | | Temporary agency services | | | | 17,432.77 |
| Account No. — Sprint, P O Box 660092, Dallas, TX 75266 | - | | | | | | 0.00 |
| Account No. — Teleshere Networks Ltd, 9237 E Via de Ventura, Suite 250, Scottsdale, AZ 85258 | - | | Trade debt | | | | 193.32 |
| Account No. — Thomas Sales&Serv Inc., 2300 Sidler St. #685, Memphis, TN 38114 | - | | Trade debt | | | | 20,853.70 |
| Account No. — Transport Express Inc., P.O. Box 69207, Seattle, WA 98168 | - | | Account No. xxx-xxx-5495 | | | | 3,290.00 |

Sheet no. 13 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page): 41,769.79

## Page 19 of 27

In re: Warehouse 86, LLC — Debtor
Case No. 08-03423

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. — Tri-Continental Truck, P O Box 1621, Scottsdale, AZ 85252-1621 | - | | Shipping | | | | 5,550.00 |
| Account No. — TWG Innov. Solutions, 13922 Denver W Pkwy, Golden, CO 80401 | - | | Trade debt | | | | 125,469.00 |
| Account No. — TWG Innov. Solutions, 13922 Denver W Pkwy, Golden, CO 80401 | - | | | | | | 0.00 |
| Account No. — UPS, 1620 Valwood Pkwy #115, Carrollton, TX 75006 | - | | Shipping | | | | 58,577.46 |
| Account No. — UPS, Lockbox 577, Carol Stream, IL 60132-0577 | - | | Shipping | | | | 58,567.20 |

Sheet no. 14 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page): 248,163.66

## Page 20 of 27

In re: Warehouse 86, LLC — Debtor
Case No. 08-03423

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. — UPS Freight, P.O. Box 6109, Westerville, OH 43086 | - | | Account No. xxx-x8406 | | | | 340.85 |
| Account No. — Verizon Wireless, P O Box 660108, Dallas, TX 75266-0108 | - | | Wireless Services | X | X | X | 2,968.01 |
| Account No. — Vertex, IPS, 5665 Stapleton Dr. N, STE C308, Denver, CO 80216 | - | | | | | | 0.00 |
| Account No. — Waterford Technologies, 19700 Fairchild #300, Irvine, CA 92612 | - | | Trade debt | | | | 450.00 |
| Account No. — Willow Lake Pro., LLC, 233 South Wacker Dr, Ste. 350, Chicago, IL 60606 | - | | | | | | 0.00 |

Sheet no. 15 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page): 3,758.86

## Page 21 of 27

In re: Warehouse 86, LLC — Debtor
Case No. 08-03423

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. — Windsor Tax Services, P.O. Box 1655, Windsor ON N9A7S7 | - | | Disputed taxes allegedly owed by C86, LLC | X | X | X | 0.00 |

Sheet no. 16 of 16 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
Subtotal (Total of this page): 0.00
Total (Report on Summary of Schedules): 1,522,472.75

B6 Declaration (Official Form 6 - Declaration). (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   Warehouse 86, LLC                                    Case No.   08-03423
                      Debtor(s)                              Chapter    11

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   June 30, 2009            Signature   /s/ Ernest K. Strahan III
                                            Ernest K. Strahan III
                                            CFO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

---

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re   Warehouse 86, LLC                                    Case No.   08-03423
                      Debtor(s)                              Chapter    11

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  June 30, 2009            /s/ Ernest K. Strahan III
                                Ernest K. Strahan III/CFO
                                Signer/Title

---

Warehouse 86, LLC
5 River Bend Place, STE D
Flowood, MS 39232

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065

Baja Motorsports, LLC
40602 North Hammond Ln
Phoenix, AZ 85034

John A. Crawford, Jr. (Jack)
Butler, Snow, O'Mara, Stevens P&C Cannada, LLC
P O Box 22567
Jackson, MS 39225-2567

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101

5 River Bend Pl., LLC
5 River Bend Place
Ste. D
Flowood, MS 39232

American Internatl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114

American Photocopy
1719 Bartlett Road
Memphis, TN 38134

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1728

Amerigas
545 W 12 Street
Ogden, UT 84404-5401

CH Enterprises
4305 Harrison #6-323
Ogden, UT 84403

Air-One Services
5055 Pleasant View
Memphis, TN 38134

Aon Innov. Solutions
13922 Denver West Pkwy
Golden, CO 80401

City of Indianola Water
P O Box 269
Indianola, MS 38751

Allied Waste Serv #493
P O Box 9001225
Louisville, KY 40290-1225

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Allied Waste Serv #837
P O Box 9001225
Louisville, KY 40290-1225

Atmos Energy
P.O. Box 9001949
Louisville, KY 40290-1949

ConnectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133

Allied Waste Serv #868
P O Box 9001225
Louisville, KY 40290-1225

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, IN 46514

Consumer Products Serv
1650 Old Country Rd
Plainview, NY 11803

---

Crawford Technical Services
Joel Fisher, Exe Gen Adjstr
11434 Haleiwa Place
Diamondhead, MS 39525

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118

Eric L. Eilertsen
3103 Wetherby Cv. N.
Germantown, TN 38139

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401

Crown Packaging Corp.
17854 Chestrfld Airpt
Chesterfield, MO 63005

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Ernest K. Strahan, III
1918 Petit Bois St N
Jackson, MS 39211

HEPACO, Inc.
731 East Brooks Road
Memphis, TN 38116

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

Fifth Third Auto Leasing Trt
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263

IDI Services Group
Mary Leesa Simmons, RPA,F
1000 Ridgeway Loop Rd. #
Memphis, TN 38120

DHL Express-Claims
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281

First Ins Funding Corp
450 Skokie Blvd.
Suite 1000
Northbrook, IL 60065-3306

Interface Systems
3773 Corporate Center Dr
Earth City, MO 63045

DHL Express-SRC
1100 Airport Rd.
MS 2061-D11
Wilmington, OH 45177

Gary E. Veasey, Esq.
780 Ridge Lake Blvd.
STE 202
Memphis, TN 38120

International Tax Servi
2204 Walkley Road
Ottawa, ON K1A1AB
Canada

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383

Global Crossing Tele.
1120 Pittsford Victor
Pittsford, NY 14534-3818

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix, AZ 85019

08-03423-ee  Dkt 160-2  Filed 07/14/09  Entered 07/14/09 18:13:07  Page 8 of 12

Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc Exhibit B – Part 2  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 26 of 27

Case 08-03423-ee  Doc 153-2  Filed 06/30/09  Entered 06/30/09 18:49:18  Desc
Case 08-03423-ee  Doc Exhibit B – Part 2  Filed 06/30/09  Entered 06/30/09 17:48:00  Desc Main
Document  Page 27 of 27

### Page 26 of 27 — Creditor Mailing List (continued)

Jennifer D. Jones
101 Warren St., #20
Como, MS 38619

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139

Joann McKinney
2278 Sharon
Memphis, TN 38127

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

Paul St James
3241 Kinney Drive
Germantown, TN 38139

Jon S. Musial, Esq.
8230 E. Gray Road
Scottsdale, AZ 85260

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133

Pay Pal
211 N. 1st Street
San Jose, CA 95131

Joy St James
3241 Kinney Drive
Germantown, TN 38139

Merchandise Manu. Inc.
6650 Caballero Blvd.
Buena Park, CA 90620

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175

Mirna Maribel Carrillo
1608 W. Osborn
Apt. 7
Phoenix, AZ 85015

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335

Questar Gas Co.
P.O. Box 45841
Salt Lake City, UT 8413

Louis E. Sagar
598 Broadway
New York, NY 10012

Old Dominion Freight Line
c/o McCarthy Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121

RadioShack Corporation
Rent Acct Dept, Ac Sup
P. O. Box 961090
Fort Worth, TX 76161-50

### Page 27 of 27 — Creditor Mailing List (continued)

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

Thomas Sales&Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, IL 60606

S & B Packaging, Inc.
d/b/a Caboodles
6934-A Interstate Blvd.
Horn Lake, MS 38637

Transport Express Inc.
P.O. Box 69207
Seattle, WA 98168

Windsor Tax Services
P.O. Box 1655
Windsor ON N9A767

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102

Tri-Continental Truck
P O Box 1621
Scottsdale, AZ 85252-1621

Serv 1st Indust. Tires
120-B Quinton Ave
Munford, TN 38058

TWG Innov. Solutions
13922 Denver W Pkwy
Golden, CO 80401

Soefker Services, Inc.
1568 Panama St
Memphis, TN 38108-1919

UPS
Lockbox 577
Carol Stream, IL 60132-0577

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127

UPS Freight
P.O. Box 6109
Westerville, OH 43086

Sprint
P O Box 660092
Dallas, TX 75266

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Stuart M. Irby
P.O. Box 1819
Jackson, MS 39205-1819

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216

---

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re  Warehouse 86, LLC   Case No. 08-03423
            Debtor(s)        Chapter  11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | Credit card purchases | | 267,680.60 |
| Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101 | Warehouse Lease | | 168,390.25 |
| Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139 | Trade debt | | 13,260.00 |
| DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | Shipping | | 80,384.01 |
| DHL Express-SRC<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | DHL Express-SRC<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | Lien interest in goods owned by creditor consigned to Debtor | | 370,911.30<br>(1,500.00 secured) |
| Eric L. Ellertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | Eric L. Ellertsen<br>3103 Wetherby Cv. N.<br>Germantown, TN 38139 | Unpaid compensation | | 11,500.00 |
| Ernest K. Strahan, III<br>1918 Petit Bois St N<br>Jackson, MS 39211 | Ernest K. Strahan, III<br>1918 Petit Bois St N<br>Jackson, MS 39211 | Loans to Company | | 82,938.22 |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Shipping | | 25,823.16 |
| Global Crossing Telo.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Global Crossing Telo.<br>1120 Pittsford Victor<br>Pittsford, NY 14534-3818 | Broadband provider | | 9,478.33 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175 | Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175 | Shipping | | 15,000.00 |
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133 | Lien interest in goods owned by creditor consigned to Debtor | | 11,767.99<br>(500.00 secured) |

Software Copyright (c) 1996-2007 Best Case Solutions – Evanston, IL – (800) 492-8037                Best Case Bankruptcy

---

B4 (Official Form 4) (12/07) - Cont.

In re  Warehouse 86, LLC   Case No. 08-03423
            Debtor(s)

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121 | Lien interest in goods owned by creditor consigned to Debtor | | 556,680.23<br>(3,000.00 secured) |
| Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | Loans to Company | | 518,799.53 |
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139 | Unpaid Salary | | 10,000.00 |
| Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | Utilities | | 9,266.05 |
| SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127 | Temporary agency services | | 17,432.77 |
| Thomas Sales&Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114 | Thomas Sales&Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114 | Trade debt | | 20,853.70 |
| TWG Innov. Solutions<br>13922 Denver W Pkwy<br>Golden, CO 80401 | TWG Innov. Solutions<br>13922 Denver W Pkwy<br>Golden, CO 80401 | Trade debt | | 125,469.00 |
| UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006 | Shipping | | 58,577.46 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Shipping | | 58,567.20 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  11/4/08           Signature  /s/ Ernest K. Strahan III
                                    Ernest K. Strahan III
                                    CFO

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571.*

Software Copyright (c) 1996-2007 Best Case Solutions – Evanston, IL – (800) 492-8037                Best Case Bankruptcy

08-03423-ee Dkt 160-2 Filed 07/14/09 Entered 07/14/09 18:13:07 Page 9 of 12
Case 08-03423-ee Doc 153-3 Filed 06/30/09 Entered 06/30/09 18:49:18 Desc Exhibit B - Part 2 Page 3 of 23
Case 08-03423-ee Doc 153-3 Filed 06/30/09 Entered 06/30/09 18:49:18 Desc Exhibit B - Part 2 Page 4 of 23

B6 Summary (Official Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re Warehouse 86, LLC
Debtor

Case No. 08-03423
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,511,708.29 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 2,411,723.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 28,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 1,517,643.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,511,708.29 | | |
| Total Liabilities | | | | 3,957,366.88 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

---

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re Warehouse 86, LLC
Debtor

Case No. 08-03423
Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | |
| 4. Total from Schedule F | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

---

B6A (Official Form 6A) (12/07)

In re Warehouse 86, LLC
Debtor

Case No. 08-03423

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

0 continuation sheets attached to the Schedule of Real Property
(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

---

B6B (Official Form 6B) (12/07)

In re Warehouse 86, LLC
Debtor

Case No. 08-03423

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of American - Checking - 3903 | - | 8,713.43 |
| | | | Bank of American - Checking - 5429 | - | 54,995.74 |
| | | | Bank of American - Checking - 9451 | - | 5,600.78 |
| | | | Paypal Account - payments | - | 4,645.77 |
| | | | Paypal Account - vip | - | 4,408.59 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Rent Deposit - Radio Shack, Inc | - | 35,407.90 |
| | | | Rent Deposit - 5 River Bend Pl, Flowood, MS | - | 294.00 |
| | | | Utility Deposit - Memphis Light Gas and Water | - | 25,200.00 |
| | | | Utility Deposit - Rocky Mountain Power, Ogden Utah | - | 5,000.00 |
| | | | Utility Deposit - Questar Gas, Ogden, UT | - | 800.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

| | Sub-Total > | 145,075.21 |
|---|---|---|
| | (Total of this page) | |

3 continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | G86, LLC | - | 988.06 |
| | | | C86, LLC | - | 3,313.90 |
| | | | Bidtopia, LLC (which includes certain auction software) | - | 2,148.80 |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | Pay Pal Retention | - | 120,669.62 |
| | | | Cardservice International (Mastercard/VISA) | - | 35,000.00 |
| | | | American Express (Merchant Account) | - | 3,000.00 |
| 17. | Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. | Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total > 165,120.38  
(Total of this page)

Sheet 1 of 3 continuation sheets attached to the Schedule of Personal Property

---

B6B (Official Form 6B) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 19. | Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. | Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Insurance Claim Arising From Tornado and Fire Loss that destroyed subleased facility at 481 Airport Industrial Dr. Southaven, MS 38671 | - | Unknown |
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | | Registered Service Mark - - "BARGAINLAND"; the name, "Warehouse 86"; in house custom software (e.g., "the Gavel", warehouse management systems, auction software, macros, routines, modules, etc.) | - | Unknown |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer E-mail Lists | - | Unknown |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |
| 28. | Office equipment, furnishings, and supplies. | X | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | | See Ex. B.29 attached hereto. | - | 1,060,847.58 |

Sub-Total > 1,060,847.58  
(Total of this page)

Sheet 2 of 3 continuation sheets attached to the Schedule of Personal Property

---

B6B (Official Form 6B) (12/07) - Cont.

In re: Warehouse 86, LLC, Debtor  
Case No. 08-03423

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 30. | Inventory. | | Located at 3805 S. Perkins, Memphis, TN 38119 and in Utah facility. However, Debtor does not take physical inventories. The company purchases or consigns inventories that arrive as mixed truckloads of widely diverse individual "one off" liquidation products. Each item on the truck typically has a unique condition from new, open box, customer warranty return, freight damaged, or shelf pull. Due to the unique condition and quantity of each item, it is impossible to establish a value for the item until after it has been auctioned. During the auction which starts at 99 cents, the public will establish the worth of the item. Items which do not receive a bid are later grouped with other worthless items and auctioned as a mixed lot, at which time the public will again attempt to establish a price for a group of unrelated items. On average a complete lot of purchased inventory will sell over a three month time frame. Therefore, as a standard practice, inventory purchased for resale is booked at the time it is purchased at the purchase price paid for the lot, then one third is expensed against cost of goods sold in each of the following three months. | - | 140,665.12 |
| 31. | Animals. | X | | | |
| 32. | Crops - growing or harvested. Give particulars. | X | | | |
| 33. | Farming equipment and implements. | X | | | |
| 34. | Farm supplies, chemicals, and feed. | X | | | |
| 35. | Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > 140,665.12  
(Total of this page)  
Total > 1,511,708.29  
(Report also on Summary of Schedules)

Sheet 3 of 3 continuation sheets attached to the Schedule of Personal Property

---

### Warehouse86 LLC. Monthly Depreciation Report
Accrual Basis

**Exhibit B.29 - Warehouse 86, LLC Asset List**

| Purchase Date | Memo | Amount |
|---|---|---|
| Aug-00 | Cardboard Compactor | $4,000.00 |
| Aug-00 | Computer Equip | $19,485.00 |
| Aug-00 | Truck 1 | $21,500.00 |
| Aug-00 | Forklift | $15,000.00 |
| Aug-00 | Office Furniture | $15,000.00 |
| Aug-00 | Pallet Racking | $10,000.00 |
| Aug-00 | Ramp | $3,000.00 |
| Apr-02 | Computer Equip | $52,315.00 |
| Jun-03 | Pallet Racking | $143,125.00 |
| Jun-03 | Forklift RDX30 | $27,000.00 |
| Jun-03 | Toshiba Phone-DK424 | $6,000.00 |
| Jun-03 | Lucent Phone Partner 18D | $6,000.00 |
| Jan-04 | Computers on 8/10/03 | $34,692.00 |
| Jan-04 | Land Rover on 12/12/03 | $69,330.00 |
| Mar-04 | Forklift - Nissan | $7,864.50 |
| Mar-04 | Computer parts | $2,805.96 |
| Apr-04 | Computer parts | $4,080.53 |
| Jun-04 | Computer parts | $3,684.88 |
| Jul-04 | Computer parts | $3,813.37 |
| Aug-04 | Computer parts | $1,165.39 |
| Aug-04 | Racking | $2,874.85 |
| Sep-04 | Forklift - Yale | $7,000.00 |
| Sep-04 | Computer parts | $11,498.57 |
| Sep-04 | Metal Detectors | $8,100.00 |
| Sep-04 | Off Furniture | $1,022.90 |
| Sep-04 | 04 Dodge Ram 1500-1D7HA16KX4J264931 | $18,302.39 |
| Sep-04 | Office Furniture-Chairs | $1,938.33 |
| Oct-04 | Computer parts | $11,690.50 |
| Nov-04 | Computer parts | $9,855.48 |
| Dec-04 | Computer parts | $1,050.42 |
| Jan-05 | chairs | $987.46 |
| Jan-05 | computer | $23,664.10 |
| Jan-05 | Conveyors | $7,359.07 |
| Jan-05 | Copier - Lanier | $1,378.28 |
| Jan-05 | software | $339.95 |
| Feb-05 | computer | $15,160.84 |
| Mar-05 | computer | $28,144.29 |
| Mar-05 | photo table | $578.34 |
| Mar-05 | software | $6,596.52 |
| Apr-05 | computer | $13,764.27 |

## Warehouse86 LLC. Monthly Deprecition Report
Accrual Basis

| Date | Description | Amount |
|---|---|---|
| Apr-05 | Crown Order Picker | $1,675.53 |
| Apr-05 | Racking | $16,203.58 |
| Apr-05 | software | $8,625.78 |
| May-05 | 2 order pickers | $6,611.00 |
| May-05 | 2 order pickers | $4,475.00 |
| May-05 | computer | $46,688.19 |
| May-05 | Fixtures | $1,554.48 |
| May-05 | software | $5,051.61 |
| Jun-05 | computer | $4,274.49 |
| Jun-05 | new HVAC | $2,583.00 |
| Jun-05 | racking | $8,766.50 |
| Jun-05 | SSL certificate | $349.00 |
| Jul-05 | 2 fans | $624.93 |
| Jul-05 | computers | $18,662.41 |
| Jul-05 | Furniture | $5,187.16 |
| Jul-05 | Office Equip - Copier KM830D | $8,400.00 |
| Jul-05 | Racking/Pallet Jack | $62,445.07 |
| Jul-05 | software | $97.50 |
| Jul-05 | telephone | $645.00 |
| Aug-05 | camera | $624.94 |
| Aug-05 | computers | $18,281.64 |
| Aug-05 | furniture Cubicles and desk | $12,381.16 |
| Aug-05 | Office Equip Oki fax machine | $2,392.57 |
| Aug-05 | Office Furniture - Joy's desk | $2,429.01 |
| Aug-05 | photocube | $2,008.00 |
| Aug-05 | software | $999.00 |
| Aug-05 | telephones | $2,730.52 |
| Sep-05 | camera | $2,215.99 |
| Sep-05 | Chain link fence-Labor/Material to install 178' | $4,507.46 |
| Sep-05 | computer scanners | $34,464.02 |
| Sep-05 | photocube | $4,556.60 |
| Sep-05 | Software - Sql Svr 2000 | $21,672.82 |
| Oct-05 | camera | $3,006.13 |
| Oct-05 | computer | $19,680.74 |
| Oct-05 | conveyors in Canada | $5,713.65 |
| Oct-05 | Fax/Toner - Canada Office | $1,085.90 |
| Oct-05 | Office Funiture | $3,083.54 |
| Oct-05 | Photo Booth | $5,000.00 |
| Oct-05 | Racking | $24,797.66 |
| Oct-05 | Software | $247.93 |
| Nov-05 | Camera and accessories | $131.08 |
| Nov-05 | Computer | $11,442.08 |
| Nov-05 | conveyors in Canada | $3,112.67 |
| Nov-05 | Fixtures | $1,604.48 |

## Warehouse86 LLC. Monthly Deprecition Report
Accrual Basis

| Date | Description | Amount |
|---|---|---|
| Nov-05 | Software | $1,124.46 |
| Dec-05 | Computer | $30,432.77 |
| Dec-05 | Furniture | $2,750.00 |
| Dec-05 | Software | $2,295.88 |
| Jan-06 | Computer | $23,927.30 |
| Jan-06 | Software | $2,391.65 |
| Jan-06 | Computer | $7,792.41 |
| Jan-06 | Furniture - office 3 chairs | $2,608.36 |
| Jan-06 | Computer | $1,617.55 |
| Jan-06 | Equip Lite | $345.02 |
| Jan-06 | racking in Canada | $3,332.93 |
| Jan-06 | Sweeper - Cat | $7,516.81 |
| Feb-06 | Computer | $1,125.00 |
| Feb-06 | Software | $8,994.28 |
| Feb-06 | Computer | $2,117.83 |
| Feb-06 | Expander Unit for Canada | $14,344.64 |
| Feb-06 | Equip Lite | $909.36 |
| Feb-06 | Computer | $8,070.00 |
| Mar-06 | Computer | $10,931.69 |
| Mar-06 | Order Pickers - 1 Yale/2 Cat | $3,372.80 |
| Mar-06 | Computer | $3,502.90 |
| Mar-06 | Fax Machine | $1,188.17 |
| Mar-06 | Computer | $1,097.79 |
| Mar-06 | Computer | $2,791.20 |
| Apr-06 | Computer | $43,692.47 |
| Apr-06 | Computer | $42,264.78 |
| May-06 | Computer | $6,505.78 |
| May-06 | Software | $432.39 |
| May-06 | Computer | $2,106.86 |
| May-06 | File cabinet -3 | $2,403.50 |
| May-06 | Software | $655.45 |
| May-06 | Computer | $3,725.00 |
| Jun-06 | Computer | $1,082.45 |
| Jun-06 | Computer | $7,476.55 |
| Jul-06 | Computer | $18,745.03 |
| Jul-06 | Computer | $87,401.89 |
| Jul-06 | Conveyor DC7 | $115,415.55 |
| Jul-06 | Copier CS2030 | $3,818.28 |
| Jul-06 | Equip Lite | $11,640.95 |
| Jul-06 | Furniture - Used office | $9,700.00 |
| Jul-06 | Refridgerator, Work Table & Ice Maker - 1 Each | $7,298.31 |
| Jul-06 | Safe - 2 Centurion D31 | $2,140.00 |
| Jul-06 | Tennant 8410 Sweeper Scrubber - Inv 1439 | $15,220.50 |
| Aug-06 | Computer | $650.80 |

## Warehouse86 LLC. Monthly Deprecition Report
Accrual Basis

| Date | Description | Amount |
|---|---|---|
| Aug-06 | Software | $2,998.94 |
| Aug-06 | Computer | $2,183.10 |
| Aug-06 | Software | $1,437.98 |
| Aug-06 | Computer | $10,121.74 |
| Aug-06 | Computer | $403.11 |
| Aug-06 | Computer | $728.47 |
| Aug-06 | Computer | $28,607.74 |
| Aug-06 | Conveyor System | $272,150.32 |
| Aug-06 | Equip Lite | $10,969.53 |
| Aug-06 | Fax Machine Oki 5780 | $1,188.17 |
| Aug-06 | Ice Machine Shipping On Work Table - 1 | -$136.00 |
| Aug-06 | Security Cameras -3 | $1,400.63 |
| Aug-06 | Security Fences | $4,019.99 |
| Aug-06 | Software | $4,388.40 |
| Aug-06 | Trash compactor wiring | $2,782.00 |
| Aug-06 | Computer | $9,640.99 |
| Sep-06 | Software | $21,672.82 |
| Sep-06 | Computer | $182.17 |
| Sep-06 | Software | $3,125.59 |
| Sep-06 | Computer | $569.86 |
| Sep-06 | Computer | -$86.89 |
| Sep-06 | Conveyor -Camera stands -2 | $6,698.20 |
| Sep-06 | Data drops to cubes | $950.00 |
| Sep-06 | Equip Lite | $6,270.40 |
| Sep-06 | Racking Shelves -1000 | $13,550.00 |
| Sep-06 | Software | $4,066.85 |
| Sep-06 | Computer | $29,290.91 |
| Sep-06 | Software | $3,512.06 |
| Oct-06 | Computer | $754.16 |
| Oct-06 | Software | $490.00 |
| Oct-06 | Computer | $189.18 |
| Oct-06 | Software | $400.64 |
| Oct-06 | Computer | $744.87 |
| Oct-06 | Computer | $12,589.94 |
| Oct-06 | Computer | $4,894.08 |
| Oct-06 | Equip Lite | $1,444.50 |
| Oct-06 | Racking Shelves -2080 partial | $27,657.00 |
| Nov-06 | Software | $66,762.13 |
| Nov-06 | Computer | $2,454.30 |
| Nov-06 | Computer | -$36.05 |
| Nov-06 | Conveyor - crossovers - part of original order | $5,202.29 |
| Nov-06 | Crown Lift Trucks - 2 | $10,200.00 |
| Nov-06 | Equip Lite | $1,294.25 |
| Nov-06 | Tennant 5680 floor scrubber | $4,676.00 |

## Warehouse86 LLC. Monthly Deprecition Report
Accrual Basis

| Date | Description | Amount |
|---|---|---|
| Dec-06 | Computer | $2,014.00 |
| Dec-06 | Photo Booth | $1,930.50 |
| Dec-06 | Computer | $5,182.73 |
| Dec-06 | Software | $6,771.05 |
| Dec-06 | Computer | $1,007.00 |
| Dec-06 | Equip Lite | $378.00 |
| Dec-06 | Lyon Shelving for Warehouse | $6,500.00 |
| Dec-06 | Photo Booth | $1,987.00 |
| Dec-06 | Computer | $2,244.34 |
| Dec-06 | Computer | $18,950.51 |
| Dec-06 | Equip Lite | $1,330.76 |
| Dec-06 | Computer | $4,623.62 |
| Dec-06 | Correction | -$1,510.00 |
| Dec-06 | Tennant 8410 Floor scrubber return-Blue Ribbon | -$13,710.50 |
| Jan-07 | Computer | $1,426.00 |
| Jan-07 | Computer | $1,009.43 |
| Jan-07 | Computer | $10,859.48 |
| Jan-07 | Computer | $3,401.69 |
| Jan-07 | Onan Generator | $13,500.00 |
| Feb-07 | Computer | $360.61 |
| Feb-07 | Furniture | $4,227.98 |
| Feb-07 | Software | $1,046.51 |
| Feb-07 | Computer | $1,690.00 |
| Feb-07 | Racking | $3,300.00 |
| Feb-07 | Computer | $10,521.52 |
| Feb-07 | Computer | $42,094.48 |
| Mar-07 | Computer | $2,086.34 |
| Apr-07 | Furniture - 6 chairs | $655.43 |
| Apr-07 | Materials for DC-5 network wiring revisions | $988.17 |
| Apr-07 | Paper Shredder | $599.78 |
| Apr-07 | Software | $267.04 |
| Apr-07 | Water Coolers | $985.00 |
| Apr-07 | Racking | $4,125.00 |
| Apr-07 | Computer | $4,319.96 |
| Apr-07 | Computer | $4,859.94 |
| Apr-07 | Computer | $3,239.96 |
| May-07 | Computer | $685.00 |
| May-07 | Software | $618.95 |
| May-07 | Software | $0.90 |
| May-07 | Equip Lite | -$756.00 |
| Apr-07 | Computer | $2,535.00 |
| Jun-07 | Computer | $2,492.00 |
| Jun-07 | Computer | $486.30 |
| Jun-07 | Computer | -$599.99 |

## Warehouse86 LLC. Monthly Deprecition Report

Accrual Basis

| Date | Description | Amount |
|---|---|---:|
| Jun-07 | Computer | $2,571.20 |
| Jun-07 | Conveyor | $3,921.85 |
| Jun-07 | Equip Lite | $842.00 |
| Jun-07 | Software | $8,554.55 |
| Jul-07 | Computer | $860.91 |
| Jul-07 | Software | $2,029.93 |
| Aug-07 | Computer | $1,617.18 |
| Aug-07 | Software | $2,200.00 |
| Sep-07 | Material Handling Equip | $84,659.86 |
| | Sale Equip DE | -$38,482.92 |
| | Sale Equip CA | -$113,010.29 |
| Oct-07 | Computer | $7,095.00 |
| Oct-07 | Software | $22,766.15 |
| Nov-07 | Computer | $480.00 |
| Dec-07 | Software | $1,035.81 |
| Dec-07 | Computer | $3,640.00 |
| Dec-07 | Sale Equip DC8/10 | -$9,640.99 |
| Dec-07 | Sale Equip DC8/10 | -$29,290.91 |
| Dec-07 | Sale Equip DC8/10 | -$3,512.06 |
| Feb-07 | Moved from AZ | -$898,630.72 |
| Feb-07 | to Utah | $898,630.72 |
| Feb-07 | Moved LandRover | -$69,330.00 |
| Feb-07 | from AZ to TN | $69,330.00 |
| Oct-07 | Moved Office | -$115,151.57 |
| Oct-07 | from TN to MS | $115,151.57 |
| Jan-08 | Computer HP DL580G4 Memory | $360.52 |
| Jan-08 | Computer HPDL380 | $6,995.00 |
| Jan-08 | Computer Ram for SQL Server | $3,073.15 |
| Feb-08 | Computer | $996.53 |
| Feb-08 | Tables and Stools - 24 | $7,586.84 |
| Feb-08 | Pallets Racks in Utah | $4,590.50 |
| Feb-08 | Computer Cisco WS-CAC-2500W Power Supply | $480.44 |
| Mar-08 | Computer | $4,394.46 |
| May-08 | Land Rover Sale | -$69,330.00 |
| Jun-08 | Computer | $3,057.91 |
| Aug-08 | Computer-15 Server Drives | $3,670.00 |
| Sep-08 | Dispose-Dodge 1500 | -$18,302.39 |
| | Total Book Value | $2,178,073.42 |
| | Less Est. Damage from Tornado/Fire | -1,117,225.84 |
| | Remaining Book Value | $1,060,847.58 |

B6D (Official Form 6D) (12/07)

In re  Warehouse 86, LLC                      Case No. 08-03423
                  Debtor

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---:|---:|
| Account No.<br><br>5 River Bend Pl., LLC<br>5 River Bend Place<br>Ste. D<br>Flowood, MS 39232 | | | Rent Deposit<br>Rent Deposit - 5 River Bend Pl, Flowood, MS<br><br>Value $   294.00 | | | | 294.00 | 0.00 |
| Account No.<br><br>American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   300.00 | | | | 300.00 | 0.00 |
| Account No.<br><br>Audiovox Spec. Applic.<br>53200 Marina Drive<br>Elkhart, IN 46514 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   25,000.00 | | | | 25,000.00 | 0.00 |
| Account No.<br><br>Baja Motorsports, LLC<br>40602 North Hammond Ln<br>Phoenix, AZ 85034 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   1,000.00 | | | | 1,000.00 | 0.00 |
| _4_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 26,594.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  Warehouse 86, LLC                      Case No. 08-03423
                  Debtor

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---:|---:|
| Account No.<br><br>Brands on Sale<br>16706 Edwards Rd.<br>Cerritos, CA 90703 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   2,000.00 | | | | 2,000.00 | 0.00 |
| Account No.<br><br>DHL Express-Claims<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   300.00 | | | | 2,558.78 | 2,558.78 |
| Account No.<br><br>DHL Express-SRC<br>1100 Airport Rd.<br>MS 2061-D11<br>Wilmington, OH 45177 | | | Lien Interest in goods owned by creditor consigned to Debtor<br><br>Value $   1,500.00 | | | | 370,911.30 | 369,411.30 |
| Account No.<br><br>Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | | | Utility Deposit - Memphis Light Gas and Water<br><br>Value $   26,200.00 | | | | 26,200.00 | 0.00 |
| Account No.<br><br>Memphis Recycling Serv.<br>1131 Agnes<br>Memphis, TN 38104 | | | Purchase Money Security<br>Baler (destroyed in 2/5/08 tornado)<br><br>Value $   Unknown | | | | 3,731.52 | Unknown |
| Sheet _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal<br>(Total of this page) | | | | 405,701.60 | 371,970.08 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy