```
el Matrix for local noticing      Fifth Third Bank                  Mississippi State Tax Commission, Legal Di   ja Motorsports, LLC             Boyer BDO, L C                    Boyer BDO, L.C.
8-3                               King & Spencer                    P.O. Box 22828                                02 E Harmond Lane               90 South 400 W Ste 200            90 South 400 W STE 200
e 08-03423-ee                     Post Office Box 123               Jackson, MS 39225-2828                        oenix AZ 85034-6411             Salt Lake City UT 84101-1365      Salt Lake Cit, UT 84101-1365
thern District of Mississippi     Jackson, MS 39205-0123
kson Divisional Office
Jul  7 07:48:57 CDT 2009

rstock.com, Inc.                  Porsche Financial Services        Receivable Management Services                ands on Sale                    CH Enterprises                    Cambridge Integ. Serv.
0 South 3000 East                 c/o Larry Spencer                 c/o Phyllis A. Hayes                          706 Edwards Rd.                 4305 Harrison #6-323              31500 Solon Rd.
t Lake City, UT 84121-5952        P.O. Box 123                      307 International Circle, Ste 270             rritos, CA 90703-2436           Ogden, UT 84403-3306              Solon, OH 44139-3528
                                  Jackson, MS 39205-0123            Hunt Valley, MD 21030-1322

nessee Dept of Revenue            Warehouse 86, LLC                 U.S. Bankruptcy Court                         ty of Indianola Water           City of Phoenix                   City of Phoenix
 TN Attorney General Office       5 River Bend Place, Ste D         100 East Capitol St.                          0 Box 269                       City Treasurer                    Tax Division
kruptcy Division                  Flowood, MS 39232-7618            P.O. Box 2448                                 dianola, MS 38751-0269          P O Box 29630                     251 W. Washington St, 3rd Floor
 Box 20207                                                          Jackson, MS 39225-2448                                                        Phoenix, AZ  85038-9690           Phoenix, AZ 85003-2295
hville, TN 37202-4015

iver Bend Pl., LLC                ABC Logistics Corp                ADP, Inc.                                     mectShip, Inc.                  Computer Resources                Consumer Products Serv
iver Bend Place                   2300 Sitler St #685               5680 New Northside Dr.                        82 S. Memorial                  P.O. Box 1241                     10 Grand Boulevard
, D                               Memphis, TN 38114-4801            Atlanta, GA 30328-4668                        ite 400                         Cordova, TN 38088-1241            Deer Park NY 11729-5717
wood, MS 39232-7618                                                                                               lsa, OK 74133-4345

, Inc.                            AIG Bankruptcy Collections        AT&T                                          awford Technical Servs.         Crown Lift Trucks                 Crown Packaging Corp.
 ADP Blvd                         Michelle A. Levitt, Authorized Represent   P O Box 105262                       el Fisher, Exe Gen Adj          3952 Willow Lake Blvd.            17854 Chesterfield Airport
eland, NJ 07068-1786              70 Pine Street, 28th Floor        Atlanta, GA 30348-5262                        434 Haleiwa Place               Bld. #5                           Chesterfield, MO 63005-1216
                                  New York NY 10270-0002                                                          amondhead, MS 39525-4129        Memphis, TN 38118-7042

-One Services                     Allied Waste Serv #493            Allied Waste Serv #837                        L Express (USA) Inc.            DHL Express-Claims                DHL Express-SRC
5 Pleasant View                   P O Box 9001225                   P O Box 9001225                               0 Box 4723                      Attn: Mark Sanchez                I 100 Airport Rd.
phis, TN 38134-6308               Louisville, KY 40290-1225         Louisville, KY 40290-1225                     uston, TX 77210-4723            1144 W. Washington St.            MS 2061-DI 1
                                                                                                                                                  Tempe, AZ 85281-1200              Wilmington, OH 45177

ied Waste Serv #868               American Covers, Inc.             American Express Corp                         W Enterprises Inc.              Delta Electric Power              Denatic Corporation
 Box 9001225                      dba Handstands                    P O Box 650448                                070 N. 72nd Drive               P O Box 935                       P O Box 12021
isville, KY 40290-1225            675 West 14600 South              Dallas, TX 75265-0448                         oria, AZ 85383-7343             Greenwood, MS 38935-0935          Newark, NJ 07101-5021
                                  Bluffdale, UT 84065-4831

rican Express Travel Related Svcs Co   American Internatl Co.       American Photocopy                            soto County Tax Assessor        EMC Ins. Companies                Eric L. Hilertsen
 Corp Card                        Specialty Workers Comp            1719 Bartlett Road                            5 Losher, STE 100               P O Box 6011                      1878 Laurel Ln
 Becket and Lee LLP               P O Box 409                       Memphis, TN 38134-6402                        rnando, MS 38632-2144           Ridgeland, MS 39158-6011          Germantown TN 38139-6954
 3001                             Parsippany, NJ 07054-0409
vern PA 19355-0701

rigas                             Aon Innov. Solutions              Arizona Department of Revenue                 nest K. Strahan III             Ernest K. Strahan, IIII           Excel Transportation
 W 12 Street                      13922 Denver West Pkwy            P O Box 29010                                 18 Petit Bois St. N             1918 Petit Bois St N              P O Box 844711
en, LTT 84404-5401                Golden CO 80401-3142              Phoenix, AZ 85038-9010                        ckson, MS 39211-6707            Jackson, MS 39211-6707            Dallas, TX 75284-4711

                                                                    EXHIBIT
                                                                    "C"

zona Department of Revenue        Atmos Energy                      (c)AUDIOVOX SPEC. APPLIC.                     cel Transportation Services, Inc.   Fifth Third Auto Leasing     Fifth Third Auto Leasing
 Box 52153                        P.O. Box 9001949                  2602 MARINA DR                                330 Preston Road, Suite 200 C   P.O. Box 630041                   MDIMOC2B-3152
enix, AZ 85072-2153               Louisville KY 40290-1949          ELKHART IH  46514-9642                        llas, TX 75252-6035             MDIMOC2B-3152                     P O Box 630041
                                                                                                                                                  Cincinnati, OH 45263-0041         Cincinnati OH 45263-0041

th Third Bank                     First Ins Funding Corp            Gary H. Veasey, Esq.                          ilco Group                      Ogden City Licensing Division     Old Dominion Freightline
0 E Paris SE                      450 Skokie Blvd. Ste 1000         780 Ridge Lake Blvd. STE 202                  200 Haggerty Rd.                2549 Washington Blvd, STE 240     c/o McCarthy Burgess &
ROPS 05                           Northbrook, IL 60062-7917         Memphis, TN 38120-9426                        rmington, MI 48335-2601         Ogden, Utah 84401-3111            26000 Cannon Rd
nd Rapids, MI 49546-6253                                                                                                                                                            Cleveland, OH 44146-1807

bal Crossing Tels.                Gloria O'Neal                     H&E Equip. Serv. Inc.                         erstock.com, Inc                Overstock.com, Inc.               Paul St James
0 Pittsford Victor                4403 Bennett Wood                 2760 S Wadman Dr                              tn: Edwin M Christensen         6350 S. 3000 East                 3241 Kinney Drive
tsford, NY 14534-3818             Millington, TN 38053-2208         Ogden, UT 84401-3471                          50 S 1000 East                  Salt Lake Cit, UT 84121-5952      Germantown, TN 38139-8031
                                                                                                                  lt Lake City, UT 84121-5952

ACO, Incorporated                 HOJ Enginr. & Sales Co            Haddox Reid Burkes                            ul Thomas St. James             Paul and Joy St James             Pay Pal
1 Burch Dr.                       3960 S 500 West                   P O Drawer 22507                              41 Kinney Drive                 3241 Kinney Drive                 211 N. 1't Street
rlotte NC 28269-4476              Salt Lake Cit, UT 84123-1360      Jackson, MS 39225-2507                        rmantown, TN 38139-8031         Germantown, TN 38139-8031         San Jose, CA 95131

INTERNAL REVENUE SERVICE          International Tax Servs           Jane Hetzler                                  usion Software, Inc.            Phusion Software, Inc.            Porche Financial Serv
TRALIZED INSOLVENCY OPERATIONS    2204 Walkley Road                 City Clerk                                    300 Ford Rd. #415               26300 Ford Road # 415             4343 Commercial Ct.
BOX 21126                         Ottawa ON KIAIA8                  City of Indianola                             arborn Heig, MI 48127-2854      Dearborn Heig, MI 48127-2854      Ste. 300
LADELPHIA PA 19114-0326           Canada                            P O Box 269                                                                                                     Lisle, IL 60532-3616
                                                                    Indianola, MS 38751-0269

nn McKinney                       Jon S Musial                      Joy D. St. James                              rsche Financial Services        Questar Gas Company                Questar Gas Company
8 Sharon                          Law Offices of Jon S Musial       3241 Kinney Drive                             o King and Spencer              Bankruptcy/DNR 244                P O Box 45841
phis, TN 38127-3525               8230 E. Gray Road                 Germantown, TN 38139-8031                     st Office Box 123               P O Box 3194                      Salt Lake Cit, UT 84139-0001
                                  Scottsdale AZ 85260-3528                                                        ckson MS 39205-0123             Salt Lake City UT 84110-3194

 St James                         Katt Worldwide Logist.            Katt Worldwide Logistics Inc                  dioShack Corporation Rent Acct Dept, Ac Su  (c)RADIOSHACK CORPORATION AND SC KIOSKS, INC.   RainWorx, Inc.
1 Kinney Drive                    P O Box 751197                    Attn: Teresa Shipe                            0. Box 961090                   RADIOSHACK CORPORATION            159 Pearl Street No. 1
mantown, TN 38139-8031            Memphis, TN 38175-1197            4105 So Mendenhall Road                       rt Worth, TX 76161-5000         LEGAL DEPARTMENT                  Essex Junction
                                                                    Memphis TN 38115-5927                                                         ATTN: JAMES B. SPISAK, ESQ.       Essex Junctio, VT 05452-3038
                                                                                                                                                  300 TRINITY CAMPUS DR
                                                                                                                                                  FORT WORTH TX  76102-1901

th Martin Mack                    Louis E. Sagar                    (p)MISSISSIPPI STATE TAX COMMISSION           )PACIFICORP                     Rocky Mountain Power              (c)SC KIOSK, INC.
9 Los Robles Rd.                  598 Broadway                      P O BOX 22808                                 TH BANKRUPTCY                   Attn: Bankruptcy                  MS CP4-101
usand Oaks, CA 91362-3320         New York, NY 10012-3206           JACKSON MS                                    BOX 25308                       P O Box 25308                     300 TRINITY CAMPUS DR
                                                                    39225-2808                                    LT LAKE CITY UT 84125-0308      Salt Lake City UT 84125-0308      FORT WORTH TX 76102-1901

chetti Robertson &                Marcus M. Wilson                  Mary Leesa Simmons                            S Staffing                      SOS Staffing                      Serv 1st Indust, Tires
 Box 3348                         Bennett Lotterhos Sulser & Wilson, P.A.   IDI Services Group                    0 Box 27008                     POB 27008                         120-B Quinton Ave
geland, MS 39158-3348             Post Office Box 98                1000 Ridgeway Loop Rd, #100                   lt Lake City, UT 84127-0008     Salt Lake City UT 84127-0008      Munford, TN 38058-1700
                                  Jackson, MS 39205-0098            Memphis, TN 38120-4037

phis LG&W                         Memphis Recycling Serv            Memphis Recycling Serv.                       elby County Clerk               Soefker Services, LLC             Sprint
. Box 388                         P O Box 88271                     1131 Agnes                                    siness Tax Division             1568 Panama St                    P O Box 8077
phis, TN 38145-0388               Chicago, U, 60680-1271            Memphis, TN 38104-4630                        0 Box 3743                      Memphis, TN 38108-1919            London KY 40742-8077
                                                                                                                  mphis, TN  38173-0743

cantila, Inc.                     Merchandise Manu. Inc.            Mississippi State                             uart M Irby                     Stuart M. Irby                    Sunflower County Assessor/Collector
 Chestnut St 2nd Fl               P O Box 843                       Office of Revenue                             o Richard Montague              P.O. Box 1819                     P O Box 1080
Francisco, CA 94133-2362          Lakewood CA 90714-0843            P O Box 23050                                 50 Old Canton Road, Ste 200     Jackson, MS 39215-1819            Indianola, MS 38751-1080
                                                                    Jackson, MS 39225-3050                        ckson MS 39211-5991
```

| | | | | | |
|---|---|---|---|---|---|
| Innov. Solutions<br>/a Aon Innov Solutions<br>n: VP Operations, Lisa Schizas,<br>22 Denver West Pkwy<br>den CO 80401-3142 | ING Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | tler Snow O'Mara Stevens &Cannada<br>st Office Box 22567<br>ckson, MS 39225-2567 | Stephen M. Rosenblatt<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | Stuart M. Irby |
| eshere Networks Ltd<br>7 E Via de Ventura<br>te 250<br>ttsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN 37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | | The preferred mailing address (p) above has been substituted for the following entity/entities as so specified<br>by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4). | |
| nessee Department of Revenue<br>TN Attorney General's Office<br>kruptcy Division<br>Box 20207<br>hville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Attn: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | S<br>0 W Capitol St., Ste 504<br>ckson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| xas Sales & Serv Inc.<br>0 Sitler St. #685<br>phis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | )Mississippi State Tax Commission<br>o Heather S Deaton<br>O Box 22828<br>ckson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |
| : Attorney<br>. David N Usry<br>E Capitol St., Ste 500<br>kson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 W Capitol St., Ste 706<br>Jackson MS 39269-1607 | | Addresses marked (c) above for the following entity/entities were corrected<br>as required by the USPS Locatable Address Conversion System (LACS). | |
| TED PARCEL SERVICE<br>RMS Bankruptcy Recovery Services<br>. Box 5126<br>nium, Maryland 21094-5126 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | diovox Spec. Applic.<br>200 Marina Drive<br>khart, N 46514 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1965 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102 |
| Freight<br>. Box 6109<br>terville, OH 43086-6109 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | | The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address. | |
| ixon Wireless<br>Box 3397<br>mington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | )RadioShack Corporation and SC Kiosks, Inc. | (u)Jennifer D. Jones<br>10 1 Warren St., #20<br>RETURNED MAIL 11/17/2008 | (d)Tennessee Dept of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-4015 |
| er County Assessor<br>Box 9700<br>en, UT 84409-0700 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, IL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | d of Label Matrix<br>ilable recipients  151<br>passed recipients    3<br>tal                154 | | |
| n A. Crawford Jr<br>ler, Snow, O'mara,Stevens & Cana<br>O. Drawer 22567<br>kson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | | | |