# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WAREHOUSE 86, LLC    CASE NO. 08-03423ee

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF FILED BY SC KIOSKS AND RADIOSHACK (DKT.#93), (2) DEBTOR'S OBJECTION TO MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#101) and the Court having considered the facts herein, finds that the hearing on JULY 14, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR OTHER RELIEF FILED BY SC KIOSKS AND RADIOSHACK (DKT.#93), (2) DEBTOR'S OBJECTION TO MOTION OF S. C. KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) is hereby continued and reset for **TUESDAY, AUGUST 18,2009,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 15 day of July, 2009.

_____
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**