# UNITED STATES BANKRUPTCY COURT

**Southern District of Mississippi**

Case No. 08-03423-EE
Chapter 11

In Re:  Warehouse 86, LLC

To Attorney: Stephen W. Rosenblatt, *Steve.Rosenblatt@butlersnow.com*

### Notice of Returned Mail

The attachment is a copy of the document which was returned to our office undelivered (with the notation *"RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD"*).  Please forward to your client and provide the Clerk's Office with a current address by completing the bottom portion of this notice and file electronically using the docket event: Bankruptcy > Other > Notice of Change of Address.

Thank you for your prompt attention regarding this matter.

Dated:       June 12, 2009                    Sincerely,

                                             **DANNY L. MILLER, Clerk**

                                  By:     **/s/Debra Sawyer**
                                          **Case Administrator**

---

\*\*\* **NEW MAILING ADDRESS** \*\*\*

*If the mailing address is a post office box, please include the physical address information.*

IN RE: Warehouse 86, LLC                    CASE NO. 08-03423-EE

NAME(S):                 Warehouse 86, LLC

ADDRESS:                 P. O. Box 16692

CITY, STATE, & ZIP:      Jackson, MS 39236

\*\*\* **NEW PHYSICAL ADDRESS** \*\*\*

ADDRESS:                 5 River Bend Place, Ste D

CITY, STATE & ZIP:       Flowood, MS 39232-7618