**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:**                                             ) | |
|                                                                ) | |
| **WAREHOUSE 86, LLC**              ) | **CASE NO. 08-03423-EE** |
|                                                                ) | **Chapter 11** |
|              **Debtor**                           ) | |
| _____ ) | |

**NOTICE OF FIRST APPLICATION OF
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #164]**

**TO:   ALL CREDITORS AND INTERSTED PARTIES:**

YOU ARE HEREBY NOTIFIED that the Debtor has filed its First Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 4, 2008, to and including June 30, 2009, and for the sum of $93,590.87, which represents $89,198.50 in fees and $4,392.37 in expenses

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty (20) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at Post Office Box 22567, Jackson, MS 39225-2567, the Court will consider the Application ex parte.

THIS the 17th day of July, 2009.

                Respectfully submitted,

                WAREHOUSE 86, LLC

                By: *s/Stephen W. Rosenblatt*
                    Stephen W. Rosenblatt
                    One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
Facsimile: 601-985-4500

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

    Ronald McAlpin, Esq.
    Office of the United States Trustee
    Suite 706, A. H. McCoy Federal Building
    100 West Capitol Street
    Jackson, MS 39269

THIS, the 17th day of July, 2009.

                *s/ Stephen W. Rosenblatt*
                Stephen W. Rosenblatt

Jackson 4175103v.1