IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
WAREHOUSE 86, LLC ) CASE NO. 08-03423-EE
) Chapter 11
Debtor )
)

CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on July 17, 2009, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Matrix, attached hereto collectively as Exhibit "C":

1. Notice of First Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #166), attached hereto as Exhibit "A"; and

2. Notice of First Application of Haddox, Reid, Burkes & Calhoun, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #167), attached hereto as Exhibit "B."

This, the 22nd day of July, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:

Butler, Snow, O'Mara, Stevens & Cannada, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 4180982v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

### NOTICE OF FIRST APPLICATION OF
### BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### [Dkt. #164]

TO:    ALL CREDITORS AND INTERSTED PARTIES:

YOU ARE HEREBY NOTIFIED that the Debtor has filed its First Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 4, 2008, to and including June 30, 2009, and for the sum of $93,590.87, which represents $89,198.50 in fees and $4,392.37 in expenses

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty (20) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at Post Office Box 22567, Jackson, MS 39225-2567, the Court will consider the Application ex parte.



EXHIBIT "A"

THIS the 17th day of July, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/Stephen W. Rosenblatt*
Stephen W. Rosenblatt
One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
Facsimile: 601-985-4500

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

THIS, the 17th day of July, 2009.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt

Jackson 4175103v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

NOTICE OF FIRST APPLICATION OF
HADDOX, REID, BURKES & CALHOUN, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #165]

TO:    ALL CREDITORS AND INTERSTED PARTIES:

YOU ARE HEREBY NOTIFIED that the Debtor has filed the First Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Haddox Reid Burkes & Calhoun PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 4, 2008, to and including June 30, 2009, and for the sum of $8,499.00, which represents $8,399.00 in fees and $100.00 in expenses

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty (20) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at Post Office Box 22567, Jackson, MS 39225-2567, the Court will consider the Application ex parte.



THIS the 17th day of July, 2009.

           Respectfully submitted,

           WAREHOUSE 86, LLC

           By: *s/Stephen W. Rosenblatt*
              Stephen W. Rosenblatt
              One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
Facsimile: 601-985-4500

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

    Ronald McAlpin, Esq.
    Office of the United States Trustee
    Suite 706, A. H. McCoy Federal Building
    100 West Capitol Street
    Jackson, MS 39269

THIS, the 17th day of July, 2009.

           *s/ Stephen W. Rosenblatt*
            Stephen W. Rosenblatt

Jackson 4176032v.1

```
Label Matrix for local noticing          Fifth Third Bank                     Mississippi State Tax Commission, Legal Divi
0538-3                                   King & Spencer                       P.O. Box 22828
Case 08-03423-ee                         Post Office Box 123                  Jackson, MS 39225-2828
Southern District of Mississippi         Jackson, MS 39205-0123
Jackson Divisional Office
Fri Jul 17 16:26:57 CDT 2009

Overstock.com, Inc.                      Porsche Financial Services           Receivable Management Services
6350 South 3000 East                     c/o Larry Spencer                    c/o Phyllis A. Hayes
Salt Lake City, UT 84121-5952            P.O. Box 123                         307 International Circle, Ste 270
                                         Jackson, MS 39205-0123               Hunt Valley, MD 21030-1322


Tennessee Dept of Revenue                Warehouse 86, LLC                    U.S. Bankruptcy Court
c/o TN Attorney General Office           5 River Bend Place, Ste D            100 East Capitol St.
Bankruptcy Division                      Flowood, MS 39232-7618               P.O. Box 2448
P O Box 20207                                                                 Jackson, MS 39225-2448
Nashville, TN 37202-4015

ABC Logistics Corp                       ADP, Inc.                            ADP, Inc.
2300 Sitler St #685                      5680 New Northside Dr.               One ADP Blvd
Memphis, TN 38114-4801                   Atlanta, GA 30328-4668               Roseland, NJ 07068-1786


AIG Bankruptcy Collections               AT&T                                 Air-One Services
Michelle A. Levitt, Authorized Represent P O Box 105262                       5055 Pleasant View
70 Pine Street, 28th Floor               Atlanta, GA 30348-5262               Memphis, TN 38134-6308
New York NY 10270-0002


Allied Waste Serv #493                   Allied Waste Serv #837               Allied Waste Serv #868
48 Landfill Rd                           48 Landfill Rd.                      48 Landfill Rd.
Leland MS 38756-9721                     Leland MS 38756-9721                 Leland MS 38756-9721



American Covers, Inc.                    American Express Corp                American Express Travel Related Svcs Co
dba Handstands                           P O Box 650448                       Inc Corp Card
675 West 14600 South                     Dallas, TX 75265-0448                c/o Becket and Lee LLP
Bluffdale, UT 84065-4831                                                      POB 3001
                                                                              Malvern PA 19355-0701

American Intematl Co.                    American Photocopy                   Amerigas
Specialty Workers Comp                   1719 Bartlett Road                   545 W 12 Street
P O Box 409                              Memphis, TN 38134-6402               Ogden, LTT 84404-5401
Parsippany, NJ 07054-0409


Aon Innov. Solutions                     Arizona Department of Revenue        Arizona Department of Revenue
13922 Denver West Pkwy                   P O Box 29010                        P O Box 52153
Golden CO 80401-3142                     Phoenix, AZ 85038-9010                Phoenix, AZ 85072-2153



Atmos Energy                             (c)AUDIOVOX SPEC. APPLIC.            Baja Motorsports, LLC
P.O. Box 9001949                         2602 MARINA DR                       4602 E Hammond Lane
Louisville KY 40290-1949                 ELKHART IN  46514-8642               Phoenix AZ 85034-6411
```


EXHIBIT

Boyer BDO, L C  
90 South 400 W Ste 200  
Salt Lake City UT 84101-1365

Boyer BDO, L.C.  
90 South 400 W STE 200  
Salt Lake Cit, UT 84101-1365

Brands on Sale  
16706 Edwards Rd.  
Cerritos, CA 90703-2436

CH Enterprises  
4305 Harrison #6-323  
Ogden, UT 84403-3306

Cambridge Integ. Serv.  
31500 Solon Rd.  
Solon, OH 44139-3528

City of Indianola Water  
P O Box 269  
Indianola, MS 38751-0269

City of Phoenix  
City Treasurer  
P O Box 29690  
Phoenix, AZ 85038-9690

City of Phoenix  
Tax Division  
251 W. Washington St, 3rd Floor  
Phoenix, AZ 85003-2295

ComectShip, Inc.  
8282 S. Memorial  
Suite 400  
Tulsa, OK 74133-4345

Computer Resources  
P.O. Box 1241  
Cordova, TN 38088-1241

Consumer Products Serv  
10 Grand Boulevard  
Deer Park NY 11729-5717

Crawford Technical Servs.  
Joel Fisher, Exe Gen Adj  
11434 Haleiwa Place  
Diamondhead, MS 39525-4129

Crown Lift Trucks  
3952 Willow Lake Blvd.  
Bld. #5  
Memphis, TN 38118-7042

Crown Packaging Corp.  
17854 Chesterfield Airport  
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.  
P O Box 4723  
Houston, TX 77210-4723

DHL Express-Claiins  
Attn: Mark Sanchez  
1144 W. Washington St.  
Tempe, AZ 85281-1200

DHL Express-SRC  
I 100 Airport Rd.  
MS 2061-DI 1  
Wilmington, OH 45177

DJW Enterprises Inc.  
26070 N. 72nd Drive  
Peoria, AZ 85383-7343

Delta Electric Power  
P O Box 935  
Greenwood, MS 38935-0935

Dematic Corporation  
P O Box 12021  
Newark, NJ 07101-5021

Desoto County Tax Assessor  
365 Losher, STE 100  
Hernando, MS 38632-2144

EMC Ins. Companies  
P O Box 6011  
Ridgeland, MS 39158-6011

Eric L. Eilertsen  
1878 Laurel Ln  
Germantown TN 38139-6954

Eric L. Eilertsen  
3103 Wetherby Cv. N.  
Germantown TN 38139

Ernest K. Strahan III  
1918 Petit Bois St. N  
Jackson, MS 39211-6707

Ernest K. Strahan, IIII  
1918 Petit Bois St N  
Jackson, MS 39211-6707

Excel Transportation  
P O Box 844711  
Dallas, TX 75284-4711

Excel Transportation Services, Inc.  
17330 Preston Road, Suite 200 C  
Dallas, TX 75252-6035

FifUi Third Auto Leasing  
P.O. Box 630041  
MD1MOC2E-3152  
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing  
MD1MOC2E-3152  
P O Box 630041  
Cincinnati OH 45263-0041

```
Fifth Third Bank                First Ins Funding Corp          Gary E. Veasey, Esq.
1850 E Paris SE                 450 Skokie Blvd. Ste 1000       780 Ridge Lake Blvd. STE 202
MD/ROPS 05                      Northbrook, IL 60062-7917       Memphis, TN 38120-9426
Grand Rapids, MI 49546-6253


Global Crossing Tele.           Gloria O'Neal                   H&E Equip. Serv. Inc.
1120 Pittsford Victor           4403 Bennett Wood               2760 S Wadman Dr
Pittsford, NY 14534-3818        Millington, TN 38053-2208       Ogden, UT 84401-3471


HEPACO, Inc                     HEPACO, Incorporated            HOJ Enginr. & Sales Co
731 East Brooks Road            2711 Burch Dr.                  3960 S 500 West
Memphis TN 38116-3013           Charlotte NC 28269-4476         Salt Lake Cit, UT 84123-1360


Haddox Reid Burkes              (p)INTERNAL REVENUE SERVICE     Interface Systems
P O Drawer 22507                CENTRALIZED INSOLVENCY OPERATIONS  3773 Corporate Center Drive
Jackson, MS 39225-2507          PO BOX 21126                    Earth City MO 63045-1130
                                PHILADELPHIA PA 19114-0326


International Tax Servs         Isaac Amavizca                  Jane Hetzler
2204 Walkley Road               3622 W. Oregon Avenue           City Clerk
Ottawa ON K1A1A8                Phoenix AZ 85019-2318           City of Indianola
Canada                                                          P O Box 269
                                                                Indianola, MS 38751-0269


Joann McKinney                  Jon S Musial                    Joy D. St. James
2278 Sharon                     Law Office of Jon S Musial      3241 Kinney Drive
Memphis, TN 38127-3525          8230 E. Gray Road               Germantown, TN 38139-8031
                                Scottsdale AZ 85260-3528


Joy St James                    Katt Worldwide Logist.          Katt Worldwide Logistics Inc
3241 Kinney Drive               P O Box 751197                  Attn: Teresa Shipe
Germantown, TN 38139-8031       Memphis, TN 38175-1197          4105 So Mendenhall Road
                                                                Memphis TN 38115-5927


Keith Martin Mack               Louis E. Sagar                  (p)MISSISSIPPI STATE TAX COMMISSION
2949 Los Robles Rd.             598 Broadway                    P O BOX 22808
Thousand Oaks, CA 91362-3320    New York, NY 10012-3206         JACKSON MS
                                                                39225-2808


Marchetti Robertson &           Marcus M. Wilson                Mary Leesa Simmons
P O Box 3348                    Bennett Lotterhos Sulser & Wilson, P.A.  IDI Services Group
Ridgeland, MS 39158-3348        Post Office Box 98              1000 Ridgeway Loop Rd, #100
                                Jackson, MS  39205-0098         Memphis, TN 38120-4037


Memphis LG&W                    Memphis Recycling Serv          Memphis Recyling Serv.
P.O. Box 388                    P O Box 88271                   1131 Agnes
Memphis, TN 38145-0388          Chicago, U, 60680-1271          Memphis, TN 38104-4630
```

| | | |
|---|---|---|
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 | Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Dr.<br>Phoenix AZ 85031-2330 |
| Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 |
| Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 |
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Pay Pal<br>211 N. 1't Street<br>San Jose, CA 95131 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 |
| Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 |
| Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 |
| (c)RADIOSHACK CORPORATION AND SC KIOSKS, INC.<br>RADIOSHACK CORPORATION<br>LEGAL DEPARTMENT<br>ATTN:  JAMES B. SPISAK, ESQ.<br>300 TRINITY CAMPUS DR<br>FORT WORTH TX  76102-1901 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 | S & B Packaging Inc<br>d/b/a Caboodles<br>6934-A Interstate Blvd<br>Horn Lake MS 38637-1445 | (c)SC KIOSK, INC.<br>MS CF4-101<br>300 TRINITY CAMPUS DR<br>FORT WORTH TX  76102-1901 |
| SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 |

```
Shelby County Clerk                 Soefker Services, LLC              Sprint
Business Tax Division               1568 Panama St                     P O Box 8077
P O Box 3743                        Memphis, TN 38108-1919             London KY 40742-8077
Memphis, TN  38173-0743


Stuart M Irby                       Stuart M. Irby                     Sunflower County Assessor/Collector
c/o Richard Montague                P.O. Box 1819                      P O Box 1080
4450 Old Canton Road, Ste 200       Jackson, MS 39215-1819             Indianola, MS 38751-1080
Jackson MS 39211-5991


TWG Innov. Solutions                TWG Innovative Solutions Inc       Teleshere Networks Ltd
f/k/a Aon Innov Solutions           c/o William J Sparer, Counsel      9237 E Via de Ventura
Attn: VP Operations, Lisa Schizas,  The Warranty Group                 Scottsdale, AZ 85258-3329
13922 Denver West Pkwy              175 West Jackson Blvd
Golden CO 80401-3142                Chicago IL 60604-2615


Teleshere Networks Ltd              Tennessee Department of Revenue    Tennessee Department of Revenue
9237 E Via de Ventura               Andrew Jackson State Office Bldg   c/o Attorney General
Suite 250                           500 Deaderick Street               P O Box 20207
Scottsdale, AZ 85258-3661           Nashville, TN  37242-0700          Nashville, TN 37202-4015


Tennessee Department of Revenue     The Commis of Revenue of the State of TN   The Warranty Group, Inc
c/o TN Attorney General's Office    Tax Enforcement Divison            Att: Legal Counsel,
Bankruptcy Division                 c/o Attorney General               Julia Pilliod
P O Box 20207                       P. O. Box 20207                    175 West Jackson Blvd
Nashville TN 37202-4015             Nashville, TN 37202-4015           Chicago, IL 60604-2615


Thomas Sales & Serv Inc.            Transport Express,Inc.             Tri-Continental Track
2300 Sitler St. #685                P.O. Box 69207                     P O Box 1621
Memphis, TN 38114-4801              Seattle, WA 98168-9207             Scottsdale, AZ 85252-1621


U S Attorney                        U S Securities & Exchange Comm     U S Trustee
Hon David N Usry                    3475 Lenox Rd NE, Ste 1000         100 w Capitol St., Ste 706
188 E Capitol St., Ste 500          Atlanta GA 30326-3235              Jackson MS 39269-1607
Jackson MS 39201-2126


UNITED PARCEL SERVICE               UPS                                UPS
C/O RMS Bankruptcy Recovery Services 1620 Valwood Pkwy #115            Lockbox 577
P.O. Box 5126                       Carrollton, TX 75006-8321          Carol Stream, IL 60132-0001
Timonium, Maryland 21094-5126


UPS Freight                         Utah State Tax Commission          Verizon Wireless
P.O. Box 6109                       210 N 1950 W                       P O Box 660108
Westerville, OH 43086-6109          Salt Lake City, UT 84134-9000      Dallas, TX 75266-0108


Verizon Wireless                    Vertex, IPS                        Waterford Technologies
P O Box 3397                        5885 Stapleton Dr. N               19700 Fairchild #300
Bloomington IL 61702-3397           STE C308                           Irvine, CA 92612-2515
                                    Denver, CO 80216-3311
```

Weber County Assessor
P O Box 9700
Ogden, UT 84409-0700

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, EL 60606-6405

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

John A. Crawford Jr
Butler, Snow, O'mara,Stevens & Cana
P. O. Drawer 22567
Jackson, MS 39225-2567

Paul Calhoun
Haddox Reid Burkes & Calhoun, PLLC
210 E Capitol Street
Suite 1100
Jackson, MS 39201-2380

R. Michael Bolen
100 W. Capitol St.
Suite 706
Jackson, MS 39269-1607

Stephen W. Rosenblatt
Butler Snow O'Mara Stevens &Cannada
Post Office Box 22567
Jackson, MS 39225-2567

Stuart M. Irby
c/o Richard Montague
P.O. Box 1970
Jackson, MS 39215-1970

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
100 W Capitol St., Ste 504
Jackson MS 39269-0599

MS State Tax Commission
Bankruptcy Section
P O Box 23338
Jackson MS 39225-3338

(d)Mississippi State Tax Commission
P O Box 1033
Jackson, MS 39215-1033

(d)Mississippi State Tax Commission
c/o Heather S Deaton
P O Box 22828
Jackson MS 39225

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

RadioShack Corporation and SC Kiosks, Inc.
RadioShack Corporation
Legal Department
Attn: James B. Spisak, Esq.
300 RadioShack Circle
Fort Worth, TX 76102-1965

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RadioShack Corporation and SC Kiosks, Inc.

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

```
(d)Warehouse 86, LLC              End of Label Matrix
5 River Bend Place, Ste D         Mailable recipients   157
Flowood, MS 39232-7618            Bypassed recipients     4
                                  Total                 161
```