WED-68805 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 1 6 2009
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

**FIRST-CLASS MAIL**

061989  3343 1 SP 0.440  95131  8 3  6278-0-61989

Pay Pal
211 N. I't Street
San Jose, CA

```
NIXIE       951   DC 1        00 07/13/09
         RETURN TO SENDER
       INSUFFICIENT ADDRESS
          UNABLE TO FORWARD

BC: 39225244848        *0236-07839-09-32
```