## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: ) | |
| ) | |
| **WAREHOUSE 86, LLC** ) | **CASE NO. 08-03423-EE** |
| ) | **Chapter 11** |
| **Debtor** ) | |
| _____ ) | |

### NOTICE OF CHANGE OF ADDRESS

Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address for PayPal and Eric L. Eilertsen as follows:

PayPal
Attn: Legal Dept. - Civil
2211 N. 1st Street
San Jose, CA 95131

Eric L. Eilertsen
1878 Laurel Ln.
Germantown, TN 38139

This, the 4th day of August, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

-2-

CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

> Ronald H. McAlpin, Esq.
> Trial Attorney, Office of the U.S. Trustee
> A. H. McCoy Federal Building, Suite 706
> 100 W. Capitol Street
> Jackson, MS 39269
> Ronald.McAlpin@USDOJ.gov

SO CERTIFIED, this the 4th day of August, 2009.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 4194774v1