## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| **WAREHOUSE 86, LLC** | )    CASE NO. 08-03423-EE |
| | )    **Chapter 11** |
| **Debtor** | ) |
| _____ | ) |

### NOTICE OF CHANGE OF ADDRESS

Warehouse 86, LLC (the "Debtor"), files this Notice of Change of Address for Global Crossing Tele. and Stuart M. Irby as follows:

Global Crossing Tele.
225 Kenneth Drive
Rochester, NY 14623-4277

Stuart M. Irby
3940 Stuart Place
Jackson, MS 39211

This, the 5th day of August, 2009.

        Respectfully submitted,

        WAREHOUSE 86, LLC

        By: *s/ Stephen W. Rosenblatt*
        Stephen W. Rosenblatt (MS BAR NO. 5676)
        John A. Crawford, Jr. (MS BAR NO. 10346)
        Paul M. Ellis (MS BAR NO. 102259)

        ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

-2-

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

    Ronald H. McAlpin, Esq.
    Trial Attorney, Office of the U.S. Trustee
    A. H. McCoy Federal Building, Suite 706
    100 W. Capitol Street
    Jackson, MS 39269
    Ronald.McAlpin@USDOJ.gov

SO CERTIFIED, this the 5th day of August, 2009.

                        *s/ Stephen W. Rosenblatt*
                        STEPHEN W. ROSENBLATT

Jackson 4230825v1