1  Keith Martin Mack, ProPer
2  2949 Los Robles Rd.,
   Thousand Oaks, CA 91362-3320
3  Telephone No.: (805) 496-6092

4  Bankruptcy Courtroom
   100 East Capitol Street, Room 106
   Jackson, Mississippi 39225
5  Honorable Judge Edward Ellington

6  Warehouse 86, LLC
   Attorneys For Council: Stephan W. Rosenblatt
7  Butler, Snow, O'Mara, Stevens & Cannada, PLLC
   17th Floor, Regions Plaza (39201)
8  Post Office Box 22567
   Jackson, MS 39225-2567
9  Telephone No.: (601)948-5711

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

**AUG 20 2009**

DANNY L. MILLER, CLERK
By_____DEPUTY CLERK

10        **IN THE UNITED STATES BANKRUPTCY COURT**
          **FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

11

12  Warehouse86, LLC                    )      CASE: **08-03423-EE**
                                        )
13                    Debtor            )      CREDITOR KEITH MARTIN MACK'S
                                        )      OBJECTION AND PROPOSED
14                                      )      MODIFICATION OF THE PROPOSED
                                        )      DISCLOSURE STATEMENT FOR
15                    vs.               )      DEBTOR'S CHAPTER 11 PLAN
                                        )      Date:        August 26, 2006
16                                      )      Time:        1:30 p.m.
    Keith Martin Mack                   )      Department:  Bankruptcy Courtroom
17                                      )      Address:     100 E. Capitol St.
                                        )                   Jackson, Mississippi
18                    Creditor/Claimant )      Room:        106
                                        )      Judge:       Edward Ellington
19

20

21          To the UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN

22   DISTRICT OF MISSISSIPPI, DEBTOR WAREHOUSE86, LLC AND THEIR

23   ATTORNEY OF RECORD:

24          Now here comes Creditor Keith Martin Mack in the above named Case set

25   for the above Time and Place, presenting his OBJECTIONS AND PROPOSED

26   MODIFICATION of the PROPOSED DISCLOSURE STATEMENT FOR DEBTOR'S

27   CHAPTER 11 PLAN.

28          Creditor requests Debtor's proposed discharge of Creditor be denied based

on Chapter 11 U.S.C. §727, and HEREBY REQUEST THE COURT ORDER TRUSTEE TO AFFIRM CREDITOR'S CLAIM OF $103,729.00, OR DETERMINE GROUNDS FOR DENIAL OF THE REQUESTED DISCHARGED, specifically Keith Martin Mack, and Creditor PROPOSES MODIFICATION of Debtors PROPOSED DISCLOSURE STATEMENT.

Creditor's request is based on the attached Memorandum of Points and Authorities, the record and files of this case, and testimony and further proof, as may be requested of the Parties, wherein, as follows:

## INTRODUCTION

The matter before the Court is the consideration of a proposed Disclosure Statement filed by the Debtor-in-Possession on June 30, 2009.

On January 1, 2009, Creditor Keith Martin Mack, herein and further refered to as "Creditor", filed a Proof Of Claim in the amount of $638,219.93 with the Bankruptcy Court in response to Bargainland LLC's filling of Chapter 11, herein and further refered to as "Debtor".

The amount of the Creditor's claim results from items purchased in 2006 from Debtor that were never received by Creditor, or not properly described by Debtor's sale through Ebay.com.

Creditor filed a lawsuit for Breach of Contract(s), Fraud(s), and Punitive Damages in the SUPERIOR COURT OF THE STATE OF ARIZONA IN AND FOR THE COUNTY OF MARICOPA on March 18, 2008, CASE NUMBER: CV2008-070196, against Debtor for Actual Damages amounting to $103,729.00, and Interest and Punitive Damages amounting to $534,490.93, plus costs. ATTACHMENT #A. (Total amount of Creditor's claim is $638,219.93, plus costs and ongoing interest).

## POINTS AND AUTHORITIES

Debtors' filing of aforementioned Federal Chapter 11 Bankruptcy stayed Creditor's Lawsuit in Arizona.

Creditor believes that Debtor was in possession of $103,729.00 of Creditors

CREDITOR OBJECTION AND PROPOSED MODIFICATION OF THE PROPOSED DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11

property/goods at the time Debtor filed for Chapter 11 Bankruptcy, and that Debtor sold Creditor's property to a "Buyer" or other Person or entity, or is still in possession so said property. Debtor is now attempting to discharge Creditors debt through acts of fraud as a result of the sale, or fraudulent representation of whereabouts of Creditors property, and the filing of Bankruptcy.

Pursuant to TITLE 11 BANKRUPTCY, CHAPTER 7 LIQUIDATION, SUBCHAPTER II-COLLECTION, LIQUIDATION AND DISTRIBUTION OF THE ESTATE, U.S.C. §727(a)(2-5)(7), Debtors request to discharge Creditor's Claims should be denied if any of the following are true:

"(2) the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed -

(A) property of the debtor, within one year before the date of the filing of the petition; or

(B) property of the estate, after the date of the filing of the petition;

(3) the debtor has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained, unless such act or failure to act was justified under all of the circumstances of the case;

(4) the debtor knowingly and fraudulently, in or in connection with the case -

(A) made a false oath or account;

(B) presented or used a false claim;

CREDITOR OBJECTION AND PROPOSED MODIFICATION OF THE PROPOSED DISCLOSURE STATEMENT FOR DEBTOR'S CHAPTER 11

(C) gave, offered, received, or attempted to obtain money,

property, or advantage, or a promise of money, property, or

advantage, for acting or forbearing to act; or

(D) withheld from an officer of the estate entitled to

possession under this title, any recorded information,  including

books, documents, records, and papers, relating to  the debtor's

property or financial affairs;

(5) the debtor has failed to explain satisfactorily, before

determination of denial of discharge under this paragraph, any

loss of assets or deficiency of assets to meet the debtor's

liabilities;"

Further, this Creditor believes that Debtor is in violation of Chapter 11 U.S.C.

§727, regarding SCHEDULE E AND SCHEDULE F of CREDITORS HOLDING CLAIMS,

which indicate dispersement amounts and intention to compensate or dismiss

debtors, including but not limited to the following:

1.    SCHEDULE E (Sheet 1 of 1)

    a.      All requests on this Sheet          $39,500.00

2.    SCHEDULE F

    a. (Sheet 2 of 16) American Express Corp.:     $267,680.60

    b. (Sheet 2 of 16) Boyer BDO, L.C.:          $168,390.25

    c. (Sheet 3 of 16) Cambridge Inter. Serv.    $13,260.00

    d. (Sheet 5 of 16) Earnest K. Strahan        $63,938.01

    e. (Sheet 9 of 16) Keith Martin Mack         $000.00

    f. (Sheet 11 of 16) Paul and Joy St. James   $518,799.53

    g. (Sheet 12 of 16) Soefker Services, Inc.   $4,724.34

    h. (Sheet 13 of 16) Thomas Sales&Serv Inc.   $20,853.70

    i. (Sheet 14 of 16) TWG Inov. Solutions      $125,469.00

//////////////

# PROPOSED MODIFICATIONS

Creditor Keith Martin Mack, with cause, proposes a Modification of Debtors PROPOSED DISCLOSURE STATEMENT as follows:

1.   SCHEDULE E (sheet 1 of 1) All listings

$39,500.00          <u>To be discharged</u>

-appears to be payment to the Debtor/Owners

2.   SCHEDULE F

a. (Sheet 2 of 16) American Express Corp.:

$267,680.60          <u>Proof of business Debt.</u>

-Creditor requests proof of this being totally a business liability

b. (Sheet 2 of 16) Boyer BDO, L.C.:

$168,390.25          <u>To be discharged</u>

-appears to be payment to the Debtor/Owner

c. (Sheet 3 of 16) Cambridge Inter. Serv.:

$13,260.00          <u>Proof of business Debt.</u>

-Creditor requests proof of this being totally a business liability

d. (Sheet 5 of 16) Earnest K. Strahan:

$63,938.01          <u>To be discharged</u>

-appears to be payment to the Debtor/Owner

e. (Sheet 9 of 16) Keith Martin Mack:

$103,729.00          <u>To be affirmed</u>

-needs to be <u>reimbursed for his actual damages plus interest</u>

f. (Sheet 11 of 16) Paul and Joy St. James:

$518,799.53          <u>To be discharged</u>

-appears to be payment to the Debtor/Owner

g. (Sheet 12 of 16) Soefker Services, Inc.:

$4,724.34          <u>Proof of business Debt.</u>

-Creditor requests proof of this being totally a business liability

h. (Sheet 13 of 16) Thomas Sales&Serv Inc.:

$20,853.70      <u>Proof of business Debt.</u>

-Creditor requests proof of this being totally a business liability

i. (Sheet 14 of 16) TWG Inov. Solutions   :

$125,469.00      <u>Proof of business Debt.</u>

-Creditor requests proof of this being totally a business liability

Finally, any additional Debtor assets be designated to be held in escrow for the purposes of making it available should Creditor prevail in punitive lawsuit against Debtor.

### CONCLUSION

Creditor Keith Martin Mack, being a party of interest, request his Creditor's claim in the amount of $103,729.00 be accepted, or that an Order from the trustee be made to examine the acts and conduct of the debtor to determine whether a ground for denial of Creditor Keith Martin Mack discharge exists.

/////////

////////

Dated: August 17, 2009

Respectfully submitted,

Keith M. Mack, Pro-Per

# ATTACHMENT #A

Creditor's lawsuit in the SUPERIOR COURT OF THE STATE OF ARIZONA IN
AND FOR THE COUNTY OF MARICOPA on March 18, 2008,
CASE NUMBER: CV2008-070196

In The Superior Court of the State Of Arizona
In and For the County Of Maricopa

# CIVIL COVER SHEET

MAR 1 8 2008

| Plaintiff's Name (List additional Plaintiffs on page 2) | Plaintiff's Attorney (Name and Bar Number) |
|---|---|
| KEITH MARTIN MACK, Pro-Per | |

| Plaintiff's Address | |
|---|---|
| 2949 LOS ROBLES RD. THOUSAND OAKS, CA 91362-3320 | CV2008-070196 |

Defendant's Name (List additional Defendant's on page 2)

WAREHOUSE 86, LLC; dba BARGANLAND; dba BAR-GAINLAND LIQUIDATION DEPOT-Ebay; & DOES 1-25

EMERGENCY ORDER SOUGHT: ☐ TRO   ☐ Provisional Remedy   ☐ OSC   ☐ Other (Specify)_____

REASON FEES NOT PAID:   ☐ Government Charge   ☐ Deferred

**DIRECTIONS:** You must **complete both Section I and Section II** below. Section II continues on the 2nd page.

## SECTION I. COMPLEXITY

Place an "X" in the box of **no less than one** of the following:

This case:
- ☐ Involves Antitrust/Trade Regulation
- ☐ Involves Construction Defect w/many parties or structures
- ☐ Involves Mass Tort
- ☐ Involves Securities Litigation w/many parties
- ☐ Involves Environmental/Toxic Tort w/many parties
- ☐ Involves Class Action Claim(s)
- ☐ Involves Insurance Coverage Claims arising from the above-listed case types
- ☐ Is a Complex Civil Case as defined by Rule 8(i), ARCP
- ☒ Does not involve any of the above

## SECTION II. NATURE OF ACTION

Place an "X" in the box next to the number that describes the nature of the case. Please check **ONE** nature of action **ONLY.**

**100 TORT MOTOR VEHICLE**
- ☐ 101 Non Death Injury
- ☐ 102 Property Damage
- ☐ 103 Death

**110 TORT NON-MOTOR VEHICLE**
- ☐ 111 Negligence
- ☐ 112 Products Liability
- ☐ 113 Intentional
- ☐ 114 Property Damage
- ☐ 115 Legal
- ☐ 116 Other (Specify)_____

**120 MEDICAL MALPRACTICE**
- ☐ 121 Physician - M.D.
- ☐ 122 Physician - D.O.
- ☐ 123 Hospital
- ☐ 124 Other (Specify)_____

**130 CONTRACTS**
- ☐ 131 Account (Open or Stated)
- ☐ 132 Promissory Note
- ☐ 133 Foreclosure
- ☒ 134 Other (Specify)_Breach_____
- ☐ 135 Real Property Excess Proceeds
- 136-137 Construction Defects (Residential/Commercial) **(select one)**
  - ☐ 136 One to Nineteen Structures
  - ☐ 137 Twenty or More Structures

© Superior Court of Arizona
November 29, 2007
ALL RIGHTS RESERVED

CV10f
Use most current version