**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO.    08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| _____ | ) | |

**JOINT MOTION OF WAREHOUSE 86, LLC AND SCK, INC. F/K/A S. C. KIOSKS, INC. FOR AUTHORITY TO DEPOSIT INSURANCE PROCEEDS INTO THE REGISTRY OF THE COURT IN CONTEMPLATION OF THE FILING OF A COMPLAINT FOR DECLARATORY JUDGMENT**

Warehouse 86, LLC, the Debtor and Debtor-in-Possession herein ("Debtor"), and SCK, Inc. f/k/a S. C. Kiosks, Inc. ("SCK") (collectively, the "Movants"), file this *Joint Motion for Authority to Deposit Insurance Proceeds into the Registry of the Court in Contemplation of the Filing of a Complaint for Declaratory Judgment* (the "Joint Motion"). In support of the Joint Motion, the Movants present to the Court the following:

1. On November 4, 2008, the Debtor filed its Voluntary Petition under Chapter 11 of the Title 11 United States Code.

2. Warehouse 86 was the owner of and the named insured in that certain commercial property insurance policy numbered 3A2-22-78-08, issued by Employers Mutual Casualty Company ("EMC") with effective dates from April 15, 2007 to April 15, 2008 (the "Policy"). SCK was named as a loss payee under the Policy.

3. On or about February 5, 2008, the Debtor's corporate offices and its primary warehouse and distribution center at its Southaven, Mississippi location (the "Location") and

personal property located therein were damaged by a tornado. On or about February 11, 2008, the Location and personal property located therein were damaged by a fire.

4. The Movants received the following checks from EMC Insurance Companies made payable jointly to Debtor and to SC Kiosks, Inc., each of which has been endorsed by both parties or its agent:

| Date | Payees | Check Number | Amount |
|---|---|---|---|
| 07/23/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03305822 | $1,060,000.00 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306059 | $979,882.35 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306060 | $50,000.00 |
|  |  | Total | $2,089,882.35 |

5. The total amount of the checks listed above is $2,089,882.35 (the "Insurance Proceeds").

6. The Debtor anticipates filing within a short period of time a motion for authority to compromise and settle the claims against EMC under the Policy for the amount of the Insurance Proceeds (the "Motion to Compromise").

7. A dispute exists between the Debtor and SCK as to the right of each party to the Insurance Proceeds.

8. The Debtor and/or SCK anticipate filing a Complaint for Declaratory Judgment to ask the Court to determine the rights of each party to the Insurance Proceeds (the "Declaratory Judgment Action").

9. In the meantime, the Debtor and SCK have agreed to deposit the funds from the checks representing the Insurance Proceeds into the registry of the Court pending the resolution of the Motion to Compromise and the Declaratory Judgment Action, and further that the funds

-3-

shall remain in the registry of the Court until entry of a final order regarding the disbursement of the Insurance Proceeds, and any accrued interest (net of expenses).

10. By the deposit of these funds into the registry of the Court, the Movants reserve all rights, claims, remedies, interests, defenses and objections.

WHEREFORE, the Movants request that the Court authorize the deposit of the checks described in paragraph 4 above into the registry of the Court until entry of a final order regarding the disbursement of the Insurance Proceeds and any accrued interest (net of expenses). The Movants further pray for such other general or other special relief to which, in equity, it might be entitled.

Dated: August 25, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC and
SCK, INC. F/K/A S. C. KIOSKS, INC.

By: *s/Stephen W. Rosenblatt*
    STEPHEN W. ROSENBLATT (MB # 5676)
    JAMES B. GALLOWAY (MB # 4382)
    PAUL M. ELLIS (MB # 102259
    Attorneys for WAREHOUSE 86, LLC


By: /s/ Marcus M. Wilson
    MARCUS M. WILSON (MB # 7308)
    BENNETT LOTTERHOS SULSER
    & WILSON, P.A.
    Attorneys for SCK, INC. f/k/a/ S.C. KIOSKS, INC.

CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, either via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Marcus M. Wilson, Esq.
Bennett Lotterhos Sulser & Wilson, P.A.
One Jackson Place, Suite 1400
188 East Capitol Street
Jackson, MS 39205-0098
mwilson@blswlaw.com

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 25th day of August, 2009.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt

Jackson 4309206v1