UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

N RE:

WAREHOUSE 86, LLC

CASE NO. 08-03423ee

### ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) DISCLOSURE STATEMENT HEARING (DKT.#153), (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE STATEMENT FILED BY KEITH MACK (DKT.#178), (4) RESPONSE TO RADIOSHACK'S OBJECTION FILED BY THE DEBTOR, (5) RESPONSE TO MACK'S RESPONSE TO DISCLOSURE STATEMENT FILED BY THE DEBTOR, (6) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (7) RESPONSE THERETO FILED BY THE DEBTOR- DKT.#101 and the Court having considered the facts herein, finds that the hearing on AUGUST 25, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DISCLOSURE STATEMENT HEARING (DKT.#153), (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE STATEMENT FILED BY KEITH MARTIN MACK (DKT.#178), (4) RESPONSE TO RADIOSHACK'S OBJECTION FILED BY THE DEBTOR, (5) RESPONSE TO MACK'S RESPONSE TO DISCLOSOURE STATEMENT FILED BY THE DEBTOR, (6) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (7) RESPONSE THERETO FILED BY THE DEBTOR- DKT.#101 is hereby continued and reset for **TUESDAY, OCTOBER 6, 2009, at 1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 26th day of August, 2009.

EDWARD ELLINGTON
U.S. BANKRUPTCY JUDGE