UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

N RE:

WAREHOUSE 86, LLC

CASE NO. 08-03423ee

### ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) DISCLOSURE STATEMENT HEARING (DKT.#153), (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE STATEMENT FILED BY KEITH MACK (DKT.#178), (4) RESPONSE TO RADIOSHACK'S OBJECTION FILED BY THE DEBTOR, (5) RESPONSE TO MACK'S RESPONSE TO DISCLOSURE STATEMENT FILED BY THE DEBTOR, (6) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (7) RESPONSE THERETO FILED BY THE DEBTOR- DKT.#101 and the Court having considered the facts herein, finds that the hearing on AUGUST 25, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DISCLOSURE STATEMENT HEARING (DKT.#153), (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE STATEMENT FILED BY KEITH MARTIN MACK (DKT.#178), (4) RESPONSE TO RADIOSHACK'S OBJECTION FILED BY THE DEBTOR, (5) RESPONSE TO MACK'S RESPONSE TO DISCLOSOURE STATEMENT FILED BY THE DEBTOR, (6) MOTION OF SC KIOSKS, INC. AND RADIOSHACK CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY (DKT.#93) AND (7) RESPONSE THERETO FILED BY THE DEBTOR- DKT.#101 is hereby continued and reset for **TUESDAY, OCTOBER 6, 2009, at 1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 26th day of August, 2009.

EDWARD ELLINGTON
U. S. BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: rgreer              Page 1 of 1          Date Rcvd: Aug 26, 2009
Case: 08-03423                Form ID: pdf012           Total Noticed: 2

The following entities were noticed by first class mail on Aug 28, 2009.
dbpos        +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
cr            Keith Martin Mack,   2949 Los Robles Rd,   Thousand Oaks, CA  91362-3320

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2009**                         **Signature:**         _Joseph Speetjens_