IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO.** | **08-03423-EE** |
| | ) | **Chapter 11** | |
| **Debtor** | ) | | |
| _____ | ) | | |

**ORDER APPROVING JOINT MOTION OF WAREHOUSE 86, LLC
AND SCK, INC. F/K/A S. C. KIOSKS, INC. FOR AUTHORITY TO DEPOSIT
INSURANCE PROCEEDS INTO THE REGISTRY OF THE COURT IN
CONTEMPLATION OF THE FILING OF A
<u>COMPLAINT FOR DECLARATORY JUDGMENT</u>
[Dkt. # 181]**

This matter came on for hearing on the *Joint Motion for Authority to Deposit Insurance Proceeds into the Registry of the Court in Contemplation of the Filing of a Complaint for Declaratory Judgment* (Dkt. # 181) (the "<u>Joint Motion</u>"). The Court considered the Joint Motion and finds and orders as follows:

1. On November 4, 2008, the Debtor filed its Voluntary Petition under Chapter 11 of the Title 11 United States Code.

2. Warehouse 86 was the owner of and the named insured in that certain commercial property insurance policy numbered 3A2-22-78-08, issued by Employers Mutual Casualty Company ("<u>EMC</u>") with effective dates from April 15, 2007 to April 15, 2008 (the "<u>Policy</u>"). SCK was named as a loss payee under the Policy.

3. On or about February 5, 2008, the Debtor's corporate offices and its primary warehouse and distribution center at its Southaven, Mississippi location (the "<u>Location</u>") and personal property located therein were damaged by a tornado. On or about February 11, 2008, the Location and personal property located therein were damaged by a fire.

4. The Movants received the following checks from EMC payable jointly to Debtor and to SC Kiosks, Inc., each of which checks has been endorsed by the payee or its agent:

| Date | Payees | Check Number | Amount |
|---|---|---|---|
| 07/23/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03305822 | $1,060,000.00 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306059 | $979,882.35 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306060 | $50,000.00 |
| | | Total | $2,089,882.35 |

5. The total amount of the checks listed above is $2,089,882.35 (the "Insurance Proceeds").

6. The Debtor anticipates filing within a short period of time a motion for authority to compromise and settle the claims against EMC under the Policy for the amount of the Insurance Proceeds (the "Motion to Compromise").

7. A dispute exists between the Debtor and SCK as to the right of each party to the Insurance Proceeds.

8. The Debtor and/or SCK anticipate filing a Complaint for Declaratory Judgment to ask the Court to determine the rights of each party to the Insurance Proceeds (the "Declaratory Judgment Action").

9. In the meantime, the Debtor and SCK have agreed to deposit the funds from the checks representing the Insurance Proceeds into the registry of the Court pending the resolution of the Motion to Compromise and the Declaratory Judgment Action, and further that the funds shall remain in the registry of the Court until entry of a final order regarding the disbursement of the Insurance Proceeds, and any accrued interest (net of expenses).

10. By the deposit of these funds into the registry of the Court, the Movants reserve all rights, claims, remedies, interests, defenses and objections.

IT IS, THEREFORE, ORDERED, that the Movants are hereby authorized to deposit the checks described in paragraph 4 above into the registry of the Court, and such funds shall remain in the registry of the Court until entry of a final order regarding the disbursement of the Insurance Proceeds and any accrued interest (net of expenses).

SO ORDERED

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: August 26, 2009

SUBMITTED BY:

STEPHEN W. ROSENBLATT (MB # 5676)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, Regions Plaza (39201)
Post Office Box 22567
Jackson, MS 39225-2567
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
Attorney for Debtor

Jackson 4309252v1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 1           Date Rcvd: Aug 26, 2009
Case: 08-03423                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Aug 28, 2009.
dbpos        +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 28, 2009**               **Signature:**   _Joseph Speetjens_