WED-68805 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

RETURNED TO SENDER

011949 11949 1 AT 0... 84403 2 3 6278-0-11949

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 0 4 2009
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

CH Enterp...
4305 Ha... #6-323
Ogde... 84403-3306

**FIRST-CLASS MAIL**

NIXIE    041  DC 1     00  09/01/09
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 39225244848    *2389-04043-01-39

39225@2448