## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**WAREHOUSE 86, LLC**

CASE NO. 08-03423ee

## **ORDER RESETTING**

 **THIS CAUSE** having come on this date on the (1) DISCLOSURE STATEMENT - DKT.#153, (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE BY KEITH MARTIN MACK, PRO-PER (DKT.#178), (4) RESPONSE FILED BY THE DEBTOR-IN-POSSESSION TO OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#179) (5) RESPONSE FILED BY THE DEBTOR TO OBJECTION TO DISCLOSURE FILED BY KEITH MARTIN MACK (DKT.#180), (60) MOTION FOR RELIEF FROM STAY FILED BY RADIOSHACK (DKT.#93) AND (7) RESPONSE TO STAY FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) and the Court having considered the facts herein, finds that the hearing on OCTOBER 6, 2009, should be continued and reset.

 **IT IS THEREFORE ORDERED** that the hearing on the (1) DISCLOSURE STATEMENT - DKT.#153, (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION BY KEITH MARTIN MACK, PRO-PER (DKT.#178), (4) RESPONSE FILED BY THE DEBTOR-IN-POSSESSION TO OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#179) (5) RESPONSE FILED BY THE DEBTOR TO OBJECTION TO DISCLOSURE FILED BY KEITH MARTIN MACK (DKT.#180), (60) MOTION FOR RELIEF FROM STAY FILED BY RADIOSHACK (DKT.#93) AND (7) RESPONSE TO STAY FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) is hereby continued and reset for **TUESDAY, DECEMBER 1, 2009,** at **1:30 O'CLOCK P.M.**

 **IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. Section 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

 **SO ORDERED** this the 7 day of October, 2009.

_____
**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**