**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**CASE NO. 08-03423ee**

**WAREHOUSE 86, LLC**

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) DISCLOSURE STATEMENT - DKT.#153, (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION TO DISCLOSURE BY KEITH MARTIN MACK, PRO-PER (DKT.#178), (4) RESPONSE FILED BY THE DEBTOR-IN-POSSESSION TO OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#179) (5) RESPONSE FILED BY THE DEBTOR TO OBJECTION TO DISCLOSURE FILED BY KEITH MARTIN MACK (DKT.#180), (60) MOTION FOR RELIEF FROM STAY FILED BY RADIOSHACK (DKT.#93) AND (7) RESPONSE TO STAY FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) and the Court having considered the facts herein, finds that the hearing on OCTOBER 6, 2009, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DISCLOSURE STATEMENT - DKT.#153, (2) OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#177), (3) OBJECTION BY KEITH MARTIN MACK, PRO-PER (DKT.#178), (4) RESPONSE FILED BY THE DEBTOR-IN-POSSESSION TO OBJECTION TO DISCLOSURE FILED BY RADIOSHACK (DKT.#179) (5) RESPONSE FILED BY THE DEBTOR TO OBJECTION TO DISCLOSURE FILED BY KEITH MARTIN MACK (DKT.#180), (60) MOTION FOR RELIEF FROM STAY FILED BY RADIOSHACK (DKT.#93) AND (7) RESPONSE TO STAY FILED BY THE DEBTOR-IN-POSSESSION (DKT.#101) is hereby continued and reset for **TUESDAY, DECEMBER 1, 2009,** at **1:30 O'CLOCK P.M.**

**IT IS FURTHER ORDERED** that any stay provided by 11 U.S.C. Section 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

**SO ORDERED** this the 7 day of October, 2009.

*Edward Ellington*

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: rgreer              Page 1 of 1           Date Rcvd: Oct 07, 2009
Case: 08-03423                 Form ID: pdf012           Total Noticed: 2

The following entities were noticed by first class mail on Oct 09, 2009.
dbpos       +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
cr           Keith Martin Mack,    2949 Los Robles Rd,   Thousand Oaks, CA  91362-3320

The following entities were noticed by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2009**                           **Signature:**   _Joseph Speetjens_