IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                        )
                                              )
    WAREHOUSE 86, LLC                         )    CASE NO. 08-03423-EE
                                              )    Chapter 11
              Debtor                          )
                                              )
_____ )

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on November 24, 2009, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the following pleadings to all persons and entities listed on the Matrix, attached hereto as Exhibit "C":

1. Notice of Second Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #200), attached hereto as Exhibit "A"; and

2. Notice of Second Application of Haddox, Reid, Burkes & Calhoun, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #201), attached hereto as Exhibit "B."

This, the 25th day of November, 2009.

                                    Respectfully submitted,

                                    WAREHOUSE 86, LLC

                                    By: _s/ Stephen W. Rosenblatt_
                                    Stephen W. Rosenblatt (MS BAR NO. 5676)
                                    John A. Crawford, Jr. (MS BAR NO. 10346)
                                    Paul M. Ellis (MS BAR NO. 102259)

                                    ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 4620030v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re: )
)
**WAREHOUSE 86, LLC** ) CASE NO. 08-03423-EE
) Chapter 11
**Debtor** )
_____ )

NOTICE OF SECOND APPLICATION OF
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #198]

TO: ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that the Debtor has filed its Second Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from July 1, 2009, to and including October 31, 2009, for the allowance of compensation of $30,237.00 ($30,292.00 less $55.00 for a paralegal rate holdback reserve) and reimbursement of actual and necessary costs and expenses incurred by Butler Snow during the of $5,915.34, for a total amount requested by Butler Snow of $36,152.34.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty (20) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.


EXHIBIT "A"

THIS the 24th day of November, 2009.

Respectfully submitted,

WAREHOUSE 86, LLC

By: _s/Stephen W. Rosenblatt_
Stephen W. Rosenblatt
One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

THIS, the 24th day of November, 2009.

_s/ Stephen W. Rosenblatt_
Stephen W. Rosenblatt

Jackson 4618548v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

NOTICE OF SECOND APPLICATION OF
HADDOX, REID, BURKES & CALHOUN, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #199]

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that the Debtor has filed the Second Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Haddox Reid Burkes & Calhoun PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from July 1, 2009, to and including October 31, 2009, and is for the total amount of $16,457.90, of which $16,247.75 is for fees for services rendered and $210.15 is for expenses incurred.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty (20) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.



EXHIBIT "B"

THIS the 24th day of November, 2009.

                                        Respectfully submitted,

                                        WAREHOUSE 86, LLC

                                        By: *s/Stephen W. Rosenblatt*
                                               Stephen W. Rosenblatt
                                               One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

      I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

      Ronald McAlpin, Esq.
      Office of the United States Trustee
      Suite 706, A. H. McCoy Federal Building
      100 West Capitol Street
      Jackson, MS 39269

THIS, the 24th day of November, 2009.

                                        *s/ Stephen W. Rosenblatt*
                                          Stephen W. Rosenblatt

Jackson 4618562v1

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Tue Nov 24 11:58:24 CST 2009

Fifth Third Bank
King & Spencer
Post Office Box 123
Jackson, MS 39205-0123

Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828

Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121-5952

Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123

Receivable Management Services
c/o Phyllis A. Hayes
307 International Circle, Ste 270
Hunt Valley, MD 21030-1322

Tennessee Dept of Revenue
c/o TN Attorney General Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-4015

Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236-6692

U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York NY 10270-0002

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308

Allied Waste Serv #493
48 Landfill Rd
Leland MS 38756-9721

Allied Waste Serv #837
48 Landfill Rd.
Leland MS 38756-9721

Allied Waste Serv #868
48 Landfill Rd.
Leland MS 38756-9721

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Intematl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402

Amerigas
545 W 12 Street
Ogden, LTT 84404-5401

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

(c)AUDIOVOX SPEC. APPLIC.
2602 MARINA DR
ELKHART IN 46514-8642

Baja Motorsports, LLC
4602 E Hammond Lane
Phoenix AZ 85034-6411

EXHIBIT "C"

Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703-2436

CH Enterprises
4829 S. Ridgeline Drive
Ogden, UT 84405-6004

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ  85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035

FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546-6253

| | | |
|---|---|---|
| First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 |
| HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON KIA1A8<br>Canada |
| Isaac Amavizca<br>3622 W. Oregon Avenue<br>Phoenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 |
| Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 |
| Louis E. Sagar<br>598 Broadway<br>New York, NY 10012-3206 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 |
| Marcus M. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, MS  39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 |
| Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 |

| | | |
|---|---|---|
| Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Dr.<br>Phoenix AZ 85031-2330 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS 39225-3050 |
| Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 |
| Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 |
| Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 |
| Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 |
| Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1964 |
| RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 |
| S & B Packaging Inc<br>d/b/a Caboodles<br>6934-A Interstate Blvd<br>Horn Lake MS 38637-1445 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1964 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 |
| SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN 38173-0743 |

| | | |
|---|---|---|
| Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 |
| Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 |
| Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN 37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 |
| The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 |
| Transport Express, Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 |
| U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 |
| Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 |

Weber County Assessor
P O Box 9700
Ogden, UT 84409-0700

Weber County Treasurer
2380 Washington Blvd
Ogden UT 84401-1475

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, EL 60606-6405

Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

John A. Crawford Jr
Butler, Snow, O'mara,Stevens & Cana
P. O. Drawer 22567
Jackson, MS 39225-2567

Paul Calhoun
Haddox Reid Burkes & Calhoun, PLLC
210 E Capitol Street
Suite 1100
Jackson, MS 39201-2380

R. Michael Bolen
100 W. Capitol St.
Suite 706
Jackson, MS 39269-1607

Stephen W. Rosenblatt
Butler Snow O'Mara Stevens &Cannada
Post Office Box 22567
Jackson, MS 39225-2567

Stuart M. Irby
c/o Richard Montague
P.O. Box 1970
Jackson, MS 39215-1970


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS
100 W Capitol St., Ste 504
Jackson MS 39269-0599

MS State Tax Commission
Bankruptcy Section
P O Box 23338
Jackson MS 39225-3338

(d)Mississippi State Tax Commission
P O Box 1033
Jackson, MS  39215-1033

(d)Mississippi State Tax Commission
c/o Heather S Deaton
P O Box 22828
Jackson MS 39225

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)RadioShack Corporation and SCK, Inc. f/k/a

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

| | | |
|---|---|---|
| (d)Tennessee Dept of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-4015 | (d)Keith Martin Mack<br>2949 Los Robles Rd<br>Thousand Oaks, CA 91362-3320 | End of Label Matrix<br>Mailable recipients 158<br>Bypassed recipients 5<br>Total 163 |