NO. H03305822

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305822<br>07/23/09<br>JJ |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.  $1,060,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR: Business Income loss-$50,000, $1,000,000 policy limit on business personal property and $10,000 debris removal

SENT TO:
00009
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM: HF80-Z00479887   Loss 02/11/08
POLICY: 3A22278   from 04/15/07 to 04/15/08
AGENT: AH-9333   MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC   W86 Proper
APPROVED: CHUCK-H

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE—HOLD AT ANGLE TO VIEW

EMC Insurance Companies
Employers Mutual Casualty Company · Dakota Fire Insurance Company
EMCASCO Insurance Company · Hamilton Mutual Insurance Company
EMC Property & Casualty Company · Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

NO. H03305822
UMB Bank, NA
St Joseph, MO 64507
VOID IF NOT CASHED WITHIN SIX MONTHS

ISSUED AT: PO BOX 6011
RIDGELAND MS 39158-6011
ISSUED: H03305822 07/23/09 JJ

PAY TO: Warehouse 86 LLC and SC Kiosks, Inc.   $1,060,000.00

THE SUM: ONE MILLION SIXTY THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR: Business Income loss-$50,000, $1,000,000 policy limit on business personal property and $10,000 debris removal

CLAIM: HF80-Z00479887   Loss 02/11/08
POLICY: 3A22278   from 04/15/07 to 04/15/08
AGENT: AH-9333   MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC   W86 Proper
APPROVED: CHUCK-H

AUTHORIZED SIGNATURE

⑈033058 22⑈  ⑆101219017⑆  ⑈500800836⑈

EXHIBIT "B"

NO. H 03306059

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03306059<br>08/12/09<br>CM |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.   $**979,882.35

(NON-NEGOTIABLE)

PAYMENT FOR: Any and all claims for business personal property

SENT TO:
00007
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM: HF80-Z00478316    Loss 02/05/08
POLICY: 3A22278    from 04/15/07 to 04/15/08
AGENT: AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC    W86 Proper
APPROVED: CHARLES-B

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

EMC Insurance Companies
Employers Mutual Casualty Company · Dakota Fire Insurance Company
EMCASCO Insurance Company · Hamilton Mutual Insurance Company
EMC Property & Casualty Company · Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

86-1901/1012    NO. H 03306059
UMB Bank, NA
St. Joseph, MO 64507
VOID IF NOT CASHED WITHIN SIX MONTHS

ISSUED AT: PO BOX 6011
RIDGELAND MS 39158-6011
ISSUED: H03306059  08/12/09  CM

PAY TO: Warehouse 86 LLC and SC Kiosks, Inc.    $ **979,882.35

THE SUM: NINE HUNDRED SEVENTY NINE THOUSAND EIGHT HUNDRED EIGHTY TWO DOLLARS AND 35 CENTS

PAYMENT FOR: Any and all claims for business personal property

CLAIM: HF80-Z00478316    Loss 02/05/08
POLICY: 3A22278    from 04/15/07 to 04/15/08
AGENT: AH-9333    MARCHETTI ROBERTSON & BRICKELL
INSURED: Warehouse 86 LLC    W86 Proper
APPROVED: CHARLES-B

Charles Buck
AUTHORIZED SIGNATURE

⑈03306059⑈ ⑆101219017⑆ ⑈500800836⑈

NO. H 03306060

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03306060<br>08/12/09<br>CM |

PAYEE   Warehouse 86 LLC  and SC Kiosks, Inc.                              $***50,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR   Any and All claims pertaining to business interruption

SENT TO
00008
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM       HF80-Z00478316           Loss 02/05/08
POLICY      3A22278    from 04/15/07  to 04/15/08
AGENT       AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED     Warehouse 86 LLC              W86 Proper
APPROVED    CYNTHIA-M

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE — HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company · Dakota Fire Insurance Company
EMCASCO Insurance Company · Hamilton Mutual Insurance Company
EMC Property & Casualty Company · Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

36-1901/1012                    NO. H 03306060

UMB Bank, NA
St. Joseph, MO 64507

VOID IF NOT CASHED
WITHIN SIX MONTHS

ISSUED AT   PO BOX 6011                  ISSUED   H03306060
            RIDGELAND MS 39158-6011               08/12/09
                                                  CM

PAY TO   Warehouse 86 LLC  and SC Kiosks, Inc.         $   ***50,000.00

THE SUM   FIFTY THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR   Any and All claims pertaining to business interruption

CLAIM      HF80-Z00478316          Loss 02/05/08
POLICY     3A22278    from 04/15/07  to 04/15/08
AGENT      AH-9333    MARCHETTI ROBERTSON & BRICKELL
INSURED    Warehouse 86 LLC              W86 Proper
APPROVED   CYNTHIA-M

*Cindy Macdonald*
AUTHORIZED SIGNATURE

⑆03306060⑆  ⑈101219017⑈  ⑆500800836⑆

NO. H03305808

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011 RIDGELAND MS 39158-6011 | ISSUED | H03305808 07/22/09 JJ |

PAYEE: Warehouse 86 LLC $***10,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR: Property of others

SENT TO:
00013
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM: HF80-Z00479887 Loss 02/11/08
POLICY: 3A22278 from 04/15/07 to 04/15/08
AGENT: AH-9333 MARCHETTI ROBERTSON & BRICKE
INSURED: Warehouse 86 LLC W86 Proper
APPROVED: JIM-J

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company  Dakota Fire Insurance Company
EMCASCO Insurance Company  Hamilton Mutual Insurance Company
EMC Property & Casualty Company  Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

86-1901/1012

NO. H03305808

UMB Bank, NA
St. Joseph, MO 64507

VOID IF NOT CASHED WITHIN SIX MONTHS

ISSUED AT: PO BOX 6011 RIDGELAND MS 39158-6011
ISSUED: H03305808 07/22/09 JJ

PAY TO: Warehouse 86 LLC $ ***10,000.00

THE SUM: TEN THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR: Property of others

CLAIM: HF80-Z00479887 Loss 02/11/08
POLICY: 3A22278 from 04/15/07 to 04/15/08
AGENT: AH-9333 MARCHETTI ROBERTSON & BRICKELL
INSURED: Warehouse 86 LLC W86 Proper
APPROVED: JIM-J

AUTHORIZED SIGNATURE

⑈03305808⑈ ⑆101219017⑆ ⑈500800836⑈