Case 08-03423-ee   Doc 206-2   Filed 12/02/09   Entered 12/02/09 18:13:10   Desc
Exhibit B    Page 1 of 4

**EMC Insurance Companies**

No. H03305822

| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305822<br>07/23/09<br>JJ |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.   $1,060,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR: Business Income loss-$50,000, $1,000,000 policy limit on business personal property and $10,000 debris removal

SENT TO:
00009
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM    HF80-Z00479887    Loss 02/11/08
POLICY   3A22278    from 04/15/07 to 04/15/08
AGENT    AH-9393    MARCHETTI ROBERTSON & BRICKE
INSURED  Warehouse 86 LLC    W86 Proper
APPROVED CHUCK-H

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

[Check image — duplicate of above information]

⑈03305822⑈  ⑆101219017⑆  ⑈500800836⑈



EXHIBIT "B"

NO. H03306059

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011 RIDGELAND MS 39158-6011 | ISSUED | H03306059 08/12/09 CM |

PAYEE: Warehouse 86 LLC and SC Kiosks, Inc.       $**979,882.35

(NON-NEGOTIABLE)

PAYMENT FOR: Any and all claims for business personal property

SENT TO:
00007
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM     HF80-Z00478316           Loss 02/05/08
POLICY    3A22278     from 04/15/07 to 04/15/08
AGENT     AH-9333     MARCHETTI ROBERTSON & BRICKE
INSURED   Warehouse 86 LLC              W86 Proper
APPROVED  CHARLES-B

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company · Dakota Fire Insurance Company
EMCASCO Insurance Company · Hamilton Mutual Insurance Company
EMC Property & Casualty Company · Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

36-1901/1012

NO. H03306059
UMB Bank, NA
St. Joseph, MO 64507
VOID IF NOT CASHED WITHIN SIX MONTHS

ISSUED AT: PO BOX 6011 RIDGELAND MS 39158-6011
ISSUED: H03306059  08/12/09  CM

PAY TO: Warehouse 86 LLC and SC Kiosks, Inc.       $ **979,882.35

THE SUM: NINE HUNDRED SEVENTY NINE THOUSAND EIGHT HUNDRED EIGHTY TWO DOLLARS AND 35 CENTS

PAYMENT FOR: Any and all claims for business personal property

*Charles Brick*
AUTHORIZED SIGNATURE

CLAIM     HF80-Z00478316           Loss 02/05/08
POLICY    3A22278     from 04/15/07 to 04/15/08
AGENT     AH-9333     MARCHETTI ROBERTSON & BRICKELL
INSURED   Warehouse 86 LLC              W86 Proper
APPROVED  CHARLES-B

⑆03306059⑆ ⑈101219017⑈ ⑆500800836⑆

NO. H03306060

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03306060<br>08/12/09<br>CM |

PAYEE   Warehouse 86 LLC  and SC Kiosks, Inc.                $***50,000.00

(NON-NEGOTIABLE)

PAYMENT FOR   Any and All claims pertaining to business interruption

SENT TO:
00008
BUTLER SNOW
PO BOX 22567
STEVE ROSENBLATT
JACKSON MS 39225-2567

CLAIM    HF80-Z00478316         Loss 02/05/08
POLICY   3A22278    from 04/15/07 to 04/15/08
AGENT    AH-9333    MARCHETTI ROBERTSON & BRICKE
INSURED  Warehouse 86 LLC           W86 Proper
APPROVED CYNTHIA-M

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company, Dakota Fire Insurance Company,
EMCASCO Insurance Company, Hamilton Mutual Insurance Company,
EMC Property & Casualty Company, Illinois EMCASCO Insurance Company,
Union Insurance Company of Providence

NO. H03306060
UMB Bank, NA
St. Joseph, MO 64507
VOID IF NOT CASHED
WITHIN SIX MONTHS

ISSUED AT  PO BOX 6011
RIDGELAND MS 39158-6011      ISSUED  H03306060  08/12/09  CM

PAY TO:  Warehouse 86 LLC  and SC Kiosks, Inc.        $ ***50,000.00

THE SUM  FIFTY THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR  Any and All claims pertaining to business interruption

CLAIM    HF80-Z00478316         Loss 02/05/08
POLICY   3A22278    from 04/15/07 to 04/15/08
AGENT    AH-9333    MARCHETTI ROBERTSON & BRICKELL
INSURED  Warehouse 86 LLC           W86 Proper
APPROVED CYNTHIA-M

*Cindy McDonald*
AUTHORIZED SIGNATURE

⑆03306060⑆  ⑆101219017⑆  ⑆500800836⑆

NO. H03305808

**EMC Insurance Companies**

| | | | |
|---|---|---|---|
| ISSUED AT | PO BOX 6011<br>RIDGELAND MS 39158-6011 | ISSUED | H03305808<br>07/22/09<br>JJ |

PAYEE    Warehouse 86 LLC                                     $******10,000.00

**(NON-NEGOTIABLE)**

PAYMENT FOR    Property of others

SENT TO    DD013
BUTLER SNOW
ATTN STEVE ROSENBLATT
PO BOX 22567
JACKSON MS 39225-2567

CLAIM     HF80-Z00479887              Loss 02/11/08
POLICY    3A22278      from 04/15/07  to 04/15/08
AGENT     AH-9333      MARCHETTI ROBERTSON & BRICKE
INSURED   Warehouse 86 LLC                  W86 Proper
APPROVED  JIM-J

PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

---

ORIGINAL DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT ANGLE TO VIEW

**EMC Insurance Companies**
Employers Mutual Casualty Company • Dakota Fire Insurance Company
EMCASCO Insurance Company • Hamilton Mutual Insurance Company
EMC Property & Casualty Company • Illinois EMCASCO Insurance Company
Union Insurance Company of Providence

86-1901/1012                NO. H03305808
                            UMB Bank, NA
                            St. Joseph, MO 64507

ISSUED AT    PO BOX 6011
             RIDGELAND MS 39158-6011

ISSUED       H03305808
             07/22/09
             JJ

VOID IF NOT CASHED
WITHIN SIX MONTHS

PAY TO       Warehouse 86 LLC                            $   ****10,000.00

THE SUM      TEN THOUSAND DOLLARS AND 00 CENTS

PAYMENT FOR  Property of others

CLAIM        HF80-Z00479887              Loss 02/11/08
POLICY       3A22278      from 04/15/07  to 04/15/08
AGENT        AH-9333      MARCHETTI ROBERTSON & BRICKE
INSURED      Warehouse 86 LLC                  W86 Proper
APPROVED     JIM-J

AUTHORIZED SIGNATURE

⑆03305808⑆ ⑈101219017⑈ ⑆500800836⑆