**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

**ORDER HOLDING MATTERS IN ABEYANCE**
[Dkt. # 93; 101; 153; 177; 178; 179; 180; 191]

This matter came on for consideration before the Court at the pretrial and status conference on the following matters: Approval of Disclosure Statement (Dkt. # 153); Objection to Disclosure Statement filed by RadioShack (Dkt # 177); Response to RadioShack Objection filed by the Debtor (Dkt # 179); Objections to Disclosure Statement filed by Keith Martin Mack (Dkt. ## 178,191); Response to Mack Objection filed by Debtor (Dkt. # 180); Motion for Relief from Stay filed by RadioShack (Dkt # 93); Response to Motion to Lift by RadioShack filed by the Debtor (Dkt. # 101) (collectively, the "Bankruptcy Contested Matters").

In light of the Complaint for Declaratory Judgment filed on November 2, 2009, by SCK and RadioShack Corporation against Warehouse 86, LLC in this Bankruptcy Case, Adversary Proceeding No. 09-00139 [Dkt. # 197] to determine the rights to certain insurance proceeds, and the Answer and Defenses of Warehouse 86, LLC filed on December 1, 2009 (Dkt. # 205) (collectively, the "Declaratory Judgment Action"), the Court finds that it is in the interest of judicial economy and in the interest of justice to hold the Bankruptcy Contested Matters in abeyance pending the resolution of the Declaratory Judgment Action or until further Order of the Court or upon request of any party.

SO ORDERED

Edward Ellington
United States Bankruptcy Judge
Dated: December 4, 2009

SUBMITTED BY:

STEPHEN W. ROSENBLATT (MB 5676)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

Jackson 4633829v1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer               Page 1 of 1                Date Rcvd: Dec 04, 2009
Case: 08-03423                Form ID: pdf012             Total Noticed: 1

The following entities were noticed by first class mail on Dec 06, 2009.
 dbpos        +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 06, 2009**               Signature:   _Joseph Speetjens_