| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK**<br>(601) 965−5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>JACKSON, MISSISSIPPI 39225−2448 | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS**:<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Warehouse 86, LLC, Debtor−in−Possession

Stephen Rosenblatt, Esq.

Ronald McAlpin, Esq.

Marcus Wilson, Esq.

Teresa M. Shipe

Edwin Christensen, Esq.

Bobby Thomas

All Parties listed as Notice of Appearance

**In re:** Warehouse 86, LLC

**Bankruptcy Case No.**:  08−03423−ee

NOTICE IS HEREBY GIVEN that there will be a hearing on :

**Limited Response of SCK, Inc and Radioshack Corporation to Debtor's Motion to Compromise and Settle Disputed claim with Employers Mutual Casualty Insurance Company (Dkt. #206) filed by Marcus Wilson on behalf of SCK, Inc and Radioshack Corporation**

in regard to the above referenced matter on **Tuesday, January 19, 2010** at **01:30 PM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:**  12/29/09              **EDWARD ELLINGTON**
                                  **U. S. BANKRUPTCY JUDGE**

hn002ee−standard