| | | |
|---|---|---|
| DANNY L. MILLER<br>CLERK<br>(601) 965−5301 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON, MISSISSIPPI 39225−2448 | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Warehouse 86, LLC, Debtor−in−Possession

Stephen Rosenblatt, Esq.

Ronald McAlpin, Esq.

Marcus Wilson, Esq.

Teresa M. Shipe

Edwin Christensen, Esq.

Bobby Thomas

All Parties listed as Notice of Appearance

**In re:** Warehouse 86, LLC

**Bankruptcy Case No.:**   08−03423−ee

NOTICE IS HEREBY GIVEN that there will be a hearing on :

**Limited Response of SCK, Inc and Radioshack Corporation to Debtor's Motion to Compromise and Settle Disputed claim with Employers Mutual Casualty Insurance Company (Dkt. #206) filed by Marcus Wilson on behalf of SCK, Inc and Radioshack Corporation**

in regard to the above referenced matter on **Tuesday, January 19, 2010** at **01:30 PM** , or as soon thereafter as counsel may be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:**  12/29/09                                      **EDWARD ELLINGTON**
                                                                            **U. S. BANKRUPTCY JUDGE**

hn002ee−standard

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer            Page 1 of 1               Date Rcvd: Dec 29, 2009
Case: 08-03423                Form ID: hn002ee         Total Noticed: 9


The following entities were noticed by first class mail on Dec 31, 2009.
dbpos        +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
cr           +Overstock.com, Inc.,   6350 South 3000 East,   Salt Lake City, UT 84121-5952,   US
2715979      +ABC Logistics Corp,   2300 Sitler St #685,   Memphis, TN 38114-4801
2723663      +Katt Worldwide Logistics Inc,   Attn: Teresa Shipe,   4105 So Mendenhall Road,
               Memphis TN 38115-5927
2751431       Marcus M. Wilson,   Bennett Lotterhos Sulser & Wilson, P.A.,   Post Office Box 98,
               Jackson, MS  39205-0098
2732428      +Porsche Financial Services,   c/o King and Spencer,   Post Office Box 123,
               Jackson MS 39205-0123
2717312      +Stuart M Irby,   c/o Richard Montague,   4450 Old Canton Road, Ste 200,   Jackson MS 39211-5991
2754319      +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
               P O Box 20207,   Nashville TN 37202-4015

The following entities were noticed by electronic transmission on Dec 29, 2009.
2726307       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
               Mississippi State Tax Commission,   c/o Heather S Deaton,   P O Box 22828,   Jackson MS 39225
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2009                        Signature:      _/s/ Joseph Speetjens_