UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASE NO. 08-03423ee

WAREHOUSE 86, LLC

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIMS WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#206) AND (2) LIMITED RESPONSE OF SCK, INC. AND RADIOSHACK CORPORATION TO DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIM WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#213) and the Court having considered the facts herein, finds that the hearing on JANUARY 19, 2010, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIMS WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#206) AND (2) LIMITED RESPONSE OF SCK, INC. AND RADIOSHACK CORPORATION TO DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIM WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#213) is hereby continued and reset for **TUESDAY, JANUARY 26, 2010,** at **1:30 O'CLOCK P. M.**

**SO ORDERED** this the 19 day of January, 2010.

*Edward Ellington*

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**