# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CASE NO.  08-03423ee

**WAREHOUSE 86, LLC**

## ORDER RESETTING

**THIS CAUSE** having come on this date on the (1) DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIMS WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#206) AND (2) LIMITED RESPONSE OF SCK, INC. AND RADIOSHACK CORPORATION TO DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIM WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#213) and the Court having considered the facts herein, finds that the hearing on JANUARY 19, 2010, should be continued and reset.

**IT IS THEREFORE ORDERED** that the hearing on the (1) DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIMS WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#206) AND (2) LIMITED RESPONSE OF SCK, INC. AND RADIOSHACK CORPORATION TO DEBTOR'S MOTION TO COMPROMISE AND SETTLE DISPUTED CLAIM WITH EMPLOYERS MUTUAL CASUALTY INSURANCE COMPANY (DKT.#213) is hereby continued and reset for **TUESDAY, JANUARY 26, 2010,** at **1:30 O'CLOCK P. M.**

**SO ORDERED** this the 19 day of January, 2010.

**EDWARD ELLINGTON**
**UNITED STATES BANKRUPTCY JUDGE**

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: rgreer         Page 1 of 1              Date Rcvd: Jan 19, 2010
Case: 08-03423                Form ID: pdf012      Total Noticed: 1
```

```
The following entities were noticed by first class mail on Jan 21, 2010.
dbpos        +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                         TOTAL: 0
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2010**                    **Signature:**