UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---------------------------------------------------------------x
In re:                                                         :    Case No. 08-03423-EE
                                                               :
                                                               :    Chapter 11
WAREHOUSE 86, LLC,                                             :
                                                               :
    Debtor.                                                    :
                                                               :
---------------------------------------------------------------x
                                                               :
SCK, INC. and RADIOSHACK CORPORATION,                          :    Adv. Pro. No. 09-00139-EE
                                                               :
    Plaintiffs                                                 :
                                                               :
v.                                                             :
                                                               :
WAREHOUSE 86, LLC,                                             :
                                                               :
    Defendant.                                                 :
                                                               :
---------------------------------------------------------------x

## NOTICE OF SERVICE OF DISCOVERY

This is to certify that on this day true and correct copies of the foregoing were served upon the Defendant, Warehouse 86, LLC, in the above-styled action:

1. Plaintiffs' Answers to First Set of Interrogatories to Propounded by Warehouse 86, LLC; and

2. Plaintiffs' Responses and/or Objections to First Request for Production of Documents.

Dated: April 15, 2010.

Respectfully submitted,

SCK, INC. and RADIOSHACK CORPORATION

/s/ W. Lee Watt
Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar#6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
One Jackson Place
188 East Capitol Street
Suite 1400
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the above Notice of Service of Discovery with the Clerk of Court using the CM/ECF filing system, which will automatically send e-mail notification of such filing to the following:

Ronald McAlpin
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt
Steve.Rosenblatt@butlersnow.com

Robert M. Frey
bob.frey@butlersnow.com

Dated: April 15, 2010

/s/ W. Lee Watt