IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on April 21, 2010, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the Notice of Third Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #230), attached hereto as Exhibit "A" to all persons and entities listed on the Matrix, attached hereto as Exhibit "B."

This, the 22nd day of April, 2010.

        Respectfully submitted,

        WAREHOUSE 86, LLC

        By: *s/ Stephen W. Rosenblatt*
        Stephen W. Rosenblatt (MS BAR NO. 5676)
        John A. Crawford, Jr. (MS BAR NO. 10346)
        Paul M. Ellis (MS BAR NO. 102259)

        ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5080896v1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: | ) |
| | ) |
| WAREHOUSE 86, LLC | )   CASE NO. 08-03423-EE |
| | )   Chapter 11 |
| Debtor | ) |
| | ) |

### NOTICE OF THIRD APPLICATION OF
### BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### [Dkt. #229]

**TO:    ALL CREDITORS AND INTERESTED PARTIES:**

YOU ARE HEREBY NOTIFIED that the Debtor has filed its Third Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 1, 2009, to and including March 31, 2010, for the allowance of compensation of $31,914.00 and reimbursement of actual and necessary costs and expenses incurred by Butler Snow of $2,365.92, for a total amount requested by Butler Snow of $34,279.92.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.



EXHIBIT "A"

THIS the 21st day of April, 2010.

    Respectfully submitted,

    WAREHOUSE 86, LLC

    By: *s/Stephen W. Rosenblatt*
        Stephen W. Rosenblatt
        One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

    Ronald McAlpin, Esq.
    Office of the United States Trustee
    Suite 706, A. H. McCoy Federal Building
    100 West Capitol Street
    Jackson, MS 39269

THIS, the 21st day of April, 2010.

    *s/ Stephen W. Rosenblatt*
    Stephen W. Rosenblatt

Jackson 5078105v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Wed Apr 21 11:14:44 CDT 2010 | Fifth Third Bank<br>King & Spencer<br>Post Office Box 123<br>Jackson, MS 39205-0123 | Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 |
| Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121-5952 | Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Receivable Management Services<br>c/o Phyllis A. Hayes<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030-1322 |
| Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | Warehouse 86, LLC<br>P O Box 16692<br>Jackson, MS 39236-6692 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 | ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 |
| AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0002 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 | Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 |
| Allied Waste Serv #493<br>48 Landfill Rd<br>Leland MS 38756-9721 | Allied Waste Serv #837<br>48 Landfill Rd.<br>Leland MS 38756-9721 | Allied Waste Serv #868<br>48 Landfill Rd.<br>Leland MS 38756-9721 |
| American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| American Intematl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 | Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 |
| Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 |
| Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN 46514-8642 | Baja Motorsports, LLC<br>4602 E Hammond Lane<br>Phoenix AZ 85034-6411 |

EXHIBIT "B"

Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703-2436


CH Enterprises
4829 S. Ridgeline Drive
Ogden, UT 84405-6004

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269


City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ 85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345


Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129


Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723


DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343


Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144


EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707


Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035


FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546-6253

| | | |
|---|---|---|
| First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 |
| HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON KlAlA8<br>Canada |
| Isaac Amavizca<br>3622 W. Oregon Avenue<br>Phoenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 |
| Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 |
| Louis E. Sagar<br>598 Broadway<br>New York, NY 10012-3206 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 |
| Marcus M. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, MS  39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 |
| Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 |

| | | |
|---|---|---|
| Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Dr.<br>Phoenix AZ 85031-2330 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 |
| Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 |
| Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 |
| Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 |
| Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 |
| Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn:  James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 |
| RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 |
| S & B Packaging Inc<br>d/b/a Caboodles<br>6934-A Interstate Blvd<br>Horn Lake MS 38637-1445 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 |
| SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 |

| | | |
|---|---|---|
| Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 |
| Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 |
| Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN  37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 |
| The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 |
| Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 |
| U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 |
| Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 |
| Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 |

```
Weber County Assessor              Weber County Treasurer             Willow Lake Pro., LLC
P O Box 9700                       2380 Washington Blvd               233 South Wacker Dr
Ogden, UT 84409-0700               Ogden UT 84401-1475                Ste. 350
                                                                      Chicago, EL 60606-6405


Windsor Tax Services               John A. Crawford Jr                Paul Calhoun
P.O. Box 1655                      Butler, Snow, O'mara,Stevens & Cana Haddox Reid Burkes & Calhoun, PLLC
Windsor, ON N9A767                 P. O. Drawer 22567                 210 E Capitol Street
                                   Jackson, MS 39225-2567             Suite 1100
                                                                      Jackson, MS 39201-2380


R. Michael Bolen                   Stephen W. Rosenblatt              Stuart M. Irby
100 W. Capitol St.                 Butler Snow O'Mara Stevens &Cannada c/o Richard Montague
Suite 706                          P.O. Box 6010                      P.O. Box 1970
Jackson, MS 39269-1607             Ridgeland, MS 39158-6010           Jackson, MS 39215-1970
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS                                MS State Tax Commission            (d)Mississippi State Tax Commission
100 W Capitol St., Ste 504         Bankruptcy Section                 P O Box 1033
Jackson MS 39269-0599              P O Box 23338                      Jackson, MS  39215-1033
                                   Jackson MS 39225-3338


(d)Mississippi State Tax Commission Rocky Mountain Power
c/o Heather S Deaton               1033 NE 6th Ave
P O Box 22828                      Portland, OR 97256-0001
Jackson MS 39225
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)RadioShack Corporation and SCK, Inc. f/k/a   (d)Eric L. Eilertsen        (u)Jennifer D. Jones
                                                1878 Laurel Ln.             10 1 Warren St., #20
                                                Germantown TN 38139-6954    RETURNED MAIL 11/17/2008
```

| | | |
|---|---|---|
| (d)Tennessee Dept of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-4015 | (d)Keith Martin Mack<br>2949 Los Robles Rd<br>Thousand Oaks, CA 91362-3320 | End of Label Matrix<br>Mailable recipients   158<br>Bypassed recipients     5<br>Total                  163 |