**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In re:**            ) | |
|                       ) | |
| **WAREHOUSE 86, LLC**  ) | **CASE NO. 08-03423-EE** |
|                       ) | **Chapter 11** |
|         **Debtor**     ) | |
|                       ) | |

**NOTICE OF THIRD APPLICATION OF
HADDOX, REID, BURKES & CALHOUN, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #233]**

**TO:   ALL CREDITORS AND INTERESTED PARTIES:**

YOU ARE HEREBY NOTIFIED that the Debtor has filed the Third Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Haddox Reid Burkes & Calhoun PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 1, 2009, to and including March 31, 2010, and is for the total amount of $4,746.85, of which $4,378.25 is for fees for services rendered and $368.60 is for expenses incurred.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court.  If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.

THIS the 4th day of May, 2010.

                              Respectfully submitted,

                              WAREHOUSE 86, LLC

                              By: *s/Stephen W. Rosenblatt*
                                  Stephen W. Rosenblatt
                                  One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

      I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

      Ronald McAlpin, Esq.
      Office of the United States Trustee
      Suite 706, A. H. McCoy Federal Building
      100 West Capitol Street
      Jackson, MS 39269

      THIS, the 4th day of May, 2010.

                                  *s/ Stephen W. Rosenblatt*
                                  Stephen W. Rosenblatt

Jackson 5120700v1