IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on May 4, 2010, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the Notice of Third Application of Haddox, Reid, Burkes & Calhoun, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (Dkt. #234), attached hereto as Exhibit "A" to all persons and entities listed on the Matrix, attached hereto as Exhibit "B."

This, the 5ᵗʰ day of May, 2010.

> Respectfully submitted,
>
> WAREHOUSE 86, LLC
>
> By: *s/ Stephen W. Rosenblatt*
> Stephen W. Rosenblatt (MS BAR NO. 5676)
> John A. Crawford, Jr. (MS BAR NO. 10346)
> Paul M. Ellis (MS BAR NO. 102259)
>
> ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5123238v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                    )
                                          )
    **WAREHOUSE 86, LLC**              )        **CASE NO. 08-03423-EE**
                                          )        **Chapter 11**
        Debtor                 )
_____ )

### NOTICE OF THIRD APPLICATION OF
### HADDOX, REID, BURKES & CALHOUN, PLLC
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
### [Dkt. #233]

**TO:   ALL CREDITORS AND INTERESTED PARTIES:**

YOU ARE HEREBY NOTIFIED that the Debtor has filed the Third Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Haddox Reid Burkes & Calhoun PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from November 1, 2009, to and including March 31, 2010, and is for the total amount of $4,746.85, of which $4,378.25 is for fees for services rendered and $368.60 is for expenses incurred.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.



THIS the 4th day of May, 2010.

Respectfully submitted,

WAREHOUSE 86, LLC

By: _s/Stephen W. Rosenblatt_ _____
          Stephen W. Rosenblatt
          One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic

filing transmission or United States mail, postage prepaid, a true and correct copy of the above

and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

THIS, the 4th day of May, 2010.

_s/ Stephen W. Rosenblatt_ _____
          Stephen W. Rosenblatt

Jackson 5120700v1

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Tue May  4 15:11:58 CDT 2010

Fifth Third Bank
King & Spencer
Post Office Box 123
Jackson, MS 39205-0123

Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828

Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121-5952

Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123

Receivable Management Services
c/o Phyllis A. Hayes
307 International Circle, Ste 270
Hunt Valley, MD 21030-1322

Tennessee Dept of Revenue
c/o TN Attorney General Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-4015

Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236-6692

U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York NY 10270-0002

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308

Allied Waste Serv #493
48 Landfill Rd
Leland MS 38756-9721

Allied Waste Serv #837
48 Landfill Rd.
Leland MS 38756-9721

Allied Waste Serv #868
48 Landfill Rd.
Leland MS 38756-9721

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Intematl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402

Amerigas
545 W 12 Street
Ogden, LTT 84404-5401

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

(c)AUDIOVOX SPEC. APPLIC.
2602 MARINA DR
ELKHART IN  46514-8642

Baja Motorsports, LLC
4602 E Hammond Lane
Phoenix AZ 85034-6411



Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
16706 Edwards Rd.
Cerritos, CA 90703-2436

CH Enterprises
4829 S. Ridgeline Drive
Ogden, UT 84405-6004

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ  85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035

FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546-6253

First Ins Funding Corp
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062-7917

Gary E. Veasey, Esq.
780 Ridge Lake Blvd. STE 202
Memphis, TN 38120-9426

Global Crossing Tele.
225 Kenneth Drive
Rochester, NY 14623-4277

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H&E Equip. Serv. Inc.
2760 S Wadman Dr
Ogden, UT 84401-3471

HEPACO, Inc
731 East Brooks Road
Memphis TN 38116-3013

HEPACO, Incorporated
2711 Burch Dr.
Charlotte NC 28269-4476

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Interface Systems
3773 Corporate Center Drive
Earth City MO 63045-1130

International Tax Servs
2204 Walkley Road
Ottawa ON KIA1A8
Canada

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix AZ 85019-2318

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Jon S Musial
Law Office of Jon S Musial
8230 E. Gray Road
Scottsdale AZ 85260-3528

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4105 So Mendenhall Road
Memphis TN 38115-5927

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012-3206

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS  39205-0098

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, U, 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Merchandise Manu. Inc.
P O Box 843
Lakewood CA 90714-0843

Mirna Maribel Carrillo
4230 N. 50th Dr.
Phoenix AZ 85031-2330

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Overstock.com, Inc
Attn: Edwin W Christensen
6350 S 3000 East
Salt Lake City, UT 84121-5952

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Pay Pal
Attn: Legal Dept. - Civil
2211 N 1st Street
San Jose CA 95131-2021

Phusion Software, Inc.
26300 Ford Rd. #415
Dearborn Heig, MI 48127-2854

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616

Porsche Financial Services
c/o King and Spencer
Post Office Box 123
Jackson MS 39205-0123

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
P O Box 3194
Salt Lake UT 84110-3194

Questar Gas Company
Bankruptcy/DNR 244
P O Box 3194
Salt Lake City UT 84110-3194

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. 0. Box 961090
Fort Worth, TX 76161-5000

RadioShack Corporation and SC Kiosks, Inc.
RadioShack Corporation
Legal Department
Attn:  James B. Spisak, Esq.
300 RadioShack Circle
Fort Worth, TX 76102-1901

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452-3038

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Rocky Mountain Power
Attn: Bankruptcy
P O Box 25308
Salt Lake City UT 84125-0308

S & B Packaging Inc
d/b/a Caboodles
6934-A Interstate Blvd
Horn Lake MS 38637-1445

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1901

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127-0008

SOS Staffing
POB 27008
Salt Lake City UT 84127-0008

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Sprint
P O Box 8077
London KY 40742-8077

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991

Stuart M. Irby
3940 Stuart Place
Jackson MS 39211-6752

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

TWG Innov. Solutions
f/k/a Aon Innov Solutions
Attn: VP Operations, Lisa Schizas,
13922 Denver West Pkwy
Golden CO 80401-3142

TWG Innovative Solutions Inc
c/o William J Sparer, Counsel
The Warranty Group
175 West Jackson Blvd
Chicago IL 60604-2615

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Tennessee Department of Revenue
c/o Attorney General
P O Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville TN 37202-4015

The Commis of Revenue of the State of TN
Tax Enforcement Divison
c/o Attorney General
P. O. Box 20207
Nashville, TN 37202-4015

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801

Transport Express,Inc.
P.O. Box 69207
Seattle, WA 98168-9207

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126

U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

U S Trustee
100 w Capitol St., Ste 706
Jackson MS 39269-1607

UNITED PARCEL SERVICE
C/O RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

UPS
Lockbox 577
Carol Stream, IL 60132-0001

UPS Freight
P.O. Box 6109
Westerville, OH 43086-6109

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Verizon Wireless
P O Box 3397
Bloomington IL 61702-3397

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612-2515

Weber County Assessor
P O Box 9700
Ogden, UT 84409-0700

Weber County Treasurer
2380 Washington Blvd
Ogden UT 84401-1475

Willow Lake Pro., LLC
233 South Wacker Dr
Ste. 350
Chicago, EL 60606-6405


Windsor Tax Services
P.O. Box 1655
Windsor, ON N9A767

John A. Crawford Jr
Butler, Snow, O'mara,Stevens & Cana
P. O. Drawer 22567
Jackson, MS 39225-2567

Paul Calhoun
Haddox Reid Burkes & Calhoun, PLLC
210 E Capitol Street
Suite 1100
Jackson, MS 39201-2380


R. Michael Bolen
100 W. Capitol St.
Suite 706
Jackson, MS 39269-1607

Stephen W. Rosenblatt
Butler Snow O'Mara Stevens &Cannada
P.O. Box 6010
Ridgeland, MS 39158-6010

Stuart M. Irby
c/o Richard Montague
P.O. Box 1970
Jackson, MS 39215-1970


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS
100 W Capitol St., Ste 504
Jackson MS 39269-0599

MS State Tax Commission
Bankruptcy Section
P O Box 23338
Jackson MS 39225-3338

(d)Mississippi State Tax Commission
P O Box 1033
Jackson, MS 39215-1033


(d)Mississippi State Tax Commission
c/o Heather S Deaton
P O Box 22828
Jackson MS 39225

Rocky Mountain Power
1033 NE 6th Ave
Portland, OR 97256-0001


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)RadioShack Corporation and SCK, Inc. f/k/a

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   158
Bypassed recipients     5
Total                 163