IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                              )
                                                    )
    WAREHOUSE 86, LLC                       )       CASE NO. 08-03423-EE
                                                    )       Chapter 11
        Debtor                              )
                                                    )
_____  )

## NOTICE OF RETURNED MAIL

PLEASE TAKE NOTICE an envelope for the following creditor was returned as "ATTEMPTED NOT KNOWN – RETURN TO SENDER":

CH Enterprises
4829 S. Ridgeline Drive
Ogden, UT 84405-6004

CH Enterprises is no longer in existence due to its failure to file a renewal with the Secretary of State of Utah as shown on the Business Entity Search with the Secretary of State of Utah attached hereto as Exhibit "A."

This, the 5th day of May, 2010.

                Respectfully submitted,

                WAREHOUSE 86, LLC

                By: *s/ Stephen W. Rosenblatt*
                Stephen W. Rosenblatt (MS BAR NO. 5676)
                John A. Crawford, Jr. (MS BAR NO. 10346)
                Paul M. Ellis (MS BAR NO. 102259)

                ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via electronic transmission, a true and correct copy of the above and foregoing pleading on all parties on the Court's CM/ECF distribution list.

THIS, the 5th day of May, 2010.

                                        *s/ Stephen W. Rosenblatt*
                                        STEPHEN W. ROSENBLATT

Jackson 5119596v1



 **Utah** Department of **Commerce** Business Entity Search

?Help

| Name | Type | City | Status |
|---|---|---|---|
| CH ENTERPRISES, L.L.C. | Limited Liability Company | Ogden | Expired |

**Business Name:** CH ENTERPRISES, L.L.C.
**Entity Number:** 5624501-0160
**Registration Date:** 04/14/2004
**State of Origin:**

### Address

4829 S RIDGELINE DR
Ogden, UT 84405

### Status

**Status:** Expired
**Status Description:** Failure to File Renewal
**This Status Date:** 08/06/2008
**Last Renewed:** 07/19/2006
**License Type:** LLC - Domestic
**Delinquent Date:** 04/14/2008

### Registered Agent

**Registered Agent:** No agent, refer to UCA ?16-17-301
[Search BES]   [Search RPS]

**Address Line 1:**
**Address Line 2:**
**City:** Unknown
**State:** NA
**Zip:** 00000

### Additional Information

With this information, you can...

[Search for Images]   If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a **$ 2.00** fee per image of a document for this service.

[Access Principal Information]   If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a **$ 1.00 fee** for this information.

[Back to search results]   [Do Another Search]

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy | Translate Utah.gov
Copyright © 2010 State of Utah - All rights reserved.



EXHIBIT "A"