# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME:  Warehouse 86, LLC

CASE NUMBER:  08-03423-EE          For Period    May 1      to  May 31     ,20  10

---

| Mark One Box For Each Required Report/Document | **THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH.** The debtor must attach each of the following reports unless the United States Trustee has waived the requirement in writing.  File original with Clerk of Court and duplicate with UST with an original signature. |
|---|---|

---

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Comparative Balance Sheet (Form 2-B) |
| (x) | ( ) | Profit and Loss Statement (Form 2-C) |
| (x) | ( ) | Cash Receipts & Disbursements Statement (Form 2-D) |
| (x) | ( ) | Supporting Schedules (Form 2-E) |
| (x) | ( ) | Narrative (Form 2-F) |
| (x) | ( ) | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

---

**I declare under penalty of perjury that the following Monthly Financial Report and any attachments thereto, are true and correct to the best of my knowledge and belief.**

Executed on:    June 15, 2010                    Debtor(s)*:    Warehouse 86, LLC


By:**

Position:    Chief Financial Officer

Name of Preparer:  Ernest K. Strahan, III
Telephone No.
of Preparer:    901-628-8545

*both debtors must sign if a joint petition
**for corporate or partnership debtor

FORM 2-A

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month Dec-09 | Month Jan-10 | Month Feb-10 | Month Mar-10 | Month Apr-10 | Month May-10 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash *** | 89,361 | 98,179 | 61,639 | 61,599 | 71,837 | 71,086 | 71,091 |
| Accounts Receivable, Net | 152,270 | 611 | 611 | 611 | 611 | 611 | 611 |
| Inventory, at lower of cost or market | 73,633 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits* | 68,702 | 82,502 | 66,044 | 66,044 | 66,044 | 66,044 | 66,044 |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 383,966 | 181,292 | 128,294 | 128,254 | 138,492 | 137,741 | 137,746 |
| PROPERTY, PLANT & EQUIPMENT** | 2,178,073 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less accumulated depreciation | -1,124,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT | 1,053,096 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** | | | | | | | |
| Interests in incorporated businesses | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance claim from tornado & fire, | | | | | | | |
| registered name, customer lists | | | | | | | |
| (unknown) | | | | | | | |
| TOTAL OTHER ASSETS | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL ASSETS | 1,443,634 | 181,292 | 128,294 | 128,254 | 138,492 | 137,741 | 137,746 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

*This is a corrected number to reflect that the pre-petition retainer of $35,000 should have properly been shown as a pre-petition legal expense since there was no balance as of the date of the filing of the bankruptcy petition.

FORM 2-B
Page 1 of 2

CASE NAME: Warehouse 86, LLC

CASE NUMBER: 08-03423-EE

## COMPARATIVE BALANCE SHEET

**LIABILITIES:**

| | Filing Date 11/04/08 | Month Dec-09 | Month Jan-10 | Month Feb-10 | Month Mar-10 | Month Apr-10 | Month May-10 |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES *** | | | | | | | |
| Taxes Payable (FORM 2-E, P. 1 of 3) | | | | | | | |
| Accounts Payable (FORM 2-E, P. 1 of 3)* | 0 | - | - | - | - | - | - |
| Other - DIP Loan | | | | | | | |
| TOTAL POST-PETITION LIABILITIES | 0 | - | - | - | - | - | - |
| PRE-PETITION LIABILITIES *** | | | | | | | |
| Notes Payable-Secured | 1,264,902 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 |
| Priority Debt | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Priority Debt-Unsecured | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| Unsecured Debt** | 2,562,082 | 2,516,413 | 2,552,565 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 |
| Other_ | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,854,984 | 2,548,145 | 2,584,297 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 |
| TOTAL LIABILITIES | 3,854,984 | 2,548,145 | 2,584,297 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS | | | | | | | |
| Through Filing Date**** | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) |
| Post Filing Date | | (8,501) | (8,541) | 1,697 | 946 | 946 | 951 |
| TOTAL EQUITY (NET WORTH) | (2,411,350) | (2,419,851) | (2,419,891) | (2,409,653) | (2,410,404) | (2,410,404) | (2,410,399) |
| TOTAL LIABILITIES & EQUITY | 1,443,634 | 128,294 | 164,406 | 138,492 | 137,741 | 137,741 | 137,746 |

*Reflects disputed insurance charge-Reconciled June 2009

**Reflects payment of utility charges and insurance premiums pursuant to court order

***Reflects updated November pre and post-petition liability balances due to final reconciliation.
   Post-petition payables applied to pre-petition in April 2009

****This reflects a change to move a $35,000 pre-petition retainer that should have been a pre-petition legal expense.

CASE NAME:      Warehouse 86, LLC

CASE NUMBER:    08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month<br>Oct-09 | Month<br>Jan-10 | Month<br>Feb-10 | Month<br>Mar-10 | Month<br>Apr-10 | Month<br>May-10 |
|---|---|---|---|---|---|---|
| **NET REVENUE** | 0 | 0 | 0 | 0 | 0 | 0 |
| **COST OF GOODS SOLD:** | | | | | | |
| Material | 0 | 0 | 0 | 0 | 0 | 0 |
| Labor–Direct | 0 | 0 | 0 | 0 | 0 | 0 |
| Overhead | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL COST OF GOODS SOLD** | 0 | 0 | 0 | 0 | 0 | 0 |
| **GROSS PROFIT** | 0 | 0 | 0 | 0 | 0 | 0 |
| **OPERATING EXPENSES** | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administration (Rents, **** | 650 | 325 | 0 | (282) | 650 | 0 |
| utilities, salaries, etc.) | | | | | | |
| Other | | | | | | |
| **TOTAL OPERATING EXPENSES** | 650 | 325 | 0 | (282) | 650 | - |
| **INTEREST EXPENSE** | 72 | 63 | 40 | 44 | 101 | (5) |
| **INCOME BEFORE DEPRECIATION OR TAXES** | (722) | (388) | (40) | 238 | (751) | 5 |
| **DEPRECIATION OR AMORTIZATION:** | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER INCOME** | 0 | 0 | 0 | 0 | 0 | 0 |
| **GAIN/LOSS ON DISPOSAL OF FIXED ASSETS** | 0 | 0 | 0 | 0 | 0 | 0 |
| **NET INCOME (LOSS)** | (722) | (388) | (40) | 238 | (751) | 5 |

*Requires explanation in NARRATIVE (FORM 2-F).

**** A correction was made to the interest expense and G&A for March to reflect the incorrect entry of a voided check.

FORM 2-C

CASE NAME:     Warehouse 86, LLC     CASE NUMBER:     08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period May 1 _____ to May 31 _____ ,20 10

CASH RECONCILIATION

| | | | | |
|---|---|---|---|---|
| 1. | Beginning Cash Balance (Ending Cash Balance from last month's report) | | | $ 71,086 |
| 2. | Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 6 | | |
| 3. | Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ 1 | | |
| 4. | Net Cash Flow | | | $ 5 |
| 5. | Ending Cash Balance (to FORM 2-B) | | | $ 71,091 |

### CASH SUMMARY - ENDING BALANCE

| | | Amount* | Financial Institution |
|---|---|---|---|
| 1. | Operating Account | $ - | Bank of America-3903 |
| 2. | Operating Account | $ - | Bank of America-9451 |
| 3. | Payroll Account | $ - | Bank of America-5429 |
| 4. | Sales Account | $ - | PayPal |
| 5. | Sales Account | $ - | PayPal Alt |
| 6. | Money Market Account | $ 71,091 | Bank of America-DIP |
| 7. | Operating Account | $ - | Bank of America-DIP |
| 8. | Payroll Account | $ - | Bank of America-DIP Payroll |
| | TOTAL (must agree with line 5 above) | $ 71,091 | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

ADJUSTED CASH DISBURSEMENTS
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid     $ 1

*NOTE: This amount should be used to
determine UST quarterly fees due and agree
with Form 2-D, page 2 of 4.

CASE NAME:  Warehouse 86, LLC          CASE NUMBER:  08-03423-EE

## QUARTERLY FEE SUMMARY

### MONTH ENDED MAY 2010

| Payment Date | Cash Disbursements* | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 36,540 | | | |
| February | $ 40 | | | |
| March | $ 27 | | | |
| Total 1st Quarter | $ 36,607 | $ 650 | | |
| April | $ 107 | | | |
| May | $ 1 | | | |
| June | $ | | | |
| Total 2nd Quarter | $ 108 | $ | | |
| July | $ | | | |
| August | $ | | | |
| September | $ | | | |
| Total 3rd Quarter | $ 0 | $ | | |
| October | $ | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ 0 | $ | | |

Fee Schedule

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| Less than $14,999.00 | $325 |
| $15,000-$74,999.99 | $650 |
| $75,000-$149,999.99 | $975 |
| $150,000-$224,999.99 | $1,625 |
| $225,000-$299,999.99 | $1,950 |
| $300,000-$999,999.99 | $4,875 |
| $1,000,000-$1,999,999.99 | $6,500 |
| $2,000,000-$2,999,999.99 | $9,750 |
| $3,000,000-$4,999,999.99 | $10,400 |
| $5,000,000 and above | $13,000 |

Note that a minimum payment of $250 is due each quarter even if no disbursements are made in the case during the period.
*Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers
to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period        May 1    to    May 31    ,20    10

Account Name:    DIP-Payroll Account            Account Number:    3755551966

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

Date                        Description (Source)                        Amount

Account Closed

Total Cash Receipts        $            -

FORM 2-D
Page 3e of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:        08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period      May 1    to    May 31    ,20    10

Account Name:    DIP-Money Market Account        Account Number:    3755555454

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 05/28/2010 | Interest Income | 6.03 |

|  | Total Cash Receipts | $      6.03 |
|--|---------------------|-------------|

FORM 2-D
Page 3e of 4

CASE NAME:        Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period     May 1   to  May 31   ,20   10

Account Name:   Bank of America-DIP     Account Number:    3755551953

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | Account Closed       |        |

Total Cash Receipts    $     0.00

FORM 2-D
Page 3g of 4

CASE NAME:     Warehouse 86, LLC

CASE NUMBER:     08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ May 1 ____ to ___ May 31 _____ ,20 __ 10 _____

Account Name:     DIP-General Account _____ Account Number:   3755551953 _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           | Account Closed |               |        |

Total Cash Disbursements          $0.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting.  Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4e of 4

CASE NAME:       Warehouse 86, LLC

CASE NUMBER:     08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ May 1 ___ to ___ May 31 _____ ,20 ___ 10 _____

Account Name:    DIP-Money Market Account _____   Account Number:   3755555454 _____

## CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 05/28/2010 |  | Bank of America | Service charge | $0.55 |

Total Cash Disbursements            $0.55

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4e of 4

CASE NAME:      Warehouse 86, LLC

CASE NUMBER:      08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period_____ May 1 ___ to ___ May 31 _____ ,20 ___ 10 _____

Account Name:    DIP-Payroll Account _____ Account Number:    3755551966 _____

### CASH DISBURSEMENTS JOURNAL

(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| | | Account Closed | | |

Total Cash Disbursements     $ _____ 0.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4f of 4

CASE NAME:                   Warehouse 86, LLC _____        CASE NUMBE 08-03423-EE _____

## SUPPORTING SCHEDULES

For Period                   May 1 _____   to   May 31 _____   2010

POST-PETITION ACCOUNTS PAYABLE AGING REPORT

| TYPE | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|------|----------|-----|------|-------|-------|---------|
| FITW | | | | | | |
| FICA | | | | | | |
| FUTA | | | | | | |
| SITW | | | | | | |
| SUTA | | | | | | |
| SALES TAX | | | | | | |
| TRADE PAYABLES | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | $0.00 | $0 | $0 | $0 |

FORM 2-E
Page 1 of 3

CASE NAME:   Warehouse 86, LLC                          CASE NUMBER:   08-03423-EE

**SUPPORTING SCHEDULES**

For Period      May 1                    to        May 31            ,2010

ACCOUNTS RECEIVABLE AGING REPORT

| ACOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM 2-E
Page 2 of 3

CASE NAME: _____ Warehouse 86, LLC _____ CASE NUMBER: ____ 08-03423-EE _____

### SUPPORTING SCHEDULES

For Period _May 1_____ to    _May 31_____ ,2010

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| General Liability | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Property (Fire, Theft) | Employers Mutual Casualty<br>Marchetti Robertson & Brickell | 1,000,000 | 4/15/09 | Yes |
| Vehicle | General Insurance Co. of America<br>Marchetti Robertson & Brickell | 1,000,000 | 4/29/09 | Yes |
| Other (list):<br>Excess/Umbrella** | National Union Fire Ins. Co.<br>Marchetti Robertson & Brickell | 3,000,000 | 4/29/09 | Yes |

**Umbrella Liability policy was cancelled on 4/29/09 when last of underlying insurance coverage expired.

## Note:  All insurance policies are expired, as there are no employees or property to insure.

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

CASE NAME:      Warehouse 86, LLC      CASE NUMBER:   08-03423-EE

**NARRATIVE STATEMENT**

For Period May 1      to   May 31   ,2010

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

FORM 2-F



## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number      3755555454
01 01 149 01 M0000 E#      0
Last Statement:    04/30/2010
This Statement:    05/28/2010

NX 0000 01 000 469 018489 #@01 SP 0.357
WAREHOUSE 86 LLC
DEBTOR IN POSSESSION #08-03423
MMS ACCOUNT
PO BOX 16692
JACKSON MS  39236

Customer Service
1-877-757-8233

Page     1 of    2

nkruptcy Case Number:0803423

## MONEY MARKET SAVINGS

### Account Summary Information

Statement Period 05/01/2010 - 05/28/2010
Number of Deposits/Credits          1
Number of Checks                    0
Number of Other Debits              1

Statement Beginning Balance       71,085.74
Amount of Deposits/Credits             6.03
Amount of Checks                        .00
Amount of Other Debits                  .55
Statement Ending Balance          71,091.22

Number of Enclosures                0

Service Charge                          .55

### Interest Information

Amount of Interest Paid          6.03
Annual Percentage Yield Earned    .10%

Interest Paid Year-to-Date           14.38

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/28 | | 6.03 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF $71,085.74 | 0984000360 |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/28 | | .55 | FDIC ASSESSMENT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 04/30 | 71,085.74 | 71,085.74 | .100 | 05/28 | 71,091.22 | 71,091.22 | .100 |

