**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO. 08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

**NOTICE OF MOTION OF WAREHOUSE 86, LLC**
**TO RETAIN CONSULTANT**
**[Dkt. # 245]**

    **PLEASE TAKE NOTICE** that Warehouse 86, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion to Retain Consultant* (the "Motion") [Dkt. # 245]. By the Motion, the Debtor seeks the authority to retain Ernest K. Strahan III as its consultant and compensated representative in this case, at a monthly consulting fee of $2,500 per month from and after June 1, 2010, for the services provided and continuing to be provided for the Debtor, with the express understanding that this retention is subject to a 30-day right to cancel on the part of either the Debtor, the Committee or Strahan. A copy of the Motion is attached to this Notice as Exhibit "A," and copy of the Motion and this Notice is being sent to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

    **NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 on or before 21 days from the date of this Notice, and a copy shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 6010, Ridgeland, MS 39158-6010, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

    **NOTICE IS FURTHER GIVEN** that in the event no written objection or other responsive pleading is timely filed, the Motion may be determined ex parte by the Court.

    Dated: August 4, 2010.

                                      *s/ Stephen W. Rosenblatt*
                                      Stephen W. Rosenblatt (MS Bar No. 5676)
                                      ATTORNEY FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5438315v1