IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on August 4, 2010, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the *Notice of Motion of Warehouse 86, LLC to Retain Consultant* (Dkt. #246), attached hereto as Exhibit "1" to all persons and entities listed on the Matrix, attached hereto as Exhibit "2."

This, the 4th day of August, 2010.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS BAR NO. 5676)
John A. Crawford, Jr. (MS BAR NO. 10346)
Paul M. Ellis (MS BAR NO. 102259)

ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5439844v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

NOTICE OF MOTION OF WAREHOUSE 86, LLC
TO RETAIN CONSULTANT
[Dkt. # 245]

**PLEASE TAKE NOTICE** that Warehouse 86, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion to Retain Consultant* (the "Motion") [Dkt. # 245]. By the Motion, the Debtor seeks the authority to retain Ernest K. Strahan III as its consultant and compensated representative in this case, at a monthly consulting fee of $2,500 per month from and after June 1, 2010, for the services provided and continuing to be provided for the Debtor, with the express understanding that this retention is subject to a 30-day right to cancel on the part of either the Debtor, the Committee or Strahan. A copy of the Motion is attached to this Notice as Exhibit "A," and copy of the Motion and this Notice is being sent to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 on or before 21 days from the date of this Notice, and a copy shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 6010, Ridgeland, MS 39158-6010, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

**NOTICE IS FURTHER GIVEN** that in the event no written objection or other responsive pleading is timely filed, the Motion may be determined ex parte by the Court.

Dated: August 4, 2010.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
ATTORNEY FOR DEBTOR



OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5438315v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

## MOTION OF WAREHOUSE 86, LLC
## TO RETAIN CONSULTANT

Warehouse 86, LLC, the Debtor and Debtor-in-Possession herein ("Debtor"), files this *Motion to Retain Consultant* (the "Motion"). In support of the Motion, the Debtor presents to the Court the following:

1. On November 4, 2008 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 11 of the Title 11 United States Code. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to manage its assets as a debtor-in-possession.

2. An Official Committee of Unsecured Creditors (the "Committee") was appointed in this case on November 19, 2008 [Dkt. # 062].

3. Ernest K. Strahan III ("Strahan") was the Chief Financial Officer of the Debtor as of the Petition Date, and he has served as the responsible party for the Debtor in this Chapter 11 case. Heretofore, Strahan has occupied that position and fulfilled all of those responsibilities without receiving any compensation from the Debtor or the bankruptcy estate, despite the fact that those duties are necessary and indispensible and often time-consuming.



4. On December 10, 2008, the Court entered its *Order Granting Debtor's Motion for Authority to Sell Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Outside of the Ordinary Course of Business and Assuming and Assigning Certain Unexpired Leases and Executory Contracts* (Dkt. # 070), by which the Debtor sold substantially all of its assets to a third party.

5. Among the Excluded Assets were all of Debtor's claims for tornado damage and subsequent fire loss that occurred in early 2008, including but not limited to all claims under its insurance policies (the "Insurance Claims") with Employers Mutual Insurance Companies (the "Insurance Company" or "EMC").

6. One of Strahan's responsibilities was to negotiate the settlement of the Insurance Claims with EMC. Those negotiations resulted in EMC's issuing four checks in the total amount of $2,099,882.35 (the "Insurance Proceeds"), the compromise and settlement of which was approved by this Court in its *Agreed Order Debtor's Motion to Compromise and Settle Disputed Claims with Employers Mutual Casualty Insurance Company* (Dkt. # 224) entered herein on February 4, 2010.

7. Previously, this Court authorized the deposit into the registry of the Court the amount of $2,089,882.35 of checks made payable jointly to the Debtor and SCK, Inc. pursuant to that certain *Order Approving Joint Motion for Authority to Deposit Insurance Proceeds into the Registry of the Court in Contemplation of the Filing of a Complaint for Declaratory Judgment* (Dkt. # 184) entered on August 26, 2009.

8. Thereafter, the Debtor has been involved in an adversary proceeding with SCK, Inc. and RadioShack Corporation concerning the right of the bankruptcy estate to the

$2,089,882.35 deposited into the registry of the Court. Strahan has assisted counsel for the Debtor in asserting the rights of the bankruptcy estate to those Insurance Proceeds in that litigation, including testifying on at least two occasions, assisting in the production of documents and otherwise coordinating with counsel for the Debtor the claim of the Debtor to the $2,089,882.35 of Insurance Proceeds. The Debtor has filed a motion for partial summary judgment, but that has been held in abeyance subject to a mediation presently scheduled before Judge David W. Houston III on August 24, 2010 in Aberdeen, Mississippi.

9. The claim of the bankruptcy estate to the $2,089,882.35 of Insurance Proceeds is the principal asset of the bankruptcy estate and will be the source of payments to administrative and unsecured creditors herein. The continued assistance and involvement of Strahan as the responsible party in this case is essential to maximize the claims of creditors.

10. In light of the value of Strahan to this chapter 11 case and his critical role in serving as the Debtor's representative both in the litigation with SCK, Inc. and RadioShack Corporation, as well as in the administration of the chapter 11 case itself, the Debtor seeks authorization of the retention of Strahan as a consultant to the Debtor at a monthly consulting fee of $2,500 per month from and after June 1, 2010 for the services Strahan has provided and continues to provide for the Debtor, with the express understanding that this retention is subject to a 30-day right to cancel on the part of either the Debtor, the Committee or Strahan.

WHEREFORE, Warehouse 86, LLC moves the Court for authority to retain Ernest K. Strahan III as its consultant and compensated representative in this case, at a monthly consulting fee of $2,500 per month from and after June 1, 2010, for the services provided and continuing to be provided for the Debtor, with the express understanding that this retention is subject to a

30-day right to cancel on the part of either the Debtor, the Committee or Strahan. The Debtor further prays for such other general or other special relief to which, in equity, it might be entitled.

Dated: August 4, 2010.

            Respectfully submitted,

            WAREHOUSE 86, LLC and
            SCK, INC. F/K/A S. C. KIOSKS, INC.

            By: _s/Stephen W. Rosenblatt_
              STEPHEN W. ROSENBLATT (MB # 5676)
              Attorneys for WAREHOUSE 86, LLC

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, either via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

Dated: August 4, 2010.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT

Jackson 5422083v1

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Wed Aug  4 09:48:11 CDT 2010

Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121-5952


Tennessee Dept of Revenue
c/o TN Attorney General Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-4015

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801



AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York NY 10270-0002



Allied Waste Serv #493
48 Landfill Rd
Leland MS 38756-9721




American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831


American Internatl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409



Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142




Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949


Fifth Third Bank
King & Spencer
Post Office Box 123
Jackson, MS 39205-0123



Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123



Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236-6692



ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668



AT&T
P O Box 105262
Atlanta, GA 30348-5262



Allied Waste Serv #837
48 Landfill Rd.
Leland MS 38756-9721




American Express Corp
P O Box 650448
Dallas, TX 75265-0448



American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402



Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010




(c)AUDIOVOX SPEC. APPLIC.
2602 MARINA DR
ELKHART IN  46514-8642


Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828



Receivable Management Services
c/o Phyllis A. Hayes
307 International Circle, Ste 270
Hunt Valley, MD 21030-1322



U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448


ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786



Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308



Allied Waste Serv #868
48 Landfill Rd.
Leland MS 38756-9721




American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


Amerigas
545 W 12 Street
Ogden, UTT 84404-5401



Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153




Baja Motorsports, LLC
4602 E Hammond Lane
Phoenix AZ 85034-6411

EXHIBIT 2

| | | |
|---|---|---|
| Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>16706 Edwards Rd.<br>Cerritos, CA 90703-2436 |
| Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 | City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ 85038-9690 |
| City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 | Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 |
| Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 | Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 |
| Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 | DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 |
| DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 | Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 |
| Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 | EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 |
| Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 | Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 |
| Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 | FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 |
| Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 | First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 |

| | | |
|---|---|---|
| Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 | Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 |
| H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 | HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269-4476 |
| HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON KIA1A8<br>Canada | Isaac Amavizca<br>3622 W. Oregon Avenue<br>Phoenix AZ 85019-2318 |
| Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 | Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260-3528 |
| Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 |
| Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | Louis E. Sagar<br>598 Broadway<br>New York, NY 10012 |
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 | Marcus M. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, MS  39205-0098 |
| Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 |
| Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 | Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 |

| | | |
|---|---|---|
| Mirna Maribel Carrillo<br>4230 N. 50th Dr.<br>Phoenix AZ 85031-2330 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 |
| Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 |
| Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 |
| Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 |
| Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 |
| RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn:  James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 |
| (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 | S & B Packaging Inc<br>d/b/a Caboodles<br>6934-A Interstate Blvd<br>Horn Lake MS 38637-1445 |
| SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 |
| Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 |

| | | |
|---|---|---|
| Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 | Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 |
| Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 |
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN 37242-0700 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 |
| The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 |
| Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 |
| U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | UPS Freight<br>P.O. Box 6109<br>Westerville, OH 43086-6109 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 |
| Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 |

| | | |
|---|---|---|
| Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 |
| John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS  39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)RadioShack Corporation and SCK, Inc. f/k/a | (u)CH Enterprises<br>4829 S. Ridgeline Drive<br>RETURNED MAIL 5-5-10 | (d)Eric L. Eilertsen<br>1878 Laurel Ln.<br>Germantown TN 38139-6954 |

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   157
Bypassed recipients     6
Total                 163