# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: ) | |
| ) | |
| **WAREHOUSE 86, LLC** ) | **CASE NO.   08-03423-EE** |
| ) | **Chapter 11** |
| **Debtor** ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher R. Maddux of the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC hereby appears as counsel for Warehouse 86, LLC, the Debtor and Debtor-in-Possession herein, (the "Debtor") and requests service of all notice and papers in this proceeding upon:

> Christopher R. Maddux
> Butler, Snow, O'Mara, Stevens & Cannada, PLLC
> Suite 1400
> 1020 Highland Colony Parkway  (39157)
> P. O. Box 6010
> Ridgeland, MS  39157
> Telephone:  (601) 985-4502
> Facsimile:  (601) 985-4500
> Email:  Chris.Maddux@butlersnow.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted.

THIS the 5th day of August, 2010.

Respectfully submitted,

**WAREHOUSE 86, LLC, THE DEBTOR AND
DEBTOR-IN-POSSESSION**

By: *s/ Christopher R. Maddux*
Stephen W. Rosenblatt, MS Bar No. 5676
Christopher R. Maddux, MS Bar No. 100501

BUTLER SNOW O'Mara STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 239157
Telephone: (601) 985-4502
Facsimile: (601) 985-4500
www.butlersnow.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

    Ronald McAlpin
    Assistant U.S. Trustee
    ronald.mcalpin@usdoj.gov

    Office of the U.S. Trustee
    USTPRegion05.AB.ECF@usdoj.gov

SO CERTIFIED, this the 5TH day of August, 2010.

*/s/ Christopher R. Maddux*
Christopher R. Maddux

Jackson 5440754v1