IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO.    08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, Warehouse 86, LLC, (the "Debtor"), by its attorneys, hereby gives notice to the court of the following change of addresses:

>Brands on Sale
>2466 Lugonia Ave.
>Redlands, CA  92374-5003

THIS the 11th day of August, 2010.

>Respectfully submitted,
>
>**WAREHOUSE 86, LLC, THE DEBTOR AND
>DEBTOR-IN-POSSESSION**
>
>By:  s/ *Christopher R. Maddux*
>Stephen W. Rosenblatt, MS Bar No. 5676
>Christopher R. Maddux, MS Bar No. 100501
>BUTLER SNOW O'Mara STEVENS & CANNADA, PLLC
>1020 Highland Colony Parkway, Suite 1400
>Ridgeland, MS 239157
>Telephone:  (601) 985-4502
>Facsimile:   (601) 985-4500
>www.butlersnow.com

5465625-1

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

>Ronald McAlpin
>Assistant U.S. Trustee
>ronald.mcalpin@usdoj.gov

>Office of the U.S. Trustee
>USTPRegion05.AB.ECF@usdoj.gov

SO CERTIFIED, this the 11TH day of August, 2010.

>*/s/ Christopher R. Maddux*
>Christopher R. Maddux

5465625-1