IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO.    08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, Warehouse 86, LLC, (the "Debtor"), by its attorneys, hereby gives notice to the court of the following change of addresses:

    Baja Motorsports, LLC
    2801 S. Fair Lane, Suite 101
    Tempe, AZ  85282

    Mirna Maribel Carrillo
    2525 W. Campbell Ave. Apt. 125
    Phenix , AZ  85017-3784

THIS the 19th day of August, 2010.

    Respectfully submitted,

    **WAREHOUSE 86, LLC, THE DEBTOR AND
    DEBTOR-IN-POSSESSION**

    By:  s/ *Stephen W. Rosenblatt*
    Stephen W. Rosenblatt, MS Bar No. 5676
    Christopher R. Maddux, MS Bar No. 100501
    BUTLER SNOW O'Mara STEVENS & CANNADA, PLLC
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 239157
    Telephone:  (601) 985-4502
    Facsimile:  (601) 985-4500
    www.butlersnow.com

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

>Ronald McAlpin
>Assistant U.S. Trustee
>ronald.mcalpin@usdoj.gov

>Office of the U.S. Trustee
>USTPRegion05.AB.ECF@usdoj.gov

SO CERTIFIED, this the 19TH day of August, 2010.


>*/s/ Stephen W. Rosenblatt*
>Steephen W. Rosenblatt

Jackson 5501233v1