## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

---------------------------------------------------------------------x
: Case No. 08-03423-EE
In re: :
: Chapter 11
WAREHOUSE 86, LLC, :
:
Debtor. :
:
--------------------------------------------------------------------- x

### RESPONSE AND OBJECTION OF RADIOSHACK CORPORATION AND SCK, INC. TO THE MOTION OF WAREHOUSE 86, LLC TO RETAIN CONSULTANT

RadioShack Corporation ("RadioShack") and SCK, Inc. ("SCK"), creditors herein, as and for their Response and Objection to the Motion of Warehouse 86, LLC (the "Debtor") to Retain Consultant (Dkt. #245) (the "Motion"), respectfully represent:

1. By the Motion, the Debtor seeks entry of an order authorizing the retention and compensation of Ernest K. Strahan III as a consultant for the Debtor in the adversary proceeding (Adv. Pro. No. 09-00139-EE) concerning the Debtor's rights to certain insurance proceeds.

2. Yesterday, the parties to the adversary proceeding, subject to Court approval, reached a settlement of their dispute over the insurance proceeds. As part of the settlement, the parties agreed to submit to the Court a proposed agreed order dismissing all claims in the adversary proceeding. It is therefore unnecessary for the Debtor to retain and compensate Mr. Strahan as a consultant in the adversary proceeding, and thus the Motion should be denied.

3. RadioShack and SCK reserve the right to proffer additional grounds in support of this Response and Objection at the hearing to consider the Motion.

WHEREFORE, RadioShack respectfully requests that the Court deny the Motion and grant such other and further relief this Court deems proper and just.

Dated: August 25, 2010

    Respectfully submitted,

    SCK, INC. and RADIOSHACK CORPORATION

    /s/ Marcus M. Wilson
    Marcus M. Wilson (MS Bar #7308)
    W. Lee Watt (MS Bar #6998)
    Andrew R. Wilson (MS Bar #102862)
    BENNETT LOTTERHOS SULSER
    & WILSON, P.A.
    Pinnacle at Jackson Place
    190 East Capitol Street
    Suite 650
    Jackson, Mississippi 39201
    Telephone: (601) 944-0466
    Facsimile: (601) 944-0467
    mwilson@blswlaw.com
    lwatt@blswlaw.com
    awilson@blswlaw.com

    ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

- 3 -

**CERTIFICATE OF SERVICE**

I certify that I have this day filed the above paper with the Clerk of Court using the CM/ECF filing system, which sent an e-mail notification of such filing to the following:

Ronald McAlpin, Esq.
Ronald.McAlpin@USDOJ.gov

Stephen W. Rosenblatt, Esq.
Steve.Rosenblatt@butlersnow.com

Ms. Teresa M. Shippe
tshipe@kattworld.com

Edwin W. Christensen, Esq.
echristensen@overstock.com

Mr. Bobby Thomas
bthomas@abcthomas.com

Dated:  August 25, 2010

/s/ Marcus M. Wilson