| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**ROOM 101**<br>**100 EAST CAPITOL STREET** |

**Parties Noticed:**

Warehouse 86, LLC, Debtor–in–Possession

Stephen Rosenblatt, Esq.

Ronald McAlpin, Esq.

Marcus M. Wilson, Esq.

All parties listed as Notice of Appearance

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**   08–03423–ee

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Response and objection of Radioshack Corporation and SCK, Inc., to the Motion of Warehouse 86, LLC to retain consultant filed by Marcus Wilson** in regard to the above referenced case on **Tuesday, September 21, 2010** at **01:30 PM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 8/27/10                                               **EDWARD ELLINGTON**
                                                                                **U. S. BANKRUPTCY JUDGE**

hn002ee