|  |  |  |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 965−5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>JACKSON, MISSISSIPPI 39225−2448 | **MAILING ADDRESS:**<br>P. O. BOX 2448<br>**STREET ADDRESS:**<br>ROOM 101<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Warehouse 86, LLC, Debtor−in−Possession

Stephen Rosenblatt, Esq.

Ronald McAlpin, Esq.

Marcus M. Wilson, Esq.

All parties listed as Notice of Appearance

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**  08−03423−ee

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Response and objection of Radioshack Corporation and SCK, Inc., to the Motion of Warehouse 86, LLC to retain consultant filed by Marcus Wilson** in regard to the above referenced case on **Tuesday, September 21, 2010** at **01:30 PM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 8/27/10                                                            **EDWARD ELLINGTON**
                                                                              **U. S. BANKRUPTCY JUDGE**

hn002ee

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer               Page 1 of 1           Date Rcvd: Aug 27, 2010
Case: 08-03423                Form ID: hn002ee            Total Noticed: 5

The following entities were noticed by first class mail on Aug 29, 2010.
dbpos        +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
2732428      +Porsche Financial Services,    c/o King and Spencer,    Post Office Box 123,
               Jackson MS 39205-0123
2717312      +Stuart M Irby,    c/o Richard Montague,    4450 Old Canton Road, Ste 200,    Jackson MS 39211-5991
2754319      +Tennessee Department of Revenue,    c/o TN Attorney General's Office,    Bankruptcy Division,
               P O Box 20207,    Nashville TN 37202-4015

The following entities were noticed by electronic transmission on Aug 27, 2010.
2726307       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
               Mississippi State Tax Commission,    c/o Heather S Deaton,    P O Box 22828,    Jackson MS 39225
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**              **Signature:** _Joseph Speetjens_