IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

### NOTICE OF MOTION OF WAREHOUSE 86, LLC
### FOR AUTHORITY TO PAY INSURANCE PROCEEDS
### FOR "PROPERTY OF OTHERS" TO OWNER OF PROPERTY
[Dkt. # 254]

**PLEASE TAKE NOTICE** that Warehouse 86, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion for Authority to Pay Insurance Proceeds for "Property of Others" to Owner of Property* (the "Motion") [Dkt. # 254]. By the Motion, the Debtor seeks the authority to pay the $10,000.00 proceeds of the Property-of-Others Check for "Property of Others" to Eric Eilertsen, or to such party or parties as the court may direct. A copy of the Motion is attached to this Notice as Exhibit "A," and copy of the Motion and this Notice is being sent to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 on or before 21 days from the date of this Notice, and a copy shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 6010, Ridgeland, MS 39158-6010, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

**NOTICE IS FURTHER GIVEN** that in the event no written objection or other responsive pleading is timely filed, the Motion may be determined ex parte by the Court.

Dated: August 30, 2010.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
ATTORNEY FOR DEBTOR

EXHIBIT 1

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5535783v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                              )
                                    )
    WAREHOUSE 86, LLC               )     CASE NO.    08-03423-EE
                                    )     Chapter 11
         Debtor                     )
_____)

### MOTION OF WAREHOUSE 86, LLC FOR AUTHORITY TO PAY INSURANCE PROCEEDS FOR "PROPERTY OF OTHERS" TO OWNER OF PROPERTY

Warehouse 86, LLC, the Debtor and Debtor-in-Possession herein ("Debtor"), by its attorneys, files this *Motion for Authority to Pay Insurance Proceeds for "Property of Others" to Owner of Property* (the "Motion"). In support of the Motion, the Debtor presents to the Court the following:

#### Introduction

1.  On November 4, 2008 (the "Petition Date"), Debtor filed its Voluntary Petition in this bankruptcy case (the "Bankruptcy Case") under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor is continuing to manage its assets as Debtor in possession. No trustee or examiner has been appointed in this Bankruptcy Case.

2.  An Official Committee of Unsecured Creditors (the "Committee") was appointed in this Bankruptcy Case on November 19, 2008 [Dkt. # 062].



### Jurisdiction and Venue

3.  This Court has jurisdiction over this matter pursuant to 28 U. S. C. §§ 157 and 1334. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. This matter is governed by Rule 2002(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

4.  Prior to February 5, 2008, Debtor operated an on-line auction business. The Debtor leased corporate office and warehouse in Southaven, Mississippi at 481 Airport Industrial Drive, Southaven, Mississippi (the "Location").

5.  The Debtor occupied the Location under that certain Sublease with SCK, Inc., f/k/a S.C. Kiosks, Inc. ("SCK").

6.  The Debtor was the named insured in that certain commercial property insurance policy numbered 3A2-22-78-08, issued by Employers Mutual Casualty Insurance Company with effective dates from April 15, 2007 to April 15, 2008 (the "Policy"). In accordance with its obligations under the Sublease, SCK also was a named "loss payee" in the Policy with respect to the Location with respect to "Covered Property."

7.  The Policy had a $1,000,000 per occurrence loss limit for personal property loss, but it also have a separate per occurrence loss limit of $50,000 for business income loss, a $10,000 per occurrence loss limit for debris removal, a $25,000 per occurrence loss limit for extra expenses, and a $10,000 per occurrence loss limit for property of others.

8.  On or about February 5, 2008, the Debtor's corporate offices and its primary warehouse and distribution center at the Location were damaged by a tornado. In addition to damage to the building at the Location, the Debtor suffered losses for its owned inventory at the Location and for cleanup and repair expenses related to its inventory, as well as for its personal

property, such as its conveyor and racking system, other business personal property, business supplies, and for debris removal. In addition, the Debtor incurred covered losses for business income loss, as well as for extra expenses and claims preparations. In addition to the property owned by the Debtor that was damaged by the tornado, SCK had leased certain conveyors and racking to the Debtor, and a portion of that equipment also was damaged by the tornado. All of these losses suffered by the Debtor were covered under the Policy (collectively, the "Tornado Loss").

9. On or about February 11, 2008, during cleanup operations from the tornado, the Location was further damaged by a fire. In addition to damage to the building at the Location, the Debtor suffered losses for its owned inventory at the Location, as well as for its personal property such as its betterments and improvements and the conveyor and racking system, and for debris removal. In addition, the Debtor incurred business income loss. In addition to the property owned by the Debtor that was damaged by the fire, SCK had leased certain conveyors and racking to the Debtor, and a portion of that equipment also was damaged by the fire. All of these losses suffered by the Debtor were covered under the Policy (collectively, the "Fire Loss").

10. Following extensive negotiations with EMC, the Debtor secured a settlement of claims for the Tornado Loss and for the Fire Loss for close to the limits of liability of the Policy. EMC has tendered the total amount of $2,099,882.35 (the "Insurance Proceeds") in four checks made payable to Debtor and SCK, as follows:

| Date | Payees | Check Number | Amount |
| --- | --- | --- | --- |
| 07/23/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03305822 | $1,060,000.00 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306059 | $979,882.35 |
| 08/12/2009 | Warehouse 86, LLC and SC Kiosks, Inc. | H03306060 | $50,000.00 |
| 07/22/2009 | Warehouse 86, LLC | H03305808 | $10,000.00 |
| Total | | | $2,099,882.35 |

11. Of the Insurance Proceeds totaling $1,060,000.00 represented by Check Number H03305822 for the fire loss, the subcategories and sub-policy limits under which the payments were made were as follows:

    (A) $1,000,000.00 – payments for personal property losses (policy limits);

    (B) $50,000 – payments of the sublimits for Business Income loss and Extra Expenses (sub-policy limits); and

    (C) $10,000.00 – payment for debris removal (sub-policy limits).

12. Of the Insurance Proceeds represented by Check Numbers H03306059 ($979,882.35) and H03306060 ($50,000.00) for the tornado loss, the subcategories and sub-policy limits under which the payments were made were as follows:

    (A) $979,882.35 – payments for all personal property losses (check number H03306059); and

    (B) $50,000 – payment of the sublimit for Business Income loss (check number H033060600

13. The Insurance Proceeds described in paragraphs 12 and 13 above were endorsed by both the Debtor and SCK and were deposited into the registry of the Court on August 26, 2009 pending determination by the Court of the extent to which each party is entitled to those funds. *See Order Approving Joint Motion of Warehouse 86 LLC and SCK, Inc f/k/a Kiosks, Inc for authority to deposit Insurance proceeds into the registry of the court in contemplation of the filing of a Complaint for Declaratory Judgment,* entered on August 26, 2009 [Dkt. # 184] and the receipts filed by the deputy clerk of the Bankruptcy Court on August 26, 2009 reflecting such deposits.

08-03423-ee   Dkt 258-1   Filed 08/31/10   Entered 08/31/10 11:46:31   Page 7 of 17

Case 08-03423-ee    Doc 254    Filed 08/26/10    Entered 08/26/10 16:27:16    Desc Main
                    Document      Page 5 of 8

14.     On November 2, 2009, SCK and RadioShack Corporation filed a Complaint for Declaratory Judgment against Warehouse 86, LLC in this Bankruptcy Case, Adversary Proceeding No. 09-00139 [Dkt. # 197] to determine the rights to the Insurance Proceeds listed above, and that matter is now pending in the Bankruptcy Court. On December 1, 2009, the Debtor filed its Answer and Defenses to the Complaint [Dkt. # 205]. A mediation was conducted before Honorable David W. Houston III on August 24, 2010.

15.     In addition to the Insurance Proceeds represented by Check Numbers H03305822, H03306059 and H03306060, the Debtor also received Insurance Proceeds represented by Check Number H03305808, in the amount of $10,000.00 (the "Property-of-Others Check") , a copy of which is attached hereto as Exhibit "B."

16.     The $10,000 Property-of-Others Check was the amount of the sub-policy limits for "property of others," which was a payment for the personal property of Eric Eilertsen ("Eilertsen") that was located in the office of the Debtor at the Location that was destroyed. Eilertsen is a former equity interest holder in and a member of the Debtor. The $10,000 Property-of-Others Check was endorsed by the Debtor and deposited into the Debtor's account pending authorization by Order of the Court to disburse it.

17.     The Property-of-Others Check was made payable only to the Debtor because SCK had no interest in the "property of others." "Property of Others" is defined in the Insurance Policy as follows:

"A.  Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

    1.    Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, A.1., and limited in A.2., Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

...

    c.    **Personal Property Of Others** that is:
        (1)    In your care, custody or control; and
        (2)    Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property."

18.    Although other equity members of the Debtor had some personal property at the Location that was destroyed, Eilertsen owned the vast majority of the "property of others." The total value of the "Property of Others" was far in excess of the $10,000 sub-limits of the Insurance Policy. Furthermore, the other persons who had their own personal property at the Location have agreed to allow Eilertsen to receive the entire proceeds of the $10,000 Property-of-Others Check paid by the Insurance Company.

19.    The Debtor, therefore, requests that it be authorized to disburse to Eilertsen the proceeds of the $10,000 Property-of-Others Check for the insurance proceeds for the "Property of Others," or to such other party or parties as the Court may direct.

WHEREFORE, the Debtor requests that the Court authorize the Debtor to pay the $10,000.00 proceeds of the Property-of-Others Check for "Property of Others" to Eric Eilertsen,

or to such party or parties as the Court may direct. Warehouse 86, LLC further prays for such other general or other special relief to which, in equity, it might be entitled.

Dated: August 26, 2010.

> Respectfully submitted,
>
> WAREHOUSE 86, LLC
>
> By: *s/Stephen W. Rosenblatt*
> STEPHEN W. ROSENBLATT (Miss. Bar # 5676)
> PAUL M. ELLIS (Miss. Bar # 102259)
> Its Attorneys

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

Dated: August 26, 2010.

                                      *s/ Stephen W. Rosenblatt*
                                      STEPHEN W. ROSENBLATT

Jackson 5441480v1

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Mon Aug 30 14:01:01 CDT 2010

Fifth Third Bank
King & Spencer
Post Office Box 123
Jackson, MS 39205-0123

Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828

Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121-5952

Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123

Receivable Management Services
c/o Phyllis A. Hayes
307 International Circle, Ste 270
Hunt Valley, MD 21030-1322

Tennessee Dept of Revenue
c/o TN Attorney General Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-4015

Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236-6692

U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York NY 10270-0002

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308

Allied Waste Serv #493
48 Landfill Rd
Leland MS 38756-9721

Allied Waste Serv #837
48 Landfill Rd.
Leland MS 38756-9721

Allied Waste Serv #868
48 Landfill Rd.
Leland MS 38756-9721

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Intematl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402

Amerigas
545 W 12 Street
Ogden, LTT 84404-5401

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

(c)AUDIOVOX SPEC. APPLIC.
2602 MARINA DR
ELKHART IN  46514-8642

Baja Motorsports, LLC
2801 S. Fair Lane, Suite 101
Tempe, AZ 85282-3199

EXHIBIT 2

| | | |
|---|---|---|
| Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>2466 Lugonia Ave.<br>Redlands, CA  92374-5003 |
| Budge Rent A Car Systems LLC<br>Basham & Scott<br>P O Box 450676<br>Houston TX 77245-0676 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 |
| City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ  85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |
| Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 |
| EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 |
| Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 |
| FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 | Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 |

| | | |
|---|---|---|
| First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>2760 S Wadman Dr<br>Ogden, UT 84401-3471 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 |
| HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON K1A1A8<br>Canada |
| Isaac Amavizca<br>3622 W. Oregon Avenue<br>Phoenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 |
| Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 |
| Louis E. Sagar<br>598 Broadway<br>New York, NY 10012 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 |
| Marcus M. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, MS 39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 |
| Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 |

| | | |
|---|---|---|
| Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>2525 W. Campbell Ave., Apt. 125<br>Phoenix AZ 85017-3784 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS 39225-3050 |
| Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 |
| Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 |
| Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 |
| Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 |
| Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 |
| RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 |
| S & B Packaging Inc<br>d/b/a Caboodles<br>6934-A Interstate Blvd<br>Horn Lake MS 38637-1445 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 |
| SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN 38173-0743 |

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Sprint
P O Box 8077
London KY 40742-8077

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991


Stuart M. Irby
3940 Stuart Place
Jackson MS 39211-6752

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

TWG Innov. Solutions
f/k/a Aon Innov Solutions
Attn: VP Operations, Lisa Schizas,
13922 Denver West Pkwy
Golden CO 80401-3142


TWG Innovative Solutions Inc
c/o William J Sparer, Counsel
The Warranty Group
175 West Jackson Blvd
Chicago IL 60604-2615

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661


Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Tennessee Department of Revenue
c/o Attorney General
P O Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville TN 37202-4015


The Commis of Revenue of the State of TN
Tax Enforcement Divison
c/o Attorney General
P. O. Box 20207
Nashville, TN 37202-4015

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801


Transport Express,Inc.
P.O. Box 69207
Seattle, WA 98168-9207

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126


U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

U S Trustee
100 w Capitol St., Ste 706
Jackson MS 39269-1607

UNITED PARCEL SERVICE
C/O RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126


UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

UPS
Lockbox 577
Carol Stream, IL 60132-0001

UPS Freight
P.O. Box 6109
Westerville, OH 43086-6109


Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Verizon Wireless
P O Box 3397
Bloomington IL 61702-3397


Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

Warehouse 86, LLC
c/o Christopher R. Maddux
P O Box 6010
Ridgeland MS 39158-6010

| | | |
|---|---|---|
| Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 |
| Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 |
| John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)RadioShack Corporation and SCK, Inc. f/k/a | (u)CH Enterprises<br>4829 S. Ridgeline Drive<br>RETURNED MAIL 5-5-10 | (d)Eric L. Eilertsen<br>1878 Laurel Ln.<br>Germantown TN 38139-6954 |
| (u)Jennifer D. Jones<br>10 1 Warren St., #20<br>RETURNED MAIL 11/17/2008 | (d)Tennessee Dept of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-4015 | (d)Keith Martin Mack<br>2949 Los Robles Rd<br>Thousand Oaks, CA 91362-3320 |

End of Label Matrix
Mailable recipients   160
Bypassed recipients     6
Total                 166