IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                              )
                                                    )
    WAREHOUSE 86, LLC                  )         CASE NO.    08-03423-EE
                                                    )         Chapter 11
        Debtor                          )
_____ )

## NOTICE OF CHANGE OF ADDRESS

      COMES NOW, Warehouse 86, LLC, (the "Debtor"), by its attorneys, hereby gives notice to the court of the following change of addresses:

    Baja Motorsports, LLC
    2955 S. 18th Place
    Phoenix, AZ  85034

    Mirna Maribel Carrillo
    4230 N. 50th Drive
    Phoenix , AZ  85031

    UPS Freight
    611 Park Meadow Road
    Westerville, OH  43081

    S & B Packaging, Inc.
    8901 First Industrial Dr.
    Southaven, MS  38671

    H&E Equipment Services, Inc.
    4899 W. 2100 Street
    Salt Lake City, UT  84120-1225

THIS the 30th day of September, 2010.

                Respectfully submitted,

                **WAREHOUSE 86, LLC, THE DEBTOR AND
                  DEBTOR-IN-POSSESSION**

                By:  s/ *Stephen W. Rosenblatt*
                Stephen W. Rosenblatt, MS Bar No. 5676
                Christopher R. Maddux, MS Bar No. 100501
                BUTLER SNOW O'MARA STEVENS & CANNADA, PLLC
                1020 Highland Colony Parkway, Suite 1400

08-03423-ee   Dkt 260   Filed 09/30/10   Entered 09/30/10 10:30:22   Page 2 of 2

Ridgeland, MS 239157
Telephone:  (601) 985-4502
Facsimile:   (601) 985-4500
www.butlersnow.com

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and that the same was served electronically on all parties enlisted to receive service electronically and separately served by email the following:

Ronald McAlpin
Assistant U.S. Trustee
ronald.mcalpin@usdoj.gov

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

SO CERTIFIED, this the 30TH day of September, 2010.

*/s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt

Jackson 5501233v1