IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                          )
                                                )
    WAREHOUSE 86, LLC                           )       CASE NO. 08-03423-EE
                                                )       Chapter 11
    Debtor                                      )
_____             )

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Stephen W. Rosenblatt (the "Affiant"), attorney for the Debtor, who after having been first by me duly sworn, states on oath that this Affidavit is submitted in support of the Fourth Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Compensation and Reimbursement of Necessary Expenses (the "Application") and that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of its reasonable fees and expenses.

                                                  _____
                                                  STEPHEN W. ROSENBLATT

STATE OF MISSISSIPPI
COUNTY OF MADISON

    SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of September, 2010.

                                                  _____
                                                  NOTARY PUBLIC

My Commission Expires: 2-20-11

Jackson 5612166v1





EXHIBIT A