

BUTLER | SNOW

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Mr. Ernest K. Strahan III
Warehouse 86, LLC
P. O. Box 17361
Memphis, TN 38187

September 30, 2010
Statement:  378624
Matter ID:  027821.66957
Billing Attorney:
   Stephen W. Rosenblatt
Due Date:  October 15, 2010

## STATEMENT SUMMARY

For Services Rendered Through September 15, 2010

**Client:** Warehouse 86, LLC
**Matter:** Chapter 11 Bankruptcy

| | |
|---|---:|
| **TOTAL FEES FOR CURRENT BILLING PERIOD** | $85,030.50 |
| **TOTAL COSTS FOR CURRENT BILLING PERIOD** | $4,113.64 |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | $89,144.14 |
| Total Of Unpaid Balances From Prior Statements* | 0.00 |
| **TOTAL AMOUNT DUE FOR THIS MATTER** | 89,144.14 |

*NOTE:  Payments received since the last statement and applied to prior statements -*   $0.00

### AGING OF ACCOUNTS RECEIVABLE

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 89,144.14 | 0.00 | 0.00 | 0.00 | 0.00 |

*UNPAID BALANCES FROM PRIOR STATEMENTS



EXHIBIT
B

TAX I.D. 64-0331849



BUTLER | SNOW

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Post Office Box 6010
Ridgeland, MS  39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Mr. Ernest K. Strahan III
Warehouse 86, LLC
P. O. Box 17361
Memphis, TN 38187

September 30, 2010
Statement:  378624
Matter:  027821.66957
Billing Attorney:
                Stephen W. Rosenblatt
Due Date:  October 15, 2010

## STATEMENT

For Services Rendered Through September 15, 2010

Client:  Warehouse 86, LLC
Matter:  Chapter 11 Bankruptcy

## PROFESSIONAL FEES

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|------|---|-------------|-------|--------|
| 4/1/2010 | RMF | Telephone conferences with L. Watt, attorney for SCK, re: production of Warehouse 86 email (.4); email to L. Watt re: same; (.2); email to group re: same ).2). | 0.80 | 216.00 |
| 4/1/2010 | RMF | Telephone conference and office visit with R. Booker to get his affidavit signed (.5). | 0.50 | 135.00 |
| 4/1/2010 | SWR | Correspondence with Bob Frey regarding notice of 30(b)(6) deposition of Warehouse 86, LLC; request for emails and insurance claim (.3); correspondence with Bob Frey regarding motion for partial summary judgment (.3). | 0.60 | 180.00 |
| 4/2/2010 | RMF | Review documents produced by IDI (.7); email to group re: same (.1). | 0.80 | 216.00 |
| 4/5/2010 | RMF | Meet with SWR to go over various discovery demands from SCK (.9); follow-up on same (.1). | 1.00 | 270.00 |
| 4/5/2010 | SWR | Conference with Bob Frey regarding analyzing and responding to various discovery issues (.9); correspondence with Bob Frey and Ernie Strahan regarding response of IDI to subpoena from SCK (.2). | 1.10 | 330.00 |
| 4/6/2010 | RMF | Continue work on responding to SCK's demands for emails (.6). | 0.60 | 162.00 |
| 4/6/2010 | SWR | Correspondence with Bob Frey regarding status report to Eddie Christiansen regarding litigation with SCK (.2); correspondence with Eddie Christiansen regarding same and basis of compensation (.5); work on application for compensation for Butler Snow (.4); correspondence with Bob Frey regarding request for emails to and from EMC (.2); perform search for emails to or from EMC (.7); correspondence with Bob Frey regarding same (.3); | 2.50 | 750.00 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:  378624
Page  2

| Date | | Description | | |
|---|---|---|---|---|
| | | correspondence with Bob Frey regarding 30(b)(6) deposition of Warehouse 86 (.2). | | |
| 4/7/2010 | RMF | Continue work on responding to SCK's demands for emails and for 30(b)(6) deposition (1.6). | 1.60 | 432.00 |
| 4/7/2010 | SWR | Review 21-day notice to SCK regarding motion for partial summary judgment (.1); correspondence and conference with Bob Frey and Ernie Strahan regarding SCK's Rule 30(b)(6) examination of Debtor (.3). | 0.40 | 120.00 |
| 4/8/2010 | SWR | Correspondence with Bob Frey regarding discovery matters. | 0.10 | 30.00 |
| 4/9/2010 | RMF | Telephone conference from L. Watt re: claim under umbrella policy, and claim for theft, and re: Butler Snow emails produced (.3). | 0.30 | 81.00 |
| 4/13/2010 | SWR | Research additional issues for motion for partial summary judgment reply brief (1.7); correspondence with Ernie Strahan regarding Utah property taxes (.2). | 1.90 | 570.00 |
| 4/14/2010 | RMF | Draft and serve second request for documents, per suggestion of SWR (.4). | 0.40 | 108.00 |
| 4/14/2010 | RMF | Follow up with insurance agent on Lee Watt's inquiry about umbrella policy, theft claim (.3). | 0.30 | 81.00 |
| 4/14/2010 | SWR | Telephone conference with Bob Frey regarding additional research for motion for partial summary judgment (.2); correspondence with Bob Frey regarding theft claim (.1); telephone conference with Bob Frey regarding same (.1). | 0.40 | 120.00 |
| 4/15/2010 | RMF | Preliminary research into meaning and interpretation of policy provisions (.4). | 0.40 | 108.00 |
| 4/15/2010 | AHN | Additional research on interpretation and construction of provisions of insurance policy (2.1). | 2.10 | 168.00 |
| 4/15/2010 | SWR | Correspondence with Bob Frey and Ashley Nader regarding insurance policy terms (.4). | 0.40 | 120.00 |
| 4/16/2010 | SWR | Work on and finalize fee application (.6); review discovery responses of SCK (.5); correspondence with Eddie Christensen regarding same and basis for handling litigation (.3); correspondence with Ron McAlpin regarding same (.2); correspondence with Ernie Strahan regarding same (.1); correspondence with Ernie Strahan regarding Utah taxing authorities (.3). | 2.00 | 600.00 |
| 4/19/2010 | RMF | Respond to SCK's demand for 30(b)(6) deposition dates (.4). | 0.40 | 108.00 |
| 4/19/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding discovery (.3); telephone conference with Ernie Strahan and Bob Frey regarding same (.3). | 0.60 | 180.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   3

| 4/20/2010 | RMF | Continue attempting to negotiate reasonable solution to SCK's demand for deposition date (.2). | 0.20 | 54.00 |
|---|---|---|---|---|
| 4/20/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding discovery (.3). | 0.30 | 90.00 |
| 4/22/2010 | RMF | Continue work on scheduling deposition demanded by SCK (.2). | 0.20 | 54.00 |
| 4/22/2010 | SWR | Correspondence with Lisa McDaniel regarding March monthly operating report (.2); prepare and file certificate of service for fee application (.2); correspondence with unsecured creditors' committee regarding fee application (.2); correspondence with Bob Frey regarding depositions (.2); correspondence with Ron McAlpin regarding March monthly operating report (.2). | 1.00 | 300.00 |
| 4/23/2010 | RMF | Continue work on scheduling deposition demanded by SCK (.8); finalize and transmit objections to SCK's 30(b)(6) notice of deposition (.4); lengthy telephone conference with L. Watt re: same (.3); follow-up email to him re: same (.3); telephone conference from E. Strahan re: same (.2). | 2.00 | 540.00 |
| 4/23/2010 | AHN | Work on Warehouse's objections to notice of FRCP 30(b)(6) deposition (1.1). | 1.10 | 88.00 |
| 4/23/2010 | SWR | Correspondence with Paul Calhoun regarding application for compensation (.1); begin work on application for compensation for Haddox Reid (.3); review pleadings and correspondence regarding discovery (.2); correspondence with Bob Frey regarding discovery by SCK (.2). | 0.80 | 240.00 |
| 4/26/2010 | SWR | Prepare Affidavit for Haddox, Reid application (.2); correspondence with Paul Calhoun regarding same (.2); work on application for compensation of Haddox Reid (.4). | 0.80 | 240.00 |
| 4/27/2010 | RMF | Work on notice of deposition for SCK (.4). | 0.40 | 108.00 |
| 4/27/2010 | SWR | Correspondence with Bob Frey regarding dispute with SCK regarding rule 30(b)(6) deposition (.2). | 0.20 | 60.00 |
| 4/28/2010 | RMF | Email from L. Watt re: upcoming deposition (.1); reply to same and forward email and reply to SWR for his input (.1); office conference with SWR (.2); further emails with L. Watt (.1). | 0.50 | 135.00 |
| 4/28/2010 | SWR | Correspondence with Kimber McDowell regarding order on objections to subpoena (.1); correspondence with Lee Watts, Scott Jones, Trey Manhein and Marcus Wilson regarding preparation of order (.2); correspondence with Trey Dellinger and Scott Jones regarding resolution of issues related to document subpoena (.2); correspondence and telephone conference with Bob Frey regarding disagreements concerning deposition of Ernie | 0.90 | 270.00 |



|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Strahan (.3); correspondence with Bob Frey regarding response of SCK and RadioShack to motion for partial summary judgment (.1). |  |  |
| 4/29/2010 | RMF | Begin working on rebuttal to SCK's response to our motion for summary judgment (5.2). | 5.20 | 1,404.00 |
| 4/29/2010 | SWR | Review response of SCK and RadioShack to motion for partial summary judgment (.5). | 0.50 | 150.00 |
| 4/30/2010 | RMF | Continue work on rebuttal in support of motion for summary judgment (6.5). | 6.50 | 1,755.00 |
| 4/30/2010 | SWR | Conference with Bob Frey regarding discovery and review of SCK's position of claim of Debtor under insurance policy (.4); correspondence with Bob Frey regarding discovery (.2). | 0.60 | 180.00 |
| 5/3/2010 | RMF | Meet with E. Strahan to prepare for 30(b)(6) deposition of Warehouse 86 (1.5). | 1.50 | 405.00 |
| 5/3/2010 | SWR | Correspondence with Trey Dellinger et al. regarding order on subpoena dispute (.2); correspondence with Paul Calhoun regarding affidavit (.2); correspondence and conference with Bob Frey regarding deadline for rebuttal brief (.2); correspondence with Andrew Wilson regarding agreed order permitting supplemental response (.1); conference with Bob Frey regarding same (.1); correspondence with Ernie Strahan regarding payments to RadioShack (.3);. | 1.10 | 330.00 |
| 5/4/2010 | SWR | Correspondence with Bob Frey regarding timing of filing of rebuttal brief (.2); correspondence with Gregg Caraway regarding order resolving subpoena dispute (.2); finalize and file application for compensation of Haddox Reid (.2). | 0.60 | 180.00 |
| 5/5/2010 | RMF | Defend and debrief from SCK's 30(b)(6) deposition of Warehouse 86 (8.1). | 8.10 | 2,187.00 |
| 5/5/2010 | SWR | Correspondence with Bob Frey regarding payment of rent under sublease (.3); correspondence with counsel for interested parties regarding agreed order on discovery (.2); prepare and file certificate of service of notice of third application for Haddox Reid (.1). | 0.60 | 180.00 |
| 5/6/2010 | RMF | Follow up with E. Strahan (.2), SWR (.2) & J. Marchetti (1) on "all risk" issues raised at yesterday's deposition; reach agreement on deadline for rebuttal memorandum (.2). | 0.70 | 189.00 |
| 5/6/2010 | SWR | Correspondence with Ernie Strahan regarding emails regarding insurance (.2); conference with Bob Frey regarding same (.2); telephone conference with Ernie Strahan and Bob Frey regarding same (.3); correspondence with Bob Frey regarding rebuttal brief (.1); | 2.60 | 780.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   5

| | | | | |
|---|---|---|---|---|
| | | correspondence with Bob Frey regarding addition documents requested by SCK (.2); correspondence with Paul Calhoun regarding same (.2); research on scope of constructive fraudulent transfer (1.4). | | |
| 5/7/2010 | RMF | Work on rebuttal in support of motion for summary judgment (5.4); remind SCK of our request for 30(b)(6) deposition dates (.1). | 5.50 | 1,485.00 |
| 5/7/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery matters and amending scheduling orders (.3); correspondence with Paul Ellis regarding additional research on waiver (.1). | 0.40 | 120.00 |
| 5/10/2010 | RMF | Respond to various emails and calls from L. Watt essentially proposing extension of deadlines for discovery and expert designations (.3); continue work on rebuttal in support of motion for summary judgment (5.5). | 5.80 | 1,566.00 |
| 5/10/2010 | SWR | Review SCK's amended answer to counterclaim (.2); correspondence and conference with Bob Frey regarding SCK's motion to amend answer and defenses to counterclaim (.3); review designation of experts by SCK (.2). | 0.70 | 210.00 |
| 5/11/2010 | RMF | Exchange emails with L. Watt (.2); consult with SWR, on additional discovery needed, or desired by SCK, and re: scope of subpoena to Marchetti firm (.6). | 0.80 | 216.00 |
| 5/11/2010 | SWR | Conference with Bob Frey regarding mediation of dispute with SCK (.3); correspondence and conference with Bob Frey regarding production of documents by Marchetti Robertson & Brickell (.3); correspondence with Bob Frey regarding additional discovery (.5); correspondence with Paul Calhoun regarding 2008 tax return (.2); correspondence with Bob Frey regarding same (.2); correspondence with Marcus Wilson and Lee Watt regarding mediation of dispute (.3); telephone conference with Brad Fehn regarding status of Vertex machines (.3); correspondence with Ernie Strahan regarding same (.2); correspondence with Brad Fehn regarding same (.2). | 2.50 | 750.00 |
| 5/12/2010 | RMF | Conference with Ashley Nader regarding motion to strike SCK's expert "designation" (.2); email to L. Watt with proposed order establishing deadline for our rebuttal in support of motion for summary judgment (.1). | 0.30 | 81.00 |
| 5/12/2010 | AHN | Work on motion to strike plaintiffs' expert designations (2.1). | 2.10 | 168.00 |
| 5/12/2010 | SWR | Correspondence with Brad Fehn regarding Expando machines (.2); correspondence with Ernie Strahan regarding same (.1); voice mail from Ernie Strahan regarding same (.1); correspondence with Marcus Wilson | 0.80 | 240.00 |

# BUTLER | SNOW

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding response of SCK to suggestion of mediation (.2); correspondence with Bob Frey regarding same (.2). | | |
| 5/13/2010 | RMF | Work on motion to strike SCK's expert designation (.2). | 0.20 | 54.00 |
| 5/13/2010 | AHN | Work on motion to strike plaintiffs' experts (3.3). | 3.30 | 264.00 |
| 5/14/2010 | RMF | Prepare and submit agreed order establishing deadline for rebuttal (.1); email from and telephone conference with L. Watt re: discovery issues (.2). | 0.30 | 81.00 |
| 5/14/2010 | SWR | Correspondence with Bob Frey regarding order submitted to Judge Ellington (.2). | 0.20 | 60.00 |
| 5/17/2010 | RMF | Submit agreed order establishing deadline for rebuttal in support of motion for partial summary judgment (.1); communicate with SCK attorney re: deposition dates (.2); work on motion to strike SCK's expert designation (4.1). | 4.40 | 1,188.00 |
| 5/17/2010 | SWR | Correspondence with Bob Frey regarding complaint (.1); review supplemental response filed by SCK (.2); review agreed order on briefing (.1); review correspondence regarding deposition dates (.1). | 0.50 | 150.00 |
| 5/18/2010 | RMF | Continue work on rebuttal in support of motion for partial summary judgment (2.5). | 2.50 | 675.00 |
| 5/19/2010 | RMF | Inspect documents at offices of SCK's attorney and meet with him afterwards in response to his request (3.5); review and respond to lengthy email from him re: additional discovery demands (.8); telephone conference with E. Strahan re: SCK's demand for records owned by Sellertech (.2). | 4.50 | 1,215.00 |
| 5/19/2010 | SWR | Telephone call from Richard Booker regarding call from Lee Watts (.1); correspondence with Bob Frey regarding same (.2); correspondence with Bob Frey regarding discovery disputes (.2); correspondence with United States Trustee regarding compensation for debtor's representative (.2); correspondence with Bob Frey regarding effect of security interest of named insured Irby in collateral (.2); telephone conference with Paul Ellis regarding research results (.3); correspondence with Paul Ellis regarding same (.3). | 1.50 | 450.00 |
| 5/20/2010 | PME | Legal research re: what constitutes "value" within meaning of fraudulent conveyance provision of bankruptcy code (1.1); draft memo to S. Rosenblatt re: findings (1.5). | 2.60 | 416.00 |
| 5/20/2010 | RMF | Finish first complete draft of rebuttal in support of motion for summary judgment (3.5); draft affidavit in support (.2); research response to SCK's demand for Sellertech data (.3); email L. Watt with question re: same. | 4.00 | 1,080.00 |
| 5/20/2010 | SWR | Correspondence with Ron McAlpin regarding | 1.90 | 570.00 |



Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 7

| | | | | |
|---|---|---|---|---|
| | | compensation for Ernie Strahan (.2); work on correspondence with to unsecured creditors' committee regarding same (.3); telephone conference with Ernie Strahan regarding financial information on Debtor and status of data stored on computers (.4); correspondence with Ernie Strahan regarding same (.4); conference with Bob Frey regarding same (.2); correspondence with Lee Watt regarding responses and objections of SCK to Debtor's second request for production (.1); correspondence with Bob Frey regarding rebuttal brief and discovery disputes (.3). | | |
| 5/21/2010 | RMF | Continue working on appropriate response to SCK's demand for documents sufficient to educate their attorney about "everything there is to know" about Warehouse 86's inventory (.6); email to L. Watt, reminding him of our need for an answer to the question we put to him by email the other day about the source of the report that supposedly confuses him (.2); telephone conference with R. Booker re: SCK's desire to depose him (.2); telephone conference with E. Strahan re: draft affidavit in support of motion for partial summary judgment (.4) . | 1.40 | 378.00 |
| 5/21/2010 | SWR | Correspondence with Bob Frey regarding deposition of Richard Booker (.1); correspondence with Bob Frey regarding rebuttal brief (.1); correspondence with Bob Frey regarding proposed email to Lee Watt regarding information on computer (.2); correspondence with Bob Frey regarding effect of Irby security interest (.1). | 0.50 | 150.00 |
| 5/24/2010 | RMF | Many emails re: SCK's attempt to schedule additional depositions (Marchetti, Eilertson, St. James, Booker), and re: SCK's demand for follow-up on questions put to Mr. Strahan (.5); finalize and file Strahan affidavit and rebuttal in support of motion for partial summary judgment (5.5). | 6.00 | 1,620.00 |
| 5/24/2010 | SWR | Conference with Bob Frey regarding affidavit of Ernie Strahan (.2); correspondence with Bob Frey regarding Irby as loss payee (.2); work on rebuttal brief in support of motion for partial summary judgment (1.3); conference with Bob Frey regarding same (.2); correspondence with Bob Frey regarding notice to SCK of loss and opportunity to participate in adjustment (.3); correspondence with Bob Frey regarding motion for status conference (.2). | 2.40 | 720.00 |
| 5/25/2010 | RMF | Continue working to respond to SCK's demand for follow-up on questions put to Mr. Strahan (.4); prepare to take 30(b)(6) deposition of SCK & RadioShack (6.4). | 6.80 | 1,836.00 |
| 5/25/2010 | CBMA | Review file and preparation of index of documents produced to date (.6). | 0.60 | 57.00 |
| 5/25/2010 | SWR | Correspondence with Bob Frey regarding discovery issues | 0.70 | 210.00 |



|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and effect of Irby being a loss payee (.4); review records regarding same (.3). |  |  |
| 5/26/2010 | RMF | Conduct 30(b)(6) deposition of SCK & RadioShack (4.5); telephone conference with SWR re: same (.1); begin drafting motion to compel (1.5); telephone conference to & email from J. Marchetti re: his upcoming deposition (.3). | 6.40 | 1,728.00 |
| 5/26/2010 | SWR | Review pleadings filed in bankruptcy case by SCK (.2); correspondence and telephone conference with Eric Eilertsen regarding status of insurance claim (.2). | 0.40 | 120.00 |
| 5/27/2010 | RMF | Finalize draft motion to compel and forward same to SWR (1.1). | 1.10 | 297.00 |
| 5/27/2010 | SWR | Work on applications for compensation for Butler Snow and Haddox Reid (.6); correspondence with Bob Frey regarding motion to compel and other discovery matters (.3). | 0.90 | 270.00 |
| 5/28/2010 | RMF | Respond to various emails from L. Watt re: discovery (.3); work on motion for status conference (1.9); work with SWR & E. Strahan on Sellertech issues (.5); draft email to L. Watt re: same (.2); locate, in documents produced to SCK, the computer generated report about which L. Watt claims to need additional answers, derived from Sellertech data (.3). | 3.20 | 864.00 |
| 5/28/2010 | SWR | Finalize order approving fee application of Butler Snow and submit same to court for entry (.2); finalize order approving fee application of Haddox Reid and submit same to court for entry (.2); work on motion for status confernce (.8); correspondence with Bob Frey regarding same (.2); finalize and file same (.2); correspondence with Bob Frey regarding discovery disputes (.3); correspondence with Ernie Strahan regarding preservation of data (.3); review emails to and from Lee Watt regarding Sellertech data (.3); correspondence with Lee Watt regarding status conference (.2) . | 2.70 | 810.00 |
| 5/31/2010 | SWR | Correspondence with Marcus Wilson, Lee Watt and Bob Frey regarding request for status conference and available dates (.2). | 0.20 | 60.00 |
| 6/1/2010 | RMF | Repeated attempts to schedule earlier hearing on our motion for status conference (.4); short telephone conference with Judge and opposing counsel re: same (.2); email to SWR re: same (.1). | 0.70 | 189.00 |
| 6/1/2010 | SWR | Correspondence with Bob Frey regarding status conference and discovery disputes (.3); correspondence with Ernie Strahan regarding accessibility to Sellertech data (.1); correspondence with Ernie Strahan regarding April monthly operating report (.2). | 0.60 | 180.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page  9

| | | | | |
|---|---|---|---|---|
| 6/2/2010 | RMF | Prepare for and attend SCK/RadioShack deposition of John Marchetti (3.0); report on same to SWR (.2); respond to emails from L. Watt re: St. James and Booker depositions (.2). | 3.40 | 918.00 |
| 6/2/2010 | SWR | Review April monthly operating report and correspondence to Onida Huhn regarding prepare for filing (.2); correspondence with Bob Frey and Ernie Strahan regarding additional discovery by SCK (.3); correspondence with Marcus Wilson and Bob Frey regarding Booker deposition (.2). | 0.70 | 210.00 |
| 6/3/2010 | RMF | Review subpoena to Sellertech and begin working on motion to quash (.9); review SCK's motion to extend discovery deadline, and begin working on response (.8); respond to additional emails from L. Watt re: Booker deposition and Sellertech subpoena (.3); check transcript of Strahan deposition for testimony referenced by SCK re: Sellertech (.2). | 2.20 | 594.00 |
| 6/3/2010 | SWR | File April monthly operating report (.1); review correspondence to Sellertech regarding preservation of documents and information (.3); review notice of subpoena to SellerTech and correspondence with Ernie Strahan regarding same (.2); correspondence and conference with Bob Frey regarding objection to same (.3); correspondence with Bob Frey regarding response on Booker deposition notice (.3); correspondence with unsecured creditors' committee regarding Ernie Strahan as consultant (.4); telephone conference with Marcus Wilson regarding settlement discussion (.3); correspondence with Ernie Strahan regarding Eilertsen deposition (.2). | 2.10 | 630.00 |
| 6/4/2010 | RMF | Work to assist in preparing settlement proposal, based on language of loss payable clause in EMC policy (1.4). | 1.40 | 378.00 |
| 6/4/2010 | SWR | Review notice of hearing on motion to extend discovery (.2); correspondence with Ernie Strahan and Bob Frey regarding discovery disputes (.2); review structure and basis for settlement offer (.9); correspondence with Marcus Wilson regarding settlement offer (.6); correspondence with Bob Frey and Ernie Strahan regarding same (.2); correspondence with Paul Calhoun regarding approval of fee application (.2). | 2.30 | 690.00 |
| 6/7/2010 | RMF | Work with SWR and K. Jones on practical responses to SCK demand for Sellertech data (2.0); draft email to L. Watt inviting him to resume W86 deposition with Sellertech data accessible on line (.2); reply to EKS's comments on same (.1); review activity log produced by Marchetti firm (.2); brief telephone conference to J. Marchetti re: proof of insurance sent to SCK (.2); forward | 3.60 | 972.00 |



**BUTLER | SNOW**

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   10

| | | | | |
|---|---|---|---|---|
| | | to L. Watt items received from J. Marchetti (.1); telephone conferences to Fort Worth and Dallas to locate Patrick Burke, "Staubach Company" employee whose emails shows SCK approval of insurance policy purchased by W86 (.8). | | |
| 6/7/2010 | KMJ | Conference call with client to determine how to handle data at hosted data facility.(2.1). | 2.10 | 262.50 |
| 6/7/2010 | SWR | Conference with Bob Frey and Ken Jones and telephone conference with Ernie Strahan regarding preservation of data (1.3); conference call with Ken Jones, Ernie Strahan and SellerTech's outside IT consultant regarding same (.6); correspondence with Bob Frey regarding response to SCK regarding discovery (.3); telephone conference with Eric Eilertsen regarding status of insurance claim for his personal property (.3); correspondence with Bob Frey regarding proposed email to Lee Watt (.4); letter to SellerTech regarding preservation of Warehouse 86 data (.3); correspondence with Bob Frey and Ken Jones regarding same (.2); review notice of deposition and subpoena to Eric Eilertsen (.2). | 3.60 | 1,080.00 |
| 6/8/2010 | RMF | Revise draft motion to compel (.2). | 0.20 | 54.00 |
| 6/8/2010 | SWR | Correspondence with Bob Frey regarding discovery issues (.3); review and revise motion to compel (.9); review transcript of 30(b)(6) deposition of SCK representative (.4); conferences with Bob Frey regarding same (.3); letter to Weber County tax collector regarding personal property taxes (.2). | 2.10 | 630.00 |
| 6/9/2010 | RMF | Further attempts to trace Patrick Burke of Staubach Company, who facilitated approval, on behalf of Radio Shack and SCK, of the insurance obtained by Warehouse 86 (2.8); telephone conference from L. Watt re: Sellertech data and resumption of 30(b)(6) deposition of Warehouse 86 (.3); review and reply to his multiple emails re: same (.5); telephone conference with SWR and EKS re: all of the foregoing (.2). | 3.80 | 1,026.00 |
| 6/9/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery disputes with SCK (.5); correspondence with Bob Frey regarding proposed reply to Lee Watt (.3); work on motion to quash subpoena by SCK on SellerTech (1.9); correspondence with Ernie Strahan regarding corrections to deposition testimony (.2). | 2.90 | 870.00 |
| 6/10/2010 | RMF | Finalize and file motion to quash (.5); work with EKS to prepare for tomorrow's deposition (5.7); review and respond to multiple emails from L. Watt re: Sellertech data and resumption of 30(b)(6) deposition of Warehouse 86 (.4); telephone conference from L. Watt re: same (.2). | 6.80 | 1,836.00 |

# BUTLER | SNOW

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC.

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   11

| | | | | |
|---|---|---|---|---|
| 6/10/2010 | SWR | Correspondence with Ernie Strahan regarding status of settlement discussions (.1); correspondence and conference with Bob Frey regarding ongoing discovery dispute (.5); finalize motion to quash and correspondence with Bob Frey regarding same (.7); review notice of hearing on motion to compel (.1). | 1.40 | 420.00 |
| 6/11/2010 | RMF | Defend resumption and conclusion of 30(b)(6) deposition of Debtor (3.5). | 3.50 | 945.00 |
| 6/11/2010 | SWR | Correspondence with Bob Frey regarding continuation of deposition of Ernie Strahan (.2); review notice of hearing on motion to quash (.1); correspondence with Ernie Strahan regarding financials for 2007 and 2008 (.2); correspondence with Marcus Wilson regarding settlement conference (.2); correspondence with Bob Frey regarding report on deposition (.1). | 0.80 | 240.00 |
| 6/12/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding deposition and financials (.3); correspondence with Marcus Wilson regarding settlement conference (.1). | 0.40 | 120.00 |
| 6/14/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery issues (.4); correspondence with Bob Frey regarding SellerTech objection (.3); telephone conference and correspondence with Walter Newman regarding SellerTech's objection to subpoena (.4). | 1.10 | 330.00 |
| 6/15/2010 | SWR | Telephone conference with Walter Newman regarding objection to subpoena (.3); correspondence with Walter Newman regarding same and motion to quash filed by the Debtor (.3); correspondence with Ken Jones regarding delivery of hard drives (.2); telephone conference with Ernie Strahan regarding May monthly operating report (.3); conference with Bob Frey regarding discovery dispute with SCK (.3); correspondence with Lee Watt regarding settlement offer (.3); correspondence and conference with Bob Frey and Ernie Strahan regarding same (.5); correspondence with unsecured creditors' committee regarding same (.3); correspondence with unsecured creditors' committee regarding Ernie Strahan as consultant (.2); correspondence with Ernie Strahan regarding summary of back-up project (.2); prepare for settlement confernce with SCK (.9). | 3.80 | 1,140.00 |
| 6/16/2010 | RMF | Telephone conference with SWR re: open items, planning for upcoming status conference (.3); email to him about J. McCampbell; locate contact info for her (.2). | 0.50 | 135.00 |
| 6/16/2010 | RMF | Draft response to RadioShack motion to re-open discovery (2.7). | 2.70 | 729.00 |
| 6/16/2010 | SWR | Correspondence with Ernie Strahan regarding chain of custody for hard drive for W86 information (.2); | 6.70 | 2,010.00 |



| | | | | |
|---|---|---|---|---|
| | | correspondence with Ken Jones regarding same (.2); settlement conference with Lee Watt and Marcus Wilson (2.3); telephone conference with Ernie Strahan and conference with Bob Frey regarding report on and response to same and course of action (.3); correspondence with Teresa Shipe regarding Ernie Strahan as consultant (.1); correspondence and telephone conference with Eddie Christensen regarding response to RadioShack offer and course of action (.4); conference with Ken Jones regarding backup hard drives (.2); work on response to Marcus Wilson and Lee Watt (.9); correspondence with Bob Frey regarding discovery issues (.3); correspondence with unsecured creditors' committee regarding conference call to discuss status of case and course of action (.2); correspondence with Walter Newman regarding Sellertech subpoena dispute (.2); correspondence with Bob Frey regarding responses to pending motions (.2); correspondence with Ernie Strahan regarding requested documents and information (.5); telephone conference with Ernie Strahan regarding same (.2); correspondence with Ernie Strahan regarding payment of invoices for backup data (.1); correspondence with Lee Watt regarding SellerTech subpoena (.3); correspondence with Bob Frey and Ernie Strahan regarding same (.1). | | |
| 6/17/2010 | RMF | Conference call with unsecured creditors (.5); review proposed transcript of first day of E. Strahan's deposition and his proposed corrections to same (1.5); email to him re: same (.2); respond to RadioShack email asserting that Sellertech deposition will go forward tomorrow, notwithstanding Sellertech's self-executing objections (.2). | 2.40 | 648.00 |
| 6/17/2010 | SWR | Correspondence with unsecured creditors' committee regarding analysis of SCK settlement offer (.2); correspondence with Ernie Strahan regarding additional documents and information (.3); correspondence with Committee regarding present bank balance (.2); conference call with unsecured creditors' committee regarding status report and course of action including request for contingency fee proposal (.5); correspondence with Lee Watt regarding settlement and discovery issues (.3); work on contingency fee proposal (.4); review response to motion to quash filed by SCK (.2); telephone conference and conference with Ernie Strahan regarding documentation (.9); correspondence with Ernie Strahan regarding SellerTech subpoena (.2); conference with Bob Frey regarding update and course of action (.3); correspondence with Lee Watt regarding production of documents (.3); correspondence with Walter Newman regarding same (.2); correspondence with Marcus Wilson and Lee Watt regarding settlement conference and discovery disputes (.9); correspondence with Lee Watt and Marcus Wilson regarding documents (.4). | 5.30 | 1,590.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/18/2010 | SWR | Correspondence with Ernie Strahan regarding checking account balance (.1); correspondence with Teresa Shipe and Eddie Christensen regarding Strahan as consultant (.2). | 0.30 | 90.00 |
| 6/20/2010 | RMF | Drive to Memphis for tomorrow's deposition of E. Eilertsen (half-time) (1.7). | 1.70 | 459.00 |
| 6/21/2010 | RMF | Defend deposition of E. Eilertsen; return to Jackson (half-time) (3.7). | 3.70 | 999.00 |
| 6/21/2010 | SWR | Voice mail from Bob Frey regarding report on deposition of Eric Eilertsen (.1); correspondence with Ernie Strahan regarding status conference (.1). | 0.20 | 60.00 |
| 6/22/2010 | RMF | Prepare for and participate in status conference before Judge Ellington (2.5); work with E. Strahan at his office to make sure that all documents to be produced have been produced (2.3). | 4.80 | 1,296.00 |
| 6/22/2010 | SWR | Prepare for status conference and hearing on various motions (.7); conference with Bob Frey regarding same (.5) attend status conference (1.5); correspondence with Ernie Strahan regarding documents (.2); correspondence with Bob Frey regarding contingency fee proposal requested by unsecured creditors' committee (.5). | 3.40 | 1,020.00 |
| 6/24/2010 | RMF | Sutdy and respond to Plaintiffs' demands for dates on which to depose R. Booker & P. St James (1.6); after consulting with SWR(.3), email Plaintiffs to make record of our acceptance of their offer to permit out-of-time deposition of Adams (.2); work with E. Strahan re: back-ups of Sellertech data (.1). | 2.20 | 594.00 |
| 6/24/2010 | SWR | Telephone conference with Ernie Strahan and Bob Frey regarding backup drive (.1); correspondence and conference with Bob Frey regarding depositions of plaintiffs's witnesses (.3);. | 0.40 | 120.00 |
| 6/28/2010 | RMF | Review SCK's supplemental answers to interrogatories, including report of insurance "expert" Mike Wooton (1.3). | 1.30 | 351.00 |
| 6/28/2010 | SWR | Correspondence with Onida Huhn regarding updating chain of custody document (.1); correspondence with Lee Watt regarding supplemental interrogatory responses (.3);. | 0.40 | 120.00 |
| 6/29/2010 | RMF | Instruct C. Mason on preparing chart of documents produced (.1); email from and to L. Watt re: Booker deposition (.1). | 0.20 | 54.00 |
| 6/29/2010 | CBMA | Work on Notice of Production of Documents (3.1). | 3.10 | 294.50 |
| 6/29/2010 | SWR | Correspondence with Bob Frey regarding dates for Booker deposition and mediation (.2); correspondence with Bob Frey regarding use of Judge Houston as a mediator (.2). | 0.40 | 120.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 6/30/2010 | SWR | Correspondence with Bob Frey regarding mediation before Judge Houston (.1); correspondence with unsecured creditors' committee regarding response to request for contingency fee (.3); correspondence with Bob Frey regarding Booker deposition (.1); response from unsecured creditors' committee regarding contingency fee proposal (.2). | 0.70 | 210.00 |
| 7/1/2010 | RMF | Review E. Strahan's paper files for documents that need to be produced (2.2); review last batch of documents produced by Marchetti insurance agency (.7). | 2.90 | 783.00 |
| 7/1/2010 | SWR | Review discovery sought by SCK/RadioShack (.2); correspondence with Marcus Wilson, Lee Watt and Bob Frey regarding timing and coordination regarding mediation (.2); additional correspondence with Bob Frey regarding same and Marchetti documents (.3); conference with Ernie Strahan regarding mediation (.2); correspondence with Bob Frey regarding motion to strike expert of SCK/RadioShack (.2). | 1.10 | 330.00 |
| 7/2/2010 | SWR | Correspondence with Marcus Wilson and Ernie Strahan regarding confirming date for mediation (.2); correspondence with Bob Frey regarding motion to strike plaintiffs' designated expert (.2). | 0.40 | 120.00 |
| 7/6/2010 | RMF | Draft and submit to opposing counsel proposed agreed order extending deadline for filing motions (.2). | 0.20 | 54.00 |
| 7/6/2010 | SWR | Correspondence with Lisa Cox regarding mediation dates and deadlines (.1); correspondence with Bob Frey regarding position paper for Debtor (.2); correspondence with Bob Frey regarding scheduling order (.2). | 0.50 | 150.00 |
| 7/12/2010 | RMF | Telephone conference with Walker Gibson, attorney for GAB, re: rescheduling deposition of R. Booker, and re: background on suit. | 0.30 | 81.00 |
| 7/12/2010 | SWR | Telephone conference with Walker Gibson regarding background information for deposition of Richard Booker (.3); telephone conference with Bob Frey regarding same (.2); correspondence with Bob Frey regarding proposed orders (.2). | 0.70 | 210.00 |
| 7/13/2010 | SWR | Correspondence with Bob Frey regarding motion to extend deadlines (.1). | 0.10 | 30.00 |
| 7/14/2010 | RMF | Production of additional documents (.2). | 0.20 | 54.00 |
| 7/14/2010 | SWR | Correspondence with Bob Frey regarding production of documents (.1). | 0.10 | 30.00 |
| 7/16/2010 | SWR | Correspondence with Ernie Strahan regarding June monthly operating report (.2). | 0.20 | 60.00 |
| 7/20/2010 | SWR | Review and file monthly operating report for May and June | 0.30 | 90.00 |

# B U T L E R | S N O W

Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   15

| | | | | |
|---|---|---|---|---|
| | | 2010 (.3). | | |
| 7/21/2010 | SWR | Correspondence with Bob Frey regarding Booker deposition (.2). | 0.20 | 60.00 |
| 7/23/2010 | RMF | Check F. R. Civ. 32 for use of depositions at trial.3); respond to email from SWR re: same and R. Booker depo (.1). | 0.40 | 108.00 |
| 7/23/2010 | SWR | Correspondence with Bob Frey regarding Booker deposition (.1). | 0.10 | 30.00 |
| 7/28/2010 | SWR | Correspondence and conference with Bob Frey regarding Booker deposition (.2). | 0.20 | 60.00 |
| 7/29/2010 | SWR | Telephone call to Ernie Strahan regarding motion to be retained as a consultant (.1); work on motion to retain consultant (.9); correspondence with Ernie Strahan regarding same (.2). | 1.20 | 360.00 |
| 7/30/2010 | SWR | Correspondence with Ernie Strahan regarding motion to retain consultant and mediation of dispute with SCK (.2); correspondence with Lee Watt regarding status of orders (.1). | 0.30 | 90.00 |
| 8/2/2010 | SWR | Conference with Bob Frey regarding response to proposed order (.2). | 0.20 | 60.00 |
| 8/3/2010 | RMF | Draft letter to L. Watt producing final set of documents and recapitulating prior productions (2.1). | 2.10 | 567.00 |
| 8/3/2010 | SWR | Correspondence with Lee Watt regarding proposed orders on mediation and discovery (.2); correspondence with Lee Watt regarding third amended scheduling order (.1). | 0.30 | 90.00 |
| 8/4/2010 | RMF | Work on pre-mediation statement for submission to Judge Houston (2.6). | 2.60 | 702.00 |
| 8/4/2010 | VGJ | Correspondence with S. Rosenblatt re Motion to Retain Consultant (.1); finalize Motion to Retain Consultant; prepare 21 day notice (.2); prepare Certificate of Service (.3); electronically file Motion, 21 day notice and Certificate of Service with court (.2); prepare for mail out to all parties listed on matrix (.2); prepare Notice of Appearance for C. Maddux; email to and from C. Maddux re same; finalize and electronically file same with Court (.70); receipt and review of ECF notices, calendar dates and distribute (.2). | 4.20 | 525.00 |
| 8/4/2010 | SWR | Correspondence with Lee Watt regarding proposed orders (.2); correspondence with Bob Frey regarding same (.3); finalize and file motion to employ Ernie Strahan as consultant (.2); correspondence with Ron McAlpin regarding same (.2); correspondence with Ernie Strahan regarding same (.1); finalize notice of motion (.2); conference with Velvet Johnson regarding filing and | 3.40 | 1,020.00 |



BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   16

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | serving (.2); correspondence with unsecured creditors' committee regarding same (.2); review correspondence of Bob Frey to Lee Watt regarding production of documents (.1); conference with Bob Frey regarding revisions to proposed orders (.5); review and work on revisions to proposed orders (.4); work on motion to pay insurance proceeds for "property of others" (.8). | | |
| 8/5/2010 | RMF | Work with SWR on proposed orders (.5). | 0.50 | 135.00 |
| 8/6/2010 | SWR | Work on orders for third amended scheduling order, other discovery matters, and mediation (1.2); correspondence with Bob Frey regarding same (.3); correspondence with Marcus Wilson and Lee Watt regarding proposed clean and redlined orders (.4); review proof of claim of Budget Rent-a-Car (.2); correspondence with Marcus Wilson regarding meditation order (.2); telephone conference with Eric Eilerstsen regarding course of action regarding "property of others". | 2.30 | 690.00 |
| 8/9/2010 | RMF | Prepare for and participate in deposition of R. Booke (3.0); work on mediation position paper (3.4). | 6.40 | 1,728.00 |
| 8/9/2010 | SWR | Correspondence with Lee Watt regarding statements of loss for tornado loss and fire loss (.2); correspondence and conference with Bob Frey regarding Booker deposition (.2); correspondence with Bob Frey regarding pre-meditation positions paper (.2). | 0.60 | 180.00 |
| 8/10/2010 | RMF | Work on pre-mediation submission for Judge Houston (.8). | 0.80 | 216.00 |
| 8/10/2010 | SWR | Correspondence with Bob Frey regarding proposed language for pre-mediation position paper of Warehouse 86 (.2). | 0.20 | 60.00 |
| 8/11/2010 | VGJ | Update the index in the system from ECF Notices (.2); receipt of returned mail on "Brand on Sale" creditor and forward to new address (.1); prepare Notice of Change of Address and electronically file same with Court (.2); edit creditor address on court matrix; correspondence with S. Rosenblatt re same (.1). | 0.80 | 100.00 |
| 8/13/2010 | VGJ | Receipt and review of returned mail from creditors; review of website for corrected address (.10); review of Proof of Claim Register from Court CM/ECF (.1); correspondence with S. Rosenblatt re same (.1). | 0.30 | 37.50 |
| 8/13/2010 | SWR | Work on mediation position paper to Judge Houston (3.7); correspondence with Bob Frey regarding same (.2); review proposed changes and correspondence with Bob Frey regarding proposed revisions (.3). | 4.20 | 1,260.00 |
| 8/14/2010 | RMF | Revise pre-mediation letter to Judge Houston (.3). | 0.30 | 81.00 |

# BUTLER | SNOW

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:    378624
Page    17

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/16/2010 | RMF | Help finalize pre-mediation position paper for Judge Houston (.2). | 0.20 | 54.00 |
| 8/16/2010 | VGJ | Correspondence with S. Rosenblatt re filing of Amended June Monthly Operating Report and the new July Monthly Operating report (.1); electronically file same with Bankruptcy Court (.3). | 0.40 | 50.00 |
| 8/16/2010 | CHM | Review/analyze/revise draft position statement for mediation and related review of pleadings and documents and office conference with S. Rosenblatt (1.1). | 1.10 | 291.50 |
| 8/16/2010 | SWR | Correspondence with Velvet Johnson regarding filing amended June 2010 monthly operating report (.1); correspondence with Velvet Johnson regarding filing July 2010 monthly operating report (.1); work on mediation position paper of Warehouse 86 to Judge David Houston (2.8); correspondence with Bob Frey regarding same (.3); finalize exhibits regarding same (.3); send to Judge Houston (.1); correspondence with Bob Frey and Ernie Strahan regarding same (.2). | 3.90 | 1,170.00 |
| 8/17/2010 | VGJ | Correspondence with S. Rosenblatt and B. Frey re preparation of mediation notebook (.1); prepare mediation notebook for B. Frey and S. Rosenblatt (.7). | 0.80 | 100.00 |
| 8/18/2010 | RMF | Brief review of SCK's supplemental discovery responses (.1); discussion of same with SWR (.2). | 0.30 | 81.00 |
| 8/18/2010 | VGJ | Receipt and review of ECF Notices and distribute (.1) receipt of returned mail on mailout of Notice of Motion to Retain Consultant (.1), search for corrected address (.1), update address chart and re-mail (.2). | 0.50 | 62.50 |
| 8/18/2010 | CBMA | Research case law for B. Frey re: mediation. (.4). | 0.40 | 38.00 |
| 8/18/2010 | SWR | Review notice of service of discovery and supplemental discovery responses filed by SCK and RadioShack (.3); conference with Bob Frey regarding same (.2). | 0.50 | 150.00 |
| 8/19/2010 | VGJ | Prepare Notice of Change of Address for Intechra (.3); correspondence with S. Rosenblatt re same (.2). | 0.50 | 62.50 |
| 8/20/2010 | VGJ | Finalize Notice of Change of Address for Creditors Baja Motorsports and Mirna Maribel Carrillo and electronically file same with court (.30); update court docket in database (.10). | 0.40 | 50.00 |
| 8/21/2010 | SWR | Correspondence with Ernie Strahan and Bob Frey regarding upcoming mediation in Aberdeen (.2). | 0.20 | 60.00 |
| 8/23/2010 | RMF | Final preparations for tomorrow's mediation (3.1). | 3.10 | 837.00 |
| 8/23/2010 | VGJ | Telephone conference with S. Rosenblatt re meeting on mediation (.1); office conference with S. Rosenblatt and B. Frey re mediation (.3); update and finalize mediation | 2.00 | 250.00 |



| | | | | |
|---|---|---|---|---|
| | | notebooks (1.6). | | |
| 8/23/2010 | SWR | Correspondence with Bob Frey regarding issues related to mediation (.2); conference with Bob Frey regarding final preparation for mediation of adversary proceeding (2.9); review additional pleadings and documents regarding same (1.7). | 4.80 | 1,440.00 |
| 8/24/2010 | RMF | Travel to Aberdeen for mediation (en route: final preparation) (2.9); participate in mediation, leading to settlement (8.1); return to Jackson (2.9). | 13.90 | 3,753.00 |
| 8/24/2010 | VGJ | Receipt and review of ECF Notices and distribute. | 0.10 | 12.50 |
| 8/24/2010 | SWR | Travel to Aberdeen with Bob Frey and Ernie Strahan for mediation (2.9); mediation with Judge Houston and counsel for SCK/RadioShack and correspondence and telephone conference with Eddie Christensen (for unsecured creditors' committee) (8.1); return to Jackson (2.9); correspondence with Eddie Christensen regarding report on mediation (.3). | 14.20 | 4,260.00 |
| 8/25/2010 | VGJ | Prepare draft of Order Granting Motion of Warehouse 86, LLC to Retain Consultant (.5); receipt and review of ECF Notice of Response/Objection to Motion to Retain Consultant (.1); correspondence with S. Rosenblatt and C. Maddux re same (.1). | 0.70 | 87.50 |
| 8/25/2010 | SWR | Correspondence with James McCullouch regarding report on mediation (.2); telephone conference with Eric Eilertson regarding same and status of insurance proceeds on property of others (.2); review objection of SCK to employment of consultant (.2); correspondence with Ernie Strahan regarding same (.2); correspondence with Marcus Wilson regarding same (.1). | 0.90 | 270.00 |
| 8/26/2010 | VGJ | Office conference with S. Rosenblatt re Motion to Pay Insurance Proceeds (.10); finalize and scan Motion (.1); electronically file Motion with Court (.10); forward Motion to all parties listed on Certificate of Service (.2). | 0.50 | 62.50 |
| 8/26/2010 | SWR | Correspondence and telephone conference with Marcus Wilson regarding claims objections process (.3); telephone conference with Marcus Wilson regarding preparation of first draft of Rule 9019 motion (.2); work on cost-benefit chart (.4); telephone conference and correspondence with Ernie Strahan regarding same (.3); finalize and correspondence with Velvet Johnson regarding filing and serving motion to distribute check for "property of others" (.4); correspondence with Ernie Strahan and Eric Eilertson regarding same (.2). | 1.80 | 540.00 |
| 8/27/2010 | VGJ | Receipt and review of ECF Notices, calendar dates and distribute (.2). | 0.20 | 25.00 |

# BUTLER | SNOW
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   19

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 8/27/2010 | SWR | Correspondence with James McCullough regarding mediation of dispute with RadioShack and SCK (.2); review notice of hearing on motion to retain consultant (.1); correspondence with Ernie Strahan regarding same (.1). | 0.40 | 120.00 |
| 8/28/2010 | SWR | Correspondence with Ernie Strahan regarding workers compensation insurance claim for Chad Larson (.2). | 0.20 | 60.00 |
| 8/30/2010 | VGJ | Correspondence with S. Rosenblatt re 21 day notice of Motion to pay $10,000 insurance proceeds (.1); correspondence with Mimi (Judge Ellington's clerk) re same (.3); prepare draft of 21 day notice; prepare Certificate of Service for 21 day notice (.3); prepare for mailout to all parties listed on matrix list (1.6). | 2.40 | 300.00 |
| 8/30/2010 | SWR | Correspondence with Mimi Burke Speyerer and Velvet Johnson regarding handling of motion to pay insurance on property of others (.2); review notice of hearing on motion to retain consultant (.1); correspondence with Ernie Strahan regarding same (.1). | 0.40 | 120.00 |
| 8/31/2010 | VGJ | Update court docket on database for both main matter and adversary (.2); office conference with S. Rosenblatt re 21 Day Notice (.1); finalize and electronically file 21 Day Notice for Motion of Debtor to Pay Insurance Proceeds for "Property of Others" and Certificate of Service for same (.2); prepare Notice and Motion for mailout to entities on matrix (160 entities) (2.5). | 3.00 | 375.00 |
| 9/1/2010 | SWR | Correspondence with Eric Eilertsen regarding notice of motion to disburse insurance proceeds (.1). | 0.10 | 30.00 |
| 9/9/2010 | SWR | Correspondence with Lee Watt regarding depositions of the St. Jameses (.1); correspondence with Bob Frey regarding same (.1); correspondence with Lee Watt regarding claims objections (.2); correspondence with Marcus Wilson regarding draft of Rule 9019 settlement motion (.1). | 0.50 | 150.00 |
| 9/13/2010 | SWR | Review scheduled and filed claims to ascertain extent of objectionable claims (.4). | 0.40 | 120.00 |
| 9/15/2010 | SWR | Correspondence with Andrew Wilson regarding draft of settlement documents (.1); correspondence with Lee Watt and Marcus Wilson regarding requested claims objection information (.3). | 0.40 | 120.00 |

Sub-total Fees: 85,030.50

## Rate Summary

| | | | | |
|---|---|---|---|---|
| Paul M Ellis | 2.60 | hours at $ 160.00 /hr | | 416.00 |
| Robert M. Frey | 164.90 | hours at $ 270.00 /hr | | 44,523.00 |



BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   20

| | | | | |
|---|---|---|---|---|
| Velvet G. Johnson | 16.80 | hours at $ 125.00 /hr | | 2,100.00 |
| Kenneth M. Jones | 2.10 | hours at $ 125.00 /hr | | 262.50 |
| Chris Maddux | 1.10 | hours at $ 265.00 /hr | | 291.50 |
| Catherine B. Mason | 4.10 | hours at $ 95.00 /hr | | 389.50 |
| Ashley Nader | 8.60 | hours at $ 80.00 /hr | | 688.00 |
| Stephen W. Rosenblatt | 121.20 | hours at $ 300.00 /hr | | 36,360.00 |
| **Subtotal:** | **321.40** | | | **85,030.50** |

## EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/31/2010 | Pacer Expense. | 21.52 |
| 4/5/2010 | Image Reproduction 1608 pages. | 160.80 |
| 4/21/2010 | Postage Expense. | 223.08 |
| 4/21/2010 | Image Reproduction 3137 pages. | 313.70 |
| 5/3/2010 | Image Reproduction 365 pages. | 36.50 |
| 5/4/2010 | Image Reproduction 267 pages. | 26.70 |
| 5/4/2010 | Image Reproduction 281 pages. | 28.10 |
| 5/4/2010 | Postage Expense. | 69.08 |
| 5/18/2010 | Cash disbursement check to Bond & Benoist Court Reporting. Deposition of Ernest Strahan - 5-5-10. | 514.55 |
| 5/24/2010 | Image Reproduction 43 pages. | 4.30 |
| 5/25/2010 | Image Reproduction 421 pages. | 42.10 |
| 5/31/2010 | Cash disbursement check to Amanda Wootton, RPR. Transcript of deposition of J. Caballero on 5-26-10. | 508.00 |
| 6/1/2010 | Image Reproduction 42 pages. | 4.20 |
| 6/3/2010 | Image Reproduction 1 pages. | 0.10 |
| 6/7/2010 | Image Reproduction 20 pages. | 2.00 |
| 6/8/2010 | Image Reproduction 42 pages. | 4.20 |
| 6/9/2010 | Image Reproduction 89 pages. | 8.90 |
| 6/11/2010 | Cash disbursement check to Amanda Wootton, RPR. Deposition of John E. Marchetti - 6-2-10. | 246.00 |
| 6/17/2010 | Conference Call. | 7.84 |
| 6/18/2010 | Image Reproduction. | 33.90 |
| 6/18/2010 | Scanned Image. | 20.34 |
| 6/21/2010 | Cash disbursement check to Robert M. Frey. Travel to and from Memphis, TN for deposition of Eric Eilertsen 6-21-10 (406 miles). | 320.10 |
| 6/21/2010 | Cash disbursement check to Bond & Benoist Court Reporting. Deposition of Ernest Strahan III (Volume II) 6-11-10. | 254.20 |
| 7/2/2010 | Image Reproduction 88 pages. | 8.80 |
| 7/2/2010 | Bates Electronic Coding. | 29.95 |

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement:   378624
Page   21

| Date | Description | Amount |
|---|---|---|
| 7/2/2010 | Scanned Image. | 35.94 |
| 7/20/2010 | Image Reproduction 8 pages. | 0.80 |
| 7/31/2010 | Pacer Expense. | 0.24 |
| 8/4/2010 | Postage Expense. | 134.00 |
| 8/4/2010 | Image Reproduction 1775 pages. | 177.50 |
| 8/9/2010 | Image Reproduction 29 pages. | 2.90 |
| 8/10/2010 | Image Reproduction 214 pages. | 21.40 |
| 8/16/2010 | Package Delivery - Tracking # 444342346726. | 9.32 |
| 8/17/2010 | Image Reproduction 350 pages. | 35.00 |
| 8/23/2010 | Image Reproduction 212 pages. | 21.20 |
| 8/24/2010 | Cash disbursement check to Stephen W. Rosenblatt. Expenses incurred in traveling to Aberdeen for mediation of adversary proceeding with SCK/RadioShack with Judge David Houston (Bob Frey and Ernie Strahan). | 227.76 |
| 8/24/2010 | Cash disbursement check to Amanda Wootton, RPR. Deposition of Richard W. Booker 8/9/10. | 235.00 |
| 8/31/2010 | Postage Expense. | 161.70 |
| 8/31/2010 | Pacer Expense. | 7.52 |
| 8/31/2010 | Image Reproduction 1544 pages. | 154.40 |

Subtotal Expenses:   4,113.64

## TOTAL CURRENT BILLING FOR THIS MATTER                $89,144.14