# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                              )
                                                    )
    WAREHOUSE 86, LLC                     )    CASE NO. 08-03423-EE
                                                    )    Chapter 11
        Debtor                              )
_____                 )

## NOTICE OF FOURTH APPLICATION OF
## BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
## FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
### [Dkt. #261]

**TO:**   ALL CREDITORS AND INTERESTED PARTIES:

    **YOU ARE HEREBY NOTIFIED** that the Debtor has filed its Fourth Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from April 1, 2010, to and including September 15, 2010, for the allowance of compensation of $85,030.50 and reimbursement of actual and necessary costs and expenses incurred by Butler Snow of $4,113.64, for a total amount requested by Butler Snow of $88,852.64.

    A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of the Court. If no objection is filed within twenty-one (21) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.

    If any objection to the Application is timely filed, the Court will conduct a preliminary hearing on the Application on Friday, October 22, 2010, at 1:30 p.m., United States Bankruptcy Court for the Southern District of Mississippi, 100 East Capitol Street, Courtroom 106, Jackson, MS 39201, and a final hearing on the Application will be set at that time.

    THIS the 30th day of September, 2010.

                                  *s/ Stephen W. Rosenblatt*
                                    Stephen W. Rosenblatt
                                    Counsel for Warehouse 86, LLC

Jackson 5612237v1