# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: ) | |
| ) | |
| WAREHOUSE 86, LLC ) | CASE NO. 08-03423-EE |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

### NOTICE OF FOURTH APPLICATION OF
### BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #261]

TO:    ALL CREDITORS AND INTERESTED PARTIES:

**YOU ARE HEREBY NOTIFIED** that the Debtor has filed its Fourth Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from April 1, 2010, to and including September 15, 2010, for the allowance of compensation of $85,030.50 and reimbursement of actual and necessary costs and expenses incurred by Butler Snow of $4,113.64, for a total amount requested by Butler Snow of $88,852.64.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of the Court. If no objection is filed within twenty-one (21) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court will consider the Application ex parte.

If any objection to the Application is timely filed, the Court will conduct a preliminary hearing on the Application on Friday, October 22, 2010, at 1:30 p.m., United States Bankruptcy Court for the Southern District of Mississippi, 100 East Capitol Street, Courtroom 106, Jackson, MS 39201, and a final hearing on the Application will be set at that time.

THIS the 30th day of September, 2010.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt
Counsel for Warehouse 86, LLC

Jackson 5612237v1


EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                )
                                      )
WAREHOUSE 86, LLC                     )   CASE NO. 08-03423-EE
                                      )   Chapter 11
Debtor                                )
_____)

**FOURTH APPLICATION OF
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD
APRIL 1, 2010 THROUGH SEPTEMBER 15, 2010**

Butler, Snow, O'Mara, Stevens & Cannada, PLLC ("Butler Snow" or the "Applicant") files this Fourth Application for Approval and Allowance of Administrative Claim for Compensation and Reimbursement of Expenses (the "Application") seeking the allowance of compensation of $85,030.50 and reimbursement of expenses of $4,113.64 for the period of April 1, 2010 through September 15, 2010 ("Fourth Fee Period"), for a total of $89,144.14, for its services as attorneys for Warehouse 86, LLC (the "Debtor"), and in support of its Application presents to the Court the following:

1. On November 4, 2008 (the "Petition Date"), Warehouse 86, LLC filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code. The Debtor continues to manage its assets as debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. An official committee of unsecured creditors (the "Committee") was appointed by the United States Trustee on November 19, 2008 [Dkt. # 62]. No request for appointment of a trustee or examiner has been made herein.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334; 11 U.S.C. §§ 327, 330 and 331; Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"); and the Retention Orders (as defined below). Venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

4. By orders of the Court dated November 7, 2008 [Dkt. # 28] and April 15, 2009 [Dkt. # 124], the Debtor was authorized to employ and retain Butler Snow as its bankruptcy counsel to prosecute this Chapter 11 case and all related matters and to render the legal services necessary to the Debtor during its Chapter 11 case, as more fully described in that Order (the "Retention Orders").

5. Butler Snow does not hold or represent any interest adverse to the Debtor's estate, and is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code, as disclosed in the Affidavit of Stephen W. Rosenblatt which is an exhibit to the *Application to Employ Butler Snow as Bankruptcy Counsel* [Dkt. #008]. Butler Snow also disclosed its connections to various parties-in-interest that it has been able to ascertain using reasonable efforts.

6. The Retention Orders authorizes the Debtor to compensate Butler Snow at its regular hourly rates charged for services of this type (subject to the hourly rate limitations stated in the Retention Orders) and to reimburse Butler Snow for actual and necessary out-of-pocket expenses that it incurs, subject to application to this Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, and all orders of this Court.

7. The services rendered by Butler Snow as bankruptcy counsel for the Debtor and its bankruptcy estate and the expenses incurred by Butler Snow has benefited the bankruptcy estate. The Affidavit of Stephen W. Rosenblatt addresses the legal services rendered and expenses incurred by Butler Snow is attached as Exhibit "A." The Affidavit reflects that the services rendered to the Debtor were reasonable and necessary and that these services actually have been rendered. A

- 2 -

detailed itemization of the services rendered by Butler Snow and the expenses incurred by Butler Snow is attached as Exhibit "B."

8. The fees charged and expenses incurred by Butler Snow represent reasonable and necessary fees and expenses that were required to be extended by counsel to the Debtor in all matters which arise in handling bankruptcy case administration and litigation, and which were necessary to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of counsel's obligation herein. Such fees and expenses have served to enhance the value of the property of the estate.

9. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount of fees requested for Butler Snow is fair and reasonable in light of: (a) the complexity of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

10. In accordance with Bankruptcy Rule 2016(b), Butler Snow has neither shared, nor agreed to share, (a) any compensation it has received or may receive with another part or person other than as permitted by section 504(b) of the Bankruptcy Code, or (b) any compensation another person or party has received or may receive in connection with these cases.

11. In its First Application [Dkt. #164], Butler Snow sought the allowance of compensation for professional services rendered in this proceeding for the total amount of $93,590.87, of which $89,198.50 was for fees for services rendered and $4,392.37 is for expenses incurred the period of November 4, 2008 through June 30, 2009. By its Order dated August 12, 2009 [Dkt. #172], the Court approved an award to Butler Snow of $88,764.00 ($89,198.50 less $434.50 for a paralegal rate holdback reserve) for allowed fees for services rendered as counsel to the Debtor, plus expenses of $4,392.37 for expenses incurred as counsel to the Debtor, for a total of $93,156.37.

12. In its Second Application [Dkt. #198], Butler Snow sought the allowance of compensation for professional services rendered in this proceeding for fees of $30,237.00 ($30,292.00 less $55.00 for a paralegal rate holdback reserve) and $5,915.34 for expenses incurred the period of July 1, 2009 through October 31, 2009 for a total of $36,152.34. By its Order dated December 22, 2009 [Dkt. #211], the Court approved an award to Butler Snow of $30,237.00 ($30,292.00 less $55.00 for a paralegal rate holdback reserve) for allowed fees for services rendered as counsel to the Debtor, plus expenses of $5,915.34 for expenses incurred as counsel to the Debtor, for a total of $36,152.34.

13. In its Third Application [Dkt. #229], Butler Snow sought the allowance of compensation for professional services rendered in this proceeding for fees of $31,914.00 and $2,365.92 for expenses incurred the period of November 1, 2009 through March 31, 2010 for a total of $34,279.92. By its Order dated June 2, 2010 [Dkt #238], the court approved an award to Butler Snow of $31,914.00 for allowed fees for services rendered as counsel to the Debtor, plus expenses of $2,365.92 for expenses incurred as counsel to the Debtor, for a total of $34,279.92.

14. This is the fourth request by the Debtor for allowance of compensation for professional services rendered in this proceeding by Butler Snow. This request covers the Fourth Fee Period and seeks the allowance of compensation of $85,030.50 and reimbursement of expenses of $4,113.64, for a total amount requested of $89,144.14.

WHEREFORE, Butler Snow prays that it be granted allowed administrative expenses claim for the: (i) reasonable and necessary professional services Butler Snow has rendered to the Debtor during the Fourth Fee Period of $85,030.50 and (ii) reimbursement of actual and necessary costs and expenses incurred by Butler Snow during the Fourth Fee Period of $4,113.64, for a total amount requested by Butler Snow of $89,144.14.

- 3 -

- 4 -

THIS, the 30th day of September, 2010.

        Respectfully submitted,

        WAREHOUSE 86, LLC

        By: *s/Stephen W. Rosenblatt*
           Stephen W. Rosenblatt
           One of Its Attorneys

OF COUNSEL:
Stephen W. Rosenblatt; MB No. 5676
Christopher R. Maddux; MB No. 100501
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
chris.maddux@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 30th day of September, 2010.

        *s/ Stephen W. Rosenblatt*
        Stephen W. Rosenblatt

Jackson 5610638v1

- 5 -

- 6 -

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Stephen W. Rosenblatt (the "Affiant"), attorney for the Debtor, who after having been first by me duly sworn, states on oath that this Affidavit is submitted in support of the Fourth Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Compensation and Reimbursement of Necessary Expenses (the "Application") and that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of its reasonable fees and expenses.

        STEPHEN W. ROSENBLATT

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30th day of September, 2010.

        Velma Jo Money
        NOTARY PUBLIC

My Commission Expires: 2-20-11

Jackson 5612166v1

**EXHIBIT A**

---

**BUTLER | SNOW**
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Post Office Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Mr. Ernest K. Strahan III
Warehouse 86, LLC
P. O. Box 17361
Memphis, TN 38187

September 30, 2010
Statement: 378624
Matter ID: 027821.66957
Billing Attorney:
  Stephen W. Rosenblatt
Due Date: October 15, 2010

### STATEMENT SUMMARY
For Services Rendered Through September 15, 2010

Client: Warehouse 86, LLC
Matter: Chapter 11 Bankruptcy

| | |
|---|---:|
| TOTAL FEES FOR CURRENT BILLING PERIOD | $85,030.50 |
| TOTAL COSTS FOR CURRENT BILLING PERIOD | $4,113.64 |
| **TOTAL CURRENT BILLING FOR THIS MATTER** | **$89,144.14** |
| Total Of Unpaid Balances From Prior Statements* | 0.00 |
| TOTAL AMOUNT DUE FOR THIS MATTER | 89,144.14 |

NOTE: Payments received since the last statement and applied to prior statements - $0.00

#### AGING OF ACCOUNTS RECEIVABLE

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 89,144.14 | 0.00 | 0.00 | 0.00 | 0.00 |

*UNPAID BALANCES FROM PRIOR STATEMENTS

TAX I.D. 64-0331849

**EXHIBIT B**

# BUTLER | SNOW
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Post Office Box 6010
Ridgeland, MS 39158-6010
(601) 948-5711
Facsimile (601) 985-4500

Mr. Ernest K. Strahan III
Warehouse 86, LLC
P. O. Box 17361
Memphis, TN 38187

September 30, 2010
Statement: 378624
Matter: 027821.66957
Billing Attorney:
Stephen W. Rosenblatt
Due Date: October 15, 2010

## STATEMENT
For Services Rendered Through September 15, 2010

Client: Warehouse 86, LLC
Matter: Chapter 11 Bankruptcy

### PROFESSIONAL FEES

| DATE | | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 4/1/2010 | RMF | Telephone conferences with L. Watt, attorney for SCK, re: production of Warehouse 86 email (.4); email to L. Watt re: same; (.2); email to group re: same ).2). | 0.80 | 216.00 |
| 4/1/2010 | RMF | Telephone conference and office visit with R. Booker to get his affidavit signed (.5). | 0.50 | 135.00 |
| 4/1/2010 | SWR | Correspondence with Bob Frey regarding notice of 30(b)(6) deposition of Warehouse 86, LLC; request for emails and insurance claim (.3); correspondence with Bob Frey regarding motion for partial summary judgment (.3). | 0.60 | 180.00 |
| 4/2/2010 | RMF | Review documents produced by IDI (.7); email to group re: same (.1). | 0.80 | 216.00 |
| 4/5/2010 | RMF | Meet with SWR to go over various discovery demands from SCK (.9); follow-up on same (.1). | 1.00 | 270.00 |
| 4/5/2010 | SWR | Conference with Bob Frey regarding analyzing and responding to various discovery issues (.9); correspondence with Bob Frey and Ernie Strahan regarding response of IDI to subpoena from SCK (.2). | 1.10 | 330.00 |
| 4/6/2010 | RMF | Continue work on responding to SCK's demands for emails (.6). | 0.60 | 162.00 |
| 4/6/2010 | SWR | Correspondence with Bob Frey regarding status report to Eddie Christiansen regarding litigation with SCK (.2); correspondence with Eddie Christiansen regarding same and basis of compensation (.5); work on application for compensation for Butler Snow (.4); correspondence with Bob Frey regarding request for emails to and from EMC (.2); perform search for emails to or from EMC (.7); correspondence with Bob Frey regarding same (.3); | 2.50 | 750.00 |

---

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 2

| | | | | |
|---|---|---|---|---|
| | | correspondence with Bob Frey regarding 30(b)(6) deposition of Warehouse 86 (.2). | | |
| 4/7/2010 | RMF | Continue work on responding to SCK's demands for emails and for 30(b)(6) deposition (1.6). | 1.60 | 432.00 |
| 4/7/2010 | SWR | Review 21-day notice to SCK regarding motion for partial summary judgment (.1); correspondence and conference with Bob Frey and Ernie Strahan regarding SCK's Rule 30(b)(6) examination of Debtor (.3). | 0.40 | 120.00 |
| 4/8/2010 | SWR | Correspondence with Bob Frey regarding discovery matters. | 0.10 | 30.00 |
| 4/9/2010 | RMF | Telephone conference from L. Watt re: claim under umbrella policy, and claim for theft, and re: Butler Snow emails produced (.3). | 0.30 | 81.00 |
| 4/13/2010 | SWR | Research additional issues for motion for partial summary judgment reply brief (1.7); correspondence with Ernie Strahan regarding Utah property taxes (.2). | 1.90 | 570.00 |
| 4/14/2010 | RMF | Draft and serve second request for documents, per suggestion of SWR (.4). | 0.40 | 108.00 |
| 4/14/2010 | RMF | Follow up with insurance agent on Lee Watt's inquiry about umbrella policy, theft claim (.3). | 0.30 | 81.00 |
| 4/14/2010 | SWR | Telephone conference with Bob Frey regarding additional research for motion for partial summary judgment (.2); correspondence with Bob Frey regarding theft claim (.1); telephone conference with Bob Frey regarding same (.1). | 0.40 | 120.00 |
| 4/15/2010 | RMF | Preliminary research into meaning and interpretation of policy provisions (.4). | 0.40 | 108.00 |
| 4/15/2010 | AHN | Additional research on interpretation and construction of provisions of insurance policy (2.1). | 2.10 | 168.00 |
| 4/15/2010 | SWR | Correspondence with Bob Frey and Ashley Nader regarding insurance policy terms (.4). | 0.40 | 120.00 |
| 4/16/2010 | SWR | Work on and finalize fee application (.6); review discovery responses of SCK (.5); correspondence with Eddie Christensen regarding same and basis for handling litigation (.3); correspondence with Ron McAlpin regarding same (.2); correspondence with Ernie Strahan regarding same (.1); correspondence with Ernie Strahan regarding Utah taxing authorities (.3). | 2.00 | 600.00 |
| 4/19/2010 | RMF | Respond to SCK's demand for 30(b)(6) deposition dates (.4). | 0.40 | 108.00 |
| 4/19/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding discovery (.3); telephone conference with Ernie Strahan and Bob Frey regarding same (.3). | 0.60 | 180.00 |

---

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 3

| | | | | |
|---|---|---|---|---|
| 4/20/2010 | RMF | Continue attempting to negotiate reasonable solution to SCK's demand for deposition date (.2). | 0.20 | 54.00 |
| 4/20/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding discovery (.3). | 0.30 | 90.00 |
| 4/22/2010 | RMF | Continue work on scheduling deposition demanded by SCK (.2). | 0.20 | 54.00 |
| 4/22/2010 | SWR | Correspondence with Lisa McDaniel regarding March monthly operating report (.2); prepare and file certificate of service for fee application (.2); correspondence with unsecured creditors' committee regarding fee application (.2); correspondence with Bob Frey regarding depositions (.2); correspondence with Ron McAlpin regarding March monthly operating report (.2). | 1.00 | 300.00 |
| 4/23/2010 | RMF | Continue work on scheduling deposition demanded by SCK (.8); finalize and transmit objections to SCK's 30(b)(6) notice of deposition (.4); lengthy telephone conference with L. Watt re: same (.3); follow-up email to him re: same (.3); telephone conference from E. Strahan re: same (.2). | 2.00 | 540.00 |
| 4/23/2010 | AHN | Work on Warehouse's objections to notice of FRCP 30(b)(6) deposition (1.1). | 1.10 | 88.00 |
| 4/23/2010 | SWR | Correspondence with Paul Calhoun regarding application for compensation (.1); begin work on application for compensation for Haddox Reid (.3); review pleadings and correspondence regarding discovery (.2); correspondence with Bob Frey regarding discovery by SCK (.2). | 0.80 | 240.00 |
| 4/26/2010 | SWR | Prepare Affidavit for Haddox, Reid application (.2); correspondence with Paul Calhoun regarding same (.2); work on application for compensation of Haddox Reid (.4). | 0.80 | 240.00 |
| 4/27/2010 | RMF | Work on notice of deposition for SCK (.4). | 0.40 | 108.00 |
| 4/27/2010 | SWR | Correspondence with Bob Frey regarding dispute with SCK regarding rule 30(b)(6) deposition (.2). | 0.20 | 60.00 |
| 4/28/2010 | RMF | Email from L. Watt re: upcoming deposition (.1); reply to same and forward email and reply to SWR for his input (.1); office conference with SWR (.2); further emails with L. Watt (.1). | 0.50 | 135.00 |
| 4/28/2010 | SWR | Correspondence with Kimber McDowell regarding order on objections to subpoena (.1); correspondence with Lee Watts, Scott Jones, Trey Manhein and Marcus Wilson regarding preparation of order (.2); correspondence with Trey Dellinger and Scott Jones regarding resolution of issues related to document subpoena (.2); correspondence and telephone conference with Bob Frey regarding disagreements concerning deposition of Ernie | 0.90 | 270.00 |

---

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 4

| | | | | |
|---|---|---|---|---|
| | | Strahan (.3); correspondence with Bob Frey regarding response of SCK and RadioShack to motion for partial summary judgment (.1). | | |
| 4/29/2010 | RMF | Begin working on rebuttal to SCK's response to our motion for summary judgment (5.2). | 5.20 | 1,404.00 |
| 4/29/2010 | SWR | Review response of SCK and RadioShack to motion for partial summary judgment (.5). | 0.50 | 150.00 |
| 4/30/2010 | RMF | Continue work on rebuttal in support of motion for summary judgment (6.5). | 6.50 | 1,755.00 |
| 4/30/2010 | SWR | Conference with Bob Frey regarding discovery and review of SCK's position of claim of Debtor under insurance policy (.4); correspondence with Bob Frey regarding discovery (.2). | 0.60 | 180.00 |
| 5/3/2010 | RMF | Meet with E. Strahan to prepare for 30(b)(6) deposition of Warehouse 86 (1.5). | 1.50 | 405.00 |
| 5/3/2010 | SWR | Correspondence with Trey Dellinger et al. regarding order on subpoena dispute (.2); correspondence with Paul Calhoun regarding affidavit (.2); correspondence and conference with Bob Frey regarding deadline for rebuttal brief (.2); correspondence with Andrew Wilson regarding agreed order permitting supplemental response (.1); conference with Bob Frey regarding same (.1); correspondence with Ernie Strahan regarding payments to RadioShack (.3);. | 1.10 | 330.00 |
| 5/4/2010 | SWR | Correspondence with Bob Frey regarding timing of filing of rebuttal brief (.2); correspondence with Gregg Caraway regarding order resolving subpoena dispute (.2); finalize and file application for compensation of Haddox Reid (.2). | 0.60 | 180.00 |
| 5/5/2010 | RMF | Defend and debrief from SCK's 30(b)(6) deposition of Warehouse 86 (8.1). | 8.10 | 2,187.00 |
| 5/5/2010 | SWR | Correspondence with Bob Frey regarding payment of rent under sublease (.3); correspondence with counsel for interested parties regarding agreed order on discovery (.2); prepare and file certificate of service of notice of third application for Haddox Reid (.1). | 0.60 | 180.00 |
| 5/6/2010 | RMF | Follow up with E. Strahan (.2), SWR (.2) & J. Marchetti( 1) on "all risk" issues raised at yesterday's deposition; reach agreement on deadline for rebuttal memorandum (.2). | 0.70 | 189.00 |
| 5/6/2010 | SWR | Correspondence with Ernie Strahan regarding emails regarding insurance (.2); conference with Bob Frey regarding same (.2); telephone conference with Ernie Strahan and Bob Frey regarding same (.3); correspondence with Bob Frey regarding rebuttal brief (.1); | 2.60 | 780.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence with Bob Frey regarding addition documents requested by SCK (.2); correspondence with Paul Calhoun regarding same (.2); research on scope of constructive fraudulent transfer (1.4). | | |
| 5/7/2010 | RMF | Work on rebuttal in support of motion for summary judgment (5.4); remind SCK of our request for 30(b)(6) deposition dates (.1). | 5.50 | 1,485.00 |
| 5/7/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery matters and amending scheduling orders (.3); correspondence with Paul Ellis regarding additional research on waiver (.1). | 0.40 | 120.00 |
| 5/10/2010 | RMF | Respond to various emails and calls from L. Watt essentially proposing extension of deadlines for discovery and expert designations (.3); continue work on rebuttal in support of motion for summary judgment (5.5). | 5.80 | 1,566.00 |
| 5/10/2010 | SWR | Review SCK's amended answer to counterclaim (.2); correspondence and conference with Bob Frey regarding SCK's motion to amend answer and defenses to counterclaim (.3); review designation of experts by SCK (.2). | 0.70 | 210.00 |
| 5/11/2010 | RMF | Exchange emails with L. Watt (.2); consult with SWR, on additional discovery needed, or desired by SCK, and re: scope of subpoena to Marchetti firm (.6). | 0.80 | 216.00 |
| 5/11/2010 | SWR | Conference with Bob Frey regarding mediation of dispute with SCK (.3); correspondence and conference with Bob Frey regarding production of documents by Marchetti Robertson & Brickell (.3); correspondence with Bob Frey regarding additional discovery (.5); correspondence with Paul Calhoun regarding 2008 tax return (.2); correspondence with Bob Frey regarding same (.2); correspondence with Marcus Wilson and Lee Watt regarding mediation of dispute (.3); telephone conference with Brad Fehn regarding status of Vertex machines (.3); correspondence with Ernie Strahan regarding same (.2); correspondence with Brad Fehn regarding same (.1). | 2.50 | 750.00 |
| 5/12/2010 | RMF | Conference with Ashley Nader regarding motion to strike SCK's expert "designation" (.2); email to L. Watt with proposed order establishing deadline for our rebuttal in support of motion for summary judgment (.1). | 0.30 | 81.00 |
| 5/12/2010 | AHN | Work on motion to strike plaintiffs' expert designations (2.1). | 2.10 | 168.00 |
| 5/12/2010 | SWR | Correspondence with Brad Fehn regarding Expando machines (.2); correspondence with Ernie Strahan regarding same (.1); voice mail from Ernie Strahan regarding same (.1); correspondence with Marcus Wilson | 0.80 | 240.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding response of SCK to suggestion of mediation (.2); correspondence with Bob Frey regarding same (.2). | | |
| 5/13/2010 | RMF | Work on motion to strike SCK's expert designation (.2). | 0.20 | 54.00 |
| 5/13/2010 | AHN | Work on motion to strike plaintiffs' experts (3.3). | 3.30 | 264.00 |
| 5/14/2010 | RMF | Prepare and submit agreed order establishing deadline for rebuttal (.1); email from and telephone conference with L. Watt re: discovery issues (.2). | 0.30 | 81.00 |
| 5/14/2010 | SWR | Correspondence with Bob Frey regarding order submitted to Judge Ellington (.2). | 0.20 | 60.00 |
| 5/17/2010 | RMF | Submit agreed order establishing deadline for rebuttal in support of motion for partial summary judgment (.1); communicate with SCK attorney re: deposition dates (.2); work on motion to strike SCK's expert designation (4.1). | 4.40 | 1,188.00 |
| 5/17/2010 | SWR | Correspondence with Bob Frey regarding exhibit to complaint (.1); review supplemental response filed by SCK (.2); review agreed order on briefing (.1); review correspondence regarding deposition dates (.1). | 0.50 | 150.00 |
| 5/18/2010 | RMF | Continue work on rebuttal in support of motion for partial summary judgment (2.5). | 2.50 | 675.00 |
| 5/19/2010 | RMF | Inspect documents at offices of SCK's attorney and meet with him afterwards in response to his request (3.5); review and respond to lengthy email from him re: additional discovery demands (.8); telephone conference with E. Strahan re: SCK's demand for records owned by Sellertech (.2). | 4.50 | 1,215.00 |
| 5/19/2010 | SWR | Telephone call from Richard Booker regarding call from Lee Watts (.1); correspondence with Bob Frey regarding same (.2); correspondence with Bob Frey regarding discovery disputes (.2); correspondence with United States Trustee regarding compensation for debtor's representative (.2); correspondence with Bob Frey regarding effect of security interest of named insured Irby in collateral (.2); telephone conference with Paul Ellis regarding research results (.3); correspondence with Paul Ellis regarding same (.3). | 1.50 | 450.00 |
| 5/20/2010 | PME | Legal research re: what constitutes "value" within meaning of fraudulent conveyance provision of bankruptcy code (1.1); draft memo to S. Rosenblatt re: findings (1.5). | 2.60 | 416.00 |
| 5/20/2010 | RMF | Finish first complete draft of rebuttal in support of motion for summary judgment (3.5); draft affidavit in support (.2); research response to SCK's demand for Sellertech data (.3); email L. Watt with question re: same. | 4.00 | 1,080.00 |
| 5/20/2010 | SWR | Correspondence with Ron McAlpin regarding | 1.90 | 570.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | compensation for Ernie Strahan (.2); work on correspondence with to unsecured creditors' committee regarding same (.3); telephone conference with Ernie Strahan regarding financial information on Debtor and status of data stored on computers (.4); correspondence with Ernie Strahan regarding same (.4); conference with Bob Frey regarding same (.2); correspondence with Lee Watt regarding responses and objections of SCK to Debtor's second request for production (.1); correspondence with Bob Frey regarding rebuttal brief and discovery disputes (.3). | | |
| 5/21/2010 | RMF | Continue working on appropriate response to SCK's demand for documents sufficient to educate their attorney about "everything there is to know" about Warehouse 86's inventory (.6); email to L. Watt, reminding him of our need for an answer to the question we put to him by email the other day about the source of the report that supposedly confuses him (.2); telephone conference with R. Booker re: SCK's desire to depose him (.2); telephone conference with E. Strahan re: draft affidavit in support of motion for partial summary judgment (.4). | 1.40 | 378.00 |
| 5/21/2010 | SWR | Correspondence with Bob Frey regarding deposition of Richard Booker (.1); correspondence with Bob Frey regarding rebuttal brief (.1); correspondence with Bob Frey regarding proposed email to Lee Watt regarding information on computer (.2); correspondence with Bob Frey regarding effect of Irby security interest (.1). | 0.50 | 150.00 |
| 5/24/2010 | RMF | Many emails re: SCK's attempt to schedule additional depositions (Marchetti, Eilertson, St. James, Booker), and re: SCK's demand for follow-up on questions put to Mr. Strahan (.5); finalize and file Strahan affidavit and rebuttal in support of motion for partial summary judgment (5.5). | 6.00 | 1,620.00 |
| 5/24/2010 | SWR | Conference with Bob Frey regarding affidavit of Ernie Strahan (.2); correspondence with Bob Frey regarding Irby as loss payee (.2); work on rebuttal brief in support of motion for partial summary judgment (1.3); conference with Bob Frey regarding same (.2); correspondence with Bob Frey regarding notice to SCK of loss and opportunity to participate in adjustment (.3); correspondence with Bob Frey regarding motion for status conference (.2). | 2.40 | 720.00 |
| 5/25/2010 | RMF | Continue working to respond to SCK's demand for follow-up on questions put to Mr. Strahan (.4); prepare to take 30(b)(6) deposition of SCK & RadioShack (6.4). | 6.80 | 1,836.00 |
| 5/25/2010 | CBMA | Review file and preparation of index of documents produced to date (.6). | 0.60 | 57.00 |
| 5/25/2010 | SWR | Correspondence with Bob Frey regarding discovery issues | 0.70 | 210.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | and effect of Irby being a loss payee (.4); review records regarding same (.3). | | |
| 5/26/2010 | RMF | Conduct 30(b)(6) deposition of SCK & RadioShack (4.5); telephone conference with SWR re: same (.1); begin drafting motion to compel (1.5); telephone conference to & email from J. Marchetti re: his upcoming deposition (.3). | 6.40 | 1,728.00 |
| 5/26/2010 | SWR | Review pleadings filed in bankruptcy case by SCK (.2); correspondence and telephone conference with Eric Eilertsen regarding status of insurance claim (.2). | 0.40 | 120.00 |
| 5/27/2010 | RMF | Finalize draft motion to compel and forward same to SWR (1.1). | 1.10 | 297.00 |
| 5/27/2010 | SWR | Work on applications for compensation for Butler Snow and Haddox Reid (.6); correspondence with Bob Frey regarding motion to compel and other discovery matters (.3). | 0.90 | 270.00 |
| 5/28/2010 | RMF | Respond to various emails from L. Watt re: discovery (.3); work on motion for status conference (1.9); work with SWR & E. Strahan on Sellertech issues (.5); draft email to L. Watt re: same (.2); locate, in documents produced to SCK, the computer generated report about which L. Watt claims to need additional answers, derived from Sellertech data (.3). | 3.20 | 864.00 |
| 5/28/2010 | SWR | Finalize order approving fee application of Butler Snow and submit same to court for entry (.2); finalize order approving fee application of Haddox Reid and submit same to court for entry (.2); work on motion for status confernce (.8); correspondence with Bob Frey regarding same (.2); finalize and file same (.2); correspondence with Bob Frey regarding discovery disputes (.3); correspondence with Ernie Strahan regarding preservation of data (.3); review emails to and from Lee Watt regarding Sellertech data (.3); correspondence with Lee Watt regarding status conference (.2). | 2.70 | 810.00 |
| 5/31/2010 | SWR | Correspondence with Marcus Wilson, Lee Watt and Bob Frey regarding request for status conference and available dates (.2). | 0.20 | 60.00 |
| 6/1/2010 | RMF | Repeated attempts to schedule earlier hearing on our motion for status conference (.4); short telephone conference with Judge and opposing counsel re: same (.2); email to SWR re: same (.1). | 0.70 | 189.00 |
| 6/1/2010 | SWR | Correspondence with Bob Frey regarding status conference and discovery disputes (.3); correspondence with Ernie Strahan regarding accessibility to Sellertech data (.1); correspondence with Ernie Strahan regarding April monthly operating report (.2). | 0.60 | 180.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/2/2010 | RMF | Prepare for and attend SCK/RadioShack deposition of John Marchetti (3.0); report on same to SWR (.2); respond to emails from L. Watt re: St. James and Booker depositions (.2). | 3.40 | 918.00 |
| 6/2/2010 | SWR | Review April monthly operating report and correspondence to Onida Huhn regarding prepare for filing (.2); correspondence with Bob Frey and Ernie Strahan regarding additional discovery by SCK (.3); correspondence with Marcus Wilson and Bob Frey regarding Booker deposition (.2). | 0.70 | 210.00 |
| 6/3/2010 | RMF | Review subpoena to Sellertech and begin working on motion to quash (.9); review SCK's motion to extend discovery deadline, and begin working on response (.8); respond to additional emails from L. Watt re: Booker deposition and Sellertech subpoena (.3); check transcript of Strahan deposition for testimony referenced by SCK re: Sellertech (.2). | 2.20 | 594.00 |
| 6/3/2010 | SWR | File April monthly operating report (.1); review correspondence to Sellertech regarding preservation of documents and information (.3); review notice of subpoena to SellerTech and correspondence with Ernie Strahan regarding same (.2); correspondence and conference with Bob Frey regarding objection to same (.3); correspondence with Bob Frey regarding response on Booker deposition notice (.3); correspondence with unsecured creditors' committee regarding Ernie Strahan as consultant (.4); telephone conference with Marcus Wilson regarding settlement discussion (.3); correspondence with Ernie Strahan regarding Eilertsen deposition (.2). | 2.10 | 630.00 |
| 6/4/2010 | RMF | Work to assist in preparing settlement proposal, based on language of loss payable clause in EMC policy (1.4). | 1.40 | 378.00 |
| 6/4/2010 | SWR | Review notice of hearing on motion to extend discovery (.2); correspondence with Ernie Strahan and Bob Frey regarding discovery disputes (.2); review structure and basis for settlement offer (.9); correspondence with Marcus Wilson regarding settlement offer (.6); correspondence with Bob Frey and Ernie Strahan regarding same (.2); correspondence with Paul Calhoun regarding approval of fee application (.2). | 2.30 | 690.00 |
| 6/7/2010 | RMF | Work with SWR and K. Jones on practical responses to SCK demand for Sellertech data (2.0); draft email to L. Watt inviting him to resume W86 deposition with Sellertech data accessible on line (.2); reply to EKS's comments on same (.1); review activity log produced by Marchetti firm (.2); brief telephone conference to J. Marchetti re: proof of insurance sent to SCK (.2); forward | 3.60 | 972.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 10

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | to L. Watt items received from J. Marchetti (.1); telephone conferences to Fort Worth and Dallas to locate Patrick Burke, "Staubach Company" employee whose emails shows SCK approval of insurance policy purchased by W86 (.8). | | |
| 6/7/2010 | KMJ | Conference call with client to determine how to handle data at hosted data facility.(2.1). | 2.10 | 262.50 |
| 6/7/2010 | SWR | Conference with Bob Frey and Ken Jones and telephone conference with Ernie Strahan regarding preservation of data (1.3); conference call with Ken Jones, Ernie Strahan and SellerTech's outside IT consultant regarding same (.6); correspondence with Bob Frey regarding response to SCK regarding discovery (.3); telephone conference with Eric Eilertsen regarding status of insurance claim for his personal property (.4); correspondence with Bob Frey regarding proposed email to Lee Watt (.4); letter to SellerTech regarding preservation of Warehouse 86 data (.3); correspondence with Bob Frey and Ken Jones regarding same (.2); review notice of deposition and subpoena to Eric Eilertsen (.2). | 3.60 | 1,080.00 |
| 6/8/2010 | RMF | Revise draft motion to compel (.2). | 0.20 | 54.00 |
| 6/8/2010 | SWR | Correspondence with Bob Frey regarding discovery issues (.3); review and revise motion to compel (.9); review transcript of 30(b)(6) deposition of SCK representative (.4); conferences with Bob Frey regarding same (.3); letter to Weber County tax collector regarding personal property taxes (.2). | 2.10 | 630.00 |
| 6/9/2010 | RMF | Further attempts to trace Patrick Burke of Staubach Company, who facilitated approval, on behalf of Radio Shack and SCK, of the insurance obtained by Warehouse 86 (2.8); telephone conference from L. Watt re: Sellertech data and resumption of 30(b)(6) deposition of Warehouse 86 (.3); review and reply to his multiple emails re: same (.5); telephone conference with SWR and EKS re: all of the foregoing (.2). | 3.80 | 1,026.00 |
| 6/9/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery disputes with SCK (.5); correspondence with Bob Frey regarding proposed reply to Lee Watt (.3); work on motion to quash subpoena by SCK on SellerTech (1.9); correspondence with Ernie Strahan regarding corrections to deposition testimony (.2). | 2.90 | 870.00 |
| 6/10/2010 | RMF | Finalize and file motion to quash (.5); work with EKS to prepare for tomorrow's deposition (5.7); review and respond to multiple emails from L. Watt re: Sellertech data and resumption of 30(b)(6) deposition of Warehouse 86 (.4); telephone conference from L. Watt re: same (.2). | 6.80 | 1,836.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/10/2010 | SWR | Correspondence with Ernie Strahan regarding status of settlement discussions (.1); correspondence and conference with Bob Frey regarding ongoing discovery dispute (.5); finalize motion to quash and correspondence with Bob Frey regarding same (.7); review notice of hearing on motion to compel (.1). | 1.40 | 420.00 |
| 6/11/2010 | RMF | Defend resumption and conclusion of 30(b)(6) deposition of Debtor (3.5). | 3.50 | 945.00 |
| 6/11/2010 | SWR | Correspondence with Bob Frey regarding continuation of deposition of Ernie Strahan (.2); review notice of hearing on motion to quash (.1); correspondence with Ernie Strahan regarding financials for 2007 and 2008 (.2); correspondence with Marcus Wilson regarding settlement conference (.2); correspondence with Bob Frey regarding report on deposition (.1). | 0.80 | 240.00 |
| 6/12/2010 | SWR | Correspondence with Bob Frey and Ernie Strahan regarding deposition and financials (.3); correspondence with Marcus Wilson regarding settlement conference (.1). | 0.40 | 120.00 |
| 6/14/2010 | SWR | Correspondence and conference with Bob Frey regarding discovery issues (.4); correspondence with Bob Frey regarding SellerTech objection (.3); telephone conference and correspondence with Walter Newman regarding SellerTech's objection to subpoena (.4). | 1.10 | 330.00 |
| 6/15/2010 | SWR | Telephone conference with Walter Newman regarding objection to subpoena (.3); correspondence with Walter Newman regarding same and motion to quash filed by the Debtor (.3); correspondence with Ken Jones regarding delivery of hard drives (.2); telephone conference with Ernie Strahan regarding May monthly operating report (.3); conference with Bob Frey regarding discovery dispute with SCK (.3); correspondence with Lee Watt regarding settlement offer (.3); correspondence and conference with Bob Frey and Ernie Strahan regarding same (.5); correspondence with unsecured creditors' committee regarding same (.3); correspondence with unsecured creditors' committee regarding Ernie Strahan as consultant (.2); correspondence with Ernie Strahan regarding summary of back-up project (.2); prepare for settlement confernce with SCK (.9). | 3.80 | 1,140.00 |
| 6/16/2010 | RMF | Telephone conference with SWR re: open items, planning for upcoming status conference (.3); email to him about J. McCampbell; locate contact info for her (.2). | 0.50 | 135.00 |
| 6/16/2010 | RMF | Draft response to RadioShack motion to re-open discovery (2.7). | 2.70 | 729.00 |
| 6/16/2010 | SWR | Correspondence with Ernie Strahan regarding chain of custody for hard drive for W86 information (.2); | 6.70 | 2,010.00 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | correspondence with Ken Jones regarding same (.2); settlement conference with Lee Watt and Marcus Wilson (2.3); telephone conference with Ernie Strahan and conference with Bob Frey regarding report on and response to same and course of action (.3); correspondence with Teresa Shipe regarding Ernie Strahan as consultant (.1); correspondence and telephone conference with Eddie Christensen regarding response to RadioShack offer and course of action (.4); conference with Ken Jones regarding backup hard drives (.2); work on response to Marcus Wilson and Lee Watt (.9); correspondence with Bob Frey regarding discovery issues (.3); correspondence with unsecured creditors' committee regarding conference call to discuss status of case and course of action (.2); correspondence with Walter Newman regarding SellerTech subpoena dispute (.2); correspondence with Bob Frey regarding responses to pending motions (.2); correspondence with Ernie Strahan regarding requested documents and information (.5); telephone conference with Ernie Strahan regarding same (.2); correspondence with Ernie Strahan regarding payment of invoices for backup data (.1); correspondence with Lee Watt regarding SellerTech subpoena (.3); correspondence with Bob Frey and Ernie Strahan regarding same (.1). | | |
| 6/17/2010 | RMF | Conference call with unsecured creditors (.5); review proposed transcript of first day of E. Strahan's deposition and his proposed corrections to same (1.5); email to him re: same (.2); respond to RadioShack email asserting that Sellertech deposition will go forward tomorrow, notwithstanding Sellertech's self-executing objections (.2). | 2.40 | 648.00 |
| 6/17/2010 | SWR | Correspondence with unsecured creditors' committee regarding analysis of SCK settlement offer (.2); correspondence with Ernie Strahan regarding additional documents and information (.3); correspondence with Committee regarding present bank balance (.2); conference call with unsecured creditors' committee regarding status report and course of action including request for contingency fee proposal (.5); correspondence with Lee Watt regarding settlement and discovery issues (.3); work on contingency fee proposal (.4); review response to motion to quash filed by SCK (.2); telephone conference and conference with Ernie Strahan regarding documentation (.9); correspondence with Ernie Strahan regarding SellerTech subpoena (.2); conference with Bob Frey regarding update and course of action (.3); correspondence with Lee Watt regarding production of documents (.3); correspondence with Walter Newman regarding same (.2); correspondence with Marcus Wilson and Lee Watt regarding settlement conference and discovery disputes (.9); correspondence with Lee Watt and Marcus Wilson regarding documents (.4). | 5.30 | 1,590.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 13

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/18/2010 | SWR | Correspondence with Ernie Strahan regarding checking account balance (.1); correspondence with Teresa Shipe and Eddie Christensen regarding Strahan as consultant (.2). | 0.30 | 90.00 |
| 6/20/2010 | RMF | Drive to Memphis for tomorrow's deposition of E. Eilertsen (half-time) (1.7). | 1.70 | 459.00 |
| 6/21/2010 | RMF | Defend deposition of E. Eilertsen; return to Jackson (half-time) (3.7). | 3.70 | 999.00 |
| 6/21/2010 | SWR | Voice mail from Bob Frey regarding report on deposition of Eric Eilertsen (.1); correspondence with Ernie Strahan regarding status conference (.1). | 0.20 | 60.00 |
| 6/22/2010 | RMF | Prepare for and participate in status conference before Judge Ellington (2.5); work with E. Strahan at his office to make sure that all documents to be produced have been produced (2.3). | 4.80 | 1,296.00 |
| 6/22/2010 | SWR | Prepare for status conference and hearing on various motions (.7); conference with Bob Frey regarding same (.5) attend status conference (1.5); correspondence with Ernie Strahan regarding documents (.2); correspondence with Bob Frey regarding contingency fee proposal requested by unsecured creditors' committee (.5). | 3.40 | 1,020.00 |
| 6/24/2010 | RMF | Sutdy and respond to Plaintiffs' demands for dates on which to depose R. Booker & P. St James (1.6); after consulting with SWR(.3), email Plaintiffs to make record of our acceptance of their offer to permit out-of-time deposition of Adams (.2); work with E. Strahan re: back-ups of Sellertech data (.1). | 2.20 | 594.00 |
| 6/24/2010 | SWR | Telephone conference with Ernie Strahan and Bob Frey regarding backup drive (.1); correspondence and conference with Bob Frey regarding depositions of plaintiffs's witnesses (.3);. | 0.40 | 120.00 |
| 6/28/2010 | RMF | Review SCK's supplemental answers to interrogatories, including report of insurance "expert" Mike Wooton (1.3). | 1.30 | 351.00 |
| 6/28/2010 | SWR | Correspondence with Onida Huhn regarding updating chain of custody document (.1); correspondence with Lee Watt regarding supplemental interrogatory responses (.3);. | 0.40 | 120.00 |
| 6/29/2010 | RMF | Instruct C. Mason on preparing chart of documents produced (.1); email from and to L. Watt re: Booker deposition (.1). | 0.20 | 54.00 |
| 6/29/2010 | CBMA | Work on Notice of Production of Documents (3.1). | 3.10 | 294.50 |
| 6/29/2010 | SWR | Correspondence with Bob Frey regarding dates for Booker deposition and mediation (.2); correspondence with Bob Frey regarding use of Judge Houston as a mediator (.2). | 0.40 | 120.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 14

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/30/2010 | SWR | Correspondence with Bob Frey regarding mediation before Judge Houston (.1); correspondence with unsecured creditors' committee regarding response to request for contingency fee (.3); correspondence with Bob Frey regarding Booker deposition (.1); response from unsecured creditors' committee regarding contingency fee proposal (.2). | 0.70 | 210.00 |
| 7/1/2010 | RMF | Review E. Strahan's paper files for documents that need to be produced (2.2); review last batch of documents produced by Marchetti insurance agency (.7). | 2.90 | 783.00 |
| 7/1/2010 | SWR | Review discovery sought by SCK/RadioShack (.2); correspondence with Marcus Wilson, Lee Watt and Bob Frey regarding timing and coordination regarding mediation (.2); additional correspondence with Bob Frey regarding same and Marchetti documents (.3); conference with Ernie Strahan regarding mediation (.2); correspondence with Bob Frey regarding motion to strike expert of SCK/RadioShack (.2). | 1.10 | 330.00 |
| 7/2/2010 | SWR | Correspondence with Marcus Wilson and Ernie Strahan regarding confirming date for mediation (.2); correspondence with Bob Frey regarding motion to strike plaintiffs' designated expert (.2). | 0.40 | 120.00 |
| 7/6/2010 | RMF | Draft and submit to opposing counsel proposed agreed order extending deadline for filing motions (.2). | 0.20 | 54.00 |
| 7/6/2010 | SWR | Correspondence with Lisa Cox regarding mediation dates and deadlines (.1); correspondence with Bob Frey regarding position paper for Debtor (.2); correspondence with Bob Frey regarding scheduling order (.2). | 0.50 | 150.00 |
| 7/12/2010 | RMF | Telephone conference with Walker Gibson, attorney for GAB, re: rescheduling deposition of R. Booker, and re: background on suit. | 0.30 | 81.00 |
| 7/12/2010 | SWR | Telephone conference with Walker Gibson regarding background information for deposition of Richard Booker (.3); telephone conference with Bob Frey regarding same (.2); correspondence with Bob Frey regarding proposed orders (.2). | 0.70 | 210.00 |
| 7/13/2010 | SWR | Correspondence with Bob Frey regarding motion to extend deadlines (.1). | 0.10 | 30.00 |
| 7/14/2010 | RMF | Production of additional documents (.2). | 0.20 | 54.00 |
| 7/14/2010 | SWR | Correspondence with Bob Frey regarding production of documents (.1). | 0.10 | 30.00 |
| 7/16/2010 | SWR | Correspondence with Ernie Strahan regarding June monthly operating report (.2). | 0.20 | 60.00 |
| 7/20/2010 | SWR | Review and file monthly operating report for May and June | 0.30 | 90.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 15

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | 2010 (.3). | | |
| 7/21/2010 | SWR | Correspondence with Bob Frey regarding Booker deposition (.2). | 0.20 | 60.00 |
| 7/23/2010 | RMF | Check F. R. Civ. 32 for use of depositions at trial.3); respond to email from SWR re: same and R. Booker depo (.1). | 0.40 | 108.00 |
| 7/23/2010 | SWR | Correspondence with Bob Frey regarding Booker deposition (.1). | 0.10 | 30.00 |
| 7/28/2010 | SWR | Correspondence and conference with Bob Frey regarding Booker deposition (.2). | 0.20 | 60.00 |
| 7/29/2010 | SWR | Telephone call to Ernie Strahan regarding motion to be retained as a consultant (.1); work on motion to retain consultant (.9); correspondence with Ernie Strahan regarding same (.2). | 1.20 | 360.00 |
| 7/30/2010 | SWR | Correspondence with Ernie Strahan regarding motion to retain consultant and mediation of dispute with SCK (.2); correspondence with Lee Watt regarding status of orders (.1). | 0.30 | 90.00 |
| 8/2/2010 | SWR | Conference with Bob Frey regarding response to proposed order (.2). | 0.20 | 60.00 |
| 8/3/2010 | RMF | Draft letter to L. Watt producing final set of documents and recapitulating prior productions (2.1). | 2.10 | 567.00 |
| 8/3/2010 | SWR | Correspondence with Lee Watt regarding proposed orders on mediation and discovery (.2); correspondence with Lee Watt regarding third amended scheduling order (.1). | 0.30 | 90.00 |
| 8/4/2010 | RMF | Work on pre-mediation statement for submission to Judge Houston (2.6). | 2.60 | 702.00 |
| 8/4/2010 | VGJ | Correspondence with S. Rosenblatt re Motion to Retain Consultant (.1); finalize Motion to Retain Consultant; prepare 21 day notice (.2); prepare Certificate of Service (.3); electronically file Motion, 21 day notice and Certificate of Service with court (.2); prepare for mail out to all parties listed on matrix (.2); prepare Notice of Appearance for C. Maddux; email to and from C. Maddux re same; finalize and electronically file same with Court (.70); receipt and review of ECF notices, calendar dates and distribute (.2). | 4.20 | 525.00 |
| 8/4/2010 | SWR | Correspondence with Lee Watt regarding proposed orders (.2); correspondence with Bob Frey regarding same (.3); finalize and file motion to employ Ernie Strahan as consultant (.2); correspondence with Ron McAlpin regarding same (.2); correspondence with Ernie Strahan regarding same (.1); finalize notice of motion (.2); conference with Velvet Johnson regarding filing and | 3.40 | 1,020.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 16

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | serving (.2); correspondence with unsecured creditors' committee regarding same (.2); review correspondence of Bob Frey to Lee Watt regarding production of documents (.1); conference with Bob Frey regarding revisions to proposed orders (.5); review and work on revisions to proposed orders (.4); work on motion to pay insurance proceeds for "property of others" (.8). | | |
| 8/5/2010 | RMF | Work with SWR on proposed orders (.5). | 0.50 | 135.00 |
| 8/6/2010 | SWR | Work on orders for third amended scheduling order, other discovery matters, and mediation (1.2); correspondence with Bob Frey regarding same (.3); correspondence with Marcus Wilson and Lee Watt regarding proposed clean and redlined orders (.4); review proof of claim of Budget Rent-a-Car (.2); correspondence with Marcus Wilson regarding meditation order (.2); telephone conference with Eric Eilerstsen regarding course of action regarding "property of others". | 2.30 | 690.00 |
| 8/9/2010 | RMF | Prepare for and participate in deposition of R. Booke (3.0); work on mediation position paper (3.4). | 6.40 | 1,728.00 |
| 8/9/2010 | SWR | Correspondence with Lee Watt regarding statements of loss for tornado loss and fire loss (.2); correspondence and conference with Bob Frey regarding Booker deposition (.2); correspondence with Bob Frey regarding pre-meditation positions paper (.2). | 0.60 | 180.00 |
| 8/10/2010 | RMF | Work on pre-mediation submission for Judge Houston (.8). | 0.80 | 216.00 |
| 8/10/2010 | SWR | Correspondence with Bob Frey regarding proposed language for pre-mediation position paper of Warehouse 86 (.2). | 0.20 | 60.00 |
| 8/11/2010 | VGJ | Update the index in the system from ECF Notices (.2); receipt of returned mail on "Brand on Sale" creditor and forward to new address (.1); prepare Notice of Change of Address and electronically file same with Court (.2); edit creditor address on court matrix; correspondence with S. Rosenblatt re same (.1). | 0.80 | 100.00 |
| 8/13/2010 | VGJ | Receipt and review of returned mail from creditors; review of website for corrected address (.10); review of Proof of Claim Register from Court CM/ECF (.1); correspondence with S. Rosenblatt re same (.1). | 0.30 | 37.50 |
| 8/13/2010 | SWR | Work on mediation position paper to Judge Houston (3.7); correspondence with Bob Frey regarding same (.2); review proposed changes and correspondence with Bob Frey regarding proposed revisions (.3). | 4.20 | 1,260.00 |
| 8/14/2010 | RMF | Revise pre-mediation letter to Judge Houston (.3). | 0.30 | 81.00 |

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 17

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/16/2010 | RMF | Help finalize pre-mediation position paper for Judge Houston (.2). | 0.20 | 54.00 |
| 8/16/2010 | VGJ | Correspondence with S. Rosenblatt re filing of Amended June Monthly Operating Report and the new July Monthly Operating report (.1); electronically file same with Bankruptcy Court (.3). | 0.40 | 50.00 |
| 8/16/2010 | CHM | Review/analyze/revise draft position statement for mediation and related review of pleadings and documents and office conference with S. Rosenblatt (1.1). | 1.10 | 291.50 |
| 8/16/2010 | SWR | Correspondence with Velvet Johnson regarding filing amended June 2010 monthly operating report (.1); correspondence with Velvet Johnson regarding filing July 2010 monthly operating report (.1); work on mediation position paper of Warehouse 86 to Judge David Houston (2.8); correspondence with Bob Frey regarding same (.3); finalize exhibits regarding same (.3); send to Judge Houston (.1); correspondence with Bob Frey and Ernie Strahan regarding same (.2). | 3.90 | 1,170.00 |
| 8/17/2010 | VGJ | Correspondence with S. Rosenblatt and B. Frey re preparation of mediation notebook (.1); prepare mediation notebook for B. Frey and S. Rosenblatt (.7). | 0.80 | 100.00 |
| 8/18/2010 | RMF | Brief review of SCK's supplemental discovery responses (.1); discussion of same with SWR (.2). | 0.30 | 81.00 |
| 8/18/2010 | VGJ | Receipt and review of ECF Notices and distribute (.1) receipt of returned mail on mailout of Notice of Motion to Retain Consultant (.1), search for corrected address (.1), update address chart and re-mail (.2). | 0.50 | 62.50 |
| 8/18/2010 | CBMA | Research case law for B. Frey re: mediation. (.4). | 0.40 | 38.00 |
| 8/18/2010 | SWR | Review notice of service of discovery and supplemental discovery responses filed by SCK and RadioShack (.3); conference with Bob Frey regarding same (.2). | 0.50 | 150.00 |
| 8/19/2010 | VGJ | Prepare Notice of Change of Address for Intechra (.3); correspondence with S. Rosenblatt re same (.2). | 0.50 | 62.50 |
| 8/20/2010 | VGJ | Finalize Notice of Change of Address for Creditors Baja Motorsports and Mirna Maribel Carrillo and electronically file same with court (.30); update court docket in database (.10). | 0.40 | 50.00 |
| 8/21/2010 | SWR | Correspondence with Ernie Strahan and Bob Frey regarding upcoming mediation in Aberdeen (.2). | 0.20 | 60.00 |
| 8/23/2010 | RMF | Final preparations for tomorrow's mediation (3.1). | 3.10 | 837.00 |
| 8/23/2010 | VGJ | Telephone conference with S. Rosenblatt re meeting on mediation (.1); office conference with S. Rosenblatt and B. Frey re mediation (.3); update and finalize mediation | 2.00 | 250.00 |

---

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 18

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | notebooks (1.6). | | |
| 8/23/2010 | SWR | Correspondence with Bob Frey regarding issues related to mediation (.2); conference with Bob Frey regarding final preparation for mediation of adversary proceeding (2.9); review additional pleadings and documents regarding same (1.7). | 4.80 | 1,440.00 |
| 8/24/2010 | RMF | Travel to Aberdeen for mediation (en route: final preparation) (2.9); participate in mediation, leading to settlement (8.1); return to Jackson (2.9). | 13.90 | 3,753.00 |
| 8/24/2010 | VGJ | Receipt and review of ECF Notices and distribute. | 0.10 | 12.50 |
| 8/24/2010 | SWR | Travel to Aberdeen with Bob Frey and Ernie Strahan for mediation (2.9); mediation with Judge Houston and counsel for SCK/RadioShack and correspondence and telephone conference with Eddie Christensen (for unsecured creditors' committee) (8.1); return to Jackson (2.9); correspondence with Eddie Christensen regarding report on mediation (.3). | 14.20 | 4,260.00 |
| 8/25/2010 | VGJ | Prepare draft of Order Granting Motion of Warehouse 86, LLC to Retain Consultant (.5); receipt and review of ECF Notice of Response/Objection to Motion to Retain Consultant (.1); correspondence with S. Rosenblatt and C. Maddux re same (.1). | 0.70 | 87.50 |
| 8/25/2010 | SWR | Correspondence with James McCullouch regarding report on mediation (.2); telephone conference with Eric Eilertson regarding same and status of insurance proceeds on property of others (.2); review objection of SCK to employment of consultant (.2); correspondence with Ernie Strahan regarding same (.2); correspondence with Marcus Wilson regarding same (.1). | 0.90 | 270.00 |
| 8/26/2010 | VGJ | Office conference with S. Rosenblatt re Motion to Pay Insurance Proceeds (.10); finalize and scan Motion (.1); electronically file Motion with Court (.10); forward Motion to all parties listed on Certificate of Service (.2). | 0.50 | 62.50 |
| 8/26/2010 | SWR | Correspondence and telephone conference with Marcus Wilson regarding claims objections process (.3); telephone conference with Marcus Wilson regarding preparation of first draft of Rule 9019 motion (.2); work on cost-benefit chart (.4); telephone conference and correspondence with Ernie Strahan regarding same (.3); finalize and correspondence with Velvet Johnson regarding filing and serving motion to distribute check for "property of others" (.4); correspondence with Ernie Strahan and Eric Eilertson regarding same (.2). | 1.80 | 540.00 |
| 8/27/2010 | VGJ | Receipt and review of ECF Notices, calendar dates and distribute (.2). | 0.20 | 25.00 |

---

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 19

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/27/2010 | SWR | Correspondence with James McCullough regarding mediation of dispute with RadioShack and SCK (.2); review notice of hearing on motion to retain consultant (.1); correspondence with Ernie Strahan regarding same (.1). | 0.40 | 120.00 |
| 8/28/2010 | SWR | Correspondence with Ernie Strahan regarding workers compensation insurance claim for Chad Larson (.2). | 0.20 | 60.00 |
| 8/30/2010 | VGJ | Correspondence with S. Rosenblatt re 21 day notice of Motion to pay $10,000 insurance proceeds (.1); correspondence with Mimi (Judge Ellington's clerk) re same (.3); prepare draft of 21 day notice; prepare Certificate of Service for 21 day notice (.3); prepare for mailout to all parties listed on matrix list (1.6). | 2.40 | 300.00 |
| 8/30/2010 | SWR | Correspondence with Mimi Burke Speyerer and Velvet Johnson regarding handling of motion to pay insurance on property of others (.2); review notice of hearing on motion to retain consultant (.1); correspondence with Ernie Strahan regarding same (.1). | 0.40 | 120.00 |
| 8/31/2010 | VGJ | Update court docket on database for both main matter and adversary (.2); office conference with S. Rosenblatt re 21 Day Notice (.1); finalize and electronically file 21 Day Notice for Motion of Debtor to Pay Insurance Proceeds for "Property of Others" and Certificate of Service for same (.2); prepare Notice and Motion for mailout to entities on matrix (160 entities) (2.5). | 3.00 | 375.00 |
| 9/1/2010 | SWR | Correspondence with Eric Eilertson regarding notice of motion to disburse insurance proceeds (.1). | 0.10 | 30.00 |
| 9/9/2010 | SWR | Correspondence with Lee Watt regarding depositions of the St. Jameses (.1); correspondence with Bob Frey regarding same (.1); correspondence with Lee Watt regarding claims objections (.2); correspondence with Marcus Wilson regarding draft of Rule 9019 settlement motion (.1). | 0.50 | 150.00 |
| 9/13/2010 | SWR | Review scheduled and filed claims to ascertain extent of objectionable claims (.4). | 0.40 | 120.00 |
| 9/15/2010 | SWR | Correspondence with Andrew Wilson regarding draft of settlement documents (.1); correspondence with Lee Watt and Marcus Wilson regarding requested claims objection information (.3). | 0.40 | 120.00 |

Sub-total Fees: 85,030.50

### Rate Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Paul M Ellis | 2.60 | hours at $160.00 /hr | 416.00 |
| Robert M. Frey | 164.90 | hours at $270.00 /hr | 44,523.00 |

---

**Butler | Snow**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 20

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Velvet G. Johnson | 16.80 | hours at $125.00 /hr | 2,100.00 |
| Kenneth M. Jones | 2.10 | hours at $125.00 /hr | 262.50 |
| Chris Maddux | 1.10 | hours at $265.00 /hr | 291.50 |
| Catherine B. Mason | 4.10 | hours at $95.00 /hr | 389.50 |
| Ashley Nader | 8.60 | hours at $80.00 /hr | 688.00 |
| Stephen W. Rosenblatt | 121.20 | hours at $300.00 /hr | 36,360.00 |
| Subtotal: | 321.40 | | 85,030.50 |

### EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/31/2010 | Pacer Expense. | 21.52 |
| 4/5/2010 | Image Reproduction 1608 pages. | 160.80 |
| 4/21/2010 | Postage Expense. | 223.08 |
| 4/21/2010 | Image Reproduction 3137 pages. | 313.70 |
| 5/3/2010 | Image Reproduction 365 pages. | 36.50 |
| 5/4/2010 | Image Reproduction 267 pages. | 26.70 |
| 5/4/2010 | Image Reproduction 281 pages. | 28.10 |
| 5/4/2010 | Postage Expense. | 69.08 |
| 5/18/2010 | Cash disbursement check to Bond & Benoist Court Reporting. Deposition of Ernest Strahan - 5-5-10. | 514.55 |
| 5/24/2010 | Image Reproduction 43 pages. | 4.30 |
| 5/25/2010 | Image Reproduction 421 pages. | 42.10 |
| 5/31/2010 | Cash disbursement check to Amanda Wootton, RPR. Transcript of deposition of J. Caballero on 5-26-10. | 508.00 |
| 6/1/2010 | Image Reproduction 42 pages. | 4.20 |
| 6/3/2010 | Image Reproduction 1 pages. | 0.10 |
| 6/7/2010 | Image Reproduction 20 pages. | 2.00 |
| 6/8/2010 | Image Reproduction 42 pages. | 4.20 |
| 6/9/2010 | Image Reproduction 89 pages. | 8.90 |
| 6/11/2010 | Cash disbursement check to Amanda Wootton, RPR. Deposition of John E. Marchetti - 6-2-10. | 246.00 |
| 6/17/2010 | Conference Call. | 7.84 |
| 6/18/2010 | Image Reproduction. | 33.90 |
| 6/18/2010 | Scanned Image. | 20.34 |
| 6/21/2010 | Cash disbursement check to Robert M. Frey. Travel to and from Memphis, TN for deposition of Eric Eilertsen 6-21-10 (406 miles). | 320.10 |
| 6/21/2010 | Cash disbursement check to Bond & Benoist Court Reporting. Deposition of Ernest Strahan III (Volume II) 6-11-10. | 254.20 |
| 7/2/2010 | Image Reproduction 88 pages. | 8.80 |
| 7/2/2010 | Bates Electronic Coding. | 29.95 |

**BUTLER | SNOW**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Warehouse 86, LLC
September 30, 2010
Statement: 378624
Page 21

| Date | Description | Amount |
|---|---|---|
| 7/2/2010 | Scanned Image. | 35.94 |
| 7/20/2010 | Image Reproduction 8 pages. | 0.80 |
| 7/31/2010 | Pacer Expense. | 0.24 |
| 8/4/2010 | Postage Expense. | 134.00 |
| 8/4/2010 | Image Reproduction 1775 pages. | 177.50 |
| 8/9/2010 | Image Reproduction 29 pages. | 2.90 |
| 8/10/2010 | Image Reproduction 214 pages. | 21.40 |
| 8/16/2010 | Package Delivery - Tracking # 444342346726. | 9.32 |
| 8/17/2010 | Image Reproduction 350 pages. | 35.00 |
| 8/23/2010 | Image Reproduction 212 pages. | 21.20 |
| 8/24/2010 | Cash disbursement check to Stephen W. Rosenblatt. Expenses incurred in traveling to Aberdeen for mediation of adversary proceeding with SCK/RadioShack with Judge David Houston (Bob Frey and Ernie Strahan). | 227.76 |
| 8/24/2010 | Cash disbursement check to Amanda Wootton, RPR. Deposition of Richard W. Booker 8/9/10. | 235.00 |
| 8/31/2010 | Postage Expense. | 161.70 |
| 8/31/2010 | Pacer Expense. | 7.52 |
| 8/31/2010 | Image Reproduction 1544 pages. | 154.40 |

Subtotal Expenses: 4,113.64

**TOTAL CURRENT BILLING FOR THIS MATTER** $89,144.14

```
bel Matrix for local noticing          Fifth Third Bank                    Mississippi State Tax Commission, Legal Di
38-3                                   King & Spencer                      P.O. Box 22828
se 08-03423-ee                         Post Office Box 123                 Jackson, MS 39225-2828
uthern District of Mississippi         Jackson, MS 39205-0123
ckson Divisional Office
u Sep 30 16:21:22 CDT 2010
                                       Porsche Financial Services          Receivable Management Services
erstock.com, Inc.                      c/o Larry Spencer                   c/o Phyllis A. Hayes
50 South 3000 East                     P.O. Box 123                        307 International Circle, Ste 270
lt Lake City, UT 84121-5952            Jackson, MS 39205-0123              Hunt Valley, MD 21030-1322


nnessee Dept of Revenue                Warehouse 86, LLC                   U.S. Bankruptcy Court
o TN Attorney General Office           P O Box 16692                       100 East Capitol St.
nkruptcy Division                      Jackson, MS 39236-6692              P.O. Box 2448
O Box 20207                                                                Jackson, MS 39225-2448
shville, TN 37202-4015


C Logistics Corp                       ADP, Inc.                           ADP, Inc.
00 Sitler St #685                      5680 New Northside Dr.              One ADP Blvd
mphis, TN 38114-4801                   Atlanta, GA 30328-4668              Roseland, NJ 07068-1786



G Bankruptcy Collections               AT&T                                Air-One Services
chelle A. Levitt, Authorized Represent P O Box 105262                      5055 Pleasant View
 Pine Street, 28th Floor               Atlanta, GA 30348-5262              Memphis, TN 38134-6308
w York NY 10270-0002


lied Waste Serv #493                   Allied Waste Serv #837              Allied Waste Serv #868
 Landfill Rd                           48 Landfill Rd.                     48 Landfill Rd.
land MS 38756-9721                     Leland MS 38756-9721                Leland MS 38756-9721



erican Covers, Inc.                    American Express Corp               American Express Travel Related Svcs Co
a Handstands                           P O Box 650448                      Inc Corp Card
5 West 14600 South                     Dallas, TX 75265-0448               c/o Becket and Lee LLP
uffdale, UT 84065-4831                                                     POB 3001
                                                                           Malvern PA 19355-0701


erican Internatl Co.                   American Photocopy                  Amerigas
ecialty Workers Comp                   1719 Bartlett Road                  545 W 12 Street
0 Box 409                              Memphis, TN 38134-6402              Ogden, UTT 84404-5401
rsippany, NJ 07054-0409



n Innov. Solutions                     Arizona Department of Revenue       Arizona Department of Revenue
922 Denver West Pkwy                   P O Box 29010                       P O Box 52153
lden CO 80401-3142                     Phoenix, AZ 85038-9010              Phoenix, AZ 85072-2153



nos Energy                             (c)AUDIOVOX SPEC. APPLIC.           Baja Motorsports, LLC
O. Box 9001949                         2602 MARINA DR                      2955 S. 18th Place
uisville KY 40290-1949                 ELKHART IN  46514-8642              Phoenix, AZ 85034-6727
```

EXHIBIT 2

| | | |
|---|---|---|
| yer BDO, L C<br>South 400 W Ste 200<br>lt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>2466 Lugonia Ave.<br>Redlands, CA 92374-5003 |
| ige Rent A Car Systems LLC<br>sham & Scott<br>O Box 450676<br>uston TX 77245-0676 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 |
| ty of Phoenix<br>ty Treasurer<br>O Box 29690<br>oenix, AZ 85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| mputer Resources<br>O. Box 1241<br>rdova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |
| own Lift Trucks<br>52 Willow Lake Blvd.<br>i. #5<br>nphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| L Express-Claiins<br>tn: Mark Sanchez<br>44 W. Washington St.<br>npe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| lta Electric Power<br>0 Box 935<br>eenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 |
| C Ins. Companies<br>0 Box 6011<br>dgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 |
| nest K. Strahan, IIII<br>18 Petit Bois St N<br>ckson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 |
| fUi Third Auto Leasing<br>O. Box 630041<br>lMOC2E-3152<br>ncinnati, OH 45263-0041 | Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 |

| | | |
|---|---|---|
| rst Ins Funding Corp<br>0 Skokie Blvd. Ste 1000<br>rthbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| oria O'Neal<br>03 Bennett Wood<br>llington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>4899 W. 2100 Street<br>St. Lake City, UT 84120-1225 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 |
| PACO, Incorporated<br>11 Burch Dr.<br>arlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 |
| )INTERNAL REVENUE SERVICE<br>NTRALIZED INSOLVENCY OPERATIONS<br>BOX 21126<br>ILADELPHIA PA 19114-0326 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON KIA1A8<br>Canada |
| aac Amavizca<br>22 W. Oregon Avenue<br>oenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 |
| n S Musial<br>w Office of Jon S Musial<br>30 E. Gray Road<br>ottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| tt Worldwide Logist.<br>0 Box 751197<br>nphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 |
| uis E. Sagar<br>B Broadway<br>w York, NY 10012 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 |
| rcus M. Wilson<br>nnett Lotterhos Sulser & Wilson, P.A.<br>st Office Box 98<br>ckson, MS 39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 |
| nphis Recycling Serv<br>0 Box 88271<br>icago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 |

rchandise Manu. Inc.
 Box 843
kewood CA 90714-0843

Mirna Maribel Carrillo
4230 N. 50th Drive
Phoenix AZ 85031-2330

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050


ilco Group
200 Haggerty Rd.
rmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807


erstock.com, Inc
tn: Edwin W Christensen
50 S 3000 East
lt Lake City, UT 84121-5952

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031


ul Thomas St. James
41 Kinney Drive
rmantown, TN 38139-8031

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Pay Pal
Attn: Legal Dept. - Civil
2211 N 1st Street
San Jose CA 95131-2021


usion Software, Inc.
300 Ford Rd. #415
arborn Heig, MI 48127-2854

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616


rsche Financial Services
 King and Spencer
st Office Box 123
ckson MS 39205-0123

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
P O Box 3194
Salt Lake UT 84110-3194

Questar Gas Company
Bankruptcy/DNR 244
P O Box 3194
Salt Lake City UT 84110-3194


estar Gas Company
0 Box 45841
lt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. 0. Box 961090
Fort Worth, TX 76161-5000

RadioShack Corporation and SC Kiosks, Inc.
RadioShack Corporation
Legal Department
Attn:  James B. Spisak, Esq.
300 RadioShack Circle
Fort Worth, TX 76102-1901


inWorx, Inc.
9 Pearl Street No. 1
sex Junction
sex Junctio, VT 05452-3038

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Rocky Mountain Power
Attn: Bankruptcy
P O Box 25308
Salt Lake City UT 84125-0308


& B Packaging Inc
b/a Caboodles
01 First Industrial Drive
uthaven, MS 38671-1919

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1901

SOS Staffing
P 0 Box 27008
Salt Lake Cit, UT 84127-0008


S Staffing
B 27008
lt Lake City UT 84127-0008

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

| | | |
|---|---|---|
| efker Services, LLC<br>68 Panama St<br>nphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 |
| uart M. Irby<br>40 Stuart Place<br>ckson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| G Innovative Solutions Inc<br>o William J Sparer, Counsel<br>e Warranty Group<br>5 West Jackson Blvd<br>icago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 |
| nnessee Department of Revenue<br>drew Jackson State Office Bldg<br>0 Deaderick Street<br>shville, TN 37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 |
| e Commis of Revenue of the State of TN<br>x Enforcement Divison<br>o Attorney General<br>O. Box 20207<br>shville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 |
| ansport Express,Inc.<br>O. Box 69207<br>attle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 |
| S Securities & Exchange Comm<br>75 Lenox Rd NE, Ste 1000<br>lanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| S<br>20 Valwood Pkwy #115<br>rrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | UPS Freight<br>611 Park Meadow Road<br>Westerville, OH 43081-2875 |
| ah State Tax Commission<br>0 N 1950 W<br>lt Lake City, UT 84134-9000 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 |
| rtex, IPS<br>85 Stapleton Dr. N<br>E C308<br>nver, CO 80216-3311 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | Warehouse 86, LLC<br>c/o Christopher R. Maddux<br>P O Box 6010<br>Ridgeland MS 39158-6010 |

| | | |
|---|---|---|
| terford Technologies<br>700 Fairchild #300<br>vine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 |
| llow Lake Pro., LLC<br>3 South Wacker Dr<br>e. 350<br>icago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 |
| hn A. Crawford Jr<br>tler, Snow, O'mara,Stevens & Cana<br>O. Drawer 22567<br>ckson, MS 39225-2567 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| ephen W. Rosenblatt<br>tler Snow O'Mara Stevens &Cannada<br>O. Box 6010<br>dgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| s<br>0 W Capitol St., Ste 504<br>ckson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| )Mississippi State Tax Commission<br>o Heather S Deaton<br>O Box 22828<br>ckson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

diovox Spec. Applic.
200 Marina Drive
khart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)RadioShack Corporation and SCK, Inc. f/k/a

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

)Jennifer D. Jones
 1 Warren St., #20
TURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

d of Label Matrix
ilable recipients    160
passed recipients      6
tal                  166