```
```
# EXHIBIT A

## Marcus Wilson

| | |
|---|---|
| From: | Steve Rosenblatt <Steve.Rosenblatt@butlersnow.com> |
| Sent: | Saturday, October 02, 2010 11:58 AM |
| To: | Marcus Wilson |
| Subject: | RE: Warehouse 86 [IWOV-JACKSON.FID824857] |
| Attachments: | image001.gif |

In light of the plan provisions, the Debtor has not evaluated avoidance actions.

Steve

**Stephen W. Rosenblatt**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Direct: (601) 985-4504
Cell: (601) 506-7069
Fax: (601) 985-4500

steve.rosenblatt@butlersnow.com





P.O. Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157

---

**From:** Marcus Wilson [mailto:mwilson@blswlaw.com]
**Sent:** Tuesday, September 28, 2010 10:32 AM
**To:** Steve Rosenblatt
**Subject:** RE: Warehouse 86

Steve, has the Debtor evaluated potential avoidance actions and if so, what did you conclude? Thanks. Marcus

**Marcus M. Wilson**
Bennett Lotterhos Sulser & Wilson, P.A.
(601) 944-0064 Direct

---

**From:** Steve Rosenblatt [mailto:Steve.Rosenblatt@butlersnow.com]
**Sent:** Saturday, September 25, 2010 4:11 PM
**To:** Marcus Wilson
**Subject:** RE: Warehouse 86

Marcus, I am not aware of an acceptance by the Committee.

Steve

**Stephen W. Rosenblatt**
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Direct: (601) 985-4504
Cell: (601) 506-7069
Fax: (601) 985-4500

steve.rosenblatt@butlersnow.com

# BUTLER | SNOW

P.O. Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157

**From:** Marcus Wilson [mailto:mwilson@blswlaw.com]
**Sent:** Friday, September 24, 2010 3:04 PM
**To:** Steve Rosenblatt; James A. McCullough II (jmccullough@brunini.com)
**Cc:** Lee Watt; Andrew Wilson; Nichole Burke
**Subject:** Warehouse 86

Steve and James,

According to our calculations, the deadline to file any actions for preferences or fraudulent conveyances is **November 4, 2010**. Per the terms of the debtor's disclosure statement, the Debtor has offered to assign the avoidance actions, including actions against insiders of the debtor, to the Creditors' Committee for prosecution for the benefit of general unsecured claims. In that regard, has the Committee accepted the assignment of the avoidance actions?

Thanks.
Marcus

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, Mississippi 39205-0098
The Pinnacle at Jackson Place
190 East Capitol Street, Suite 650
Jackson, Mississippi 39205-0098
Email: mwilson@blswlaw.com
Phone: (601) 944-0466
Direct: (601) 944-0064
Fax: (601) 944-0467

CONFIDENTIALITY NOTICE
This e-mail message from Bennett, Lotterhos, Sulser & Wilson, PA is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any

2

attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CIRCULAR 230 DISCLOSURE: Pursuant to Treasury guidelines, any federal tax advice contained in this communication, or any attachment, does not constitute a formal tax opinion. Accordingly, any federal tax advice contained in this communication, or any attachment, is not intended or written to be used, and cannot be used, by you or any other recipient for the purpose of avoiding penalties that may be asserted by the Internal Revenue Service.