# EXHIBIT B

## Andrew Wilson

| | |
|---|---|
| **From:** | Andrew Wilson |
| **Sent:** | Monday, October 04, 2010 12:12 PM |
| **To:** | 'tshipe@kattworld.com'; 'bthomas@abcthomas.com'; 'jmccullough@brunini.com' |
| **Cc:** | Marcus M. Wilson; Nichole Burke (nburke@blswlaw.com); 'steve.rosenblatt@butlersnow.com' |
| **Subject:** | In re Warehouse 86 LLC |

Ms. Shipe and Messrs. McCullough and Thomas:

We have received no response to our September 28, 2010 letter asking whether the creditors' committee has investigated and evaluated potential avoidance actions in Warehouse 86 LLC's bankruptcy case. Please let us know by today at 5:00 p.m. whether the creditors' committee has investigated and evaluated potential avoidance actions. If we have not heard from you by 5:00 p.m., SCK Inc. and RadioShack Corporation will move for the appointment of a chapter 11 trustee.

As you know, the deadline to commence avoidance actions is November 4. Entry of an order appointing a chapter 11 trustee will extend the deadline to commence avoidance actions for another year.

We look forward to hearing from you.

Thanks,
Andrew

Andrew R. Wilson
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Jackson, MS 39201
Phone 601.944.0466
Fax   601.944.0467
awilson@blswlaw.com

CONFIDENTIALITY NOTICE: This e-mail message from Bennett Lotterhos Sulser & Wilson, P.A. is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies thereof.

## BENNETT LOTTERHOS SULSER & WILSON, P.A.
ATTORNEYS AT LAW

THE PINNACLE AT JACKSON PLACE
190 EAST CAPITOL STREET, SUITE 650
JACKSON, MISSISSIPPI 39201-2127
TELEPHONE (601) 944-0466
FAX (601) 944-0467

MAILING ADDRESS:
POST OFFICE BOX 98
JACKSON, MISSISSIPPI 39205-0098

WEBSITE: www.blswlaw.com

Writer's Direct: (601) 944-0064
mwilson@blswlaw.com

CHARLES E E BARBOUR
RICHARD T. BENNETT*
JOSEPH E. LOTTERHOS
W. LEE WATT
ANDREW R. WILSON
MARCUS M. WILSON

*Of Counsel:*
FLOYD M. SULSER, JR.

*\* Also Admitted in the District of Columbia*

September 28, 2010

Overstock.com, Inc.
c/o James A. McCullough II, Esq.
P.O. Drawer 119
Jackson, Mississippi 39205

Katt Worldwide Logistics, Inc.
Attn: Teresa M. Shipe
4102 S. Mendenhall Rd.
Memphis, Tennessee 38115

Thomas Sales & Services, Inc.
Attn: Bobby Thomas
2300 Sitler St., Bldg. 685
Memphis, Tennessee 38114

      Re:    In re Warehouse 86, LLC, Chapter 11, Case No. 08-03423-EE
              (Bankr. S.D. Miss.)

Dear Madam or Sir:

      We represent SCK Inc. and RadioShack Corporation in the chapter 11 bankruptcy of Warehouse 86 LLC. In accordance with a forthcoming settlement agreement between Warehouse 86, SCK, and RadioShack, SCK and RadioShack have an allowed, general, unsecured claim of $1,409,645.20 in the bankruptcy case.

      Under the Chapter 11 Plan filed by Warehouse 86 on June 30, 2009, avoidance causes of action (e.g., fraudulent conveyances and preference transfers to creditors) are to be conditionally assigned to the unsecured creditors' committee for prosecution for the benefit of general, unsecured claimants. The deadline to commence avoidance actions is **November 4, 2010**. Please let me know whether the creditors' committee has investigated and evaluated potential avoidance actions and whether the creditors' committee intends to timely prosecute any avoidance actions for the benefit of general, unsecured creditors. Thank you.

BENNETT LOTTERHOS
SULSER & WILSON, P.A.

James A. McCullough II, Esq.
Teresa M. Shipe
Bobby Thomas
September 28, 2010
Page 2

Please call me if you would like to discuss this matter.

Sincerely yours,

Marcus M. Wilson

MMW:nb

cc: SCK, Inc.
RadioShack Corporation
Stephen W. Rosenblatt, Esq.
Ronald H. McAlpin, Esq.