# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------------- x
:  Case No. 08-03423-EE
In re: :
:  Chapter 11
WAREHOUSE 86, LLC, :
:
Debtor. :
:
------------------------------------------------------------------- x

## ORDER GRANTING MOTION TO APPOINT A TRUSTEE

Upon consideration of the motion (Dkt. #____) of SCK, Inc., formerly SC Kiosks, Inc., and RadioShack Corporation, parties in interest of Warehouse 86, LLC, for entry of an order directing the appointment of a chapter 11 trustee for the purpose of investigating and prosecuting avoidance actions for the benefit of Warehouse 86, LLC's general, unsecured creditors; and the Court having jurisdiction to consider the motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and reasonable notice of the motion having been provided to all parties in interest, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the motion; and the appearance of all interested parties having been noted in the record of the hearing; and the Court having found and determined that the legal and factual bases set forth in the motion establish that cause exists for the relief sought in the motion and that the relief sought in the motion is in the interests of

- 1 -

- 2 -

creditors and other interests of the estate; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED.

2. The United States trustee is directed to appoint a disinterested chapter 11 trustee in this matter, pursuant to 11 U.S.C. § 1104(a), and to submit to the Court before November 4, 2010, an application for approval of the appointment and a proposed order approving the same.

SO ORDERED.