| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 965–5301 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**ROOM 101**<br>**100 EAST CAPITOL STREET** |

**Parties Noticed:**

Warehouse 86, LLC

Stephen Rosenblatt, Esq.

Marcus M. Wilson, Esq.

Ronald McAlpin, Esq.

All Parties listed on Creditor Matrix

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**   08–03423–ee

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Emergency Motion to Appoint a Trustee filed by Marcus Wilson on behalf of SCK, Inc.** in regard to the above referenced case on **Tuesday, October 19, 2010** at **11:00 AM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 East Capitol Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 10/5/10                               **EDWARD ELLINGTON**
                                                 **U. S. BANKRUPTCY JUDGE**

hn002ee