0538-3 hn002ee 08-03423
rict of Mississippi
tcy Court
itol St.
8
39225-2448

**IAL BUSINESS**

ATES BANKRUPTCY COURT
Y FOR PRIVATE USE $300
**NOTICE of a PROCEEDING**
in the
ATES BANKRUPTCY COURT

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 1 8 2010
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PA
UNITED STATES COU
PERMIT NO. G-18

**FIRST-CLASS M**

036383 36383 1 AT 0.354 85034 8 4 6602-0-36383

Baja Motorsports, LLC
2955 S. 18th Place
Phoenix, AZ 85034-6727

2807  NIXIE  85D DE 1  DD 10/13/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 3922524848  *1879-05414-13-29
3922522448