THU-37918 0538-3 hn002ee 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

```
PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18
```

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2010
DANNY L MILLER CLERK
BY_____ DEPUTY CLERK

000625 625 1 AV 0.332 43081 4 8 6602-0-1340

UPS Freight
611 Park Meadow Road
Westerville, OH 43081-2875

**FIRST-CLASS MAIL**

NIXIE       430   DE 1       00 10/19/10
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 39225244848    *2646-02803-19-25

39225@2448