IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| **Debtor** | ) | |
| | ) | |

MOTION OF WAREHOUSE 86, LLC TO WITHDRAW
MOTION TO RETAIN CONSULTANT
[Dkt. # 245]

Warehouse 86, LLC (the "Debtor" and "Debtor-in-Possession"), by and through its attorneys, files this Motion to withdraw its *Motion to Retain Consultant* (Dkt. # 245) (the "Motion") and the relief sought in the Motion, and in support thereof, presents to the Court the following:

1. On November 4, 2008 (the "Petition Date"), the Debtor filed its Voluntary Petition in this bankruptcy case under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to manage its assets as Debtor-in-possession.

2. An Official Committee of Unsecured Creditors (the "Committee") was appointed in this Bankruptcy Case on November 19, 2008 [Dkt. # 062].

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

4. On or about August 4, 2010, the Debtor filed its *Motion to Retain Consultant*. By that Motion, the Debtor sought specific authority to retain Ernest K. Strahan III as its consultant and compensated representative in this Chapter 11 case.

5. In light of anticipated developments in this case, the Debtor believes that the *Motion to Retain Consultant* is no longer necessary, and desires to withdraw that Motion.

WHEREFORE, Warehouse 86, LLC respectfully requests that this Court will enter an Order permitting it to withdraw the *Motion to Retain Consultant*, and for such other relief as is deemed just and proper.

Dated: October 21, 2010.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT (MB # 5676)
CHRISTOPHER R. MADDUX (MB # 100501)
ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via electronic filing transmission or electronic mail, a true and correct copy of the above and foregoing pleading to the following persons:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Ms. Teresa M. Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 21st day of October, 2010.

                *s/ Stephen W. Rosenblatt*
                STEPHEN W. ROSENBLATT

Jackson 5703109v1