IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO. 08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

### AMENDED NOTICE OF MOTION TO CONVERT CHAPTER 11 CASE TO A CHAPTER 7 CASE
[Dkt. ## 276; 277]

**PLEASE TAKE NOTICE** that Warehouse 86, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion to Convert Chapter 11 Case to a Chapter 7 Case* (the "Motion") [Dkt. # 276]. A copy of the Motion is attached to this Notice as Exhibit "A," and copy of the Motion and this Amended Notice is being sent to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 on or before 21 days from the date of this Amended Notice, and a copy shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 6010, Ridgeland, MS 39158-6010, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

**NOTICE IS FURTHER GIVEN** that in the event no written objection or other responsive pleading is timely filed, the Motion may be determined ex parte by the Court.

Dated: October 26, 2010.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
ATTORNEY FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5707719v1