IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that on October 26, 2010, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the *Amended Notice of Motion to Convert Chapter 11 Case to a Chapter 7 Case* (Dkt. #278), attached hereto as Exhibit "1" to all persons and entities listed on the Matrix, attached hereto as Exhibit "2."

This, the 26th day of October, 2010.

        Respectfully submitted,

        WAREHOUSE 86, LLC

        By: *s/ Stephen W. Rosenblatt*
        Stephen W. Rosenblatt (MS BAR NO. 5676)
        ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com

Jackson 5707876v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WAREHOUSE 86, LLC** | ) | **CASE NO. 08-03423-EE** |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| _____ | ) | |

### AMENDED NOTICE OF MOTION TO CONVERT CHAPTER 11
### <u>CASE TO A CHAPTER 7 CASE</u>
### [Dkt. ## 276; 277]

**PLEASE TAKE NOTICE** that Warehouse 86, LLC (the "Debtor") has filed with the United States Bankruptcy Court a *Motion to Convert Chapter 11 Case to a Chapter 7 Case* (the "<u>Motion</u>") [Dkt. # 276]. A copy of the Motion is attached to this Notice as Exhibit "A," and copy of the Motion and this Amended Notice is being sent to each party listed on the mailing matrix maintained by the Clerk of the Bankruptcy Court.

**NOTICE IS FURTHER GIVEN** that any objection to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court, Post Office Box 2448, Jackson, MS 39225-2448 or, if delivered, to Room 101, 100 East Capitol Street, Jackson, MS 39201 on or before 21 days from the date of this Amended Notice, and a copy shall be served upon the Debtor's attorney, Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 6010, Ridgeland, MS 39158-6010, and upon the United States Trustee, 100 West Capitol Street, Suite 706, Jackson, MS 39269.

**NOTICE IS FURTHER GIVEN** that in the event no written objection or other responsive pleading is timely filed, the Motion may be determined ex parte by the Court.

Dated: October 26, 2010.

*s/ Stephen W. Rosenblatt*
Stephen W. Rosenblatt (MS Bar No. 5676)
ATTORNEY FOR DEBTOR

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
jack.crawford@butlersnow.com
paul.ellis@butlersnow.com

Jackson 5707719v1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

----------------------------------------------------------------- x
: Case No. 08-03423-EE
In re: :
: Chapter 11
WAREHOUSE 86, LLC, :
:
Debtor :
:
----------------------------------------------------------------- x

## MOTION TO CONVERT CHAPTER 11 CASE
## TO A CHAPTER 7 CASE

Warehouse 86, LLC (the "Debtor" and "Debtor-in-Possession"), by and through its attorneys, files this Motion to Convert its Chapter 11 case to a Chapter 7 case, and in support thereof, presents to the Court the following:

1. On November 4, 2008 (the "Petition Date"), the Debtor filed its Voluntary Petition in this bankruptcy case under Chapter 11 of the Title 11 United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to manage its assets as Debtor-in-possession.

2. An Official Committee of Unsecured Creditors (the "Committee") was appointed in this Bankruptcy Case on November 19, 2008 [Dkt. # 062].

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

4. Warehouse 86, LLC believes that it is in the best interest of creditors of the Debtor for this Chapter 11 bankruptcy case to be converted to a case under Chapter 7 of the Bankruptcy Code at this time.



EXHIBIT A

WHEREFORE, Warehouse 86, LLC respectfully requests that this Court will enter an Order converting this Chapter 11 case to a Chapter 7 case, and for such other relief as is deemed just and proper.

Dated: October 21, 2010.

Respectfully submitted,

WAREHOUSE 86, LLC

By: *s/Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT (MB # 5676)
CHRISTOPHER R. MADDUX (MB # 100501)
ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date served, via electronic filing transmission or electronic mail, a true and correct copy of the above and foregoing pleading to the following persons:

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Ms. Teresa M. Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 21st day of October, 2010.

                                      *s/ Stephen W. Rosenblatt*
                                      STEPHEN W. ROSENBLATT

Jackson 5703084v1

| | | |
|---|---|---|
| bel Matrix for local noticing<br>38-3<br>se 08-03423-ee<br>uthern District of Mississippi<br>ckson Divisional Office<br>i Oct 22 09:27:47 CDT 2010 | Fifth Third Bank<br>King & Spencer<br>Post Office Box 123<br>Jackson, MS 39205-0123 | Mississippi State Tax Commission, Legal Di<br>P.O. Box 22828<br>Jackson, MS 39225-2828 |
| erstock.com, Inc.<br>50 South 3000 East<br>lt Lake City, UT 84121-5952 | Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Receivable Management Services<br>c/o Phyllis A. Hayes<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030-1322 |
| nnessee Dept of Revenue<br>o TN Attorney General Office<br>nkruptcy Division<br>O Box 20207<br>shville, TN 37202-4015 | Warehouse 86, LLC<br>P O Box 16692<br>Jackson, MS 39236-6692 | U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 |
| C Logistics Corp<br>00 Sitler St #685<br>mphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 | ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 |
| G Bankruptcy Collections<br>chelle A. Levitt, Authorized Represent<br>Pine Street, 28th Floor<br>w York NY 10270-0002 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 | Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 |
| lied Waste Serv #493<br>Landfill Rd<br>land MS 38756-9721 | Allied Waste Serv #837<br>48 Landfill Rd.<br>Leland MS 38756-9721 | Allied Waste Serv #868<br>48 Landfill Rd.<br>Leland MS 38756-9721 |
| erican Covers, Inc.<br>a Handstands<br>5 West 14600 South<br>uffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| erican Intematl Co.<br>ecialty Workers Comp<br>0 Box 409<br>rsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 | Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 |
| a Innov. Solutions<br>922 Denver West Pkwy<br>lden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 | Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 |
| nos Energy<br>D. Box 9001949<br>uisville KY 40290-1949 | (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN  46514-8642 | Baja Motorsports, LLC<br>2955 S. 18th Place<br>Phoenix, AZ 85034-6727 |

EXHIBIT 2

| | | |
|---|---|---|
| yer BDO, L C<br>South 400 W Ste 200<br>lt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>2466 Lugonia Ave.<br>Redlands, CA  92374-5003 |
| ige Rent A Car Systems LLC<br>sham & Scott<br>D Box 450676<br>uston TX 77245-0676 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 |
| ty of Phoenix<br>ty Treasurer<br>D Box 29690<br>oenix, AZ  85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2295 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| mputer Resources<br>D. Box 1241<br>rdova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |
| own Lift Trucks<br>52 Willow Lake Blvd.<br>i. #5<br>mphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| L Express-Claiins<br>tn: Mark Sanchez<br>44 W. Washington St.<br>mpe, AZ 85281-1200 | DHL Express-SRC<br>I 100 Airport Rd.<br>MS 2061-DI 1<br>Wilmington, OH 45177 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| lta Electric Power<br>0 Box 935<br>eenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 |
| C Ins. Companies<br>0 Box 6011<br>dgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 |
| nest K. Strahan, IIII<br>18 Petit Bois St N<br>ckson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 |
| fUi Third Auto Leasing<br>D. Box 630041<br>lMOC2E-3152<br>ncinnati, OH 45263-0041 | Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 |

| | | |
|---|---|---|
| rst Ins Funding Corp<br>0 Skokie Blvd. Ste 1000<br>rthbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| oria O'Neal<br>03 Bennett Wood<br>llington, TN 38053-2208 | H&E Equip. Serv. Inc.<br>4899 W. 2100 Street<br>St. Lake City, UT 84120-1225 | HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 |
| PACO, Incorporated<br>11 Burch Dr.<br>arlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 | Haddox Reid Burkes<br>P 0 Drawer 22507<br>Jackson, MS 39225-2507 |
| )INTERNAL REVENUE SERVICE<br>NTRALIZED INSOLVENCY OPERATIONS<br>BOX 21126<br>ILADELPHIA PA 19114-0326 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 | International Tax Servs<br>2204 Walkley Road<br>Ottawa ON KIA1A8<br>Canada |
| aac Amavizca<br>22 W. Oregon Avenue<br>oenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 | Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 |
| n S Musial<br>w Office of Jon S Musial<br>30 E. Gray Road<br>ottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| tt Worldwide Logist.<br>0 Box 751197<br>mphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 | Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 |
| uis E. Sagar<br>8 Broadway<br>w York, NY 10012 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 | Marchetti Robertson &<br>P 0 Box 3348<br>Ridgeland, MS 39158-3348 |
| rcus M. Wilson<br>nnett Lotterhos Sulser & Wilson, P.A.<br>st Office Box 98<br>ckson, MS 39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 | Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 |
| mphis Recycling Serv<br>0 Box 88271<br>icago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2362 |

rchandise Manu. Inc.
) Box 843
kewood CA 90714-0843

Mirna Maribel Carrillo
4230 N. 50th Drive
Phoenix AZ 85031-2330

Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050


ilco Group
200 Haggerty Rd.
rmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111

Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807


erstock.com, Inc
tn: Edwin W Christensen
50 S 3000 East
lt Lake City, UT 84121-5952

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952

Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031


ul Thomas St. James
41 Kinney Drive
rmantown, TN 38139-8031

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Pay Pal
Attn: Legal Dept. - Civil
2211 N 1st Street
San Jose CA 95131-2021


usion Software, Inc.
300 Ford Rd. #415
arborn Heig, MI 48127-2854

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854

Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616


rsche Financial Services
> King and Spencer
st Office Box 123
ckson MS 39205-0123

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
P O Box 3194
Salt Lake UT 84110-3194

Questar Gas Company
Bankruptcy/DNR 244
P O Box 3194
Salt Lake City UT 84110-3194


estar Gas Company
0 Box 45841
lt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. 0. Box 961090
Fort Worth, TX 76161-5000

RadioShack Corporation and SC Kiosks, Inc.
RadioShack Corporation
Legal Department
Attn:  James B. Spisak, Esq.
300 RadioShack Circle
Fort Worth, TX 76102-1901


inWorx, Inc.
9 Pearl Street No. 1
sex Junction
sex Junctio, VT 05452-3038

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308

Rocky Mountain Power
Attn: Bankruptcy
P O Box 25308
Salt Lake City UT 84125-0308


& B Packaging Inc
b/a Caboodles
01 First Industrial Drive
uthaven, MS 38671-1919

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1901

SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127-0008


S Staffing
B 27008
lt Lake City UT 84127-0008

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

| | | |
|---|---|---|
| efker Services, LLC<br>68 Panama St<br>mphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 |
| uart M. Irby<br>40 Stuart Place<br>ckson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 |
| G Innovative Solutions Inc<br>o William J Sparer, Counsel<br>e Warranty Group<br>5 West Jackson Blvd<br>icago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 |
| nnessee Department of Revenue<br>drew Jackson State Office Bldg<br>0 Deaderick Street<br>shville, TN 37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 |
| e Commis of Revenue of the State of TN<br>x Enforcement Divison<br>o Attorney General<br>O. Box 20207<br>shville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 |
| ansport Express,Inc.<br>O. Box 69207<br>attle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 |
| S Securities & Exchange Comm<br>75 Lenox Rd NE, Ste 1000<br>lanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 |
| S<br>20 Valwood Pkwy #115<br>rrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-9000 |
| rizon Wireless<br>O Box 660108<br>llas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 |
| rehouse 86, LLC<br>River Bend Place, Ste D<br>owood, MS 39232-7618 | Warehouse 86, LLC<br>c/o Christopher R. Maddux<br>P O Box 6010<br>Ridgeland MS 39158-6010 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 |

| | | |
|---|---|---|
| ber County Assessor<br>O Box 9700<br>den, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 |
| ndsor Tax Services<br>O. Box 1655<br>ndsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 |
| ul Calhoun<br>ddox Reid Burkes & Calhoun, PLLC<br>0 E Capitol Street<br>ite 1100<br>ckson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 |
| uart M. Irby<br>o Richard Montague<br>O. Box 1970<br>ckson, MS 39215-1970 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| s<br>0 W Capitol St., Ste 504<br>ckson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| )Mississippi State Tax Commission<br>o Heather S Deaton<br>O Box 22828<br>ckson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

diovox Spec. Applic.
200 Marina Drive
khart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

)RadioShack Corporation and SCK, Inc. f/k/a

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954


)Jennifer D. Jones
 1 Warren St., #20
TURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(u)UPS Freight
611 Park Meadow Road
RETURNED MAIL 10-18-10


)Keith Martin Mack
49 Los Robles Rd
ousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   159
Bypassed recipients     7
Total                 166