UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---------------------------------------------------------------------- x
In re:                                                                 :     Case No. 08-03423-EE
                                                                       :
                                                                       :     Chapter 11
WAREHOUSE 86, LLC,                                                     :
                                                                       :
            Debtor                                                     :
                                                                       :
---------------------------------------------------------------------- x

### AGREED ORDER DIRECTING THE APPOINTMENT
### OF A CHAPTER 11 TRUSTEE

This matter came on for consideration on the motion (Dkt. #266) (the "Motion") of SCK, Inc., formerly SC Kiosks, Inc. ("SCK"), and RadioShack Corporation ("RadioShack"), parties in interest herein, for entry of an order directing the appointment of a chapter 11 trustee for the limited purpose of investigating and prosecuting avoidance actions for the benefit of general, unsecured creditors, pursuant to 11 U.S.C. §§ 105(a) and 1104(a), and the Response (Dkt. #272) of Warehouse 86, LLC (the "Debtor") to the Motion. The Court finds that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and that the subject matter of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b) and that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court further finds that reasonable notice of the Motion was provided to all parties in interest so that no other or further notice need be provided. The Court further finds that a hearing was held on October 19, 2010, to consider the relief requested in the Motion and the Response (the "Hearing"), and the appearance of all interested parties was noted in the record of the Hearing. The Court finds that good cause exists for the relief sought in the Motion as being in the interests of creditors

pursuant to 11 U.S.C. §§ 1104(a)(2) for the appointment of a trustee. The Court further finds that subsequent to the Hearing the Debtor filed a Motion to Convert Case to Chapter 7 (Dkt. # 276) on October 21, 2010. The Court further finds that in light of the Debtor's Motion to Convert the Debtor consents to the appointment of a chapter 11 trustee pursuant to 11 U.S.C. §§ 1104(a)(2) for all purposes rather than for the limited purposes sought in the Motion as a procedural accommodation to other parties in interest,.

IT IS HEREBY ORDERED that pursuant to 11 U.S.C. §§ 105(a) and 1104(a)(2), the United States Trustee, after consultation with parties in interest, shall appoint, subject to the Court's approval, a disinterested person to serve as trustee in this case, which trustee shall have and possess all the powers and duties of a chapter 11 trustee under 11 U.S.C. § 1106(a).

SO ORDERED.

Edward Ellington
United States Bankruptcy Judge
Dated: October 28, 2010

APPROVED FOR ENTRY:

Marcus M. Wilson, Esq.
Attorney for SCK, Inc. and RadioShack Corporation

Stephen W. Rosenblatt, Esq.
Attorney for Warehouse 86, LLC

Jackson 5713558v2

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: dsawyer              Page 1 of 1              Date Rcvd: Oct 28, 2010
Case: 08-03423                 Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Oct 30, 2010.
dbpos          +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2010**                         Signature:        _Joseph Speetjens_