

**U.S. Department of Justice**

Office of the United States Trustee
*Region 5, Districts of Louisiana & Mississippi*

---

*400 Poydras Street*                          *(504) 589-4018*
*Suite 2110*                              *Fax: (504) 589-4096*
*New Orleans, Louisiana 70130*          *Direct (504)589-4095*
                                        *www.justice.gov/ust/r05*

November 1, 2010

Kimberly R. Lentz, Esq.
Attorney at Law
P.O. Box 927
Gulfport, MS 39502

      Re: Appointment as Chapter 11 Trustee
          Warehouse 86, LLC, case no. 08-03423

Dear Ms. Lentz:

The court has ordered the appointment of a trustee in the above referenced Chapter 11 case. Pursuant to the provisions of 11 U. S. C. §1104 and the authority vested in me by 28 U. S. C. §586 and after consultation with parties in interest, you are hereby appointed to serve as trustee in this case.

The bond, which must be approved by the U. S. Trustee prior to filing with the court, is fixed in the amount of $100,000. If this appointment cannot be accepted, a resignation must be submitted within five (5) days from the date of this letter. Failure to file a resignation will constitute acceptance of this appointment.

As trustee in this case, compliance with the *Chapter 11 Trustee Handbook* and the Region 5 Operating Guidelines and Reporting Requirements (OGRR-11) is required. A copy of the *Handbook* can be obtained at http://www.justice.gov/ust/eo/private_trustee/library/index.htm and a copy of the OGRR-11 is also on the Region 5 website at the above address.

Please advise if any additional information is needed. With best wishes, I remain

                Sincerely,

                R. Michael Bolen
                United States Trustee
                Region 5, Judicial Districts of
                Louisiana and Mississippi