UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    WAREHOUSE 86, LLC           CASE NO.    08-03423-ee

         DEBTOR                        CHAPTER    11

UNITED STATES TRUSTEE'S APPLICATION FOR ORDER
APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Comes now R. Michael Bolen, United States Trustee for Region 5 (hereinafter "UST"), by and through undersigned counsel, pursuant to 11 U. S. C. § 1104 and Fed. R. Bankr. P. 2007.1 and files his application to approve the appointment of Chapter 11 Trustee in the above styled and numbered cause, and in support thereof will show unto the Court as follows, to wit:

1. On October 28, 2010, the Court entered an Agreed Order Directing the Appointment of a Chapter 11 trustee in this case.

2. Pursuant to 11 U. S. C. § 1104(d), the UST, after consultation with parties in interest, is required to appoint, subject to the Court's approval, a disinterested person to serve as the Chapter 11 trustee whenever the Court orders such appointment.

3. The UST has consulted with the following parties in interest pursuant to 11 U.S.C. § 1104(d) regarding the appointment of a Chapter 11 trustee, namely :

   Lee Watt and Marcus
   Wilson              Attorneys for SCK, Inc. and RadioShack Corporation
   James McCullough    Attorney for Overstock.com, Inc.
   Stephen Rosenblatt  Attorney for Warehouse 86, LLC

4. The UST, after consulting with the parties in interest, has appointed Kimberly R.

Lentz to serve as the Chapter 11 trustee in this case.

5. To the best of the UST's knowledge, Kimberly R. Lentz is disinterested; has no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the UST or any person employed by the UST, except those disclosed in her affidavit of disinterestedness, holds no interest adverse to the estate as more fully disclosed in the verified statement attached hereto; and is eligible to serve herein.

**WHEREFORE**, the UST requests that the Court enter an order approving the appointment of Kimberly R. Lentz as the Chapter 11 trustee in the above styled case.

The United States Trustee prays for all general and equitable relief to which entitled.

        Respectfully submitted,

        R. MICHAEL BOLEN
        United States Trustee
        Region 5, Judicial Districts
        of Louisiana and Mississippi

By:   */s/ Ronald H. McAlpin*
       RONALD H. McALPIN

Ronald H. McAlpin (MSB #2182)
Assistant U.S. Trustee
100 West Capitol Street, Suite 706
Jackson, Mississippi 39269
Phone: (601)965-5241 (Ext. 123)
Fax: (601)965-5226
Email: ronald.mcalpin@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | WAREHOUSE 86, LLC | CASE NO. | 08-03423-ee |
| | DEBTOR | CHAPTER | 11 |

AFFIDAVIT OF KIMBERLY R. LENTZ

Kimberly R. Lentz ("AFFIANT"), being duly sworn, deposes and says:

1. Affiant, an attorney, duly licensed to practice in the State of Mississippi, maintains offices at 2012 23rd Ave., Gulfport, Mississippi 39501.

2. Affiant has no connections with the debtor, creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of United States Trustee except as set forth below:

- Affiant is a member of the chapter 7 panel of trustees.

This the 1st day of November, 2010.

Kimberly R. Lentz ("AFFIANT")

STATE OF MISSISSIPPI
COUNTY OF HARRISON

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the county and state aforesaid, the within named Kimberly R. Lentz, who, on her oath stated that she signed and delivered the above and foregoing Affidavit on the date and year therein mentioned and that the matters and facts stated therein are true and correct.

_Kimberly R. Lentz_

SWORN TO AND SUBSCRIBED BEFORE ME, this the 1st day of November, 2010.

_Michelle Betz_
NOTARY PUBLIC

MY COMMISSION EXPIRES:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 82938, MICHELLE BETZ, Commission Expires Oct. 1, 2014, HANCOCK COUNTY]

## CERTIFICATE OF SERVICE

I, Ronald H. McAlpin, Assistant U. S. Trustee, do hereby certify that a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

Marcus Wilson

James A. McCullough, II
Brunini, Grantham, Grower & Hewes, PLLC
P. O. Drawer 119
Jackson, MS 39205-0119
Email: jmccullough@brunini.com

Stephen W. Rosenblatt
Butler Snow O'Mara Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225-2567
Email: Steve.Rosenblatt@butlersnow.com

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P. A.
P. O. Box 98
Jackson, MS 39205-0098
Email: mwilson@blswlaw.com

Katt Worldwide Logistics, Inc.
C/o Teresa M Shipe
4102 So. Mendenhall Raod
Memphis, TN 38115

Overstock.com, Inc.
C/o Edwin W. Christensen
6350 S. 3000 E.
Salt Lake City, Utah 54212

Thomas Sales & Services, Inc.
C/o Bobby Thomas
2300 Sitler St., Bldg. 685
Memphis, TN 38114

Dated: November 1, 2010   /s/ Ronald H. McAlpin
                          Ronald H. McAlpin
                          Assistant U. S. Trustee