UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     WAREHOUSE 86, LLC            CASE NO.    08-03423-ee

           DEBTOR                        CHAPTER     11

ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The United States Trustee for Region 5 having filed an Application for Order Approving Appointment of Chapter 11 Trustee (Dkt. # 283) advising the Court that, pursuant to 11 U. S. C. § 1104 and after consultation with parties in interest, he has appointed Kimberly R. Lentz the Chapter 11 trustee in the above styled case;

**IT IS HEREBY ORDERED** that the appointment by the United States Trustee of Kimberly R. Lentz as the Chapter 11 Trustee in the above styled case is approved.

**SO ORDERED.**

*[signature: Edward Ellington]*

Edward Ellington
United States Bankruptcy Judge

Dated: November 2, 2010

**Prepared and submitted by:**
Ronald H. McAlpin (MSB #2182)
Assistant U. S. Trustee
Department of Justice
100 West Capitol Street, Suite 706
Jackson, MS 39269
Telephone: (601) 965-5247
Fax: (601) 965-5226
Email: ronald.mcalpin@usdoj.gov