# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: **WAREHOUSE 86, LLC** | CASE NO. 08-03423-ee |
| **DEBTOR** | CHAPTER 11 |

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The United States Trustee for Region 5 having filed an Application for Order Approving Appointment of Chapter 11 Trustee (Dkt. # 283) advising the Court that, pursuant to 11 U. S. C. § 1104 and after consultation with parties in interest, he has appointed Kimberly R. Lentz the Chapter 11 trustee in the above styled case;

**IT IS HEREBY ORDERED** that the appointment by the United States Trustee of Kimberly R. Lentz as the Chapter 11 Trustee in the above styled case is approved.

**SO ORDERED.**

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: November 2, 2010

**Prepared and submitted by:**
Ronald H. McAlpin (MSB #2182)
Assistant U. S. Trustee
Department of Justice
100 West Capitol Street, Suite 706
Jackson, MS 39269
Telephone: (601) 965-5247
Fax: (601) 965-5226
Email: ronald.mcalpin@usdoj.gov

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsantos           Page 1 of 1             Date Rcvd: Nov 02, 2010
Case: 08-03423                Form ID: pdf012         Total Noticed: 1

The following entities were noticed by first class mail on Nov 04, 2010.
dbpos          +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                     Signature:            _Joseph Speetjens_