## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

```
---------------------------------------------------------------------- x
                                          :   Case No. 08-03423-EE
In re:                                    :
                                          :   Chapter 11
WAREHOUSE 86, LLC,                        :
                                          :
        Debtor.                           :
                                          :
---------------------------------------------------------------------- x
```

### AGREED ORDER APPROVINGSETTLEMENTAGREEMENT

Upon consideration of the Motion (Dkt. # __) of the Chapter 11 Trustee, Kimberly
R. Lentz; SCK, Inc., formerly SC Kiosks, Inc.; and RadioShack Corporation, for entry of
an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, authorizing
the Debtor to enter into theSettlement Agreement with SCK and RadioShack relating to the
adversary proceeding (Adv. Pro. No. 09-00139-EE), as more fully described in the Motion;
and the Court having jurisdiction to consider the Motion and the relief requested therein
pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief
requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being
proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper
notice of the Motion having been provided, and it appearing that no other or further notice
need be provided; and a hearing having been held to consider the relief requested in the
Motion; and the appearance of all interested parties having been noted in the record of the
hearing; and the Court having found and determined that the relief sought in the Motion is
fair and equitable and in the best interests of the Debtor, the estate and creditors, and all
parties in interest, and that the legal and factual bases set forth in the Motion establish good



and just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor.

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      Pursuant to Bankruptcy Rule 9019, the Settlement Agreement is approved in all respects, and the Debtor is authorized to enter into the Settlement Agreement and to perform the obligations thereunder on the terms described therein without further order of this Court.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4.      This Order shall constitute entry of final judgment.

APPROVED:

_____          _____
Kimberly R. Lentz                                      Marcus M. Wilson
Chapter 11 Trustee                                    Attorney for SCK and RadioShack

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467

mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION