UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------------ x
:  Case No. 08-03423-EE
In re:                                                            :
:  Chapter 11
WAREHOUSE 86, LLC,                                                :
:
Debtor.                                                           :
:
------------------------------------------------------------------ x

## AGREED ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of the Motion (Dkt. # __) of the Chapter 11 Trustee, Kimberly R. Lentz; SCK, Inc., formerly SC Kiosks, Inc.; and RadioShack Corporation, for entry of an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, authorizing the Debtor to enter into the Settlement Agreement with SCK and RadioShack relating to the adversary proceeding (Adv. Pro. No. 09-00139-EE), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the appearance of all interested parties having been noted in the record of the hearing; and the Court having found and determined that the relief sought in the Motion is fair and equitable and in the best interests of the Debtor, the estate and creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish good

and just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 9019, the Settlement Agreement is approved in all respects, and the Debtor is authorized to enter into the Settlement Agreement and to perform the obligations thereunder on the terms described therein without further order of this Court.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

4. This Order shall constitute entry of final judgment.

APPROVED:

_____     _____
Kimberly R. Lentz                                              Marcus M. Wilson
Chapter 11 Trustee                                          Attorney for SCK and RadioShack

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
W. Lee Watt (MS Bar #6998)
Andrew R. Wilson (MS Bar #102862)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467

- 3 -

mwilson@blswlaw.com
lwatt@blswlaw.com
awilson@blswlaw.com

ATTORNEYS FOR SCK. INC. AND RADIOSHACK CORPORATION