IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: WAREHOUSE 86, LLC                  CASE NO.:08-03423-ee
DEBTOR                                               CHAPTER 11

## NOTICE OF MOTION TO AUTHORIZE SETTLEMENT AGREEMENT RELATING TO ADVERSARY PROCEEDING

To the Honorable Edward R. Ellington, the Office of the United States Trustee, Creditors, the Debtor, the Debtor's attorney and all parties requesting notice.

**NOTICE IS HEREBY GIVEN** that the Trustee has filed a Motion to Authorize Settlement Agreement Relating to Adversary Proceeding in the above styled and numbered Chapter 11 case. The Motion seeks authority to settle a dispute between the Debtor and SCK, Inc., formerly SC Kiosks, Inc. and RadioShack Corporation which is the subject matter of Adv. Pro. No. 09-00139-ee. The dispute and settlement concern, among other things, the disposition of insurance proceeds in the amount of $2,089,882.35. Pursuant to the settlement SCK is entitled to $1,380,000.00 and the Debtor's bankruptcy estate is entitled to $709,882.35, plus accumulated interest. SCK and RadioShack are entitled to a general unsecured claim in the amount of $1,409,645.20. A copy of the Motion may be obtained from the United States Bankruptcy Court for the Southern District of Mississippi, Jackson Division, Post Office Box 2448, Jackson, MS 39225-2448.

**NOTICE IS FURTHER GIVEN** that any creditor or party in interest wishing to file an objection to the Motion must file a written response with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, Jackson Division, Post Office Box 2448, Jackson, MS 39225-2448 and a copy must be served upon the Trustee, Kimberly R. Lentz, , P.O. Box 927, Gulfport, MS 39502, and upon the office of the United States Trustee, 100 W. Capitol Street, Suite 706, Jackson, MS 39269. **THE DEADLINE DATE FOR FILING AND SERVING AN OBJECTION TO THE MOTION IS TWENTY ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that in the event that any objections are timely filed, the Court will conduct a hearing at a date and time to be determined by the Court. If no objections are filed, the Court may enter an Order approving the Motion *ex parte*.

Dated this the 11th day of November, 2010.

Respectfully submitted,

*By:/s/ Kimberly R. Lentz*
Kimberly R. Lentz, (Bar. No. 8986)
Chapter 11 Trustee

OF COUNSEL:
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: WAREHOUSE 86, LLC  CASE NO.:08-03423-ee
DEBTOR  CHAPTER 11

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, Esq.: United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Esq., Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Esq., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Esq., Attorney for Debtor: Steve.Rosenblatt@butlersnow.com
Richard A. Montague, Esq., Attorney for Stuart M. Irby: rmontague@wellsmoore.com
Marcus M. Wilson, Esq., Attorney for Radioshack Corp. and SC Kiosks, Inc.: mwilson@blswlaw.com

I further certify that I have mailed a true and correct copy of said document to all parties on the Court's official mailing matrix attached hereto as Exhibit "A" and to:

Heather S. Deaton, Esq.
Mississippi State Tax Commission
Post Office Box 22828
Jackson, MS 39225

Larry Spencer, Esq.
Porsche Financial Services
King & Spencer
Post Office Box 123
Jackson, MS 39205

Robert E. Cooper, Jr., Attorney General
Gill Geldreich, Asst. Attorney General
Office of the Attorney General
Bankruptcy Division
Post Office Box 20207
Nashville, TN 37202-0207

James A. McCullough, II
Overstock.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS 39205

Teresa M. Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, UT 54212

Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114

This the 11th day of November, 2010.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

```
Label Matrix for local noticing        Fifth Third Bank                       Mississippi State Tax Commission, Legal Divi
0538-3                                 King & Spencer                         P.O. Box 22828
Case 08-03423-ee                       Post Office Box 123                    Jackson, MS 39225-2828
Southern District of Mississippi       Jackson, MS 39205-0123
Jackson Divisional Office
Thu Nov 11 12:15:59 CST 2010

Overstock.com, Inc.                    Porsche Financial Services             Receivable Management Services
6350 South 3000 East                   c/o Larry Spencer                      c/o Phyllis A. Hayes
Salt Lake City, UT 84121-5952          P.O. Box 123                           307 International Circle, Ste 270
                                       Jackson, MS 39205-0123                 Hunt Valley, MD 21030-1322


Tennessee Dept of Revenue              Warehouse 86, LLC                      U.S. Bankruptcy Court
c/o TN Attorney General Office         P O Box 16692                          100 East Capitol St.
Bankruptcy Division                    Jackson, MS 39236-6692                 P.O. Box 2448
P O Box 20207                                                                 Jackson, MS 39225-2448
Nashville, TN 37202-4015


ABC Logistics Corp                     ADP, Inc.                              ADP, Inc.
2300 Sitler St #685                    5680 New Northside Dr.                 One ADP Blvd
Memphis, TN 38114-4801                 Atlanta, GA 30328-4668                 Roseland, NJ 07068-1786



AIG Bankruptcy Collections             AT&T                                   Air-One Services
Michelle A. Levitt, Authorized Represent  P O Box 105262                      5055 Pleasant View
70 Pine Street, 28th Floor             Atlanta, GA 30348-5262                 Memphis, TN 38134-6308
New York NY 10270-0002



Allied Waste Serv #493                 Allied Waste Serv #837                 Allied Waste Serv #868
48 Landfill Rd                         48 Landfill Rd.                        48 Landfill Rd.
Leland MS 38756-9721                   Leland MS 38756-9721                   Leland MS 38756-9721



American Covers, Inc.                  American Express Corp                  American Express Travel Related Svcs Co
dba Handstands                         P O Box 650448                         Inc Corp Card
675 West 14600 South                   Dallas, TX 75265-0448                  c/o Becket and Lee LLP
Bluffdale, UT 84065-4831                                                      POB 3001
                                                                              Malvern PA 19355-0701


American Intematl Co.                  American Photocopy                     Amerigas
Specialty Workers Comp                 1719 Bartlett Road                     545 W 12 Street
P O Box 409                            Memphis, TN 38134-6402                 Ogden, LTT 84404-5401
Parsippany, NJ 07054-0409



Aon Innov. Solutions                   Arizona Department of Revenue          Arizona Department of Revenue
13922 Denver West Pkwy                 P O Box 29010                          P O Box 52153
Golden CO 80401-3142                   Phoenix, AZ 85038-9010                 Phoenix, AZ 85072-2153



Atmos Energy                           (c)AUDIOVOX SPEC. APPLIC.              Baja Motorsports, LLC
P.O. Box 9001949                       2602 MARINA DR                         2955 S. 18th Place
Louisville KY 40290-1949               ELKHART IN  46514-8642                 Phoenix, AZ 85034-6727
```

Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
2466 Lugonia Ave.
Redlands, CA  92374-5003

Budge Rent A Car Systems LLC
Basham & Scott
P O Box 450676
Houston TX 77245-0676

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ  85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035

PifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546-6253

First Ins Funding Corp
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062-7917

Gary E. Veasey, Esq.
780 Ridge Lake Blvd. STE 202
Memphis, TN 38120-9426

Global Crossing Tele.
225 Kenneth Drive
Rochester, NY 14623-4277

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H&E Equip. Serv. Inc.
4899 W. 2100 Street
St. Lake City, UT 84120-1225

HEPACO, Inc
731 East Brooks Road
Memphis TN 38116-3013

HEPACO, Incorporated
2711 Burch Dr.
Charlotte NC 28269-4476

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Interface Systems
3773 Corporate Center Drive
Earth City MO 63045-1139

International Tax Servs
2204 Walkley Road
Ottawa ON KIA1A8
Canada

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix AZ 85019-2318

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Jon S Musial
Law Office of Jon S Musial
8230 E. Gray Road
Scottsdale AZ 85260-3528

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4105 So Mendenhall Road
Memphis TN 38115-5927

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS 39205-0098

Mary Leesa Simmons
IDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, U, 60680-1271

Memphis Recyling Serv.
1131 Agnes
Memphis, TN 38104-4630

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

| | | |
|---|---|---|
| Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Drive<br>Phoenix AZ 85031-2330 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 |
| Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 |
| Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 |
| Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 |
| Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 |
| Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn:  James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 |
| RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 |
| S & B Packaging Inc<br>d/b/a Caboodles<br>8901 First Industrial Drive<br>Southaven, MS 38671-1919 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 |
| SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 |

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Sprint
P O Box 8077
London KY 40742-8077

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991

Stuart M. Irby
3940 Stuart Place
Jackson MS 39211-6752

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

TWG Innov. Solutions
f/k/a Aon Innov Solutions
Attn: VP Operations, Lisa Schizas,
13922 Denver West Pkwy
Golden CO 80401-3142

TWG Innovative Solutions Inc
c/o William J Sparer, Counsel
The Warranty Group
175 West Jackson Blvd
Chicago IL 60604-2615

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Tennessee Department of Revenue
c/o Attorney General
P O Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville TN 37202-4015

The Commis of Revenue of the State of TN
Tax Enforcement Divison
c/o Attorney General
P. O. Box 20207
Nashville, TN 37202-4015

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801

Transport Express,Inc.
P.O. Box 69207
Seattle, WA 98168-9207

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126

U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

U S Trustee
100 W Capitol St., Ste 706
Jackson MS 39269-1607

UNITED PARCEL SERVICE
C/O RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

UPS
Lockbox 577
Carol Stream, IL 60132-0001

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Verizon Wireless
P O Box 3397
Bloomington IL 61702-3397

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

Warehouse 86, LLC
c/o Christopher R. Maddux
P O Box 6010
Ridgeland MS 39158-6010

Waterford Technologies
19700 Fairchild #300
Irvine, CA 92612-2515

| | | |
|---|---|---|
| Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, IL 60606-6405 |
| Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 |
| Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501-2967 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RadioShack Corporation and SCK, Inc. f/k/a

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(u)UPS Freight
611 Park Meadow Road
RETURNED MAIL 10-18-10

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   160
Bypassed recipients     7
Total                 167