UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSSIPPI
JACKSON DIVISION

In re:  WAREHOUSE 86, LLC                          CASE NO. 08-03423-ee
        DEBTOR                                            CHAPTER 11

### CHAPTER 11 TRUSTEE'S JOINDER IN MOTION TO CONVERT

Kimberly R. Lentz files this Chapter 11 Trustee's Joinder in Motion to Convert and states as follows:

1.      Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008.  Kimberly R. Lentz was appointed Chapter 11 trustee ("Trustee") on November 2, 2010.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.  This is a core proceeding as defined in 28 U.S.C. §157.

3.      The Trustee joins in the Motion to Convert Chapter 11 Case to Chapter 7 case filed by the Debtor on October 21, 2010 (Docket # 276).  The Debtor is not operating a business and all of its assets have been liquidated.  It is in the best interests of the creditors and all parties in interest that the case be converted to a Chapter 7 case.

WHEREFORE, the Chapter 11 Trustee requests that this Chapter 11 case be converted to a Chapter 7 case and requests any additional relief that may be just.

Respectfully submitted.

/s/ *Kimberly R. Lentz*
Kimberly R. Lentz, Chapter 11 Trustee

Kimberly R. Lentz (Bar No. 8986)
Chapter 11 Trustee
2012 23rd Ave
Gulfport, MS 39501
(228) 867-6050

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, Esq.: United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Esq., Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Esq., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Esq., Attorney for Debtor: Steve.Rosenblatt@butlersnow.com
Richard A. Montague, Esq., Attorney for Stuart M. Irby: rmontague@wellsmoore.com
Marcus M. Wilson, Esq.. Attorney for Radioshack Corp. and SC Kiosks, Inc.: mwilson@blswlaw.com

I further certify that I have mailed a true and correct copy of said document to:

Heather S. Deaton, Esq.
Mississippi State Tax Commission
Post Office Box 22828
Jackson, MS 39225

Larry Spencer, Esq.
Porsche Financial Services
King & Spencer
Post Office Box 123
Jackson, MS 39205

Robert E. Cooper, Jr., Attorney General
Gill Geldreich, Asst. Attorney General
Office of the Attorney General
Bankruptcy Division
Post Office Box 20207
Nashville, TN 37202-0207

James A. McCullough, II
Overstock.com
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS 39205

Teresa M. Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, UT 54212

Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114

This the 11th day of November, 2010.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ