IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**In re:**

    **WAREHOUSE 86, LLC**      CASE NO. 08-03423-EE
                                                    Chapter 11

        **Debtor**

**MOTION FOR ORDER TO SHORTEN
THE NOTICE PERIOD AND TIME TO OBJECT
[Dkt. # 291]**

Comes now Butler, Snow, O'Mara, Stevens & Cannada, PLLC ("Butler Snow" or the "Movant") and files this *Motion for an Order to Shorten the Notice Period and the Time to Object* (the "Motion to Shorten") with respect to its simultaneously filed *Fifth and Final Application for Approval and Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* (the "Final Application") [Dkt. # 291] requesting the allowance and directing the payment of fees and expenses for legal services rendered to the Debtor from September 16, 2010 through November 2, 2010 (the "Fifth Fee Period") as well as final approval of all fee applications previously allowed by this Court on an interim basis. In support of this Motion to Shorten, the Movant respectfully represents as follows:

    1.    On November 4, 2008 (the "Petition Date"), Warehouse 86, LLC filed its voluntary petition under Chapter 11 of the United States Bankruptcy Code. Until Kimberly Lentz was appointed as the chapter 11 trustee effective November 2, 2010 [Dkt. # 284], the Debtor managed its assets as debtor in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

- 2 -

2. An official committee of unsecured creditors (the "Committee") was appointed by the United States Trustee on November 19, 2008 [Dkt. # 62].

3. The Movant requests a shortening of the objection period to fourteen (14) days in order to permit Movant to conclude its involvement in this matter as expeditiously as possible and to have a Final Order to be entered in sufficient time to permit the Trustee to remit payment thereof before the end of 2010.

4. Good cause exists to shorten the time period for filing objections to the Final Application to fourteen (14) days from the date of the service of the Final Application.

WHEREFORE, Butler Snow requests the Court to shorten the notice period to fourteen (14) days, and for such other and further relief as the Court deems just and proper.

THIS, the 12th day of November, 2010.

Respectfully submitted,

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

By: s/Stephen W. Rosenblatt
    Stephen W. Rosenblatt
    One of Its Attorneys

OF COUNSEL:

Stephen W. Rosenblatt; MB No. 5676
Christopher R. Maddux; MB No. 100501
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com
chris.maddux@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I, Stephen W. Rosenblatt, certify that I have this date caused to be served, via electronic filing transmission or United States mail, postage prepaid, a true and correct copy of the above and foregoing to the following persons:

Kimberly R. Lentz, Esq.
P.O. Box 927
Gulfport, MS  39502
krlentz@bellsouth.net

Ronald McAlpin, Esq.
Office of the United States Trustee
Suite 706, A. H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269
Ronald.McAlpin@USDOJ.gov

Ms. Teresa M Shipe
Katt Worldwide Logistics, Inc.
4105 So. Mendenhall Road
Memphis, TN 38115
tshipe@kattworld.com

Edwin W. Christensen, Esq.
Overstock.com, Inc.
6350 S. 3000 E.
Salt Lake City, Utah 54212
echristensen@overstock.com

Mr. Bobby Thomas
Thomas Sales & Services, Inc.
2300 Sitler St., Bldg. 685
Memphis, TN 38114
bthomas@abcthomas.com

THIS, the 12th day of November, 2010.

          *s/ Stephen W. Rosenblatt*
          Stephen W. Rosenblatt

Jackson 5783878v1