IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**In re:**

| | |
|---|---|
| **WAREHOUSE 86, LLC** | **CASE NO. 08-03423-EE** |
| | **Chapter 11** |
| **Debtor** | |

ORDER GRANTING MOTION FOR ORDER TO SHORTEN
THE NOTICE PERIOD AND TIME TO OBJECT
[Dkt. # 291/292]

This matter came before the Court on the *Motion of Debtor for Order to Shorten the Notice Period and Time to Object and to Set Matter for Hearing* (the "Motion to Shorten") [Dkt. # 292] filed herein by Butler, Snow, O'Mara, Stevens & Cannada, PLLC ("Butler Snow" or the "Movant") with respect to its simultaneously filed *Fifth and Final Application for Approval and Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* (the "Final Application") [Dkt. # 291] requesting the allowance and directing the payment of fees and expenses for legal services rendered to the Debtor from September 16, 2010 through November 2, 2010 (the "Fifth Fee Period"), as well as final approval of all fee applications previously allowed by this Court on an interim basis. The Court finds that the Motion to Shorten is well taken and that it should be granted, good cause having been shown therefor.

**IT IS THEREFORE ORDERED** that the time period for filing objections to the Final Application is shortened so that any objections to the Final Application must be filed with the Bankruptcy Court within fourteen (14) days from the date of the service of the Final Application and by serving any such objection on the Movant.

- 2 -

**IT IS FURTHER ORDERED** that this notice of the shortened Objection Deadline and the shortened notice of Hearing on the Motion to Assume is appropriate in these particular circumstances and the opportunity for a hearing is appropriate in these particular circumstances and shall be deemed sufficient for all purposes under the Federal Rules of Bankruptcy Procedure.

**SO ORDERED**.

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: November 12, 2010

SUBMITTED BY:

Stephen W. Rosenblatt; MB No. 5676
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

Jackson 5783879v1

- 2 -