## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | **Chapter 11** |
| **Debtor** | ) | |
| | ) | |

### NOTICE OF FIFTH AND FINAL APPLICATION OF
### BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
### FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
### <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>
### [Dkt. #291/293]

**TO:    ALL CREDITORS AND INTERESTED PARTIES:**

**YOU ARE HEREBY NOTIFIED** that the Debtor has filed its *Fifth and Final Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC* [Dkt. # 291] (the "<u>Application</u>"), pursuant to 11 U.S.C. § 331, covering the period from September 16, 2010, to and including November 2, 2010. The Application seeks the allowance of compensation of $15,757.50 and reimbursement of actual and necessary costs and expenses incurred by Butler Snow of $660.44, for a total amount requested of $16,417.94. A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of the Court.

**YOU ARE FURTHER NOTIFIED** on November 12, 2010, the Court entered an *Order Granting Motion for Order to Shorten the Notice Period and Time to Object* [Dkt. # 293] to the Application. If no objection is filed within fourteen (14) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court may consider the Application *ex parte.*

THIS the 12th day of November, 2010.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT, Miss. Bar No. 5676
Attorneys for Warehouse 86, LLC

Jackson 5785895v1