IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

    I, Stephen W. Rosenblatt, certify that on November 12, 2010, I caused to be mailed by first class mail, postage prepaid, a true and correct copy of the *Notice of Fifth and Final Application of Butler, Snow, O'Mara, Stevens & Cannada, PLLC for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses* [Dkt. #294], attached hereto as Exhibit "1" to all persons and entities listed on the Matrix, attached hereto as Exhibit "2."

    This, the 12th day of November, 2010.

                                            Respectfully submitted,

                                            WAREHOUSE 86, LLC

                                            By: *s/ Stephen W. Rosenblatt*
                                            Stephen W. Rosenblatt (MS BAR NO. 5676)
                                            ATTORNEYS FOR DEBTOR

OF COUNSEL:
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Fax: (601) 985-4500
Email: steve.rosenblatt@butlersnow.com

Jackson 5787378v1