IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: ) | |
| ) | |
| WAREHOUSE 86, LLC ) | CASE NO. 08-03423-EE |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

NOTICE OF FIFTH AND FINAL APPLICATION OF
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
[Dkt. #291/293]

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that the Debtor has filed its *Fifth and Final Application for Allowance of Administrative Claim for Compensation and Reimbursement of Expenses for Butler, Snow, O'Mara, Stevens & Cannada, PLLC* [Dkt. # 291] (the "Application"), pursuant to 11 U.S.C. § 331, covering the period from September 16, 2010, to and including November 2, 2010. The Application seeks the allowance of compensation of $15,757.50 and reimbursement of actual and necessary costs and expenses incurred by Butler Snow of $660.44, for a total amount requested of $16,417.94. A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of the Court.

YOU ARE FURTHER NOTIFIED on November 12, 2010, the Court entered an *Order Granting Motion for Order to Shorten the Notice Period and Time to Object* [Dkt. # 293] to the Application. If no objection is filed within fourteen (14) days from the date of this Notice with the Clerk of the United States Bankruptcy Court, Southern District of Mississippi, Jackson Division, 100 E. Capitol Street, Jackson, MS 39201, and a copy served upon Stephen W. Rosenblatt of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, the attorneys for the Debtor, at P.O. Box 6010, Ridgeland, MS 39158-6010, the Court may consider the Application *ex parte*.

THIS the 12th day of November, 2010.

*s/ Stephen W. Rosenblatt*
STEPHEN W. ROSENBLATT, Miss. Bar No. 5676
Attorneys for Warehouse 86, LLC

Jackson 5785895v1



| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Fri Nov 12 12:55:47 CST 2010 | Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 6010<br>Ridgeland, MS 39158-6010 | Fifth Third Bank<br>King & Spencer<br>Post Office Box 123<br>Jackson, MS 39205-0123 |
| Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 | Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121-5952 | Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 |
| Receivable Management Services<br>c/o Phyllis A. Hayes<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030-1322 | Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | Warehouse 86, LLC<br>P O Box 16692<br>Jackson, MS 39236-6692 |
| U.S. Bankruptcy Court<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0002 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 |
| Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 | Allied Waste Serv #493<br>48 Landfill Rd<br>Leland MS 38756-9721 | Allied Waste Serv #837<br>48 Landfill Rd.<br>Leland MS 38756-9721 |
| Allied Waste Serv #868<br>48 Landfill Rd.<br>Leland MS 38756-9721 | American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Intematl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 |
| Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 |
| Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 | Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | (c)AUDIOVOX SPEC. APPLIC.<br>2602 MARINA DR<br>ELKHART IN 46514-8642 |

EXHIBIT 2

Baja Motorsports, LLC
2955 S. 18th Place
Phoenix, AZ 85034-6727

Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
2466 Lugonia Ave.
Redlands, CA 92374-5003

Budge Rent A Car Systems LLC
Basham & Scott
P O Box 450676
Houston TX 77245-0676

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ 85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ 85003-2295

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claims
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
I 100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035

FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

```
Fifth Third Bank                    First Ins Funding Corp              Gary E. Veasey, Esq.
1850 E Paris SE                     450 Skokie Blvd. Ste 1000           780 Ridge Lake Blvd. STE 202
MD/ROPS 05                          Northbrook, IL 60062-7917           Memphis, TN 38120-9426
Grand Rapids, MI 49546-6253


Global Crossing Tele.               Gloria O'Neal                       H&E Equip. Serv. Inc.
225 Kenneth Drive                   4403 Bennett Wood                   4899 W. 2100 Street
Rochester, NY 14623-4277            Millington, TN 38053-2208           St. Lake City, UT  84120-1225


HEPACO, Inc                         HEPACO, Incorporated                HOJ Enginr. & Sales Co
731 East Brooks Road                2711 Burch Dr.                      3960 S 500 West
Memphis TN 38116-3013               Charlotte NC 28269-4476             Salt Lake Cit, UT 84123-1360


Haddox Reid Burkes                  (p)INTERNAL REVENUE SERVICE         Interface Systems
P O Drawer 22507                    CENTRALIZED INSOLVENCY OPERATIONS   3773 Corporate Center Drive
Jackson, MS 39225-2507              PO BOX 21126                        Earth City MO 63045-1130
                                    PHILADELPHIA PA 19114-0326


International Tax Servs             Isaac Amavizca                      Jane Hetzler
2204 Walkley Road                   3622 W. Oregon Avenue               City Clerk
Ottawa ON K1A1A8                    Phoenix AZ 85019-2318               City of Indianola
Canada                                                                  P O Box 269
                                                                        Indianola, MS 38751-0269


Joann McKinney                      Jon S Musial                        Joy D. St. James
2278 Sharon                         Law Office of Jon S Musial          3241 Kinney Drive
Memphis, TN 38127-3525              8230 E. Gray Road                   Germantown, TN 38139-8031
                                    Scottsdale AZ 85260-3528


Joy St James                        Katt Worldwide Logist.              Katt Worldwide Logistics Inc
3241 Kinney Drive                   P O Box 751197                      Attn: Teresa Shipe
Germantown, TN 38139-8031           Memphis, TN 38175-1197              4105 So Mendenhall Road
                                                                        Memphis TN 38115-5927


Keith Martin Mack                   Louis E. Sagar                      (p)MISSISSIPPI STATE TAX COMMISSION
2949 Los Robles Rd.                 598 Broadway                        P O BOX 22808
Thousand Oaks, CA 91362-3320        New York, NY 10012                  JACKSON MS
                                                                        39225-2808


Marchetti Robertson &               Marcus M. Wilson                    Mary Leesa Simmons
P O Box 3348                        Bennett Lotterhos Sulser & Wilson, P.A.   IDI Services Group
Ridgeland, MS 39158-3348            Post Office Box 98                  1000 Ridgeway Loop Rd, #100
                                    Jackson, MS  39205-0098             Memphis, TN 38120-4037


Memphis LG&W                        Memphis Recycling Serv              Memphis Recyling Serv.
P.O. Box 388                        P O Box 88271                       1131 Agnes
Memphis, TN 38145-0388              Chicago, U, 60680-1271              Memphis, TN 38104-4630
```

Mercantila, Inc.
665 Chestnut St 2nd Fl
San Francisco, CA 94133-2362

Merchandise Manu. Inc.
P O Box 843
Lakewood CA 90714-0843

Mirna Maribel Carrillo
4230 N. 50th Drive
Phoenix AZ 85031-2330


Mississippi State
Office of Revenue
P O Box 23050
Jackson, MS  39225-3050

Nailco Group
23200 Haggerty Rd.
Farmington, MI 48335-2601

Ogden City Licensing Division
2549 Washington Blvd, STE 240
Ogden, Utah 84401-3111


Old Dominion Freightline
c/o McCarthy Burgess &
26000 Cannon Rd
Cleveland, OH 44146-1807

Overstock.com, Inc
Attn: Edwin W Christensen
6350 S 3000 East
Salt Lake City, UT 84121-5952

Overstock.com, Inc.
6350 S. 3000 East
Salt Lake Cit, UT 84121-5952


Paul St James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul Thomas St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Paul and Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031


Pay Pal
Attn: Legal Dept. - Civil
2211 N 1st Street
San Jose CA 95131-2021

Phusion Software, Inc.
26300 Ford Rd. #415
Dearborn Heig, MI 48127-2854

Phusion Software, Inc.
26300 Ford Road # 415
Dearborn Heig, MI 48127-2854


Porche Financial Serv
4343 Commercial Ct.
Ste. 300
Lisle, IL 60532-3616

Porsche Financial Services
c/o King and Spencer
Post Office Box 123
Jackson MS 39205-0123

Questar Gas Company
Bankruptcy DNR 244
1140 West 200 South
P O Box 3194
Salt Lake UT 84110-3194


Questar Gas Company
Bankruptcy/DNR 244
P O Box 3194
Salt Lake City UT 84110-3194

Questar Gas Company
P O Box 45841
Salt Lake Cit, UT 84139-0001

RadioShack Corporation Rent Acct Dept, Ac Su
P. O. Box 961090
Fort Worth, TX 76161-5000


RadioShack Corporation and SC Kiosks, Inc.
RadioShack Corporation
Legal Department
Attn:  James B. Spisak, Esq.
300 RadioShack Circle
Fort Worth, TX 76102-1901

RainWorx, Inc.
159 Pearl Street No. 1
Essex Junction
Essex Junctio, VT 05452-3038

(p)PACIFICORP
ATTN BANKRUPTCY
PO BOX 25308
SALT LAKE CITY UT 84125-0308


Rocky Mountain Power
Attn: Bankruptcy
P O Box 25308
Salt Lake City UT 84125-0308

S & B Packaging Inc
d/b/a Caboodles
8901 First Industrial Drive
Southaven, MS 38671-1919

SC Kiosk, Inc.
300 RadioShack Circle
MS CF4-101
Fort Worth, TX 76102-1901


SOS Staffing
P O Box 27008
Salt Lake Cit, UT 84127-0008

SOS Staffing
POB 27008
Salt Lake City UT 84127-0008

Serv 1st Indust, Tires
120-B Quinton Ave
Munford, TN 38058-1700

Shelby County Clerk
Business Tax Division
P O Box 3743
Memphis, TN  38173-0743

Soefker Services, LLC
1568 Panama St
Memphis, TN 38108-1919

Sprint
P O Box 8077
London KY 40742-8077

Stuart M Irby
c/o Richard Montague
4450 Old Canton Road, Ste 200
Jackson MS 39211-5991

Stuart M. Irby
3940 Stuart Place
Jackson MS 39211-6752

Sunflower County Assessor/Collector
P O Box 1080
Indianola, MS 38751-1080

TWG Innov. Solutions
f/k/a Aon Innov Solutions
Attn: VP Operations, Lisa Schizas,
13922 Denver West Pkwy
Golden CO 80401-3142

TWG Innovative Solutions Inc
c/o William J Sparer, Counsel
The Warranty Group
175 West Jackson Blvd
Chicago IL 60604-2615

Teleshere Networks Ltd
9237 E Via de Ventura
Scottsdale, AZ 85258-3329

Teleshere Networks Ltd
9237 E Via de Ventura
Suite 250
Scottsdale, AZ 85258-3661

Tennessee Department of Revenue
Andrew Jackson State Office Bldg
500 Deaderick Street
Nashville, TN  37242-0700

Tennessee Department of Revenue
c/o Attorney General
P O Box 20207
Nashville, TN 37202-4015

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P O Box 20207
Nashville TN 37202-4015

The Commis of Revenue of the State of TN
Tax Enforcement Divison
c/o Attorney General
P. O. Box 20207
Nashville, TN 37202-4015

The Warranty Group, Inc
Att: Legal Counsel,
Julia Pilliod
175 West Jackson Blvd
Chicago, IL 60604-2615

Thomas Sales & Serv Inc.
2300 Sitler St. #685
Memphis, TN 38114-4801

Transport Express,Inc.
P.O. Box 69207
Seattle, WA 98168-9207

Tri-Continental Track
P O Box 1621
Scottsdale, AZ 85252-1621

U S Attorney
Hon David N Usry
188 E Capitol St., Ste 500
Jackson MS 39201-2126

U S Securities & Exchange Comm
3475 Lenox Rd NE, Ste 1000
Atlanta GA 30326-3235

U S Trustee
100 w Capitol St., Ste 706
Jackson MS 39269-1607

UNITED PARCEL SERVICE
C/O RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

UPS
1620 Valwood Pkwy #115
Carrollton, TX 75006-8321

UPS
Lockbox 577
Carol Stream, IL 60132-0001

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134-9000

Verizon Wireless
P O Box 660108
Dallas, TX 75266-0108

Verizon Wireless
P O Box 3397
Bloomington IL 61702-3397

Vertex, IPS
5885 Stapleton Dr. N
STE C308
Denver, CO 80216-3311

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

Warehouse 86, LLC
c/o Christopher R. Maddux
P O Box 6010
Ridgeland MS 39158-6010

| | | |
|---|---|---|
| Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 |
| Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 |
| John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501-2967 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 |
| R. Michael Bolen<br>100 W. Capitol St.<br>Suite 706<br>Jackson, MS 39269-1607 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W 46514

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RadioShack Corporation and SCK, Inc. f/k/a

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954


(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(u)UPS Freight
611 Park Meadow Road
RETURNED MAIL 10-18-10


(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   161
Bypassed recipients     7
Total                 168