**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**In re:**

| | |
|---|---|
| **WAREHOUSE 86, LLC** | **CASE NO. 08-03423-EE** |
| | **Chapter 11** |
| **Debtor** | |

**ORDER GRANTING MOTION TO CONVERT**
**CHAPTER 11 CASE TO A CHAPTER 7 CASE**
**[Dkt. # 276]**

This matter came before the Court on the *Motion to Convert Chapter 11 Case to a Chapter 7 Case* (the "Motion") [Dkt. # 276] filed herein by Warehouse 86, LLC, the Debtor herein.  The Court finds that the Motion is well taken and that it should be granted, good cause having been shown therefor.

**IT IS THEREFORE ORDERED** that it is in the best interest of the creditors of the Debtor for this Chapter 11 bankruptcy case to be converted to a case under Chapter 7 of the Bankruptcy Code.

**IT IS, FURTHER, ORDERED** that this matter be converted to a case under Chapter 7 of the Bankruptcy Code.

**SO ORDERED**.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: December 3, 2010

- 1 -

- 2 -


SUBMITTED BY:

Stephen W. Rosenblatt; MB No. 5676
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com


Jackson 5852524v1