n008−ntcconversion

United States Bankruptcy Court
Southern District of Mississippi

| | | |
|---|---|---|
| **In re:** | Warehouse 86, LLC | **Case No.** 08−03423−ee |
| | | **Chapter** 7 |
| | P O Box 16692 | |
| | Jackson, MS 39236 | |

Last four digits of Social−Security or Individual
Tax−Payer−Identification (ITIN) No(s)., (if any):

90−0009964

## NOTICE OF ORDER OF CONVERSION

**YOU ARE HEREBY NOTIFIED** that the above referenced case was filed on November 4, 2008, and that an ORDER CONVERTING the case from Chapter 11 to Chapter 7 was entered herein on December 3, 2010.

Dated: 12/3/10                                                Danny L. Miller, Clerk of Court
                                                              100 East Capitol St.
                                                              P.O. Box 2448
                                                              Jackson, MS 39225−2448
                                                              601−965−5301