IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:

    WAREHOUSE 86, LLC                         CASE NO. 08-03423-EE
                                                                       Chapter 11
        Debtor

ORDER GRANTING MOTION TO CONVERT
CHAPTER 11 CASE TO A CHAPTER 7 CASE
[Dkt. # 276]

This matter came before the Court on the *Motion to Convert Chapter 11 Case to a Chapter 7 Case* (the "Motion") [Dkt. # 276] filed herein by Warehouse 86, LLC, the Debtor herein. The Court finds that the Motion is well taken and that it should be granted, good cause having been shown therefor.

**IT IS THEREFORE ORDERED** that it is in the best interest of the creditors of the Debtor for this Chapter 11 bankruptcy case to be converted to a case under Chapter 7 of the Bankruptcy Code.

**IT IS, FURTHER, ORDERED** that this matter be converted to a case under Chapter 7 of the Bankruptcy Code.

**SO ORDERED**.

                                                           */s/ Edward Ellington*
                                                           Edward Ellington
                                                           United States Bankruptcy Judge
                                                           Dated: December 3, 2010

SUBMITTED BY:

Stephen W. Rosenblatt; MB No. 5676
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

Jackson 5852524v1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: dsawyer              Page 1 of 3                Date Rcvd: Dec 03, 2010
Case: 08-03423                 Form ID: pdf012            Total Noticed: 155


The following entities were noticed by first class mail on Dec 05, 2010.
dbpos        +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692
aty           Butler, Snow, O'Mara, Stevens & Cannada, PLLC,    Post Office Box 6010,
               Ridgeland, MS  39158-6010
cr            Fifth Third Bank,    King & Spencer,    Post Office Box 123,    Jackson, MS  39205-0123
cr            Mississippi State Tax Commission, Legal Division,    P.O. Box 22828,    Jackson, MS  39225-2828
cr           +Overstock.com, Inc.,    6350 South 3000 East,    Salt Lake City, UT 84121-5952,    US
acc          +Paul Calhoun,    Haddox Reid Burkes & Calhoun, PLLC,    210 E Capitol Street,    Suite 1100,
               Jackson, MS 39201-2380
cr            Porsche Financial Services,    c/o Larry Spencer,    P.O. Box 123,    Jackson, MS  39205-0123
cr           +Receivable Management Services,    c/o Phyllis A. Hayes,    307 International Circle, Ste 270,
               Hunt Valley, MD 21030-1322
cr           +Stuart M. Irby,    c/o Richard Montague,    P.O. Box 1970,    Jackson, MS 39215-1970
cr           +Tennessee Dept of Revenue,    c/o TN Attorney General Office,    Bankruptcy Division,
               P O Box 20207,    Nashville, TN 37202-4015
2715979      +ABC Logistics Corp,    2300 Sitler St #685,    Memphis, TN 38114-4801
2715981      +ADP, Inc.,    One ADP Blvd,    Roseland, NJ 07068-1786
2715980      +ADP, Inc.,    5680 New Northside Dr.,    Atlanta, GA 30328-4668
2756488      +AIG Bankruptcy Collections,    Michelle A. Levitt, Authorized Represent,
               70 Pine Street, 28th Floor,    New York NY 10270-0002
2715993       AT&T,    P 0 Box 105262,    Atlanta, GA 30348-5262
2715994   ++++AUDIOVOX SPEC. APPLIC.,    2602 MARINA DR,    ELKHART IN  46514-8642
             (address filed with court:    Audiovox Spec. Applic.,    53200 Marina Drive,    Elkhart, W 46514)
2715982      +Air-One Services,    5055 Pleasant View,    Memphis, TN 38134-6308
2715983      +Allied Waste Serv #493,    48 Landfill Rd,    Leland MS 38756-9721
2715984      +Allied Waste Serv #837,    48 Landfill Rd.,    Leland MS 38756-9721
2715985      +Allied Waste Serv #868,    48 Landfill Rd.,    Leland MS 38756-9721
2715986      +American Covers, Inc.,    dba Handstands,    675 West 14600 South,    Bluffdale, UT 84065-4831
2715987       American Express Corp,    P 0 Box 650448,    Dallas, TX 75265-0448
2751034       American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
2715988      +American Intematl Co.,    Specialty Workers Comp,    P 0 Box 409,    Parsippany, NJ 07054-0409
2715989      +American Photocopy,    1719 Bartlett Road,    Memphis, TN 38134-6402
2715990       Amerigas,    545 W 12 Street,    Ogden, LTT 84404-5401
2715991      +Aon Innov. Solutions,    13922 Denver West Pkwy,    Golden CO 80401-3142
2718369       Arizona Department of Revenue,    P O Box 29010,    Phoenix, AZ 85038-9010
2718372      +Arizona Department of Revenue,    P O Box 52153,    Phoenix, AZ 85072-2153
2715992       Atmos Energy,    P.O. Box 9001949,    Louisville KY 40290-1949
2715995      +Baja Motorsports, LLC,    2955 S. 18th Place,    Phoenix, AZ 85034-6727
2756855       Boyer BDO, L C,    90 South 400 W Ste 200,    Salt Lake City UT 84101-1365
2715996      +Boyer BDO, L.C.,    90 South 400 W STE 200,    Salt Lake Cit, UT 84101-1365
2715997       Brands on Sale,    2466 Lugonia Ave.,    Redlands, CA  92374-5003
3066537      +Budge Rent A Car Systems LLC,    Basham & Scott,    P O Box 450676,    Houston TX 77245-0676
2715998      +Cambridge Integ. Serv.,    31500 Solon Rd.,    Solon, OH 44139-3528
2716000      +City of Indianola Water,    P 0 Box 269,    Indianola, MS 38751-0269
2718366       City of Phoenix,    Tax Division,    251 W. Washington St, 3rd Floor,    Phoenix, AZ  85003-2245
2718368       City of Phoenix,    City Treasurer,    P 0 Box 29690,    Phoenix, AZ  85038-9690
2716002      +ComectShip, Inc.,    8282 S. Memorial,    Suite 400,    Tulsa, OK 74133-4345
2716001       Computer Resources,    P.O. Box 1241,    Cordova, TN 38088-1241
2716003      +Consumer Products Serv,    10 Grand Boulevard,    Deer Park NY 11729-5717
2716004      +Crawford Technical Servs.,    Joel Fisher, Exe Gen Adj,    11434 Haleiwa Place,
               Diamondhead, MS 39525-4129
2716005      +Crown Lift Trucks,    3952 Willow Lake Blvd.,    Bld. #5,    Memphis, TN 38118-7042
2716010      +DHL Express-Claiins,    Attn: Mark Sanchez,    1144 W. Washington St.,    Tempe, AZ 85281-1200
2716011       DHL Express-SRC,    I 100 Airport Rd.,    MS 2061-DI 1,    Wilmington, OH 45177
2716012      +DJW Enterprises Inc.,    26070 N. 72nd Drive,    Peoria, AZ 85383-7343
2716007      +Delta Electric Power,    P 0 Box 935,    Greenwood, MS 38935-0935
2716008       Dematic Corporation,    P 0 Box 12021,    Newark, NJ 07101-5021
2718364      +Desoto County Tax Assessor,    365 Losher, STE 100,    Hernando, MS 38632-2144
2716013      +EMC Ins. Companies,    P 0 Box 6011,    Ridgeland, MS 39158-6011
2716014      +Eric L. Eilertsen,    1878 Laurel Ln,    Germantown TN 38139-6954
2716015      +Ernest K. Strahan III,    1918 Petit Bois St. N,    Jackson, MS 39211-6707
2716016      +Ernest K. Strahan, IIII,    1918 Petit Bois St N,    Jackson, MS 39211-6707
2716017       Excel Transportation,    P 0 Box 844711,    Dallas, TX 75284-4711
2749935       Excel Transportation Services, Inc.,    17330 Preston Road, Suite 200 C,    Dallas, TX 75252-6035
2716019      +FifUi Third Auto Leasing,    P.O. Box 630041,    MDlMOC2E-3152,    Cincinnati, OH 45263-0041
2720055      +Fifth Third Auto Leasing,    MDlMOC2E-3152,    P O Box 630041,    Cincinnati OH 45263-0041
2743391      +Fifth Third Bank,    1850 E Paris SE,    MD/ROPS 05,    Grand Rapids, MI 49546-6253
2716020      +Gary E. Veasey, Esq.,    780 Ridge Lake Blvd. STE 202,    Memphis, TN 38120-9426
2716021       Global Crossing Tele.,    225 Kenneth Drive,    Rochester, NY 14623-4277
2716022      +Gloria O'Neal,    4403 Bennett Wood,    Millington, TN 38053-2208
2716023       H&E Equip. Serv. Inc.,    4899 W. 2100 Street,    St. Lake City, UT  84120-1225
2843209      +HEPACO, Inc,    731 East Brooks Road,    Memphis TN 38116-3013
2806465      +HEPACO, Incorporated,    2711 Burch Dr.,    Charlotte NC 28269-4476
2716025      +HOJ Enginr. & Sales Co,    3960 S 500 West,    Salt Lake City, UT 84123-1360
2716024       Haddox Reid Burkes,    P 0 Drawer 22507,    Jackson, MS 39225-2507
2714719     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  IRS,    100 W Capitol St., Ste 504,    Jackson MS 39269-0599)
2843210      +Interface Systems,    3773 Corporate Center Drive,    Earth City MO 63045-1130
2716026       International Tax Servs,    2204 Walkley Road,    Ottawa ON KIA1A8,    Canada
2843213      +Isaac Amavizca,    3622 W. Oregon Avenue,    Phoenix AZ 85019-2318
2718362      +Jane Hetzler,    City Clerk,    City of Indianola,    P O Box 269,    Indianola, MS 38751-0269
2766141      +Jon S Musial,    Law Office of Jon S Musial,    8230 E. Gray Road,    Scottsdale AZ 85260-3528
```

```
District/off: 0538-3          User: dsawyer              Page 2 of 3              Date Rcvd: Dec 03, 2010
Case: 08-03423                Form ID: pdf012            Total Noticed: 155

2716029     +Joy D. St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716030     +Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716031     +Katt Worldwide Logist.,   P 0 Box 751197,   Memphis, TN 38175-1197
2723663     +Katt Worldwide Logistics Inc,   Attn: Teresa Shipe,   4105 So Mendenhall Road,
              Memphis TN 38115-5927
2716032      Keith Martin Mack,   2949 Los Robles Rd.,   Thousand Oaks, CA 91362-3320
2716033     +Louis E. Sagar,   598 Broadway,   New York, NY 10012-3206
2716034     +Marchetti Robertson &,   P 0 Box 3348,   Ridgeland, MS 39158-3348
2751431      Marcus M. Wilson,   Bennett Lotterhos Sulser & Wilson, P.A.,   Post Office Box 98,
              Jackson, MS 39205-0098
2716035     +Mary Leesa Simmons,   IDI Services Group,   1000 Ridgeway Loop Rd, #100,   Memphis, TN 38120-4037
2716036      Memphis LG&W,   P.O. Box 388,   Memphis, TN 38145-0388
2716037      Memphis Recycling Serv,   P 0 Box 88271,   Chicago, U, 60680-1271
2716038     +Memphis Recyling Serv.,   1131 Agnes,   Memphis, TN 38104-4630
2716039     +Mercantila, Inc.,   665 Chestnut St 2nd Fl,   San Francisco, CA 94133-2364
2716040     +Merchandise Manu. Inc.,   P O Box 843,   Lakewood CA 90714-0843
2718373      Mississippi State,   Office of Revenue,   P O Box 23050,   Jackson, MS 39225-3050
2716041     +Nailco Group,   23200 Haggerty Rd.,   Farmington, MI 48335-2601
2718365     +Ogden City Licensing Division,   2549 Washington Blvd, STE 240,   Ogden, Utah 84401-3111
2716042     +Old Dominion Freightline,   c/o McCarthy Burgess &,   26000 Cannon Rd,   Cleveland, OH 44146-1807
2723065      Overstock.com, Inc,   Attn: Edwin W Christensen,   6350 S 3000 East,
              Salt Lake City, UT 84121-5952
2716043     +Overstock.com, Inc.,   6350 S. 3000 East,   Salt Lake Cit, UT 84121-5952
2716054    ++PACIFICORP,   ATTN BANKRUPTCY,   PO BOX 25308,   SALT LAKE CITY UT 84125-0308
             (address filed with court: Rocky Mountain Power,   1033 NE 6th Ave,   Portland, OR 97256-0001)
2716045     +Paul St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716046     +Paul Thomas St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716044     +Paul and Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716048     +Phusion Software, Inc.,   26300 Ford Rd. #415,   Dearborn Heig, MI 48127-2854
2716049     +Phusion Software, Inc.,   26300 Ford Road # 415,   Dearborn Heig, MI 48127-2854
2716050     +Porche Financial Serv,   4343 Commercial Ct.,   Ste. 300,   Lisle, IL 60532-3616
2732428     +Porsche Financial Services,   c/o King and Spencer,   Post Office Box 123,
              Jackson MS 39205-0123
2846807      Questar Gas Company,   Bankruptcy DNR 244,   1140 West 200 South,   P O Box 3194,
              Salt Lake UT 84110-3194
2734993      Questar Gas Company,   Bankruptcy/DNR 244,   P O Box 3194,   Salt Lake City UT 84110-3194
2716051     +Questar Gas Company,   P 0 Box 45841,   Salt Lake Cit, UT 84139-0001
2716052     +RadioShack Corporation Rent Acct Dept, Ac Sup,   P. 0. Box 961090,   Fort Worth, TX 76161-5000
2755081     +RadioShack Corporation and SC Kiosks, Inc.,   RadioShack Corporation,   Legal Department,
              Attn: James B. Spisak, Esq.,   300 RadioShack Circle,   Fort Worth, TX 76102-1901
2716053     +RainWorx, Inc.,   159 Pearl Street No. 1,   Essex Junction,   Essex Junctio, VT 05452-3038
2742920     +Rocky Mountain Power,   Attn: Bankruptcy,   P O Box 25308,   Salt Lake City UT 84125-0308
2843212     +S & B Packaging Inc,   d/b/a Caboodles,   8901 First Industrial Drive,   Southaven, MS 38671-1919
2716055     +SC Kiosk, Inc.,   300 RadioShack Circle,   MS CF4-101,   Fort Worth, TX 76102-1901
2716056     +Serv lst Indust, Tires,   120-B Quinton Ave,   Munford, TN 38058-1700
2718367      Shelby County Clerk,   Business Tax Division,   P O Box 3743,   Memphis, TN 38173-0743
2716057     +Soefker Services, LLC,   1568 Panama St,   Memphis, TN 38108-1919
2716059     +Sprint,   P 0 Box 8077,   London KY 40742-8077
2717312     +Stuart M Irby,   c/o Richard Montague,   4450 Old Canton Road, Ste 200,   Jackson MS 39211-5991
2716060     +Stuart M. Irby,   3940 Stuart Place,   Jackson MS 39211-6752
2718361     +Sunflower County Assessor/Collector,   P O Box 1080,   Indianola, MS 38751-1080
2716066     +TWG Innov. Solutions,   f/k/a Aon Innov Solutions,   Attn: VP Operations, Lisa Schizas,,
              13922 Denver West Pkwy,   Golden CO 80401-3142
2756440     +TWG Innovative Solutions Inc,   c/o William J Sparer, Counsel,   The Warranty Group,
              175 West Jackson Blvd,   Chicago IL 60604-2615
2716062     +Teleshere Networks Ltd,   9237 E Via de Ventura,   Scottsdale, AZ 85258-3329
2716061     +Teleshere Networks Ltd,   9237 E Via de Ventura,   Suite 250,   Scottsdale, AZ 85258-3661
2718375     +Tennessee Department of Revenue,   c/o Attorney General,   P O Box 20207,
              Nashville, TN 37202-4015
2754319     +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
              P O Box 20207,   Nashville TN 37202-4015
2718371      Tennessee Department of Revenue,   Andrew Jackson State Office Bldg,   500 Deaderick Street,
              Nashville, TN 37242-0700
2748953     +The Commis of Revenue of the State of TN,   Tax Enforcement Divison,   c/o Attorney General,
              P. O. Box 20207,   Nashville, TN 37202-4015
2718360     +The Warranty Group, Inc,   Att: Legal Counsel,,   Julia Pilliod,   175 West Jackson Blvd,
              Chicago, IL 60604-2615
2716063     +Thomas Sales & Serv Inc.,   2300 Sitler St. #685,   Memphis, TN 38114-4801
2716065     +Transport Express,Inc.,   P.O. Box 69207,   Seattle, WA 98168-9207
2716064     +Tri-Continental Track,   P 0 Box 1621,   Scottsdale, AZ 85252-1621
2714721      U S Attorney,   Hon David N Usry,   188 E Capitol St., Ste 500,   Jackson MS 39201-2126
2714720     +U S Securities & Exchange Comm,   3475 Lenox Rd NE, Ste 1000,   Atlanta GA 30326-3235
2714718     +U S Trustee,   100 w Capitol St., Ste 706,   Jackson MS 39269-1607
2727350     +UNITED PARCEL SERVICE,   C/O RMS Bankruptcy Recovery Services,   P.O. Box 5126,
              Timonium, Maryland 21094-5126
2716068      UPS,   Lockbox 577,   Carol Stream, IL 60132-0577
2716067     +UPS,   1620 Valwood Pkwy #115,   Carrollton, TX 75006-8321
2716071     +Vertex, IPS,   5885 Stapleton Dr. N,   STE C308,   Denver, CO 80216-3311
3065968     +Warehouse 86, LLC,   c/o Christopher R. Maddux,   P O Box 6010,   Ridgeland MS 39158-6010
2715978     +Warehouse 86, LLC,   5 River Bend Place, Ste D,   Flowood, MS 39232-7618
2716072     +Waterford Technologies,   19700 Fairchild #300,   Irvine, CA 92612-2515
2718363     +Weber County Assessor,   P O Box 9700,   Ogden, UT 84409-0700
2854127     +Weber County Treasurer,   2380 Washington Blvd,   Ogden UT 84401-1475
2716073     +Willow Lake Pro., LLC,   233 South Wacker Dr,   Ste. 350,   Chicago, EL 60606-6405
```

```
District/off: 0538-3           User: dsawyer              Page 3 of 3              Date Rcvd: Dec 03, 2010
Case: 08-03423                 Form ID: pdf012            Total Noticed: 155
```

```
 2716074        Windsor Tax Services,    P.O. Box 1655,    Windsor, ON N9A767
The following entities were noticed by electronic transmission on Dec 03, 2010.
 2716006       +E-mail/PDF: bkasper@crownpack.com Dec 03 2010 23:55:02      Crown Packaging Corp.,
                17854 Chesterfield Airport,    Chesterfield, MO 63005-1216
 2716009        E-mail/Text: bankruptcy.cr.dept@dhl.com                           DHL Express (USA) Inc.,
                P 0 Box 4723,    Houston, TX 77210-4723
 2716018       +E-mail/Text: aschoenauer@firstinsurancefunding.com
                First Ins Funding Corp,    450 Skokie Blvd. Ste 1000,    Northbrook, IL 60062-7917
 2718370        E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
                Mississippi State Tax Commission,    P O Box 1033,    Jackson, MS 39215-1033
 2726307        E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
                Mississippi State Tax Commission,    c/o Heather S Deaton,    P O Box 22828,    Jackson MS 39225
 2714722        E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US                          MS State Tax Commission,
                Bankruptcy Section,    P O Box 23338,    Jackson MS 39225-3338
 2716047       +E-mail/Text: recovery@paypal.com                          Pay Pal,    Attn: Legal Dept. - Civil,
                2211 N 1st Street,    San Jose CA 95131-2021
 2716058       +E-mail/Text: credit@sosstaffing.com                          SOS Staffing,    P 0 Box 27008,
                Salt Lake Cit, UT 84127-0008
 2720914       +E-mail/Text: credit@sosstaffing.com                          SOS Staffing,    POB 27008,
                Salt Lake City UT 84127-0008
 2714718       +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov                          U S Trustee,
                100 w Capitol St., Ste 706,    Jackson MS 39269-1607
 2718374        E-mail/Text: TXBANKRUPT@UTAH.GOV                          Utah State Tax Commission,
                210 N 1950 W,    Salt Lake City, UT 84134-0270
 2716070        E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 03 2010 22:34:17     Verizon Wireless,
                P 0 Box 660108,    Dallas, TX 75266-0108
 2752621       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 03 2010 22:34:18     Verizon Wireless,
                P O Box 3397,    Bloomington IL 61702-3397
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             RadioShack Corporation and SCK, Inc. f/k/a SC Kios
 2715999        CH Enterprises,    4829 S. Ridgeline Drive,    RETURNED MAIL 5-5-10
 2716027        Jennifer D. Jones,    10 1 Warren St., #20,    RETURNED MAIL 11/17/2008
 2716069        UPS Freight,    611 Park Meadow Road,    RETURNED MAIL 10-18-10
 cr*            Keith Martin Mack,    2949 Los Robles Rd,    Thousand Oaks, CA  91362-3320
 2843208*      +Eric L. Eilertsen,    1878 Laurel Ln.,    Germantown TN 38139-6954
 2778842*      +Tennessee Dept of Revenue,    c/o Attorney General,    P O Box 20207,    Nashville TN 37202-4015
 2716028       ##+Joann McKinney,    2278 Sharon,    Memphis, TN 38127-3525
 2843211       ##+Mirna Maribel Carrillo,    4230 N. 50th Drive,    Phoenix AZ 85031-2330
                                                                                   TOTALS: 4, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2010**                    **Signature:**         *Joseph Speetjens*