**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| WAREHOUSE 86, LLC ) | CASE NO. 08-03423-EE |
| ) | Chapter 11 |
| Debtor ) | |
| _____) | |

**ORDER GRANTING MOTION TO WITHDRAW
<u>MOTION OF WAREHOUSE 86, LLC TO RETAIN CONSULTANT</u>**
[Dkt. # 245; 275]

This matter came before the Court on the *Motion to Withdraw Motion of Warehouse 86, LLC to Retain Consultant* (the "<u>Motion</u>") [Dkt. # 275]. The Court finds that the Motion is well taken and that it should be granted, good cause having been shown therefor.

**IT IS THEREFORE ORDERED** that the *Motion to Retain Consultant* is hereby withdrawn.

**SO ORDERED**.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 7, 2010

SUBMITTED BY:

Stephen W. Rosenblatt; MB No. 5676
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS  39157
Telephone:  (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

Jackson 5861304v1