**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WAREHOUSE 86, LLC | ) | CASE NO. 08-03423-EE |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO WITHDRAW**
**MOTION OF WAREHOUSE 86, LLC TO RETAIN CONSULTANT**
[Dkt. # 245; 275]

This matter came before the Court on the *Motion to Withdraw Motion of Warehouse 86, LLC to Retain Consultant* (the "Motion") [Dkt. # 275]. The Court finds that the Motion is well taken and that it should be granted, good cause having been shown therefor.

**IT IS THEREFORE ORDERED** that the *Motion to Retain Consultant* is hereby withdrawn.

**SO ORDERED**.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 7, 2010

SUBMITTED BY:

Stephen W. Rosenblatt; MB No. 5676
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 948-5711
Fax: (601) 985-4500
steve.rosenblatt@butlersnow.com

Jackson 5861304v1

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 1           Date Rcvd: Dec 07, 2010
Case: 08-03423                Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Dec 09, 2010.
dbpos         +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2010**                             **Signature:**         _Joseph Speetjens_