B9D (Official Form 9D) (Chapter 7 Corporation/Partnership Asset Case) (12/07)     Case Number **08−03423−ee**

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 11 on 11/4/08 and was converted to a case under chapter 7 on 12/3/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236

| Case Number:<br>08−03423−ee | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>90−0009964 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada PLLC<br>P.O. Box 6010<br>Ridgeland, MS 39158−6010<br>Telephone number: 601−985−4504 | Bankruptcy Trustee (name and address):<br>Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501<br>Telephone number: 228−867−6050 |

### Meeting of Creditors
**NOTICE: DEBTOR(S) MUST PROVIDE ORIGINAL PICTURE IDENTIFICATION AND PROOF OF SOCIAL SECURITY NUMBER TO THE TRUSTEE AT THE MEETING OF CREDITORS. FAILURE TO DO SO MAY RESULT IN YOUR CASE BEING DISMISSED.**

Date: **January 12, 2011**      Time: **03:00 PM**

Location: **100 West Capitol Street, Suite 501, Dr. A. H. McCoy Federal Building, Jackson, MS 39269**

### Deadline to File a Proof of Claim
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit): **4/15/11**      For a governmental unit: **6/4/11**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>100 East Capitol St.<br>P.O. Box 2448<br>Jackson, MS 39225−2448<br>Telephone number: 601−965−5301 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Danny L. Miller |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM | Date: 12/9/10 |

## EXPLANATIONS

B9D (Official Form 9D) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY TO APPEAR AT THE SEC. 341(a) MEETING, TO TIMELY FILE SCHEDULES AND RELATED DOCUMENTS, TO PAY REQUIRED FEES OR TO PRODUCE REQUIRED PAYMENT ADVICES AND INCOME TAX RECORDS PURSUANT TO 11 USC SEC. 521 MAY RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Mississippi | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Warehouse 86, LLC | Case Number: 08-03423 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   **Describe:**

   **Value of Property: $_____ Annual Interest Rate___%**

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any: $_____ Basis for perfection:** _____

   **Amount of Secured Claim: $_____   Amount Unsecured: $_____**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____  _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: twright             Page 1 of 4                  Date Rcvd: Dec 09, 2010
Case: 08-03423                Form ID: b9d              Total Noticed: 165


The following entities were noticed by first class mail on Dec 11, 2010.
dbpos         +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
aty            Butler, Snow, O'Mara, Stevens & Cannada, PLLC,   Post Office Box 6010,
                 Ridgeland, MS  39158-6010
aty            Christopher R. Maddux,    Butler Snow O'Mara Stevens & Cannada,   PO Box 6010,
                 Ridgeland, MS  39158-6010
aty           +Gill Geldreich,    Office of the Attorney General,   PO Box 20207,   Nashville, TN 37202-4015
aty           +Heather S. Deaton,    Mississippi Department of Revenue,   Post Office Box 22828,
                 Jackson, MS 39225-2828
aty           +James A. McCullough, II,    Brunini, Grantham, Grower & Hewes, PLLC,   P, O. Drawer 119,
                 Jackson, MS 39205-0119
aty            John A. Crawford, Jr,    Butler, Snow, O'mara,Stevens & Cana,   P. O. Drawer 22567,
                 Jackson, MS  39225-2567
aty            Larry Spencer,    King & Spencer, Attys,   PO Box 123,   Jackson, MS  39205-0123
aty           +Marcus M. Wilson,    PO Box 98,   Jackson, MS 39205-0098
aty            Richard A. Montague, Jr.,    WELLS, MOORE, SIMMONS, & HUBBARD,   P.O.Box 1970,
                 Jackson, MS  39215-1970
aty            Stephen W. Rosenblatt,    Butler Snow O'Mara Stevens &Cannada PLLC,   P.O. Box 6010,
                 Ridgeland, MS  39158-6010
cr             Fifth Third Bank,    King & Spencer,   Post Office Box 123,   Jackson, MS  39205-0123
cr             Mississippi State Tax Commission, Legal Division,   P.O. Box 22828,   Jackson, MS  39225-2828
cr            +Overstock.com, Inc.,    6350 South 3000 East,   Salt Lake City, UT 84121-5952,   US
acc           +Paul Calhoun,    Haddox Reid Burkes & Calhoun, PLLC,   210 E Capitol Street,   Suite 1100,
                 Jackson, MS 39201-2380
cr             Porsche Financial Services,    c/o Larry Spencer,   P.O. Box 123,   Jackson, MS  39205-0123
cr            +Receivable Management Services,    c/o Phyllis A. Hayes,   307 International Circle, Ste 270,
                 Hunt Valley, MD 21030-1322
cr            +Stuart M. Irby,    c/o Richard Montague,   P.O. Box 1970,   Jackson, MS 39215-1970
cr            +Tennessee Dept of Revenue,    c/o TN Attorney General Office,   Bankruptcy Division,
                 P O Box 20207,   Nashville, TN 37202-4015
2715979       +ABC Logistics Corp,    2300 Sitler St #685,   Memphis, TN 38114-4801
2715980       +ADP, Inc.,    5680 New Northside Dr.,   Atlanta, GA 30328-4668
2715981       +ADP, Inc.,    One ADP Blvd,   Roseland, NJ 07068-1786
2756488       +AIG Bankruptcy Collections,    Michelle A. Levitt, Authorized Represent,
                 70 Pine Street, 28th Floor,   New York NY 10270-0002
2715994     ++++AUDIOVOX SPEC. APPLIC.,    2602 MARINA DR,   ELKHART IN  46514-8642
              (address filed with court:  Audiovox Spec. Applic.,    53200 Marina Drive,   Elkhart, W 46514)
2715982       +Air-One Services,    5055 Pleasant View,   Memphis, TN 38134-6308
2715983       +Allied Waste Serv #493,    48 Landfill Rd,   Leland MS 38756-9721
2715984       +Allied Waste Serv #837,    48 Landfill Rd.,   Leland MS 38756-9721
2715985       +Allied Waste Serv #868,    48 Landfill Rd.,   Leland MS 38756-9721
2715986       +American Covers, Inc.,    dba Handstands,   675 West 14600 South,   Bluffdale, UT 84065-4831
2715988       +American Intematl Co.,    Specialty Workers Comp,   P 0 Box 409,   Parsippany, NJ 07054-0409
2715989       +American Photocopy,    1719 Bartlett Road,   Memphis, TN 38134-6402
2715990        Amerigas,    545 W 12 Street,   Ogden, LTT 84404-5401
2715991       +Aon Innov. Solutions,    13922 Denver West Pkwy,   Golden CO 80401-3142
2718372       +Arizona Department of Revenue,    P O Box 52153,   Phoenix, AZ 85072-2153
2715992        Atmos Energy,    P.O. Box 9001949,   Louisville KY 40290-1949
2715995       +Baja Motorsports, LLC,    2955 S. 18th Place,   Phoenix, AZ 85034-6727
2756855        Boyer BDO, L C,    90 South 400 W Ste 200,   Salt Lake City UT 84101-1365
2715996       +Boyer BDO, L.C.,    90 South 400 W STE 200,   Salt Lake Cit, UT 84101-1365
2715997        Brands on Sale,    2466 Lugonia Ave.,   Redlands, CA  92374-5003
3066537       +Budge Rent A Car Systems LLC,    Basham & Scott,   P O Box 450676,   Houston TX 77245-0676
2715998       +Cambridge Integ. Serv.,    31500 Solon Rd.,   Solon, OH 44139-3528
2716000       +City of Indianola Water,    P 0 Box 269,   Indianola, MS 38751-0269
2718368        City of Phoenix,    City Treasurer,   P O Box 29690,   Phoenix, AZ  85038-9690
2718366        City of Phoenix,    Tax Division,   251 W. Washington St, 3rd Floor,   Phoenix, AZ  85003-2245
2716002       +ComectShip, Inc.,    8282 S. Memorial,   Suite 400,   Tulsa, OK 74133-4345
2716001        Computer Resources,    P.O. Box 1241,   Cordova, TN 38088-1241
2716003       +Consumer Products Serv,    10 Grand Boulevard,   Deer Park NY 11729-5717
2716004       +Crawford Technical Servs.,    Joel Fisher, Exe Gen Adj,   11434 Haleiwa Place,
                 Diamondhead, MS 39525-4129
2716005       +Crown Lift Trucks,    3952 Willow Lake Blvd.,   Bld. #5,   Memphis, TN 38118-7042
2716010       +DHL Express-Claiins,    Attn: Mark Sanchez,   1144 W. Washington St.,   Tempe, AZ 85281-1200
2716011        DHL Express-SRC,    I 100 Airport Rd.,   MS 2061-DI 1,   Wilmington, OH 45177
2716012       +DJW Enterprises Inc.,    26070 N. 72nd Drive,   Peoria, AZ 85383-7343
2716007       +Delta Electric Power,    P 0 Box 935,   Greenwood, MS 38935-0935
2716008        Dematic Corporation,    P 0 Box 12021,   Newark, NJ 07101-5021
2718364       +Desoto County Tax Assessor,    365 Losher, STE 100,   Hernando, MS 38632-2144
2716013       +EMC Ins. Companies,    P 0 Box 6011,   Ridgeland, MS 39158-6011
2716014       +Eric L. Eilertsens,    1878 Laurel Ln,   Germantown TN 38139-6954
2716015       +Ernest K. Strahan III,    1918 Petit Bois St. N,   Jackson, MS 39211-6707
2716016       +Ernest K. Strahan, IIII,    1918 Petit Bois St N,   Jackson, MS 39211-6707
2716017        Excel Transportation,    P 0 Box 844711,   Dallas, TX 75284-4711
2749935        Excel Transportation Services, Inc.,    17330 Preston Road, Suite 200 C,   Dallas, TX 75252-6035
2716019       +FifUi Third Auto Leasing,    P.O. Box 630041,   MDlMOC2E-3152,   Cincinnati, OH 45263-0041
2720055       +Fifth Third Auto Leasing,    MD1MOC2E-3152,   P O Box 630041,   Cincinnati OH 45263-0041
2743391       +Fifth Third Bank,    1850 E Paris SE,   MD/ROPS 05,   Grand Rapids, MI 49546-6253
2716020       +Gary E. Veasey, Esq.,    780 Ridge Lake Blvd. STE 202,   Memphis, TN 38120-9426
2716021        Global Crossing Tele.,    225 Kenneth Drive,   Rochester, NY 14623-4277
2716022       +Gloria O'Neal,    4403 Bennett Wood,   Millington, TN 38053-2208
2716023        H&E Equip. Serv. Inc.,    4899 W. 2100 Street,   St. Lake City, UT  84120-1225
2843209       +HEPACO, Inc,    731 East Brooks Road,   Memphis TN 38116-3013
2806465       +HEPACO, Incorporated,    2711 Burch Dr.,   Charlotte NC 28269-4476
```

```
District/off: 0538-3           User: twright              Page 2 of 4            Date Rcvd: Dec 09, 2010
Case: 08-03423                 Form ID: b9d               Total Noticed: 165

2716025      +HOJ Enginr. & Sales Co,   3960 S 500 West,   Salt Lake Cit, UT 84123-1360
2716024       Haddox Reid Burkes,   P 0 Drawer 22507,   Jackson, MS 39225-2507
2843210      +Interface Systems,   3773 Corporate Center Drive,   Earth City MO 63045-1130
2716026       International Tax Servs,   2204 Walkley Road,   Ottawa ON KIA1A8,   Canada
2843213      +Isaac Amavizca,   3622 W. Oregon Avenue,   Phoenix AZ 85019-2318
2718362      +Jane Hetzler,   City Clerk,   City of Indianola,   P O Box 269,   Indianola, MS 38751-0269
2766141      +Jon S Musial,   Law Office of Jon S Musial,   8230 E. Gray Road,   Scottsdale AZ 85260-3528
2716029      +Joy D. St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716030      +Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716031      +Katt Worldwide Logist.,   P 0 Box 751197,   Memphis, TN 38175-1197
2723663      +Katt Worldwide Logistics Inc,   Attn: Teresa Shipe,   4105 So Mendenhall Road,
               Memphis TN 38115-5927
2716032       Keith Martin Mack,   2949 Los Robles Rd.,   Thousand Oaks, CA 91362-3320
2716033      +Louis E. Sagar,   598 Broadway,   New York, NY 10012-3206
2716034      +Marchetti Robertson &,   P 0 Box 3348,   Ridgeland, MS 39158-3348
2751431       Marcus M. Wilson,   Bennett Lotterhos Sulser & Wilson, P.A.,   Post Office Box 98,
               Jackson, MS  39205-0098
2716035      +Mary Leesa Simmons,   IDI Services Group,   1000 Ridgeway Loop Rd, #100,   Memphis, TN 38120-4037
2716036       Memphis LG&W,   P.O. Box 388,   Memphis, TN 38145-0388
2716037       Memphis Recycling Serv,   P 0 Box 88271,   Chicago, U, 60680-1271
2716038      +Memphis Recyling Serv.,   1131 Agnes,   Memphis, TN 38104-4630
2716039      +Mercantila, Inc.,   665 Chestnut St 2nd Fl,   San Francisco, CA 94133-2364
2716040      +Merchandise Manu. Inc.,   P O Box 843,   Lakewood CA 90714-0843
2718373       Mississippi State,   Office of Revenue,   P O Box 23050,   Jackson, MS  39225-3050
2716041      +Nailco Group,   23200 Haggerty Rd.,   Farmington, MI 48335-2601
2718365      +Ogden City Licensing Division,   2549 Washington Blvd, STE 240,   Ogden, Utah 84401-3111
2716042      +Old Dominion Freightline,   c/o McCarthy Burgess &,   26000 Cannon Rd,   Cleveland, OH 44146-1807
2723065       Overstock.com, Inc,   Attn: Edwin W Christensen,   6350 S 3000 East,
               Salt Lake City, UT 84121-5952
2716043      +Overstock.com, Inc.,   6350 S. 3000 East,   Salt Lake Cit, UT 84121-5952
2716054     ++PACIFICORP,   ATTN BANKRUPTCY,   PO BOX 25308,   SALT LAKE CITY UT 84125-0308
              (address filed with court: Rocky Mountain Power,   1033 NE 6th Ave,   Portland, OR 97256-0001)
2716045      +Paul St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716046      +Paul Thomas St. James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716044      +Paul and Joy St James,   3241 Kinney Drive,   Germantown, TN 38139-8031
2716048      +Phusion Software, Inc.,   26300 Ford Rd. #415,   Dearborn Heig, MI 48127-2854
2716049      +Phusion Software, Inc.,   26300 Ford Road # 415,   Dearborn Heig, MI 48127-2854
2716050      +Porche Financial Serv,   4343 Commercial Ct.,   Ste. 300,   Lisle, IL 60532-3616
2732428      +Porsche Financial Services,   c/o King and Spencer,   Post Office Box 123,
               Jackson MS 39205-0123
2846807       Questar Gas Company,   Bankruptcy DNR 244,   1140 West 200 South,   P O Box 3194,
               Salt Lake UT 84110-3194
2734993       Questar Gas Company,   Bankruptcy/DNR 244,   P O Box 3194,   Salt Lake City UT 84110-3194
2716051      +Questar Gas Company,   P 0 Box 45841,   Salt Lake Cit, UT 84139-0001
2716052      +RadioShack Corporation Rent Acct Dept, Ac Sup,   P. 0. Box 961090,   Fort Worth, TX 76161-5000
2755081      +RadioShack Corporation and SC Kiosks, Inc.,   RadioShack Corporation,   Legal Department,
               Attn:  James B. Spisak, Esq.,   300 RadioShack Circle,   Fort Worth, TX 76102-1901
2716053      +RainWorx, Inc.,   159 Pearl Street No. 1,   Essex Junction,   Essex Junctio, VT 05452-3038
2742920      +Rocky Mountain Power,   Attn: Bankruptcy,   P O Box 25308,   Salt Lake City UT 84125-0308
2843212      +S & B Packaging Inc,   d/b/a Caboodles,   8901 First Industrial Drive,   Southaven, MS 38671-1919
2716055      +SC Kiosk, Inc.,   300 RadioShack Circle,   MS CF4-101,   Fort Worth, TX 76102-1901
2716056      +Serv lst Indust, Tires,   120-B Quinton Ave,   Munford, TN 38058-1700
2718367       Shelby County Clerk,   Business Tax Division,   P O Box 3743,   Memphis, TN  38173-0743
2716057      +Soefker Services, LLC,   1568 Panama St,   Memphis, TN 38108-1919
2716059      +Sprint,   P 0 Box 8077,   London KY 40742-8077
2717312      +Stuart M Irby,   c/o Richard Montague,   4450 Old Canton Road, Ste 200,   Jackson MS 39211-5991
2716060      +Stuart M. Irby,   3940 Stuart Place,   Jackson MS 39211-6752
2718361      +Sunflower County Assessor/Collector,   P O Box 1080,   Indianola, MS 38751-1080
2716066      +TWG Innov. Solutions,   f/k/a Aon Innov Solutions,   Attn: VP Operations, Lisa Schizas,,
               13922 Denver West Pkwy,   Golden CO 80401-3142
2756440      +TWG Innovative Solutions Inc,   c/o William J Sparer, Counsel,   The Warranty Group,
               175 West Jackson Blvd,   Chicago IL 60604-2615
2716062      +Teleshere Networks Ltd,   9237 E Via de Ventura,   Scottsdale, AZ 85258-3329
2716061      +Teleshere Networks Ltd,   9237 E Via de Ventura,   Suite 250,   Scottsdale, AZ 85258-3661
2718375      +Tennessee Department of Revenue,   c/o Attorney General,   P O Box 20207,
               Nashville, TN 37202-4015
2754319      +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
               P O Box 20207,   Nashville TN 37202-4015
2718371       Tennessee Department of Revenue,   Andrew Jackson State Office Bldg,   500 Deaderick Street,
               Nashville, TN  37242-0700
2748953      +The Commis of Revenue of the State of TN,   Tax Enforcement Divison,   c/o Attorney General,
               P. O. Box 20207,   Nashville, TN 37202-4015
2718360      +The Warranty Group, Inc,   Att: Legal Counsel,,   Julia Pilliod,   175 West Jackson Blvd,
               Chicago, IL 60604-2615
2716063      +Thomas Sales & Serv Inc.,   2300 Sitler St. #685,   Memphis, TN 38114-4801
2716065      +Transport Express,Inc.,   P.O. Box 69207,   Seattle, WA 98168-9207
2716064      +Tri-Continental Track,   P 0 Box l621,   Scottsdale, AZ 85252-1621
2714721       U S Attorney,   Hon David N Usry,   188 E Capitol St., Ste 500,   Jackson MS 39201-2126
2714720      +U S Securities & Exchange Comm,   3475 Lenox Rd NE, Ste 1000,   Atlanta GA 30326-3235
2714718      +U S Trustee,   100 w Capitol St., Ste 706,   Jackson MS 39269-1607
2727350      +UNITED PARCEL SERVICE,   C/O RMS Bankruptcy Recovery Services,   P.O. Box 5126,
               Timonium, Maryland 21094-5126
2716068       UPS,   Lockbox 577,   Carol Stream, IL 60132-0577
2716067      +UPS,   1620 Valwood Pkwy #115,   Carrollton, TX 75006-8321
```

```
District/off: 0538-3           User: twright              Page 3 of 4                    Date Rcvd: Dec 09, 2010
Case: 08-03423                 Form ID: b9d               Total Noticed: 165

2716071      +Vertex, IPS,    5885 Stapleton Dr. N,    STE C308,    Denver, CO 80216-3311
3065968      +Warehouse 86, LLC,    c/o Christopher R. Maddux,    P O Box 6010,    Ridgeland MS 39158-6010
2715978      +Warehouse 86, LLC,    5 River Bend Place, Ste D,    Flowood, MS 39232-7618
2716072      +Waterford Technologies,    19700 Fairchild #300,    Irvine, CA 92612-2515
2718363      +Weber County Assessor,    P O Box 9700,    Ogden, UT 84409-0700
2854127      +Weber County Treasurer,    2380 Washington Blvd,    Ogden UT 84401-1475
2716073      +Willow Lake Pro., LLC,    233 South Wacker Dr,    Ste. 350,    Chicago, EL 60606-6405
2716074       Windsor Tax Services,    P.O. Box 1655,    Windsor, ON N9A767
The following entities were noticed by electronic transmission on Dec 09, 2010.
tr           +EDI: QKRLENTZ.COM Dec 09 2010 16:03:00      Kimberly R. Lentz,    2012 23rd Ave.,
               Gulfport, MS 39501-2967
2715993       EDI: ATTWIREBK.COM Dec 09 2010 16:03:00      AT&T,   P 0 Box 105262,    Atlanta, GA 30348-5262
2715987       EDI: AMEREXPR.COM Dec 09 2010 16:03:00      American Express Corp,    P 0 Box 650448,
               Dallas, TX 75265-0448
2751034       EDI: BECKLEE.COM Dec 09 2010 16:03:00      American Express Travel Related Svcs Co,
               Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
2718369       EDI: AZDEPREV.COM Dec 09 2010 16:03:00      Arizona Department of Revenue,    P O Box 29010,
               Phoenix, AZ 85038-9010
2716006      +E-mail/PDF: bkasper@crownpack.com Dec 09 2010 19:52:41      Crown Packaging Corp.,
               17854 Chesterfield Airport,    Chesterfield, MO 63005-1216
2716009       E-mail/Text: bankruptcy.cr.dept@dhl.com                           DHL Express (USA) Inc.,
               P 0 Box 4723,    Houston, TX 77210-4723
2716018      +E-mail/Text: aschoenauer@firstinsurancefunding.com
               First Ins Funding Corp,    450 Skokie Blvd. Ste 1000,    Northbrook, IL 60062-7917
2714719       EDI: IRS.COM Dec 09 2010 16:03:00     IRS,   100 W Capitol St., Ste 504,    Jackson MS 39269-0599
2718370       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
               Mississippi State Tax Commission,    P O Box 1033,    Jackson, MS 39215-1033
2726307       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US
               Mississippi State Tax Commission,    c/o Heather S Deaton,    P O Box 22828,    Jackson MS 39225
2714722       E-mail/Text: BANKRUPTCY@MSTC.STATE.MS.US                          MS State Tax Commission,
               Bankruptcy Section,    P O Box 23338,    Jackson MS 39225-3338
2716047      +E-mail/Text: recovery@paypal.com                          Pay Pal,   Attn: Legal Dept. - Civil,
               2211 N 1st Street,    San Jose CA 95131-2021
2716058      +E-mail/Text: credit@sosstaffing.com                          SOS Staffing,   P 0 Box 27008,
               Salt Lake Cit, UT 84127-0008
2720914      +E-mail/Text: credit@sosstaffing.com                          SOS Staffing,   POB 27008,
               Salt Lake City UT 84127-0008
2714718      +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov                          U S Trustee,
               100 w Capitol St., Ste 706,    Jackson MS 39269-1607
2718374       EDI: UTAHTAXCOMM.COM Dec 09 2010 16:03:00      Utah State Tax Commission,    210 N 1950 W,
               Salt Lake City, UT 84134-0270
2716070       EDI: AFNIVZWIRE.COM Dec 09 2010 16:03:00      Verizon Wireless,    P 0 Box 660108,
               Dallas, TX 75266-0108
2752621      +EDI: AFNIVZWIRE.COM Dec 09 2010 16:03:00      Verizon Wireless,    P O Box 3397,
               Bloomington IL 61702-3397
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           RadioShack Corporation and SCK, Inc. f/k/a SC Kios
2715999      CH Enterprises,    4829 S. Ridgeline Drive,    RETURNED MAIL 5-5-10
2716027      Jennifer D. Jones,    10 l Warren St., #20,    RETURNED MAIL 11/17/2008
2716069      UPS Freight,    611 Park Meadow Road,    RETURNED MAIL 10-18-10
cr*          Keith Martin Mack,    2949 Los Robles Rd,    Thousand Oaks, CA 91362-3320
2843208*    +Eric L. Eilertsen,    1878 Laurel Ln.,    Germantown TN 38139-6954
2778842*    +Tennessee Dept of Revenue,    c/o Attorney General,    P O Box 20207,    Nashville TN 37202-4015
2716028    ##+Joann McKinney,    2278 Sharon,    Memphis, TN 38127-3525
2843211    ##+Mirna Maribel Carrillo,    4230 N. 50th Drive,    Phoenix AZ 85031-2330
                                                                                       TOTALS: 4, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0538-3          User: twright              Page 4 of 4                    Date Rcvd: Dec 09, 2010
Case: 08-03423                Form ID: b9d               Total Noticed: 165
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2010**               **Signature:** _/s/ Joseph Speetjens_