## MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-ee        For Period OCTOBER 1 to OCTOBER 31 , 20 10 .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 12/07/2010          Debtor(s)*: WAREHOUSE 86, LLC
(date)

By:**

Position: CHAPTER 11 TRUSTEE

Name of preparer: KIMBERLY R. LENTZ

Telephone No. of Preparer 228-867-6050

* both debtors must sign if a joint petition

** for corporate or partnership debtor

FORM 2-A
1/08

CASE NAME: ___WAREHOUSE 86, LLC_____

CASE NUMBER: ___08-03423-ee_____

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|
| | 11/04/08 | MAY 10 | JUNE 10 | JULY 10 | AUGUST 10 | SEPT. 10 | OCTOBER 10 |
| **CURRENT ASSETS:** | | | | | | | |
| Cash......................................***... | 89,361 | 71,091 | 35,509 | 34,860 | 34,862 | 34,863 | 32,807 |
| Accounts Receivable, Net....................... | 152,270 | 611 | 611 | 611 | 611 | 611 | 0.00 |
| Inventory, at lower of cost or market.............. | 73,633 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits.................* | 68,702 | 66,044 | 61,297 | 61,297 | 61,297 | 61,297 | 61,297 |
| Other _____ | | | | | | | |
| _____ | | | | | | | |
| **TOTAL CURRENT ASSETS**.................... | 383,966 | 137,746 | 97,417 | 96,798 | 96,770 | 96,771 | 93,329 |
| **PROPERTY, PLANT & EQUIPMENT**.**.......... | 2,178,073 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less accumulated depreciation................... | -1,124,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| **NET PROPERTY, PLANT & EQUIPMENT**....... | 1,053,096 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS** INTEREST IN INCORPORATED BUSINESS | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE CLAIM FROM TORNADO & FIRE | | | | | | | |
| REGISTERED NAME, CUSTOMER LISTS | | | | | | | |
| (UNKNOWN) | | | | | | | |
| _____ | | | | | | | |
| **TOTAL OTHER ASSETS**........................ | 6,573 | 0 | 0 | | | | |
| **TOTAL ASSETS**.............................. | 1,443,634 | 137,746 | 97,417 | 96,768 | 96,770 | 96,771 | 93,329 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on
FORM 2-F (Narrative).   All subsequent reports must then carry these assets at that value.  Do not use historical cost one month and fair market value the next.

*This is a corrected number to reflect that the pre-petition retainer of $35,000 should have properly been shown as a
  pre-petition legal expense since there was no balance as of the date of the filing of the bankruptcy petition.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-ee

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 11/04/08 | Month MAY 10 | Month JUNE 10 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 |
|---|---|---|---|---|---|---|---|
| POST-PETITION LIABILITIES: *** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)............. | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3).*......... | | | | | | | |
| Other: _____ | | | | | | | |
| TOTAL POST-PETITION LIABILITIES:.......... | | | | | | | |
| PRE-PETITION LIABILITIES: *** | | | | | | | |
| Notes payable - secured.................. | 1,264,902 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 |
| Priority debt.......................... | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Unsecured debt.**...................... | 2,562,082 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 |
| Other PRIORITY UNSECURED | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| TOTAL LIABILITIES......................... | 3,854,984 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK......................... | | | | | | | |
| COMMON STOCK........................... | | | | | | | |
| RETAINED EARNINGS: | | | | | | | |
| Through filing date..****................... | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) |
| Post filing date......................... | | 951 | (39,378) | (40,027) | (40,026) | (40,024) | (40,024) |
| TOTAL EQUITY (NET WORTH)............... | (2,411,350) | (2,410,399) | (2,450,728) | (2,451,377) | (2,451,376) | (2,451,374) | (2,451,374) |
| **TOTAL LIABILITIES & EQUITY.............. ·** | 1,443,634 | 137,746 | 97,417 | 96,768 | 96,769 | 96,771 | 96,771 |

* Reflects disputed insurance charge - Reconciled June 2009

** Reflects payment of utility charges and insurance premiums pursuant to court order

*** Reflects updated November pre and post petition liability balances due to final reconciliation.

Post-Petition payables applied to pre-petition in April 2009

**** This reflects a change to move a $35,000 pre-petition retainer that should have been a pre-petition legal expense.

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-ee

## PROFIT AND LOSS STATEMENT

| | Month<br>MAY 10 | Month<br>JUNE 10 | Month<br>JULY 10 | Month<br>AUGUST 10 | Month<br>SEPT. 10 | Month<br>OCTOBER 10 |
|---|---|---|---|---|---|---|
| **NET REVENUE**........................................ | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
|     Material............................................ | | | | | | |
|     Labor - Direct..................................... | | | | | | |
|     Manufacturing Overhead.......................... | | | | | | |
| **TOTAL COST OF GOODS SOLD:**...................... | | | | | | |
| **GROSS PROFIT:**.................................... | | | | | | |
| OPERATING EXPENSES: | | | | | | |
|     Selling and Marketing............................ | | | | | | |
|     General and Administrative (rents, utilities,<br>        salaries, etc.)............................. | 0 | 40,331 | 650 | 0 | 0 | 0 |
|     Other_____ | | | | | | |
| **TOTAL OPERATING EXPENSES.** ...................... | 0 | 40,331 | 650 | 0 | 0 | 0 |
| INTEREST EXPENSE. ................................ | (5) | (2) | (1) | (1) | (1) | (1) |
| **INCOME BEFORE DEPRECIATION OR TAXES:**......... | 5 | (40,329) | (649) | 1 | 1 | 1 |
| DEPRECIATION OR AMORTIZATION.................... | | | | | | |
| EXTRAORDINARY EXPENSES *....................... | | | | | | |
| INCOME TAX EXPENSE (BENEFIT). ................... | | | | | | |
| **NET INCOME (LOSS)** ............................... . | 5 | (40329) | (649) | 1 | 1 | 1 |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

CASE NAME: ___WAREHOUSE 86, LLC_____   CASE NUMBER: ___08-03423-ee_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period OCTOBER 1 to OCTOBER 31, 20 10

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                                    $ 34,863.00

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)                                         $ 1.00

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                               $( 2,057.00 )

4. Net Cash Flow                                                $ 2,056

5. Ending Cash Balance (to FORM 2-B)                            $ 32,807.00

### CASH SUMMARY - ENDING BALANCE

|                                           | Amount*    | Financial Institution      |
|-------------------------------------------|------------|----------------------------|
| 1. Real Estate Account                    | $          |                            |
| 2. Trust Account                          | $          |                            |
| 3. Operating and/or Personal Account      | $ 32,807   | BANK OF AMERICA - DIP      |
| 4. Payroll Account                        | $          |                            |
| 5. Tax Account                            | $          |                            |
| 6. Other Accounts (Specify checking       |            |                            |
|    or savings)                            | $          |                            |
| 7. Cash Collateral Account                | $          |                            |
| 8. Petty Cash                             | $          |                            |

TOTAL (must agree with line 5 above)   $ 32,807.00

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

===============================================================================

### ADJUSTED CASH DISBURSEMENTS

Cash disbursements on Line 3 above less                            *
inter-account transfers & UST fees paid   $ 1,732.00


* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER: 08-03423-ee

## QUARTERLY FEE SUMMARY

MONTH ENDED    OCTOBER, 2010

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 36,540.00 | | | |
| February | $ 40.00 | | | |
| March | $ 27.00 | | | |
| Total 1st Quarter | $ 36,607.00 | $ 650.00 | 20103 | 04/22/10 |
| April | $ 107.00 | | | |
| May | $ 1.00 | | | |
| June | $ 35,584.00 | | | |
| Total | | | 600001 | 07/16/10 |
| 2nd Quarter | $ 35,692.00 | $ 650.00 | 600002 | 07/17/10 |
| July | $ 0.00 | | | |
| August | $ 0.00 | | | |
| September | $ 0.00 | | | |
| Total 3rd Quarter | $ 0.00 | $ 325.00 | 600004 | 10/14/10 |
| October | $ 1,732.00 | | | |
| November | $ | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

### DISBURSEMENT CATEGORY    QUARTERLY FEE DUE

| Disbursement Category | Quarterly Fee Due |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: _____WAREHOUSE 86, LLC_____

CASE NUMBER: _____08-03423-ee_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period OCTOBER 1 to OCTOBER 31, 20 10

Account Name: _DIP - MM_____ Account Number: __3755555454_____

## CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 10/29/10 | INTEREST INCOME | 1.43 |

Total Cash Receipts $__1.43_____

FORM 2-D
Page 3 of 4
1/08

CASE NAME: _____WAREHOUSE 86, LLC_____

CASE NUMBER: __08-03423-ee_____

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period _OCTOBER 1_ to _OCTOOBER 31_, 20 _10_

Account Name:_DIP - MM_____   Account Number: __3755555454_____

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 10/19/10 | | RECORD MAX, INC. | STORAGE FEE | $1,732.50 |
| 10/19/10 | | U. S. TRUSTEE | QUARTERLY FEE | $325.00 |
| 10/29/10 | | BANK OF AMERICA | SERVICE CHARGE | $0.25 |

Total Cash Disbursements   $ _2,057.75_____

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

CASE NAME: _WAREHOUSE 86, LLC_____ CASE NUMBER: _08-03423-ee_____

## SUPPORTING SCHEDULES

For Period _OCTOBER 1_____ to _OCTOBER 31_____, 20__10____

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  | $0.00 | $0.00 | $0.00 | $0.00 |

FORM 2-E
Page 2 of 3
*1/08*

CASE NAME: WAWAREHOUSE 86, LLCREHOUSE 86, LLC  CASE NUMBER: 08-03423-ee

## SUPPORTING SCHEDULES

For Period ___OCTOBER 1___ to ___OCTOBER 31___, 20 _10_

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | N/A | | | |
| General Liability | N/A | | | |
| Property (Fire, Theft) | N/A | | | |
| Vehicle | N/A | | | |
| Other (list): | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
1/08

CASE NAME: _____WAREHOUSE 86, LLC_____    CASE NUMBER: __08-03423-ee__

## NARRATIVE STATEMENT

For Period __OCTOBER 1__ to __OCTOBER 31__ , 20 __10__

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

NO ACTIVITY

FORM 2-F
1/08

TO:MICHELLE COMPANY:

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3755555454
01 01 149 01 M0000 E#      2
Last Statement: 09/30/2010
This Statement: 10/29/2010

Customer Service
1-877-757-8233

WAREHOUSE 86 LLC
DEBTOR IN POSSESSION  08-03423
MMS ACCOUNT
PO BOX 16692
JACKSON MS 39236

Page   1 of   2

Bankruptcy Case Number:   0803423

# MONEY MARKET SAVINGS

## Account Summary Information

| Statement Period 10/01/2010 - 10/29/2010 | | Statement Beginning Balance | 34,862.67 |
|---|---|---|---|
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 1.43 |
| Number of Checks | 2 | Amount of Checks | 2,057.50 |
| Number of Other Debits | 1 | Amount of Other Debits | .25 |
| | | Statement Ending Balance | 32,806.35 |
| Number of Enclosures | 2 | | |
| | | Service Charge | .25 |

### Interest Information

| Amount of Interest Paid | 1.43 | Interest Paid Year-to-Date | 22.01 |
|---|---|---|---|
| Annual Percentage Yield Earned | .05% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 10/29 | | 1.43 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $33,999.85 | 09840003334 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 600003 | 1,732.50 | 10/19 | 6192733613 | 600004 | 325.00 | 10/19 | 6292029520 |

#### Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 10/29 | | .25 | FDIC ASSESSMENT | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 09/30 | 34,862.67 | 34,862.67 | .050 | 10/29 | 32,806.35 | 32,806.35 | .050 |
| 10/19 | 32,805.17 | 32,805.17 | .050 | | | | |

TO:MICHELLE   COMPANY:

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number  3755555454
01 01 149 01 M0000 E#        2
Last Statement: 09/30/2010
This Statement: 10/29/2010

Customer Service
1-877-757-8233

WAREHOUSE 86 LLC

Page    2 of    2

Bankruptcy Case Number:    0803423

IMPORTANT INFORMATION

CHANGE OF ADDRESS. Please call us at the customer service telephone number listed on
the front of this statement to tell us about a change of address.

TERMS AND CONDITIONS. All deposits to, withdrawals from, or other transactions pertaining
to your account(s) are subject to the terms and conditions of the agreement you received
when you opened your account and any amendments thereto. Amendments to the agreement
may be made from time to time in the manner stated therein.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.   If you think your
statement or receipt is wrong or if you need more information about an electronic
transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale
transactions) on the statement or receipt, telephone or write us at the address or
number listed on the front of this statement as soon you can. We must hear from
you no later than 60 days after we sent you the FIRST statement on which the error
or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we
will investigate your complaint and will correct any error promptly. If we take
more than 10 business days (20 business days if you are a new customer, for electronic
transfers occurring during the first 30 days after the first deposit is made to your
account), to do this, we will re-credit your account for the amount you think is in
error so that you will have use of the money during the time it takes us to complete
our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make
the appropriate adjustment to your account at the conclusion of our investigation.

DIRECT DEPOSITS.
If you have arranged to have direct deposits made to your account at least once every
60 days from the same person or company, you may call us at the telephone number listed
on the front of this statement to find out if the deposit was made as scheduled.

REPORTING OTHER PROBLEMS.
You must examine your statement carefully and promptly. You are in the best position to
discover errors and unauthorized transactions on your account. If you fail to notify us
in writing of suspected problems or unauthorized transactions within the time periods
specified in the deposit agreement (which periods are no more than 60 days after we make
the statement available to you and in some cases are 30 days or less), we are not liable
to you for, and you agree not to make a claim against us for the problems or unauthorized
transactions.

Amount:        $1,732.50
Account:       3755555454
Bank Number:   11100001

Sequence Number:   6192733613
Capture Date:      10/19/2010
Check Number:      600003

**Warehouse 86, LLC**
**Debtor in Possession, Case No. 08-03423**
P O Box 16692
Jackson, MS 39236

Bank of America
32-1/1110

600003

DATE 10/14/10

PAY TO THE ORDER OF _RecordMax Inc._     $ 1,732 50/100

One Thousand Seven Hundred Thirty-Two and 50/100 ——————— DOLLARS

RecordMax Inc.
40 Northtown Drive Ste 100
Jackson, MS 39211          18852

E.K. _____

MEMO: Box Storage & Destruction - 3 YRACM

⑆600003⑆ ⑈111000012⑈ 375 555 5454⑈

**Electronic Endorsements**

| Date | Sequence | Bank # | Endrs Type | Bank Name | | Trunc Return Reason |
|------|----------|--------|-----------|-----------|--|---------------------|
| 10/19/2010 | 6518867739 | 061000146 | Undetermined | FEDERAL RES BANK OF | | N |
| 10/18/2010 | 000001200524726 | 065300279 | Rtn Loc/BOFD | TRUSTMARK NATIONAL B | | Y |
| 10/19/2010 | 006192733613 | 111012822 | Pay Bank | BANK OF AMERICA, NA | | N |
| 10/18/2010 | 000700541077 | 065300279 | Undetermined | TRUSTMARK NATIONAL B | | N |

Amount:          $325.00                    Sequence Number:   6292029520
Account:         3755555454                 Capture Date:      10/19/2010
Bank Number:     11100001                   Check Number:      600004

Warehouse 86, LLC                                     Bank of America                        600004
Debtor in Possession, Case No. 08-03423               32-1/1110
P O Box 16692
Jackson, MS 39236                                                          DATE 10/14/10

PAY TO THE
ORDER OF    UNITED STATES TRUSTEE                                              $ 325.00

Three Hundred Twenty-Five and no/100                                             DOLLARS

       UNITED STATES TRUSTEE
       US TRUSTEE PAYMENT CENTER
       P.O. Box 70937
       CHARLOTTE, N C 28272-0937

MEMO:                                                                     E.K. _____
ACCT # 08308 08423

⑈600004⑈  ⑆111000012⑆  375 555 5454⑈

FRB-Cleveland
>C410-1567-2<

Electronic Endorsements
Date          Sequence            Bank #        Endrs Type     Bank Name                Trunc Return Reason
10/18/2010    041015673102778     041015672     Rtn Loc/BOFD   US TREASURY ECP                Y
10/19/2010    006292029520        111012822     Pay Bank       BANK OF AMERICA, NA            N
10/19/2010    6519423461          041000014     Undetermined   FEDERAL RES BANK OF            N