UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---------------------------------------------------------------- x
                                                                                    :   Case No. 08-03423-EE

In re:                                                                :

                                                                          :   Chapter 7

WAREHOUSE 86, LLC,                        :

                                                                          :

Debtor.                                                          :

                                                                          :
---------------------------------------------------------------- x

## AGREED ORDER AUTHORIZING AND DIRECTING THE DISBURSEMENT OF THE INSURANCE PROCEEDS

Upon the *ore tenus* motion (the "Motion") of the Chapter 7 Trustee Kimberly R. Lentz (the "Trustee") and SCK, Inc., formerly SC Kiosks, Inc. ("SCK"), for entry of an order authorizing and directing the Court Clerk, pursuant to that certain Order (Dkt. #303) dated December 8, 2010, to disburse the insurance proceeds (the "Insurance Proceeds") on deposit with the registry of the Court in accordance with that certain Order (Dkt. # 181) dated August 26, 2009; and the Court having found and determined that just cause exists for the relief granted herein and that the relief granted herein is in the best interests of the estate, creditors, and all parties in interests; and after due deliberation and sufficient cause appearing therefor.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Clerk shall disburse the Insurance Proceeds as follows:

    (a) the sum of One Million Three Hundred Eighty Thousand and 00/1000 ($1,380,000.00) shall be paid to SCK and sent directly to the following address:

James Spisak, Esq.
RadioShack Corporation
CF4-122
300 RadioShack Circle
Forth Worth, Texas 76102

(b) the sum of Seven Hundred Nine Thousand Eight Hundred Eighty Two and 35/100 Dollars ($709,882.35), plus all accrued interest on the Insurance Proceeds, shall be paid to the Trustee.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Edward Ellington
United States Bankruptcy Judge
Dated: December 14, 2010

APPROVED:

Kimberly R. Lentz, Esq.
Chapter 7 Trustee

Marcus M. Wilson, Esq.
Attorney for SCK

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street, Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION