SUN-43807 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $
CONTAINS NOTICE of a PR
in the
UNITED STATES BA

FORWARD X 454 NFE 1 COSC 00 12/09/10
TIME EXP RTN TO SEND
DHL WENDEL H FORD BLVD
238
ERLANGER KY 41018-1273
RETURN TO SENDER

FILED
DEC 14 2010
DANNY L. MILLER, CLERK

043610 1777 1 SP 0.440 45177 7 6 6643-1-43945
DHL Express-SRC
1100 Airport Rd.
MS 2061-DI 1
Wilmington, OH 45177

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

FWD

39225024