UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

------------------------------------------------------------------ x
In re:                                                             :   Case No. 08-03423-EE
                                                                   :
                                                                   :   Chapter 7
WAREHOUSE 86, LLC,                                                 :
                                                                   :
        Debtor.                                                    :
                                                                   :
------------------------------------------------------------------ x

### AGREED ORDER AUTHORIZING AND DIRECTING THE
### DISBURSEMENT OF THE INSURANCE PROCEEDS

Upon the *ore tenus* motion (the "Motion") of the Chapter 7 Trustee Kimberly R. Lentz (the "Trustee") and SCK, Inc., formerly SC Kiosks, Inc. ("SCK"), for entry of an order authorizing and directing the Court Clerk, pursuant to that certain Order (Dkt. #303) dated December 8, 2010, to disburse the insurance proceeds (the "Insurance Proceeds") on deposit with the registry of the Court in accordance with that certain Order (Dkt. # 181) dated August 26, 2009; and the Court having found and determined that just cause exists for the relief granted herein and that the relief granted herein is in the best interests of the estate, creditors, and all parties in interests: and after due deliberation and sufficient cause appearing therefor.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Clerk shall disburse the Insurance Proceeds as follows:

    (a) the sum of One Million Three Hundred Eighty Thousand and 00/1000 ($1,380,000.00) shall be paid to SCK and sent directly to the following address:

08-03423-ee Dkt 312 Filed 12/16/10 Entered 12/17/10 00:25:29 Page 2 of 3

James Spisak, Esq.
RadioShack Corporation
CF4-122
300 RadioShack Circle
Forth Worth, Texas 76102

(b) the sum of Seven Hundred Nine Thousand Eight Hundred Eighty Two and 35/100 Dollars ($709,882.35), plus all accrued interest on the Insurance Proceeds, shall be paid to the Trustee.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 14, 2010

APPROVED:

*Kimberly R. Lentz*
Kimberly R. Lentz, Esq.
Chapter 7 Trustee

*Marcus M. Wilson*
Marcus M. Wilson, Esq.
Attorney for SCK

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street, Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com
ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

# CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: jdiaz              Page 1 of 1              Date Rcvd: Dec 14, 2010
Case: 08-03423                Form ID: pdf012          Total Noticed: 1

The following entities were noticed by first class mail on Dec 16, 2010.
dbpos         +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2010**                              **Signature:**           _Joseph Speetjens_