UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

---------------------------------------------------------------- x
:
In re: : Case No. 08-03423-EE
:
: Chapter 11
WAREHOUSE 86, LLC, :
:
Debtor. :
:
---------------------------------------------------------------- x

AGREED FINAL ORDER AND JUDGMENT GRANTING THE MOTION
OF SCK, INC. AND RADIOSHACK CORPORATION FOR
RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion (Dkt. # 93) (the "Motion") [1] of SCK, Inc., formerly SC Kiosks, Inc. ("SCK") and RadioShack Corporation ("RadioShack") for entry of an Order terminating the automatic stay in regards to a certain security deposit and the above-captioned debtor and debtor-in-possession's (the "Debtor") Objection to the Motion (Dkt. # 101); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being sufficient under the circumstances; and the Court, fully apprised of the agreement of the parties hereto, having determined that the Motion is well taken and that the relief granted herein is in the best interest of the Debtor, the bankruptcy estate and all parties in interest; and after due deliberation and sufficient cause appearing therefor;

IT IS ORDERED THAT:

1. The Motion is GRANTED as provided herein.

---
[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. In accordance with 11 U.S.C. § 362, SCK and RadioShack are hereby granted relief from the automatic stay to offset that certain security deposit in the amount of $35,407.80, against the prepetition debts and obligations of the Debtor under the Sublease.

3. In accordance with 11 U.S.C. § 554, the Trustee and the Debtor hereby are deemed to have abandoned the security deposit to SCK and RadioShack.

4. The 14-day stay under Rule 4001(a)(3) of the Federal Rules of Bankruptcy is inapplicable to this Order.

5. Entry hereof shall constitute entry of final judgment.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 16, 2010

APPROVED:

Marcus M. Wilson, Esq.
Attorney for SCK and RadioShack

Kimberly R. Lentz, Esq.
Chapter 11 Trustee

SUBMITTED BY:

Marcus M. Wilson (MS Bar #7308)
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
Pinnacle at Jackson Place
190 East Capitol Street, Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com

ATTORNEYS FOR SCK, INC. AND RADIOSHACK CORPORATION

# CERTIFICATE OF NOTICE

```
District/off: 0538-3           User: dsawyer              Page 1 of 1            Date Rcvd: Dec 16, 2010
Case: 08-03423                 Form ID: pdf012            Total Noticed: 1

The following entities were noticed by first class mail on Dec 18, 2010.
dbpos         +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2010                          Signature:        *Joseph Speetjens*