SAT-44407 0538-3 b9d 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

FORWARD X 454 NFE 1 COBC 00 12/14/10
TIME EXP RTN TO SEND
:DHL WENDEL H FORD BLVD
236 ERLANGER KY 41018-1273
RETURN TO SENDER

ICIAL BUSINE~
STATES BANKRUPTCY
ALTY FOR PRIVATE
S NOTICE

039809 1715 1 SP 0.440 45177 3 2 6647-1-40211
DHL Express-SRC
1100 Airport Rd.
MS 2061-Dl 1
Wilmington, OH 45177

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

DEC 2 0 2010

DANNY L. MILLER
BY_____ DEPUTY CLERK

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

FWD

3922502448