SAT-84404 0538-3 b9d 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

016508 16508 1 AT 0.354 85034 8 2 6647-1-16508
Baja Motorsports, LLC
2955 S. 18th Place
Phoenix, AZ

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 20 2010
BY_____
DANNY L. MILLER, CLERK

NIXIE      850   NE 4      DD   12/14/10
           RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
BC: 39225244848      *4679-03415-14-32*