SUN-43807 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2440

"WRONG Address"

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 05 2011
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

RETURN TO SENDER
ATTEMPTED — NOT KNOWN
UNABLE TO FORWARD

U24184 24184 1 AT 0.354 39232 7 3 6643-1-24519

Warehouse 86, LLC
5 River Bend Place, Ste D
Flowood, MS 39232-7618

ANK

39225@2448