SUN-83804 0538-3 pdf012 08-03423
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448

OFFICIAL BUSINESS
UNITED STATES BANKR...
PENALTY FOR...

NIXIE
850 CE 1
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
*1879-01599-16-28
84 01/13/11

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 18 2011
DANNY L. MILLER, CLERK
BY _____ DEPUTY CLERK

return to sender
wrong address
for Baja
Motorsports
ANK    UTF

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

014870 14870 1 AT 0.354 85034 0.2 6643-1-14870
Baja Motorsports, LLC
2955 S. 18th Place
Phoenix, AZ 85034-6727