IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | WAREHOUSE 86, LLC | CASE NO. 08-03423 EE |
| | DEBTOR | CHAPTER 7 |

## ORDER ON
## TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL
Docket #

THIS CAUSE having come on for consideration of the Application of the Trustee to Employ Counsel, and the Court, having considered said Application and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

THEREFORE, IT IS ORDERED that the employment of Kimberly R. Lentz, Attorney with the Law Firm of Lentz & Little, PA, attorneys for the Trustee be and it is hereby approved.

IT IS FURTHER ORDERED that Kimberly R. Lentz, Attorney with the Law Firm of Lentz & Little, PA, shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. Section 330, Rule 2016, Federal Rules of Bankruptcy Procedure, and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts allowed.

SO ORDERED AND ADJUDGED.

_____
Kimberly R. Lentz, Trustee and Attorney
for the Trustee
LENTZ & LITTLE, PA
P.O. Box 927
Gulfport, MS   39502