IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                       CASE NO. 08-03423 EE
               DEBTOR                                                            CHAPTER 7

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT

THIS CAUSE having come on for consideration of the Application of Trustee to Employ Accountant and the Court, having considered said application and otherwise being fully advised, is of the opinion the application is well taken and should be approved, except as to fees.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the employment of Stephen Smith and the firm of Stephen Smith & Company, P.C., as accountants for Kimberly R. Lentz, Trustee, be and it is hereby approved.

**IT IS FURTHER ORDERED AND ADJUDGED** that said professionals shall, within ten (10) days of the entry hereof, file with the Court the reports required by 11 U.S.C. § 329 and Bankruptcy Rule 2016(b), if the said reports have not been filed.

**IT IS FURTHER ORDERED AND ADJUDGED** that said professional shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order applies to any funds that might have been received by said professional as a retainer or of a similar nature.

**IT IS FURTHER ORDERED AND ADJUDGED** that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

SO ORDERED AND ADJUDGED.

ORDER SUBMITTED BY:

Lentz & Little, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077