# MONTHLY OPERATING REPORT

## CHAPTER 11

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE     For Period NOVEMBER 1 to NOVEMBER 30, 2010.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: 02/02/11
(date)

Debtor(s)*: WAREHOUSE 86, LLC

By:**

Position: CHAPTER 11 TRUSTEE

Name of preparer: KIMBERLY R. LENTZ

Telephone No. of Preparer 228-867-6050

* both debtors must sign if a joint petition

** for corporate or partnership debtor

*FORM 2-A*
*1/08*

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month JUNE 10 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash.................. | 89,361 | 35,509 | 34,860 | 34,862 | 34863 | 32,807 | 32806 |
| Accounts Receivable, Net.. | 152,270 | 611 | 611 | 611 | 611 | 0.00 | 0.00 |
| Inventory, at lower of cost or market.. | 73,633 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits.. | 68,702 | 61,297 | 61,297 | 61,297 | 61,297 | 61,297 | 0 |
| Other _____ | | | | | | | |
| **TOTAL CURRENT ASSETS....** | 383,966 | 97,417 | 96,798 | 96,770 | 96,771 | 93,329 | 32806 |
| PROPERTY, PLANT & EQUIPMENT.. | 2,178,073 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less accumulated depreciation.. | -1,124,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY, PLANT & EQUIPMENT.. | 1,053,096 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER ASSETS INTEREST IN INC. BUSINESS | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE CLAIM FOR TORNADO & FIRE | | | | | | | |
| REGISTERED NAME, CUSTOMERS LISTS | | | | | | | |
| (UNKNOWN) | | | | | | | |
| **TOTAL OTHER ASSETS....** | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS....** | 1,443,634 | 97,417 | 96,768 | 96,770 | 96,771 | 93,329 | 32806 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at value. Do not use historical cost one month and fair market value the next.
*This is a corrected number to reflect that the pre-petition retainer of $35,000 should have properly been shown as a pre-petition legal expense since there was no balance as of the date of the filing of the bankruptcy petition.
**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

FORM 2-B
Page 1 of 2
1/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423 EE

## COMPARATIVE BALANCE SHEET

| LIABILITIES: | Filing Date 11/04/08 | Month JUNE 10 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 |
|---|---|---|---|---|---|---|---|
| **POST-PETITION LIABILITIES:** *** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3)..... *** | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3)..... * | | | | | | | |
| Other: | | | | | | | |
| TOTAL POST-PETITION LIABILITIES..... *** | | | | | | | |
| **PRE-PETITION LIABILITIES:** *** | | | | | | | |
| Notes payable - secured..... | 1,264,902 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 |
| Priority debt..... | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Unsecured debt..... ** | 2,562,082 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 |
| Other PRIORITY UNSECURED | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| TOTAL LIABILITIES..... | 3,854,984 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK..... | | | | | | | |
| COMMON STOCK..... | | | | | | | |
| RETAINED EARNINGS: **** | | | | | | | |
| Through filing date..... | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) |
| Post filing date..... | | (39,378) | (40,027) | (40,026) | (40,024) | (40,024) | (40,024) |
| TOTAL EQUITY (NET WORTH)..... | (2,411,350) | (2,450,728) | (2,451,377) | (2,451,376) | (2,451,374) | (2,451,374) | (2,451,374) |
| TOTAL LIABILITIES & EQUITY..... | 1,443,634 | 97,417 | 96,768 | 96,769 | 96,771 | 96,771 | 96,771 |

* Reflects disputed insurance charge - Reconciled June 2009

** Reflects payment of utility charges and insurance premiums pursuant to court order

*** Reflects updated November pre and post petition liability balances due to final reconciliation.

Post-Petition payables applied to pre-petition in April 2009

**** This reflects a change to move a $35,000 pre-petition retainer that should have been a pre-petition legal expense.

FORM 2-B
Pag 2 of 2
1/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month JUNE 10 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 |
|---|---|---|---|---|---|---|
| NET REVENUE............... | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
| Material...................... | | | | | | |
| Labor - Direct.............. | | | | | | |
| Manufacturing Overhead......... | | | | | | |
| TOTAL COST OF GOODS SOLD: ...... | | | | | | |
| GROSS PROFIT:............. | | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling and Marketing......... | | | | | | |
| General and Administrative (rents, utilities, salaries, etc.)...... | 40,331 | 650 | 0 | 0 | 0 | 24 |
| Other____ | | | | | | |
| TOTAL OPERATING EXPENSES...... | 40,331 | 650 | 0 | 0 | 0 | 24 |
| INTEREST EXPENSE............. | (2) | (1) | (1) | (1) | (1) | (1) |
| INCOME BEFORE DEPRECIATION OR TAXES... | (40,329) | (649) | 1 | 1 | 1 | (23) |
| DEPRECIATION OR AMORTIZATION..... | | | | | | |
| EXTRAORDINARY EXPENSES *..... | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)..... | | | | | | |
| NET INCOME (LOSS)................ | (40329) | (649) | 1 | 1 | 1 | (23) |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period NOVEMBER 1 to NOVEMBER 30 20 10

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                        $ 32,806

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
                                                     $     1

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                    $( 10,000    )

4. Net Cash Flow                                     $ 22,807

5. Ending Cash Balance (to FORM 2-B)                 $ 22,807

### CASH SUMMARY - ENDING BALANCE

|   | | Amount* | Financial Institution |
|---|---|---|---|
| 1. Real Estate Account | $ | | |
| 2. Trust Account | $ | | |
| 3. Operating and/or Personal Account | $ | 22,807 | BANK OF AMERICA |
| 4. Payroll Account | $ | | |
| 5. Tax Account | $ | | |
| 6. Other Accounts (Specify checking or savings) | $ | | |
| 7. Cash Collateral Account | $ | | |
| 8. Petty Cash | $ | | |

   TOTAL (must agree with line 5 above)   $

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

=================================================================

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ 10,000    *

* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4
1/08

CASE NAME: WAREHOUSE 86, LLC                    CASE NUMBER: _____ 08-03423-EE

## QUARTERLY FEE SUMMARY

MONTH ENDED ___NOVEMBER 2010___

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 36,540.00 | | | |
| February | $ 40.00 | | | |
| March | $ 27.00 | | | |
| Total 1st Quarter | $ 36,607.00 | $ 650.00 | 20103 | 04/22/10 |
| April | $ 107.00 | | | |
| May | $ 1.00 | | | |
| June | $ 35,584.00 | | | |
| Total | | | 600001 | 07/16/10 |
| 2nd Quarter | $ 35,692.00 | $ 650.00 | 600002 | 07/17/10 |
| July | $ 0.00 | | | |
| August | $ 0.00 | | | |
| September | $ 0.00 | | | |
| Total 3rd Quarter | $ 0.00 | $ 325.00 | 600004 | 10/14/10 |
| October | $ 1,732.00 | | | |
| November | $ 10,000 | | | |
| December | $ | | | |
| Total 4th Quarter | $ | $ | | |

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4.  Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period NOVEMBER 1 to NOVEMBER 30 20 10

Account Name: DIP - MM      Account Number: 3755555454

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
| 11/30/10 | INTEREST | 1.00 |

Total Cash Receipts    $ 1.00

FORM 2-D
Page 3 of 4
1/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period NOVEMBER 1 to NOVEMBER 30, 20 10

Account Name: DIP - MM          Account Number: 3755555454

### CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
| 11/18/10 | 1001 | ERIC EILERSTEN | INSURANCE PROCEEDS | $10,000.00 |

Total Cash Disbursements    $ 10,000.00

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER: 08-03423-EE

**SUPPORTING SCHEDULES**

For Period NOVEMBER 1 _____ to NOVEMBER 30 _____, 20 10

### ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  | 0.00 | 0.00 | 0.00 | 0.00 |

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER: 08-03423-EE

## SUPPORTING SCHEDULES

For Period NOVEMBER 1 to NOVEMBER 30 , 20 10

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|---|---|---|---|---|
| Workers' Compensation | N/A | | | |
| General Liability | N/A | | | |
| Property (Fire, Theft) | N/A | | | |
| Vehicle | N/A | | | |
| Other (list): | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent. If "no", explain on Form 2-F, Narrative.

CASE NAME: ___WAREHOUSE 86, LLC_____
CASE NUMBER: ___08-03423-EE_____

## NARRATIVE STATEMENT

For Period ___NOVEMBER 1_____ to ___NOVEMBER 30_____, 20__10__

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

NO ACTIVITY

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

FORM 2-F
1/08



---

(See below)

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4437551607
01 01 148 06 M0000 E#      0
Last Statement:   NEW ACCOUNT
This Statement:   11/30/2010

ESTATE OF
WAREHOUSE 86, LLC, DEBTOR
KIMBERLY LENTZ - TRUSTEE
08-03423
2012 23RD AVENUE
GULFPORT MS  39502

**Customer Service**
1-800-342-7722

Page    1 of    2

Bankruptcy Case Number:0803423

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 00/00/0000 - 11/30/2010 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits        2 | Amount of Deposits/Credits | 32,807.26 |
| Number of Checks                  0 | Amount of Checks | .00 |
| Number of Other Debits            1 | Amount of Other Debits | 10,000.00 |
| | Statement Ending Balance | 22,807.26 |
| Number of Enclosures              0 | | |
| | Service Charge | .00 |

### Interest Information

| | | |
|---|---|---|
| Amount of Interest Paid        .41 | Interest Paid Year-to-Date | .41 |
| Annual Percentage Yield Earned .03% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/12 | | 32,806.85 | 1-851562080 : | 0246000153 |
| 11/30 | | .41 | INTEREST PAID ON 21 DAYS | 0984002044 |
| | | | AVERAGE COLLECTED BALANCE OF      $23,491.91 | |

### Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/18 | | 10,000.00 | 04437551607->04437551623 | 09925000322 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 00/00 | .00 | .00 | .030 | 11/12 | 32,806.85 | 32,806.85 | .030 |
| 11/09 | .00 | .00 | .000 | 11/18 | 22,806.85 | 22,806.85 | .030 |
| 11/10 | .00 | .00 | .030 | 11/30 | 22,807.26 | 22,807.26 | .030 |

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4437551623
01 01 148 06 M0000 E#      1
Last Statement:   NEW ACCOUNT
This Statement:   11/30/2010

ESTATE OF
WAREHOUSE 86, LLC, DEBTOR
KIMBERLY LENTZ - TRUSTEE
08-03423
2012 23RD AVENUE
GULFPORT MS  39502

Customer Service
1-800-342-7722

Page      1 of      2

Bankruptcy Case Number:0803423

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | |
|---|---|
| Statement Period 00/00/0000 - 11/30/2010 | Statement Beginning Balance          .00 |
| Number of Deposits/Credits          1 | Amount of Deposits/Credits     10,000.00 |
| Number of Checks                    1 | Amount of Checks               10,000.00 |
| Number of Other Debits              0 | Amount of Other Debits               .00 |
| | Statement Ending Balance             .00 |
| Number of Enclosures                1 | |
| | Service Charge                       .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/18 | | 10,000.00 | 04437551607->04437551623 | 0992500032 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1001 | 10,000.00 | 11/29 | 5312734845 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 11/29 | .00 | .00 |
| 11/17 | .00 | .00 | 11/30 | .00 | .00 |
| 11/18 | 10,000.00 | 10,000.00 | | | |

Recycled Paper



