# FINAL

## MONTHLY OPERATING REPORT

### CHAPTER 11

CASE NAME: _WAREHOUSE 86, LLC_

CASE NUMBER: _08-03423-EE_　　　For Period _DECEMBER 1_ to _DECEMBER 3_ , 20 _10_ .

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {x} | { } | Comparative Balance Sheet (FORM 2-B) |
| {x} | { } | Profit and Loss Statement (FORM 2-C) |
| {x} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {x} | { } | Supporting Schedules (FORM 2-E) |
| {x} | { } | Narrative (FORM 2-F) |
| {x} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _02/02/11_
　　　　　　　(date)

Debtor(s)*: _WAREHOUSE 86, LLC_

By:**

Position: _CHAPTER 11 TRUSTEE_

Name of preparer: _KIMBERLY R. LENTZ_

Telephone No. of Preparer _228-867-6050_

\* both debtors must sign if a joint petition

\*\* for corporate or partnership debtor

*FORM 2-A*
*1/08*

CASE NAME: __WAREHOUSE 86. LLC__

CASE NUMBER: __08-03423-EE__

## COMPARATIVE BALANCE SHEET

| ASSETS: | Filing Date 11/04/08 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 | Month DECEMBER 3, 2010 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS:** | | | | | | | |
| Cash | 89,361 | 34,860 | 34,862 | 34863 | 32,807 | 32806 | 22,807 |
| Accounts Receivable, Net | 152,270 | 611 | 611 | 611 | 0.00 | 0.00 | 0.00 |
| Inventory, at lower of cost or market | 73,633 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses & deposits | 68,702 | 61,297 | 61,297 | 61,297 | 61,297 | 32806 | 22,807 |
| Other | | | | | | | |
| **TOTAL CURRENT ASSETS** | 383,966 | 96,798 | 96,770 | 96,771 | 93,329 | 32806 | 22,807 |
| PROPERTY,PLANT & EQUIPMENT | 2,178,073 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less accumulated depreciation | -1,124,978 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET PROPERTY,PLANT & EQUIPMENT | 1,053,096 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER ASSETS:** INTEREST IN INC. BUSINESS | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE CLAIM FOR TORNADO & FIRE | | | | | | | |
| REGISTERED NAME, CUSTOMERS LISTS | | | | | | | |
| (UNKNOWN) | | | | | | | |
| TOTAL OTHER ASSETS | 6,573 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL ASSETS** | 1,443,634 | 96,768 | 96,770 | 96,771 | 93,329 | 32806 | 22,807 |

If assets are carried at historical cost on debtor's accounting records and debtor elects to show them as such on the monthly reports, note the change above and include remarks on FORM 2-F (Narrative). All subsequent reports must then carry these assets at that value. Do not use historical cost one month and fair market value the next.

*This is a corrected number to reflect that the pre-petition retainer of $35,000 should have properly been shown as a pre-petition legal expense since there was no balance as of the date of the filing of the bankruptcy petition.

**This number does not include $1,117,225.84, the estimated reduction due to the tornado/fire.

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423 EE

## COMPARATIVE BALANCE SHEET

| | Filing Date 11/04/08 | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 | Month DECEMBER 3, 2010 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES: *** | | | | | | | |
| Taxes payable (Form 2-E, pg.1 of 3).... | | | | | | | |
| Accounts payable (Form 2-E, pg.1 of 3).... * | | | | | | | |
| Other: | | | | | | | |
| TOTAL POST-PETITION LIABILITIES.... *** | | | | | | | |
| PRE-PETITION LIABILITIES: *** | | | | | | | |
| Notes payable - secured.... | 1,264,902 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 | 3,732 |
| Priority debt.... | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 |
| Unsecured debt. ** | 2,562,082 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 | 2,516,413 |
| Other PRIORITY UNSECURED | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 | 19,000 |
| TOTAL LIABILITIES.... | 3,854,984 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 | 2,548,145 |
| **EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK.... | | | | | | | |
| COMMON STOCK.... | | | | | | | |
| RETAINED EARNINGS: **** | | | | | | | |
| Through filing date.... | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) | (2,411,350) |
| Post filing date.... | | (39,378) | (40,027) | (40,026) | (40,024) | (40,024) | (40,024) |
| TOTAL EQUITY (NET WORTH).... | (2,411,350) | (2,450,728) | (2,451,377) | (2,451,376) | (2,451,374) | (2,451,374) | (2,451,374) |
| TOTAL LIABILITIES & EQUITY.... | 1,443,634 | 97,417 | 96,768 | 96,769 | 96,771 | 96,771 | 96,771 |

* Reflects disputed insurance charge - Reconciled June 2009

** Reflects payment of utility charges and insurance premiums pursuant to court order

*** Reflects updated November pre and post petition liability balances due to final reconciliation.

Post-Petition payables applied to pre-petition in April 2009

**** This reflects a change to move a $35,000 pre-petition retainer that should have been a pre-petition legal expense.

FORM 2-B
Page 2 of 2
1/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## PROFIT AND LOSS STATEMENT

| | Month JULY 10 | Month AUGUST 10 | Month SEPTEMBER 10 | Month OCTOBER 10 | Month NOVEMBER 10 | Month DECEMBER 3, 2010 |
|---|---|---|---|---|---|---|
| NET REVENUE................................. | | | | | | |
| COST OF GOODS SOLD: | | | | | | |
|   Material................................. | | | | | | |
|   Labor - Direct............................ | | | | | | |
|   Manufacturing Overhead.................... | | | | | | |
| TOTAL COST OF GOODS SOLD:................. | | | | | | |
| GROSS PROFIT:.............................. | | | | | | |
| OPERATING EXPENSES: | | | | | | |
|   Selling and Marketing.................... | | | | | | |
|   General and Administrative (rents, utilities, salaries, etc.).......................... | 650 | 0 | 0 | 0 | 24 | 0 |
|   Other_____ | | | | | | |
| TOTAL OPERATING EXPENSES.................. | 650 | 0 | 0 | 0 | 24 | 0 |
| INTEREST EXPENSE............................ | (1) | (1) | (1) | (1) | (1) | 0 |
| INCOME BEFORE DEPRECIATION OR TAXES:..... | (649) | 1 | 1 | 1 | (23) | 0 |
| DEPRECIATION OR AMORTIZATION............... | | | | | | |
| EXTRAORDINARY EXPENSES *.................. | | | | | | |
| INCOME TAX EXPENSE (BENEFIT)............... | | | | | | |
| NET INCOME (LOSS)......................... | (649) | 1 | 1 | 1 | (23) | 0 |

*Requires explanation in NARRATIVE (Form 2-F)

FORM 2-C
1/08

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period DECEMBER 1 to DECEMBER 3 , 20 10

### CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance
   from last month's report)                          $ 22,807

2. Cash Receipts (total Cash Receipts from page
   2 of all FORM 2-D's)
                                                       $      0

3. Cash Disbursements (total Cash Disbursements
   from page 3 of all FORM 2-D's)                      $(     0          )

4. Net Cash Flow                                       $   22807

5. Ending Cash Balance (to FORM 2-B)                   $ 22,807

### CASH SUMMARY - ENDING BALANCE

| | Amount* | Financial Institution |
|---|---|---|
| 1. Real Estate Account | $ | |
| 2. Trust Account | $ | |
| 3. Operating and/or Personal Account | $ 22,807 | BANK OF AMERICA |
| 4. Payroll Account | $ | |
| 5. Tax Account | $ | |
| 6. Other Accounts (Specify checking or savings) | $ | |
| 7. Cash Collateral Account | $ | |
| 8. Petty Cash | $ | |
| TOTAL (must agree with line 5 above) | $ | |

*These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

**ADJUSTED CASH DISBURSEMENTS**
Cash disbursements on Line 3 above less
inter-account transfers & UST fees paid   $ 10,000      *

* NOTE: This amount should be used to
  determine UST quarterly fees due and agree
  with Form 2-D, page 2 of 4.

FORM 2-D
Page 1 of 4
1/08

CASE NAME: WAREHOUSE 86, LLC          CASE NUMBER:       08-03423-EE

## QUARTERLY FEE SUMMARY

MONTH ENDED   DECEMBER 3, 2010

| Payment Date | Cash Disbursements * | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | $ 36,540.00 | | | |
| February | $ 40.00 | | | |
| March | $ 27.00 | | | |
| Total 1st Quarter | $ 36,607.00 | $ 650.00 | 20103 | 04/22/10 |
| | | | | |
| April | $ 107.00 | | | |
| May | $ 1.00 | | | |
| June | $ 35,584.00 | | | |
| Total | | | 600001 | 07/16/10 |
| 2nd Quarter | $ 35,692.00 | $ 650.00 | 600002 | 07/17/10 |
| | | | | |
| July | $ 0.00 | | | |
| August | $ 0.00 | | | |
| September | $ 0.00 | | | |
| Total 3rd Quarter | $ 0.00 | $ 325.00 | 600004 | 10/14/10 |
| | | | | |
| October | $ 1,732.00 | | | |
| November | $ 10,000 | | | |
| December | $ 0.00 | | | |
| Total 4th Quarter | $ 11,732.00 | $ 325.00 | | |

DISBURSEMENT CATEGORY     QUARTERLY FEE DUE

| DISBURSEMENT CATEGORY | QUARTERLY FEE DUE |
|---|---|
| $0 to $14,999.99 | $325 |
| $15,000 to $74,999.99 | $650 |
| $75,000 to $149,999.99 | $975 |
| $150,000 to $224,999.99 | $1,625 |
| $225,000 to $299,999.99 | $1,950 |
| $300,000 to $999,999.99 | $4,875 |
| $1,000,000 to $1,999,999.99 | $6,500 |
| $2,000,000 to $2,999,999.99 | $9,750 |
| $3,000,000 to $4,999,999.99 | $10,400 |
| $5,000,000 to $14,999,999.99 | $13,000 |
| $15,000,000 to $29,999,999.99 | $20,000 |
| $30,000,000 or more | $30,000 |

Note that a minimum payment of $325 is due each quarter even if no disbursements are made in the case during the period.
* Note: should agree with "adjusted cash disbursements" at bottom of Form 2-D, Page 1 of 4. Disbursements are net of transfers to other debtor in possession bank accounts and net of payments of prior period quarterly fees.

Form 2-D
Page 2 of 4
01/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account
listed on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period DECEMBER 1 to DECEMBER 3, 20 10

Account Name: DIP - MM    Account Number: 3755555454

### CASH RECEIPTS JOURNAL

(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|------|----------------------|--------|
|      | NO ACTIVITY          |        |

Total Cash Receipts    $_____

FORM 2-D
Page 3 of 4
1/08

CASE NAME: WAREHOUSE 86, LLC

CASE NUMBER: 08-03423-EE

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

(This form should be completed for each type of account listed
on page 1 of FORM 2-D that the debtor maintained during the month.)

For Period DECEMBER 1 to DECEMBER 3, 20 10

Account Name: DIP - MM      Account Number: 3755555454

## CASH DISBURSEMENTS JOURNAL
(attach additional sheets as necessary)

| Date | Check No. | Payee | Description (Purpose)* | Amount |
|------|-----------|-------|------------------------|--------|
|      |           | NO ACTIVITY |                  |        |

Total Cash Disbursements  $ _____

*Identify any payments to professionals, owners, partners, shareholders,
officers, directors or any insiders and all adequate protection payments
ordered by the court with an asterisk or highlighting. Any payments made as a
result of a court order, should indicate the order date.

FORM 2-D
Page 4 of 4
1/08

CASE NAME: _WAREHOUSE 86, LLC_____   CASE NUMBER: _08-03423-EE_____

### SUPPORTING SCHEDULES
For Period _DECEMBER 1_____ to _DECEMBER 3_____, 20 _10___

## ACCOUNTS RECEIVABLE AGING REPORT

| ACCOUNT NAME | INCURRED | DUE | 0-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 0.00 |

FORM 2-E
Page 2 of 3
1/08

CASE NAME: WAREHOUSE 86, LLC  CASE NUMBER: 08-03423-EE

## SUPPORTING SCHEDULES

For Period DECEMBER 1 to DECEMBER 3 , 20 10

### INSURANCE SCHEDULE

| Type | Carrier/Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|---------------|--------------|--------------------|--------------|
| Workers' Compensation | N/A | | | |
| General Liability | N/A | | | |
| Property (Fire, Theft) | N/A | | | |
| Vehicle | N/A | | | |
| Other (list): | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(1) Attach copy of certificate of insurance or declaration page of policy for any coverage renewed or replaced during the current reporting month.

(2) For the premium paid column enter "yes" if payment of premium is current or "no" if premium payment is delinquent.  If "no", explain on Form 2-F, Narrative.

FORM 2-E
Page 3 of 3
1/08

CASE NAME: ___WAREHOUSE 86, LLC_____   CASE NUMBER: ___08-03423-EE_____

## NARRATIVE STATEMENT

For Period ___DECEMBER 1_____ to ___DECEMBER 3_____, 20__10____

Please provide a brief description of the significant business and legal action by the debtor, its creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's efforts during the month to rehabilitate the business and to develop a plan.

NO ACTIVITY

FORM 2-F
1/08



**Bank of America** ⬛

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755555454
01 01 149 01 M0000 E#         0
Last Statement:    11/30/2010
This Statement:    12/31/2010

CLOSED

ılıllıllıılılıışıllyllılıllıbılılıllılılıllıllılıl
NX 0000 01 000 196 003065 #@01 AT 0.357
WAREHOUSE 86 LLC
DEBTOR IN POSSESSION #08-03423
MMS ACCOUNT
PO BOX 16692
JACKSON MS 39236

Customer Service
1-800-342-7722

Page      1 of      2

akruptcy Case Number:0803423

## MONEY MARKET SAVINGS

### Account Summary Information

| | |
|---|---|
| Statement Period 12/01/2010 - 12/31/2010 | Statement Beginning Balance    24.00- |
| Number of Deposits/Credits              1 | Amount of Deposits/Credits     24.00 |
| Number of Checks                        0 | Amount of Checks                 .00 |
| Number of Other Debits                  0 | Amount of Other Debits          .00 |
| | Statement Ending Balance        .00 |
| Number of Enclosures                    0 | |
| | Service Charge                  .00 |

### Interest Information

| | |
|---|---|
| Amount of Interest Paid        .00 | Interest Paid Year-to-Date    22.51 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/29 | | 24.00 | 1-928724582 | 0246000158 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 11/30 | 24.00- | 24.00- | .050 | 12/31 | .00 | .00 | .050 |
| 12/29 | .00 | .00 | .050 | | | | |

Recycled Paper

H

```
CUSTOMER CONNECTION                    Account Number    3755555454
BANK OF AMERICA, N.A.                  01 01 149 01 M0000 E#      0
DALLAS, TEXAS  75283-2406             Last Statement:    11/30/2010
                                      This Statement:    12/31/2010

                                                         CLOSED

                                      Customer Service
                                      1-800-342-7722

WAREHOUSE 86 LLC

                                      Page     2 of     2

                                      Bankruptcy Case Number:0803423
```

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Bank of America** 

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number   4437551607
01 01 148 06 M0000 E#      0
Last Statement:  11/30/2010
This Statement:  12/31/2010

ESTATE OF
WAREHOUSE 86, LLC, DEBTOR
KIMBERLY LENTZ - TRUSTEE
08-03423
2012 23RD AVENUE
GULFPORT MS  39502

**Customer Service**
1-800-342-7722

Page     1 of    2

Bankruptcy Case Number:0803423

# SPECIAL MARKETS MMS INVESTMENT ACCOUNT

## Account Summary Information

Statement Period 12/01/2010 - 12/31/2010
Number of Deposits/Credits          2
Number of Checks                    0
Number of Other Debits              1

Statement Beginning Balance      22,807.26
Amount of Deposits/Credits      711,280.90
Amount of Checks                       .00
Amount of Other Debits          105,562.08
Statement Ending Balance        628,526.08

Number of Enclosures                0

Service Charge                         .00

## Interest Information

Amount of Interest Paid            12.27
Annual Percentage Yield Earned       .07%

Interest Paid Year-to-Date           12.68

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/21 | 1 | 711,268.63 | AZ QUICK BUSINESS DEPOSIT | 641803250353378 |
| 12/31 | | 12.27 | INTEREST PAID ON 31 DAYS | 09840019529 |
| | | | AVERAGE COLLECTED BALANCE OF        $215,683.69 | |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/28 | | 105,562.08 | 04437551607->04437551623 | 09925000112 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 11/30 | 22,807.26 | 22,807.26 | .030 | 12/28 | 628,513.81 | 628,513.81 | .070 |
| 12/21 | 734,075.89 | 22,807.26 | .030 | 12/31 | 628,526.08 | 628,526.08 | .070 |
| 12/23 | 734,075.89 | 734,075.89 | .070 | | | | |

Recycled Paper

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4437551623
01 01 148 06 M0000 E#     1
Last Statement:   11/30/2010
This Statement:   12/31/2010

**Customer Service**
1-800-342-7722

Page      1 of    2

ESTATE OF
WAREHOUSE 86, LLC, DEBTOR
KIMBERLY LENTZ - TRUSTEE
08-03423
2012 23RD AVENUE
GULFPORT MS  39502

Bankruptcy Case Number:0803423

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 12/01/2010 - 12/31/2010 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits          1 | Amount of Deposits/Credits | 105,562.08 |
| Number of Checks                    1 | Amount of Checks | 105,562.08 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                1 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 12/28 | | 105,562.08 | 04437551607->04437551623 | 0992500011 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 1002 | 105,562.08 | 12/29 | 7092816052 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 11/30 | .00 | .00 | 12/29 | .00 | .00 |
| 12/28 | 105,562.08 | 105,562.08 | 12/31 | .00 | .00 |


Recycled Paper



BANK OF AMERICA, N.A.

CHECK NUMBER
1002

Attorney's Fees and Expenses

20-110 7x

DATE
12/28/2010

AMOUNT
*****105,562.08

CASE NUMBER
08-03423

Debtor: WAREHOUSE LLC 86

ESTATE OF

One Hundred Five Thousand Five Hundred Sixty Two Dollars And 08/100

2426414

PAY TO THE ORDER OF

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

Rosenblatt, Stephen W
Butler, Snow, O'Mara, Stevens, & Cannada, PLLC
210 East Capitol Street
17th Floor
Jackson, MS 39201

⑂00100 2⑂ ⑂11000012⑂ 44375516 23⑂

⑂00100 2⑂ 4⑂11000012⑂

0102/62/21 [2610000029]
424636000h

*11101,9993*
12/30/2010
7042281052

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

*78401504*
*1*
*37*
*00001-000075*

1110128822  12/29/2010
0070%2816052

↓ Do not endorse or write below this line ↓

FOR DEPOSIT ONLY
Butler, Snow Operating Account
5002103280

4097,  9 6 8 8 Y

DEC 29 10

>620000192<-12/29/2010
4000839424