**DANNY L. MILLER**
**CLERK OF COURT**
**(601) 965–5301**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON, MISSISSIPPI 39225–2448**

**MAILING ADDRESS:**
**P. O. BOX 2448**
**STREET ADDRESS:**
**ROOM 101**
**100 EAST CAPITOL STREET**

**Parties Noticed:**

Stephen Rosenblatt, Esq.

Kimberly Lentz, Esq.

Office of U. S. Trustee

**In re:**  Warehouse 86, LLC

**Bankruptcy Case No.:**  08–03423–ee

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Trustee's Application for Employment of Counsel filed by Kimberly Lentz (Dkt. #318)** in regard to the above referenced case on **Tuesday, March 15, 2011** at **01:30 PM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 E. Capitol Street, Jackson, Mississippi.

**Please notify your clients of this hearing.**

DATED: 2/28/11

EDWARD ELLINGTON
U. S. BANKRUPTCY JUDGE

hn002ee