| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>**(601) 965–5301** | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>JACKSON, MISSISSIPPI 39225–2448 | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>**ROOM 101**<br>100 EAST CAPITOL STREET |

**Parties Noticed:**

Stephen Rosenblatt, Esq.

Kimberly Lentz, Trustee

Williams J. Little, Jr., Esq.

Office of U. S. Trustee

 

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**   08–03423–ee

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **Trustee's Application for employment of counsel filed by William Little, on behalf of Trustee (Dkt. #322)** in regard to the above referenced case on **Tuesday, March 15, 2011** at **01:30 PM**, or as soon thereafter as counsel can be heard, in the Bankruptcy Courtroom, Room 106, 100 E. Capitol Street, Jackson, Mississippi.

**Please notify your clients of this hearing.**

DATED: 2/28/11                                                              EDWARD ELLINGTON
                                                                                          U. S. BANKRUPTCY JUDGE

hn002ee