United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                              Case No. 08-03423-ee
Warehouse 86, LLC                                                                   Chapter 7
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0538-3         User: dsawyer              Page 1 of 1              Date Rcvd: Mar 14, 2011
                             Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2011.
db           +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2011**                    **Signature:** _Joseph Speetjens_

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                 CASE NO. 08-03423 EE
               DEBTOR                                               CHAPTER 7

## ORDER ON
## TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL
Docket # 318

THIS CAUSE having come on for consideration of the Application of the Trustee to Employ Counsel, and the Court, having considered said Application and otherwise being fully advised, is of the opinion that the Application is well taken and should be approved.

THEREFORE, IT IS ORDERED that the employment of Kimberly R. Lentz, Attorney with the Law Firm of Lentz & Little, PA, attorneys for the Trustee be and it is hereby approved.

IT IS FURTHER ORDERED that Kimberly R. Lentz, Attorney with the Law Firm of Lentz & Little, PA, shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. Section 330, Rule 2016, Federal Rules of Bankruptcy Procedure, and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and reimbursement of expenses and the amounts allowed.

SO ORDERED AND ADJUDGED.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: March 14, 2011

_____
Kimberly R. Lentz, Trustee and Attorney
for the Trustee
LENTZ & LITTLE, PA
P.O. Box 927
Gulfport, MS 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

_____
Stephen W. Rosenblatt, Esq.
Attorney for Debtor-In-Possession

Approved based upon disclosure made
_____
Ronald McAlpin, Esq.