```
                         United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                       Case No. 08-03423-ee
Warehouse 86, LLC                                            Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0538-3          User: dsawyer                  Page 1 of 1         Date Rcvd: Mar 14, 2011
                              Form ID: pdf012                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2011.
db             +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 16, 2011**               **Signature:** _/s/ Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                       CASE NO. 08-03423 EE
               DEBTOR                                                          CHAPTER 7

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT
Dkt #319

THIS CAUSE having come on for consideration of the Application of Trustee to Employ Accountant and the Court, having considered said application and otherwise being fully advised, is of the opinion the application is well taken and should be approved, except as to fees.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the employment of Stephen Smith and the firm of Stephen Smith & Company, P.C., as accountants for Kimberly R. Lentz, Trustee, be and it is hereby approved.

IT IS FURTHER ORDERED AND ADJUDGED that said professionals shall, within ten (10) days of the entry hereof, file with the Court the reports required by 11 U.S.C. § 329 and Bankruptcy Rule 2016(b), if the said reports have not been filed.

IT IS FURTHER ORDERED AND ADJUDGED that said professional shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. § 330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED AND ADJUDGED that this Order applies to any funds that might have been received by said professional as a retainer or of a similar nature.

IT IS FURTHER ORDERED AND ADJUDGED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous orders allowing compensation and expenses and the amounts so allowed.

SO ORDERED AND ADJUDGED.

Edward Ellington
United States Bankruptcy Judge
Dated: March 14, 2011

Stephen W. Rosenblatt, Esq.
Attorney for Debtor-In-Possession

Approved based upon disclosure made

Ronald McAlpin

ORDER SUBMITTED BY:

Lentz & Little, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077