IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC     CASE NO. 08-03423 EE
DEBTOR     CHAPTER 7

**FIRST AND FINAL APPLICATION FOR COMPENSATION FOR
<u>ACCOUNTANT FOR THE TRUSTEE</u>**

Kimberly R. Lentz, Chapter 7 Trustee, submits this First and Final Application for Compensation for Accountant for the Trustee and states the following:

1. The Court has jurisdiction over this matter pursuant to 28 USC § 1334. This is a core proceeding pursuant to 28 USC § 157(b).

2. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. The case was converted to a Chapter 7 on December 3, 2010. Kimberly R. Lentz is the duly appointed and acting trustee of the bankruptcy estate of the Debtor.

3. On March 14, 2011, the Court entered an Order Approving the Employment of Stephen Smith with the firm of Stephen Smith & Co., P.C. as Accountant for the Trustee.

4. This application seeks approval of fees and expenses for Stephen Smith with the firm of Stephen Smith & Co., P.C. from March 14, 2011 to May 24, 2011. The total amount of fees requested is $2,750.00 and the total requested for reimbursement of expenses is $32.00. A copy of the statement of Stephen Smith & Co., P.C., with time and expenses itemized, is attached hereto as Exhibit "A".

5. The Trustee requests that this Court authorize the Trustee to pay the fees and expenses approved from the unencumbered property of the bankruptcy estate.

6. This is the first and final application for fees and expenses for accountant for the Trustee.

WHEREFORE, PREMISES CONSIDERED, Kimberly R. Lentz, Trustee, respectfully requests that this Court approve this First and Final Application for Compensation for Accountant for the Trustee, and approve the payment of accountant's fees in the amount of $2,750.00 and expenses in the amount of $32.00 to Stephen Smith with the firm of Stephen Smith & Co., P.C. from unencumbered and unrestricted funds of the bankruptcy estate, and requests any additional relief that may be just.

                                          Respectfully Submitted,
                                          KIMBERLY R. LENTZ, TRUSTEE

                                          By: /s/ *Kimberly R. Lentz*
                                                KIMBERLY R. LENTZ, (BAR NO.8986)

OF COUNSEL:

LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that I have mailed a true and correct copy of said document to:

Warehouse 86, LLC
Post Office Box 16692
Jackson, MS 39236

Stephen Smith, C.P.A.
Stephen Smith & Company, P.C.
5 Old River Place, Suite 107
Jackson, MS 39202

This the 24th day of May, 2011.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

## STEPHEN SMITH & CO., P.C.
*Certified Public Accountants*
5 Old River Place, Suite 107
Jackson, Mississippi 39202
(601) 352-6767

Warehouse 86, LLC Bankruptcy Estate
Case No. 08-03423-EE
Trustee: Kimberly Lentz
For Professional Services of Stephen Smith, C.P.A. & Nathan O. Jarnagin, C.P.A.

Invoice No. 5036 -11

| | | | |
|---|---|---|---:|
| NJ | 05/10/2011 | Review 2008 and 2009 partnership tax returns; Call to former CPA, Paul Calhoun for additional information re: the 2009 tax return. | 0.75 |
| NJ | 05/11/2011 | Complete review of 2009 tax return and comparison of tax return balance sheet to monthly operating reports. | 2.00 |
| NJ | 05/12/2011 | Process 2010 financial activity from monthly operating reports filed with the Court to prepare financial statements for 2010 tax return preparation. | 4.25 |
| NJ | 05/12/2011 | Prepare 2010 tax return (Form 1065.) | 2.00 |
| SS | 05/17/2011 | Review workpapers and 2010 tax returns; print tax returns for Trustee; prepare prompt determination letters to IRS and MS Department of Revenue; prepare transmittal letter to Trustee; Print Schedule K-1 for Trustee to provide to partners. | 2.00 |

| | |
|---|---:|
| Total Hours | 11.00 |
| Rate per Hour | $ 250.00 |
| Fees Due | $ 2,750.00 |
| | |
| Postage | $ 3.00 |
| Copies (116 @ $0.25) | $ 29.00 |
| Expenses Due | $ 32.00 |
| | |
| Total Fees and Expenses Due | $ 2,782.00 |