IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                           CASE NO. 08-03423 EE
               DEBTOR                                                     CHAPTER 7

## NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION FOR ACCOUNTANT FOR THE TRUSTEE

To the Honorable Edward Ellington, the Office of the United States Trustee, and all creditors and parties in interest.

NOTICE IS HEREBY GIVEN that Kimberly R. Lentz, Attorney for the Trustee, has filed a First and Final Application for Compensation for Accountant for the Trustee, Stephen Smith with the firm of Stephen Smith & Co., P.C., in the above styled and numbered proceeding. The Application seeks approval for payment of fees and expenses from March 14, 2011 to May 24, 2011 in the amount of $2,782.00 from unencumbered and unrestricted funds of the bankruptcy estate. A copy of the First and Final Application for Compensation for Accountant for the Trustee may be obtained from the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, 2012 15TH Street, Suite 244, Gulfport, MS 39501.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to the First and Final Application for Accountant for the Trustee, must file a written objection with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy must be served upon counsel for the Debtor, Kimberly R. Lentz, Lentz & Little, P.A., PO Box 927, Gulfport, MS 39502 and upon the office of the United States Trustee, 100 W. Capitol Street, Suite 706, Jackson, MS 39269. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE FIRST INTERIM APPLICATION FOR COMPENSATION IS TWENTY ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

NOTICE IS FURTHER GIVEN that in the event that any objections are timely filed, the Court will set the matter for a hearing and will notify the interested parties of the time, date and place of the hearing. If no objections are filed, the Court may enter an Order approving the Application *ex parte*.

Dated this the 24th day of May, 2011.

                                                                               Respectfully submitted,
                                                                               KIMBERLY R. LENTZ, TRUSTEE

                                                                               By: /s/ *Kimberly R. Lentz*
OF COUNSEL:                                KIMBERLY R. LENTZ, (BAR NO.8986)
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | WAREHOUSE 86, LLC | CASE NO. 08-03423 EE |
| | DEBTOR | CHAPTER 7 |

### CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that I have mailed a true and correct copy of said document to all other parties on the Court's official mailing matrix attached hereto as Exhibit "A" and to:

Warehouse 86, LLC.
Post Office Box 16692
Jackson, MS 39236

Stephen Smith, C.P.A.
Stephen Smith & Company, P.C.
5 Old River Place, Suite 107
Jackson, MS 39202

This the 24th day of May, 2011.

/s/ *Kimberly R. Lentz*
KIMBERLY R. LENTZ

Label Matrix for local noticing
0538-3
Case 08-03423-ee
Southern District of Mississippi
Jackson Divisional Office
Tue May 24 10:13:29 CDT 2011

Butler, Snow, O'Mara, Stevens & Cannada
Post Office Box 6010
Ridgeland, MS 39158-6010

Fifth Third Bank
King & Spencer
Post Office Box 123
Jackson, MS 39205-0123

Mississippi State Tax Commission, Legal Divi
P.O. Box 22828
Jackson, MS 39225-2828

Overstock.com, Inc.
6350 South 3000 East
Salt Lake City, UT 84121-5952

Porsche Financial Services
c/o Larry Spencer
P.O. Box 123
Jackson, MS 39205-0123

Receivable Management Services
c/o Phyllis A. Hayes
307 International Circle, Ste 270
Hunt Valley, MD 21030-1322

Tennessee Dept of Revenue
c/o TN Attorney General Office
Bankruptcy Division
P O Box 20207
Nashville, TN 37202-4015

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Warehouse 86, LLC
P O Box 16692
Jackson, MS 39236-6692

U.S. Bankruptcy Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225-2448

ABC Logistics Corp
2300 Sitler St #685
Memphis, TN 38114-4801

ADP, Inc.
5680 New Northside Dr.
Atlanta, GA 30328-4668

ADP, Inc.
One ADP Blvd
Roseland, NJ 07068-1786

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York NY 10270-0001

AT&T
P O Box 105262
Atlanta, GA 30348-5262

Air-One Services
5055 Pleasant View
Memphis, TN 38134-6308

Allied Waste Serv #493
48 Landfill Rd
Leland MS 38756-9721

Allied Waste Serv #837
48 Landfill Rd.
Leland MS 38756-9721

Allied Waste Serv #868
48 Landfill Rd.
Leland MS 38756-9721

American Covers, Inc.
dba Handstands
675 West 14600 South
Bluffdale, UT 84065-4831

American Express Corp
P O Box 650448
Dallas, TX 75265-0448

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Intematl Co.
Specialty Workers Comp
P O Box 409
Parsippany, NJ 07054-0409

American Photocopy
1719 Bartlett Road
Memphis, TN 38134-6402

Amerigas
545 W 12 Street
Ogden, UTT 84404-5401

Aon Innov. Solutions
13922 Denver West Pkwy
Golden CO 80401-3142

Arizona Department of Revenue
P O Box 29010
Phoenix, AZ 85038-9010

Arizona Department of Revenue
P O Box 52153
Phoenix, AZ 85072-2153

Atmos Energy
P.O. Box 9001949
Louisville KY 40290-1949

Audiovox Spec. Applic.
53200 Marina Drive
Elkhart, W  46514-8325

Boyer BDO, L C
90 South 400 W Ste 200
Salt Lake City UT 84101-1365

Boyer BDO, L.C.
90 South 400 W STE 200
Salt Lake Cit, UT 84101-1365

Brands on Sale
2466 Lugonia Ave.
Redlands, CA  92374-5003

Budge Rent A Car Systems LLC
Basham & Scott
P O Box 450676
Houston TX 77245-0676

Cambridge Integ. Serv.
31500 Solon Rd.
Solon, OH 44139-3528

City of Indianola Water
P O Box 269
Indianola, MS 38751-0269

City of Phoenix
City Treasurer
P O Box 29690
Phoenix, AZ  85038-9690

City of Phoenix
Tax Division
251 W. Washington St, 3rd Floor
Phoenix, AZ  85003-2245

ComectShip, Inc.
8282 S. Memorial
Suite 400
Tulsa, OK 74133-4345

Computer Resources
P.O. Box 1241
Cordova, TN 38088-1241

Consumer Products Serv
10 Grand Boulevard
Deer Park NY 11729-5717

Crawford Technical Servs.
Joel Fisher, Exe Gen Adj
11434 Haleiwa Place
Diamondhead, MS 39525-4129

Crown Lift Trucks
3952 Willow Lake Blvd.
Bld. #5
Memphis, TN 38118-7042

Crown Packaging Corp.
17854 Chesterfield Airport
Chesterfield, MO 63005-1216

DHL Express (USA) Inc.
P O Box 4723
Houston, TX 77210-4723

DHL Express-Claiins
Attn: Mark Sanchez
1144 W. Washington St.
Tempe, AZ 85281-1200

DHL Express-SRC
238 Wendel H Ford Blvd
Erlanger KY 41018

DJW Enterprises Inc.
26070 N. 72nd Drive
Peoria, AZ 85383-7343

Delta Electric Power
P O Box 935
Greenwood, MS 38935-0935

Dematic Corporation
P O Box 12021
Newark, NJ 07101-5021

Desoto County Tax Assessor
365 Losher, STE 100
Hernando, MS 38632-2144

EMC Ins. Companies
P O Box 6011
Ridgeland, MS 39158-6011

Eric L. Eilertsen
1878 Laurel Ln
Germantown TN 38139-6954

Ernest K. Strahan III
1918 Petit Bois St. N
Jackson, MS 39211-6707

Ernest K. Strahan, IIII
1918 Petit Bois St N
Jackson, MS 39211-6707

Excel Transportation
P O Box 844711
Dallas, TX 75284-4711

Excel Transportation Services, Inc.
17330 Preston Road, Suite 200 C
Dallas, TX 75252-6035

FifUi Third Auto Leasing
P.O. Box 630041
MD1MOC2E-3152
Cincinnati, OH 45263-0041

Fifth Third Auto Leasing
MD1MOC2E-3152
P O Box 630041
Cincinnati OH 45263-0041

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546-6253

First Ins Funding Corp
450 Skokie Blvd. Ste 1000
Northbrook, IL 60062-7917

Gary E. Veasey, Esq.
780 Ridge Lake Blvd. STE 202
Memphis, TN 38120-9426

Global Crossing Tele.
225 Kenneth Drive
Rochester, NY 14623-4277

Gloria O'Neal
4403 Bennett Wood
Millington, TN 38053-2208

H & E Equipment Services, Inc.
11100 Mead Road
Suite 200
Baton Rouge, LA 70816-2260

H&E Equip. Serv. Inc.
4899 W. 2100 Street
St. Lake City, UT 84120-1225

HEPACO, Inc
731 East Brooks Road
Memphis TN 38116-3013

HEPACO, Incorporated
2711 Burch Dr.
Charlotte NC 28269-4476

HOJ Enginr. & Sales Co
3960 S 500 West
Salt Lake Cit, UT 84123-1360

Haddox Reid Burkes
P O Drawer 22507
Jackson, MS 39225-2507

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Interface Systems
3773 Corporate Center Drive
Earth City MO 63045-1130

International Tax Servs
2204 Walkley Road
Ottawa ON K1A1A8
Canada

Isaac Amavizca
3622 W. Oregon Avenue
Phoenix AZ 85019-2318

Jane Hetzler
City Clerk
City of Indianola
P O Box 269
Indianola, MS 38751-0269

Joann McKinney
2278 Sharon
Memphis, TN 38127-3525

Jon S Musial
Law Office of Jon S Musial
8230 E. Gray Road
Scottsdale AZ 85260-3528

Joy D. St. James
3241 Kinney Drive
Germantown, TN 38139-8031

Joy St James
3241 Kinney Drive
Germantown, TN 38139-8031

Katt Worldwide Logist.
P O Box 751197
Memphis, TN 38175-1197

Katt Worldwide Logistics Inc
Attn: Teresa Shipe
4105 So Mendenhall Road
Memphis TN 38115-5927

Keith Martin Mack
2949 Los Robles Rd.
Thousand Oaks, CA 91362-3320

Louis E. Sagar
598 Broadway
New York, NY 10012-3351

(p)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS
39225-2808

Marchetti Robertson &
P O Box 3348
Ridgeland, MS 39158-3348

Marcus M. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS 39205-0098

Mary Leesa Simmons
MDI Services Group
1000 Ridgeway Loop Rd, #100
Memphis, TN 38120-4037

Memphis LG&W
P.O. Box 388
Memphis, TN 38145-0388

Memphis Recycling Serv
P O Box 88271
Chicago, IL 60680-1271

| | | |
|---|---|---|
| Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 | Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2364 | Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 |
| Mirna Maribel Carrillo<br>4230 N. 50th Drive<br>Phoenix AZ 85031-2330 | Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 |
| Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 | Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 |
| Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 | Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 |
| Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 | Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 |
| Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 |
| RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn:  James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 |
| (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 | Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 | S & B Packaging Inc<br>d/b/a Caboodles<br>8901 First Industrial Drive<br>Southaven, MS 38671-1919 |
| SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 | SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 |

| | | |
|---|---|---|
| Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 | Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN 38173-0743 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 |
| Sprint<br>P O Box 8077<br>London KY 40742-8077 | Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 | Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 |
| Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 | TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 |
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN 37242-0700 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 | Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 |
| The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 | Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express, Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 |
| Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 | U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 |
| U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 | UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UNITED PARCEL SERVICE FREIGHT<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094-4396 |
| UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT 84134-0270 |
| Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 |

| | | |
|---|---|---|
| Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 | Warehouse 86, LLC<br>c/o Christopher R. Maddux<br>P O Box 6010<br>Ridgeland MS 39158-6010 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 |
| Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 | Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, IL 60606-6405 |
| Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 | Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 |
| Kimberly R Lentz<br>P O Box 927<br>Gulfport, MS 39502-0927 | Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501-2967 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 |
| Stephen Smith<br>Shelton & Smith, P.C.<br>5 Old River Place, Suite 107<br>Jackson, MS 39202-3449 | Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 |
| William Little<br>Lentz & Little, PA<br>Post Office Box 927<br>Gulfport, MS 39502-0927 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RadioShack Corporation and SCK, Inc. f/k/a

(u)Baja Motorsports, LLC
2955 S. 18th Place
Returned Mail 12-20-10

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(u)UPS Freight
611 Park Meadow Road
RETURNED MAIL 10-18-10

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   165
Bypassed recipients     8
Total                 173