```
                          United States Bankruptcy Court
                          Southern District of Mississippi
```

In re:                                                          Case No. 08-03423-ee
Warehouse 86, LLC                                               Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3          User: dsawyer              Page 1 of 1              Date Rcvd: Jul 05, 2011
                              Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2011.
db             +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2011**                         **Signature:** *Joseph Speetjens*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                     CASE NO. 08-03423 EE
            DEBTOR                                                       CHAPTER 7

### ORDER ON FIRST AND FINAL APPLICATION FOR COMPENSATION FOR ACCOUNTANT FOR THE TRUSTEE
Docket # 333

THIS MATTER is before the Court on the First and Final Application for Compensation for Accountant for the Trustee, and the Court, having considered same, finds as follows and grants the following relief:

1. The Court has jurisdiction over this matter pursuant to 28 USC § 1334. This is a core proceeding pursuant to 28 USC § 157(b).

2. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. The case was converted to a Chapter 7 on December 3, 2010. Kimberly R. Lentz is the duly appointed and acting trustee of the bankruptcy estate of the Debtor.

3. On March 14, 2011, the Court entered an Order Approving the Employment of Stephen Smith with the firm of Stephen Smith & Co., P.C. as Accountant for the Trustee.

4. This application seeks approval of fees and expenses for Stephen Smith with the firm of Stephen Smith & Co., P.C. from March 14, 2011 to May 24, 2011. The total amount of fees requested is $2,750.00 and the total requested for reimbursement of expenses is $32.00. A copy of the statement of Stephen Smith & Co., P.C., with time and expenses itemized, is attached hereto as Exhibit "A".

5. The Trustee requests that this Court authorize the Trustee to pay the fees and expenses approved from the unencumbered property of the bankruptcy estate.

6.  This is the first and final application for fees and expenses for accountant for the Trustee.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Stephen Smith with the firm of Stephen Smith & Co., P.C. is hereby awarded compensation in the amount of $2,782.00 ($2,750.00 fees and $32.00 expenses);

**IT IS FURTHER ORDERED AND ADJUDGED** that Kimberly R. Lentz, Trustee is authorized to pay the fees and expenses approved from unencumbered property of the Bankruptcy Estate.

**SO ORDERED AND ADJUDGED.**

Edward Ellington
United States Bankruptcy Judge
Dated: July 5, 2011

OF COUNSEL:

LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077