IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | WAREHOUSE 86, LLC | CASE NO. 08-03423 ee |
| | DEBTOR | CHAPTER 7 |

## NOTICE OF TRUSTEE'S OBJECTION TO CLAIMS

To the Honorable Edward Ellington, the Office of the United States Trustee, parties requesting notice and creditors identified in the Objection to Claims.

**NOTICE IS HEREBY GIVEN** that Kimberly R. Lentz, Trustee, has filed an Objection to Claims in the above styled and numbered Chapter 7 case. The objection affects Claim No. 5-1 filed by Overstock.com, Inc. in the amount of $558,880.23 and Claim No. 33-1 filed by Overstock.com, Inc. in the amount of $558,880.23.

**NOTICE IS FURTHER GIVEN** that any creditor or party in interest wishing to file a response to the Objection must file a written response with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy must be served upon counsel for the Trustee, Kimberly R. Lentz, Lentz & Little, P.O. Box 927, Gulfport, MS 39502, and upon the office of the United States Trustee, 501 E. Court Street, Suite 6-430, Jackson, MS 39201. **THE DEADLINE DATE FOR FILING AND SERVING A RESPONSE TO THE OBJECTION IS THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN THAT IF NO RESPONSE IS TIMELY FILED BY THE CREDITOR, THE COURT WILL DISALLOW OR TREAT THE CLAIM AS SET FORTH IN THE OBJECTION TO CLAIM.**

**NOTICE IS FURTHER GIVEN** that in the event that any responses are timely filed, the Court will conduct a hearing at a date, time, and place to be determined by the Court. If no response are filed, the Court may enter an Order on the Objection *ex parte*.

Dated this the 15th day of July, 2011.

Respectively Submitted,
KIMBERLY R. LENTZ, TRUSTEE

*/s/ Kimberly R. Lentz*
Kimberly R. Lentz, Attorney (Bar. No. 8986)

OF COUNSEL:
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                       CASE NO. 08-03423 ee
                DEBTOR                                                        CHAPTER 7

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that the following have been served with a copy of the foregoing document by U.S. mail, postage prepaid.

Warehouse 86, LLC.                          Overstock.com, Inc.
Post Office Box 16692                      Attn: Edwin W. Christensen
Jackson, MS 39236                           6350 S 3000 East
                                                             Salt Lake City, UT 84121-5952

This the 15th day of July, 2011.

                                                           /s/ *Kimberly R. Lentz*
                                                           KIMBERLY R. LENTZ

OF COUNSEL:
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077