IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                 CASE NO. 08-03423 ee
           DEBTOR                                           CHAPTER 7

## NOTICE OF TRUSTEE'S OBJECTION TO CLAIMS

To the Honorable Edward Ellington, the Office of the United States Trustee, parties requesting notice and creditors identified in the Objection to Claims.

**NOTICE IS HEREBY GIVEN** that Kimberly R. Lentz, Trustee, has filed an Objection to Claims in the above styled and numbered Chapter 7 case. The objection affects Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98, Claim No. 4-1 filed by H&E Equipment Service, Inc. in the amount of $4,470.99, Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89, Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50, Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10.285.80, Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51, Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00, Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 and Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93.

**NOTICE IS FURTHER GIVEN** that any creditor or party in interest wishing to file a response to the Objection must file a written response with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy must be served upon counsel for the Trustee, Kimberly R. Lentz, Lentz & Little, P.O. Box 927, Gulfport, MS 39502, and upon the office of the United States Trustee, 501 E. Court Street, Suite 6-430, Jackson. MS 39201. **THE DEADLINE DATE FOR FILING AND SERVING A RESPONSE TO THE OBJECTION IS THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN THAT IF NO RESPONSE IS TIMELY FILED BY THE CREDITOR, THE COURT WILL DISALLOW OR TREAT THE CLAIM AS SET FORTH IN THE OBJECTION TO CLAIM.**

**NOTICE IS FURTHER GIVEN** that in the event that any responses are timely filed, the Court will conduct a hearing at a date, time, and place to be determined by the Court. If no response are filed, the Court may enter an Order on the Objection *ex parte*.

Dated this the 15th day of July, 2011.

                                          Respectively Submitted,
                                          KIMBERLY R. LENTZ, TRUSTEE

                                          */s/ Kimberly R. Lentz*
                                          Kimberly R. Lentz, Attorney (Bar. No. 8986)

OF COUNSEL:
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that the following have been served with a copy of the foregoing document by U.S. mail, postage prepaid.

Warehouse 86, LLC.
Post Office Box 16692
Jackson, MS 39236

SOS Staffing
Post Office Box 27008
Salt Lake City, UT 84127

H&E Equipment Service, Inc.
4899 W. 2100 Street
Salt Lake City, UT 84120-1225

HEPACO, Incorporated
2711 Burch Drive
Charlotte, NC 28269

Questar Gas Company
Bankruptcy/DNR 244
Post Office Box 3194
Salt Lake City, UT 84110-3194

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546

The Commission of Revenue of the State of TN
Tax Enforcement Division
c/o Attorney General
Post Office Box 20207
Nashville, TN 37202-0207

TWG Innovative Solutions, Inc.
c/o William J. Sparer, Counsel
The Warranty Group
175 West Jackson Blvd.
Chicago, IL 60604

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York, NY 10270

Merchandise Manu. Inc.
Post Office Box 843
Lakewood, CA 90714

This the 15th day of July, 2011.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ