July 19, 2011

```
                    U.S. BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF MISSISSIPPI
                           FILED

                         JUL 25 2011

                    DANNY L. MILLER, CLERK
                 BY_____DEPUTY
```

Kimberly R. Lentz, Trustee

Re: Warehouse 86, LLC-Objection to Claim

Case No. 08-43423 ee

On Friday, July 15, 2011, we received your notice of Trustee's Objection to Claims for SOS Staffing Services, Inc. The reason given for the objection was due to no supporting documentation.

I have attached all supporting documentation that has been sent in prior correspondence regarding this debtor.

Attached we have given exact Invoices and amounts, statement of charges, proof of claim, and a copy of the credit agreement with personal guarantor signature.

We request from you, what further information you feel necessary to allow this claim.

I look forward to hearing from you and appreciate your timely response.

Cordially,

*[signature]*

Tami Brown
Credit Manager
SOS Staffing Services, Inc.
2650 Decker Lake Blvd. Ste. 500
SLC, UT. 84119
(801) 924-0504
(801) 924-0532
brownt@sosstaffing.com

SOS

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 25 2011

DANNY L. MILLER, CLERK
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                     CASE NO. 08-03423 ee
          DEBTOR                                            CHAPTER 7

## TRUSTEE'S OBJECTION TO CLAIMS

Chapter 7 Trustee, Kimberly R. Lentz, files this Trustee's Objection to Claims pursuant to Rule 3001 of the *Federal Rules of Bankruptcy Proceedings* and Rule 3007-1 of the *Uniform Local Rules* and states as follows:

1. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

2. This Court has jurisdiction over this matter pursuant 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. (SOS STAFFING - CLAIM NO. 2-1) The Trustee objects to Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 2-1 be disallowed as a general unsecured claim.

4. (H&E EQUIPMENT SERVICE, INC. - CLAIM NO. 4-1) The Trustee objects to Claim No. 4-1 filed by H&E Equipment Service, Inc. in the amount of $4,470.99 on the basis that the claim is a duplicate of Claim No. 31-1. The Trustee requests that Claim No. 4-1 be disallowed as a general unsecured claim.

5. (QUESTAR GAS COMPANY - CLAIM NO. 8-1) The Trustee objects to Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89 on the basis that the claim is a

duplicate of Claim No. 28-1. The Trustee requests that Claim No. 8-1 be disallowed as a general unsecured claim.

6. (FIFTH THIRD BANK - CLAIM NO. 10-1) The Trustee objects to Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50 on the basis that the claim is secured and creditor has remedy in its collateral. The Trustee requests that Claim No. 10-1 be disallowed as a general unsecured claim.

7. (THE COMMISSION OF REVENUE OF THE STATE OF TN - CLAIM NO. 11-1) The Trustee objects to Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80 on the basis that the claim is a duplicate of Claim No. 24-2 and Claim, No. 24-2 was amended to reflect that no amounts are due. The Trustee requests that Claim No. 11-1 be disallowed as a general unsecured claim.

8. (TWG INNOVATIVE SOLUTIONS INC. - CLAIM NO. 17-1) The Trustee objects to Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51 on the basis that the claim is a duplicate of Claim No. 35-1. The Trustee requests that Claim No. 17-1 be disallowed as a general unsecured claim.

9. (AIG BANKRUPTCY COLLECTIONS - CLAIM NO. 18-1) The Trustee objects to Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00 on the basis that the claim is unliquidated and subject to adjustment. Additionally, the claim is secured. The Trustee requests that Claim No. 18-1 be disallowed as a general unsecured claim.

10. (MERCHANDISE MANU., INC. - CLAIM NO. 22-1) The Trustee objects to Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 22-1 be disallowed as a general unsecured claim.

11. **(HEPACO, INCORPORATED - CLAIM NO. 26-1)** The Trustee objects to Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 26-1 be disallowed as a general unsecured claim.

WHEREFORE, PREMISES CONSIDERED, for the reasons set forth above, the Trustee requests that this Court disallow Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98, disallow Claim No. 4-1 filed by H&E Equipment Service, Inc. in the amount of $4,470.99, disallow Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89, disallow Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50, disallow Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80, disallow Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51, disallow Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00, disallow Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30, disallow Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 and the Trustee requests any additional relief that may be just.

<div style="text-align: right;">
Respectfully submitted,
KIMBERLY R. LENTZ, TRUSTEE

By:/s/ *Kimberly R. Lentz*
KIMBERLY R. LENTZ, (BAR NO. 8986)
</div>

Of Counsel:

Lentz & Little, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that the following have been served with a copy of the foregoing document by U.S. mail, postage prepaid.

Warehouse 86, LLC.
Post Office Box 16692
Jackson, MS 39236

H&E Equipment Service, Inc.
4899 W. 2100 Street
Salt Lake City, UT 84120-1225

Questar Gas Company
Bankruptcy/DNR 244
Post Office Box 3194
Salt Lake City, UT 84110-3194

The Commission of Revenue of the State of TN
Tax Enforcement Division
c/o Attorney General
Post Office Box 20207
Nashville, TN 37202-0207

AIG Bankruptcy Collections
Michelle A. Levitt, Authorized Represent
70 Pine Street, 28th Floor
New York, NY 10270

SOS Staffing
Post Office Box 27008
Salt Lake City, UT 84127

HEPACO, Incorporated
2711 Burch Drive
Charlotte, NC 28269

Fifth Third Bank
1850 E Paris SE
MD/ROPS 05
Grand Rapids, MI 49546

TWG Innovative Solutions, Inc.
c/o William J. Sparer, Counsel
The Warranty Group
175 West Jackson Blvd.
Chicago, IL 60604

Merchandise Manu. Inc.
Post Office Box 843
Lakewood, CA 90714

This the 13th day of July, 2011.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

# BUTLER | SNOW

November 14, 2008

Via Fax: (801) 924-0532

Ms. Carmen A. Boykins
Corporate Credit Manager
SOS Staffing Services, Inc.
2650 S. Decker Lake Blvd. Ste 500
Salt Lake City, UT 84119

        Re:    In re: Warehouse 86, LLC, Case No. 08-03423-EE
               United States Bankruptcy Court, Southern District of Mississippi

Dear Ms. Boykins:

     Our firm represents Warehouse 86, LLC, which filed its petition for relief under Chapter 11 of the Bankruptcy Code on November 4, 2008.

     SOS Staffing Services, Inc. ("SOS") is listed as a creditor holding an unsecured claim in the amount of $17,432.77. This claim relates to staffing provided by SOS to Warehouse 86, LLC under an Agreement between SOS and Warehouse 86, LLC dated April 21, 2008. SOS is one of the 20 largest unsecured creditors by virtue of its claim. I noticed that SOS filed its claim today in the amount of $18,358.98, but no documentation was attached to that proof of claim.

     Please furnish me with a copy of SOS's contract with Warehouse 86, as well as SOS's standard billing terms, i.e., when are invoices due and payable after they are billed and what charges, if any, are imposed for late payments. If any of the claim of SOS is for finance charges or other expenses, please provide us with an itemized list of those charges and the basis for asserting those charges.

     We have been advised by Warehouse 86 that SOS has billed Warehouse 86 for services rendered since Warehouse 86 entered its agreement with SOS and that Warehouse 86 has been paid the following amounts on the following dates to SOS:

| Invoice No. | Date    | Amount     | Date Paid | Check No. |
|-------------|---------|------------|-----------|-----------|
| 230817      | 4-27-08 | $3,546.23  | 5-9-08    | 4486      |
| 234620      | 5-4-08  | $4,900.98  | 5-19-08   | 4521      |
| 238425      | 5-11-08 | $95.28     | 5-30-08   | 4548      |
| 253821      | 6-8-08  | $1,977.06  | 7-18-08   | 4722      |
| 257713      | 6-15-08 | $3,324.71  |           |           |

Post Office Box 22567
Jackson, MS 39225-2567

STEPHEN W. ROSENBLATT
601.985.4504
steve.rosenblatt@butlersnow.com

210 East Capitol Street, 17th Floor
Jackson, MS 39201

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Ms. Carmen A. Boykins
Corporate Credit Manager
SOS Staffing Services, Inc.
November 14, 2008
Page 2

We have also been provided with the following list of unpaid invoices that reflect services rendered by SOS to Warehouse 86, LLC. Please confirm that these are the only unpaid invoices. If there are others, please provide us with a copy of those invoices.

| Invoice No. | Date | Amount |
| --- | --- | --- |
| 261649 | 6-22-08 | $4,147.68 |
| 265936 | 6-29-08 | $4,004.77 |
| 269910 | 7-6-08 | $3,165.23 |
| 273729 | 7-13-08 | $381.12 |
| 274053 | 7-13-08 | $4,819.27 |
| 277941 | 7-20-08 | $285.84 |
| 278267 | 7-20-08 | $628.86 |

Also, in the bankruptcy schedules that were filed by Warehouse 86, this claim was listed as a general unsecured claim on Schedule F. I noted that the SOS claim was also filed as a general unsecured claim.

Finally, the Schedules filed by Warehouse 86 does not list any co-debtor for the obligations of Warehouse 86 to SOS, but we were advised that SOS now contends that SOS holds a guaranty for all or a portion of its claim against Warehouse 86. Please confirm SOS's contention in that regard, and please provide me with the documentation that supports this contention.

Thank you for providing the requested documentation and information. Please call me if you have any questions about this.

Yours truly,

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

Stephen W. Rosenblatt

SWR/oh
Copy: Warehouse 86, LLC

Jackson 3447242v.1

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT Southern District of Mississippi | PROOF OF CLAIM |
|---|---|

Name of Debtor: Warehouse 86, LLC    Case Number: 08-03423

NOTE: *This form should not be used to make a claim for an administrative expense arising ... administrative expense may be filed pursuant ...*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
SOS Staffing

Name and address where notices should be sent:
SOS Staffing
PO Box 27008
Salt Lake City, UT 84127-0008

Telephone number:

Name and address where payment should be sent (if different from above):

Telephone number:

1. Amount of Claim as of Date Case Filed: $18,358.98

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: Temporary Payroll
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: ____

   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:

   Value of Property: $_____  Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____  Basis for perfection: _____

   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

6. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 11-10-08  Signature: [signature] SOS Staffing Services Inc

Specify the priority of the claim.
☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Danny L. Miller
100 East Capitol St.
Jackson, MS 39225-2448

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



43039   Warehouse 86

| INVOICE | INVDATE | AMOUNT | PAYMENT | BALANCE |
|---|---|---|---|---|
| 261649-090 | 06/22/08 | 4,147.68 | .00 | 4,147.68 |
| 265936-090 | 06/29/08 | 4,004.77 | .00 | 4,004.77 |
| 269910-090 | 07/06/08 | 3,165.23 | .00 | 3,165.23 |
| 273729-055 | 07/13/08 | 381.12 | .00 | 381.12 |
| 274053-090 | 07/13/08 | 4,819.27 | .00 | 4,819.27 |
| 277941-055 | 07/20/08 | 285.84 | .00 | 285.84 |
| 278267-090 | 07/20/08 | 628.86 | .00 | 628.86 |
| F/C-030 | 07/27/08 | 141.74 | .00 | 141.74 |
| F/C-030 | 08/24/08 | 261.49 | .00 | 261.49 |
| F/C-030 | 09/28/08 | 261.49 | .00 | 261.49 |
| F/C-030 | 10/26/08 | 261.49 | .00 | 261.49 |
| TOTALS |  | 18,358.98 | .00 | 18,358.98 |



43039 - 090 - 06/22/08

Bill To: **Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

### Remittance Information

| | |
|---|---|
| Remit To: | Accounts Receivable<br>SOS Staffing Services, Inc.<br>PO Box 27008<br>Salt Lake City, UT 84127<br>801-963-2500 |
| Customer Number | 43039 |
| Customer PO | |
| Invoice Date | June 22, 2008 |
| Invoice Number | 261649 |
| Amount Due | 4,147.68 |
| Amount Enclosed | |

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09043039-A | | | | | |
| ALVAREZ, MARK D | Warehouse | 06/22/2008 | 15.5 | 11.91 | 184.61 |
| ARMENDARIZ, ANDREW R. | Warehouse | 06/22/2008 | 5.5 | 11.91 | 65.51 |
| ARZOLA, CHRISTIAN | Warehouse | 06/22/2008 | 25.0 | 11.91 | 297.75 |
| BEGAY, ANGELITA | Warehouse | 06/22/2008 | 36.0 | 11.91 | 428.76 |
| BRAEGGER, JOEL R | Warehouse | 06/22/2008 | 8.0 | 11.91 | 95.28 |
| BRENNA, DAVID | Warehouse | 06/22/2008 | 5.5 | 11.91 | 65.51 |
| CASTRO, JAVIER | Warehouse | 06/22/2008 | 31.25 | 11.91 | 372.19 |
| DERBY, CARL | Warehouse | 06/22/2008 | 29.25 | 11.91 | 348.37 |
| GEORGE, BLAINE | Warehouse | 06/22/2008 | 38.0 | 11.91 | 452.58 |
| GEORGE, DANNIE | Warehouse | 06/22/2008 | 23.0 | 11.91 | 273.93 |
| GEORGE, TIFFINEY | Warehouse | 06/22/2008 | 34.5 | 11.91 | 410.90 |
| HEMPHILL, TIM J. | Warehouse | 06/22/2008 | 12.0 | 11.91 | 142.92 |
| MARTINEZ, JOHANS A | Warehouse | 06/22/2008 | 7.0 | 11.91 | 83.37 |
| PACHO, ERIC | Warehouse | 06/22/2008 | 25.0 | 11.91 | 297.75 |
| RAMIREZ, MARIA V. | Warehouse | 06/22/2008 | 12.0 | 11.91 | 142.92 |
| RICHARDS, WALTER | Warehouse | 06/22/2008 | 2.75 | 11.91 | 32.75 |
| STEWARD, CURTUS | Warehouse | 06/22/2008 | 7.25 | 11.91 | 86.35 |
| TREVINO, JOSIE | Warehouse | 06/22/2008 | 28.0 | 11.91 | 333.48 |
| WILSON, FRED MICHAEL | Warehouse | 06/22/2008 | 2.75 | 11.91 | 32.75 |
| | Invoice Total | | 348.25 | | 4,147.68 |

Page 1  Terms are due upon receipt. Finance charge on past due accounts is 1.5% per month (18% per annum). Post Audits will not be honored three (3) months after this invoice.

# SOS | Staffing

**Remittance Information**

Remit To:
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---:|
| Customer Number | 43039 |
| Customer PO | |
| Invoice Date | June 29, 2008 |
| Invoice Number | 265936 |
| Amount Due | 4,004.77 |
| Amount Enclosed | |

43039 - 090 - 06/29/08

Bill To: **Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 09043039-A | | | | | |
| ARTEAGA, JUAN L. | Warehouse | 06/29/2008 | 16.0 | 11.91 | 190.56 |
| BROWN, RUSS | Warehouse | 06/15/2008 | 5.0 | 11.91 | 59.55 |
| BROWN, RUSS | Warehouse | 06/22/2008 | 16.0 | 11.91 | 190.56 |
| BROWN, RUSS | Warehouse | 06/29/2008 | 24.25 | 11.91 | 288.82 |
| CASTRO, JAVIER | Warehouse | 06/29/2008 | 7.0 | 11.91 | 83.37 |
| DAVIS, JOEL M. | Warehouse | 06/29/2008 | 7.5 | 11.91 | 89.33 |
| DERBY, CARL | Warehouse | 06/22/2008 | 5.5 | 11.91 | 65.51 |
| DERBY, CARL | Warehouse | 06/29/2008 | 40.0 | 11.91 | 476.40 |
| DERBY, CARL | OVERTIME | 06/29/2008 | 1.0 | 17.87 | 17.87 |
| FEIK, RYAN | Warehouse | 06/29/2008 | 16.0 | 11.91 | 190.56 |
| GEORGE, BLAINE | Warehouse | 06/29/2008 | 25.0 | 11.91 | 297.75 |
| GEORGE, TIFFINEY | Warehouse | 06/29/2008 | 33.0 | 11.91 | 393.03 |
| HEMPHILL, TIM J. | Warehouse | 06/29/2008 | 26.5 | 11.91 | 315.62 |
| KLEINMAN, MATTHEW | Warehouse | 06/29/2008 | 8.0 | 11.91 | 95.28 |
| LOPEZ, GONZALO | Warehouse | 06/29/2008 | 8.0 | 11.91 | 95.28 |
| PACHO, ERIC | Warehouse | 06/29/2008 | 38.5 | 11.91 | 458.54 |
| RODRIGUEZ, RICHARD R | Warehouse | 06/29/2008 | 16.0 | 11.91 | 190.56 |
| SAUCEDO, FELIPE | Warehouse | 06/29/2008 | 16.0 | 11.91 | 190.56 |
| STEED, RICK J. | Warehouse | 06/29/2008 | 4.25 | 11.91 | 50.62 |
| WESTHUSIN, JOSEPH L | Warehouse | 06/29/2008 | 16.0 | 11.91 | 190.56 |
| ZAMORA, GRACIELA KARINA | Warehouse | 06/29/2008 | 6.25 | 11.91 | 74.44 |
| | Invoice Total | | 335.75 | | 4,004.77 |

Page 1   Terms are due upon receipt.  Finance charge on past due accounts is 1.5% per month (18% per annum).  Post Audits will not be honored three (3) months after this invoice.



### Remittance Information

**Remit To:**
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---|
| Customer Number | 43039 |
| Customer PO | |
| Invoice Date | July 6, 2008 |
| Invoice Number | 269910 |
| Amount Due | 3,165.23 |
| Amount Enclosed | |

43039 - 090 - 07/06/08

**Bill To:** Warehouse 86
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09043039-A | | | | | |
| ARTEAGA, JUAN L. | Warehouse | 07/06/2008 | 33.5 | 11.91 | 398.99 |
| BROWN, RUSS | Warehouse | 07/06/2008 | 32.5 | 11.91 | 387.08 |
| DERBY, CARL | Warehouse | 07/06/2008 | 40.0 | 14.7 | 588.00 |
| DERBY, CARL | OVERTIME | 07/06/2008 | 0.75 | 22.05 | 16.54 |
| HEMPHILL, TIM J. | Warehouse | 06/29/2008 | 13.5 | 11.91 | 160.79 |
| HEMPHILL, TIM J. | OVERTIME | 06/29/2008 | 3.5 | 17.87 | 62.55 |
| HEMPHILL, TIM J. | Warehouse | 07/06/2008 | 8.0 | 11.91 | 95.28 |
| KLEINMAN, MATTHEW | Warehouse | 07/06/2008 | 16.0 | 11.91 | 190.56 |
| PACHO, ERIC | Warehouse | 07/06/2008 | 24.0 | 11.91 | 285.84 |
| RODRIGUEZ, RICHARD R | Warehouse | 07/06/2008 | 32.25 | 11.91 | 384.10 |
| SAUCEDO, FELIPE | Warehouse | 07/06/2008 | 34.0 | 11.91 | 404.94 |
| WESTHUSIN, JOSEPH L | Warehouse | 07/06/2008 | 16.0 | 11.91 | 190.56 |
| | **Invoice Total** | | **254.0** | | **3,165.23** |

Page 1  Terms are due upon receipt. Finance charge on past due accounts is 1.5% per month (18% per annum). Post Audits will not be honored three (3) months after this invoice.



43039 - 055 - 07/13/08

Bill To: **Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

### Remittance Information

Remit To:
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---:|
| Customer Number | 43039 |
| Customer PO | 0 |
| Invoice Date | July 13, 2008 |
| Invoice Number | 273729 |
| Amount Due | 381.12 |
| Amount Enclosed | |

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05543039-A | | | | | |
| CALLAHAN, STACEY L | Data Entry | 07/13/2008 | 15.0 | 11.91 | 178.65 |
| FRANICH, CHARMAINE C | Data Entry | 07/13/2008 | 17.0 | 11.91 | 202.47 |
| | Invoice Total | | 32.0 | | 381.12 |

Page 1   Terms are due upon receipt. Finance charge on past due accounts is 1.5% per month (18% per annum). Post Audits will not be honored three (3) months after this invoice.

# SOS | Staffing

43039 - 090 - 07/13/08

Bill To: **Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

## Remittance Information

**Remit To:**
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---|
| **Customer Number** | 43039 |
| **Customer PO** | |
| **Invoice Date** | July 13, 2008 |
| **Invoice Number** | 274053 |
| **Amount Due** | 4,819.27 |
| **Amount Enclosed** | |

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09043039-A | | | | | |
| ARTEAGA, JUAN L. | Warehouse | 07/13/2008 | 40.0 | 11.91 | 476.40 |
| ARTEAGA, JUAN L. | OVERTIME | 07/13/2008 | 4.0 | 17.87 | 71.48 |
| BROWN, JIMMY R. | Warehouse | 07/13/2008 | 8.0 | 11.91 | 95.28 |
| BROWN, RUSS | Warehouse | 07/13/2008 | 40.0 | 11.91 | 476.40 |
| BROWN, RUSS | OVERTIME | 07/13/2008 | 2.0 | 17.87 | 35.74 |
| CARREON, EVANGELINA | Warehouse | 07/13/2008 | 24.0 | 11.91 | 285.84 |
| DERBY, CARL | Warehouse | 07/13/2008 | 40.0 | 14.7 | 588.00 |
| DERBY, CARL | OVERTIME | 07/13/2008 | 10.0 | 22.05 | 220.50 |
| FORBESS, EDWARD E | Warehouse | 07/13/2008 | 38.25 | 11.91 | 455.56 |
| FRANICH, CHARMAINE C | Warehouse | 07/13/2008 | 16.0 | 11.91 | 190.56 |
| MARTINEZ, JOE | Warehouse | 07/13/2008 | 39.75 | 11.91 | 473.42 |
| MOORE, JESSICA | Warehouse | 07/13/2008 | 5.5 | 11.91 | 65.51 |
| PACHO, ERIC | Warehouse | 07/13/2008 | 40.0 | 11.91 | 476.40 |
| PACHO, ERIC | OVERTIME | 07/13/2008 | 5.75 | 17.87 | 102.75 |
| RODRIGUEZ, RICHARD R | Warehouse | 07/13/2008 | 40.0 | 11.91 | 476.40 |
| RODRIGUEZ, RICHARD R | OVERTIME | 07/13/2008 | 3.25 | 17.87 | 58.08 |
| SAUCEDO, FELIPE | Warehouse | 07/13/2008 | 13.75 | 11.91 | 163.76 |
| WESTHUSIN, JOSEPH L | Warehouse | 07/13/2008 | 9.0 | 11.91 | 107.19 |
| | Invoice Total | | 379.25 | | 4,819.27 |

Page 1  Terms are due upon receipt. Finance charge on past due accounts is 1.5% per month (18% per annum). Post Audits will not be honored three (3) months after this invoice.



**Remittance Information**

Remit To:
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---:|
| **Customer Number** | 43039 |
| **Customer PO** | 0 |
| **Invoice Date** | July 20, 2008 |
| **Invoice Number** | 277941 |
| **Amount Due** | 285.84 |
| **Amount Enclosed** | _____ |

43039 - 055 - 07/20/08
Bill To: **Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 05543039-A | | | | | |
| BUCKLEY, SARAH M. | Data Entry | 07/20/2008 | 16.0 | 11.91 | 190.56 |
| CALLAHAN, STACEY L | Data Entry | 07/20/2008 | 8.0 | 11.91 | 95.28 |
| | Invoice Total | | 24.0 | | 285.84 |

Page 1   Terms are due upon receipt. Finance charge on past due accounts is 1.5% per month (18% per annum). Post Audits will not be honored three (3) months after this invoice.



### Remittance Information

**Remit To:**
Accounts Receivable
SOS Staffing Services, Inc.
PO Box 27008
Salt Lake City, UT 84127
801-963-2500

| | |
|---|---|
| **Customer Number** | 43039 |
| **Customer PO** | |
| **Invoice Date** | July 20, 2008 |
| **Invoice Number** | 278267 |
| **Amount Due** | 628.86 |
| **Amount Enclosed** | _____ |

43039 - 090 - 07/20/08
**Bill To: Warehouse 86**
Earnie Strahan III
P.O Box 16692
JACKSON MS 39236

| Services Of | Description | Week Ending | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09043039-A | | | | | |
| ARTEAGA, JUAN L. | Warehouse | 07/20/2008 | 8.5 | 11.91 | 101.24 |
| BROWN, RUSS | Warehouse | 07/20/2008 | 8.0 | 11.91 | 95.28 |
| DERBY, CARL | Warehouse | 07/20/2008 | 8.75 | 14.7 | 128.63 |
| FORBESS, EDWARD E | Warehouse | 07/20/2008 | 8.0 | 11.91 | 95.28 |
| PACHO, ERIC | Warehouse | 07/20/2008 | 8.0 | 11.91 | 95.28 |
| RODRIGUEZ, RICHARD R | Warehouse | 07/20/2008 | 9.5 | 11.91 | 113.15 |
| | **Invoice Total** | | 50.75 | | 628.86 |

Page 1  Terms are due upon receipt.  Finance charge on past due accounts is 1.5% per month (18% per annum).  Post Audits will not be honored three (3) months after this invoice.

FAX 801-[illegible]

SOS Staffing

Acct #: ______ Acct Mgr #: 5095 [illegible]
Date: ______ Branch #/Name: ______

# CREDIT AGREEMENT

Company Name: Warehouse 86, LLC D/B/A Name: ______
Address: P.O. Box 16692 Phone #: 901-528-8595 [illegible]
City, State, Zip: Jackson, MS 39236 Fax #: ______
E-mail address: [illegible]@Warehouse86.com

[illegible] (Last Name, First, Home Address and Social Security Number):

[illegible] Years in Business: [illegible]

☐ Proprietorship ☐ Partnership ☐ Publicly Traded Corporation ☒ Privately Held Corporation
[illegible] 20-2809964 State of Incorporation: AZ [illegible]

## BANK/TRADE REFERENCES

| | Name | Address | Phone | Account # |
|---|---|---|---|---|
| Bank | | See Attached | | |
| Bank | | | | |
| Trade | | | | |
| Trade | | | | |

## OTHER INFORMATION

Please attach a copy of your [illegible] financial statement (Balance Sheet and Income Statement), signed by an owner, partner or officer of the [illegible].

[illegible] $ ______ Current Net Worth: $ ______ Number of Employees: ______

[illegible] that SOS [illegible] are Net Due upon Receipt? ☐ Yes ☐ No

[illegible] against you? ☐ Yes ☐ No

[illegible] ☐ Yes ☐ No Number of Employees Needed: ______

TERMS OF AGREEMENT: [illegible] granted, I understand that the terms of SOS Staffing Services, Inc., a Utah corporation, [illegible] (hereinafter "SOS") are Net Due upon Receipt. SOS may charge interest at the [illegible] percent [illegible] with said interest being calculated from date of default. All invoices [illegible] SOS [illegible] any account after 180 days of the invoice date. In consideration of SOS extending credit to the [illegible] to pay for all labor and services supplied to [illegible] In the event that any account is placed for collection, I agree to pay all costs, including attorney fees, [illegible] This agreement shall be construed in accordance with the laws of the state of Utah without regard to [illegible] consent [illegible] to the personal jurisdiction of courts of the state of Utah. I further agree that any action to enforce this agreement [illegible] located in Salt Lake County, Utah.

The undersigned authorizes SOS to investigate our credit history, bank references, workers' compensation history, and any other information deemed necessary to extend credit. The undersigned hereby consents to the use of a consumer credit report by SOS [illegible] guarantor in connection with the extension of credit [illegible] consumer credit report on the undersigned [illegible] The undersigned as an individual hereby knowingly consents to [illegible] Credit Reporting Act as contained in 15 U.S.C. §§ 1681 et seq. I agree to [illegible] This agreement shall remain in force until written notice of [illegible] SOS [illegible]

[illegible] Signature: [signature] Date: 4/21/08 Authorized Signature: ______ Date: ______

Print Name: [illegible] Print Name: ______

SOS Account Manager's Name: [illegible] SOS Branch Manager's Name: ______