UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Warehouse 86, LLC                                                      CASE NO. 08-03423-EE

            DEBTOR.                                                 CHAPTER 7

TO:  SOS Staffing Services, Inc.
       Tami Brown, Credit Manager
       2650 Decker Lake Blvd. Ste 500
       SLC, UT 84119

**ORDER TO SHOW CAUSE**

TO THE ABOVE NAMED PARTY:

     YOU ARE HEREBY ORDERED TO APPEAR on TUESDAY, AUGUST 23, 2011, at 10:30 A.M., in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why *SOS Staffing Services, Inc. Response to Trustee's Objection to Claims* filed on July 25, 2011 (Dkt # 347) should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011.

     SO ORDERED.

                                                                   */s/ Edward Ellington*
                                                               Edward Ellington
                                                                United States Bankruptcy Judge
                                                                Dated: July 26, 2011