```
                        United States Bankruptcy Court
                         Southern District of Mississippi
In re:                                                      Case No. 08-03423-ee
Warehouse 86, LLC                                           Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0538-3       User: dsawyer          Page 1 of 1          Date Rcvd: Jul 26, 2011
                           Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: credit@sosstaffing.com Jul 26 2011 19:29:15    SOS Staffing Services Inc,
               c/o Tami Brown,   2650 Decker Lake Blvd. Ste 500,   SLC, UT 84119-2059
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    **Signature:** _Joseph Speetjens_

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Warehouse 86, LLC                                CASE NO. 08-03423-EE

        **DEBTOR.**                                       **CHAPTER 7**

TO:  SOS Staffing Services, Inc.
      Tami Brown, Credit Manager
      2650 Decker Lake Blvd. Ste 500
      SLC, UT 84119

**ORDER TO SHOW CAUSE**

TO THE ABOVE NAMED PARTY:

     YOU ARE HEREBY ORDERED TO APPEAR on TUESDAY, AUGUST 23, 2011, at 10:30 A.M., in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why *SOS Staffing Services, Inc. Response to Trustee's Objection to Claims* filed on July 25, 2011 (Dkt # 347) should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011.

     SO ORDERED.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: July 26, 2011