

**Serious experience for serious times.**

July 26, 2011

**RECEIVED**
**JUL 28 2011**
**U.S. Bankruptcy Court**
**Southern District of MS**

**United States Bankruptcy Court**
Southern District of Mississippi
Attn: Dan M. Russell
2012 15th Street, Suite 244
Gulfport, MS 39501

RE:     Objection to Claims
          Case No 08-03423 ee
          Warehouse 86, LLC

TO WHOM IT MAY CONCERN:

HEPACO, Inc. received a Notice of Trustee's Objection to Claims related to the above-referenced case. The letter was dated July 15th, 2011. According to the notice, the Trustee objects to our claim "on the basis that the claim has no supporting documentation".

Attached is a copy of the documentation that was originally provided to the Court on April 7, 2009. Included with the documentation are the invoice, any applicable backup, the final report (including disposal documentation), and the contract between HEPACO, Inc, and Warehouse 86. All of this documentation was also provided directly to Warehouse 86 between June and July of 2008.

HEPACO believes that this documentation fully satisfies the requirements of the contract that was in place at the time that the work was performed, and that the full amount of $14,151.93 is due to us.

Respectfully,

*Amber D. Heintz*
Amber Heintz
Accounts Receivable Manager
HEPACO, Inc.

cc: Kimberly R. Lentz, Trustee
    Office of the United States Trustee

ENVIRONMENTAL CONTRACTORS        24 HOUR EMERGENCY 800-888-7689
CORPORATE OFFICE • P.O. BOX 26308 • CHARLOTTE, NC 28221 • (704) 598-9782 • FAX (704) 598-7823
HOME PAGE http://www.hepaco.com