

**Serious experience for serious times.**

P.O. BOX 26308
CHARLOTTE, NC 28221-6308
704 / 598-9782
FEDERAL ID #56-1428449

| | |
|---|---|
| Invoice Number | : 1-8520005 |
| Invoice Date | : 06/11/2008 |
| Customer Number | : WAR006 |
| Job Number | : 8520005 |
| Due Date | : 06/25/2008 |

## INVOICE

Warehouse 86 LLC
481 Airport Ind.Dr.

Southhaven, MS  38671
Attn:   Joe Torez

Warehouse 86
481 Airport Indust.
Southaven MS 38671

| DATE | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| | Provide equipment and personnel to identify, package, manifest, | | | | |
| | transport and dispose of hazardous and non-hazardous chemicals. | | | | |
| | | | | | 14,151.93 |
| | GROSS BILLINGS : | | | | 14,151.93 |
| | NET BILLINGS : | | | | 14,151.93 |

Please call Wayne if you have any questions with your invoice at 1-800-888-7689 ext. 1008.
For your convenience we accept Visa, Mastercard or American Express.
Please reference our invoice number on your check and mail to the address above.

# HEPACO, INC. TIME & MATERIALS DAILY WORK SHEET

| | | | |
|---|---|---|---|
| Project Name | Warehouse '86 Labpack | Project No. | 8520005 |
| Task No./Name | | Day | Various |
| Supervisor | Keith Leggett | Date | Various |
| Client Rep/Title | Joe Torez | | |

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| LABOR | $5,088.00 | $0.00 | $5,088.00 |
| EQUIPMENT | $650.00 | $0.00 | $650.00 |
| INVENTORY | $1,392.00 | $0.00 | $1,392.00 |
| OTHER DIRECT CHARGE | $0.00 | $0.00 | $0.00 |
| SUBCONTRACTS | $6,220.88 | $0.00 | $6,220.88 |
| INSURANCE 6 % | $801.05 | $0.00 | $801.05 |
| TOTAL CHARGES | $14,151.93 | $0.00 | $14,151.93 |

| LABOR | | | | | | |
|---|---|---|---|---|---|---|
| CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | REGULAR RATE | OVERTIME RATE | TOTAL |
| PRINCIPAL | | | | $125.00 | $125.00 | $0.00 |
| E.R. MANAGER | | | | $125.00 | $187.50 | $0.00 |
| PROJECT MANAGER | David Moore | 16.00 | | $110.00 | $165.00 | $1,760.00 |
| REGULATORY MANAGER | | | | $85.00 | $127.50 | $0.00 |
| SUPERVISOR/GENERAL | Keith Leggett | 16.00 | | $70.00 | $105.00 | $1,120.00 |
| SUPERVISOR/GENERAL | | | | $70.00 | $105.00 | $0.00 |
| FOREMAN/GENERAL | | | | $49.00 | $73.50 | $0.00 |
| FOREMAN/GENERAL | | | | $49.00 | $73.50 | $0.00 |
| EQUIPMENT OPERATOR | | | | $46.00 | $67.50 | $0.00 |
| EQUIPMENT OPERATOR | | | | $46.00 | $67.50 | $0.00 |
| EQUIPMENT OPERATOR | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | Sandeep Playa | 16.00 | | $46.00 | $67.50 | $736.00 |
| SPILL TECHNICIAN | Jili Hobbs | 16.00 | | $46.00 | $67.50 | $736.00 |
| SPILL TECHNICIAN | Josh Hopkins | 16.00 | | $46.00 | $67.50 | $736.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| SPILL TECHNICIAN | | | | $46.00 | $67.50 | $0.00 |
| PROJECT ACCOUNTANT | | | | $38.00 | $57.00 | $0.00 |
| ADMIN. ASSISTANT | | | | $33.00 | $49.50 | $0.00 |
| CLERICAL | | | | $25.00 | $37.50 | $0.00 |
| TOTAL LABOR CHARGES | | | | | | $5,088.00 |

# HEPACO, INC. TIME & MATERIALS DAILY WORK SHEET

| Project Name | Warehouse 86 Labpack | | Project No. | 8520005 |
| Task No./Name | | | Day | Various |
| Supervisor | Keith Leggett | | Date | Various |
| Client Rep/Title | Joe Torez | | | |

**EQUIPMENT:**

| DESCRIPTION | I.D. NO. | UNITS | RATE | MILAGE | RATE | TOTAL |
|---|---|---|---|---|---|---|
| PICK UP | | | $45.00 | | $0.38 | $0.00 |
| PICK UP CREW CAB | PND209 | | $70.00 | | $0.38 | $0.00 |
| PICK UP 4X4 | | | $90.00 | | $0.38 | $0.00 |
| 12' RESPONSE TRAILER | TF3566 | 2.0 | $325.00 | | | $650.00 |
| 24' RESPONSE TRAILER | TF3568 | | $660.00 | | | $0.00 |
| 12'-16' TRAILER | | | $75.00 | | | $0.00 |
| BOBCAT | 512320937 | | $170.00 | | | $0.00 |
| BOBCAT SWEEPER ATT. | | | $48.00 | | | $0.00 |
| BOBCAT BRUSH WEAR | | | $75.00 | | | $0.00 |
| BOBCAT FORK ATT. | | | $29.00 | | | $0.00 |
| BOBCAT TRAILER | AP75892 | | $75.00 | | | $0.00 |
| GENERATOR | 73790359 | | $75.00 | | | $0.00 |
| 2" S.S. DIAPHRAM PUMP | 5406721 | | $210.00 | | | $0.00 |
| 2" DIAPHRAM PUMP | 494115 | | $125.00 | | | $0.00 |
| DIAPHRAM PUMP 3" | 2296 | | $185.00 | | | $0.00 |
| TRASH PUMP 3" | C0024291493 | | $120.00 | | | $0.00 |
| 2" CHEM. SUCTION HOSE | | | $222.00 | | | $0.00 |
| 2" REG. SUCTION HOSE | | | $66.00 | | | $0.00 |
| 2" DISCHARGE HOSE | | | $82.00 | | | $0.00 |
| DISCHARGE HOSE 3" | | | $148.00 | | | $0.00 |
| CHEM. SUCTION HOSE 3" | | | $417.00 | | | $0.00 |
| REG. SUCTION HOSE 3" | | | $101.00 | | | $0.00 |
| HAND TRANSFER PUMP | | | $65.00 | | | $0.00 |
| AIMS EXPLOSIMETER | | | $85.00 | | | $0.00 |
| OXYGEN DETECTOR | | | $65.00 | | | $0.00 |
| DRAGER PUMP | | | $45.00 | | | $0.00 |
| CELLULAR PHONE | | | $60.00 | | | $0.00 |
| PORTABLE COMPUTER | | | $55.00 | | | $0.00 |
| TRACKHOE | | | $456.00 | | | $0.00 |
| BACKHOE | | | $250.00 | | | $0.00 |
| COMPRESSOR 125 CFM | KIIG00495381 | | $140.00 | | | $0.00 |
| COMPRESSOR 825 CFM | | | $425.00 | | | $0.00 |
| VAC-TRUCK&DRIVER | | | $110.00 | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| TOTAL EQUIPMENT CHARGES | | | | | | $650.00 |

02-27-07 ahh

## HEPACO, INC. TIME & MATERIALS DAILY WORK SHEET

| | | | |
|---|---|---|---|
| Project Name | Warehouse B6 Labpack | Project No. | 8520005 |
| Task No./Name | | Day | Various |
| Supervisor | Keith Leggett | Date | Various |
| Client Rep/Title | Joe Torez | | |

| INVENTORY | | | | |
|---|---|---|---|---|
| DESCRIPTION | STOCK NO. | UNITS | UNIT RATE | TOTAL |
| PPE LEVEL D | | | $60.00 | $0.00 |
| PPE LEVEL C | | | $145.00 | $0.00 |
| PPE LEVEL B | | | $245.00 | $0.00 |
| PPE LEVEL A | | | $460.00 | $0.00 |
| SCBA - BOTTLE | | | $21.00 | $0.00 |
| POLY (20*100) | P620 | | $58.00 | $0.00 |
| DRUMS 17H | A102 | 24.0 | $58.00 | $1,392.00 |
| DRUMS 17E | D100 | | $58.00 | $0.00 |
| POLY RECOVERY DRUM | D300 | 0.0 | $240.00 | $0.00 |
| STEEL RECOVERY DRUM | D306 | | $225.00 | $0.00 |
| DOT & DRUM LABELS | A203 | | $2.00 | $0.00 |
| ABSORBENT PADS | A712 | | $125.00 | $0.00 |
| ABSORBENT BOOM 8" | A714 | | $176.00 | $0.00 |
| DRUM LINER 55 GALLON | B3350 | | $26.00 | $0.00 |
| SODA ASH | | | $9.00 | $0.00 |
| OIL DRY | A711 | | $7.00 | $0.00 |
| CAMERA | | | $25.00 | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL INVENTORY CHARGES | | | | $1,392.00 |

## HEPACO, INC. TIME & MATERIALS DAILY WORK SHEET

| | | | | |
|---|---|---|---|---|
| Project Name | Warehouse 86 Labpack | Project No. | 8520005 | |
| Task No./Name | | Day | Various | |
| Supervisor | Keith Leggett | Date | Various | |
| Client Rep/Title | Joe Torez | | | |

### MATERIALS/SUPPLIES/EQUIPMENT RENTAL

| VENDOR | DESCRIPTION | UNITS | UNIT RATE | CHARGE |
|---|---|---|---|---|
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TRAVEL | | | | $0.00 |
| LODGING | | | | $0.00 |
| AIRFARE | | | | $0.00 |
| PER DIEM | | | | $0.00 |
| OTHER | | | | $0.00 |
| SUB-TOTAL OTHER DIRECT CHARGES: | | | | $0.00 |
| | MARKUP @ | | 25.00% | $0.00 |
| TOTAL OTHER DIRECT CHARGES: | | | | $0.00 |

### SUBCONTRACT

| NAME | DESCRIPTION | UNITS | UNIT RATE | CHARGE |
|---|---|---|---|---|
| Pollution Control Industries | Transportation and Disposal | 1.0 | $4,976.70 | $4,976.70 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| TOTAL SUBCONTRACTOR CHARGE | | | | $4,976.70 |
| | MARKUP @ | | 25.00% | $1,244.18 |
| TOTAL SUBCONTRACTOR CHARGE | | | | $6,220.88 |

COMMENTS

## Pollution Control Industries

4343 KENNEDY AVE.
EAST CHICAGO, IN 46312
FEIN # 36-3827403
(219) 397-3951       FAX (219) 397-5411
http://www.pollutioncontrol.com

5845 VICTORY LANE
MEMPHIS, TN 38053
FEIN #: 35-2035802
(800) 388-7242

**Invoice**
TN0036047
Page:   1

**PCI**
Pollution Control Industries

SOLD TO:
HEPACO INC. - MEMPHIS
PO BOX 26308

CHARLOTTE, NC 28221

RECEIVED
APR 2 1 2008

REMIT PAYMENT TO:
**Pollution Control Industries**
72040 EAGLE WAY
CHICAGO, IL 60678-7250

| DATE | PURCHASE ORDER NO. | | CUSTOMER ID | TERMS | |
|---|---|---|---|---|---|
| 4/14/2008 | .5000889 | | 8360965 | N30 | |

| QUANTITY | | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 002356276/77/350JJK | WAREHOUSE 86 | | | |
| 1.00 | EACH | LAB PACK DISPOSAL | - | LPD | 3,929.00 | $3,929.00 |
| 1.00 | EACH | LABOR | - | LPL | 400.00 | $400.00 |
| 1.00 | EACH | LAB PACK SUPPLIES | - | LPSE | 125.000 | $125.00 |
| 1.00 | EACH | MOB/TRANSPORTATION | - | LPTR | 300.00 | $300.00 |

8520005      025   2   4976.70

4976.70

4.25.08

| | |
|---|---|
| Subtotal | $4,754.00 |
| ENERGY ASSESSMENT | $222.70 |
| Total | $4,976.70 |