

Serious experience for serious times.

July 16, 2008

Warehouse 86
481 Airport Industrial Drive
Southaven, MS 38671

Attn:   Joe Torez

RE:     Disposal of Overgood Materials

HEPACO Project No. 8520005

FINAL REPORT

Dear Mr. Joe Torez:

HEPACO, Inc. greatly appreciates working with you on this project. We look forward to
working with you on many projects in the near future. Enclosed in this final report you
will find HEPACO's post-submittal for the above referenced project.

Please do not hesitate to contact us if you have any questions or need additional
information concerning this project.

Sincerely,

David Moore
Senior Project Manager
HEPACO, Inc.
731 E. Brooks Road
Memphis, TN 38116

---

Warehouse 86
481 Airport Industrial Drive
Southaven. MS 38671

*TABLE OF CONTENTS*

Section 1        Certificate of Insurance

Section 2        Disposal Manifest

Section 3        Mississippi Notification



Serious experience for serious times.

# Section 1
# Certificate of Insurance

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

OP ID KT HEPAC-2

DATE (MM/DD/YYYY) 02/12/08

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | |
|---|---|---|---|
| Brown & Brown of Texas, Inc.<br>PO Box 670728<br>Houston TX 77267-0728<br>Phone: 281-260-2000  Fax: 281-260-3065 | | | |
| | **INSURERS AFFORDING COVERAGE** | | NAIC # |
| **INSURED**  Hepaco, Inc.; Hazardous Environmental Products Abatement Co; IMS Environmental Services, Inc. 2711 Burch Drive Charlotte NC 28269 | INSURER A: Zurich American Insurance Co | | 16535 |
| | INSURER B: Steadfast Insurance Co. | | 26387 |
| | INSURER C: | | |
| | INSURER D: | | |
| | INSURER E: | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS MADE  X OCCUR | GL09213716 | 10/01/07 | 10/01/08 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $300,000 |
| | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT ☐ LOC | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| A | | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>☐ ALL OWNED AUTOS<br>☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON-OWNED AUTOS | BAP9213718 | 10/01/07 | 10/01/08 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN  EA ACC<br>AUTO ONLY:  AGG | $<br>$ |
| B | | **EXCESS/UMBRELLA LIABILITY**<br>X OCCUR  ☐ CLAIMS MADE<br><br>☐ DEDUCTIBLE<br>X RETENTION  $10,000 | SEO921574902 | 10/01/07 | 10/01/08 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | AGGREGATE | $10,000,000 |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| A | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | WC921371702 | 10/01/07 | 10/01/08 | X WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| B | | **OTHER**<br>Pollution/<br>Professional Liab | PEC921575102 | 10/01/07 | 10/01/08 | Per Claim<br>Aggregate | 1,000,000<br>1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

**See attached Notepad.** Warehouse 86 Lab Pack, 481 Airport Industrial Drive, Southaven, MS 38671. Project ID: 8520005-000

| CERTIFICATE HOLDER | WARE901 | CANCELLATION |
|---|---|---|
| Warehouse 86<br>481 Airport Industrial Drive<br>Southaven MS 38671 | | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL _10_ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |

ACORD 25 (2001/08)

© ACORD CORPORATION 1988

# IMPORTANT

If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

## DISCLAIMER

The Certificate of Insurance on the reverse side of this form does not constitute a contract between the Issuing insurer(s), authorized representative or producer, and the certificate holder, nor does it affirmatively or negatively amend, extend or alter the coverage afforded by the policies listed thereon.

ACORD 25 (2001/08)

**NOTEPAD**

General Liability: Blanket Additional insured when required by written contract, and Blanket Primary/Non Contributory when required by written contract (form #UGL1175ACW0903); Blanket Waiver of Subrogation when required by written contract (form #CG24041093); Contractual Liability (form #UGLD1115BCW0904); 30 day Direct Notice of Cancellation when required by written contract(form #U-GU-298-B).
Automobile: Blanket Additional Insured when required by written contract (form #CA20480299); Blanket Additional Insured-Lessor when required by written contract(form #CA20010306; Blanket Waiver of Subrogation when required by written contract(form #UCA320B0494); Primary coverage (form #CA00010306); MCS-90 endorsement; 30 day Direct Notice of Cancellation when required by written contract (form #U-GU-298-B); Pollution Liability (form #CA99480306).
Workers Compensation: Blanket Waiver of Subrogation when required by written contract (form #WC0003130484); USL&H  (form #WC000106A0492); Maritime (Jones Act) (form #WC000201A0492); Blanket Alternate Employer (form #WC000301A0289); Voluntary Comp (form #WC000311A0891); Other States (form #UWCD314A0794); Stop Gap (form #WC000303C1004); 30 day Direct Notice of Cancellation when required by written contract (form #WC420601).

Umbrella: Excess over General Liability, Auto Liability, Employers Liability (WC) and Pollution/Professional Liability policies (form #STFUX322ACW0305); 30 day Direct Notice of Cancellation when required by written contract (form #STF-UX-330-A); Follow form.

Pollution/Professional Liability: Blanket Additional Insured on Pollution coverage (sudden and non sudden pollution events) when required by written contract (Form #STF119BCW1205); (Microbial) Fungus Remediation and/or Fungus Related Professional Services/Pollution Coverage (form #STFPEC0108DCW); Asbestos Remediation coverage (form #STFPEC0136ACW0304); 30 day Direct Notice of Cancellation when required by written contract (form #STF-PECO-167-A).

Carrier: Federal Insurance Co #6584809 - Policy Term: 10/01/07-08.
Equipment Leased/Rented/Borrowed from others.  Limits $250,000 maximum per item with a $500,000 maximum per loss.

All above policies are subject to a 10 day Notice of Cancellation for Non-Payment of Premium.

Section 2
Disposal Manifest

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | 2. Page 1 of | 3. Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|---|
| | | 2 | 1888 7248366 | 002356277 JJK |

**5. Generator's Name and Mailing Address**
Warehouse 86
481 Airport Industrial Drive
Southhaven, MS, 38671

Generator's Site Address (if different than mailing address)
SAME

Generator's Phone:

**6. Transporter 1 Company Name**
HEPACO

U.S. EPA ID Number

**7. Transporter 2 Company Name**
Pollution Control Industries

U.S. EPA ID Number
IND000646943

**8. Designated Facility Name and Site Address**
Pollution Control Industries
4343 Kennedy Ave
East Chicago, IN 46312    IND000646943

U.S. EPA ID Number

Facility's Phone: 219 397 3951

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers No. | 10. Containers Type | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| X | 1 Waste Flammable liquid Nos 3 UN1993, PGII (Labpack) ERG: 128 | 001 | DF | 0100 | P | D001 |
| X | 2 Waste Aerosol 2.1 UN1950 (Labpack) ERG: 126 | 001 | DM | 0100 | P | D001 |
| X | 3 Waste Corrosive liquid acidic organic Nos 8, UN3265 PGII (Labpack) ERG: 153 | 001 | DF | 0100 | P | D002 |
| X | 4 Waste toxic Solid inorganic Nos 6.1 UN3288 PGII (Labpack) ERG: 151 | 001 | DF | 0015 | P | D007 |

**14. Special Handling Instructions and Additional Information**
90) ZF, 1, (1x30DF)        3) ZI, 3, (1x30DF)
2) ZAF, 2, (1x55DM)        4) ZI, 4, (1x5DF)    (BNF# WA000)

**15. GENERATOR'S/OFFEROR'S CERTIFICATION:** I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

**16. International Shipments** ☐ Import to U.S.   ☐ Export from U.S.    Port of entry/exit:
Transporter signature (for exports only):    Date leaving U.S.:

**17. Transporter Acknowledgment of Receipt of Materials**

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |
| | | | | |

**18. Discrepancy**

**18a. Discrepancy Indication Space** ☐ Quantity   ☐ Type   ☐ Residue   ☐ Partial Rejection   ☐ Full Rejection

**18b. Alternate Facility (or Generator)**    Manifest Reference Number:
U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

**19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)**

| 1. | 2. | 3. | 4. |
|---|---|---|---|
| | | | |

**20. Designated Facility Owner or Operator:** Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

EPA Form 8700-22 (Rev. 3-05) Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)
Form Approved. OMB No. 2050-0039

| UNIFORM HAZARDOUS WASTE MANIFEST (Continuation Sheet) | 21. Generator ID Number | 22. Page 2of2 | 23. Manifest Tracking Number 002356277JJK |
|---|---|---|---|

24. Generator's Name   Warehouse 86
481 Airport Industrial Drive   Southhaven MS, 38671

25. Transporter _____ Company Name | U.S. EPA ID Number

26. Transporter _____ Company Name | U.S. EPA ID Number

| 27a. HM | 27b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 28. Containers No. | Type | 29. Total Quantity | 30. Unit Wt./Vol. | 31. Waste Codes |
|---|---|---|---|---|---|---|
| X | Toxic liquid Organic NOS 6, UN2810, PGII (Labpack) ERG:153 | 002 | DF | 0100 | P | NONE |
| X | Waste Corrosive liquid NOS 8, UN1760 PGII (Labpack) ERG:154 | 001 | DF | 0020 | P | D002 |
| X | Waste Isocyanate, Flammable toxic 3,6.1, PGII, UN2478 (Labpack) 155 | 001 | DF | 0020 | P | D001 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

32. Special Handling Instructions and Additional Information
2T→ 5) ZIH,5,(1x30DF)(1x5DF),6  ① ZY,8,(1x5DF)
6)ZI,7,(1x5DF)

| 33. Transporter _____ Acknowledgment of Receipt of Materials Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

| 34. Transporter _____ Acknowledgment of Receipt of Materials Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

35. Discrepancy

36. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

EPA Form 8700-22A (Rev. 3-05) Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

Please print or type. (Form designed for use on elite (12-pitch) typewriter.)

Form Approved. OMB No. 2050-003

| UNIFORM HAZARDOUS WASTE MANIFEST | 1. Generator ID Number | | 2. Page 1 of 1 | 3. Emergency Response Phone | 4. Manifest Tracking Number |
|---|---|---|---|---|---|
| | | | | 1-888 724 8366 | 002356276 JJK |

5. Generator's Name and Mailing Address

Warehouse 86
481 Airport Industrial Drive                    SAME
Generator's Phone: 662 393 9522 Southaven, MS 38671

Generator's Site Address (if different than mailing address)

6. Transporter 1 Company Name
HEPACO                                                                U.S. EPA ID Number

7. Transporter 2 Company Name
Pollution Control Industries                    U.S. EPA ID Number  VND000646943

8. Designated Facility Name and Site Address
5485 Victory Lane    Pollution Control Industries    U.S. EPA ID Number
Facility's Phone: 901 353 5291 Millington, TN 38053    TND000772186

| 9a. HM | 9b. U.S. DOT Description (including Proper Shipping Name, Hazard Class, ID Number, and Packing Group (if any)) | 10. Containers | | 11. Total Quantity | 12. Unit Wt./Vol. | 13. Waste Codes |
|---|---|---|---|---|---|---|
| | | No. | Type | | | |
| X | 1. RQ Waste Flammable liquid NOS 3, UN1993, PG II    ERG:128 | 001 | DM | 0200 | P | D001 |
| | 2. RCRA/DOT Non Regulated Material | 006 | DM | 1200 | P | NONE |
| | 3. RCRA/DOT Non Regulated Material | 001 | DF | 0100 | P | NONE |
| | 4. | | | | | |

14. Special Handling Instructions and Additional Information
1) D001783, 2V1, 1X55DM    3) 305616, 2V6, 1X30DF
2) 305616, 2V6, 6X55DM              CONF # WA0001A

15. GENERATOR'S/OFFEROR'S CERTIFICATION: I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If export shipment and I am the Primary Exporter, I certify that the contents of this consignment conform to the terms of the attached EPA Acknowledgment of Consent.
I certify that the waste minimization statement identified in 40 CFR 262.27(a) (if I am a large quantity generator) or (b) (if I am a small quantity generator) is true.

| Generator's/Offeror's Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

| 16. International Shipments | ☐ Import to U.S. | ☐ Export from U.S. | Port of entry/exit: | |
|---|---|---|---|---|
| Transporter signature (for exports only): | | | Date leaving U.S.: | |

17. Transporter Acknowledgment of Receipt of Materials

| Transporter 1 Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |
| Transporter 2 Printed/Typed Name | Signature | Month | Day | Year |
| | | | | |

18. Discrepancy

| 18a. Discrepancy Indication Space | ☐ Quantity | ☐ Type | ☐ Residue | ☐ Partial Rejection | ☐ Full Rejection |
|---|---|---|---|---|---|
| | | | Manifest Reference Number: | | |

18b. Alternate Facility (or Generator)                    U.S. EPA ID Number

Facility's Phone:

| 18c. Signature of Alternate Facility (or Generator) | | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

19. Hazardous Waste Report Management Method Codes (i.e., codes for hazardous waste treatment, disposal, and recycling systems)

| 1. | 2. | 3. | 4. |
|---|---|---|---|
| | | | |

20. Designated Facility Owner or Operator: Certification of receipt of hazardous materials covered by the manifest except as noted in Item 18a

| Printed/Typed Name | Signature | Month | Day | Year |
|---|---|---|---|---|
| | | | | |

EPA Form 8700-22 (Rev. 3-05)  Previous editions are obsolete.

DESIGNATED FACILITY TO DESTINATION STATE (IF REQUIRED)

**PCI**
Pollution Control Industries

POLLUTION CONTROL INDUSTRIES
LAB PACK - DRUM INVENTORY

PCI Drum #: _1_
PROCESS CODE: _LF_
Page _1_ of _1_

Generator Name: Warehouse 86
Generator EPA ID: CES06
DOT Shipping Name: Waste Flammable liquid NOS
Hazard Class: 3/6 II
UN/NA No: UN1993
ERG-128

PCI Profile #: WA0001
Generator Drum #: 1
Container Size/Type: 30DF
Drum Weight: _____
Lab Pack Type: Appendix  IV ____ V ____  All Other Waste ✓

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|-----|----------|---------------------|-------------|------------|----------|----------|------------------------------|
| 4 | 2L | Acetonitrile | D001 | L | G | | |
| 1 | 500ml | Formalin | D001 | L | P | | |
| 6 | 30z | Propanol, Methacrylate Polymer | D001 | L | P | | |
| 1 | 1lb | Titanium dioxide, n-Butyl Alcohol | D001 | L | P | | |
| 3 | 4gl6 | Petroleum distillates | D001 | 4S | M | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____    Signature: _____    Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber        Physical State:   S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised - 2/2006

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum # _____ 2

PROCESS CODE: _ZAP_

Page _1_ of _1_

Generator Name: _Warehouse #6_

Generator EPA ID: _CESQG_

DOT Shipping Name: _Waste Aerosol_

Hazard Class: _2.1_

UN/NA No: _Un1950_

PCI Profile # _____ WA0001

Generator Drum # _____ 2

Container Size/Type: _55 Dm_

Drum Weight: _____

Lab Pack Type: Appendix IV ____ V ____ All Other Waste ✓

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|-----|----------|----------------------|-------------|------------|----------|----------|-------------------------------|
| 10 | 16 | Aerosol Container (distillates) Acetone Propyl Acetate | D001 | A | M | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TO BE COMPLETED BY GENERATOR

FOR PCI USE ONLY!

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____

Signature: _____

Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber   Physical State: S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised - 2/2006

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum # _3_

PROCESS CODE: _ZI_

Page _1_ of _1_

PCI
Pollution Control Industries

Generator Name: _Warehouse #6_
Generator EPA ID: _CESQG_
DOT Shipping Name: _Waste Corrosive hand fluid_
Hazard Class: _Organic Nos & PG II_
UN/NA No: _UN/3265_

PCI Profile # _W/100 of_
Generator Drum # _3_
Container Size/Type: _30 DF_
Drum Weight: _____
Lab Pack Type:  Appendix  IV ____  V ____  All Other Waste ____

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|---|---|---|---|---|---|---|---|
| 111 | 2L | AIE RLC (Acetic Acid) | D002 | L | P | | |
| A | 2 gal | RA 3000 (Acetic Acid) | D002 | L | P | | |
| 1 | 2L | FIXER   Acetic Acid | D002 | L | P | | |
| A | 2L | (Centrisol) (Acetic Acid) | D002 | L | T | | |
| 11 | 2L | REPI CHEM   Acetic Acid | D002 | L | P | | |
| 11 | 2L | Acetic Acid | D002 | L | P | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**TO BE COMPLETED BY GENERATOR**

**FOR PCI USE ONLY!**

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance with 49 CFR 173.12.

Packaged By: _____    Signature: _____    Date: _____

Container Type:  G=Glass    M=Metal    P=Plastic    F=Fiber        Physical State:  S=Solid    L=Liquid    A=Aerosol    R=Residue (Sludge)

Revised - 2/2006

**PCI**
Pollution Control Industries

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum #: 4
PROCESS CODE: ZI

Page 1 of 1

Generator Name: Warehouse SC

Generator EPA ID: CESQG

DOT Shipping Name: Waste toxic Solid Inorganics

Hazard Class: 6.1 PGII

UN/NA No: UN 3288

PCI Profile #: WA 0001

Generator Drum #: _____

Container Size/Type: STF

Drum Weight: _____

Lab Pack Type:  Appendix  IV ____  V ____  All Other Waste ____

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|---|---|---|---|---|---|---|---|
| | | TO BE COMPLETED BY GENERATOR | | | | FOR PCI USE ONLY! | |
| 2 | 1 Lb. | Chromium and Nickel | D007 | S | P | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CERTIFICATION:  The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____    Signature: _____    Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber      Physical State:  S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised - 2/2006

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum # _____ 5

PROCESS CODE: _____ ZIH

Page __1__ of __1__

Pollution Control Industries

Generator Name: _____ Warehouse 86

Generator EPA ID: _____ OE506

DOT Shipping Name: _____ Toxic liquid Organic nos

Hazard Class: _____ 6.1 PG II

UN/NA No: _____ UN2810

PCI Profile # _____ W/A0001

Generator Drum # _____ 5

Container Size/Type: _____ 30DF

Drum Weight: _____

Lab Pack Type:  Appendix  IV _____  V _____  All Other Waste _____

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|---|---|---|---|---|---|---|---|
| 4 | 1Gal | Bifen (Insecticide) | — | L | P | | |
| 1 | 2Gal | Insecticide | — | L | P | | |
| 1 | 4lb | ISOLYSER | — | S | P | | |
| | | Chlorinated cyanurates <15% | | | | | |
| 1 | 1Gal | Disinfectant Cleaner | — | L | P | | |
| | | dimethyl benzyl ammonium | | | | | |
| | | chlorides | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TO BE COMPLETED BY GENERATOR

FOR PCI USE ONLY!

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____

Signature: _____

Date: _____

Container Type: G=Glass  M=Metal  P=Plastic  F=Fiber    Physical State:  S=Solid  L=Liquid  A=Aerosol  R=Residue (Sludge)

Revised - 2/2006

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum # _6_

PROCESS CODE: _ZIH_

Page _1_ of _1_

Generator Name: _Warehouse 86_

Generator EPA ID: _CESOG_

DOT Shipping Name: _Toxic liquid Organic Nos_

Hazard Class: _6.1 PGII_

UN/NA No: _UN2810_

PCI Profile # _WA0001_

Generator Drum # _6_

Container Size/Type: _5DF_

Drum Weight: _____

Lab Pack Type: Appendix IV _____ V _____ All Other Waste _____

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|-----|----------|----------------------|-------------|-----------|----------|----------|-------------------------------|
| 25 | 100ml | OXOJECT Oxytocin Injection | — | L | G | | |
| 1 | 1lb | CMK Calcium Magnesium potassium Dextrose | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____   Signature: _____   Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber   Physical State: S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised - 2/2006

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum #: 7
PROCESS CODE: ZI

Page 1 of 1

Pollution Control Industries

Generator Name: _Warehouse 86_
Generator EPA ID: _CESO6_
DOT Shipping Name: _Waste Corrosive liquid res_
Hazard Class: _8 PG II_
UN/NA No: _UN1760_

PCI Profile #: _WA0001_
Generator Drum #: _7_
Container Size/Type: _5DF_
Drum Weight: _____
Lab Pack Type: Appendix IV____ V____ All Other Waste ____

| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
|-----|----------|----------------------|-------------|------------|----------|----------|-------------------------------|
| 11 | 16ml | Hydroquinone potassium hydroxide | D002 | L | F | | |
| 1 | 1lb | Sodium hydroxide, potassium hydroxide | D002 | L | P | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TO BE COMPLETED BY GENERATOR | FOR PCI USE ONLY!

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____  Signature: _____  Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber   Physical State: S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised - 2/2006

**PCI**
Pollution Control Industries

**POLLUTION CONTROL INDUSTRIES**
**LAB PACK - DRUM INVENTORY**

PCI Drum #: _5_
PROCESS CODE: _ZY_
Page _1_ of _1_

Generator Name: _Warehouse 86_
Generator EPA ID: _CESQG_
DOT Shipping Name: _Waste Isocyanate, Flammable, toxic_
Hazard Class: _Nos  3,6.1  PG II_
UN/NA No: _UN2478_

PCI Profile #: _WA0001_
Generator Drum #: _5_
Container Size/Type: _5DF_
Drum Weight: _____
Lab Pack Type: Appendix  IV____  V____   All Other Waste _✓_

| | | TO BE COMPLETED BY GENERATOR | | | | FOR PCI USE ONLY! | |
|---|---|---|---|---|---|---|---|
| Qty | Ctn Size | Chemical Description | Waste Codes | Phys State | Ctn Type | Comments | Inbound Drum # OR Comp Drum # |
| 1111 | 1LL | Epoxy Resin (Foam) | — | L/S | P | | |
| 1 | 1L6 | cooper polyol puls | D001 | L/S | P | | |
| | | Methylene bisphenol  diisocyanate | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CERTIFICATION: The Listing above is an accurate and complete description of the contents of this drum and it is packed in accordance to 49 CFR 173.12.

Packaged By: _____   Signature: _____   Date: _____

Container Type: G=Glass   M=Metal   P=Plastic   F=Fiber    Physical State:   S=Solid   L=Liquid   A=Aerosol   R=Residue (Sludge)

Revised – 2/2006

February 15, 2008

**Warehouse 86**
**481 Airport Industrial Drive**
**Southaven, MS 38761**

**Chemical Inventory**

| | | |
|---|---|---|
| 1 | 55-gallon metal drum | Flammable Liquids Lab Pack |
| 1 | 55-gallon metal drum | Aerosols Lab Pack |
| 1 | 5-gallon poly | Pharmaceutical Lab Pack |
| 3 | 55-gallon metal drum | Non-Hazardous Lap Pack |
| 1 | Cylinder | Refrigerant Recovery |
| 1 | 5-gallon poly | Coconut Oil |
| 1 | 5-gallon poly | Synthetic Centrifugal Oil |
| 1 | 5-gallon poly | Gear Lubricant |
| 1 | 5-gallon poly | Axle Oil |
| 1 | 5-gallon poly | Clear Glaze Dipping |
| 1 | 5-gallon poly | Latex Paint |
| 3 | 5-gallon poly | Safety Melt |
| 1 | 5-gallon poly | Ballast Oil |
| 3 | 35-gallon poly | Corrosive Lap Pack |
| 4 | 1-gallon glass | Acetonitrile |
| 1 | 20-gallon poly | Unknown Liquid |
| 1 | 55-gallon metal | Poison Lab Pack |
| 2 | 35-gallon poly | Flammable Liquid Lap Pack |
| 12 | 5-gallon poly | Unknown Liquids |

Section 3
Mississippi Notification



# STATE OF MISSISSIPPI
## HALEY BARBOUR
### GOVERNOR
# MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY
### TRUDY D. FISHER, EXECUTIVE DIRECTOR

March 6, 2008

Warehouse 86
481 Airport Industrial Drive
Southaven, MS 38671

Attn: Joe Torres

RE: Hazardous Waste Temporary Identification Number

Dear Mr. Torres:

The following temporary hazardous waste identification number has been assigned to your facility.

## MSTMP0002470 – 481 Airport Industrial Drive, Southaven, MS

Temporary ID numbers may be issued if a cleanup or removal action is considered a one-time generation or an emergency removal action. If the removal is not considered an emergency, the number can only be used for the cleanup of a single site and the waste must be shipped within 90 days of the issue date. Multiple shipments of waste may be shipped from a single site under the same temporary ID number during this 90 day period. Temporary ID numbers may not be used for multiple sites, for a period exceeding 90 days, or for a regularly scheduled removal (parts washers, dry cleaning fluids).

**After a temporary ID number is issued, the Office of Pollution Control (OPC) must receive a manifest of waste shipped within 10 working days of shipment. If the quantity shipped is greater than 220 pounds the facility will be subject to the Waste Minimization Fee and all biennial and annual report requirements.**

Please review the data on the attached page for errors. It is important that this Office be notified in writing within seven (7) days of ANY changes of the information submitted on your notification form, including a decision to cancel the shipment. Acceptance of the temporary ID implies acceptance of these terms.

If there are any questions, please contact this office at (601) 961-5305.

Sincerely,

*Sonia Weddington*

Sonia Weddington
Data Integration Division

# TEMPORARY HAZARDOUS WASTE
# IDENTIFICATION NUMBER APPLICATION

**Date of Request** 3·05·08

**Facility Information:**

| | |
|---|---|
| Contact Person | JOE TORRES |
| Facility Name | WAREHOUSE 86 |
| Street Address | 481 AIRPORT INDUSTRIAL DR |
| Mailing Address | ~~SOUTHAVEN~~ |
| City, State, Zip | SOUTHAVEN, MS 38671 |
| Phone | (662) 393-5922 |

**Transporter Information:**

| | |
|---|---|
| Name | HEPACO |
| City, State | MEMPHIS, TN |

**TSD Facility Information:**

| | |
|---|---|
| Name | POLLUTION CONTROL INDUSTRIES |
| City, State | MILLINGTON, TN |

**Waste Information:**

| | |
|---|---|
| Quantity (lbs) | 220 - 120 - 15 = 355 |
| Shipment Date | 3·7·08 |
| EPA Waste Code | D001 - D002 - D007 |

**Consultant/Contractor:**

| | |
|---|---|
| Name | HEPACO |
| Address | 731 E. BROOKS RD |
| City, State, Zip | MEMPHIS, TN 38116 |
| Phone | (901) 345·6333 |
| FAX | (901) 353·5982 |

**Brief waste description:**

LABPACK OVERGOODS AND FLAMABLE CABINETS AFTER TORNADO