

**Serious experience for serious times.**

## BLANKET RAPID RESPONSE SERVICES AGREEMENT

### THIS AGREEMENT IS SUBJECT TO ARBITRATION

This AGREEMENT is entered into this _21st_ day of _March_ , 2007 by and between HEPACO, Inc. ("Contractor")

and **Warehouse 86**, which is a (X) Corporation, ( ) Partnership, ( ) Individual ("Client") whose principal office is located at _____

_481 Airport Industrial DR. Southaven, MS_ .

### I.  BACKGROUND

Contractor is a provider of emergency response and remediation services. Client desires to contract with Contractor to provide all emergency cleanup services, remediation services, and disposal and transportation of waste and cleanup materials/debris for Client, and Contractor desires to provide such services in accordance with the terms of this Agreement.

As part of Client's operations, there is a potential for property belonging to or in the custody/responsibility of Client to spill, be released or otherwise create an emergency condition(s) ("Emergency Condition(s)") that requires environmental emergency response, cleanup and remediation services. In order to eliminate or contain such Emergency Condition(s), as presently exist or may exist in the future, Client desires to engage Contractor to provide all environmental emergency response, cleanup and remediation services arising out of Client's operations and the occurrence of any such Emergency Condition(s) (the provision of such services, including the response, cleanup and subsequent remediation of Emergency Condition(s), being referred to as the "Emergency Cleanup Work").

Client desires to have Contractor perform all of its Emergency Cleanup Work associated with all of its Emergency Conditions, as presently exist(s) or may exist in the future, and Contractor desires to perform all such Emergency Cleanup Work.

### II.  AGREEMENT

**NOW, THEREFORE**, in consideration of the foregoing and the mutual promises, terms, and conditions set forth below, the parties hereto agree as follows:

#### 1.  Statement of Substance Involved:

Client acknowledges and warrants that all known documentation, including but not limited to Material Safety Data Sheets, bills of lading, manifests, or other documentation accurately describing the substances involved in the Emergency Cleanup Work have or will be provided to Contractor upon arrival at the location where the Emergency Cleanup Work is reasonably necessary ("Site") and by fax to Contractor. Client will communicate to the Contractor's representative any relevant change in the information or communication indicating that such change may be necessary and will communicate to Contractor any hazards or risks known, learned, or suspected by the Client to be incidental to the Emergency Cleanup Work under this Agreement.

#### 2.  Statement of Work:

Contractor's scope of work shall include, but shall not be limited to, providing all labor, equipment, and materials necessary to provide all Emergency Cleanup Work to investigate, analyze, manage, and control any Emergency Condition(s) as well as investigate, analyze, manage, control, and perform all emergency response and/or environmental remediation work resulting from such Emergency Condition(s) (the Emergency Cleanup Work necessitated by, associated with, relating to and/or arising out of each Emergency Condition being referred to as a "Project"). Contractor shall furnish the labor, equipment, materials, and services required in order to perform the Emergency Cleanup Work and all follow-up remediation work for each separate Project in accordance with all state and federal guidelines and rules as well as sound and prudent judgment. Contractor shall perform the Emergency Cleanup Work, and all included remediation work, for each Project at the Site and, if applicable, on the disposal facility(ies). Client acknowledges that the physical conditions at the Site, including, without limitation, constituents, characteristics, properties, and quantities of waste materials present, if known, which are relevant to the Emergency Cleanup Work have been supplied by Client to Contractor. "Waste materials" as used in this Agreement shall mean any material deposited at the Site and leachate or other substance produced by such materials. Where required by state and federal guidelines and rules and/or sound and prudent judgment, Contractor may, in its discretion, take such actions as it shall deem appropriate to prevent threatened personal injury or property damage. Any such actions taken by Contractor shall be deemed included in the Emergency Cleanup Work, and Client shall compensate Contractor for such actions on the basis of Contractor's then current standard rates for services and the use of equipment and materials of the type involved.

The Work shall be performed in accordance with the terms of this Agreement as well as the Time and Materials Rate Schedule and the Reimbursement Terms and Conditions as set forth in Exhibit "A" attached hereto and incorporated herein by reference. Client hereby acknowledges that it has received and reviewed or has had the opportunity to request copies of such Time and Materials Rate Schedule and the Reimbursement Terms and Conditions, and the terms and rates set forth therein for Contractor's Extra Work are reasonable and accepted by the Client.

**3.**   **Duration:**

This Agreement shall commence on the date set forth above and apply to any Emergency Condition(s), as such presently exist or may exist in the future, until the earlier of: (1) this Agreement is terminated by one of the parties in accordance with Section 7; or (2) if this Agreement was entered into at the time of and in response to an ongoing Emergency Condition, the Agreement shall continue in effect until Contractor completes all of the Emergency Cleanup Work in relation to the Project.

**4.**   **Commencement:**

Contractor shall commence the Emergency Cleanup Work associated with each Project as soon as possible and practicable after acceptance of same by Contractor and authorization to proceed (either orally or in writing) is provided by Client to Contractor. Upon such acceptance and notice, Contractor shall diligently pursue such Emergency Cleanup Work for the Project at issue until completion, including all response, clean-up and remediation work arising out of the Emergency Condition(s), and Client shall perform its obligations in accordance with the terms of the Agreement.

**5.**   **Payment:**

Client shall pay Contractor for labor, equipment, materials, reporting and administrative tasks, services and other items furnished in the performance of the Emergency Cleanup Work until completion or until the earlier termination of this Agreement in accordance with Section 7. Client shall pay Contractor in accordance with Contractor's Time and Materials Rate Schedule Form No. 101, Revision 9A, dated March 4, 2005 as well as Contractor's Reimbursement Terms and Conditions for Time and Materials Contracts (attached hereto and incorporated herein by reference as Exhibit A) for the commensurate labor, equipment, material, and subcontracting efforts directed in the performance of the Emergency Cleanup Work.

CLIENT HEREBY ACKNOWLEDGES AND WARRANTS THAT IT HAS RECEIVED AND REVIEWED THE TIME AND MATERIALS RATE SCHEDULE AND THE REIMBURSEMENT TERMS AND CONDITIONS AND THAT THE TERMS AND RATES SET FORTH THEREIN ARE REASONABLE AND ACCEPTED BY CLIENT.

Contractor may, from time to time, at the request of Client, provide a best estimate for Contractor's cost in performing the Emergency Cleanup Work on a specific Project. Such estimate or quote given by Contractor is ONLY AN ESTIMATE and not a firm contract price nor a "not to exceed" price. Client acknowledges that, despite any estimate given by Contractor, Client shall pay the invoice submitted by Contractor in accordance with the Time and Materials Rate Schedule and the Reimbursement Terms and Conditions attached hereto and incorporated herein by reference as Exhibit A.

Client hereby acknowledges that Contractor may reasonably adjust its Blanket Rapid Response Services Agreement or Time and Materials Rate Schedule from time to time, but in no event will Contractor adjust its Time and Materials Rate Schedule during the course of a Project under this Agreement with Client. Adjustments in the Time and Materials Rate Schedule shall be made by Contractor prior to or subsequent to Contractor's Emergency Cleanup Work of a Project that is the subject of this Agreement. Such adjustment of the Time and Materials Rate Schedule shall become effective upon Contractor providing Client with written notice of the adjustments.

Client's obligation to fully compensate Contractor pursuant to this Agreement shall not be conditioned upon the types, amounts, or availability of Client's insurance coverage. This includes, but is not limited to, the amounts owed to HEPACO by Client in accordance with the contract documents and the HEPACO Time and Materials Rate Schedule attached hereto and incorporated herein by reference as Exhibit A. Any money received by Client from any insurance carrier, reinsurance, self-insurance, or other fund or any third party in relation to the Work performed by HEPACO shall be paid to HEPACO within three calendar days of receipt by Client. Under no circumstances shall the opinions or analysis of adjusters, auditors, consultants or other third parties have any bearing on the terms or rates of payment under this Agreement.

By signing on this page below, Client consents to use of its credit card for payment of services performed by Contractor under this Agreement. If Client chooses to utilize its credit card for payment of Contractor's services performed under this Agreement, Client shall fill out the following information:

Credit Card Type: _____   Card Number: _____   Exp. Date: _____

Exact Name as it Appears on Card: _____

Billing Address: _____

Authorized Representative's Signature: _____

By signing above, Client agrees that all information above is valid. Client further attests that its signature above is authorization for Contractor to utilize its credit card for payment related to services performed by Contractor under this Agreement.

**6.**   **Indemnification:**

Each party hereby agrees to indemnify, save harmless and defend the other party from and against any and all liabilities, claims, penalties, suits, and costs and expenses incident hereto (including reasonable attorney's fees incurred by Contractor), which either party may hereafter incur, become responsible for or pay out as a result of performing Work on this project under this agreement including, but not limited to, death, personal injury to any person, destruction or damage to any property, contamination of or adverse effect on the environment, or any actual or alleged violation of any government law, ordinance, rule, regulations arising out of or related to Contractor's performance of the Work of this Agreement, except that nothing in this Agreement shall be construed to relieve either party for any liability arising out of the other party's negligence, whether said liability arises solely or in part out of such negligence.

7.    **Termination of Agreement:**

This Agreement may be terminated only as follows:

a.    <u>Without Cause</u>: Either party may terminate this Agreement without cause upon not less than sixty (60) days prior written notice.

b.    <u>For Cause</u>: Either party may terminate this Agreement at any time with cause if either party fails to keep, observe, or perform a material term, agreement, or provision of this Agreement and such breach remains unremedied for a continuous period of thirty (30) days after receipt of written notice from the non-defaulting party stating the specific default; provided, however, that if the breach cannot be reasonably cured within thirty (30) days, the defaulting party shall have a reasonable time within which to cure the default.

c.    <u>Termination of Agreement With or Without Cause by Either Party</u>: All outstanding monies due Contractor for work performed prior to the termination of this Agreement, plus overhead and profit in relation to the same, shall be due and payable as provided in Paragraph 5 above and Paragraph 9 of the Reimbursement Terms and Conditions for Time and Materials Contracts. All costs incurred by Contractor specified in the Time and Materials Rate Schedule prior to the termination of this Agreement, as well as the cost of securing the Site, work required to leave the Site in a reasonably safe condition, all demobilization costs, all costs and materials that cannot be returned, all restocking charges incurred, and all costs as specifically provided for in Paragraph 5, Paragraph 7, and Paragraph 8 below, shall be paid to Contractor as provided in Paragraph 5 above and Paragraph 9 of the Reimbursement Terms and Conditions for Time and Materials Contracts.

In the event of a termination for an alleged default by the Contractor, the Contractor shall be entitled to the payment specified herein within thirty (30) days of the termination, such payment being subject to adjustment at a later date following a final adjudication of the rights and liabilities of Client and Contractor by arbitration or a court of competent jurisdiction.

8.    **Arbitration:**

All claims, disputes, and other matters or questions arising out of or relating to this Agreement shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association unless the parties mutually agree otherwise. Judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof.

Contractor and Client expressly agree that the arbitrator(s) shall have the power and authority to grant reasonable attorneys' fees (including attorneys' fees based upon a contingency fee agreement) and costs incurred in resolving any claim or dispute arising out of or relating to this Agreement and, further, that the prevailing party shall be entitled to recover such reasonable attorneys' fees and costs. Such costs shall include, but are not limited to, any costs recoverable pursuant to the General Statutes of North Carolina, any filing or administrative fees of the American Arbitration Association, the cost of obtaining a hearing room for the arbitration proceedings, witness fees and costs (including both party and nonparty witnesses), the preparation of arbitration exhibits, and compensation of the arbitrator(s). HEPACO's witness fees and preparation cost will be calculated as provided in Paragraph 8 of the attached and incorporated Time and Materials Rate Schedule and the Reimbursement Terms and Conditions and will include, but are not limited to, travel costs, salary, meals, and lodging for any such HEPACO personnel.

The Demand for Arbitration shall be filed in writing with the other party to the Agreement and with the American Arbitration Association. A Demand for Arbitration shall be made within a reasonable time after the claim, dispute or other matter relating to the Agreement has arisen, and in no event shall be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matter will be barred by the applicable statute of limitations. The hearings will commence on or before 180 days after the demand for arbitration is filed. The hearing will continue on consecutive business days until the proceedings are concluded.

With respect to any arbitration, the parties agree that the arbitrator(s) shall follow and give effect to each party's contract rights and responsibilities, and that those rights shall be interpreted and enforced in a manner consistent with the laws of the State of North Carolina. The failure of the arbitrator(s) to give effect to the contract, or render a decision that is inconsistent with North Carolina law shall be grounds for an appeal by Contractor. Any such appeal shall be heard by an appropriate Superior Court, Mecklenburg County, North Carolina.

**9.     Notice:**

Any notice or other communication to be given under this Agreement shall be in writing and effective when delivered personally or through private delivery services (e.g., Federal Express), when mailed by certified mail, return receipt requested, or by facsimile as follows:

HEPACO, Inc.
P.O. Box 26308, Charlotte, North Carolina  28221-6308
ATTN: Ronald L. Horton, Sr.
Telephone: (704) 598-9782  •  Facsimile: (704) 598-7823

CLIENT: _Warehouse 86_

Address: _481 Airport Industrial DR. Suite 110 SouthAven MS_

Telephone: _____

Facsimile: _____

e-mail: _____

**10.     Law and Venue:**

The validity, interpretation and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina. This Agreement shall also be deemed to have been made under the laws of the State of North Carolina. All arbitrations or other proceedings between Contractor and Client arising out of or relating to this Agreement shall be conducted in Charlotte, Mecklenburg County, North Carolina.

**11.     Severability:**

If any provision of this Agreement or its application to any person or circumstance shall be invalid or unenforceable to any extent, the remainder of this Agreement and application of its provisions to the other persons or circumstances shall not be affected and shall be enforced to the greatest extent permitted by law.

**12.     Assignment:**

This Agreement may not be assigned by either party without the prior written consent of the other party and shall be binding upon and shall endure to the benefit of all approved transferees, assigns, and successors in interest of any kind of the parties hereto.

**13.     Headings:**

The headings contained in this Agreement are for convenience and reference only and are not intended to define, limit, or describe the scope or intent of any provision of this Agreement.

**14.     Entire Agreement:**

This Agreement, including the Time and Material Rate Schedule and the Reimbursement Terms and Conditions attached hereto as Exhibit "A" and incorporated herein by reference, represents the entire understanding and agreement between the parties hereto relating to the Emergency Cleanup Work and follow-up Remediation Work, and supersedes any and all prior agreements, whether written or oral, that may exist between the parties regarding the same. No amendment or modifications to this Agreement or any waiver of any provision hereof shall be effective unless in writing signed by the party so to be bound thereby.

CLIENT ACKNOWLEDGES HAVING HAD AN OPPORTUNITY TO HAVE THE TERMS OF THIS AGREEMENT, AS WELL AS ANY ATTACHMENTS HERETO, REVIEWED BY LEGAL COUNSEL PRIOR TO THE EXECUTION HEREOF AND, FURTHER, CLIENT ACKNOWLEDGES THAT THE TERMS HEREIN ARE REASONABLE.

CONTRACTOR: HEPACO, Inc.                          CLIENT: Warehouse 86

BY: _____                        BY: _____

Printed Name: _Neville Anderson_                  Printed Name: _Eric L. Eilertsen_

Title: _Vice President_                            Title: _CEO, W86_

Date: _4/5/07_  Time: _10:00_  ☑ a.m.  ☐ p.m.     Date: _3-21-07_  Time: _8:00_  ☐ a.m.  ☑ p.m.



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | HOURLY RATES | | |
| | | Straight Time | Premium Rates | |
| | JOB CATEGORY | | Overtime | Holiday Time |
|---|---|---|---|---|
| L1 | Principal/Officer | $125.00 | $125.00 | $250.00 |
| L2 | Specialist High Hazards | $162.00 | $243.00 | $324.00 |
| L3 | Specialist Chemical Transfer | $135.00 | $202.50 | $270.00 |
| L4 | Emergency Response Manager | $125.00 | $187.50 | $250.00 |
| L5 | Certified Industrial Hygienist | $115.00 | $172.50 | $230.00 |
| L6 | Project Manager | $110.00 | $165.00 | $220.00 |
| L7 | IT/Communication Manager | $110.00 | $165.00 | $220.00 |
| L8 | Technician High Hazards | $108.00 | $162.00 | $216.00 |
| L9 | Senior Health/Safety Specialist | $90.00 | $135.00 | $180.00 |
| L10 | Project Engineer, Senior Engineer, Geologist | $70.00 | $105.00 | $140.00 |
| L11 | Regulatory Manager | $85.00 | $127.50 | $170.00 |
| L12 | Technician Chemical Transfer | $81.00 | $121.50 | $162.00 |
| L13 | Chemist/T&D Coordinator, Soil Scientist | $80.00 | $120.00 | $160.00 |
| L14 | Safety & Training Specialist | $70.00 | $105.00 | $140.00 |
| L15 | Supervisor/General | $70.00 | $105.00 | $140.00 |
| L16 | Team Leader | $70.00 | $105.00 | $140.00 |
| L17 | Boat Captain | $63.00 | $94.50 | $126.00 |
| L18 | Foreman/General | $56.00 | $84.00 | $112.00 |
| L19 | Mech./Carp./Welder/Elect./Plumb. | $55.00 | $82.50 | $110.00 |
| L20 | Equipment Operator | $54.00 | $81.00 | $108.00 |
| L21 | Supervisor (ACM, Lead, IAQ) | $53.00 | $79.50 | $106.00 |
| L22 | Truck Driver | $50.00 | $75.00 | $100.00 |
| L23 | Spill Response Technician | $48.50 | $72.75 | $97.00 |
| L24 | Technician | $46.00 | $69.00 | $92.00 |
| L25 | Project Accountant | $38.00 | $57.00 | $76.00 |
| L26 | Foreman (ACM) | $36.00 | $54.00 | $72.00 |
| L27 | Technician - IAQ & Abatement | $36.00 | $54.00 | $72.00 |
| L28 | Administrative Assistant | $33.00 | $49.50 | $66.00 |
| L29 | Clerical | $33.00 | $49.50 | $66.00 |

| PER DIEM | | | |
|---|---|---|---|
| L30 | Motel (as needed basis) | Cost + 20% | |
| L31 | Per Diem | $95.00 per day | |
| L32 | Government Projects – Not to Exceed | FAR | |

| PERSONAL PROTECTIVE EQUIPMENT (PPE) | | | |
|---|---|---|---|
| PPE1 | Level A (per Person) – Includes First SCBA Bottle | $75.00 | per hour |
| PPE2 | Level B (per Person) – Includes First SCBA Bottle | $40.00 | per hour |
| PPE3 | Level C (per Person) – Includes First Set of Filters | $27.00 | per hour |
| PPE4 | Level D (per Person) | $7.50 | per hour |
| PPE5 | Turn Out Gear | $95.00 | per hour |
| PPE6 | Lock Out/Tag Out Kit | $10.00 | per hour |
| PPE7 | Full Body Harness | $12.00 | per hour |
| PPE8 | Emergency Burn Kit | $72.00 | per hour |
| PPE9 | Blood-Borne Pathogen Kit | $3.00 | per hour |
| PPE10 | Portable Oxygen | $4.50 | per hour |
| PPE11 | Personnel Retrieval System | $47.00 | per hour |
| PPE12 | Retrieval Device (winch) | $21.00 | per hour |
| PPE13 | Cascade Air System | $19.00 | per hour per man |



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| PPE14 | Breathing Air Line | $0.95 | per hour per foot |
| PPE15 | Escape Pack (5 minute) | $6.50 | per hour |
| PPE16 | High Pressure Compressor (Grade D) | $41.00 | per hour |
| PPE17 | Portable H.P. Vessel | $79.00 | per hour |
| PPE18 | SCBA Bottles - Refill | $40.00 | each |
| PPE19 | Portable Eye Wash Station | $8.50 | per hour |
| PPE20 | Air Filtration Panel w/Alarms | $33.00 | per hour |
| PPE21 | Chest Waders | $10.00 | per hour |
| PPE22 | First Aid Station | $4.00 | per hour (plus expendables) |
| PPE23 | Life Jacket | $2.50 | per hour |
| PPE24 | Cool Vest | $15.00 | per hour |
| PPE25 | Flash Suits | $41.00 | per hour |
| PPE26 | Rain Suits | $6.00 | per hour |
| PPE27 | Nomex Coveralls | $28.00 | per hour |
| PPE28 | Orange Safety Vests | $1.00 | per hour |
| PPE29 | Wader Boots | $6.00 | per hour |
| PPE30 | PVC Steel Toe Boots | $5.00 | per hour |
| PPE31 | Steel Toe Rubber Boots | $4.00 | per hour |
| PPE32 | Chemical Boots | $9.00 | per hour |
| PPE33 | Firefighting Boots | $22.00 | per hour |
| PPE34 | Lanyard | $3.00 | per hour |
| **VEHICLES – ROLLING STOCK** | | | |
| V1 | Mobile Command Center (53') | $185.00 | per hour |
| V2 | Command Center Trailer 30' | $96.00 | per hour |
| V3 | Emergency Response Trailer (12' to 14') | $54.00 | per hour |
| V4 | Emergency Response Trailer (24') | $83.00 | per hour |
| V5 | Emergency Response Trailer (32') | $93.00 | per hour |
| V6 | Chemical Transfer Trailer | $71.00 | per hour |
| V7 | Boom Trailer 18' (Boom not included) | $36.00 | per hour |
| V8 | Boom Trailer 24" (Boom not included) | $47.00 | per hour |
| V9 | Decontamination Trailer | $38.00 | per hour |
| V10 | End Dump Trailer | $65.00 | per hour |
| V11 | Road Tractor | $65.00 | per hour |
| V12 | Stainless Steel Vac Tanker | $107.00 | per hour |
| V13 | Stainless Steel Tanker | $95.00 | per hour |
| V14 | Tanker with Vain Pump | $92.00 | per hour |
| V15 | 406 Tanker | $85.00 | per hour |
| V16 | Frame Truck | $46.00 | per hour |
| V17 | 10 Ton Boom Truck | $63.00 | per hour |
| V18 | 15 Ton Boom Truck | $67.00 | per hour |
| V19 | Service Truck | $35.00 | per hour |
| V20 | Flat Trailer (up to 10 ton) | $10.00 | per hour |
| V21 | Flat Trailer (10 ton - 25 ton) | $35.00 | per hour |
| V22 | Flat Trailer (25 ton - 55 ton) | $45.00 | per hour |
| V23 | VTU Trailer | $16.00 | per hour |
| V24 | 12' - 16' Utility Trailer | $14.00 | per hour |
| V25 | Vacuum Truck (3,000-3,500 Gal.) | $125.00 | per hour |
| V26 | Liquid Ring Vacuum Truck | $150.00 | per hour |
| V27 | Air Mover Vacuum Truck w/ Rotary Vane | $175.00 | per hour |
| V28 | Hydroblast Truck | $260.00 | per hour |



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| V29 | HyRail Vacuum Truck | $245.00 | per hour |
|-----|---------------------|---------|----------|
| V30 | Vacuum Truck/Trailer Clean Out Charge | $400.00 | each |
| V31 | Vec Loader (Stainless Steel) | $142.50 | per hour |
| V32 | Vacuum Trailer (1,200 Gal.) | $45.00 | per hour |
| V33 | Thermal Oxidizer Unit | $3,200.00 | per week |
| V34 | Pick-up Truck (3/4 Ton and 1/2 Ton) | $14.00 | per hour |
| V35 | Pick-up Truck (Crew Cab 3/4 Ton) | $22.00 | per hour |
| V36 | Pick-Up Truck (Crew Cab 1 Ton) | $16.00 | per hour |
| V37 | Pick-up Truck (4 Wheel Drive) | $18.00 | per hour |
| V38 | 1 Ton Flatbed | $22.00 | per hour |
| V39 | 1 Ton Flatbed (Crew Cab) | $20.00 | per hour |
| V40 | 1 Ton Flatbed (4 Wheel Drive) | $22.00 | per hour |
| V41 | 1 Ton Flatbed (Crew Cab / 4 Wheel Drive) | $27.00 | per hour |
| V42 | Sport Utility Vehicle | $22.00 | per hour |
| V43 | ATV Vehicles | $32.00 | per hour |
| V44 | Crew Van | $16.00 | per hour |
| V45 | Passenger Sedan | $14.00 | per hour |
| V46 | Box Truck (16' to 24') | $32.00 | per hour |
| V47 | Box Truck (10' to 14') | $22.00 | per hour |
| V48 | Cube Van | $18.00 | per hour |
| V49 | Dump Truck | $46.00 | per hour |
| V50 | 45' Box Trailer | $10.00 | per hour |
| V51 | High Pressure Type C Compressor & Trailer | $77.00 | per hour |
| V52 | Ventilation/Decontamination Trailer | $200.00 | per hour |
| V53 | Vehicle Use - Pick-Ups, Vans, Cars | $0.50 | per mile |
| V54 | Vehicle Use – Large Trucks | $1.87 | per mile |
| V55 | Decontamination Charge | Cost + 20% | |
| V56 | Miscellaneous Rentals | Cost + 20% | |
| **BOATS AND MARINE EQUIPMENT** | | | |
| B1 | 21 Ft. Seacat - (Twin Screw) | $90.00 | per hour |
| B2 | Sea Doo | $70.00 | per hour |
| B3 | Workboat (21' - 30') | $57.00 | per hour |
| B4 | Workboat (17' - 20') | $34.00 | per hour |
| B5 | Workboat (12' - 16') | $32.00 | per hour |
| B6 | Workboat (up to 12') | $12.00 | per hour |
| B7 | Boat Motor (15 – 30 HP) | $20.00 | per hour |
| B8 | Boat Motor (31 – 50 HP) | $40.00 | per hour |
| B9 | OSRV 56' Steel Hull Workboat | $250.00 | per hour |
| B10 | OSRV 65' Crew Workboard | $350.00 | per hour |
| B11 | Anchor - (10 – 100 lb.) | $5.00 | per hour |
| **HEAVY EQUIPMENT** | | | |
| HEQ1 | Backhoe 416B | $35.00 | per hour |
| HEQ2 | Backhoe 416B - Extend-A-Hoe / 4-in-one Bucket | $44.00 | per hour |
| HEQ3 | Backhoe 416B - 4WD Extend-A-Hoe / 4-in-one Bucket | $50.00 | per hour |
| HEQ4 | Backhoe 416C IT | $55.00 | per hour |
| HEQ5 | Bobcat | $32.50 | per hour |
| HEQ6 | Bobcat Sweeper Attachment (when rented with Bobcat) | $8.00 | per hour |
| HEQ7 | Bobcat Sweeper Brush Wear<br>in addition to Sweeper Rental | $150.00 | per inch diameter |
| HEQ8 | Bobcat Fork Attachment (when rented with Bobcat) | $9.00 | per hour |



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| HEQ9 | Bobcat Trailer (when rented with Bobcat) | $10.00 | per hour |
| HEQ10 | 5000-Lb Forklift – All Terrain 4 x 4 | $60.00 | per hour |
| HEQ11 | Forklift – Telescopic Boom Material Handler | $50.00 | per hour |
| HEQ12 | 1/2 Yard Skid Steer | $50.00 | per hour |
| HEQ13 | JD 544 Rubber Tire Loader or equivalent | $68.00 | per hour |
| HEQ14 | JD 644 Rubber Tire Loader or equivalent | $92.00 | per hour |
| HEQ15 | JD 744 Rubber Tire Loader or equivalent | $156.00 | per hour |
| HEQ16 | CAT 943 Track Loader or equivalent | $59.00 | per hour |
| HEQ17 | CAT 953 Track Loader or equivalent | $89.00 | per hour |
| HEQ18 | CAT 963 Track Loader or equivalent | $105.00 | per hour |
| HEQ19 | Mini Excavator | $42.00 | per hour |
| HEQ20 | PC 150 Excavator or equivalent | $78.00 | per hour |
| HEQ21 | PC 220 Excavator or equivalent | $117.00 | per hour |
| HEQ22 | PC 300 Excavator or equivalent | $130.00 | per hour |
| HEQ23 | D4 Bulldozer or equivalent | $69.00 | per hour |
| HEQ24 | D5 Bulldozer or equivalent | $78.00 | per hour |
| HEQ25 | D6 Bulldozer or equivalent | $111.00 | per hour |
| HEQ26 | Hydraulic Drum / Claw Grappler | $48.00 | per hour |
| HEQ27 | Double Barrel Fork Lift Grappler | $10.00 | per hour |
| HEQ28 | Hydraulic Shears 490 Ton | $165.00 | per hour |
| HEQ29 | Hydraulic Shears 200 Ton | $81.00 | per hour |
| HEQ30 | Hydraulic Ho-Ram 215/330 | $35.00 | per hour |
| HEQ31 | Hydraulic Ho-Ram 580 | $19.00 | per hour |
| HEQ32 | Hydraulic Ho Ram Bobcat | $13.00 | per hour |
| HEQ33 | Hydraulic Power Pack | $94.00 | per hour |
| HEQ34 | Man Lift- Scissor to 26' | $27.00 | per hour |
| HEQ35 | Man Lift – Snorkel to 40' | $44.00 | per hour |
| HEQ36 | Drill Rig - Mobile B47 | $260.00 | per hour |
| HEQ37 | Drill Rig - Mobile B53, 4WD | $330.00 | per hour |
| HEQ38 | Geoprobe Direct Push Sampler | $240.00 | per hour |
| HEQ39 | Pressure Grouting Machine | $260.00 | per hour |
| HEQ40 | Fuel, Maintenance, & Mobilization | Cost + 20% | |
| **RECOVERY / TREATMENT / STORAGE EQUIPMENT** | | | |
| R1 | 72" Barrel Skimmer | $182.00 | per hour |
| R2 | 36" Barrel Skimmer | $100.00 | per hour |
| R3 | Manta Ray Skimmer | $68.00 | per hour |
| R4 | Duck Bill Skimmer | $37.00 | per hour |
| R5 | High Speed Weir Skimmer 450 HP | $150.00 | per hour |
| R6 | Oil Mop w/100' x 4" Mop | $59.00 | per hour |
| R7 | Oil Recovery System Scavenger | $19.00 | per hour |
| R8 | Up to 17" Containment Boom (per foot) | $0.28 | per hour |
| R9 | 18" Containment Boom (per foot) | $0.35 | per hour |
| R10 | Shower Filtration Pump | $6.00 | per hour |
| R11 | Centrifugal Pump | $40.00 | per hour + REBUILD |
| R12 | Pneumatic Pump | $44.00 | per hour + REBUILD |
| R13 | B-K Hand Pump | $9.00 | per hour + REBUILD |
| R14 | GrandFos 2" Redi-flo Pump | $18.00 | per hour + REBUILD |
| R15 | 1" Electric Pump | $8.00 | per hour + REBUILD |
| R16 | 1" Polypropylene Pump | $16.00 | per hour + REBUILD |
| R17 | Submersible (2') Pump | $37.00 | per hour + REBUILD |



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| R18 | 2" Viton Pump | $44.00 | per hour + REBUILD |
| R19 | 2" Stainless Steel Diaphragm Pump | $31.00 | per hour + REBUILD |
| R20 | 2" Diaphragm Pump | $31.00 | per hour + REBUILD |
| R21 | 2" Trash Pump | $24.00 | per hour + REBUILD |
| R22 | 3" Diaphragm Pump | $35.00 | per hour + REBUILD |
| R23 | 3" Stainless Steel Pump | $38.00 | per hour + REBUILD |
| R24 | 3" Trash Pump | $28.00 | per hour + REBUILD |
| R25 | 4" Diaphragm Pump | $38.00 | per hour + REBUILD |
| R26 | PVC Siphon Pump | $10.00 | per hour + REBUILD |
| R27 | Corken Pump | $107.00 | per hour + REBUILD |
| R28 | Rotary Vain Pump (3") | $82.00 | per hour + REBUILD |
| R29 | ¾" – 1" Acid Hose | $2.78 | per foot per hour |
| R30 | Air Tool Hose | $0.20 | per foot per hour |
| R31 | Industrial Water Hose | $0.12 | per foot per hour |
| R32 | Fire Hose | $1.38 | per foot per hour |
| R33 | 2" Discharge Hose | $0.41 | per foot per hour |
| R34 | 3" Discharge Hose | $0.70 | per foot per hour |
| R35 | 2" Chemical Suction Hose | $3.30 | per foot per hour |
| R36 | 3" Chemical Suction Hose | $5.22 | per foot per hour |
| R37 | 2" Reg. Suction Hose | $0.83 | per foot per hour |
| R38 | 3" Reg. Suction Hose | $1.26 | per foot per hour |
| R39 | 4"/6" Reg. Suction Hose | $1.95 | per foot per hour |
| R40 | 4"/6" Chemical Suction Hose | $6.50 | per foot per hour |
| R41 | Flex Vacuum Hose (Up to 6" diameter) | $0.57 | per foot per hour |
| R42 | 6" Aluminum Vacuum Pipe | $1.70 | per foot per hour |
| R43 | 6" Aluminum Fittings (90's, 45's, etc.) | $5.75 | per hour |
| R44 | 6" Aluminum Wye's | $13.25 | per hour |
| R45 | Hydraulic Hose | $1.00 | per foot per hour |
| R46 | Steam Hose | $4.50 | per foot per hour |
| R47 | Anhydrous Ammonia Hose | $6.76 | per foot per hour |
| R48 | Liquefied Petroleum Gas Hose | $5.00 | per foot per hour |
| R49 | Monel/Chlorine Hose | $11.00 | per foot per hour |
| R50 | Polyethylene, Cross Link Hose | $2.88 | per foot per hour |
| R51 | Teflon, Rubber Jacketed Hose | $7.50 | per foot per hour |
| R52 | Teflon, Stainless Steel Wrapped Hose (1") | $7.50 | per foot per hour |
| R53 | Teflon, Stainless Steel Wrapped Hose (2") | $10.50 | per foot per hour |
| R54 | Stainless Steel Transfer Hose (2") | $4.12 | per foot per hour |
| R55 | Stainless Steel Transfer Hose (1") | $3.50 | per foot per hour |
| R56 | Truck Mounted Compressor | $22.00 | per hour |
| R57 | 125 CFM Air Compressor (without fuel) | $18.00 | per hour |
| R58 | 185 CFM Air Compressor (without Fuel) | $21.00 | per hour |
| R59 | 825 CFM Compressor | $54.00 | per hour |
| R60 | Corken Compressor | $137.00 | per hour + REBUILD |
| R61 | Boiler (up to 40 HP) | $100.00 | per hour |
| R62 | Boiler (40 - 75 HP) | $180.00 | per hour |
| R63 | Digital Tachometer | $3.00 | per hour |
| R64 | Standard Fittings Charge for Transfer | $69.00 | per hour |
| R65 | Inert Purging System (nitrogen not included) | $27.00 | per hour |
| R66 | Betts Emergency Unloading Fixture | $182.00 | per hour |
| R67 | Holding Pool 10K (w/o Liner) | $30.00 | per hour |



**EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE**

| R68 | Holding Pool 50K (w/o Liner) | $56.00 | per hour |
|------|------|------|------|
| R69 | Flash Mixer | $8.00 | per hour |
| R70 | Fuel Cell (50 Gal.) | $10.00 | per hour |
| R71 | Poly/Steel Tank 250 to 500 Gal. | $7.00 | per hour |
| R72 | Poly Tank 501 to 1,000 Gal. | $13.00 | per hour |
| R73 | Poly Tank 1,001 to 2,000 Gal. | $19.00 | per hour |
| R74 | Poly Tank 2,000 to 2,500 Gal. | $28.00 | per hour |
| R75 | Poly Tank 2,501 to 5,000 Gal. | $50.00 | per hour |
| R76 | 21,000 Gallon Frac Tank | $13.00 | per hour |
| R77 | 21,000 Gallon Frac Tank Stainless | $31.00 | per hour |
| R78 | Roll Off Box | $5.00 | per hour |
| R79 | Sludge Box | $6.00 | per hour |
| R80 | Hazwaste Box | $9.00 | per hour |
| R81 | Vacuum Box | $10.00 | per hour |
| R82 | Drum Vacuum - single head | $32.00 | per hour |
| R83 | Drum Vacuum - dual head | $38.00 | per hour |
| R84 | Mixing Bucket Attachment | $65.00 | per hour |
| R85 | Mobile Groundwater Treatment Unit | $190.00 | per hour |
| R86 | Mobile Liquid Ring Groundwater Treatment Unit | $275.00 | per hour |
| R87 | Oil Water Separator (10 GPM) | $95.00 | per hour |
| R88 | 2" Portable Bag Filter (100 GPM) | $180.00 | per hour |
| R89 | Carbon Filter (800 - 1,200 lb.) | $130.00 | per hour |
| R90 | Carbon Filter (400 lb.) | $95.00 | per hour |
| R91 | Carbon Filter (200 lb.) | $75.00 | per hour |
| R92 | Haz Hammock | $55.00 | per hour |
| R93 | Hose & Equipment, Cleaning, Repair | Cost + 20% | |
| **MISCELLANEOUS EQUIPMENT** | | | |
| ME1 | Tent | $28.00 | per hour |
| ME2 | Portable Light Stand | $37.00 | per hour |
| ME3 | Intrinsically Safe Light | $18.00 | per hour |
| ME4 | Light Plant | $38.00 | per hour |
| ME5 | Water Heater | $9.00 | per hour |
| ME6 | Space Heater | $12.00 | per hour |
| ME7 | Pipe Threader / Tripart Pipe Stand/Roller Stand | $47.00 | per hour |
| ME8 | Portable Lights | $5.00 | per hour |
| ME9 | Water Cooler | $2.00 | per hour |
| ME10 | Safety Fence | $1.00 | per foot per hour |
| ME11 | Air Tank | $2.00 | per hour |
| ME12 | Drain Pan | $2.00 | per hour |
| ME13 | Pump Sprayer | $5.00 | per hour |
| ME14 | Drill | $5.00 | per hour |
| ME15 | Sawzall | $5.00 | per hour |
| ME16 | Pig Tail | $4.00 | per hour |
| ME17 | Sand Blaster | $19.00 | per hour |
| ME18 | 350 AMP Welder | $45.00 | per hour |
| ME19 | Cutting Torch | $3.00 | per hour |
| ME20 | GFCI Plugs | $4.00 | per hour |
| ME21 | GFI Circuit Panel Boards | $16.00 | per hour |
| ME22 | Battery Charger | $8.00 | per hour |
| ME23 | Generator - Up to 5 KW | $27.00 | per hour |



**Serious experience for serious times.**

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| ME24 | Generator - 6-30 KW | $45.00 | per hour |
| ME25 | Generator - 30-50 KW | $60.00 | per hour |
| ME26 | Generator - 51-100 KW | $75.00 | per hour |
| ME27 | Extension Cords (Each) | $3.00 | per hour |
| ME28 | Grounding Cable & Rod (Each) | $10.00 | per hour |
| ME29 | Airless Sprayer - Standard | $10.00 | per hour |
| ME30 | Airless Sprayer - 30 to 1 | $22.00 | per hour |
| ME31 | Airless Sprayer - 45 to 1 | $29.00 | per hour |
| ME32 | Steam Cleaner | $41.00 | per hour |
| ME33 | Pressure Cleaner - 2500 psi | $48.00 | per hour |
| ME34 | Hot Water Pressure Washer 3000/4000 psi | $53.00 | per hour |
| ME35 | High Pressure Washer - 10,000 psi (28 gal/min) | $110.00 | per hour |
| ME36 | High Pressure Washer - 10,000 psi (70 gal/ min) | $148.00 | per hour |
| ME37 | Scaffolding & Rigging (Per Section) | $7.00 | per hour |
| ME38 | Air Blower | $4.00 | per hour |
| ME39 | Roof Saw | $34.00 | per hour |
| ME40 | Chain Saw | $15.00 | per hour |
| ME41 | Skill Saw | $6.00 | per hour |
| ME42 | Cut Off Saw | $34.00 | per hour |
| ME43 | Weedeater | $6.00 | per hour |
| ME44 | Wind Resistant DOT Sign Stand | $12.00 | per hour |
| ME45 | Lane Closure Sign | $4.00 | per hour |
| ME46 | DOT Barrel with Base | $2.00 | per hour |
| ME47 | 36" DOT Traffic Cone | $1.50 | per hour |
| ME48 | Stop / Slow Hand Held Sign | $1.00 | per hour |
| ME49 | Traffic Flags | $1.00 | per hour |
| ME50 | Triangle Reflector | $1.00 | per hour |
| ME51 | Ventilator | $20.00 | per hour |
| ME52 | Triangle Flare Kit | $2.00 | per hour |
| ME53 | Drum Wrench | $2.00 | per hour |
| ME54 | Infrared VAT Machine | $20.00 | per hour |
| ME55 | Concrete Saw (Walk Behind) | $22.00 | per hour |
| ME56 | Shop Vac | $3.00 | per hour |
| ME57 | Mercury Vac | $35.00 | per hour |
| ME58 | HEPA Vac | $22.00 | per hour |
| ME59 | Back Vac | $11.00 | per hour |
| ME60 | AFD/Negative Air Machine (w/o Filters) | $19.00 | per hour |
| ME61 | Non-Sparking Tool Set (Reconditioning Additional, if required) | $38.00 | per hour |
| ME62 | Tanker Tapping Kit | $41.00 | per hour |
| ME63 | Dome Clamps (Each) | $8.00 | per hour |
| ME64 | Midland Kit | $195.00 | per hour |
| ME65 | "A", "B", or "C" Kit | $135.00 | per hour |
| ME66 | Tank Cleaning Nozzles 2" | $18.00 | per hour |
| ME67 | Tank Cutter | $5.00 | per hour |
| ME68 | Demolition Hammer | $32.00 | per hour |
| ME69 | Floor Scrubber | $12.00 | per hour |
| ME70 | Inert Gas Powered Tools (Each) | $41.00 | per hour |
| ME71 | Air Tools (Each) | $6.00 | per hour |
| ME72 | Debris Cart | $4.00 | per hour |



Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| ME73 | Wheelbarrow | $2.00 | per hour |
| ME74 | Pallet Jack | $12.00 | per hour |
| ME75 | Step Ladders | $2.00 | per hour |
| ME76 | Extension Ladders | $6.00 | per hour |
| ME77 | Quick Frame II | $850.00 | per hour |
| ME78 | Quick Frame III | $1,275.00 | per hour |
| ME79 | Pro Mag VI | $3,300.00 | per hour |
| ME80 | Fuel Cans | $2.00 | per hour |
| ME81 | Blast Protection Shield | $32.00 | per hour |
| ME82 | Cylinder Containment Device | $200.00 | per hour |
| ME83 | Cylinder Tapping Device | $400.00 | per hour |
| ME84 | Drum Dolly | $6.00 | per hour |
| ME85 | Drum Lifter | $7.00 | per hour |
| ME86 | Drum Opener (Remote) | $63.00 | per hour |
| ME87 | Drum Sling | $9.00 | per hour |
| ME88 | Drum Hoist | $8.00 | per hour |
| ME89 | Portable Shower | $9.00 | per hour |
| ME90 | Portable Latrine | $12.00 | per hour |
| ME91 | Rotary Brush & Air Wash System | $27.00 | per hour |
| ME92 | Carpet Extractor (4 Gallon) | $22.00 | per hour |
| ME93 | Air Mover Fan | $9.00 | per hour |
| ME94 | Wall Drying Device | $34.00 | per hour |
| ME95 | Dehumidifier | $26.00 | per hour |
| ME96 | Air Scrubber (Filters not included) | $47.00 | per hour |
| ME97 | Fire Extinguisher | $5.00 | per hour |
| ME98 | Miscellaneous | Cost + 20% | |
| **MATERIALS/DISPOSABLES** | | | |
| M1 | Sandblasting Sand (50 - Lb.) | $32.00 | each |
| M2 | Filtration Sand (No. 20) | $25.00 | each |
| M3 | Carbon GAX 40 - 50 Lb. Bag | $240.00 | each |
| M4 | Oil Pillows | $9.00 | each |
| M5 | Absorbent Clay (50 Lb.) | $15.00 | each |
| M6 | Citric Acid (50 lb.) | $153.00 | each |
| M7 | Hydrochloric Acid | $4.25 | gallon |
| M8 | Lime-Bag | $20.00 | each |
| M9 | Lime, Posi / Kiln (Drum) | $240.00 | each |
| M10 | Oil Dry (Bag) | $10.00 | each |
| M11 | Vermiculite (Bag) | $22.00 | each |
| M12 | Soda Ash – 50 Lb. (Bag) | $45.00 | each |
| M13 | Sodium Hypochlorite Solution, 15% | $9.50 | gallon |
| M14 | Sulfamic Acid (50 lb.) | $57.00 | bag |
| M15 | Oil Gator - 30 Lb. (Bag) | $50.00 | each |
| M16 | Sphag – Oil Sorb (Bag) | $32.00 | each |
| M17 | Acid Gator - 25 Lb. (Bag) | $47.00 | each |
| M18 | Gator Wash/Shure solve /Citra Solve | $45.00 | gallon |
| M19 | Stabilizers & Inhibitors | $35.00 | gallon |
| M20 | 12 x 16 Tarp | $35.00 | each |
| M21 | Caution Tape | $32.00 | each |
| M22 | Decon Chamber | $260.00 | each |
| M23 | Towels | $8.00 | each |



**Serious experience for serious times.**

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| M24 | Spray Adhesive | $17.00 | each |
| M25 | Encapsulant (Gallon) | $18.00 | each |
| M26 | Mastic Remover (Gallon) | $18.00 | each |
| M27 | Glovebag | $27.00 | each |
| M28 | Trash Bag | $2.00 | each |
| M29 | Detergent | $9.00 | each |
| M30 | Cotton Rags (per pound) | $3.00 | each |
| M31 | Acid Socks | $40.00 | each |
| M32 | Petroleum Socks | $20.00 | each |
| M33 | 3" x4" Mini-Boom | $75.00 | each |
| M34 | Absorbent Pads -- Chemical | $15.00 | each |
| M35 | Trash Can | $28.00 | each |
| M36 | 5 Gallon Bucket | $10.00 | each |
| M37 | 610 Polyethylene | $75.00 | each |
| M38 | 420 Polyethylene | $60.00 | each |
| M39 | 620 Polyethylene | $90.00 | each |
| M40 | 10,000 Gallon PVC Pool Liners | $370.00 | each |
| M41 | 25,000 Gallon PVC Pool Liners | $792.00 | each |
| M42 | 50,000 Gallon PVC Pool Liners | $1,074.00 | each |
| M43 | Poly Bags - 6 Mil | $3.00 | each |
| M44 | Duct Tape | $7.00 | each |
| M45 | DOT & Hazardous Waste Labels | $5.00 | each |
| M46 | 55 Gallon Drum Liners - 10 Mil | $6.00 | each |
| M47 | Roll Off Liners | $75.00 | each |
| M48 | 17H 55 Gallon - Reconditioned Drums | $65.00 | each |
| M49 | 17E 55 Gallon - Reconditioned Drums | $65.00 | each |
| M50 | Fiber Drums - 5 Gallons | $54.00 | each |
| M51 | Fiber Drums -- 30 to 40 Gallons | $65.00 | each |
| M52 | 15 Gallon Poly/Steel Drums | $55.00 | each |
| M53 | 20 Gallon Poly/Steel Drums | $45.00 | each |
| M54 | 30 Gallon Poly/Steel Drums | $71.00 | each |
| M55 | 55 Gallon Poly Drums | $80.00 | each |
| M56 | 85 Gallon Recovery Drums - Steel | $226.00 | each |
| M57 | 85 Gallon Recovery Drums - Plastic | $285.00 | each |
| M58 | Drum Sucker, PVC, 2" | $81.00 | each |
| M59 | Absorbent Boom - Disposable - 4" | $90.00 | each |
| M60 | Absorbent Boom - Disposable - 5" Double | $214.00 | each |
| M61 | Absorbent Boom - Disposable - 8" | $176.00 | each |
| M62 | Absorbent Pads (Bundle) - Universal | $125.00 | each |
| M63 | 50 Micron Filters | $10.00 | each |
| M64 | 25 Micron Filters | $11.00 | each |
| M65 | 5 Micron Filters | $25.00 | each |
| M66 | Cloth Gloves | $4.50 | each |
| M67 | Neoprene Gloves | $14.00 | each |
| M68 | Leather Work Gloves (Pair) | $21.00 | each |
| M69 | Cotton Glove Liner (Pair) | $3.50 | each |
| M70 | Natural Rubber Gloves (Pair) | $41.00 | each |
| M71 | Nitrile Gloves (Pair) | $19.50 | each |
| M72 | Silver Shield Gloves (Pair) | $37.00 | each |
| M73 | Latex Gloves (Pair) | $1.00 | each |



**Serious experience for serious times.**

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| | | | |
|---|---|---|---|
| M74 | Butyl Gloves | $40.00 | each |
| M75 | PVC or PVA Gloves | $40.00 | each |
| M76 | Nomex Gloves | $112.00 | each |
| M77 | Acid Suits | $165.00 | each |
| M78 | Polypropylene Suit | $7.00 | each |
| M79 | Coated Tyvek Suit | $14.00 | each |
| M80 | Tyvek Suit | $11.50 | each |
| M81 | Level A Suits | $1,100.00 | each |
| M82 | Level B Suits | $435.00 | each |
| M83 | Saranex / with hoods | $28.00 | each |
| M84 | Saranex / without hoods | $22.00 | each |
| M85 | Latex Over-Boots | $7.50 | each |
| M86 | Boot Covers | $6.25 | each |
| M87 | Fire Extinguisher - Recharge | $40.00 | each |
| M88 | $CO_2$ Bottle Recharge | $30.00 | each |
| M89 | Hazard Tape (Roll) | $35.00 | each |
| M90 | Plug & Patch Kit | $95.00 | each |
| M91 | Wood Plug Kit | $75.00 | each |
| M92 | SP3 Cartridges | $15.00 | each |
| M93 | OVP 100 Cartridges | $18.00 | each |
| M94 | Combination Cartridges | $22.00 | each |
| M95 | Acid Gas Cartridges | $19.00 | each |
| M96 | CL/MV Cartridges | $20.00 | each |
| M97 | Mercury Cartridges | $32.00 | each |
| M98 | Mersorb, P-100 | $47.00 | each |
| M99 | HEPA Vacuum Bags | $275.00 | each |
| M100 | Primary AFD Filters | $5.00 | each |
| M101 | Secondary AFD Filters | $10.00 | each |
| M102 | HEPA AFD Filters | $150.00 | each |
| M103 | Splash Shields | $6.00 | each |
| M104 | Caution Signage | $2.00 | each |
| M105 | Batteries | $2.00 | each |
| M106 | Decontamination Pools | $25.00 | each |
| M107 | Decontamination Tool Drop Pools | $5.00 | each |
| M108 | Decontamination Brushes | $6.00 | each |
| M109 | Silicone Sealant / Tube | $4.75 | each |
| M110 | Liquid Nails / Tube | $4.50 | each |
| M111 | Butyl Sealant / Tube | $5.50 | each |
| M112 | Mold & Mildew Spray Protectant (5 Gallons) | $150.00 | each |
| M113 | Disinfectant Cleaner (5 Gallons) | $70.00 | each |
| M114 | Evaporator Coil Cleaner | $68.00 | per gallon |
| M115 | Duct Liner Adhesive / Insulation Sealer (5 Gallons) | $270.00 | each |
| M116 | Fungicidal Protective Coating (5 Gallons) | $380.00 | each |
| M117 | Bioremediation Accelerator | $16.00 | per pound |
| M118 | Rupture Discs - General | $60.00 | each |
| M119 | Rupture Disc – 2.5" ICD | $144.00 | each |
| M120 | Rupture Disc – 3" ICD | $167.00 | each |
| M121 | Safety Glasses (Replacement) | $20.00 | each |
| M122 | Goggles/Face Shield | $28.00 | each |
| M123 | Chemical Classifier Strip | $27.00 | each |



## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| M124 | Manway Gasket | $375.00 | each |
|------|---------------|---------|------|
| M125 | pH Paper | $24.00 | per package |
| M126 | Sample Container | $3.00 | per hour |
| M127 | Monitoring Cassettes | $16.00 | each |
| M128 | Coliwasa Tubes | $23.00 | each |
| M129 | 1 Quart Sample Container Kit | $2.00 | per hour |
| M130 | Detector Tubes | $75.00 | each |
| M131 | Personnel Monitoring Badges (per contaminant) | $100.00 | each |
| M132 | Swipe Sample Collection Kit | $420.00 | each |
| M133 | Smart Ticket | $190.00 | each |
| M134 | Half-Face Negative Pressure Respirator (w/o cartridges) | $30.00 | each |
| M135 | Full-Face Negative Pressure Respirator (w/o cartridges) | $210.00 | each |
| M136 | Powered Air Purifying Respirator | $300.00 | each |
| M137 | Mercury Spill Kit | $185.00 | each |
| M138 | Miscellaneous | Cost + 20% | |
| **MONITORING/SAMPLING EQUIPMENT AND MATERIALS** | | | |
| M/SE1 | PID Meter | $24.00 | per hour |
| M/SE2 | Portacount | $45.00 | per hour |
| M/SE3 | Audio Dosimeter | $17.00 | per hour |
| M/SE4 | Rotometer | $12.00 | per hour |
| M/SE5 | Monometer | $16.00 | per hour |
| M/SE6 | Soil Sample Kit | $20.00 | per hour |
| M/SE7 | Level A Suit Test Kit | $29.00 | per hour |
| M/SE8 | Sample Cooler | $4.00 | per hour |
| M/SE9 | Area Monitors (each) | $10.00 | per hour |
| M/SE10 | Chemical Guidance Manuals | $4.00 | per hour |
| M/SE11 | Hand Auger Stainless Steel | $5.00 | per hour |
| M/SE12 | Sludge Sampler | $5.00 | per hour |
| M/SE13 | Scales | $3.00 | per hour |
| M/SE14 | pH, SC Probes, Meter | $5.00 | per hour |
| M/SE15 | Water Level Indicator | $2.00 | per hour |
| M/SE16 | Pressure Transducer – week minimum | $600.00 | per week |
| M/SE17 | Data Logger - minimum 4 day rental | $140.00 | per day |
| M/SE18 | Toxic Gas Detectors (Individual Gas) | $9.00 | per hour |
| M/SE19 | Free Product Probe | $4.00 | per hour |
| M/SE20 | Automatic Sampler | $44.00 | per hour |
| M/SE21 | Surveying Equipment | $19.00 | per hour |
| M/SE22 | Sampler Pans (Stainless Steel) | $2.00 | per hour |
| M/SE23 | Tank Sampling Device | $9.00 | per hour |
| M/SE24 | Personnel Air Sampling Pumps (Low & Medium Flow) | $8.00 | per hour |
| M/SE25 | High Volume Air Sampling Pump | $20.00 | per hour |
| M/SE26 | Sample Pump Calibrator | $11.00 | per hour |
| M/SE27 | Oxygen Detector | $9.00 | per hour |
| M/SE28 | Explosion Meter | $9.00 | per hour |
| M/SE29 | Drager Pump | $6.00 | per hour |
| M/SE30 | Mono-Tox Detector | $16.00 | per hour |
| M/SE31 | 4 Gas Meter | $36.00 | per hour |
| M/SE32 | Hazardous Characterization Kit | $245.00 | per test |
| M/SE33 | Photographic Equipment (Plus Film & Development) | $27.00 | per day |
| M/SE34 | GPS Unit | $9.00 | per hour |



**HEPACO**
Serious experience for serious times.

## EXHIBIT A - TIME AND MATERIALS RATE SCHEDULE

| M/SE35 | Weather Station | $6.00 | per hour |
|---|---|---|---|
| M/SE36 | Binoculars | $6.00 | per hour |
| M/SE37 | PID w/3 Gas Meter | $51.00 | per hour |
| M/SE38 | Radiation "Pancake" Meter | $27.00 | per hour |
| M/SE39 | Chlorine Monitor | $16.00 | per hour |
| M/SE40 | Mercury Monitor | $75.00 | per hour |
| M/SE41 | Heat Stress Monitor – WBGT | $33.00 | per hour |
| M/SE42 | HAZMAT Drager CMS Monitor | $50.00 | per hour |
| M/SE43 | IAQ Anderson 6 stage Impactor | $32.00 | per hour |
| M/SE44 | IAQ, CO, O2, Temperature, RH Monitor | $32.00 | per hour |
| M/SE45 | FID Meter | $31.00 | per hour |
| M/SE46 | Organic Vapor Analyzer | $27.00 | per hour |
| M/SE47 | Ground Field Resistance Meter | $38.00 | per hour |
| M/SE48 | Infrared Non Contact Thermometer | $11.00 | per hour |
| M/SE49 | TestNet Equipment | $275.00 | per hour |
| **COMMUNICATIONS EQUIPMENT** | | | |
| C1 | Portable Computer | $8.00 | per hour |
| C2 | Field Printer | $4.00 | per hour |
| C3 | Intrinsically Safe Communication Radios | $11.00 | per hour |
| C4 | Portable Communication Radios | $4.00 | per hour |
| C5 | Response Cellular Phones (Each) | $8.00 | per hour |
| C6 | Mobile Broadband Access Unit | $312.50 | per hour |
| C7 | Wireless Enabled Computer | $25.00 | per hour |
| C8 | Satellite Communications Unit | $687.50 | per hour |
| C9 | Remote Surveillance PTZ Camera | $81.25 | per hour |
| C10 | Digital Videa Recorder | $150.00 | per hour |
| C11 | Video Camera | $23.00 | per hour |
| C12 | Internet Protocol Telephone | $18.75 | per hour |
| **DISPOSAL** | | | |
| D1 | Drum Storage (Each) | $25.00 | per day |
| D2 | Non-Haz Solids Disposal | $185.00 | per drum |
| D3 | Non-Haz Solids Disposal | $60.00 | per ton |
| D4 | Non Haz Liquids Disposal | $0.80 | per gallon |
| D5 | Non-Haz Sludge Disposal | $225.00 | per ton |
| D6 | Waste Transportation | Cost + 20% | |
| D7 | Miscellaneous Non-Haz Disposal | Cost + 20% | |
| D8 | Hazardous Waste Disposal | Cost + 20% | |
| **SUBCONTRACTORS** | | | |
| S1 | Subcontractors | Cost + 20% | |
| **INSURANCE AND BONDING** | | | |
| I1 | Performance Bonds (if required) | 4% of All Costs | |
| I2 | Liability Insurance/Pollution Liability (Hazardous Materials and/or Emergency Response) | 6% of All Costs | |
| I3 | Liability Insurance (Asbestos, Lead, or Insulation | 4% of All Costs | |

### Reimbursement Terms and Conditions
Reimbursement terms and conditions shall be as set forth in the Reimbursement Terms and Conditions for Time and Materials Contracts attached hereto and incorporated herein by reference.



Serious experience for serious times.

## REIMBURSEMENT TERMS AND CONDITIONS
## FOR TIME AND MATERIALS CONTRACTS

All listed unit rates for labor categories and equipment items in HEPACO's Time and Materials Rate Schedule shall apply whenever such labor and/or equipment are required by the nature of the work, or by the Client, to be either in direct use or available for use. All charges are on a "portal-to-portal" basis from our office and/or equipment, vehicle, and personnel dispatch points. Specific terms and conditions for reimbursement of direct job costs are discussed below.

**1.    Mobilization/Demobilization**
Rolling stock equipment (i.e., vehicles and trailers) and direct labor are charged to the project on a "portal-to-portal" basis. Also, all direct expenses associated with mobilization or demobilization, such as those incurred for crane rental or supply shipment, are billed directly to the Client, plus HEPACO's standard mark-up as shown on the Time and Materials Rate Schedule.

**2.    Per Diem**
HEPACO pays each of its field workers a per diem when he or she is involved in job-related work and travels more than 50 miles from his or her work base. Full per diem covers breakfast, lunch, dinner, laundry, and incidental expenses.

**3.    Lodging Costs**
HEPACO always seeks the most reasonably priced, practical lodging accommodations for its field crews. HEPACO crews are usually lodged two per room, except when accommodations for gender are required or in special circumstances approved by the Client. Supervisors, Project Managers, and other Senior Managers are lodged one per room. The Client is billed directly for all lodging costs plus HEPACO's standard mark-up as shown on the Time and Materials Rate Schedule.

**4.    Premium Rates**
Time-and-one-half on Saturdays, before 7:00 A.M. or after 4:00 P.M., and/or after employee has exceeded 40 hours or if transferred from another location. Holiday rates apply on Sundays and all legal holidays. Minimum of 4 hours per employee plus the daily rate (8 hour minimum) per vehicle and/or related equipment call out charge.

**5.    Materials and Expenses**
HEPACO charges for inventoried itemized materials at the rates listed on the Time and Materials Rate Schedule. Materials not generally obtained from inventory and not itemized on the Time and Materials Rate Schedule but purchased for the work are billed at their direct cost plus the mark-up shown on the Time and Materials Rate Schedule. Likewise, all direct expenses not itemized on the rate schedule but incurred as part of the work, such as subcontracted services, are billed at cost plus the listed mark-up. Insurance and Bonding is billed as shown on the Time and Materials Rate Schedule under Insurance and Bonding.

**6.    Stand-By**
HEPACO guarantees a minimum of 40 hours pay per week to its non-exempt employees when they are assigned to, and present on, a project. Therefore, labor stand-by due to adverse weather conditions or to delays incurred through no fault of HEPACO or its subcontractors will result in labor charges at Straight Time Rates for all stand-by hours up to 8 hours per day and 40 hours per week per worker. In addition, stand-by hours shall accrue toward overtime charges in the same manner as straight time work (see Item 4). During such periods, HEPACO may at its own discretion, demobilize workers if no adverse effect on job performance is caused. In such cases, the Client shall not be further charged for stand-by costs of such workers. The Client may request that workers by demobilized, but in such cases shall be responsible for demobilization costs and remobilization costs if required to properly conduct the project.

**7.    Project Management Charges**
HEPACO assigns a Project/Response Manager to every project. HEPACO's Project/Response Managers are experienced professionals who are responsible for directing HEPACO field supervisors, obligating company resources to a project, and providing technical guidance to projects. Clients are billed for reasonable time and expense spent or incurred by the Project/Response Managers due to periodic site visits, Client-requested meetings, and other activities deemed necessary to assure a properly ran project. Additional Project/Response Managers or supervisory personnel may be assigned as deemed necessary by HEPACO.

**8.    HEPACO Personnel**
HEPACO personnel will be billed to the contract for the time required to mobilize, service, repair, coordinate, administer, demobilize, and restock all vehicles and equipment used in the performance of the contract (whether performed on or off site). These rates apply to HEPACO personnel and all personnel supervised on the project by HEPACO or its affiliates, whether HEPACO employees, HEPACO subsidiaries, or leased or temporary labor. Travel time for personnel shall be billed at the corresponding rate in the Time and Materials Rate Schedule.

In the event any personnel scheduled above are engaged to provide testimony in any court, arbitration, or administrative proceeding, the rate for such person while testifying either at a deposition or hearing shall be two (2) times the hourly rate specified in the Time and Materials Rate Schedule.

9.  **Terms of Payment**

All monies due and payable upon receipt of invoice. Payment not received by the 14th day will accrue interest of 18% per annum or the maximum finance charge allowed by law, whichever is less. Any attorney's fees, collection fees, arbitration fees, or other costs incurred in collecting any delinquent account shall be paid by the Client. Any time spent by HEPACO or its subsidiaries or affiliates in the collection of delinquent accounts shall be invoiced in accordance with the Time and Materials Rate Schedule and shall be paid by the Client.

Client shall, within seven (7) days of receipt of an invoice, communicate in writing to HEPACO any invoice errors, discrepancies, or disputes. The written notice must specifically state the portion in dispute and describe the dispute in such detail that HEPACO has full notice of the dispute. Client hereby agrees that failure to provide such written notice within seven (7) days of the invoice date constitutes waiver of any such dispute. If such communication is not made within this seven day period, the invoice will be deemed to be approved and shall be paid. If an error, discrepancy or dispute is identified, then the parties will endeavor to resolve it within an additional four (4) days. If no resolution is made within this time, the disputed amount will be excepted from the total invoice amount. The balance of the invoice shall be deemed approved and Client shall promptly pay such portion.

Under no circumstances shall the opinion or analysis of adjusters, auditors, consultants or other third parties have any bearing on the terms of payment. This includes, but is not limited to, the amounts owed to HEPACO by Client in accordance with the contract documents and the HEPACO Time and Materials Rate Schedule, as well as the time frames for notices and payment.

All claims, disputes, and other matters in question arising out of, or relating to, this Contract or any subcontract made or purchase order issued pursuant to this Contract, or the breach thereof, shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association that are in effect as of the time demand for arbitration is made.

Notice of demand for arbitration shall be filed in writing with the American Arbitration Association and upon all proposed parties to such proceeding, and shall be filed within a reasonable time after the claim, dispute, or other matter in question has arisen, but in no event shall be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matter will be barred by the applicable statute of limitations. Any arbitration proceeding will be conducted in Charlotte, Mecklenburg County, North Carolina. The arbitration hearings will begin within 180 days of the date the demand for arbitration is served and continue on successive business days until completed. The prevailing party shall be entitled to recover not only attorney fees, but also the costs of the arbitration proceedings, including the fees paid to the American Arbitration Association and the arbitrators, witness fees, and the cost of preparing demonstrative exhibits.

Where Client's Authorized Representative (or someone authorized by him or her for such purpose) has signed any daily reports submitted by HEPACO showing charges for any days, such charges shall be deemed accepted by Client for all purposes hereunder, and Client thereby waives the right to later object that such charges are invalid. (Provided, the absence of such daily reports and/or Client approval of such reports shall in no way relieve Client of its duty to pay for Work performed.)

Upon HEPACO's written request, at any time, Client shall furnish reasonable evidence satisfactory to HEPACO that sufficient funds are available and committed for the cost of the Work. Where such evidence is not furnished, HEPACO is not required to commence or continue any Work, or may, if such evidence is not presented within a reasonable time, not to exceed two (2) days, terminate this Agreement. Upon such termination, HEPACO shall be entitled to payment for all work performed to the date of termination, all stored materials, all restocking charges, the cost of demobilization, and reasonable overhead and profit on the work performed.

10. **Small Tools**

Small tools such as hammers, rakes, rock bars, shovels, squeegees, common wrenches and other small tools that are provided by HEPACO, but are not itemized in the Schedules, will be billed at five percent (5%) of the total labor billing. Specialty tools or hardware purchased for job specific tasks which are not itemized on the HEPACO Time and Materials Rate Schedule shall be billed at cost plus twenty percent (20%).

11. **Permits and Access**

Client shall secure and pay for all necessary approvals, easements, orders, assessments, permits, and charges required for the Work to be performed and for HEPACO to have legal access to the Project Site. Any right-of-way provided by Client to/from the most convenient public way shall be sufficient to bear the weight of HEPACO's equipment and vehicles reasonably required to perform the Work. Client, and not HEPACO, shall be responsible for any changes required to be made to any private pavement or accompanying subsurface of any route used in the Work, and for repairs to roadways and right-of-way caused by normal wear and tear during the performance of the Work. Contractor shall be entitled to reimbursement for any costs incurred as a result of encumbrances, conditions different from the conditions described by the client or differing substantially from what would normally be encountered in performing work under this agreement. These costs, if any, will be invoiced at cost plus twenty percent (20%).

12. **Protective Equipment**

Protective equipment such as hard hats, safety goggles, safety shields, steel toe boots, and the use of respirators are included in Level A, B, C, and D charges. Replacement items, disposable or specialty suits, gloves, etc. will be billed separately under Materials.

**13. High Hazards**

High hazard/reactive/explosive/cylinder rates apply to projects involving: explosives or explosion risk; fire fighting or risk of fire; Level A, Level B Personal Protective Equipment; gas or chemical transfer; uncontrolled events, unknown materials, actual or suspected Weapons of Mass Destruction (WMD) events; and/or handling of highly hazardous materials. Applicability of High Hazard rates will be at the sole determination of HEPACO based on project conditions.

**14. Jones Act**

If the contract requires labor to be performed over, adjoining, and/or in water such that the U.S. Longshoremen's and Harbor Workers' insurance or Jones Act insurance apply, then an additional fee of thirty percent (30%) of total charges will be added to compensate for U.S. Longshoremen's and Harbor Workers' insurance or Jones Act insurance and related risks attendant to the work when contract requires labor to be performed over, adjoining and/or in water.

**15. Rentals**

The charges for operators to operate the equipment are not included in these rates and will be charged under the appropriate labor category. The rental rates do not include pick up, delivery, fuel, oil and grease, tarps, damages beyond reasonable wear and tear, and/or demurrage. HEPACO will invoice charges for all itemized equipment utilized or available for use on the project per the Time and Materials Rate Schedule, regardless of whether the equipment is owned by HEPACO or rented equipment. Items that are not itemized in the Time and Materials Rate Schedule, or for which there is no applicable rate in the Time and Materials Rate Schedule, will be invoiced at cost plus twenty per cent (20%). The daily rental rate is based upon an eight (8) hour day. There is an eight (8) hour minimum charge for any equipment mobilized for the project, utilized at the project site, or available for use at the project site.

**16. Delegation and Assignment**

HEPACO may, at any time, delegate orally or in writing, the performance of the Work, or any portion thereof. Any such delegation (such as subcontracting, laboratory work, or services) shall not operate to relieve HEPACO of its responsibilities hereunder, for which HEPACO shall remain obligated to Client.

**17. Safety**

HEPACO shall take necessary precautions and provide adequate safeguard for the safety of its employees and shall comply with applicable provisions of Federal, State, and local safety laws. HEPACO shall have no responsibility for the elimination or abatement of safety hazards created, or otherwise resulting from, work at the Project Site carried on by other persons or firms directly employed by Client as separate contractors or by Client's employees and agents. Client agrees to cause any such separate contractors, employees, and/or agents to fully comply with all applicable provisions of Federal, State, and local safety laws and/or regulations, and to comply with all reasonable requests and directions of HEPACO for the elimination or abatement of any such safety hazard at the Project Site.

**18. Confidentiality**

All reports, documentation, invoices, or other work product generated by HEPACO, its subsidiaries, vendors, suppliers, subcontractors, or affiliates will be kept in strict confidence by the Client. Dissemination of any such information to any third party shall not be permitted without the written consent of HEPACO. Reasonable requests for such permission will not be withheld. Release of such information to third parties will not operate to relieve the Client of any obligations under the contract or terms, including obligations for full payment of all HEPACO invoices.

Without prior consent from Client, HEPACO shall keep confidential all information, including all maps, data, reports, and other written or oral information relating to the Work, received from the Client, as well as the substance of any report, test, recommendation, information or advice that HEPACO provides to the Client in connection with the Work provided under this Agreement. In the event HEPACO is required by law, regulation, subpoena or court or administrative order to disclose any information deemed to be confidential, HEPACO may disclose such information so long as it provides written notification to the Client upon a good faith determination that it is so required or upon receipt of the subpoena or court order.



Serious experience for serious times.

## BLANKET RAPID RESPONSE SERVICES AGREEMENT

### THIS AGREEMENT IS SUBJECT TO ARBITRATION

This AGREEMENT is entered into this _____ day of _____, 20 _____ by and between HEPACO, Inc. ("Contractor") and ___Warehouse 86_____, which is a ( ) Corporation, ( ) Partnership, ( ) Individual ("Client") whose principal office is located at _____

---

I. **BACKGROUND**

Contractor is a provider of emergency response and remediation services. Client desires to contract with Contractor to provide all emergency cleanup services, remediation services, and disposal and transportation of waste and cleanup materials/debris for Client, and Contractor desires to provide such services in accordance with the terms of this Agreement.

As part of Client's operations, there is a potential for property belonging to or in the custody/responsibility of Client to spill, be released or otherwise create an emergency condition(s) ("Emergency Condition(s)") that requires environmental emergency response, cleanup and remediation services. In order to eliminate or contain such Emergency Condition(s), as presently exist or may exist in the future, Client desires to engage Contractor to provide all environmental emergency response, cleanup and remediation services arising out of Client's operations and the occurrence of any such Emergency Condition(s) (the provision of such services, including the response, cleanup and subsequent remediation of Emergency Condition(s), being referred to as the "Emergency Cleanup Work").

Client desires to have Contractor perform all of its Emergency Cleanup Work associated with all of its Emergency Conditions, as presently exist(s) or may exist in the future, and Contractor desires to perform all such Emergency Cleanup Work.

II. **AGREEMENT**

NOW, THEREFORE, in consideration of the foregoing and the mutual promises, terms, and conditions set forth below, the parties hereto agree as follows:

1. **Statement of Substance Involved:**

Client acknowledges and warrants that all known documentation, including but not limited to Material Safety Data Sheets, bills of lading, manifests, or other documentation accurately describing the substances involved in the Emergency Cleanup Work have or will be provided to Contractor upon arrival at the location where the Emergency Cleanup Work is reasonably necessary ("Site") and by fax to Contractor. Client will communicate to the Contractor's representative any relevant change in the information or communication indicating that such change may be necessary and will communicate to Contractor any hazards or risks known, learned, or suspected by the Client to be incidental to the Emergency Cleanup Work under this Agreement.

2. **Statement of Work:**

Contractor's scope of work shall include, but shall not be limited to, providing all labor, equipment, and materials necessary to provide all Emergency Cleanup Work to investigate, analyze, manage, and control any Emergency Condition(s) as well as investigate, analyze, manage, control, and perform all emergency response and/or environmental remediation work resulting from such Emergency Condition(s) (the Emergency Cleanup Work necessitated by, associated with, relating to and/or arising out of each Emergency Condition being referred to as a "Project"). Contractor shall furnish the labor, equipment, materials, and services required in order to perform the Emergency Cleanup Work and all follow-up remediation work for each separate Project in accordance with all state and federal guidelines and rules as well as sound and prudent judgment. Contractor shall perform the Emergency Cleanup Work, and all included remediation work, for each Project at the Site and, if applicable, on the disposal facility(ies). Client acknowledges that the physical conditions at the Site, including, without limitation, constituents, characteristics, properties, and quantities of waste materials present, if known, which are relevant to the Emergency Cleanup Work have been supplied by Client to Contractor. "Waste materials" as used in this Agreement shall mean any material deposited at the Site and leachate or other substance produced by such materials. Where required by state and federal guidelines and rules and/or sound and prudent judgment, Contractor may, in its discretion, take such actions as it shall deem appropriate to prevent threatened personal injury or property damage. Any such actions taken by Contractor shall be deemed included in the Emergency Cleanup Work, and Client shall compensate Contractor for such actions on the basis of Contractor's then current standard rates for services and the use of equipment and materials of the type involved.

The Work shall be performed in accordance with the terms of this Agreement as well as the Time and Materials Rate Schedule and the Reimbursement Terms and Conditions as set forth in Exhibit "A" attached hereto and incorporated herein by reference. Client hereby acknowledges that it has received and reviewed or has had the opportunity to request copies of such Time and Materials Rate Schedule and the Reimbursement Terms and Conditions, and the terms and rates set forth therein for Contractor's Extra Work are reasonable and accepted by the Client.

---

Form No. 100            Revision 9 – December 17, 2004            Page 1 of 4

3.   **Duration:**

This Agreement shall commence on the date set forth above and apply to any Emergency Condition(s), as such presently exist or may exist in the future, until the earlier of: (1) this Agreement is terminated by one of the parties in accordance with Section 7; or (2) if this Agreement was entered into at the time of and in response to an ongoing Emergency Condition, the Agreement shall continue in effect until Contractor completes all of the Emergency Cleanup Work in relation to the Project.

4.   **Commencement:**

Contractor shall commence the Emergency Cleanup Work associated with each Project as soon as possible and practicable after acceptance of same by Contractor and authorization to proceed (either orally or in writing) is provided by Client to Contractor. Contractor for the Emergency Condition(s). Upon such acceptance and notice, Contractor shall diligently pursue such Emergency Cleanup Work for the Project at issue until completion, including all response, clean-up and remediation work arising out of the Emergency Condition(s), and Client shall perform its obligations in accordance with the terms of the Agreement.

5.   **Payment:**

Client shall pay Contractor for labor, equipment, materials, reporting and administrative tasks, services and other items furnished in the performance of the Emergency Cleanup Work until completion or until the earlier termination of this Agreement in accordance with Section 7. Client shall pay Contractor in accordance with Contractor's Time and Materials Rate Schedule Form No. 101, Revision 9A, dated March 4, 2005 as well as Contractor's Reimbursement Terms and Conditions for Time and Materials Contracts (attached hereto and incorporated herein by reference as Exhibit A) for the commensurate labor, equipment, material, and subcontracting efforts directed in the performance of the Emergency Cleanup Work.

CLIENT HEREBY ACKNOWLEDGES AND WARRANTS THAT IT HAS RECEIVED AND REVIEWED THE TIME AND MATERIALS RATE SCHEDULE AND THE REIMBURSEMENT TERMS AND CONDITIONS AND THAT THE TERMS AND RATES SET FORTH THEREIN ARE REASONABLE AND ACCEPTED BY CLIENT.

Contractor may, from time to time, at the request of Client, provide a best estimate for Contractor's cost in performing the Emergency Cleanup Work on a specific Project. Such estimate or quote given by Contractor is ONLY AN ESTIMATE and not a firm contract price nor a "not to exceed" price. Client acknowledges that, despite any estimate given by Contractor, Client shall pay the invoice submitted by Contractor in accordance with the Time and Materials Rate Schedule and the Reimbursement Terms and Conditions attached hereto and incorporated herein by reference as Exhibit A.

Client hereby acknowledges that Contractor may reasonably adjust its Blanket Rapid Response Services Agreement or Time and Materials Rate Schedule from time to time, but in no event will Client adjust its Time and Materials Rate Schedule during the course of a Project under this Agreement with Client. Adjustments in the Time and Materials Rate Schedule shall be made by Contractor prior to or subsequent to Contractor's Emergency Cleanup Work of a Project that is the subject of this Agreement. Such adjustment of the Time and Materials Rate Schedule shall become effective upon Contractor providing Client with written notice of the adjustments.

Client's obligation to fully compensate Contractor pursuant to this Agreement shall not be conditioned upon the types, amounts, or availability of Client's insurance coverage. This includes, but is not limited to, the amounts owed to HEPACO by Client in accordance with the contract documents and the HEPACO Time and Materials Rate Schedule attached hereto and incorporated herein by reference as Exhibit A. Any money received by Client from any insurance carrier, reinsurance, self-insurance, or other fund or any third party in relation to the Work performed by HEPACO shall be paid to HEPACO within three calendar days of receipt by Client. Under no circumstances shall the opinions or analysis of adjusters, auditors, consultants or other third parties have any bearing on the terms or rates of payment under this Agreement.

By signing on this page below, Client consents to use of its credit card for payment of services performed by Contractor under this Agreement. If Client chooses to utilize its credit card for payment of Contractor's services performed under this Agreement, Client shall fill out the following information:

Credit Card Type: _____   Card Number: _____   Exp. Date: _____

Exact Name as it Appears on Card: _____

Billing Address: _____

Authorized Representative's Signature: _____

By signing above, Client agrees that all information above is valid. Client further attests that its signature above is authorization for Contractor to utilize its credit card for payment related to services performed by Contractor under this Agreement.

6.   **Indemnification:**  – *Wants mutual indemnification*

Client hereby agrees to indemnify, save harmless and defend Contractor from and against any and all liabilities, claims, penalties, suits, and costs and expenses incident hereto (including reasonable attorney's fees incurred by Contractor), which Contractor may hereafter incur, become responsible for or pay out as a result of performing Work on this project under this agreement including, but not limited to, death, personal injury to any person, destruction or damage to any property, contamination of or adverse effect on the environment, or any actual or alleged violation of any government law, ordinance, rule, regulations arising out of or related to Contractor's performance of the Work of this Agreement, except that nothing in this Agreement shall be construed to relieve Contractor for any liability arising out of Contractor's negligence, whether said liability arises solely or in part out of such negligence.

7.  **Termination of Agreement:**

This Agreement may be terminated only as follows:

a.  **Without Cause:** Either party may terminate this Agreement without cause upon not less than sixty (60) days prior written notice.

b.  **For Cause:** Either party may terminate this Agreement at any time with cause if either party fails to keep, observe, or perform a material term, agreement, or provision of this Agreement and such breach remains unremedied for a continuous period of thirty (30) days after receipt of written notice from the non-defaulting party stating the specific default; provided, however, that if the breach cannot be reasonably cured within thirty (30) days, the defaulting party shall have a reasonable time within which to cure the default.

c.  **Termination of Agreement With or Without Cause by Either Party:** All outstanding monies due Contractor for work performed prior to the termination of this Agreement, plus overhead and profit in relation to the same, shall be due and payable as provided in Paragraph 5 above and Paragraph 9 of the Reimbursement Terms and Conditions for Time and Materials Contracts. All costs incurred by Contractor specified in the Time and Materials Rate Schedule prior to the termination of this Agreement, as well as the cost of securing the Site, work required to leave the Site in a reasonably safe condition, all demobilization costs, all costs and materials that cannot be returned, all restocking charges incurred, and all costs as specifically provided for in Paragraph 5, Paragraph 7, and Paragraph 8 below, shall be paid to Contractor as provided in Paragraph 5 above and Paragraph 9 of the Reimbursement Terms and Conditions for Time and Materials Contracts.

In the event of a termination for an alleged default by the Contractor, the Contractor shall be entitled to the payment specified herein within thirty (30) days of the termination, such payment being subject to adjustment at a later date following a final adjudication of the rights and liabilities of Client and Contractor by arbitration or a court of competent jurisdiction.

d.  **Additional Result of Termination by the Client Without Cause:** In the event of termination of all or any part of this Agreement by the Client without cause, and in addition to and without limitation of the provisions of Paragraph 7(c) of this Agreement, Contractor shall be paid an administrative fee of ten percent (10%) of the value of work performed to the date of termination on the Project at issue as well as reasonable overhead and profit on work not executed or performed by Contractor on the Project. The overhead and profit on Emergency Cleanup Work not performed shall constitute twenty percent (20%) of the amount paid any other contractor(s) by Client to perform any emergency clean-up or environmental remediation work on the Project after the date of termination of this Agreement that would have been within Contractor's Scope of Work and performed by Contractor but for the termination.

*Remove*

8.  **Arbitration:**

All claims, disputes, and other matters or questions arising out of or relating to this Agreement shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association unless the parties mutually agree otherwise. Judgment upon the award rendered by the arbitrator or arbitrators may be entered in any court having jurisdiction thereof.

Contractor and Client expressly agree that the arbitrator(s) shall have the power and authority to grant reasonable attorneys' fees (including attorneys' fees based upon a contingency fee agreement) and costs incurred in resolving any claim or dispute arising out of or relating to this Agreement and, further, that the prevailing party shall be entitled to recover such reasonable attorneys' fees and costs. Such costs shall include, but are not limited to, any costs recoverable pursuant to the General Statutes of North Carolina, any filing or administrative fees of the American Arbitration Association, the cost of obtaining a hearing room for the arbitration proceedings, witness fees and costs (including both party and nonparty witnesses), the preparation of arbitration exhibits, and compensation of the arbitrator(s). HEPACO's witness fees and preparation cost will be calculated as provided in Paragraph 8 of the attached and incorporated Time and Materials Rate Schedule and the Reimbursement Terms and Conditions and will include, but are not limited to, travel costs, salary, meals, and lodging for any such HEPACO personnel.

The Demand for Arbitration shall be filed in writing with the other party to the Agreement and with the American Arbitration Association. A Demand for Arbitration shall be made within a reasonable time after the claim, dispute or other matter relating to the Agreement has arisen, and in no event shall be made after the date when institution of legal or equitable proceedings based on such claim, dispute or other matter will be barred by the applicable statute of limitations. The hearings will commence on or before 180 days after the demand for arbitration is filed. The hearing will continue on consecutive business days until the proceedings are concluded.

With respect to any arbitration, the parties agree that the arbitrator(s) shall follow and give effect to each party's contract rights and responsibilities, and that those rights shall be interpreted and enforced in a manner consistent with the laws of the State of North Carolina. The failure of the arbitrator(s) to give effect to the contract, or render a decision that is inconsistent with North Carolina law shall be grounds for an appeal by Contractor. Any such appeal shall be heard by an appropriate Superior Court, Mecklenburg County, North Carolina.

9. **Notice:**

.Any notice or other communication to be given under this Agreement shall be in writing and effective when delivered personally or through private delivery services (e.g., Federal Express), when mailed by certified mail, return receipt requested, or by facsimile as follows:

HEPACO, Inc.
P.O. Box 26308, Charlotte, North Carolina 28221-6308
. ATTN: Ronald L. Horton, Sr.
Telephone: (704) 598-9782 • Facsimile: (704) 598-7823

CLIENT: _____

Address: _____

Telephone: _____

Facsimile: _____

·e-mail: _____

10. **Law and Venue:**

The validity, interpretation and performance of this Agreement shall be governed by and construed in accordance with the laws of the State of North Carolina. This Agreement shall also be deemed to have been made under the laws of the State of North Carolina. All arbitrations or other proceedings between Contractor and Client arising out of or relating to this Agreement shall be conducted in Charlotte, Mecklenburg County, North Carolina.

11. **Severability:**

If any provision of this Agreement or its application to any person or circumstance shall be invalid or unenforceable to any extent, the remainder of this Agreement and application of its provisions to the other persons or circumstances shall not be affected and shall be enforced to the greatest extent permitted by law.

12. **Assignment:**

This Agreement may not be assigned by either party without the prior written consent of the other party and shall be binding upon and shall endure to the benefit of all approved transferees, assigns, and successors in interest of any kind of the parties hereto.

13. **Headings:**

The headings contained in this Agreement are for convenience and reference only and are not intended to define, limit, or describe the scope or intent of any provision of this Agreement.

14. **Entire Agreement:**

This Agreement, including the Time and Material Rate Schedule and the Reimbursement Terms and Conditions attached hereto as Exhibit "A" and incorporated herein by reference, represents the entire understanding and agreement between the parties hereto relating to the Emergency Cleanup Work and follow-up Remediation·Work, and supersedes any and all prior agreements, whether written or oral, that may exist between the parties regarding the same. No amendment or modifications to this Agreement or any waiver of any provision hereof shall be effective unless in writing signed by the party so to be bound thereby.

CLIENT ACKNOWLEDGES HAVING HAD AN OPPORTUNITY TO HAVE THE TERMS OF THIS AGREEMENT, AS WELL AS ANY ATTACHMENTS HERETO, REVIEWED BY LEGAL COUNSEL PRIOR TO THE EXECUTION HEREOF AND, FURTHER, CLIENT ACKNOWLEDGES THAT THE TERMS HEREIN ARE REASONABLE.

CONTRACTOR: HEPACO, Inc.                         CLIENT: _____

BY: _____           BY: _____

Printed Name: _____           Printed Name: _____

Title: _____           Title: _____

Date: _____ Time: _____ ☐ a.m. ☐ p.m.    Date: _____ Time: _____ ☐ a.m. ☐ p.m.