# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Warehouse 86, LLC                                               CASE NO. 08-03423-EE

**DEBTOR.**                                                     **CHAPTER 7**

TO: HEPACO, Inc.
    c/o Amber Heintz
    Corporate Office
    P. O. Box 26308
    Charlotte NC 28221

## ORDER TO SHOW CAUSE

TO THE ABOVE NAMED PARTY:

YOU ARE HEREBY ORDERED TO APPEAR on TUESDAY, AUGUST 23, 2011, at 10:30 A.M., in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why *HEPACO, Inc. Response to Trustee's Objection to Claim* filed on July 28, 2011 (Dkt # 350) should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011.

SO ORDERED.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 8, 2011