```
                          United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                          Case No. 08-03423-ee
Warehouse 86, LLC                                               Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: dsawyer              Page 1 of 1           Date Rcvd: Aug 08, 2011
                              Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2011.
cr           +HEPACO,    P O Box 26308,    Charlotte, NC 28221-6308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**                                  **Signature:**  _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Warehouse 86, LLC            CASE NO. 08-03423-EE

**DEBTOR.**            **CHAPTER 7**

TO: HEPACO, Inc.
      c/o Amber Heintz
      Corporate Office
      P. O. Box 26308
      Charlotte NC 28221

## ORDER TO SHOW CAUSE

TO THE ABOVE NAMED PARTY:

YOU ARE HEREBY ORDERED TO APPEAR on TUESDAY, AUGUST 23, 2011, at 10:30 A.M., in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi, to show cause why *HEPACO, Inc. Response to Trustee's Objection to Claim* filed on July 28, 2011 (Dkt # 350) should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. § 1654 and Federal Rule of Bankruptcy Procedure 9011.

SO ORDERED.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: August 8, 2011