| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 608−4600 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225−2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>2ND FLOOR, SUITE 2.300<br>501 EAST COURT STREET |

**Parties Noticed:**

Warehouse 86, LLC, Debtor

Hon. Stephen W. Rosenblatt, Attorney for Debtor

Hon. Christopher R. Maddux, Attorney for Debtor

Hon. John A. Crawford, Jr., Attorney for Debtor

Hon. Kimberly R. Lentz, Trustee

Office of the U. S. Trustee

Overstock.com, Inc. Attn: Edwin W. Christensen, Salt Lake City, UT

Hon. James McCullough, Attorney for Overstock.com, Inc.

**In re:** Warehouse 86, LLC

Bankruptcy Case No.: 08−03423−ee

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **(1) Trustee's Objection to Claims filed by Chapter 7 Trustee, Kimberly R. Lentz, Esquire (Dkt.#340) and (2) Response to Objection to Claim or Pre−Petition Secured Claim filed by creditor, Overstock.com, Inc. (Dkt.#352)** in regard to the above referenced case on **Tuesday, August 23, 2011** at **10:30 AM**, or as soon thereafter as counsel can be heard, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 8/11/11                                                                 **EDWARD ELLINGTON**
                                                                                                    **U. S. BANKRUPTCY JUDGE**

hn002ee