United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                Case No. 08-03423-ee
Warehouse 86, LLC                                                     Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3           User: rgreer              Page 1 of 1              Date Rcvd: Aug 11, 2011
                               Form ID: hn002ee          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2011.
db           +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
2723065      +Overstock.com, Inc,   Attn: Edwin W Christensen,   6350 S 3000 East,
              Salt Lake City, UT 84121-5954

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2011**                        **Signature:**   _Joseph Speetjens_

| | | |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 608−4600 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225−2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS:**<br>2ND FLOOR, SUITE 2.300<br>501 EAST COURT STREET |

**Parties Noticed:**

Warehouse 86, LLC, Debtor

Hon. Stephen W. Rosenblatt, Attorney for Debtor

Hon. Christopher R. Maddux, Attorney for Debtor

Hon. John A. Crawford, Jr., Attorney for Debtor

Hon. Kimberly R. Lentz, Trustee

Office of the U. S. Trustee

Overstock.com, Inc. Attn: Edwin W. Christensen, Salt Lake City, UT

Hon. James McCullough, Attorney for Overstock.com, Inc.

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**  08−03423−ee

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **(1) Trustee's Objection to Claims filed by Chapter 7 Trustee, Kimberly R. Lentz, Esquire (Dkt.#340) and (2) Response to Objection to Claim or Pre−Petition Secured Claim filed by creditor, Overstock.com, Inc. (Dkt.#352)** in regard to the above referenced case on **Tuesday, August 23, 2011** at **10:30 AM**, or as soon thereafter as counsel can be heard, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 8/11/11                             **EDWARD ELLINGTON**
                                               **U. S. BANKRUPTCY JUDGE**

hn002ee