IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: WAREHOUSE 86, LLC     CHAPTER 7 CASE NO. 08-03423-EE

## AGREED ORDER RESOLVING OBJECTION TO CLAIMS NO. 5-1 AND 33-1 (OVERSTOCK.COM)

THIS MATTER is before the Court on the Objection of Kimberly R. Lentz, Trustee of the Bankruptcy Estate of Warehouse 86, LLC ("Trustee"), to Claim No. 5-1 and Claim No. 33-1 filed by Overstock.com, (Docket No. 340) and on the Response filed by Overstock.com (Docket No. 352) and the Court, having considered same, and having found that the Trustee and Overstock.com, agree to the entry of this Order, is of the opinion that the Trustee's Objection to Claim No. 5-1, as amended by Claim No. 5-2, should be denied;

IT IS THEREFORE, ORDERED AND ADJUDGED that the Amended Claim No. 5-1 filed herein by Overstock.com as amended by Claim No. 5-2 be, and the same hereby is, allowed in the amount of $558,880.23 as a general unsecured claim; and

/
/
/
/
/
/
/
/
/

[LEFT BLANK INTENTIONALLY]

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 33-1 filed by Overstock.com be, and the same hereby is, withdrawn.

SO ORDERED AND ADJUDGED.

Agreed and Approved:

KIMBERLY R. LENTZ, TRUSTEE

BY: _____
William J. Little, Jr., Her Attorney

OVERSTOCK.COM

BY: _____
James A. McCullough, II, Its Attorney

Presented By:

William J. Little, Jr.
LENTZ & LITTLE, P.A.
2012 23rd Avenue
Gulfport, MS 39501
(228) 867-6050 Phone
(228) 867-6077 Fax
littlewj@bellsouth.net