```
                          United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                        Case No. 08-03423-ee
Warehouse 86, LLC                                             Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0538-3          User: ksimmons              Page 1 of 1         Date Rcvd: Aug 15, 2011
                              Form ID: pdf012             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2011.
db             +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2011**                           **Signature:** _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE: WAREHOUSE 86, LLC            CHAPTER 7 CASE NO. 08-03423-EE

## AGREED ORDER RESOLVING OBJECTION TO CLAIMS NO. 5-1 AND 33-1 (OVERSTOCK.COM)

THIS MATTER is before the Court on the Objection of Kimberly R. Lentz, Trustee of the Bankruptcy Estate of Warehouse 86, LLC ("Trustee"), to Claim No. 5-1 and Claim No. 33-1 filed by Overstock.com,(Docket No. 340) and on the Response filed by Overstock.com (Docket No. 352) and the Court, having considered same, and having found that the Trustee and Overstock.com, agree to the entry of this Order, is of the opinion that the Trustee's Objection to Claim No. 5-1, as amended by Claim No. 5-2, should be denied;

IT IS THEREFORE, ORDERED AND ADJUDGED that the Amended Claim No. 5-1 filed herein by Overstock.com as amended by Claim No. 5-2 be, and the same hereby is, allowed in the amount of $558,880.23 as a general unsecured claim; and

/
/
/
/
/
/
/
/
/

[LEFT BLANK INTENTIONALLY]

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 33-1 filed by Overstock.com be, and the same hereby is, withdrawn.

SO ORDERED AND ADJUDGED.

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 15, 2011

Agreed and Approved:

KIMBERLY R. LENTZ, TRUSTEE

BY: _____
William J. Little, Jr., Her Attorney

OVERSTOCK.COM

BY: _____
James A. McCullough, II, Its Attorney

Presented By:

William J. Little, Jr.
LENTZ & LITTLE, P.A.
2012 23rd Avenue
Gulfport, MS 39501
(228) 867-6050 Phone
(228) 867-6077 Fax
littlewj@bellsouth.net