**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                           CHAPTER 7

**WAREHOUSE 86, LLC**                                       **CASE NO. 08-03423EE**

**ORDER RESOLVING
*ORDER TO SHOW CAUSE***

**THIS MATTER** came before the Court on the hearing on the *Order to Show Cause* (#348) why *SOS Staffing Service's Response to Trustee's Objection to Claim (in letter form)* filed on July 25, 2011, by Tami Brown, Credit Manger, should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. §1654, Miss. Code § 73-3-55 (Rev. 1994) and Federal Rule of Bankruptcy Procedure 9011. Having considered that no one appeared on behalf of SOS Staffing Services, Inc. at the show cause hearing, the Court finds that the pleading should be stricken.

**IT IS THEREFORE ORDERED** that *SOS Staffing Service's Response to Trustee's Objection to Claim (in letter form)* filed on July 25, 2011, by Tami Brown, Credit Manger, is hereby stricken.

**SO ORDERED**.

Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011