**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| WAREHOUSE 86, LLC | CASE NO. 08-03423EE |

**ORDER RESOLVING**
*ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the hearing on the *Order to Show Cause* (#351) why *HEPACO, Inc.'s Response to Trustee's Objection to Claim (in letter form)* filed on July 28, 2011, by Amber Heintz, Accounts Receivable Manger, should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. §1654, Miss. Code § 73-3-55 (Rev. 1994) and Federal Rule of Bankruptcy Procedure 9011. Having considered that no one appeared on behalf of HEPACO, Inc. at the show cause hearing, the Court finds that the pleading should be stricken.

**IT IS THEREFORE ORDERED** that *HEPACO, Inc.'s Response to Trustee's Objection to Claim (in letter form)* filed on July 28, 2011, by Amber Heintz, Accounts Receivable Manger, is hereby stricken.

**SO ORDERED**.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011