**DANNY L. MILLER**
**CLERK OF COURT**
**(601) 608–4600**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON, MISSISSIPPI 39225–2448**

**MAILING ADDRESS:**
**P. O. BOX 2448**
**STREET ADDRESS:**
**2ND FLOOR, SUITE 2.300**
**501 EAST COURT STREET**

**Parties Noticed:**

WAREHOUSE 86, LLC, DEBTOR

HON. KIMBERLY R. LENTZ, CHAPTER 7 TRUSTEE

OFFICE OF THE U.S. TRUSTEE

HON. CHRISTOPHER R. MADDUX

HON. JOHN A. CRAWFORD, JR.

HON. STEPHEN W. ROSENBLATT

MR. KEITH MARTIN MACK

**In re:**   Warehouse 86, LLC

**Bankruptcy Case No.:**   08–03423–ee

### NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that there will be a hearing on **(1) TRUSTEE'S OBJECTION TO CLAIMS FILED BY KIMBERLY R. LENTZ (DKT.#337) AND (2) RESPONSE FILED BY CREDITOR, KEITH MARTIN MACK (DKT.#358)** in regard to the above referenced case on **Tuesday, September 20, 2011** at **11:00 AM**, or as soon thereafter as counsel can be heard, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi.

**PLEASE NOTIFY YOUR CLIENTS OF THIS HEARING.**

**DATED:** 8/23/11          **EDWARD ELLINGTON**
                            **U. S. BANKRUPTCY JUDGE**

hn002ee