IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                         CASE NO. 08-03423 ee
                DEBTOR                                                      CHAPTER 7

## ORDER REGARDING TRUSTEE'S OBJECTION TO CLAIMS
### (DOCKET#341)

THIS MATTER is before the Court on the Trustee's Objection to Claims filed by the Trustee in the above styled and numbered case. The Court finds that the Objection should be sustained and further finds as follows:

1.     Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

2.     This Court has jurisdiction over this matter pursuant 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.     The Trustee objected to Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 2-1 be disallowed as a general unsecured claim.

4.     The Trustee objected to Claim No. 4-1 filed by H&E Equipment Service, Inc. in the amount of $4,470.99 on the basis that the claim is a duplicate of Claim No. 31-1. The Trustee requests that Claim No. 4-1 be disallowed as a general unsecured claim.

5.     The Trustee objected to Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89 on the basis that the claim is a duplicate of Claim No. 28-1. The Trustee requests that Claim No. 8-1 be disallowed as a general unsecured claim.

6. The Trustee objected to Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50 on the basis that the claim is secured and creditor has remedy in its collateral. The Trustee requests that Claim No. 10-1 be disallowed as a general unsecured claim.

7. The Trustee objected to Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80 on the basis that the claim is a duplicate of Claim No. 24-2 and Claim, No. 24-2 was amended to reflect that no amounts are due. The Trustee requests that Claim No. 11-1 be disallowed as a general unsecured claim.

8. The Trustee objected to Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51 on the basis that the claim is a duplicate of Claim No. 35-1. The Trustee requests that Claim No. 17-1 be disallowed as a general unsecured claim.

9. The Trustee objected to Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00 on the basis that the claim is unliquidated and subject to adjustment. Additionally, the claim is secured. The Trustee requests that Claim No. 18-1 be disallowed as a general unsecured claim.

10. The Trustee objected to Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 22-1 be disallowed as a general unsecured claim.

11. The Trustee objected to Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 26-1 be disallowed as a general unsecured claim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 4-1 filed by H&E

Equipment Service, Inc. in the amount of $4,470.99 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order shall constitute a final judgment as defined in Rule 9021 of the *Federal Rules of Bankruptcy Procedure.*

**SO ORDERED AND ADJUDGED.**

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011

ORDER SUBMITTED BY:

Lentz & Little, PA
PO Box 927
Gulfport, MS 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077