```
                         United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                          Case No. 08-03423-ee
Warehouse 86, LLC                                               Chapter 7
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0538-3         User: ksimmons              Page 1 of 1           Date Rcvd: Aug 23, 2011
                             Form ID: pdf012             Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
db          +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             +E-mail/Text: credit@sosstaffing.com Aug 23 2011 20:48:47      SOS Staffing Services, Inc.,
               Attn: Tami Brown, Credit Manager,   2650 Decker Lake Blvd., Ste 500,
               Salt Lake City, UT 84119-2059
2720914      +E-mail/Text: credit@sosstaffing.com Aug 23 2011 20:48:47      SOS Staffing,   POB 27008,
               Salt Lake City UT 84127-0008
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                    **Signature:** _Joseph Speetjens_

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                                      **CHAPTER 7**

**WAREHOUSE 86, LLC**                                                             **CASE NO. 08-03423EE**

**ORDER RESOLVING
*ORDER TO SHOW CAUSE***

        **THIS MATTER** came before the Court on the hearing on the *Order to Show Cause* (#348) why *SOS Staffing Service's Response to Trustee's Objection to Claim (in letter form)* filed on July 25, 2011, by Tami Brown, Credit Manger, should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. §1654, Miss. Code § 73-3-55 (Rev. 1994) and Federal Rule of Bankruptcy Procedure 9011. Having considered that no one appeared on behalf of SOS Staffing Services, Inc. at the show cause hearing, the Court finds that the pleading should be stricken.

        **IT IS THEREFORE ORDERED** that *SOS Staffing Service's Response to Trustee's Objection to Claim (in letter form)* filed on July 25, 2011, by Tami Brown, Credit Manger, is hereby stricken.

        **SO ORDERED**.

*/s/ Edward Ellington*

Edward Ellington
United States Bankruptcy Judge

Dated: August 23, 2011