```
                          United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                         Case No. 08-03423-ee
Warehouse 86, LLC                                              Chapter 7
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0538-3          User: ksimmons          Page 1 of 1          Date Rcvd: Aug 23, 2011
                              Form ID: pdf012         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
db         +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692
           +HEPACO, Inc.,   Environment Contractors,   Corporate Office,
             Attn: Amber Heintz, Accounts Receivable,   P.O. Box 26308,   Charlotte, NC 28221-6308
2843209    +HEPACO, Inc,   731 East Brooks Road,   Memphis TN 38116-3013
2806465    +HEPACO, Incorporated,   2711 Burch Dr.,   Charlotte NC 28269-4476

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                           **Signature:** _Joseph Speetjens_

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                                       CHAPTER 7

WAREHOUSE 86, LLC                                                                      CASE NO. 08-03423EE

**ORDER RESOLVING**
*ORDER TO SHOW CAUSE*

**THIS MATTER** came before the Court on the hearing on the *Order to Show Cause* (#351) why *HEPACO, Inc.'s Response to Trustee's Objection to Claim (in letter form)* filed on July 28, 2011, by Amber Heintz, Accounts Receivable Manger, should not be stricken for failure to be signed by an attorney of record as required by 28 U.S.C. §1654, Miss. Code § 73-3-55 (Rev. 1994) and Federal Rule of Bankruptcy Procedure 9011. Having considered that no one appeared on behalf of HEPACO, Inc. at the show cause hearing, the Court finds that the pleading should be stricken.

**IT IS THEREFORE ORDERED** that *HEPACO, Inc.'s Response to Trustee's Objection to Claim (in letter form)* filed on July 28, 2011, by Amber Heintz, Accounts Receivable Manger, is hereby stricken.

**SO ORDERED**.

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011