```
                       United States Bankruptcy Court
                       Southern District of Mississippi
In re:                                                   Case No. 08-03423-ee
Warehouse 86, LLC                                        Chapter 7
        Debtor                 CERTIFICATE OF NOTICE

District/off: 0538-3      User: ksimmons           Page 1 of 1       Date Rcvd: Aug 23, 2011
                          Form ID: pdf012          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
db             +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
3066537        +Budge Rent A Car Systems LLC,   Basham & Scott,    P O Box 450676,   Houston TX 77245-0676

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                     **Signature:** _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC            CASE NO. 08-03423 ee
            DEBTOR                                   CHAPTER 7

### ORDER REGARDING TRUSTEE'S OBJECTION TO CLAIM
### (DOCKET#339)

THIS MATTER is before the Court on the Trustee's Objection to Claim filed by the Trustee in the above styled and numbered case. The Court finds that the Objection should be sustained and further finds as follows:

1. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

2. This Court has jurisdiction over this matter pursuant 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The Trustee objected to Claim No. 30-1 filed by Budget Rent A Car Systems, LLC. in the amount of $25,000.00 on the basis that the claim is contingent and unliquidated The Trustee requests that Claim No. 30-1 be disallowed as a general unsecured claim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Claim No. 30-1 filed by Budget Rent A Car Systems, LLC. in the amount of $25,000.00 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order shall constitute a final judgment as defined in Rule 9021 of the *Federal Rules of Bankruptcy Procedure.*

**SO ORDERED AND ADJUDGED.**

*/s/ Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011

ORDER SUBMITTED BY:

Lentz & Little, PA
PO Box 927
Gulfport, MS 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077