```
                            United States Bankruptcy Court
                             Southern District of Mississippi

In re:                                                         Case No. 08-03423-ee
Warehouse 86, LLC                                              Chapter 7
         Debtor             CERTIFICATE OF NOTICE

District/off: 0538-3          User: ksimmons              Page 1 of 1          Date Rcvd: Aug 23, 2011
                              Form ID: pdf012             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2011.
db           +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692
2756488      +AIG Bankruptcy Collections,   Michelle A. Levitt, Authorized Represent,
               70 Pine Street, 28th Floor,   New York NY 10270-0001
2743391      +Fifth Third Bank,    1850 E Paris SE,   MD/ROPS 05,   Grand Rapids, MI 49546-6253
2716023       H&E Equip. Serv. Inc.,    4899 W. 2100 Street,   St. Lake City, UT  84120-1225
2806465      +HEPACO, Incorporated,    2711 Burch Dr.,   Charlotte NC 28269-4476
2716040      +Merchandise Manu. Inc.,    P O Box 843,   Lakewood CA 90714-0843
2734993       Questar Gas Company,    Bankruptcy/DNR 244,   P O Box 3194,   Salt Lake City UT 84110-3194
2756440      +TWG Innovative Solutions Inc,    c/o William J Sparer, Counsel,   The Warranty Group,
               175 West Jackson Blvd,    Chicago IL 60604-2615
2748953      +The Commis of Revenue of the State of TN,   Tax Enforcement Divison,    c/o Attorney General,
               P. O. Box 20207,   Nashville, TN 37202-4015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2720914      +E-mail/Text: credit@sosstaffing.com Aug 23 2011 20:48:47    SOS Staffing,   POB 27008,
               Salt Lake City UT 84127-0008
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2011**                    **Signature:** _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                         CASE NO. 08-03423 ee
               DEBTOR                                                     CHAPTER 7

## ORDER REGARDING TRUSTEE'S OBJECTION TO CLAIMS
### (DOCKET#341)

THIS MATTER is before the Court on the Trustee's Objection to Claims filed by the Trustee in the above styled and numbered case. The Court finds that the Objection should be sustained and further finds as follows:

1.     Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

2.     This Court has jurisdiction over this matter pursuant 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.     The Trustee objected to Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 2-1 be disallowed as a general unsecured claim.

4.     The Trustee objected to Claim No. 4-1 filed by H&E Equipment Service, Inc. in the amount of $4,470.99 on the basis that the claim is a duplicate of Claim No. 31-1. The Trustee requests that Claim No. 4-1 be disallowed as a general unsecured claim.

5.     The Trustee objected to Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89 on the basis that the claim is a duplicate of Claim No. 28-1. The Trustee requests that Claim No. 8-1 be disallowed as a general unsecured claim.

6.  The Trustee objected to Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50 on the basis that the claim is secured and creditor has remedy in its collateral. The Trustee requests that Claim No. 10-1 be disallowed as a general unsecured claim.

7.  The Trustee objected to Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80 on the basis that the claim is a duplicate of Claim No. 24-2 and Claim, No. 24-2 was amended to reflect that no amounts are due. The Trustee requests that Claim No. 11-1 be disallowed as a general unsecured claim.

8.  The Trustee objected to Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51 on the basis that the claim is a duplicate of Claim No. 35-1. The Trustee requests that Claim No. 17-1 be disallowed as a general unsecured claim.

9.  The Trustee objected to Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00 on the basis that the claim is unliquidated and subject to adjustment. Additionally, the claim is secured. The Trustee requests that Claim No. 18-1 be disallowed as a general unsecured claim.

10.  The Trustee objected to Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 22-1 be disallowed as a general unsecured claim.

11.  The Trustee objected to Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 on the basis that the claim has no supporting documentation. The Trustee requests that Claim No. 26-1 be disallowed as a general unsecured claim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Claim No. 2-1 filed by SOS Staffing in the amount of $18,358.98 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that Claim No. 4-1 filed by H&E

Equipment Service, Inc. in the amount of $4,470.99 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 8-1 filed by Questar Gas Company in the amount of $952.89 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 10-1 filed by Fifth Third Bank in the amount of $36,931.50 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 11-1 filed by The Commission of Revenue of the State of TN in the amount of $10,285.80 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 17-1 filed by TWG Innovative Solutions Inc. in the amount of $208,360.51 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 18-1 filed by AIG Bankruptcy Collections in the amount of $0.00 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 22-1 filed by Merchandise Manu., Inc. in the amount of $368,920.30 is hereby disallowed as a general unsecured claim.

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 26-1 filed by HEPACO, Incorporated in the amount of $14,151.93 is hereby disallowed as a general unsecured claim.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order shall constitute a final judgment as defined in Rule 9021 of the *Federal Rules of Bankruptcy Procedure.*

**SO ORDERED AND ADJUDGED.**

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: August 23, 2011

ORDER SUBMITTED BY:

Lentz & Little, PA
PO Box 927
Gulfport, MS 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077