IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WAREHOUSE 86, LLC                    CHAPTER 7 CASE NO. 08-03423-EE

### AGREED ORDER RESOLVING OBJECTION TO CLAIMS NO. 20-1 AND 36-1 (KEITH MARTIN MACK)

THIS MATTER is before the Court on the Objection of Kimberly R. Lentz, Trustee of the Bankruptcy Estate of Warehouse 86, LLC ("Trustee"), to Claim No. 20-1 and Claim No. 36-1 **(DK#337)** and the Creditor's Response to Trustee's Objection to Claims filed by Keith Martin Mack, ("Mack") **(DK#358)** and the Court, having considered same, and having been advised that the Trustee and Mack agree to the entry of this Order, is of the opinion that the Trustee's Objection to Claim No. 20-1, should be sustained and that the Trustee's Objection to Claim No. 36-1 should be sustained in part and denied in part;

IT IS THEREFORE, ORDERED AND ADJUDGED that Claim No. 20-1 filed herein by Mack be, and the same hereby is, disallowed; and

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 36-1 filed by Mack be, and the same hereby is, allowed as a general unsecured claim in the amount of $32,667.40 and the remaining amount of the claim is disallowed.

SO ORDERED AND ADJUDGED.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: September 20, 2011

AGREED:

_____
William J. Little, Jr. Attorney for Trustee

_____
Keith Martin Mack, *pro se*

Presented By:

William J. Little, Jr.
LENTZ & LITTLE, P.A.
2012 23rd Avenue
Gulfport, MS 39501
(228) 867-6050 Phone
littlewj@bellsouth.net