```
                           United States Bankruptcy Court
                           Southern District of Mississippi
In re:                                                        Case No. 08-03423-ee
Warehouse 86, LLC                                             Chapter 7
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0538-3          User: dsawyer              Page 1 of 1                Date Rcvd: Sep 20, 2011
                              Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
db            +Warehouse 86, LLC,    P O Box 16692,   Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                              **Signature:**   _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WAREHOUSE 86, LLC    CHAPTER 7 CASE NO. 08-03423-EE

### AGREED ORDER RESOLVING OBJECTION TO CLAIMS NO. 20-1 AND 36-1 (KEITH MARTIN MACK)

THIS MATTER is before the Court on the Objection of Kimberly R. Lentz, Trustee of the Bankruptcy Estate of Warehouse 86, LLC ("Trustee"), to Claim No. 20-1 and Claim No. 36-1 **(DK#337)** and the Creditor's Response to Trustee's Objection to Claims filed by Keith Martin Mack, ("Mack") **(DK#358)** and the Court, having considered same, and having been advised that the Trustee and Mack agree to the entry of this Order, is of the opinion that the Trustee's Objection to Claim No. 20-1, should be sustained and that the Trustee's Objection to Claim No. 36-1 should be sustained in part and denied in part;

IT IS THEREFORE, ORDERED AND ADJUDGED that Claim No. 20-1 filed herein by Mack be, and the same hereby is, disallowed; and

IT IS FURTHER ORDERED AND ADJUDGED that Claim No. 36-1 filed by Mack be, and the same hereby is, allowed as a general unsecured claim in the amount of $32,667.40 and the remaining amount of the claim is disallowed.

SO ORDERED AND ADJUDGED.

Edward Ellington
United States Bankruptcy Judge
Dated: September 20, 2011

AGREED:

William J. Little, Jr. Attorney for Trustee

Keith Martin Mack, *pro se*

Presented By:

William J. Little, Jr.
LENTZ & LITTLE, P.A.
2012 23rd Avenue
Gulfport, MS 39501
(228) 867-6050 Phone
littlewj@bellsouth.net