IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:     WAREHOUSE 86, LLC <br> DEBTOR | CASE NO. 08-03423 ee <br> CHAPTER 7 |

### NOTICE OF FIRST AND FINAL APPLICATION FOR COMPENSATION FOR ATTORNEYS FOR THE TRUSTEE

To the Honorable Katharine M. Samson, the Office of the United States Trustee, and all creditors and parties in interest.

NOTICE IS HEREBY GIVEN that Lentz & Little, PA, Attorneys for the Trustee, has filed its First and Final Application for Compensation for Attorneys for the Trustee in the above styled and numbered case. The Application seeks approval for payment of fees in the amount of $8,825.00 and reimbursement of expenses in the amount $279.77 from unencumbered and unrestricted funds of the bankruptcy estate. A copy of the First and Final Application for Compensation for Attorneys for the Trustee may be obtained from the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, 2012 15th Street, Suite 244, Gulfport, MS 39501.

NOTICE IS FURTHER GIVEN that any creditor or party in interest wishing to object to the First and Final Application for Attorney for the Trustee, must file a written objection with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi, 2012 15th Street, Suite 244, Gulfport, MS 39501, and a copy must be served upon Lentz & Little, P.A., PO Box 927, Gulfport, MS 39502 and upon the Office of the United States Trustee, 501 E Court St., Suite 6-430, Jackson, MS 39201. **THE DEADLINE DATE FOR FILING OBJECTIONS TO THE FIRST AND FINAL APPLICATION FOR COMPENSATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

NOTICE IS FURTHER GIVEN that in the event that any objections are timely filed, the Court will set the matter for a hearing and will notify the interested parties of the time, date and place of the hearing. If no objections are filed, the Court may enter an Order approving the Application *ex parte*.

Dated this the 27th day of September, 2011.

Respectfully submitted,

By: /s/ *Kimberly R. Lentz*
    KIMBERLY R. LENTZ (BAR NO. 8986)

OF COUNSEL:
LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                      CASE NO. 08-03423 ee
           DEBTOR                                               CHAPTER 7

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov
Christopher R. Maddux, Attorney for Debtor: chris.maddux@butlersnow.com
John A. Crawford, Jr., Attorney for Debtor: jack.crawford@butlersnow.com
Stephen W. Rosenblatt, Attorney for Debtor: Steve.Rosenblatt@butlersnow.com

I further certify that I have mailed a true and correct copy of said document to all creditors and parties in interest who are listed on the creditor mailing matrix attached hereto as Exhibit "A".

This the 27th day of September, 2011.

                                                     /s/ *Kimberly R. Lentz*
                                                     KIMBERLY R. LENTZ

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Tue Sep 27 10:39:28 CDT 2011 | Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 6010<br>Ridgeland, MS 39158-6010 | Fifth Third Bank<br>King & Spencer<br>Post Office Box 123<br>Jackson, MS 39205-0123 |
| HEPACO<br>P O Box 26308<br>Charlotte, NC 28221-6308 | Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 | Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121-5952 |
| Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Receivable Management Services<br>c/o Phyllis A. Hayes<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030-1322 | SOS Staffing Services Inc<br>c/o Tami Brown<br>2650 Decker Lake Blvd. Ste 500<br>SLC, UT 84119-2059 |
| Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5027 | Warehouse 86, LLC<br>P O Box 16692<br>Jackson, MS 39236-6692 |
| U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0001 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 |
| Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 | Allied Waste Serv #493<br>48 Landfill Rd<br>Leland MS 38756-9721 | Allied Waste Serv #837<br>48 Landfill Rd.<br>Leland MS 38756-9721 |
| Allied Waste Serv #868<br>48 Landfill Rd.<br>Leland MS 38756-9721 | American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Intematl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 |
| Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 |

EXHIBIT A

| | | |
|---|---|---|
| Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 | Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | Audiovox Spec. Applic.<br>53200 Marina Drive<br>Elkhart, W 46514-8325 |
| Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>2466 Lugonia Ave.<br>Redlands, CA 92374-5003 |
| Budge Rent A Car Systems LLC<br>Basham & Scott<br>P O Box 450676<br>Houston TX 77245-0676 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 |
| City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ 85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2245 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |
| Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>238 Wendel H Ford Blvd<br>Erlanger KY 41018 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 |
| EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 |
| Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 |

| | | |
|---|---|---|
| FifUi Third Auto Leasing<br>P.O. Box 630041<br>MD1MOC2E-3152<br>Cincinnati, OH 45263-0041 | Fifth Third Auto Leasing<br>MD1MOC2E-3152<br>P O Box 630041<br>Cincinnati OH 45263-0041 | Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546-6253 |
| First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60062-7917 | Gary E. Veasey, Esq.<br>780 Ridge Lake Blvd. STE 202<br>Memphis, TN 38120-9426 | Global Crossing Tele.<br>225 Kenneth Drive<br>Rochester, NY 14623-4277 |
| Gloria O'Neal<br>4403 Bennett Wood<br>Millington, TN 38053-2208 | H & E Equipment Services, Inc.<br>11100 Mead Road<br>Suite 200<br>Baton Rouge, LA 70816-2260 | H&E Equip. Serv. Inc.<br>4899 W. 2100 Street<br>St. Lake City, UT 84120-1225 |
| HEPACO, Inc<br>731 East Brooks Road<br>Memphis TN 38116-3013 | HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269-4476 | HOJ Enginr. & Sales Co<br>3960 S 500 West<br>Salt Lake Cit, UT 84123-1360 |
| Haddox Reid Burkes<br>P O Drawer 22507<br>Jackson, MS 39225-2507 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Interface Systems<br>3773 Corporate Center Drive<br>Earth City MO 63045-1130 |
| International Tax Servs<br>2204 Walkley Road<br>Ottawa ON K1A1A8<br>Canada | Isaac Amavizca<br>3622 W. Oregon Avenue<br>Phoenix AZ 85019-2318 | Jane Hetzler<br>City Clerk<br>City of Indianola<br>P O Box 269<br>Indianola, MS 38751-0269 |
| Joann McKinney<br>2278 Sharon<br>Memphis, TN 38127-3525 | Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260-3528 | Joy D. St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Katt Worldwide Logist.<br>P O Box 751197<br>Memphis, TN 38175-1197 | Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115-5927 |
| Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | Louis E. Sagar<br>598 Broadway<br>New York, NY 10012-3351 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS<br>39225-2808 |
| Marchetti Robertson &<br>P O Box 3348<br>Ridgeland, MS 39158-3348 | Marcus M. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>Post Office Box 98<br>Jackson, MS 39205-0098 | Mary Leesa Simmons<br>IDI Services Group<br>1000 Ridgeway Loop Rd, #100<br>Memphis, TN 38120-4037 |

| | | |
|---|---|---|
| Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 |
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2364 | Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Drive<br>Phoenix AZ 85031-2330 |
| Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS 39225-3050 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 |
| Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 |
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 |
| Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 |
| Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | Questar Gas Company<br>P O Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. O. Box 961090<br>Fort Worth, TX 76161-5000 |
| RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 | S & B Packaging Inc<br>d/b/a Caboodles<br>8901 First Industrial Drive<br>Southaven, MS 38671-1919 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 |

| | | |
|---|---|---|
| SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 |
| Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 |
| Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 | Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 |
| TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 |
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN  37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 |
| Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 |
| U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 |
| UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UNITED PARCEL SERVICE FREIGHT<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094-4396 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT  84134-0270 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 |

| | | |
|---|---|---|
| Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 |
| Warehouse 86, LLC<br>c/o Christopher R. Maddux<br>P O Box 6010<br>Ridgeland MS 39158-6010 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 |
| Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 |
| Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Kimberly R Lentz<br>P O Box 927<br>Gulfport, MS 39502-0927 |
| Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501-2967 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | Stephen Smith<br>Shelton & Smith, P.C.<br>5 Old River Place, Suite 107<br>Jackson, MS 39202-3449 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | William Little<br>Lentz & Little, PA<br>Post Office Box 927<br>Gulfport, MS 39502-0927 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 | (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 |
| (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RadioShack Corporation and SCK, Inc. f/k/a

(u)Baja Motorsports, LLC
2955 S. 18th Place
Returned Mail 12-20-10

(u)CH Enterprises
4829 S. Ridgeline Drive
RETURNED MAIL 5-5-10

(d)Eric L. Eilertsen
1878 Laurel Ln.
Germantown TN 38139-6954

(u)Jennifer D. Jones
10 1 Warren St., #20
RETURNED MAIL 11/17/2008

(d)Tennessee Dept of Revenue
c/o Attorney General
P O Box 20207
Nashville TN 37202-4015

(u)UPS Freight
611 Park Meadow Road
RETURNED MAIL 10-18-10

(d)Keith Martin Mack
2949 Los Robles Rd
Thousand Oaks, CA 91362-3320

End of Label Matrix
Mailable recipients   167
Bypassed recipients     8
Total                 175