IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:     WAREHOUSE 86, LLC                                      CASE NO. 08-03423 ee
                  DEBTOR                                                           CHAPTER 7

**ORDER ON FIRST AND FINAL APPLICATION FOR
COMPENSATION FOR ATTORNEYS FOR THE TRUSTEE
(DOCKET # 375 )**

THIS MATTER is before the Court on the First and Final Application for Compensation for Attorneys for the Trustee, and the Court, having considered same, finds as follows and grants the following relief:

1. The Court has jurisdiction over this matter pursuant to 28 USC § 1334. This is a core proceeding pursuant to 28 USC § 157(b).

2. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

3. This Court entered an Order authorizing the Trustee to employ Lentz & Little, P.A. as attorney for the Trustee on March 14, 2011. This application seeks approval of fees for Lentz & Little, P.A. from November 2, 2010 through September 19, 2011. The total amount of fees requested is $8,825.00 and the total requested for reimbursement of expenses is $279.77.

4. This is the first and final application for fees for attorney for the Trustee.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Lentz & Little, P.A. is hereby awarded compensation in the amount of $9,104.77;

**IT IS FURTHER ORDERED AND ADJUDGED** that Kimberly R. Lentz, Trustee, is authorized to pay the fees approved from unencumbered property of the bankruptcy estate.

**SO ORDERED AND ADJUDGED.**

Edward Ellington
United States Bankruptcy Judge
Dated: October 24, 2011

ORDER PRESENTED BY:

LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077