United States Bankruptcy Court
Southern District of Mississippi

In re:  
Warehouse 86, LLC  
    Debtor

Case No. 08-03423-ee  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0538-3     User: dsawyer     Page 1 of 1     Date Rcvd: Oct 24, 2011  
                         Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2011.  
db         +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2011**                                    **Signature:** _/s/ Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:    WAREHOUSE 86, LLC                             CASE NO. 08-03423 ee
          DEBTOR                                        CHAPTER 7

### ORDER ON FIRST AND FINAL APPLICATION FOR COMPENSATION FOR ATTORNEYS FOR THE TRUSTEE (DOCKET #  375 )

THIS MATTER is before the Court on the First and Final Application for Compensation for Attorneys for the Trustee, and the Court, having considered same, finds as follows and grants the following relief:

1. The Court has jurisdiction over this matter pursuant to 28 USC § 1334. This is a core proceeding pursuant to 28 USC § 157(b).

2. Warehouse 86, LLC ("Debtor") filed for relief under Chapter 11 of the *Bankruptcy Code* on November 4, 2008. On December 3, 2010, the case was converted to a Chapter 7 proceeding. Kimberly R. Lentz is the Chapter 7 trustee ("Trustee") of the bankruptcy estate of the Debtor.

3. This Court entered an Order authorizing the Trustee to employ Lentz & Little, P.A. as attorney for the Trustee on March 14, 2011. This application seeks approval of fees for Lentz & Little, P.A. from November 2, 2010 through September 19, 2011. The total amount of fees requested is $8,825.00 and the total requested for reimbursement of expenses is $279.77.

4. This is the first and final application for fees for attorney for the Trustee.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Lentz & Little, P.A. is hereby awarded compensation in the amount of $9,104.77;

**IT IS FURTHER ORDERED AND ADJUDGED** that Kimberly R. Lentz, Trustee, is authorized to pay the fees approved from unencumbered property of the bankruptcy estate.

**SO ORDERED AND ADJUDGED.**

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: October 24, 2011

ORDER PRESENTED BY:

LENTZ & LITTLE, PA
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050
Facsimile (228) 867-6077