# Kimberly R. Lentz

Trustee-In-Bankruptcy

2012 23ʳᵈ Avenue
P.O. Box 927
Gulfport, MS  39502
Phone (228) 867-6050   Fax (228) 867-6077

E-mail: krlentz@bellsouth.net

October 27, 2011

Kathy C. Landry, Clerk
United States Bankruptcy Court
2012 15th Street, Suite 244
Gulfport, MS 39501

**Re:** Warehouse 86, LLC, Case No. 08-03423 EE

Dear Ms. Landry:

Please provide me with an itemization of the court costs in connection with the above referenced case.

Thank you for your assistance.

Sincerely,

/s/ Kimberly R. Lentz
Kimberly R. Lentz