UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                           §
                                                 §
WAREHOUSE LLC 86                                 §          Case No. 08-03423 EE
                                                 §
                        Debtor(s)                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter       of the United States Bankruptcy Code was filed on
        . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $                , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $              , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/KIMBERLY R. LENTZ _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-03423 | EE | Judge: | Edward Ellington | | Trustee Name: | KIMBERLY R. LENTZ | Exhibit A |
|---|---|---|---|---|---|---|---|---|

Case Name: WAREHOUSE LLC 86
Date Filed (f) or Converted (c): 12/03/10 (c)
341(a) Meeting Date: 12/05/08
For Period Ending: 12/28/11
Claims Bar Date: 04/15/11

| | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | | BANK OF AMERICAN | 6,713.43 | 0.00 | DA | 0.00 | FA |
| 2 | | BANK OF AMERICAN | 54,995.74 | 0.00 | DA | 0.00 | FA |
| 3 | | BANK OF AMERICAN | 5,609.78 | 0.00 | DA | 0.00 | FA |
| 4 | | PAYPAL ACCOUNT - PAYMENTS | 4,645.77 | 0.00 | DA | 0.00 | FA |
| 5 | | PAYPAL ACCOUNT - VIP | 4,408.59 | 0.00 | DA | 0.00 | FA |
| 6 | | RENT DEPOSIT - RADIOSHACK | 35,407.90 | 0.00 | DA | 0.00 | FA |
| 7 | | RENT DEPOSIT - 5 RIVER BEND PLACE, FLOWOOD | 294.00 | 0.00 | DA | 0.00 | FA |
| 8 | | UTILITY DEPOSIT - MEMPHIS LIGHT GAS AND WATER | 26,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | | UTILITY DEPOSIT - ROCKY MOUNTAIN POWER | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | | UTILITY DEPOSIT - QUESTAR GAS | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | | G86, LLC | 988.06 | 0.00 | DA | 0.00 | FA |
| 12 | | G86, LLC | 3,313.90 | 0.00 | DA | 0.00 | FA |
| 13 | | BIDTOPIA, LLC | 2,148.80 | 0.00 | DA | 0.00 | FA |
| 14 | | PAYPAL RETENTION | 120,669.62 | 0.00 | DA | 0.00 | FA |
| 15 | | CARDSERVICE INTERNATIONAL (MC/VISA) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | | AMERICAN EXPRESS (MERCHANT ACCOUNT) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | | INSURANCE CLAIM ARISING FROM TORNADO AND FIRE LOSS | 0.00 | 711,268.63 | | 711,268.63 | FA |
| 18 | | REGISTERED SERVICE MARK | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | | CUSTOMER EMAIL LIST | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | | SEE EX. B29 OF SCHEDULES | 1,060,847.58 | 0.00 | DA | 0.00 | FA |
| 21 | | INVENTORY | 140,665.12 | 0.00 | DA | 0.00 | FA |
| 22 | | FUNDS IN DIP ACCOUNT (u) | 0.00 | 22,806.85 | | 32,806.85 | FA |
| 23 | | UNEARNED ACCOUNTANT FEES (u) | 0.00 | 10,296.25 | | 10,296.25 | FA |
| 24 | | POTENTIAL AVOIDANCE ACTION AGAINST JOY ST. JAMES (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | | POTENTIAL AVOIDANCE ACTION AGAINST PAUL ST. JAMES (u) | 0.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
Page: 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 08-03423 | EE | Judge: | Edward Ellington | | Trustee Name: | KIMBERLY R. LENTZ |
|---|---|---|---|---|---|---|---|
| Case Name: | WAREHOUSE LLC 86 | | | | | Date Filed (f) or Converted (c): | 12/03/10 (c) |
| | | | | | | 341(a) Meeting Date: | 12/05/08 |
| For Period Ending: 12/28/11 | | | | | | Claims Bar Date: | 04/15/11 |

| | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | | POTENTIAL AVOIDANCE ACTION AGAINST ERIC EILERSTON (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | | POTENTIAL AVOIDANCE ACTION AGAINST ERNEST STRAHAN (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | | POTENTIAL AVOIDANCE ACTION AGAINST VARIOUS VENDORS/CREDITORS (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| INT | | Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.05 | FA |

TOTALS (Excluding Unknown Values)                      $1,511,708.29             $744,371.73                      $754,421.78

Gross Value of Remaining Assets
$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #  20  --   THIS ASSET WAS SOLD IN CHAPTER 11. THE LIST OF MACHINERY AND INVENTORY IS ATTACHED TO THE SCHEDULES.
RE PROP #  21  --   THIS ASSET WAS SOLD IN CHAPTER 11. THE LIST OF MACHINERY AND INVENTORY IS ATTACHED TO THE SCHEDULES.

Initial Projected Date of Final Report (TFR):  12/31/11        Current Projected Date of Final Report (TFR):  12/31/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Case No: 08-03423

Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964

For Period Ending: 12/28/11

Trustee Name: KIMBERLY R. LENTZ

Bank Name: BANK OF AMERICA, N.A.

Account Number/CD#: XXXXXX1607 - Money Market Account

Blanket Bond (per case limit): $35,249,760.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/10 | 22 | BANK OF AMERICA, N.A. | FUNDS IN DIP ACCOUNT | 1229-000 | 32,806.85 | | 32,806.85 |
| 11/18/10 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 10,000.00 | 22,806.85 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 22,807.26 |
| 12/20/10 | 17 | U.S. Treasury | Proceeds from insurance settlement | 1129-000 | 711,268.63 | | 734,075.89 |
| 12/28/10 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 105,562.08 | 628,513.81 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 12.27 | | 628,526.08 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 37.37 | | 628,563.45 |
| 04/05/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 502.85 | 628,060.60 |
| 05/23/11 | 23 | HADDOX REID BURKES & CALHOUN POST OFFICE DRAWER 22507 JACKSON, MS 39225 | UNEARNED ACCOUNTANT FEES | 1229-000 | 10,296.25 | | 638,356.85 |
| 07/20/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 2,782.00 | 635,574.85 |
| 10/24/11 | 000301 | LENTZ & LITTLE, PA PO BOX 927 GULFPORT, MS 39502 | ATTORNEY FEES AND EXPENSES | | | 9,104.77 | 626,470.08 |
| | | | ATTORNEY EXPENSES              (279.77) | 3120-000 | | | |
| | | | ATTORNEY FEES                    (8,825.00) | 3110-000 | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 806.71 | 625,663.37 |
| 11/29/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 625,663.37 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 754,421.78 | 754,421.78 |
| Less: Bank Transfers/CD's | 0.00 | 744,510.30 |
| Subtotal | 754,421.78 | 9,911.48 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 754,421.78 | 9,911.48 |

0.00

Page Subtotals            754,421.78            754,421.78

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

Case No: 08-03423
Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 12/28/11

Trustee Name: KIMBERLY R. LENTZ
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $35,249,760.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/10 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 10,000.00 | | 10,000.00 |
| 11/18/10 | 001001 | ERIC EILERSTEN 1878 LAUREL LANE GERMANTOWN, TN 38139 | INSURANCE PROCEEDS FOR OTHERS | 8500-002 | | 10,000.00 | 0.00 |
| 12/28/10 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 105,562.08 | | 105,562.08 |
| 12/28/10 | 001002 | Rosenblatt, Stephen W. Butler, Snow, O'Mara, Stevens, & Cannada, PLLC 210 East Capitol Street 17th Floor Jackson, MS 39201 | Attorney's Fees and Expenses | | | 105,562.08 | 0.00 |
| | | | Attorney fees                     (100,788.00) | 6210-000 | | | |
| | | | Attorney Expenses                 (4,774.08) | 6220-000 | | | |
| 04/05/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 502.85 | | 502.85 |
| 04/05/11 | 001003 | KIMBERLY R. LENTZ 2012 23RD AVENUE GULFPORT MS 39502 | REIMBURSEMENT OF BOND PREMIUM | 2300-000 | | 502.85 | 0.00 |
| 07/20/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 2,782.00 | | 2,782.00 |
| 07/20/11 | 001004 | STEPHEN SMITH & COMPANY, PC 5 OLD RIVER PLACE STE 107 JACKSON, MS 39202 | ACCOUNTANT FEES AND EXPENSES | | | 2,782.00 | 0.00 |
| | | | ACCOUNTANT FEES                   (2,750.00) | 3410-000 | | | |
| | | | ACCOUNTANT EXPENSES               (32.00) | 3420-000 | | | |
| 11/29/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 625,663.37 | | 625,663.37 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | 744,510.30 | 118,846.93 | 625,663.37 |
| Less: Bank Transfers/CD's | 744,510.30 | 0.00 | |
| Subtotal | 0.00 | 118,846.93 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 118,846.93 | |
| Page Subtotals | 744,510.30 | 118,846.93 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No:  08-03423
Case Name:  WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending:  12/28/11

Trustee Name:  KIMBERLY R. LENTZ
Bank Name:  BANK OF AMERICA, N.A.
Account Number/CD#:  XXXXXX1623 - Checking Account
Blanket Bond (per case limit):  $35,249,760.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
|  | Money Market Account - XXXXXX1607 |  | | 754,421.78 | 9,911.48 | 0.00 |
|  | Checking Account - XXXXXX1623 |  | | 0.00 | 118,846.93 | 625,663.37 |
|  |  |  | | ------------------------------- | ------------------------------- | ------------------------------- |
| Total Allocation Receipts: | 0.00 | | | 754,421.78 | 128,758.41 | 625,663.37 |
| Total Net Deposits: | 754,421.78 | | | ================= | ================= | ================= |
| Total Gross Receipts: | 754,421.78 | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals                                        0.00            0.00

# Southern District of Mississippi
# Claims Register

[08-03423-ee Warehouse 86, LLC](#) Converted 12/03/2010

**Judge:** Edward Ellington  
**Office:** Jackson Divisional Office  
**Trustee:** Kimberly R. Lentz

**Chapter:** 7  
**Last Date to file claims:** 04/15/2011  
**Last Date to file (Govt):** 06/04/2011

| Creditor: (2716007)<br>Delta Electric Power<br>P 0 Box 935<br>Greenwood, MS 38935 | Claim No: 1<br>*Original Filed Date:* 11/13/2008<br>*Original Entered Date:* 11/14/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Harper, Kim<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $760.64 | ALLOWED |
|---|---|
| **Total**     **claimed: $760.64** | |

*History:*

Details   1-1   11/13/2008 Claim #1 filed by Delta Electric Power, total amount claimed: $760.64 (Harper, Kim )

*Description:*

*Remarks:*

| Creditor: (2720914)<br>SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127 | Claim No: 2<br>*Original Filed Date:* 11/12/2008<br>*Original Entered Date:* 11/14/2008 | *Status:* Disallow<br>*Filed by:* CR<br>*Entered by:* Harper, Kim<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $18358.98 | DISALLOWED |
|---|---|
| **Total**     **claimed: $18358.98** | |

*History:*

Details   2-1   11/12/2008 Claim #2 filed by SOS Staffing, total amount claimed: $18358.98 (Harper, Kim )

341   07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly)

365   08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha)

08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow

*Description:*

Remarks:

| Creditor:  (2716003)  History<br>Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729 | Claim No: 3<br>*Original Filed*<br>*Date*: 11/17/2008<br>*Original Entered*<br>*Date*: 11/17/2008 | Status:<br>*Filed by*: CR<br>*Entered by*:<br>*Modified*: |
|---|---|---|

| Unsecured claimed:  $2021.50 | |
| **Total**       claimed: **$2021.50** | ALLOWED |

History:
  Details   3-1  11/17/2008 Claim #3 filed by Consumer Products Serv, total amount claimed: $2021.5 (Sawyer, Debra )

Description:

Remarks:

| Creditor:  (2716023)  History<br>H&E Equip. Serv. Inc.<br>4899 W. 2100 Street<br>St. Lake City, UT 84120-1225 | Claim No: 4<br>*Original Filed*<br>*Date*: 11/17/2008<br>*Original Entered*<br>*Date*: 11/17/2008 | Status: Disallow<br>*Filed by*: CR<br>*Entered by*:<br>*Modified*: |
|---|---|---|

| Unsecured claimed:  $4470.99 | |
| **Total**       claimed: **$4470.99** | DISALLOWED |

History:
  Details   4-1  11/17/2008 Claim #4 filed by H&E Equip. Serv. Inc., total amount claimed: $4470.99 (Perry-Wiggins, J )

  341  07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly)

  365  08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz. (Brown, Keisha)

  08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow

Description:

Remarks: (4-1) send pmts: 11100 Mead Rd #200, Atn Kurk Sorensen, Baton Rouge, LA 70816

| Creditor:  (2723065)<br>Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 11/17/2008<br>*Original Entered*<br>*Date*: 11/18/2008<br>*Last Amendment* | Status: Allow<br>*Filed by*: CR<br>*Entered by*:<br>*Modified*: |
|---|---|---|

| | | |
|---|---|---|
| | *Filed*: 08/09/2011<br>*Last Amendment*<br>*Entered*: 08/09/2011 | |

| | |
|---|---|
| Unsecured claimed: $558880.23<br>**Total** claimed: **$558880.23** | ALLOWED |

*History:*

| | | |
|---|---|---|
| Details | 5-1 | 11/17/2008 Claim #5 filed by Overstock.com, Inc, total amount claimed: $558880.23 (Sawyer, Debra ) |
| | 340 | 07/13/2011 Objection to Proof of Claim of: Overstock.com, Inc. and Overstock.com, Inc. Claim Number: 5,33 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| Details | 5-2 | 08/09/2011 Amended Claim #5 filed by Overstock.com, Inc, total amount claimed: $558880.23 (McCullough, James ) |
| | 356 | 08/15/2011 Agreed Order Regarding Trustee's Objection to Claim 5-1 and 33-1 (Overstock.com) (RE: related document(s) 340 Resolving Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz. (Brown, Keisha) |
| | | 08/15/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 5,33. Reason for change/correction: Agreed Order (dkt #356). (RE: related document(s) 356 No action taken on Order Regarding Objection to Claim) (Brown, Keisha) Status: Allow |

| |
|---|
| *Description:* (5-2) Amended Notice of Claim |

| |
|---|
| *Remarks:* (5-2) Amends Court Claim No. 5-1 |

---

| | | |
|---|---|---|
| *Creditor:* (2723663) History<br>Katt Worldwide Logistics Inc<br>Attn: Teresa Shipe<br>4105 So Mendenhall Road<br>Memphis TN 38115 | **Claim No: 6**<br>*Original Filed*<br>*Date:* 11/18/2008<br>*Original Entered*<br>*Date:* 11/19/2008 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

| | |
|---|---|
| Unsecured claimed: $15000.00<br>**Total** claimed: **$15000.00** | ALLOWED |

*History:*

| | | |
|---|---|---|
| Details | 6-1 | 11/18/2008 Claim #6 filed by Katt Worldwide Logistics Inc, total amount claimed: $15000 (Sawyer, Debra ) |

| |
|---|
| *Description:* |

| |
|---|
| *Remarks:* |

---

| | | |
|---|---|---|
| *Creditor:* (2727350)<br>UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | **Claim No: 7**<br>*Original Filed*<br>*Date:* 11/26/2008<br>*Original Entered*<br>*Date:* 11/26/2008<br>*Last Amendment*<br>*Filed:* 06/10/2009<br>*Last Amendment*<br>*Entered:* 06/10/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Diaz, Denise<br>*Modified:* |

| | |
|---|---|
| Unsecured claimed: $115057.13<br>**Total** claimed: **$115057.13** | ALLOWED |

*History:*

| | | |
|---|---|---|
| Details | 7-1 | 11/26/2008 Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $105728.12 (Diaz, |

|  |  | Denise ) |
|---|---|---|
| Details | 7-2 | 06/10/2009 Amended Claim #7 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz, Denise ) |

*Description:*

*Remarks:*

---

| *Creditor:* (2734993) Questar Gas Company Bankruptcy/DNR 244 P O Box 3194 Salt Lake City UT 84110-3194 | **Claim No: 8** *Original Filed Date*: 12/09/2008 *Original Entered Date*: 12/12/2008 | *Status:* Disallow *Filed by:* CR *Entered by:* *Modified:* |
|---|---|---|

| Unsecured claimed: $952.89 | |
|---|---|
| **Total      claimed: $952.89** | DISALLOWED |

*History:*

| Details | 8-1 | 12/09/2008 Claim #8 filed by Questar Gas Company, total amount claimed: $952.89 (Sawyer, Debra ) |
|---|---|---|
|  | 341 | 07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
|  | 365 | 08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
|  |  | 08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |

*Description:*

*Remarks:*

---

| *Creditor:* (2742920) Rocky Mountain Power Attn: Bankruptcy P O Box 25308 Salt Lake City UT 84125 | **Claim No: 9** *Original Filed Date*: 12/31/2008 *Original Entered Date*: 12/31/2008 | *Status:* *Filed by:* CR *Entered by:* *Modified:* |
|---|---|---|

| Unsecured claimed: $5261.74 | |
|---|---|
| **Total      claimed: $5261.74** | ALLOWED |

*History:*

| Details | 9-1 | 12/31/2008 Claim #9 filed by Rocky Mountain Power, total amount claimed: $5261.74 (Sawyer, Debra ) |
|---|---|---|

*Description:*

*Remarks:*

---

| *Creditor:* (2743391) | **Claim No: 10** | *Status:* Disallow |
|---|---|---|

| Fifth Third Bank<br>1850 E Paris SE<br>MD/ROPS 05<br>Grand Rapids, MI 49546 | *Original Filed*<br>*Date*: 01/02/2009<br>*Original Entered*<br>*Date*: 01/02/2009 | *Filed by:* CR<br>*Entered by:* Day, John<br>*Modified:* |
|---|---|---|

| Secured claimed: $36931.50 | DISALLOWED |
|---|---|
| **Total** **claimed: $36931.50** | |

| *History:* | | |
|---|---|---|
| Details | 10-1 | 01/02/2009 Claim #10 filed by Fifth Third Bank, total amount claimed: $36931.5 (Day, John ) |
| | 341 | 07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | | 08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |

| *Description:* (10-1) 2005 Cadillac XLR |
|---|
| *Remarks:* |

| *Creditor:* (2748953)<br>The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-0207 | **Claim No: 11**<br>*Original Filed*<br>*Date*: 01/16/2009<br>*Original Entered*<br>*Date*: 01/16/2009 | *Status:* Disallow<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Priority claimed: $10285.80 | DISALLOWED |
|---|---|
| **Total** **claimed: $10285.80** | |

| *History:* | | |
|---|---|---|
| Details | 11-1 | 01/16/2009 Claim #11 filed by The Commis of Revenue of the State of TN, total amount claimed: $10285.8 (Perry-Wiggins, J ) |
| | 341 | 07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | | 08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to |

|  | Claim 21, 365 Order Granting Trustee's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |
|---|---|
| *Description:* | |
| *Remarks:* | |

| *Creditor:* (2718375)  History<br>Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-0207 | **Claim No: 12**<br>*Original Filed Date*: 01/16/2009<br>*Original Entered Date*: 01/16/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|
| Priority claimed: $1916.88<br>**Total    claimed: $1916.88** | ALLOWED | |
| *History:*<br>Details    12-1  01/16/2009 Claim #12 filed by Tennessee Department of Revenue, total amount claimed: $1916.88 (Perry-Wiggins, J ) | | |
| *Description:* (12-1) xx9964 | | |
| *Remarks:* | | |

| *Creditor:* (2749935)<br>Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 | **Claim No: 13**<br>*Original Filed Date*: 01/16/2009<br>*Original Entered Date*: 01/20/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|
| Unknown claimed: $25982.30<br>**Total    claimed: $25982.30** | ALLOWED | |
| *History:*<br>Details    13-1  01/16/2009 Claim #13 filed by Excel Transportation Services, Inc., total amount claimed: $25982.3 (Brown, Keisha ) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (2751034)<br>American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | **Claim No: 14**<br>*Original Filed Date*: 01/22/2009<br>*Original Entered Date*: 01/22/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Lee, Thomas<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $267619.11<br>**Total    claimed: $267619.11** | ALLOWED | |
| *History:*<br>Details    14-1  01/22/2009 Claim #14 filed by American Express Travel Related Svcs Co, total amount claimed: $267619.11 (Lee, Thomas ) | | |
| *Description:* | | |

| Remarks: |
|---|

| Creditor: (2752621)<br>Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61701 | Claim No: 15<br>*Original Filed*<br>*Date:* 01/26/2009<br>*Original Entered*<br>*Date:* 01/29/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $6294.10 | |
|---|---|
| **Total claimed: $6294.10** | ALLOWED |

| *History:* | | |
|---|---|---|
| Details | 15-1 | 01/26/2009 Claim #15 filed by Verizon Wireless, total amount claimed: $6294.1 (Sawyer, Debra ) |

| *Description:* |
|---|

| Remarks: |
|---|

| Creditor: (2755081)<br>RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1965 | Claim No: 16<br>*Original Filed*<br>*Date:* 01/30/2009<br>*Original Entered*<br>*Date:* 01/30/2009<br>*Last Amendment*<br>*Filed:* 04/14/2011<br>*Last Amendment*<br>*Entered:* 04/14/2011 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Wilson, Marcus<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $1029612.50 | |
|---|---|
| **Total claimed: $1029612.50** | ALLOWED |

| *History:* | | |
|---|---|---|
| Details | 16-1 | 01/30/2009 Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $2765100 (Wilson, Marcus ) |
| Details | 16-2 | 02/03/2009 Amended Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $2825053 (Wilson, Marcus ) |
| Details | 16-3 | 01/07/2011 Amended Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $1409645.2 (Wilson, Marcus ) |
| Details | 16-4 | 04/14/2011 Amended Claim #16 filed by RadioShack Corporation and SC Kiosks, Inc., total amount claimed: $1029612.5 (Wilson, Marcus ) |

| *Description:* |
|---|

| Remarks: |
|---|

| Creditor: (2756440)<br>TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604 | Claim No: 17<br>*Original Filed*<br>*Date:* 01/29/2009<br>*Original Entered*<br>*Date:* 02/02/2009 | *Status:* Disallow<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $208360.51 | |
|---|---|
| **Total claimed: $208360.51** | DISALLOWED |

| *History:* |
|---|

| Details | 17-1 | 01/29/2009 | Claim #17 filed by TWG Innovative Solutions Inc, total amount claimed: $208360.51 (Sawyer, Debra ) |
| | 341 | 07/13/2011 | Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 | Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | | 08/23/2011 | Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |

| Description: | |
| Remarks: | |

---

| Creditor: (2756488) AIG Bankruptcy Collections Michelle A. Levitt, Authorized Represent 70 Pine Street, 28th Floor New York NY 10270 | Claim No: 18 *Original Filed Date:* 02/02/2009 *Original Entered Date:* 02/02/2009 | Status: Disallow *Filed by:* CR *Entered by:* *Modified:* |

| Unsecured claimed: $0.00 | | |
| **Total** | **claimed: $0.00** | DISALLOWED |

| History: | | | |
| Details | 18-1 | 02/02/2009 | Claim #18 filed by AIG Bankruptcy Collections, total amount claimed: $0 (Sawyer, Debra ) |
| | 341 | 07/13/2011 | Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 | Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | | 08/23/2011 | Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |

| Description: | (18-1) Unliquidated subject to adjustment |
| Remarks: | |

---

| Creditor: (2756855) Boyer BDO, L C 90 South 400 W Ste 200 | Claim No: 19 *Original Filed Date:* 02/02/2009 | Status: *Filed by:* CR *Entered by:* |

| Salt Lake City UT 84101-1365 | *Original Entered Date:* 02/03/2009 | *Modified:* |
|---|---|---|

| Unsecured claimed: $173542.52 | | |
|---|---|---|
| **Total** **claimed: $173542.52** | | ALLOWED |

*History:*

Details   19-1   02/02/2009 Claim #19 filed by Boyer BDO, L C, total amount claimed: $173542.52 (Sawyer, Debra )

*Description:*

*Remarks:*

---

| *Creditor:*    (2716032)<br>Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | **Claim No: 20**<br>*Original Filed Date:* 02/02/2009<br>*Original Entered Date:* 02/03/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Secured claimed: $638219.93 | | |
|---|---|---|
| **Total** **claimed: $638219.93** | | DISALLOWED |

*History:*

Details   20-1   02/02/2009 Claim #20 filed by Keith Martin Mack, total amount claimed: $638219.93 (Sawyer, Debra )

337   07/13/2011 Objection to Proof of Claim of: Keith Martin Mack and Keith Martin Mack. Claim Number: 20,36 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly)

373   09/20/2011 Agreed Order Resolving Objection to Claim 20,36 (Keith Martin Mack) (RE: related document(s) 337 Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Sawyer, Debra)

*Description:*

*Remarks:*

---

| *Creditor:*    (2716018)<br>First Ins Funding Corp<br>450 Skokie Blvd. Ste 1000<br>Northbrook, IL 60065 | **Claim No: 21**<br>*Original Filed Date:* 02/03/2009<br>*Original Entered Date:* 02/03/2009 | *Status:* Disallow<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |
|---|---|---|

| Secured claimed: $4225.68 | | |
|---|---|---|
| **Total** **claimed: $4225.68** | | DISALLOWED |

*History:*

Details   21-1   02/03/2009 Claim #21 filed by First Ins Funding Corp, total amount claimed: $4225.68 (Sawyer, Debra )

339   07/13/2011 Objection to Proof of Claim of: First Ins Funding Corp. Claim Number: 21 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly)

364   08/23/2011 Order Regarding Trustee's Objection to Claim 21, First Ins Funding Corp. (RE: related document(s) 339 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha)

08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363

| Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |
|---|

| Description: |
|---|

| Remarks: |
|---|

---

| Creditor: (2716040) History<br>Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714 | Claim No: 22<br>Original Filed<br>Date: 02/12/2009<br>Original Entered<br>Date: 02/12/2009 | Status: Disallow<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|

| Unsecured claimed: $368920.30 | | |
|---|---|---|
| **Total** **claimed: $368920.30** | | **DISALLOWED** |

| History: | | |
|---|---|---|
| Details | 22-1 | 02/12/2009 Claim #22 filed by Merchandise Manu. Inc., total amount claimed: $368920.3 (Sawyer, Debra ) |
| | 341 | 07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | | 08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |

| Description: |
|---|

| Remarks: |
|---|

---

| Creditor: (2766141)<br>Jon S Musial<br>Law Office of Jon S Musial<br>8230 E. Gray Road<br>Scottsdale AZ 85260 | Claim No: 23<br>Original Filed<br>Date: 02/18/2009<br>Original Entered<br>Date: 02/18/2009 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|

| Unsecured claimed: $1700.00 | | |
|---|---|---|
| **Total** **claimed: $1700.00** | | **ALLOWED** |

| History: | | |
|---|---|---|
| Details | 23-1 | 02/18/2009 Claim #23 filed by Jon S Musial, total amount claimed: $1700 (Sawyer, Debra ) |

| Description: |
|---|

| Remarks: |
|---|

| | | |
|---|---|---|
| *Creditor:* (2778842)<br>Tennessee Dept of Revenue<br>**(ADMINISTRATIVE)**<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-0207 | **Claim No: 24**<br>*Original Filed*<br>*Date:* 01/16/2009<br>*Original Entered*<br>*Date:* 03/12/2009<br>*Last Amendment*<br>*Filed:* 02/11/2009<br>*Last Amendment*<br>*Entered:* 03/12/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Admin claimed:  $0.00

**Total    claimed: $0.00**                                    ALLOWED

*History:*

| | | |
|---|---|---|
| Details | 24-1 | 01/16/2009 Claim #24 filed by Tennessee Dept of Revenue, total amount claimed: $10285.8 (Sawyer, Debra ) |
| Details | 24-2 | 02/11/2009 Amended Claim #24 filed by Tennessee Dept of Revenue, total amount claimed: $0 (Sawyer, Debra ) |

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (2715982)<br>Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134 | **Claim No: 25**<br>*Original Filed*<br>*Date:* 03/13/2009<br>*Original Entered*<br>*Date:* 03/16/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Unsecured claimed:  $1130.00

**Total    claimed: $1130.00**                                    ALLOWED

*History:*

| | | |
|---|---|---|
| Details | 25-1 | 03/13/2009 Claim #25 filed by Air-One Services, total amount claimed: $1130 (Sawyer, Debra ) |

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (2806465)<br>HEPACO, Incorporated<br>2711 Burch Dr.<br>Charlotte NC 28269 | **Claim No: 26**<br>*Original Filed*<br>*Date:* 04/29/2009<br>*Original Entered*<br>*Date:* 04/29/2009 | *Status:* Disallow<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Unsecured claimed:  $14151.93

**Total    claimed: $14151.93**                                    DISALLOWED

*History:*

| | | |
|---|---|---|
| Details | 26-1 | 04/29/2009 Claim #26 filed by HEPACO, Incorporated, total amount claimed: $14151.93 (Sawyer, Debra ) |
| | 341 | 07/13/2011 Objection to Proof of Claim of: SOS Staffing, H&E Equipment, Questar Gas, Fifth Third Bank, Comm. of Rev. of State of TN, TWG Innovative, AIG Bankruptcy Collections, Merchandise Manu., Inc. and Hapaco, Inc. Claim Number: 2,4,8,10,11,17,18,22,26 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 365 | 08/23/2011 Order Regarding Trustee's Objection to Claim 2 SOS Staffing; Claim 4 H&E Equipment Service |

Inc.; Claim 8 Questar Gas Company; Claim 10 Fifth Third Bank; Claim 11 The Commission of Revenue of the State of TN; Claim 17 TWG Innovative Solutions, Inc.; Claim 18 AIG Bankruptcy Collections; Claim 22 Merchandise Manu., Inc.; Claim 26 HEPACO Incorporated (RE: related document(s) 341 Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha)

08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) 363 Order Granting Trustee's Objection to Claim 30, 364 Order Granting Trustee's Objection to Claim 21, 365 Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow

| Description: |
|---|
| Remarks: |

| Creditor: (2727350) | Claim No: 27 | Status: Withdrawn 154 |
|---|---|---|
| UNITED PARCEL SERVICE | *Original Filed* | *Filed by:* CR |
| C/O RMS Bankruptcy Recovery Services | *Date*: 06/10/2009 | *Entered by:* Diaz, Denise |
| P.O. Box 5126 | *Original Entered* | *Modified:* |
| Timonium, Maryland 21094 | *Date*: 06/10/2009 | |

| Unsecured claimed: $115057.13 | |
|---|---|
| **Total claimed: $115057.13** | WITHDRAWN |

| History: | | |
|---|---|---|
| Details 27-1 | 06/10/2009 | Claim #27 filed by UNITED PARCEL SERVICE, total amount claimed: $115057.13 (Diaz, Denise ) |
| 141 | 06/10/2009 | Withdrawal of Claim(s): 27 *08-03423* Filed by Debtor In Possession Warehouse 86, LLC. (Diaz, Denise) Status: Withdrawn |
| 154 | 06/29/2009 | Amended Withdrawal of Claim(s): 27 Filed by Creditor Receivable Management Services . (Related Document 141 (Sawyer, Debra) Modified on 7/15/2009 (Sawyer, Debra). Status: Withdrawn |

| Description: |
|---|
| Remarks: |

| Creditor: (2846807) | Claim No: 28 | Status: |
|---|---|---|
| Questar Gas Company | *Original Filed* | *Filed by:* CR |
| (**ADMINISTRATIVE**) | *Date*: 07/13/2009 | *Entered by:* |
| Bankruptcy DNR 244 | *Original Entered* | *Modified:* |
| 1140 West 200 South | *Date*: 07/14/2009 | |
| P O Box 3194 | | |
| Salt Lake UT 84110-3194 | | |

| UNSECURED Admin claimed: $695.54 | |
|---|---|
| **Total claimed: $695.54** | ALLOWED |

| History: | | |
|---|---|---|
| Details 28-1 | 07/13/2009 | Claim #28 filed by Questar Gas Company, total amount claimed: $695.54 (Sawyer, Debra ) |

| Description: |
|---|
| Remarks: |

| Creditor: (2854127) | Claim No: 29 | Status: |
|---|---|---|
| Weber County Treasurer | *Original Filed* | *Filed by:* CR |

| 2380 Washington Blvd<br>Ogden UT 84401<br><br>PRIORITY | *Date*: 07/27/2009<br>*Original Entered*<br>*Date*: 07/28/2009 | *Entered by*:<br>*Modified*: |
|---|---|---|

| XXXXXXXX<br>Unsecured claimed: $912.45 | ALLOWED | |
|---|---|---|
| **Total**      claimed: **$912.45** | | |

| *History*: | | |
|---|---|---|
| [Details]  [29-1]  07/27/2009 Claim #29 filed by Weber County Treasurer, total amount claimed: $912.45 (Sawyer, Debra ) | | |
| *Description*: | | |
| *Remarks*: | | |

| *Creditor*:        (3066537)<br>Budge Rent A Car Systems LLC<br>Basham & Scott<br>P O Box 450676<br>Houston TX 77245 | **Claim No: 30**<br>*Original Filed*<br>*Date*: 08/06/2010<br>*Original Entered*<br>*Date*: 08/06/2010 | *Status*: Disallow<br>*Filed by*: CR<br>*Entered by*:<br>*Modified*: |
|---|---|---|

| Unsecured claimed: $25000.00 | DISALLOWED | |
|---|---|---|
| **Total**      claimed: **$25000.00** | | |

| *History*: | |
|---|---|
| [Details]  [30-1] | 08/06/2010 Claim #30 filed by Budge Rent A Car Systems LLC, total amount claimed: $25000 (Sawyer, Debra ) |
| [338] | 07/13/2011 Objection to Proof of Claim of: Budget Rent A Car Systems, LLC. Claim Number: 30 Filed by Trustee Kimberly R. Lentz. (Attachments: # [1] Proposed Order)(Lentz, Kimberly) |
| [363] | 08/23/2011 Order Regarding Trustee's Objection to Claim 30, Budget Rent A Car Systems, LLC (RE: related document(s) [338] Granting Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz). (Brown, Keisha) |
| | 08/23/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 2,4,8,10,11,17,18,21,22,26,30. Reason for change/correction: (RE: related document(s) [363] Order Granting Trustee's Objection to Claim 30, [364] Order Granting Truste's Objection to Claim 21, [365] Order Granting Truste's Objection to Claims 2,4,8,10,11,17,18,22 & 26) (Brown, Keisha) Status: Disallow |
| *Description*: | |
| *Remarks*: | |

| *Creditor*:        (3145958)<br>H & E Equipment Services, Inc.<br>11100 Mead Road<br>Suite 200<br>Baton Rouge, LA 70816 | **Claim No: 31**<br>*Original Filed*<br>*Date*: 12/29/2010<br>*Original Entered*<br>*Date*: 12/29/2010 | *Status*:<br>*Filed by*: CR<br>*Entered by*: Wright, Terry<br>*Modified*: |
|---|---|---|

| Unsecured claimed: $4397.28 | ALLOWED | |
|---|---|---|
| **Total**      claimed: **$4397.28** | | |

| *History*: | | |
|---|---|---|
| [Details]  [31-1]  12/29/2010 Claim #31 filed by H & E Equipment Services, Inc., total amount claimed: $4397.28 (Wright, Terry ) | | |
| *Description*: | | |

| | | |
|---|---|---|
| Remarks: | | |

| | | |
|---|---|---|
| Creditor:       (3151161)<br>UNITED PARCEL SERVICE FREIGHT<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094 | Claim No: 32<br>*Original Filed<br>Date*: 01/11/2011<br>*Original Entered<br>Date*: 01/11/2011 | Status:<br>*Filed by*: CR<br>*Entered by*: Diaz, Denise<br>*Modified*: |

|  Unsecured claimed:  $19015.56 | |
|---|---|
| **Total**        **claimed: $19015.56** | ALLOWED |

*History:*
Details   32-1  01/11/2011 Claim #32 filed by UNITED PARCEL SERVICE FREIGHT, total amount claimed:
                $19015.56 (Diaz, Denise )

*Description:*

*Remarks:*

| | | |
|---|---|---|
| Creditor:       (2723065)<br>Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Claim No: 33<br>*Original Filed<br>Date*: 01/18/2011<br>*Original Entered<br>Date*: 01/18/2011 | Status: Withdrawn<br>*Filed by*: CR<br>*Entered by*:<br>*Modified*: |

|  Unsecured claimed:  $558880.23 | |
|---|---|
| **Total**        **claimed: $558880.23** | WITHDRAWN |

*History:*
Details   33-   01/18/2011 Claim #33 filed by Overstock.com, Inc, total amount claimed: $558880.23 (Sawyer, Debra )
          1
          340  07/13/2011 Objection to Proof of Claim of: Overstock.com, Inc. and Overstock.com, Inc. Claim Number:
                5,33 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly)
          356  08/15/2011 Agreed Order Regarding Trustee's Objection to Claim 5-1 and 33-1 (Overstock.com) (RE:
                related document(s) 340 Resolving Objection to Claim or Pre-Petition Secured Claim filed by
                Trustee Kimberly R. Lentz). (Brown, Keisha)
                08/15/2011 Corrective Entry: *RE: Change/Correction of Claim Status* for claim number(s): 5,33. Reason for
                change/correction: Agreed Order (dkt #356). (RE: related document(s) 356 No action taken on
                Order Regarding Objection to Claim) (Brown, Keisha) Status: Withdrawn

*Description:*

*Remarks:*

| | | |
|---|---|---|
| Creditor:       (2714718)<br>U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269 | Claim No: 34<br>*Original Filed<br>Date*: 02/16/2011<br>*Original Entered<br>Date*: 02/16/2011 | Status:<br>*Filed by*: CR<br>*Entered by*: UST [A3],<br>*Modified*: |

|  Priority claimed:  $325.00 | |
|---|---|
| **Total**    **claimed: $325.00** | ALLOWED |

*History:*

| Details | 34-1 | 02/16/2011 Claim #34 filed by U S Trustee, total amount claimed: $325 (UST [A3]) |

| Description: (34-1) 11 USC §507 (a)(1) and USC §1930 (a)(6) |

| Remarks: (34-1) Quarterly Fees |

| Creditor: (2756440)<br>TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604 | Claim No: 35<br>Original Filed<br>Date: 04/11/2011<br>Original Entered<br>Date: 04/11/2011 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|
| Unsecured claimed: $208360.51<br>**Total claimed: $208360.51** | ALLOWED | |

| History: |
|---|
| Details  35-1  04/11/2011 Claim #35 filed by TWG Innovative Solutions Inc, total amount claimed: $208360.51 (Ooton, Donna ) |
| Description: |
| Remarks: (35-1) Duplicate of #17 |

| Creditor: (2716032)<br>Keith Martin Mack<br>2949 Los Robles Rd.<br>Thousand Oaks, CA 91362-3320 | Claim No: 36<br>Original Filed<br>Date: 04/18/2011<br>Original Entered<br>Date: 04/18/2011 | Status:<br>Filed by: CR<br>Entered by: Wright, Terry<br>Modified: |
|---|---|---|
| Unsecured claimed: $168676.00<br>**Total claimed: $168676.00** | $32,667.40 IS THE ONLY ALLOWED AMOUNT,<br>REMAINING IS DISALLOWED | |

| History: | |
|---|---|
| Details | 36-1 | 04/18/2011 Claim #36 filed by Keith Martin Mack, total amount claimed: $168676 (Wright, Terry ) |
| | 337 | 07/13/2011 Objection to Proof of Claim of: Keith Martin Mack and Keith Martin Mack. Claim Number: 20,36 Filed by Trustee Kimberly R. Lentz. (Attachments: # 1 Proposed Order)(Lentz, Kimberly) |
| | 373 | 09/20/2011 Agreed Order Resolving Objection to Claim 20,36 (Keith Martin Mack) (RE: related document (s) 337 Objection to Claim or Pre-Petition Secured Claim filed by Trustee Kimberly R. Lentz. (Sawyer, Debra) |
| Description: | |
| Remarks: | |

# Claims Register Summary

**Case Name:** Warehouse 86, LLC
**Case Number:** 08-03423-ee
**Chapter:** 7
**Date Filed:** 11/04/2008
**Total Number Of Claims:** 36

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $3892394.23 | |

| Secured | $679377.11 | |
|---|---|---|
| Priority | $12527.68 | |
| Unknown | $25982.30 | |
| Administrative | $695.54 | |
| **Total** | **$4610976.86** | **$0.00** |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/27/2011 11:57:53 | | | |
| **PACER Login:** | kl0602 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 08-03423-ee Filed or Entered From: 1/1/1986 Filed or Entered To: 10/27/2011 |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03423 EE
Case Name: WAREHOUSE LLC 86
Trustee Name: KIMBERLY R. LENTZ

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KIMBERLY R. LENTZ | $ | $ | $ |
| Trustee Expenses: KIMBERLY R. LENTZ | $ | $ | $ |
| Fees: U S Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Tennessee Department of Revenue | $ | $ | $ |
| 29 | Weber County Treasurer | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Delta Electric Power | $ | $ | $ |
| 3 | Consumer Products Serv | $ | $ | $ |
| 5 | Overstock.com, Inc | $ | $ | $ |
| 6 | Katt Worldwide Logistics Inc | $ | $ | $ |
| 7 | UNITED PARCEL SERVICE | $ | $ | $ |
| 9 | Rocky Mountain Power | $ | $ | $ |
| 13 | Excel Transportation Services, Inc. | $ | $ | $ |
| 14 | American Express Travel Related Svcs Co | $ | $ | $ |
| 15 | Verizon Wireless | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | RadioShack Corporation and SC Kiosks, Inc. | $ | $ | $ |
| 19 | Boyer BDO, L C | $ | $ | $ |
| 23 | Jon S Musial | $ | $ | $ |
| 25 | Air-One Services | $ | $ | $ |
| 28 | Questar Gas Company | $ | $ | $ |
| 31 | H & E Equipment Services, Inc. | $ | $ | $ |
| 32 | UNITED PARCEL SERVICE FREIGHT | $ | $ | $ |
| 35 | TWG Innovative Solutions Inc | $ | $ | $ |
| 36 | Keith Martin Mack | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

 

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE