UNITED STATES BANKRUPTCY COURT
IN THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON

In re:
WAREHOUSE 86, LLC                                    Case No. 08-03423-EE

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF
ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS,
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES,
AND NOTICE OF PROPOSED DISTRIBUTION**

THIS DAY this cause came before the Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

IT IS THEREFORE ORDERED that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Name of Party: | Description: | Amount: | |
|---|---|---|---|
| Chapter 7 Admin. Expenses: | | | |
| KIMBERLY R. LENTZ | Trustee Compensation | $40,471.09 | |
| KIMBERLY R. LENTZ | Trustee Expenses | $359.04 | |
| U.S. Trustee | Unpaid Quarterly fees | $325.00 | |
| | TOTAL Chapter 7 Admin. Expenses | | $41,155.13 |
| | | | |
| Priority Claims: | | | |
| Tennessee Department of Revenue | Claims of Governmental Units-- 507(a)(8) | $1,916.88 | |
| Weber County Treasurer | Claims of Governmental Units-- 507(a)(8) | $912.45 | |
| | TOTAL Priority Claims | | $2,829.33 |
| | | | |
| Unsecured Claims: | | | |
| Air-One Services | General Unsecured 726 | $266.33 | |
| American Express Travel Related Svcs Co | General Unsecured 726 | $63,074.76 | |
| Boyer BDO, L C | General Unsecured 726 | $40,901.99 | |
| Consumer Products Serv | General Unsecured 726 | $476.44 | |
| Delta Electric Power | General Unsecured 726 | $179.27 | |
| Excel Transportation Services, Inc. | General Unsecured 726 | $6,123.73 | |
| H & E Equipment Services, Inc. | General Unsecured 726 | $1,036.39 | |
| Jon S Musial | General Unsecured 726 | $400.67 | |
| Katt Worldwide Logistics Inc | General Unsecured 726 | $3,535.33 | |

| | | |
|---|---|---|
| Keith Martin Mack | General Unsecured 726 | $7,699.33 |
| Overstock.com, Inc | General Unsecured 726 | $131,721.68 |
| Questar Gas Company | General Unsecured 726 | $163.93 |
| RadioShack Corporation and SC Kiosks, Inc. | General Unsecured 726 | $242,667.89 |
| Rocky Mountain Power | General Unsecured 726 | $1,240.13 |
| TWG Innovative Solutions Inc | General Unsecured 726 | $49,108.19 |
| UNITED PARCEL SERVICE | General Unsecured 726 | $27,117.65 |
| UNITED PARCEL SERVICE FREIGHT | General Unsecured 726 | $4,481.75 |
| Verizon Wireless | General Unsecured 726 | $1,483.45 |
| | TOTAL Unsecured Claims | $581,678.91 |
| | TOTAL FUNDS TO BE DISBURSED | $625,663.37 |

IT IS FURTHER ORDERED that the trustee shall make all disbursements authorized herein within ten (10) days of this Order becoming final and non-appealable.

IT IS FURTHER ORDERED that within ninety (90) days after the distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

IT IS FURTHER ORDERED that within 125 days of the entry of the Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

SO ORDERED.

**Order prepared and submitted by:**
KIMBERLY R. LENTZ, Trustee
2012 23RD AVENUE
GULFPORT MS 39502
Telephone: (228) 867-6050
Fax: (228) 867-6077
Email: krlentz@bellsouth.net