IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:   WAREHOUSE 86, LLC.                                CASE NO. 08-03423 EE
        DEBTOR                                                         CHAPTER 7

CERTIFICATE OF SERVICE

     I, KIMBERLY R. LENTZ, do hereby certify that the Notice of Trustee's Final Report has been served electronically via ECF to:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

     I further certify that I have mailed a true and correct copy of said document to all parties on the Court's official mailing matrix attached hereto as Exhibit "A."

     This the 6th day of January, 2012.

/s/ *Kimberly R. Lentz*
KIMBERLY R. LENTZ

08-03423-ee   Dkt 381-1   Filed 01/06/12   Entered 01/06/12 09:57:09   Page 2 of 8

...

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 08-03423-ee<br>Southern District of Mississippi<br>Jackson Divisional Office<br>Fri Jan  6 09:48:08 CST 2012 | Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 6010<br>Ridgeland, MS 39158-6010 | Fifth Third Bank<br>King & Spencer<br>Post Office Box 123<br>Jackson, MS 39205-0123 |
| HEPACO<br>P O Box 26308<br>Charlotte, NC 28221-6308 | Mississippi State Tax Commission, Legal Divi<br>P.O. Box 22828<br>Jackson, MS 39225-2828 | Overstock.com, Inc.<br>6350 South 3000 East<br>Salt Lake City, UT 84121-5952 |
| Porsche Financial Services<br>c/o Larry Spencer<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Receivable Management Services<br>c/o Phyllis A. Hayes<br>307 International Circle, Ste 270<br>Hunt Valley, MD 21030-1322 | SOS Staffing Services Inc<br>c/o Tami Brown<br>2650 Decker Lake Blvd. Ste 500<br>SLC, UT 84119-2059 |
| Tennessee Dept of Revenue<br>c/o TN Attorney General Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville, TN 37202-4015 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Warehouse 86, LLC<br>P O Box 16692<br>Jackson, MS 39236-6692 |
| U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | ABC Logistics Corp<br>2300 Sitler St #685<br>Memphis, TN 38114-4801 | ADP, Inc.<br>5680 New Northside Dr.<br>Atlanta, GA 30328-4668 |
| ADP, Inc.<br>One ADP Blvd<br>Roseland, NJ 07068-1786 | AIG Bankruptcy Collections<br>Michelle A. Levitt, Authorized Represent<br>70 Pine Street, 28th Floor<br>New York NY 10270-0001 | AT&T<br>P O Box 105262<br>Atlanta, GA 30348-5262 |
| Air-One Services<br>5055 Pleasant View<br>Memphis, TN 38134-6308 | Allied Waste Serv #493<br>48 Landfill Rd<br>Leland MS 38756-9721 | Allied Waste Serv #837<br>48 Landfill Rd.<br>Leland MS 38756-9721 |
| Allied Waste Serv #868<br>48 Landfill Rd.<br>Leland MS 38756-9721 | American Covers, Inc.<br>dba Handstands<br>675 West 14600 South<br>Bluffdale, UT 84065-4831 | American Express Corp<br>P O Box 650448<br>Dallas, TX 75265-0448 |
| American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Intematl Co.<br>Specialty Workers Comp<br>P O Box 409<br>Parsippany, NJ 07054-0409 | American Photocopy<br>1719 Bartlett Road<br>Memphis, TN 38134-6402 |
| Amerigas<br>545 W 12 Street<br>Ogden, LTT 84404-5401 | Aon Innov. Solutions<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | Arizona Department of Revenue<br>P O Box 29010<br>Phoenix, AZ 85038-9010 |

| | | |
|---|---|---|
| Arizona Department of Revenue<br>P O Box 52153<br>Phoenix, AZ 85072-2153 | (p)ATMOS ENERGY<br>P O BOX 650205<br>DALLAS TX 75265-0205 | Audiovox Spec. Applic.<br>53200 Marina Drive<br>Elkhart, W 46514-8325 |
| Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | Boyer BDO, L.C.<br>90 South 400 W STE 200<br>Salt Lake Cit, UT 84101-1365 | Brands on Sale<br>2466 Lugonia Ave.<br>Redlands, CA 92374-5003 |
| Budge Rent A Car Systems LLC<br>Basham & Scott<br>P O Box 450676<br>Houston TX 77245-0676 | Cambridge Integ. Serv.<br>31500 Solon Rd.<br>Solon, OH 44139-3528 | City of Indianola Water<br>P O Box 269<br>Indianola, MS 38751-0269 |
| City of Phoenix<br>City Treasurer<br>P O Box 29690<br>Phoenix, AZ 85038-9690 | City of Phoenix<br>Tax Division<br>251 W. Washington St, 3rd Floor<br>Phoenix, AZ 85003-2245 | ComectShip, Inc.<br>8282 S. Memorial<br>Suite 400<br>Tulsa, OK 74133-4345 |
| Computer Resources<br>P.O. Box 1241<br>Cordova, TN 38088-1241 | Consumer Products Serv<br>10 Grand Boulevard<br>Deer Park NY 11729-5717 | Crawford Technical Servs.<br>Joel Fisher, Exe Gen Adj<br>11434 Haleiwa Place<br>Diamondhead, MS 39525-4129 |
| Crown Lift Trucks<br>3952 Willow Lake Blvd.<br>Bld. #5<br>Memphis, TN 38118-7042 | Crown Packaging Corp.<br>17854 Chesterfield Airport<br>Chesterfield, MO 63005-1216 | DHL Express (USA) Inc.<br>P O Box 4723<br>Houston, TX 77210-4723 |
| DHL Express-Claiins<br>Attn: Mark Sanchez<br>1144 W. Washington St.<br>Tempe, AZ 85281-1200 | DHL Express-SRC<br>238 Wendel H Ford Blvd<br>Erlanger KY 41018 | DJW Enterprises Inc.<br>26070 N. 72nd Drive<br>Peoria, AZ 85383-7343 |
| Delta Electric Power<br>P O Box 935<br>Greenwood, MS 38935-0935 | Dematic Corporation<br>P O Box 12021<br>Newark, NJ 07101-5021 | Desoto County Tax Assessor<br>365 Losher, STE 100<br>Hernando, MS 38632-2144 |
| EMC Ins. Companies<br>P O Box 6011<br>Ridgeland, MS 39158-6011 | Eric L. Eilertsen<br>1878 Laurel Ln<br>Germantown TN 38139-6954 | Ernest K. Strahan III<br>1918 Petit Bois St. N<br>Jackson, MS 39211-6707 |
| Ernest K. Strahan, IIII<br>1918 Petit Bois St N<br>Jackson, MS 39211-6707 | Excel Transportation<br>P O Box 844711<br>Dallas, TX 75284-4711 | Excel Transportation Services, Inc.<br>17330 Preston Road, Suite 200 C<br>Dallas, TX 75252-6035 |

```
FifUi Third Auto Leasing            Fifth Third Auto Leasing              Fifth Third Bank
P.O. Box 630041                     MD1MOC2E-3152                         1850 E Paris SE
MDlMOC2E-3152                       P O Box 630041                        MD/ROPS 05
Cincinnati, OH 45263-0041           Cincinnati OH 45263-0041              Grand Rapids, MI 49546-6253


First Ins Funding Corp              Gary E. Veasey, Esq.                  Global Crossing Tele.
450 Skokie Blvd. Ste 1000           780 Ridge Lake Blvd. STE 202          225 Kenneth Drive
Northbrook, IL 60062-7917           Memphis, TN 38120-9426                Rochester, NY 14623-4277



Gloria O'Neal                       H & E Equipment Services, Inc.        H&E Equip. Serv. Inc.
4403 Bennett Wood                   11100 Mead Road                       4899 W. 2100 Street
Millington, TN 38053-2208           Suite 200                             St. Lake City, UT  84120-1225
                                    Baton Rouge, LA 70816-2260



HEPACO, Inc                         HEPACO, Incorporated                  HOJ Enginr. & Sales Co
731 East Brooks Road                2711 Burch Dr.                        3960 S 500 West
Memphis TN 38116-3013               Charlotte NC 28269-4476               Salt Lake Cit, UT 84123-1360



Haddox Reid Burkes                  (p)INTERNAL REVENUE SERVICE           Interface Systems
P 0 Drawer 22507                    CENTRALIZED INSOLVENCY OPERATIONS     3773 Corporate Center Drive
Jackson, MS 39225-2507              PO BOX 7346                           Earth City MO 63045-1130
                                    PHILADELPHIA PA 19101-7346



International Tax Servs             Isaac Amavizca                        Jane Hetzler
2204 Walkley Road                   3622 W. Oregon Avenue                 City Clerk
Ottawa ON KIA1A8                    Phoenix AZ 85019-2318                 City of Indianola
Canada                                                                    P O Box 269
                                                                          Indianola, MS 38751-0269


Joann McKinney                      Jon S Musial                          Joy D. St. James
2278 Sharon                         Law Office of Jon S Musial            3241 Kinney Drive
Memphis, TN 38127-3525              8230 E. Gray Road                     Germantown, TN 38139-8031
                                    Scottsdale AZ 85260-3528



Joy St James                        Katt Worldwide Logist.                Katt Worldwide Logistics Inc
3241 Kinney Drive                   P 0 Box 751197                        Attn: Teresa Shipe
Germantown, TN 38139-8031           Memphis, TN 38175-1197                4105 So Mendenhall Road
                                                                          Memphis TN 38115-5927



Keith Martin Mack                   Louis E. Sagar                        (p)MISSISSIPPI STATE TAX COMMISSION
2949 Los Robles Rd.                 598 Broadway                          P O BOX 22808
Thousand Oaks, CA 91362-3320        New York, NY 10012-3351               JACKSON MS
                                                                          39225-2808



Marchetti Robertson &               Marcus M. Wilson                      Mary Leesa Simmons
P 0 Box 3348                        Bennett Lotterhos Sulser & Wilson, P.A.  IDI Services Group
Ridgeland, MS 39158-3348            Post Office Box 98                    1000 Ridgeway Loop Rd, #100
                                    Jackson, MS  39205-0098               Memphis, TN 38120-4037
```

| | | |
|---|---|---|
| Memphis LG&W<br>P.O. Box 388<br>Memphis, TN 38145-0388 | Memphis Recycling Serv<br>P O Box 88271<br>Chicago, U, 60680-1271 | Memphis Recyling Serv.<br>1131 Agnes<br>Memphis, TN 38104-4630 |
| Mercantila, Inc.<br>665 Chestnut St 2nd Fl<br>San Francisco, CA 94133-2364 | Merchandise Manu. Inc.<br>P O Box 843<br>Lakewood CA 90714-0843 | Mirna Maribel Carrillo<br>4230 N. 50th Drive<br>Phoenix AZ 85031-2330 |
| Mississippi State<br>Office of Revenue<br>P O Box 23050<br>Jackson, MS  39225-3050 | Nailco Group<br>23200 Haggerty Rd.<br>Farmington, MI 48335-2601 | Ogden City Licensing Division<br>2549 Washington Blvd, STE 240<br>Ogden, Utah 84401-3111 |
| Old Dominion Freightline<br>c/o McCarthy Burgess &<br>26000 Cannon Rd<br>Cleveland, OH 44146-1807 | Overstock.com, Inc<br>Attn: Edwin W Christensen<br>6350 S 3000 East<br>Salt Lake City, UT 84121-5952 | Overstock.com, Inc.<br>6350 S. 3000 East<br>Salt Lake Cit, UT 84121-5952 |
| Paul St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul Thomas St. James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 | Paul and Joy St James<br>3241 Kinney Drive<br>Germantown, TN 38139-8031 |
| Pay Pal<br>Attn: Legal Dept. - Civil<br>2211 N 1st Street<br>San Jose CA 95131-2021 | Phusion Software, Inc.<br>26300 Ford Rd. #415<br>Dearborn Heig, MI 48127-2854 | Phusion Software, Inc.<br>26300 Ford Road # 415<br>Dearborn Heig, MI 48127-2854 |
| Porche Financial Serv<br>4343 Commercial Ct.<br>Ste. 300<br>Lisle, IL 60532-3616 | Porsche Financial Services<br>c/o King and Spencer<br>Post Office Box 123<br>Jackson MS 39205-0123 | Questar Gas Company<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 |
| Questar Gas Company<br>Bankruptcy/DNR 244<br>P O Box 3194<br>Salt Lake City UT 84110-3194 | Questar Gas Company<br>P 0 Box 45841<br>Salt Lake Cit, UT 84139-0001 | RadioShack Corporation Rent Acct Dept, Ac Su<br>P. 0. Box 961090<br>Fort Worth, TX 76161-5000 |
| RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn:  James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1901 | RainWorx, Inc.<br>159 Pearl Street No. 1<br>Essex Junction<br>Essex Junctio, VT 05452-3038 | (p)PACIFICORP<br>ATTN BANKRUPTCY<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308 |
| Rocky Mountain Power<br>Attn: Bankruptcy<br>P O Box 25308<br>Salt Lake City UT 84125-0308 | S & B Packaging Inc<br>d/b/a Caboodles<br>8901 First Industrial Drive<br>Southaven, MS 38671-1919 | SC Kiosk, Inc.<br>300 RadioShack Circle<br>MS CF4-101<br>Fort Worth, TX 76102-1901 |

| | | |
|---|---|---|
| SOS Staffing<br>P O Box 27008<br>Salt Lake Cit, UT 84127-0008 | SOS Staffing<br>POB 27008<br>Salt Lake City UT 84127-0008 | Serv 1st Indust, Tires<br>120-B Quinton Ave<br>Munford, TN 38058-1700 |
| Shelby County Clerk<br>Business Tax Division<br>P O Box 3743<br>Memphis, TN  38173-0743 | Soefker Services, LLC<br>1568 Panama St<br>Memphis, TN 38108-1919 | Sprint<br>P O Box 8077<br>London KY 40742-8077 |
| Stuart M Irby<br>c/o Richard Montague<br>4450 Old Canton Road, Ste 200<br>Jackson MS 39211-5991 | Stuart M. Irby<br>3940 Stuart Place<br>Jackson MS 39211-6752 | Sunflower County Assessor/Collector<br>P O Box 1080<br>Indianola, MS 38751-1080 |
| TWG Innov. Solutions<br>f/k/a Aon Innov Solutions<br>Attn: VP Operations, Lisa Schizas,<br>13922 Denver West Pkwy<br>Golden CO 80401-3142 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604-2615 | Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Scottsdale, AZ 85258-3329 |
| Teleshere Networks Ltd<br>9237 E Via de Ventura<br>Suite 250<br>Scottsdale, AZ 85258-3661 | Tennessee Department of Revenue<br>Andrew Jackson State Office Bldg<br>500 Deaderick Street<br>Nashville, TN  37242-0700 | Tennessee Department of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville, TN 37202-4015 |
| Tennessee Department of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>P O Box 20207<br>Nashville TN 37202-4015 | The Commis of Revenue of the State of TN<br>Tax Enforcement Divison<br>c/o Attorney General<br>P. O. Box 20207<br>Nashville, TN 37202-4015 | The Warranty Group, Inc<br>Att: Legal Counsel,<br>Julia Pilliod<br>175 West Jackson Blvd<br>Chicago, IL 60604-2615 |
| Thomas Sales & Serv Inc.<br>2300 Sitler St. #685<br>Memphis, TN 38114-4801 | Transport Express,Inc.<br>P.O. Box 69207<br>Seattle, WA 98168-9207 | Tri-Continental Track<br>P O Box 1621<br>Scottsdale, AZ 85252-1621 |
| U S Attorney<br>Hon David N Usry<br>188 E Capitol St., Ste 500<br>Jackson MS 39201-2126 | U S Securities & Exchange Comm<br>3475 Lenox Rd NE, Ste 1000<br>Atlanta GA 30326-3235 | U S Trustee<br>100 w Capitol St., Ste 706<br>Jackson MS 39269-1607 |
| UNITED PARCEL SERVICE<br>C/O RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | UNITED PARCEL SERVICE FREIGHT<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, Maryland 21094-4396 | UPS<br>1620 Valwood Pkwy #115<br>Carrollton, TX 75006-8321 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Utah State Tax Commission<br>210 N 1950 W<br>Salt Lake City, UT  84134-0270 | Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 |

| | | |
|---|---|---|
| Verizon Wireless<br>P O Box 3397<br>Bloomington IL 61702-3397 | Vertex, IPS<br>5885 Stapleton Dr. N<br>STE C308<br>Denver, CO 80216-3311 | Warehouse 86, LLC<br>5 River Bend Place, Ste D<br>Flowood, MS 39232-7618 |
| Warehouse 86, LLC<br>c/o Christopher R. Maddux<br>P O Box 6010<br>Ridgeland MS 39158-6010 | Waterford Technologies<br>19700 Fairchild #300<br>Irvine, CA 92612-2515 | Weber County Assessor<br>P O Box 9700<br>Ogden, UT 84409-0700 |
| Weber County Treasurer<br>2380 Washington Blvd<br>Ogden UT 84401-1475 | Willow Lake Pro., LLC<br>233 South Wacker Dr<br>Ste. 350<br>Chicago, EL 60606-6405 | Windsor Tax Services<br>P.O. Box 1655<br>Windsor, ON N9A767 |
| Christopher R. Maddux<br>Butler Snow O'Mara Stevens & Cannad<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | John A. Crawford Jr<br>Butler, Snow, O'mara,Stevens & Cana<br>P. O. Drawer 22567<br>Jackson, MS 39225-2567 | Kimberly R Lentz<br>P O Box 927<br>Gulfport, MS 39502-0927 |
| Kimberly R. Lentz<br>2012 23rd Ave.<br>Gulfport, MS 39501-2967 | Paul Calhoun<br>Haddox Reid Burkes & Calhoun, PLLC<br>210 E Capitol Street<br>Suite 1100<br>Jackson, MS 39201-2380 | Stephen Smith<br>Shelton & Smith, P.C.<br>5 Old River Place, Suite 107<br>Jackson, MS 39202-3449 |
| Stephen W. Rosenblatt<br>Butler Snow O'Mara Stevens &Cannada<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 | Stuart M. Irby<br>c/o Richard Montague<br>P.O. Box 1970<br>Jackson, MS 39215-1970 | William Little<br>Lentz & Little, PA<br>Post Office Box 927<br>Gulfport, MS 39502-0927 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atmos Energy<br>P.O. Box 9001949<br>Louisville KY 40290-1949 | IRS<br>100 W Capitol St., Ste 504<br>Jackson MS 39269-0599 | MS State Tax Commission<br>Bankruptcy Section<br>P O Box 23338<br>Jackson MS 39225-3338 |
| (d)Mississippi State Tax Commission<br>P O Box 1033<br>Jackson, MS 39215-1033 | (d)Mississippi State Tax Commission<br>c/o Heather S Deaton<br>P O Box 22828<br>Jackson MS 39225 | Rocky Mountain Power<br>1033 NE 6th Ave<br>Portland, OR 97256-0001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)RadioShack Corporation and SCK, Inc. f/k/a | (u)Baja Motorsports, LLC<br>2955 S. 18th Place<br>Returned Mail 12-20-10 | (u)CH Enterprises<br>4829 S. Ridgeline Drive<br>RETURNED MAIL 5-5-10 |
| (d)Eric L. Eilertsen<br>1878 Laurel Ln.<br>Germantown TN 38139-6954 | (u)Jennifer D. Jones<br>10 1 Warren St., #20<br>RETURNED MAIL 11/17/2008 | (d)Tennessee Dept of Revenue<br>c/o Attorney General<br>P O Box 20207<br>Nashville TN 37202-4015 |
| (u)UPS Freight<br>611 Park Meadow Road<br>RETURNED MAIL 10-18-10 | (d)Keith Martin Mack<br>2949 Los Robles Rd<br>Thousand Oaks, CA 91362-3320 | End of Label Matrix<br>Mailable recipients   167<br>Bypassed recipients     8<br>Total                 175 |