# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Warehouse 86, LLC         Bankruptcy No. 08-03423-EE

                                                        Chapter 7

## CERTIFICATION OF FEES DUE AND BILL FOR COLLECTION

I, DANNY L. MILLER, the Clerk of the Bankruptcy Court, state that the following fees for services rendered in the above case are now due and payable from the Trustee for the estate, provided sufficient assets are available to make payment.

| DATE OF SERVICE | FEE | AMOUNT |
|---|---|---|
| | Adversary Filing Fee<br>    $150 prior to 09/20/2005<br>    $250 effective 09/20/2005<br>    $293 effective 11/01/2011<br>        Adv. #<br>        Adv. #<br>        Adv. # | |
| | Fee for reopening case<br>    Ch 7  - prior to 10/17/05 -    $155<br>         - effective 10/17/05 -  $220<br>         - effective 01/01/07 -  $260<br>    Ch 13 - prior to 10/17/05 -    $155<br>         - effective 10/17/05 -  $150<br>         - effective 01/01/07 -  $235<br>    Ch  9 - effective 10/17/05 - $1,000<br>    Ch 12 - effective 10/17/05 -    $200<br>    Ch 11 - effective 10/17/05 - $1,000<br>    Ch 15 - effective 10/17/05 - $1,000 | |
| | Retrieval of file from Federal Records Center:<br>    $25 prior to 07/01/2001<br>    $35 after 07/01/2001<br>    $45 after 06/01/2004<br>    $53 effective 11/01/2011 | |
| | Copies in connection with reopening | |
| | **GRAND TOTAL** | $0.00 |

Dated:     February 6, 2012         Danny L. Miller, Clerk of Court

                                                    By:     /s/Keisha Brown
                                                              Deputy Clerk
                                                              United States Bankruptcy Court
                                                              Post Office Box 2448
                                                              Jackson, MS 39225-2448
                                                              601-608-4600