```
                          United States Bankruptcy Court
                          Southern District of Mississippi
```

In re:                                                              Case No. 08-03423-ee
Warehouse 86, LLC                                                   Chapter 7
         Debtor                **CERTIFICATE OF NOTICE**

```
District/off: 0538-3         User: ksimmons              Page 1 of 2          Date Rcvd: Feb 06, 2012
                             Form ID: pdf012             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2012.
db          +Warehouse 86, LLC,    P O Box 16692,    Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 08, 2012**                    **Signature:**          _Joseph Speetjens_

```
District/off: 0538-3          User: ksimmons            Page 2 of 2              Date Rcvd: Feb 06, 2012
                              Form ID: pdf012           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2012 at the address(es) listed below:

        Andrew R. Wilson    on behalf of Plaintiff   RadioShack Corporation and SCK, Inc. f/k/a SC Kiosks, Inc. awilson@blswlaw.com
        Christopher R. Maddux    on behalf of Debtor   Warehouse 86, LLC chris.maddux@butlersnow.com, vj.money@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
        Gill   Geldreich    on behalf of Creditor   Tennessee Dept of Revenue agbankcal@ag.tn.gov, gill.geldreich@ag.tn.gov
        Heather S. Deaton    on behalf of Creditor   Mississippi State Tax Commission, Legal Division Heather.Deaton@dor.ms.gov
        J. Walter Newman    on behalf of Interested Party   SellerTech LLC wnewman95@msn.com, stacyplee@mac.com
        James A. McCullough    on behalf of Creditor   Overstock.com, Inc. jmccullough@brunini.com, rpeden@brunini.com
        John A. Crawford    on behalf of Debtor   Warehouse 86, LLC jack.crawford@butlersnow.com, felicia.wilson@butlersnow.com;ecf.notices@butlersnow.com
        Kimberly R. Lentz     7trustee@cableone.net,    klentz@ecf.epiqsystems.com
        Kimberly R. Lentz    on behalf of Trustee Kimberly Lentz lentzlittle@bellsouth.net
        Larry   Spencer    on behalf of Creditor   Fifth Third Bank lspencerlawyer@aol.com
        Marcus M. Wilson    on behalf of Counter-Defendant   RadioShack Corporation and SCK, Inc. f/k/a SC Kiosks, Inc. mwilson@blswlaw.com,   sdaniels@blswlaw.com
        Michael Scott Jones    on behalf of Respondent   Industrial Developments International, Inc. scott.jones@arlaw.com,   wendy.hood@arlaw.com
        Richard A. Montague    on behalf of Creditor Stuart Irby rmontague@wellsmoore.com, gclark@wellsmoore.com;hederman@wellsmoore.com
        Robert M. Frey    on behalf of Counter-Claimant   Warehouse 86, LLC bob.frey@butlersnow.com, tammy.brun@butlersnow.com;ecf.notices@butlersnow.com
        Ronald H. McAlpin    on behalf of U.S. Trustee   United States Trustee ronald.mcalpin@usdoj.gov
        Stephen W. Rosenblatt    on behalf of Accountant Paul Calhoun Steve.Rosenblatt@butlersnow.com, velvet.johnson@butlersnow.com;VJ.Money@butlersnow.com;ecf.notices@butlersnow.com
        United States Trustee     USTPRegion05.JA.ECF@usdoj.gov
        William E. Manhein    on behalf of Interested Party   Tokio Marine and Nichido Fire Ins. Co., Ltd. treymanhein@comcast.net
        William J. Little    on behalf of Attorney Kimberly Lentz littlewj@bellsouth.net, llpa100@bellsouth.net
        William Lee Watt    on behalf of Counter-Defendant   RadioShack Corporation and SCK, Inc. f/k/a SC Kiosks, Inc. lwatt@blswlaw.com

                                                                                                                                                                        TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**IN THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON**

In re:
**WAREHOUSE 86, LLC**                    Case No. 08-03423-EE

`Dkt #380`

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION

      THIS DAY this cause came before the Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

      IT IS THEREFORE ORDERED that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Name of Party: | Description: | Amount: | |
|---|---|---|---|
| Chapter 7 Admin. Expenses: | | | |
| KIMBERLY R. LENTZ | Trustee Compensation | $40,471.09 | |
| KIMBERLY R. LENTZ | Trustee Expenses | $359.04 | |
| U.S. Trustee | Unpaid Quarterly fees | $325.00 | |
| | TOTAL Chapter 7 Admin. Expenses | | $41,155.13 |
| | | | |
| Priority Claims: | | | |
| Tennessee Department of Revenue | Claims of Governmental Units-- 507(a)(8) | $1,916.88 | |
| Weber County Treasurer | Claims of Governmental Units-- 507(a)(8) | $912.45 | |
| | TOTAL Priority Claims | | $2,829.33 |
| | | | |
| Unsecured Claims: | | | |
| Air-One Services | General Unsecured 726 | $266.33 | |
| American Express Travel Related Svcs Co | General Unsecured 726 | $63,074.76 | |
| Boyer BDO, L C | General Unsecured 726 | $40,901.99 | |
| Consumer Products Serv | General Unsecured 726 | $476.44 | |
| Delta Electric Power | General Unsecured 726 | $179.27 | |
| Excel Transportation Services, Inc. | General Unsecured 726 | $6,123.73 | |
| H & E Equipment Services, Inc. | General Unsecured 726 | $1,036.39 | |
| Jon S Musial | General Unsecured 726 | $400.67 | |
| Katt Worldwide Logistics Inc | General Unsecured 726 | $3,535.33 | |

| | | |
|---|---|---|
| Keith Martin Mack | General Unsecured 726 | $7,699.33 |
| Overstock.com, Inc | General Unsecured 726 | $131,721.68 |
| Questar Gas Company | General Unsecured 726 | $163.93 |
| RadioShack Corporation and SC Kiosks, Inc. | General Unsecured 726 | $242,667.89 |
| Rocky Mountain Power | General Unsecured 726 | $1,240.13 |
| TWG Innovative Solutions Inc | General Unsecured 726 | $49,108.19 |
| UNITED PARCEL SERVICE | General Unsecured 726 | $27,117.65 |
| UNITED PARCEL SERVICE FREIGHT | General Unsecured 726 | $4,481.75 |
| Verizon Wireless | General Unsecured 726 | $1,483.45 |
| | TOTAL Unsecured Claims | $581,678.91 |
| | TOTAL FUNDS TO BE DISBURSED | $625,663.37 |

IT IS FURTHER ORDERED that the trustee shall make all disbursements authorized herein within ten (10) days of this Order becoming final and non-appealable.

IT IS FURTHER ORDERED that within ninety (90) days after the distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

IT IS FURTHER ORDERED that within 125 days of the entry of the Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

SO ORDERED.

Edward Ellington
United States Bankruptcy Judge

Dated: February 6, 2012

**Order prepared and submitted by:**
KIMBERLY R. LENTZ, Trustee
2012 23RD AVENUE
GULFPORT MS 39502
Telephone: (228) 867-6050
Fax: (228) 867-6077
Email: krlentz@bellsouth.net