IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  WAREHOUSE 86, LLC.                              CASE NO. 08-03423 EE
        DEBTOR                                                    CHAPTER 7

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

Kimberly R. Lentz, Chapter 7 Trustee submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    CONSUMER PRODUCTS SERV (Claim No. 3-1)

AMOUNT:   $476.44

REASON:   Creditor did not negotiate check and the envelope addressed to the creditor was returned to the Trustee as not deliverable as addressed and unable to forward.

Respectfully Submitted on this 16th day of March, 2012.

> Respectfully Submitted,
> KIMBERLY R. LENTZ, TRUSTEE
>
> By: /s/ *Kimberly R. Lentz*
>      KIMBERLY R. LENTZ, (BAR NO. 8986)

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Warehouse 86, LLC  
Post Office Box 16692  
Jackson, MS 39263

Consumer Products Serv  
10 Grand Boulevard  
Deer Park, NY 11729

This the 16th day of March, 2012.

/s/ *Kimberly R. Lentz*  
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**

CHECK NUMBER: 1028

32-1/1110 TX 0

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

DATE: 3/16/2012

AMOUNT: *********476.44

**1892868**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-03423 | WAREHOUSE LLC 86 |

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

*Four Hundred Seventy Six Dollars And 44/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⌴⌴1028⑈ ⌴:111000012⌴: 4437551623⑈

---

| Date: 3/16/2012 | Check Number: 1028 | Amount: $476.44 |
|---|---|---|

Case Number 08-03423
Debtor Name: WAREHOUSE LLC 86

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: | KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|---|---|

Description: UNCLAIMED FUNDS

Bank Account Number: 4437551623