# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                         §
                                               §
WAREHOUSE LLC 86                               §        Case No. 08-03423 ee
                                               §
            Debtor(s)                          §

---

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KIMBERLY R. LENTZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $                  (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              , and it was converted to chapter 7 on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/KIMBERLY R. LENTZ
_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ERIC EILERSTEN | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Fifth Third Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 21 | First Ins Funding Corp | | | | | |
| 20 | Keith Martin Mack | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KIMBERLY R. LENTZ | | | | | |
| KIMBERLY R. LENTZ | | | | | |
| KIMBERLY R. LENTZ | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| U S Trustee | | | | | |
| LENTZ & LITTLE, PA | | | | | |
| LENTZ & LITTLE, PA | | | | | |
| STEPHEN SMITH & COMPANY, PC | | | | | |
| STEPHEN SMITH & COMPANY, PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rosenblatt, Stephen W. | | | | | |
| Rosenblatt, Stephen W. | | | | | |
| Tennessee Dept of Revenue | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Tennessee Department of Revenue | | | | | |
| 11 | The Commis of Revenue of the State of TN | | | | | |
| 29 | Weber County Treasurer | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Logistics Corp 2300 Sitler St #685 Memphis, TN 38114 | | | | | |
| | ADP, Inc. 5680 New Northside Dr. Atlanta, GA 30328-4612 | | | | | |
| 18 | AIG Bankruptcy Collections | | | | | |
| | AT&T P O Box 105262 Atlanta, GA 30348-5262 | | | | | |
| 25 | Air-One Services | | | | | |
| | Allied Waste Serv #493 P O Box 9001225 Louisville, KY 40290- | | | | | |
| | Allied Waste Serv #837 P O Box 9001225 Louisville, KY 40290- | | | | | |
| | Allied Waste Serv #868 P O Box 9001225 Louisville, KY 40290- | | | | | |
| 14 | American Express Travel Related Svcs Co | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Photocopy 1719 Bartlett Road Memphis, TN 38134 | | | | | |
| | Amerigas 545 W 12 Street Ogden, UT 84404-5401 | | | | | |
| | Atmos Energy P.O. Box 9001949 Louisville, KY 40290-1949 | | | | | |
| | Baja Motorsports, LLC 40602 North Hammond Ln Phoenix, AZ 850 | | | | | |
| 19 | Boyer BDO, L C | | | | | |
| | Brands on Sale 16706 Edwards Rd. Cerritos, CA 90703 | | | | | |
| 30 | Budge Rent A Car Systems LLC | | | | | |
| | CH Enterprises 4305 Harrison #6-323 Ogden, UT 84403 | | | | | |
| | Cambridge Integ. Serv. 31500 Solon Rd. Solon, OH 44139 | | | | | |
| | City of Indianola Water P O Box 269 Indianola, MS 38751 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Computer Resources P.O. Box 1241 Cordova, TN 38088-1241 | | | | | |
| 3 | Consumer Products Serv | | | | | |
| | Crawford Technical Services Joel Fisher, Exe Gen Adjstr 1143 | | | | | |
| | Crown Lift Trucks 3952 Willow Lake Blvd. Bld. #5 Memphis, TN | | | | | |
| | Crown Packaging Corp. 17854 Chestrfld Airpt Chesterfield, MO | | | | | |
| | DHL Express (USA) Inc. P O Box 4723 Houston, TX 77210-4723 | | | | | |
| | DHL Express-Claims Attn: Mark Sanchez 1144 W. Washington St. | | | | | |
| 1 | Delta Electric Power | | | | | |
| | Dematic Corporation P O Box 12021 Newark, NJ 07101-5021 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMC Ins. Companies P O Box 6011 Ridgeland, MS 39158-6011 | | | | | |
| | Eric L. Eilertsen 3103 Wetherby Cv. N. Germantown, TN 38139 | | | | | |
| | Ernest K. Strahan, III 1918 Petit Bois St N Jackson, MS 3921 | | | | | |
| 13 | Excel Transportation Services, Inc. | | | | | |
| | Fifth Third Auto Leasing Trt P.O. Box 630041 MD1MOC2E-3152 C | | | | | |
| | First Ins Funding Corp 450 Skokie Blvd. Suite 1000 Northbroo | | | | | |
| | Gary E. Veasey, Esq. 780 Ridge Lake Blvd. STE 202 Memphis, T | | | | | |
| | Global Crossing Tele. 1120 Pittsford Victor Pittsford, NY 14 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gloria O'Neal 4403 Bennett Wood Millington, TN 38053 |  |  |  |  |  |
| 31 | H & E Equipment Services, Inc. |  |  |  |  |  |
| 4 | H&E Equip. Serv. Inc. |  |  |  |  |  |
| 26 | HEPACO, Incorporated |  |  |  |  |  |
|  | HOJ Enginr. & Sales Co 3960 S 500 West Salt Lake Cit, UT 841 |  |  |  |  |  |
|  | Haddox Reid Burkes P O Drawer 22507 Jackson, MS 39225-2507 |  |  |  |  |  |
|  | IDI Services Group Mary Leesa Simmons, RPA, FMA 1000 Ridgewa |  |  |  |  |  |
|  | Interface Systems 3773 Corporate Center Drive Earth City, MO |  |  |  |  |  |
|  | International Tax Services 2204 Walkley Road Ottawa, ON K1A1 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Isaac Amavizca 3622 W. Oregon Avenue Phoenix, AZ 85019 | | | | | |
| | Jennifer D. Jones 101 Warren St., #20 Como, MS 38619 | | | | | |
| | Joann McKinney 2278 Sharon Memphis, TN 38127 | | | | | |
| 23 | Jon S Musial | | | | | |
| 6 | Katt Worldwide Logistics Inc | | | | | |
| 36 | Keith Martin Mack | | | | | |
| | Marchetti Robertson & P O Box 3348 Ridgeland, MS 39158 | | | | | |
| | Memphis LG&W P.O. Box 388 Memphis, TN 38145-0388 | | | | | |
| | Memphis Recycling Serv P O Box 88271 Chicago, IL 60680-1271 | | | | | |
| 22 | Merchandise Manu. Inc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mirna Maribel Carrillo 1608 W. Osborn Apt. 7 Phoenix, AZ 850 | | | | | |
| | Nailco Group 23200 Haggerty Rd. Farmington, MI 48335 | | | | | |
| | Old Dominion Freight Line c/o McCarthy Burgess & Wolff 26000 | | | | | |
| 5 | Overstock.com, Inc | | | | | |
| | Paul and Joy St James 3241 Kinney Drive Germantown, TN 38139 | | | | | |
| | Phusion Software, Inc. 26300 Ford Rd. #415 Dearborn Heig, MI | | | | | |
| 8 | Questar Gas Company | | | | | |
| 28 | Questar Gas Company | | | | | |
| 16 | RadioShack Corporation and SC Kiosks, Inc. | | | | | |
| 9 | Rocky Mountain Power | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | S & B Packaging, Inc. d/b/a Caboodles 6934-A Interstate Blvd | | | | | |
| | SC Kiosk, Inc. 300 RadioShack Circle MS CF4-101 Fort Worth, | | | | | |
| 2 | SOS Staffing | | | | | |
| | Serv 1st Indust. Tires 120-B Quinton Ave Munford, TN 38058 | | | | | |
| | Soefker Services, Inc. 1568 Panama St Memphis, TN 38108-1919 | | | | | |
| | Sprint P O Box 660092 Dallas, TX 75266 | | | | | |
| 17 | TWG Innovative Solutions Inc | | | | | |
| 35 | TWG Innovative Solutions Inc | | | | | |
| | Teleshere Networks Ltd 9237 E Via de Ventura Suite 250 Scott | | | | | |
| | Thomas Sales&Serv Inc. 2300 Sitler St. #685 Memphis, TN 3811 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Transport Express Inc. P.O. Box 69207 Seattle, WA 98168 | | | | | |
| | Tri-Continental Truck P O Box 1621 Scottsdale, AZ 85252-1621 | | | | | |
| 7 | UNITED PARCEL SERVICE | | | | | |
| 32 | UNITED PARCEL SERVICE FREIGHT | | | | | |
| | UPS Freight P.O. Box 6109 Westerville, OH 43086 | | | | | |
| 15 | Verizon Wireless | | | | | |
| | Vertex, IPS 5885 Stapleton Dr. N STE C308 Denver, CO 80216 | | | | | |
| | Waterford Technologies 19700 Fairchild #300 Irvine, CA 92612 | | | | | |
| | Willow Lake Pro., LLC 233 South Wacker Dr Ste. 350 Chicago, | | | | | |
| | Windsor Tax Services P.O. Box 1655 Windsor ON N9A767 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Exhibit 8**

| | |
|---|---|
| Case No: | 08-03423        EE        Judge:   Edward Ellington |
| Case Name: | WAREHOUSE LLC 86 |
| For Period Ending: 05/07/12 | |

| | |
|---|---|
| Trustee Name: | KIMBERLY R. LENTZ |
| Date Filed (f) or Converted (c): | 12/03/10 (c) |
| 341(a) Meeting Date: | 12/05/08 |
| Claims Bar Date: | 04/15/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | BANK OF AMERICAN | 6,713.43 | 0.00 | DA | 0.00 | FA |
| 2 | BANK OF AMERICAN | 54,995.74 | 0.00 | DA | 0.00 | FA |
| 3 | BANK OF AMERICAN | 5,609.78 | 0.00 | DA | 0.00 | FA |
| 4 | PAYPAL ACCOUNT - PAYMENTS | 4,645.77 | 0.00 | DA | 0.00 | FA |
| 5 | PAYPAL ACCOUNT - VIP | 4,408.59 | 0.00 | DA | 0.00 | FA |
| 6 | RENT DEPOSIT - RADIOSHACK | 35,407.90 | 0.00 | DA | 0.00 | FA |
| 7 | RENT DEPOSIT - 5 RIVER BEND PLACE, FLOWOOD | 294.00 | 0.00 | DA | 0.00 | FA |
| 8 | UTILITY DEPOSIT - MEMPHIS LIGHT GAS AND WATER | 26,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | UTILITY DEPOSIT - ROCKY MOUNTAIN POWER | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | UTILITY DEPOSIT - QUESTAR GAS | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | G86, LLC | 988.06 | 0.00 | DA | 0.00 | FA |
| 12 | G86, LLC | 3,313.90 | 0.00 | DA | 0.00 | FA |
| 13 | BIDTOPIA, LLC | 2,148.80 | 0.00 | DA | 0.00 | FA |
| 14 | PAYPAL RETENTION | 120,669.62 | 0.00 | DA | 0.00 | FA |
| 15 | CARDSERVICE INTERNATIONAL (MC/VISA) | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | AMERICAN EXPRESS (MERCHANT ACCOUNT) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | INSURANCE CLAIM ARISING FROM TORNADO AND FIRE LOSS | 0.00 | 711,268.63 | | 711,268.63 | FA |
| 18 | REGISTERED SERVICE MARK | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | CUSTOMER EMAIL LIST | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | SEE EX. B29 OF SCHEDULES | 1,060,847.58 | 0.00 | DA | 0.00 | FA |
| 21 | INVENTORY | 140,665.12 | 0.00 | DA | 0.00 | FA |
| 22 | FUNDS IN DIP ACCOUNT (u) | 0.00 | 22,806.85 | | 32,806.85 | FA |
| 23 | UNEARNED ACCOUNTANT FEES (u) | 0.00 | 10,296.25 | | 10,296.25 | FA |
| 24 | POTENTIAL AVOIDANCE ACTION AGAINST JOY ST. JAMES (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | POTENTIAL AVOIDANCE ACTION AGAINST PAUL ST. JAMES (u) | 0.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**

Page:   2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 08-03423 | EE | Judge: | Edward Ellington | | Trustee Name: | KIMBERLY R. LENTZ |
| Case Name: | WAREHOUSE LLC 86 | | | | | Date Filed (f) or Converted (c): | 12/03/10 (c) |
| | | | | | | 341(a) Meeting Date: | 12/05/08 |
| For Period Ending: 05/07/12 | | | | | | Claims Bar Date: | 04/15/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26 | POTENTIAL AVOIDANCE ACTION AGAINST ERIC EILERSTON (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 27 | POTENTIAL AVOIDANCE ACTION AGAINST ERNEST STRAHAN (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | POTENTIAL AVOIDANCE ACTION AGAINST VARIOUS VENDORS/CREDITORS (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.05 | FA |

TOTALS (Excluding Unknown Values)   $1,511,708.29   $744,371.73   $754,421.78

Gross Value of Remaining Assets
$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #  20  --  THIS ASSET WAS SOLD IN CHAPTER 11. THE LIST OF MACHINERY AND INVENTORY IS ATTACHED TO THE SCHEDULES.
RE PROP #  21  --  THIS ASSET WAS SOLD IN CHAPTER 11. THE LIST OF MACHINERY AND INVENTORY IS ATTACHED TO THE SCHEDULES.

Initial Projected Date of Final Report (TFR):  12/31/11      Current Projected Date of Final Report (TFR):  12/31/11

**FORM 2**                                                                                                Page: 1
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-03423                                    Trustee Name: KIMBERLY R. LENTZ              **Exhibit 9**
Case Name: WAREHOUSE LLC 86                          Bank Name: BANK OF AMERICA, N.A.
                                                     Account Number/CD#: XXXXXX1607 - Money Market Account
Taxpayer ID No: XX-XXX9964                           Blanket Bond (per case limit): $36,957,399.00
For Period Ending: 05/07/12                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/10 | 22 | BANK OF AMERICA, N.A. | FUNDS IN DIP ACCOUNT | 1229-000 | 32,806.85 | | 32,806.85 |
| 11/18/10 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 10,000.00 | 22,806.85 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 22,807.26 |
| 12/20/10 | 17 | U.S. Treasury | Proceeds from insurance settlement | 1129-000 | 711,268.63 | | 734,075.89 |
| 12/28/10 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 105,562.08 | 628,513.81 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 12.27 | | 628,526.08 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 37.37 | | 628,563.45 |
| 04/05/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 502.85 | 628,060.60 |
| 05/23/11 | 23 | HADDOX REID BURKES & CALHOUN POST OFFICE DRAWER 22507 JACKSON, MS 39225 | UNEARNED ACCOUNTANT FEES | 1229-000 | 10,296.25 | | 638,356.85 |
| 07/20/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 2,782.00 | 635,574.85 |
| 10/24/11 | 000301 | LENTZ & LITTLE, PA PO BOX 927 GULFPORT, MS 39502 | ATTORNEY FEES AND EXPENSES | | | 9,104.77 | 626,470.08 |
| | | | ATTORNEY FEES                    (8,825.00) | 3110-000 | | | |
| | | | ATTORNEY EXPENSES                  (279.77) | 3120-000 | | | |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 806.71 | 625,663.37 |
| 11/29/11 | | Transfer to Acct#XXXXXX1623 | Transfer of Funds | 9999-000 | | 625,663.37 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 754,421.78 | 754,421.78 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 744,510.30 | |
| Subtotal | 754,421.78 | 9,911.48 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 754,421.78 | 9,911.48 | |

Page Subtotals                                         754,421.78          754,421.78

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 08-03423
Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 05/07/12

Trustee Name: KIMBERLY R. LENTZ
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $36,957,399.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/10 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 10,000.00 | | 10,000.00 |
| 11/18/10 | 001001 | ERIC EILERSTEN 1878 LAUREL LANE GERMANTOWN, TN 38139 | INSURANCE PROCEEDS FOR OTHERS | 8500-002 | | 10,000.00 | 0.00 |
| 12/28/10 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 105,562.08 | | 105,562.08 |
| 12/28/10 | 001002 | Rosenblatt, Stephen W. Butler, Snow, O'Mara, Stevens, & Cannada, PLLC 210 East Capitol Street 17th Floor Jackson, MS 39201 | Attorney's Fees and Expenses | | | 105,562.08 | 0.00 |
| | | | Attorney fees              (100,788.00) | 6210-000 | | | |
| | | | Attorney Expenses           (4,774.08) | 6220-000 | | | |
| 04/05/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 502.85 | | 502.85 |
| 04/05/11 | 001003 | KIMBERLY R. LENTZ 2012 23RD AVENUE GULFPORT MS 39502 | REIMBURSEMENT OF BOND PREMIUM | 2300-000 | | 502.85 | 0.00 |
| 07/20/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 2,782.00 | | 2,782.00 |
| 07/20/11 | 001004 | STEPHEN SMITH & COMPANY, PC 5 OLD RIVER PLACE STE 107 JACKSON, MS 39202 | ACCOUNTANT FEES AND EXPENSES | | | 2,782.00 | 0.00 |
| | | | ACCOUNTANT FEES            (2,750.00) | 3410-000 | | | |
| | | | ACCOUNTANT EXPENSES           (32.00) | 3420-000 | | | |
| 11/29/11 | | Transfer from Acct#XXXXXX1607 | Transfer of Funds | 9999-000 | 625,663.37 | | 625,663.37 |
| 02/08/12 | 001005 | KIMBERLY R. LENTZ 2012 23RD AVENUE GULFPORT MS 39502 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2200-000 | | 359.04 | 625,304.33 |

Page Subtotals                         744,510.30        119,205.97

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 08-03423
Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 05/07/12

Trustee Name: KIMBERLY R. LENTZ
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $36,957,399.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/08/12 | 001006 | U S Trustee 100 w Capitol St., Ste 706 Jackson MS 39269 | (Final distribution to Claim 34, representing a Payment of 100.00% per court order.) | 2950-000 | | 325.00 | 624,979.33 |
| 02/08/12 | 001007 | KIMBERLY R. LENTZ 2012 23RD AVENUE GULFPORT MS 39502 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 40,471.09 | 584,508.24 |
| 02/08/12 | 001008 | Tennessee Department of Revenue c/o Attorney General P O Box 20207 Nashville, TN 37202-0207 | (Final distribution to Claim 12, representing a Payment of 100.00% per court order.) | 5800-000 | | 1,916.88 | 582,591.36 |
| 02/08/12 | 001009 | Weber County Treasurer 2380 Washington Blvd Ogden UT 84401 | (Final distribution to Claim 29, representing a Payment of 100.00% per court order.) | 5800-000 | | 912.45 | 581,678.91 |
| 02/08/12 | 001010 | Katt Worldwide Logistics Inc Attn: Teresa Shipe 4105 So Mendenhall Road Memphis TN 38115 | (Final distribution to Claim 6, representing a Payment of 23.57% per court order.) | 7100-000 | | 3,535.33 | 578,143.58 |
| 02/08/12 | 001011 | Consumer Products Serv 10 Grand Boulevard Deer Park NY 11729 | (Final distribution to Claim 3, representing a Payment of 23.57% per court order.) | 7100-000 | | 476.44 | 577,667.14 |
| 02/08/12 | 001012 | American Express Travel Related Svcs Co Inc Corp Card c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | (Final distribution to Claim 14, representing a Payment of 23.57% per court order.) | 7100-000 | | 63,074.76 | 514,592.38 |

Page Subtotals    0.00    110,711.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

Case No: 08-03423
Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 05/07/12

Trustee Name:  KIMBERLY R. LENTZ
Bank Name:  BANK OF AMERICA, N.A.
Account Number/CD#:  XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $36,957,399.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/12 | 001013 | UNITED PARCEL SERVICE FREIGHT c/o RMS Bankruptcy Recovery Services P.O. Box 4396 Timonium, Maryland 21094 | (Final distribution to Claim 32, representing a Payment of 23.57% per court order.) | 7100-000 | | 4,481.75 | 510,110.63 |
| 02/08/12 | 001014 | Delta Electric Power P 0 Box 935 Greenwood, MS 38935 | (Final distribution to Claim 1, representing a Payment of 23.57% per court order.) | 7100-000 | | 179.27 | 509,931.36 |
| 02/08/12 | 001015 | Overstock.com, Inc Attn: Edwin W Christensen 6350 S 3000 East Salt Lake City, UT 84121-5952 | (Final distribution to Claim 5, representing a Payment of 23.57% per court order.) | 7100-000 | | 131,721.68 | 378,209.68 |
| 02/08/12 | 001016 | Keith Martin Mack 2949 Los Robles Rd. Thousand Oaks, CA 91362-3320 | (Final distribution to Claim 36, representing a Payment of 23.57% per court order.) | 7100-000 | | 7,699.33 | 370,510.35 |
| 02/08/12 | 001017 | Rocky Mountain Power Attn: Bankruptcy P O Box 25308 Salt Lake City UT 84125 | (Final distribution to Claim 9, representing a Payment of 23.57% per court order.) | 7100-000 | | 1,240.13 | 369,270.22 |
| 02/08/12 | 001018 | Air-One Services 5055 Pleasant View Memphis, TN 38134 | (Final distribution to Claim 25, representing a Payment of 23.57% per court order.) | 7100-000 | | 266.33 | 369,003.89 |
| 02/08/12 | 001019 | Verizon Wireless P O Box 3397 Bloomington IL 61701 | (Final distribution to Claim 15, representing a Payment of 23.57% per court order.) | 7100-000 | | 1,483.45 | 367,520.44 |
| 02/08/12 | 001020 | Excel Transportation Services, Inc. 17330 Preston Road, Suite 200 C Dallas, TX 75252-6035 | (Final distribution to Claim 13, representing a Payment of 23.57% per court order.) | 7100-000 | | 6,123.73 | 361,396.71 |

Page Subtotals                0.00        153,195.67

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 08-03423
Case Name: WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 05/07/12

Trustee Name: KIMBERLY R. LENTZ
Bank Name: BANK OF AMERICA, N.A.
Account Number/CD#: XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $36,957,399.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/12 | 001021 | H & E Equipment Services, Inc.<br>11100 Mead Road<br>Suite 200<br>Baton Rouge, LA 70816 | (Final distribution to Claim 31, representing a Payment of 23.57% per court order.) | 7100-000 | | 1,036.39 | 360,360.32 |
| 02/08/12 | 001022 | RadioShack Corporation and SC Kiosks, Inc.<br>RadioShack Corporation<br>Legal Department<br>Attn: James B. Spisak, Esq.<br>300 RadioShack Circle<br>Fort Worth, TX 76102-1965 | (Final distribution to Claim 16, representing a Payment of 23.57% per court order.) | 7100-000 | | 242,667.89 | 117,692.43 |
| 02/08/12 | 001023 | TWG Innovative Solutions Inc<br>c/o William J Sparer, Counsel<br>The Warranty Group<br>175 West Jackson Blvd<br>Chicago IL 60604 | (Final distribution to Claim 35, representing a Payment of 23.57% per court order.) | 7100-000 | | 49,108.19 | 68,584.24 |
| 02/08/12 | 001024 | Boyer BDO, L C<br>90 South 400 W Ste 200<br>Salt Lake City UT 84101-1365 | (Final distribution to Claim 19, representing a Payment of 23.57% per court order.) | 7100-000 | | 40,901.99 | 27,682.25 |
| 02/08/12 | 001025 | Questar Gas Company<br>Questar Gas Company (ADMINISTRATIVE)<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P O Box 3194<br>Salt Lake UT 84110-3194 | (Final distribution to Claim 28, representing a Payment of 23.57% per court order.) | 7100-000 | | 163.93 | 27,518.32 |

Page Subtotals     0.00     333,878.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

Case No:  08-03423
Case Name:  WAREHOUSE LLC 86

Taxpayer ID No: XX-XXX9964
For Period Ending: 05/07/12

Trustee Name:  KIMBERLY R. LENTZ
Bank Name:  BANK OF AMERICA, N.A.
Account Number/CD#:  XXXXXX1623 - Checking Account
Blanket Bond (per case limit): $36,957,399.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/12 | 001026 | UNITED PARCEL SERVICE C/O RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | (Final distribution to Claim 7, representing a Payment of 23.57% per court order.) | 7100-000 | | 27,117.65 | 400.67 |
| 02/08/12 | 001027 | Jon S Musial Law Office of Jon S Musial 8230 E. Gray Road Scottsdale AZ 85260 | (Final distribution to Claim 23, representing a Payment of 23.57% per court order.) | 7100-000 | | 400.67 | 0.00 |
| 02/23/12 | 001011 | Consumer Products Serv 10 Grand Boulevard Deer Park NY 11729 | Stop payment received from ETRX | 7100-000 | | -476.44 | 476.44 |
| 03/16/12 | 001028 | UNITED STATES BANKRUPTCY COURT DAN M. RUSSELL, JR. U.S. COURTHOUSE 2012 15TH STREET, SUITE 244 GULFPORT, MS 39501 | UNCLAIMED FUNDS | 7100-000 | | 476.44 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 744,510.30 | 744,510.30 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 744,510.30 | | |
| | | | Subtotal | | 0.00 | 744,510.30 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 744,510.30 | |

| | | | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| | Money Market Account - XXXXXX1607 | | | 754,421.78 | 9,911.48 | 0.00 |
| | Checking Account - XXXXXX1623 | | | 0.00 | 744,510.30 | 0.00 |
| Total Allocation Receipts: | 0.00 | | | ----------------------------- | ----------------------------- | ------------------ |
| Total Net Deposits: | 754,421.78 | | | 754,421.78 | 754,421.78 | 0.00 |
| Total Gross Receipts: | 754,421.78 | | | ================ | ================ | ============ |
| | | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | Page Subtotals | 0.00 | 27,518.32 |
|---|---|---|---|---|