United States Bankruptcy Court
Southern District of Mississippi

In re:                                                        Case No. 08-03423-ee
Warehouse 86, LLC                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-3          User: ksimmons          Page 1 of 2          Date Rcvd: Jul 17, 2012
                              Form ID: van022         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2012.
db          +Warehouse 86, LLC,   P O Box 16692,   Jackson, MS 39236-6692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jul 19, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0538-3          User: ksimmons          Page 2 of 2              Date Rcvd: Jul 17, 2012
                              Form ID: van022         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2012 at the address(es) listed below:

          Andrew R. Wilson    on behalf of Plaintiff  RadioShack Corporation and SCK, Inc. f/k/a SC Kiosks,
           Inc. awilson@blswlaw.com
          Christopher R. Maddux    on behalf of Debtor  Warehouse 86, LLC chris.maddux@butlersnow.com,
           vj.money@butlersnow.com;velvet.johnson@butlersnow.com;ecf.notices@butlersnow.com
          Gill  Geldreich    on behalf of Creditor  Tennessee Dept of Revenue agbankcal@ag.tn.gov,
           gill.geldreich@ag.tn.gov
          Heather S. Deaton    on behalf of Creditor  Mississippi State Tax Commission, Legal Division
           heather.deaton@rocketmail.com
          J. Walter Newman    on behalf of Interested Party  SellerTech LLC wnewman95@msn.com,
           stacyplee@mac.com
          James A. McCullough    on behalf of Creditor  Overstock.com, Inc. jmccullough@brunini.com,
           rpeden@brunini.com
          John A. Crawford    on behalf of Debtor  Warehouse 86, LLC jack.crawford@butlersnow.com,
           felicia.wilson@butlersnow.com;ecf.notices@butlersnow.com
          Kimberly R. Lentz    7trustee@cableone.net,  klentz@ecf.epiqsystems.com
          Kimberly R. Lentz    on behalf of Trustee Kimberly Lentz lentzlittle@bellsouth.net
          Larry  Spencer    on behalf of Creditor  Fifth Third Bank lspencerlawyer@aol.com
          Marcus M. Wilson    on behalf of Counter-Defendant  RadioShack Corporation and SCK, Inc. f/k/a SC
           Kiosks, Inc. mwilson@blswlaw.com,  sdaniels@blswlaw.com
          Michael Scott Jones    on behalf of Respondent  Industrial Developments International, Inc.
           scott.jones@arlaw.com,  wendy.hood@arlaw.com
          Richard A. Montague    on behalf of Creditor Stuart Irby rmontague@wellsmoore.com,
           gclark@wellsmoore.com;hederman@wellsmoore.com
          Ronald H. McAlpin    on behalf of U.S. Trustee  United States Trustee ronald.mcalpin@usdoj.gov
          Stephen W. Rosenblatt    on behalf of Accountant Paul Calhoun Steve.Rosenblatt@butlersnow.com,
           velvet.johnson@butlersnow.com;VJ.Money@butlersnow.com;ecf.notices@butlersnow.com
          United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
          William E. Manhein    on behalf of Interested Party  Tokio Marine and Nichido Fire Ins. Co., Ltd.
           treymanhein@comcast.net
          William J. Little    on behalf of Attorney Kimberly Lentz littlewj@bellsouth.net,
           llpa100@bellsouth.net
          William Lee Watt    on behalf of Counter-Defendant  RadioShack Corporation and SCK, Inc. f/k/a SC
           Kiosks, Inc. lwatt@blswlaw.com

                                                                         TOTAL: 19

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                                                                                    **Case No.:** 08–03423–ee

Warehouse 86, LLC                                                                                             **Chapter:** 7

### FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 7/17/12                                            **/s/Edward Ellington**
                                                             **United States Bankruptcy Judge**

---

*Include all names used by Debtor(s) within last 8 years*

VAN022–OCAC